**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

**COURTROOM MINUTE SHEET**
**CIVIL PROCEEDINGS**

Date 1/19/07  Judge WEBBER                   Case No. 4:07 cv 27 ERW

ALLEN                         vs.    USA

**Court Reporter** G. MADDEN          **Deputy Clerk** B. KIRKLAND

**Attorney(s) for Plaintiff(s)** MICHAEL GROSS, JOHN SIMON, JOSEPH CLEARY, ELIZABETH

**Attorney(s) for Defendant(s,** STEVEN HOLTSHOUSER, JOSEPH LANDOLT        UNGER-CARLYLE

**Parties present for** STATUS CONFERENCE RE: APPOINTMENT OF

ATTORNEYS FOR PLAINTIFF.

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that_____

Pltf. Witness_____ Deft. Witness_____

Pltf. Witness_____ Deft. Witness_____

Pltf. Witness_____ Deft. Witness_____

Pltf. Exhibits:_____

Pltf. Exhibits:_____

Deft. Exhibits: _____

Deft. Exhibits: _____

☐ Exhibits returned to and retained by counsel

Proceedings commenced  11:03 a.m./p.m.  Concluded  11:14  a.m./p.m.