IN THE UNITED STATES COURT FOR THE
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| Billie Allen, | § | |
|     Plaintiff | § | |
| | § | |
| | § | |
| VS. | § | 4:07-CV-0027 ERW |
| | § | |
| United States of America | § | |
|     Defendant | § | |
| | § | |

**FILING CONCERNING TRAVEL EXPENSES
IN RESPONSE TO TELEPHONE CONFERENCE OF
JANUARY 19, 2007**

Attorneys Elizabeth Unger Carlyle and Joseph M. Cleary, whose appointment

has been proposed in this matter, file this pleading in response to the court's concerns

concerning travel expenses.

Ms. Carlyle estimates that, in connection with this representation, she will make

two trips to Terre Haute to visit Mr. Allen.  These trips can be combined with meetings

with co-counsel, who is nearby.  Estimated roundtrip airfare for these trips would be a

total of $700 ($350 per trip), and overnight expenses would total $300 ($150/night).

These trips would, of course, be necessary whether Ms. Carlyle were located in St.

Louis or not.  She estimates that she will make a total of four trips to St. Louis that will

not be covered by other work there; she has several cases pending in the Eighth Circuit

as well as cases in the Missouri Eastern District Court of appeals and nearby circuit

courts.  Estimated roundtrip airfare is again $350 per trip for a total of $1400 over the

life of the case.  Budgeting for five overnight stays at $150 per day for hotel and meals

would total $750.

1

Mr. Cleary estimates that, in connection with this representation, he will make twelve trips to Terre Haute to visit Mr. Allen.  The suggestion to appoint Mr. Cleary was made in part because he is near Terre Haute and can visit Mr. Allen with less expenditure of time and money than would be needed if he were located in St. Louis. Estimated total roundtrip mileage expense for these trips would be $650, based on 140 miles @ $.485.  Mr. Cleary would also drive to St. Louis.  Budgeting for approximately 6 trips, for a total of 3200 miles driven, the total would be approximately $1,500.  Eight overnight stays at $150 per day would add $1,200.

**Summary**

|  | STL mileage | STL airfare | STL food/lodg | TH mileage | TH airfare | TH food/lodg | Atty. Total |
|---|---|---|---|---|---|---|---|
| Carlyle |  | $1,400.00 | $750.00 |  | $700.00 | $300.00 | $3,150.00 |
| Cleary | $1,500.00 |  | $1,200.00 | $650.00 |  |  | $3,350.00 |
|  |  |  |  |  |  |  |  |
| Total STL travel | $4,850.00 |  |  |  |  |  |  |
| Total TH travel | $1,650.00 |  |  |  |  |  |  |
| TOTAL | $6,500.00 |  |  |  |  |  |  |

These estimates assume that there would be no extended hearing in this Court; allowance for a two-day evidentiary hearing is included in these estimates.  (Deposition of trial counsel, which the prosecutors indicated they would desire, is also included.)  It is also assumed that travel beyond the St. Louis and Terre Haute locations will not be necessary.  If witnesses or experts are located outside these areas, additional travel may be necessary.  Such travel, of course, would also be necessary if Mr. Allen had St. Louis counsel.  Finally, airfare estimates are based on internet fares assuming advance

purchase; counsel have not consulted with the US Courts' travel agent regarding these fares.

This pleading is an attempt to satisfy the court's concerns about travel expenses in this case.  If further information is needed, counsel will be glad to attempt to supply it.

Respectfully submitted,

/S/ ELIZABETH UNGER CARLYLE

Elizabeth Unger Carlyle #51877
P.O. Box 962
Columbus, MS  39701
Missouri Bar No. 41930
(816)525-6540
FAX (866) 764-1249
elizcar@bellsouth.net

Joseph M. Cleary
Attorney at Law
1455 N. Pennsylvania
Indianapolis, IN  46202
(317) 6300137
jcleary498@aol.com

3