RECEIVED
BY MAIL

JAN 2 4 2007
U. S. DISTRICT
EASTERN DISTRICT OF
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,              )
                                )
        v.                      )        CAUSE No: 4:97-CR-00141-ERW
                                )
BILLIE JEROME ALLEN,            )
                                )
        Defendant,              )

---

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules fo the United States District Court for the Eastern

District of Missouri, I, Joseph M. Cleary, move to be admitted pro hac vice to the bar of this

court for the purpose of representing Billie Jerome Allen in this matter. In support of this motion

I submit the following information as required by Rule 12.01(E)

   (a)  Joseph M. Cleary;

   (b)  1455 N. Pennsylvania, Indianapolis, IN., 46202
        317-630-0137
        317-822-8468

   c)  Hammerle, Allen, & Cleary

   (d)  Indiana University (Bloomington) School of Law, May 1988

   (e)  Indiana Bar, October 1988, Ind. Attorney Number 14212-49, Southern District of

Indiana, Seventh Circuit, United States Supreme Court

   (f)  I am a member in good standing of the bars listed in (e) and am not under suspension

5700 7-3193

or disbarment from any bar;

(g) I do not reside in the Eastern District of Missouri, am not regularly employed in this district and do not regularly engage in the practice of law in this district.

I attest under the penalty of perjury that truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that I be admitted pro hac vice to the bar of this court to appear in the instant matter.

Joseph M. Cleary

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served by U.S. Mail on the United States of America on this 22nd day of January 2007.

Joseph M. Cleary

Joseph M. Cleary, 14212-49
HAMMERLE ALLEN & CLEARY
1455 N. Pennsylvania
Indianapolis, Indiana, 46202
317-630-0137
317-822-8468 fax