UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BILLIE JEROME ALLEN, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 4:07 CV00027 ERW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## GOVERNMENT'S ENTRY OF APPEARANCE

COMES NOW Catherine L. Hanaway, United States Attorney for the Eastern District of

Missouri, and Joseph M. Landolt, Assistant United States Attorney for said District, and hereby

enter their appearance on behalf of the United States.

Respectfully submitted,

CATHERINE L. HANAWAY
United States Attorney


 */s/ Joseph M. Landolt*
JOSEPH M. LANDOLT, #6484
Assistant United States Attorney
111  South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200