**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| **BILLIE JEROME ALLEN**<br>     Petitioner | §<br>§<br>§<br>§ | |
| **vs.** | §<br>§ | **Cause No.  4:07-CV-27-ERW** |
| **UNITED STATES OF AMERICA**<br>     Respondent | §<br>§ | |

### NOTICE OF FILING OF MOTION TO EXTEND TIME TO COMPLY WITH *EX PARTE* ORDER OF APRIL 12, 2007

On May 2, 2007, counsel for Mr. Allen will submit, *ex parte* and under seal, a

motion for extension of time to comply with this Court's *ex parte* order of April 12, 2007.

Counsel request that any order concerning this motion also be entered under

seal.

Respectfully submitted,

/S/ ELIZABETH UNGER CARLYLE

Elizabeth Unger Carlyle #51877
P.O. Box 962
Columbus, MS  39701
Missouri Bar No. 41930
(816) 525-6540
FAX (866) 764-1249
elizcar@bellsouth.net

Joseph M. Cleary
Attorney at Law
1455 N. Pennsylvania
Indianapolis, IN  46202
(317) 630-0137
jcleary498@aol.com

ATTORNEYS FOR PETITIONER

CERTIFICATE OF SERVICE

I hereby certify that it is my belief and understanding that counsel for respondent, Mr. Joseph M. Landolt, United States Attorney, 111 South 10th Street, 20th Floor, St. Louis, Missouri 63102, and Mr. Steven Holtshouser, Assistant United States Attorney, 111 South 10th Street, 20th Floor, St. Louis, Missouri 63102., are participants in the Court's CM/ECF program and that separate service of the foregoing document is not required beyond the Notification of Electronic Filing to be forwarded to counsel on April 30, 2007 upon the filing of the foregoing document.

/s/ Elizabeth Unger Carlyle
ELIZABETH UNGER CARLYLE