UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BILLIE JEROME ALLEN, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07CV00027 ERW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Petitioner's Unopposed Motion for Equitable Tolling of Statute of Limitations [doc. #41].

The Eighth Circuit has stated that "equitable tolling is only appropriate in instances where extraordinary circumstances beyond a petitioner's control prevent timely filing." *E.J.R.E. v. United States*, 453 F.3d 1094, 1098 (8th Cir. 2006). Billie Jerome Allen ("Petitioner") requests equitable tolling as counsel did not receive all of material comprising trial counsel's file until September 25, 2007, as his § 2255 petition was delayed while counsel was appointed and budget filings completed, and as the mitigation investigator has not had sufficient time to conduct a complete investigation. Petitioner has not demonstrated that these events should be considered extraordinary circumstances. *See, e.g.*, *United States v. Marcello*, 212 F.3d 1005 (7th Cir. 2000) ("[e]xtraordinary circumstances far beyond the litigant's control must have prevented timely filing"); *Fail v. Hubbard*, 272 F.3d 1133, 1136 (9th Cir. 2001) (district court "delays are routine and not extraordinary"). Furthermore, any claimed delays because of budgeting issues, in the

1

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

Court's view, were caused by counsel.  However, as this motion is unopposed, the Court will grant Petitioner's request for equitable tolling.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Unopposed Motion for Equitable Tolling of Statute of Limitations [doc. #41] is **GRANTED.**  The statute of limitations is tolled, and Petitioner is not required to file his petition until February 11, 2008.

Dated this 13th day of November, 2007.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

2

PDF created with FinePrint pdfFactory trial version www.pdffactory.com