# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| BILLIE JEROME ALLEN, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | No. 4:07CV00027 ERW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER

This matter comes before the Court on Motion for Copies of Jury Questionnaires [doc. #43] by Petitioner. Petitioner's Motion states that "counsel received from trial counsel copies of jury questionnaires completed by most members of the panel from which Mr. Allen's jury was selected. However, the questionnaires completed by the jurors and alternates were not included."

On January 13, 1998, this Court issued an Order and provided the parties copies of juror questionnaires to use in preparation for voir dire. Counsel for all parties in the underlying criminal action were provided with copies of the completed questionnaires by all prospective members of the jury panel. A complete search of Court records in this chambers, jury unit and district clerk's office disclosed that additional copies of all questionnaires were not retained.

**IT IS HEREBY ORDERED** that Motion for Copies of Jury Questionnaires [doc. #43] is DENIED**.**

So Ordered this 4th  Day of December , 2007.

_E. Richard Webber_

_____

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE