# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| **BILLIE JEROME ALLEN,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.  4:07CV00027 ERW** |
| | ) | **CAPITAL CASE** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## CASE MANAGEMENT ORDER - TRACK 4: CAPITAL § 2255  MOTION

Pursuant to the Civil Justice Reform Act Expense and Delay Reduction Plan and the

Differentiated Case Management Program of the United States District Court for the Eastern

District of Missouri,

**IT IS HEREBY ORDERED** that the following provisions shall apply in this case:

1.  This case has been assigned to Track 4CH (Administrative - Capital Habeas).

2.  Respondent shall file a response to the motion to vacate, set aside or correct

sentence filed pursuant to 28 U.S.C. § 2255 and motion for an evidentiary hearing within

forty-five (45) days from the date of this order.

3.   Movant shall file his traverse and any reply memorandum with respect to the

evidentiary hearing within forty-five (45) days from the date of the filing of the response.

So Ordered this 11th  Day of December , 2007.


_____

**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**