**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BILLIE JEROME ALLEN**<br>    **Petitioner** | § <br> § <br> § <br> § | |
| **vs.** | § <br> § | **Cause No.  4:07-CV-27-ERW** |
| **UNITED STATES OF AMERICA**<br>    **Respondent** | § <br> § | |

**MOTION FOR EXTENSION OF TIME**
**TO FILE REPLY SUGGESTIONS**
**IN SUPPORT OF MOTION FOR LEAVE TO INTERVIEW JURORS**

Petitioner Billie Allen moves the court for an extension of time until December 31, 2007, to file reply suggestions in support of his motion to interview jurors, and in support states:

1.  The reply suggestions are now due December 24, 2007.  No previous extensions of time have been requested or granted.

2.  During the time for filing these reply suggestions, counsel for Mr. Allen has completed and filed a reply brief in the U.S. Fifth Circuit Court of Appeals and has completed the drafting of a traverse in a habeas corpus case in the Western District of Missouri.

1

3.  For the foregoing reasons, petitioner prays the court to extend the time for

filing reply suggestions until December 31, 2007.

Respectfully submitted,

/s Elizabeth Unger Carlyle

Elizabeth Unger Carlyle #51877
P.O. Box 962
Columbus, MS  39701
Missouri Bar No. 41930
(816)525-6540
FAX (866) 764-1249
elizcar@bellsouth.net

Joseph M. Cleary #534292
Attorney at Law
1455 N. Pennsylvania
Indianapolis, IN  46202
(317) 630-0137
jcleary498@aol.com

CERTIFICATE OF SERVICE

I hereby certify that it is my belief and understanding that
counsel for respondent, Mr. Joseph M. Landolt, United
States Attorney, 111 South 10th Street, 20th Floor, St. Louis,
Missouri 63102, and Mr. Steven Holtshouser, Assistant
United States Attorney, 111 South 10th Street, 20th
Floor, St. Louis, Missouri 63102., are participants in the
Court's CM/ECF program and that separate service of the
foregoing document is not required beyond the Notification
of Electronic Filing to be forwarded to counsel on December
24, 2007, upon the filing of the foregoing document.

/s/ Elizabeth Unger Carlyle
ELIZABETH UNGER CARLYLE