UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BILLIE JEROME ALLEN, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No.  4:07CV00027 ERW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **CAPITAL CASE** |
| | ) | |
| Respondent. | ) | |

**GOVERNMENT'S REQUEST FOR AN EXTENSION OF TIME TO RESPOND
TO MOVANT'S MOTION UNDER 28 U.S.C. § 2255**

Comes now the United States of America, by and through its attorneys, Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, and Joseph M. Landolt and Steven E. Holtshouser, Assistant United States Attorneys for said District, and requests an extension of time to file its response to movant's motion under 28 U.S.C. § 2255 and in support thereof states as follows:

Movant has filed a motion under 28 U.S.C. § 2255 that is approximately sixty (60) pages in length.  It asserts 18 separate grounds for relief.  The motion petition results from a capital case in which movant received the death penalty in 1998.  Movant has been preparing for the filing of this motion for a considerable period of time.  The government anticipates that an extensive response will need to be filed in order to bring pertinent portions of the record and pertinent authorities to this Court's attention in connection with ruling on movant's motion.  The government cannot respond to movant's motion on the current due date of March 29, 2008.  One of the undersigned was the lead attorney in Untied States v. Robert Bolden, Jr., No. 06-3264 EMSL, another capital case in which the jury returned a verdict of death in May, 2006.  The Bolden case is on direct appeal and the

government is currently on its last of several extensions to file appellee's brief with the Court of

Appeals.  Twenty-one separate issues, not including sub-parts, are raised in the Bolden case and

appellee's brief may exceed 200 pages.  Because of efforts to meet the deadline in the Bolden case,

the government has been unable to complete work on its response in the case at bar.  In addition,

another attorney for the government in the case at bar is the appellate coordinator for the U.S.

Attorney's Office for the Eastern District of Missouri and is responsible for directing the District's

legal responses in connection with motions for resentencing under 18 U.S.C. § 3582(c) based on the

recent amendments to the Sentencing Guidelines for offenses involving cocaine base or crack.  This,

too, has prevented him performing any significant work on the government's response in the case

at bar.

**WHEREFORE**, the government respectfully requests an extension of sixty (60) days to file

its response.  The government has consulted with counsel for movant and they do not object to this

request.

Respectfully submitted,

CATHERINE L. HANAWAY
United States Attorney

*/s/ Steven E. Holtshouser*
STEVEN E. HOLTSHOUSER
Assistant United States Attorney
111 South 10th Street - 20th Floor
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2008, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Elizabeth U. Carlyle
P.O. Box 962
Columbus, MS 39703

Joseph M. Clearly
Hammerle and Allen
1455 N. Pennsylvania
Indianapolis, IN 46202

/s/Steve E. Holtshouser
Assistant United States Attorney