**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| **BILLIE JEROME ALLEN** | § | |
|     **Petitioner** | § | |
| | § | |
| | § | |
|     **vs.** | § | **Cause No.  4:07-CV-27-ERW** |
| | § | |
| **UNITED STATES OF AMERICA** | § | |
|     **Respondent** | | |

**AGREED MOTION FOR EXTENSION OF TIME
TO FILE REPLY SUGGESTIONS**

Billie Allen, petitioner, prays the court for an extension of time until Monday, May 5, 2008 to file reply suggestions in support of his Motion to Disqualify the Honorable Richard E. Webber and in support states:

    1.  The reply suggestions are now due May 1, 2008.

    2.  No previous extensions of time for this pleading have been requested or granted.

    3.  Counsel for Mr. Allen has conferred with Joseph Landolt, counsel for respondent, and he has no objection to this motion.

1

For the foregoing reasons, Mr. Allen prays the court for an extension of time until

May 5, 2008, for the filing of reply suggestions.

Respectfully submitted,

/s Elizabeth Unger Carlyle

Elizabeth Unger Carlyle #51877
P.O. Box 866
Columbus, MS  39703
Missouri Bar No. 41930
(816)525-6540
FAX (866) 764-1249
elizcar@bellsouth.net

Joseph M. Cleary #534292
Attorney at Law
1455 N. Pennsylvania
Indianapolis, IN  46202
(317) 630-0137
jcleary498@aol.com

CERTIFICATE OF SERVICE

I hereby certify that it is my belief and understanding that
counsel for respondent, Mr. Joseph M. Landolt, United
States Attorney, 111 South 10th Street, 20th Floor, St. Louis,
Missouri 63102, and Mr. Steven Holtshouser, Assistant
United States Attorney, 111 South 10th Street, 20th
Floor, St. Louis, Missouri 63102., are participants in the
Court's CM/ECF program and that separate service of the
foregoing document is not required beyond the Notification
of Electronic Filing to be forwarded to counsel on May 1,
2008, upon the filing of the foregoing document.

/s/ Elizabeth Unger Carlyle
ELIZABETH UNGER CARLYLE

2