UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BILLIE JEROME ALLEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:07 CV 0027 ERW |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Respondent. | ) |

**GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO MOVANT'S MOTION UNDER 28 U.S.C. § 2255**

COMES NOW, the United States of America, by and through Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, and Steven E. Holtshouser and Joseph M. Landolt, Assistant United States Attorneys for said District, and requests an extension of time to respond to Movant's motion under 28 U.S.C. § 2255, as follows:

The Government's response is due May 30, 2008. This was an extension from the original due date. At the time of the previous extension motion the undersigned believed in good faith that the Government could respond to Movant's motion by May 30, 2008. Several unforseen events have made that impossible and the Government seeks an additional extension of time. In particular, the undersigned Assistant United States Attorney Steven Holtshouser was fully occupied in preparing appellee's brief in the Capital Direct Appeal in United States v. Robert Bolden, #06-3264. The Government filed a brief in that case of nearly 36,000 words having to address nearly 28 separate issues. In addition, the preparation of the appendix in connection with that brief remains ongoing and is not yet complete. Oral Argument is set in the Bolden case for June 9, 2008 and the defense has been granted leave to file a 21,000 word reply

1

brief by May 30, 2008.  In addition, immediately following the completion of the brief in the

Bolden case, the undersigned was required to prepare for trial and try a 9 count case involving

the preparation of false tax returns by an income tax return preparer.  This case, United States v.

Edward Whittington, Cause No. 4:07CR616 CEJ,  took several weeks to prepare for trial and it

took seven days to try in front of United States District Judge Jackson with the jury returning a

verdict on May 13, 2008.  In addition, the undersigned has been required to take over the

prosecution of the RICO conspiracy charges in United States v. Gary Kaplan et al. Cause No.

4:06CR337 CEJ(MLM) arising out of the BetOnSports.com gaming enterprise.  Several pretrial

motions were recently the subject of recommendations by United States Magistrate Judge

MaryAnn Medler and several of the Government's replies to objections and objections to the

recommendations are currently being prepared for filing and will be filed during the coming

weeks.  Thus, given the other obligations that have prevented the Government from making

serious progress on responding to the Movant's motion, as well as the imminent demands during

the coming weeks, the Government respectfully requests an extension of time to respond to

Movant's motion under 28 U.S.C. § 2255.  The Government believes that it needs an extension

of 90 days to realistically prepare a response to Movant's motion.  Thus, the Government,

requests a new due date of August 30, 2008.  The Government conferred with counsel for

Movant and said counsel do not object to this request.

Respectfully submitted,

CATHERINE L. HANAWAY
United States Attorney


*s/ Steven E. Holtshouser*
STEVEN E. HOLTSHOUSER #24277
Assistant United States Attorney
111 S. 10th Street, Rm. 20.333
St. Louis, Missouri 63102
(314) 539-2200

*s/ Joseph M. Landolt*
JOSEPH M. LANDOLT #6484
Assistant United States Attorney
111 S. 10th Street, Rm. 20.333
St. Louis, Missouri 63102
(314) 539-2200


## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2008, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: Elizabeth Unger Carlyle, P.O. Box 866, Columbus, MS 39701 and Mr. Joseph M. Cleary, 1455 N. Pennsylvania, Indianapolis, IN 46202.


*s/ Joseph M. Landolt*
JOSEPH M. LANDOLT #6484
Assistant United States Attorney