UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BILLIE JEROME ALLEN,                    )
                                        )
        Petitioner,                     )
                                        )
    vs.                                 )          Case No. 4:07CV00027 ERW
                                        )
UNITED STATES OF AMERICA,               )
                                        )
        Respondent.                     )

## ORDER

**IT IS HEREBY ORDERED** that Government's Motion for an Extension of Time to

Respond to Movant's Motion Under 28 U.S.C. § 2255 [doc. #69] is **GRANTED**.  The

Government shall file its Response no later than August 30, 2008.

        Dated this 29th Day of May, 2008.


                                        _____
                                        E. RICHARD WEBBER
                                        UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com