UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BILLIE JEROME ALLEN,                      )
                                          )
          Petitioner,                     )
                                          )
v.                                        ) No. 4:07 CV 0027
                                          )
UNITED STATES OF AMERICA,                 )
                                          )
          Respondent.                     )

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO MOVANT'S MOTION UNDER 28 U.S.C. §2255 WITHOUT OBJECTION

COMES NOW, the United States of America, by and through Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, and Steven E. Holtshouser and Joseph M. Landolt, Assistant Unites States Attorneys for said District, and requests an extension of time up to and including October 31, 2008, to respond to Movant's §2255 Motion.  Counsel for petitioner do not object to this Motion.  In support of this Motion, the Government states as follows:

The Government's response is currently due on August 30, 2008, which is an extension from the date it was originally due.  As a result of a series of unexpected events and obligations the Government requires additional time in which to respond.   As was mentioned in the previous motion for extension, AUSA Holtshouser has taken over the exceptionally complex matter of United States v. Gary Kaplan, et al., No. 4:06 CR 337 CEJ (MLM).  The Kaplan matter is a RICO prosecution which arises from an international gaming enterprise.  AUSA Holtshouser has been required to travel extensively in connection with the Kaplan case.   The Department of Justice attorney who was responsible for the Kaplan case has been re-assigned, burdening AUSA

Holtshouser with abundant unforseen responsibilities, which include the drafting of a complex superseding indictment and fulfilling comprehensive discovery obligations. AUSA Holtshouser has also had unforseen family obligations arise which have also required travel out of the district.

AUSA Landolt has been similarly occupied. His duties as Appellate Chief, Professional Responsibility Officer and Ethics Advisor provide a constant diet of time-sensitive responsibilities. AUSA Landolt supervises the appellate function of the office, and personally reviews all criminal and civil appellate briefs filed by the office, which often involves substantially revising or rewriting the final product. AUSA Landolt is tasked with preparing and organizing excerpts from every published Eighth Circuit criminal opinion. These excerpts are published monthly and distributed to all AUSAs within the Eighth Circuit, as well as to several courts and defense counsel. The excerpts are also disseminated nationally via the Department of Justice intranet. The number of published criminal cases for the months of June, July and August of this year have been, at least in recent memory, unprecedented. The Eighth Circuit has published no fewer than 124 criminal opinions during this period, to date. The published excerpts of these opinions currently spans 126 single-spaced pages of text. In addition to his extensive duties within the United States Attorney's Office, AUSA Landolt is a member of the Department of Justice Appellate Chiefs' Working Group, which consists of appellate chiefs from each of the twelve judicial circuits as well as representatives from the Department. The Appellate Chiefs' Working Group is a subcommittee of the Attorney General's Advocacy Committee, and serves to advise that group on matters of appellate policy. The working membership in the Appellate Chiefs' Working Group requires travel to the Department on a regular basis, as well as providing comprehensive responses to requests for assistance and

review of proposals for positions to take on specific appellate issues.  AUSA Landolt is also a member of the Eighth Circuit Criminal Instruction Committee, which meets regularly to draft and propose pattern instructions for the Eighth Circuit.  AUSA Landolt was actively involved in preparing the draft instructions which were recently presented to the district judges at the Eighth Circuit Judicial Conference.   AUSA Landolt has had to travel to Appellate Chiefs' Working Group meetings, Criminal Instruction Committee meetings and to required Professional Responsibility Officers' training at the National Advocacy Center.  An unforeseen, but not unwelcome, family obligation required him to travel outside the district during the past two weeks.

Petitioner has raised eighteen separate grounds for relief, which contain an additional twenty-one sub-parts.  An appropriate response to these wide-ranging grounds for relief requires careful review of the voluminous court record, as well as the twenty-nine volumes of motions and trial transcripts which total more than 5,000 pages of testimony and argument.   This task is complicated by the fact that the Petition, apart from the relatively brief "Facts of the offense" section, contains no references to the record or transcripts.  Thus, the record and transcripts must be laboriously "mined" to adequately respond to the issues raised.  Moreover, the Government is mindful that Petitioner's co-defendant, Norris Holder, has most recently filed a Rule 59(e) Motion which is forty-six pages in length with an additional fifty-six pages of affidavits attached.  The same AUSAs who are responding to Petitioner's §2255 Motion must also respond to the recent Holder motion.

WHEREFORE, the Government requests an additional period, up to and including

October 31, 2008, in which to respond to Petitioner's §2255 Motion.

Respectfully submitted,

CATHERINE L. HANAWAY
United States Attorney

*s/ Steven E. Holtshouser*
STEVEN E. HOLTSHOUSER #24277
Assistant United States Attorney
111 S. 10th Street, Rm. 20.333
St. Louis, Missouri 63102
(314) 539-2200

*s/Joseph M. Landolt*
JOSEPH M. LANDOLT #6484
Assistant United States Attorney
111 S. 10th Street, Rm. 20.333
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: Ms. Elizabeth Unger Carlyle, P.O. Box 866, Columbus, MS 39701 and Mr. Joseph M. Cleary, 1455 N. Pennsylvania, Indianapolis, IN 46202.

*s/ Joseph M. Landolt*
JOSEPH M. LANDOLT
Assistant United States Attorney

4