RECEIVED

SEP - 8 2008

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:07-CV-27ERW |
| Respondent, | : | |
| -v- | : | **Hon. E. Richard Webber,** |
| | : | **U.S.D.J.** |
| BILLIE JEROME ALLEN, | : | |
| Petitioner. | : | |

**VERIFIED MOTION FOR ADMISSION OF
MICHAEL WISEMAN PRO HAC VICE**

Pursuant to this Court's order of August 23, 2008 undersigned counsel, Michael Wiseman, hereby seeks admission pro hac vice, as follows.[1]

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Michael Wiseman, move to be admitted pro hac vice to the bar of this court for the purpose of representing **Petitioner, Billie Jerome Allen**, in this matter. In support of this motion, I submit the following information required as required by Rule 12.01(E):

---

[1]Attorney Matthew Lawry, also employed in the Philadelphia Capital Habeas Corpus Unit, will be the other attorney who will seek admission pro hac vice. Mr. Lawry is out of the office at this time, and it is expected that his motion seeking admission will be filed early in the week of September 8, 2008.

1

A.   My full name is Michael Wiseman;

B.   My business address, telephone and fax are:

Michael Wiseman
Federal Community Defender Office for the Eastern District of
Pennsylvania – Capital Habeas Corpus Unit
Suite 545 West – The Curtis Center
Philadelphia, Pennsylvania 19106
215-928-0520
fax 215-928-0826

C.   My firm name is:

Federal Community Defender Office for the Eastern District of
Pennsylvania, Capital Habeas Corpus Unit

D:   I graduated from the State University of New York at Buffalo, School
of Law in May 1981

E:   I have been a member of the Bar of the Commonwealth of Pennsylvania
since September 1984, Attorney # 75342;

I have been a member of the Bar of the United States District Court for
the Eastern District of Pennsylvania since 1995 and the Middle District
since 1998; I have been a member of the Bar of the United States Court
of Appeals for the Third Circuit since 1995

F:   I am a member of the above bars in good standing and am not under
suspension of disbarment from any bar;

G:   I do not reside in the Eastern District of Missouri, am not regularly
employed in this district and I am not regularly engaged in the practice
of law in this district.

I attest under the penalty of perjury the truth and accuracy of the foregoing

2

facts, and respectfully request that this motion be granted and that I be admitted pro

hac vice to the bar of this court to appear in this matter.

Respectfully Submitted,

Michael Wiseman
Chief, Capital Habeas Corpus Unit
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Fax: 215-928-0826
Michael_Wiseman@fd.org

Dated:      September 5, 2008
            St. Louis, Missouri