RECEIVED

SEP - 9 2008

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:07-CV-27ERW |
|  | : |  |
| Respondent, | : |  |
|  | : |  |
| -v- | : | **Hon. E. Richard Webber,** |
|  | : | **U.S.D.J.** |
| BILLIE JEROME ALLEN, | : |  |
|  | : |  |
| Petitioner. | : |  |

**VERIFIED MOTION FOR ADMISSION OF
MATTHEW LAWRY PRO HAC VICE**

Pursuant to this Court's order of August 23, 2008 undersigned counsel,

Matthew Lawry, hereby seeks admission pro hac vice, as follows.

Pursuant to Rule 12 of the local rules of the United States District Court for the

Eastern District of Missouri, I, Matthew Lawry, move to be admitted pro hac vice to

the bar of this court for the purpose of representing **Petitioner, Billie Jerome Allen,**

in this matter.  In support of this motion, I submit the following information required

as required by Rule 12.01(E):

A.   My full name is Matthew Lawry;

B.   My business address, telephone and fax are:

Matthew Lawry
Federal Community Defender Office for the Eastern District of

1

4644-2658

Pennsylvania – Capital Habeas Corpus Unit
Suite 545 West – The Curtis Center
Philadelphia, Pennsylvania 19106
215-928-0520
fax 215-928-0826

C.   My firm name is:

Federal Community Defender Office for the Eastern District of
Pennsylvania, Capital Habeas Corpus Unit

D:   I graduated from the Ohio State University College of Law in June 1984

E:   I have been a member of the Bar of the Commonwealth of Pennsylvania
since August 2001, Attorney # 87221;

I have been a member of the Bar of the United States District Court for
the Eastern District of Pennsylvania since 2002 and the Middle District
since 1998; I have been a member of the Bar of the United States Court
of Appeals for the Third Circuit since 1986

F:   I am a member of the above bars in good standing and am not under
suspension or disbarment from any bar;

G:   I do not reside in the Eastern District of Missouri, am not regularly
employed in this district and I am not regularly engaged in the practice
of law in this district.

2

I attest under the penalty of perjury the truth and accuracy of the foregoing facts, and respectfully request that this motion be granted and that I be admitted pro hac vice to the bar of this court to appear in this matter.

Respectfully Submitted,

Matthew Lawry
Director of Litigation
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Fax: 215-928-0826
Matthew_Lawry@fd.org

Dated:      September 8, 2008