UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BILLIE JEROME ALLEN,             )
                                          )
    Petitioner,            )
                                          )
v.                                )  No. 4:07 CV 0027 ERW
                                          )
UNITED STATES OF AMERICA    )  **THIS IS A CAPITAL CASE**
                                          )
    Respondent.       )

## GOVERNMENT'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT

COMES NOW, the United States of America, by and through Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, and Steven E. Holtshouser Assistant United States Attorneys for said District, and for the Government's Motion for Leave to Exceed Page Limit, states as follows:

The Government requests leave of court to file its Response to Allen's 2255 matters in 154 pages plus a 55-page addendum. The Government believes that it is necessary to exceed this court's 15 page limit for memoranda of law because of the number and complexity of the issues which Allen raised in his Motions. In addition, the addendum will aid the Court in addressing the issues.

Respectfully submitted,

CATHERINE L. HANAWAY
United States Attorney

*s/ Steven E. Holtshouser*
STEVEN E. HOLTSHOUSER #24277
Assistant United States Attorney
111 S. 10th Street, Rm. 20.333
St. Louis, Missouri 63102
(314) 539-2200

1