# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

BILLIE JEROME ALLEN,                )
                                    )
    Petitioner,                   )
                                    )    Case No.: 4:07-cv-27-ERW
    v.                            )
                                    )
UNITED STATES OF AMERICA            )
                                    )
                                    )
    Respondent.                   )

## ORDER

AND NOW, this ___ day of _____, 2008 upon consideration of the Petitioner's

Motion for Extension of Time, it is hereby ORDERED:

1. Petitioner's Motion is Granted.

2. Petitioner has until March 15, 2009, to reply to the Government's Response to his 2255

motion.

SO ORDERED:

DATE: _____          _____
                                        JUDGE

Elizabeth Unger Carlyle                    Joseph M. Cleary
P.O. Box 866                               1455 N. Pennsylvania
Columbus, Mississippi 39703                Indianapolis, Indiana 46202
(816)525-6540                              (317)630-0137
elizcar@bellsouth.net                      Jcleary498@aol.com


Michael Wiseman
Chief, Capital Habeas Corpus Unit
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center

Philadelphia, PA 19106

215-928-0520

Fax: 215-928-0826

Michael_Wiseman@fd.org