**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| **BILLIE JEROME ALLEN**<br>    **Petitioner** | §<br>§<br>§ | |
| **vs.** | §<br>§ | **Cause No.  4:07-CV-27-ERW** |
| **UNITED STATES OF AMERICA**<br>    **Respondent** | §<br>§<br>§ | |

**AGREED MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE**

Petitioner Billie Jerome Allen moves the court for an extension of time until June 15, 2009, for the filing of the traverse in this matter, and in support states:

1.  The traverse is now due March 16, 2009.  One previous extension of time has been requested and granted.

2.  In his previous motion for extension of time, petitioner gave a detailed explanation of the factors that make this matter unusually complex, including the fact that the time for the government response was extended for a total of 263 days.  That explanation is not repeated here but is incorporated by reference.

3.  During the time for filing this pleading, counsel for Mr. Allen have continued to investigate and develop responses to the government's contentions.  They are currently in negotiations with the government concerning access to court exhibits in the government's custody.

4.  Counsel have also had substantial other responsibilities during this time. Lead Counsel Elizabeth Unger Carlyle has filed extensive legal memoranda in two Mississippi capital habeas corpus cases, has argued a capital habeas corpus case in the Eighth Circuit court of appeals, and has filed a reply brief and a petition for rehearing

1

in two different Eighth Circuit cases.  Co-counsel Michael Wiseman has completed a Third Circuit brief, is writing another and has been involved in two Third Circuit oral arguments with another scheduled in the next two weeks.  Co-counsel Joseph Cleary has filed two petitions for writ of certiorari to the United States Supreme Court, one in a capital case, has filed a petition for rehearing in the Indiana Supreme Court, has conducted oral argument in the Seventh Circuit Court of Appeals, and is in the process of preparing a traverse in a capital habeas corpus case and a request for certificate of appealability in another habeas corpus matter.  He is also working on two trial level capital cases.

5.  Co-counsel Joseph Cleary has communicated with Joseph Landolt, counsel for the government, and the government has no objection to this request.

2

For the foregoing reasons, Mr. Allen prays the court to extend the time for filing the traverse in this matter until June 15, 2009.

Respectfully submitted,

/s Elizabeth Unger Carlyle

Elizabeth Unger Carlyle #51877
P.O. Box 866
Columbus, MS  39703
Missouri Bar No. 41930
(816)525-6540
FAX (866) 764-1249
elizcar@bellsouth.net

Joseph M. Cleary #534292
Attorney at Law
1455 N. Pennsylvania
Indianapolis, IN  46202
(317) 630-0137
jcleary498@aol.com

Michael Wiseman
Chief, Capital Habeas Corpus Unit
Federal Community Defender for the
Eastern District of Pennsylvania
Suite 545 West -- The Curtis Center
Philadelphia, PA  19106
215-928-0520

ATTORNEYS FOR PETITIONER

CERTIFICATE OF SERVICE
I hereby certify that it is my belief and understanding that counsel for respondent, Mr. Joseph M. Landolt, United States Attorney, 111 South 10th Street, 20th Floor, St. Louis, Missouri 63102, and Mr. Steven Holtshouser, Assistant United States Attorney, 111 South 10th Street, 20th Floor, St. Louis, Missouri 63102., are participants in the Court's CM/ECF program and that separate service of the foregoing document is not required beyond the Notification of Electronic Filing to be forwarded to counsel on March 5, 2009, upon the filing of the foregoing document.

/s/ Elizabeth Unger Carlyle

3