UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BILLIE JEROME ALLEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No.  4:07CV00027 ERW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**GOVERNMENT'S REQUEST FOR AN EXTENSION OF TIME
TO RESPOND TO PETITIONER'S MOTION TO INSPECT**

Comes now the United States of America, by and through its attorneys, Michael W. Reap, Acting United States Attorney for the Eastern District of Missouri and Steven E. Holtshouser and Joseph M. Landolt, Assistant United States Attorneys for said District, and requests an extension of time to reply to the petitioner's motion to inspect and in support thereof states, as follows:

Petitioner filed a motion to inspect on May 2, 2009.  The Government first learned of the motion on May 4, 2009.  Both of the counsel representing the respondent in this case are presently engaged in representing the Government in other complex matters.  For example, Assistant United States Attorney Steven Holtshouser is representing the Government in United States v. Gary Kaplan, et al. No. S5-4:06CR337 CEJ, a RICO conspiracy indictment involving an offshore sports book that operated for several years and had annual turnover of approximately $1 Billion.  Assistant United States Attorney Holtshouser is the lead attorney in said prosecution and is exerting full time efforts to both reach a resolution in the case that will avoid a 12 week trial and to secure the Government's recovery of large sums of funds held in Swiss Bank accounts pursuant to an international trust structure.   Assistant United States Attorney Joseph Landolt is the only full time appellate coordinator for this office and has also been assigned responsibility for other matters within the U.S.

Attorney's office. In order to respond to defendant's motion, the Government must determine the scope of petitioner's request and legal and logistical obstacles to permitting such an inspection.  In addition, the Government intends to oppose the requested inspection.

**WHEREFORE**, the Government respectfully requests an extension to May 22, 2009 to respond to petitioner's motion.

Respectfully submitted,

MICHAEL W. REAP
Acting United States Attorney

*/s/ Steven E. Holtshouser*
STEVEN E. HOLTSHOUSER
Assistant United States Attorney
111 South 10th Street - 20th Floor
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2009, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Elizabeth U. Carlyle
P.O.Box 866
Columbus , MS 39703


Joseph M. Cleary
HAMMERLE AND ALLEN
1455 N. Pennsylvania
Indianapolis , IN 46202


Michael Wiseman
FEDERAL COMMUNITY DEFENDER OFFICE
Eastern District of Pennsylvania- Capital Habeas Corpus Unit
The Curtis Center - Suite 545 West
Philadelphia , PA 19106


/s/Steve E. Holtshouser

Assistant United States Attorney