LAW OFFICES OF

**MICHAEL A GROSS**



March 18, 2006

TELEPHONE
(314) 727-4910

FACSIMILE
(314) 727-4378

E-MAIL
magross@swbell.net

WEB SITE
www.grossbriefs.com

Mr. Steven E. Holtshouser
Office of United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102

re:      United States v. Billie Jerome Allen

Dear Mr. Holtshouser:

Thank you for your letter of March 6, 2006, and for your offer to deliver the discovery materials described in that letter to a copy service for reproduction. It is my understanding that the copy center would make one set of copies for delivery to me. Further, the cost of reproduction would be paid by me.

I would like to have the copies made on those terms. My preference would be to have the copying done at CAM Printing, Inc., which is located at 8131 Delmar Boulevard in University City. The reasons for that preference are that I am familiar with and trust the thoroughness and dependability of the personnel and that the charges are quite reasonable. I would be happy to pay a reasonable charge for the delivery of documents to CAM Printing, Inc., and the return of the documents to your office. I do not insist on being allowed to specify the copy center. I would like to obtain the copies that you have offered, regardless of where the copy-making is done.

I will call you during the week beginning March 20, 2006, to discuss arrangements for this transaction. Please feel free to contact me at any time.

Very truly yours,

Michael A. Gross

**EXHIBIT 1**

34 NORTH BRENTWOOD BOULEVARD • SUITE 207 • SAINT LOUIS MISSOURI 63105