

U.S. Department of Justice

United States Attorney ~~FILE COPY~~
Eastern District of Missouri

STEVEN E. HOLTSHOUSER
*Assistant United States Attorney*

*Thomas F. Eagleton Courthouse*
*111 South 10th Street, 20th Floor*
*St. Louis, Missouri 63102*

OFFICE    *(314) 539-2200*
PRIVATE LINE    *(314) 539-6894*
FAX    *(314) 539-2309*

August 24, 2006

Michael Gross, Esq.
34 North Brentwood Blvd.
Suite 207
St. Louis, MO 63105

Re:    Billy Allen
No. 4:97CR141 ERW

Dear Mr. Gross:

I have prepared the control discovery in Mr. Allen's case for reproduction. The documents consist of two boxes and cover bates ranges 1 through 3386. In addition, there are two additional folders of documents which are not bates stamped that were produced in discovery. In addition, these do not include bates ranges 618 through 635 which were original photographs. I cannot warrant that this constitutes absolutely everything that was produced to defense counsel during the case but it constitutes substantially all of the material that was produced. I will be returning to Fargo, North Dakota on Monday, August 28, 2006 and don't expect to return for approximately 3 weeks. Please have a representative from CAM Printing contact my secretary, Susan Dalpini at (314) 539-2182 to make arrangements to pick up the two boxes in question to be copied. I will request the CAM Printing representative to sign and date a copy of this letter as a receipt for the items in question. Please have CAM Printing return the materials to Susan Dalpini when the copying is complete and please request them to keep them in the order in which they appear in the two boxes.

To the extent that Mr. Allen requires copies of any other materials, I will not be in a position to address these requests until after our return from Fargo, North Dakota. Please call me if you have any questions and thank you for your patience in this matter.

Sincerely yours,

CATHERINE L. HANAWAY
United States Attorney

*Steven E. Holtshouser*

STEVEN E. HOLTSHOUSER
Assistant United States Attorney

**EXHIBIT 2**

SEH/sd

cc:    Hon. E. Richard Webber
Joe Landolt