## Holtshouser, Steven (USAMOE)

| | |
|---|---|
| **From:** | Landolt, Joseph (USAMOE) |
| **Sent:** | Thursday, November 08, 2007 12:00 PM |
| **To:** | JCleary498@aol.com |
| **Cc:** | Holtshouser, Steven (USAMOE) |
| **Subject:** | RE: Billie Allen - equitable tolling |

Joe,

I have spoken with Steve Holtshouser and we do not object to your request for 90 additional days.

Joe Landolt

---

**From:** JCleary498@aol.com [mailto:JCleary498@aol.com]
**Sent:** Thursday, November 08, 2007 10:17 AM
**To:** Landolt, Joseph (USAMOE)
**Subject:** Billie Allen - equitable tolling

Mr. Landolt

I spoke to you on the phone Tuesday regarding your position on a 90 extension of the SOL for Billie Allen's 2255.  You indicated that you did not think it would be a problem but you were going to check with Mr. Holtshouser.  I was following up to see if you had the chance to check with him and if you could not oppose such a motion.  If you need more information from me just let me know.  You have my email, my phone number is 317-630-0137.  Thanks.

Joe Cleary

---

See what's new at AOL.com and Make AOL Your Homepage.

**EXHIBIT 3**