## Holtshouser, Steven (USAMOE)

| | |
|---|---|
| **From:** | Elizabeth Carlyle [elizcar@bellsouth.net] |
| **Sent:** | Tuesday, December 23, 2008 8:05 PM |
| **To:** | Holtshouser, Steven (USAMOE); Landolt, Joseph (USAMOE) |
| **Cc:** | James_Monroe@fd.org; Joseph M. Cleary; Michael Wiseman |
| **Subject:** | Allen v. United States:  Inspection of evidence |

Dear Mr. Holtzhauser and Mr. Landolt,

As I believe you know, I represent Billie Allen in his 2255 proceedings.
My investigator, James Monroe, and I would like to inspect and review the
government's exhibits, including but not limited to physical evidence, in
both Mr. Allen's and Mr. Holder's cases.  The district clerk has informed
us that you have them.  If possible, we would like to do the inspection on
Friday, January 16, in the morning.  Please let me know if this will work
for you.  Thank you for your cooperation.
Elizabeth Unger Carlyle
Lawyer
PO Box 866
Columbus, MS  39703
voice 816-525-6540
fax 866-764-1249
e-mail elizcar@lawalumni.neu.edu
NOTE ABOUT E-MAIL  I love e-mail!  It's fast, easy and cheap.  However,
correspondence by e-mail is not as secure as regular mail.  Therefore, in
corresponding on legal matters, I try to avoid including sensitive
information in e-mail.  If you choose to correspond with me by e-mail
concerning my representation, you should be aware that there is some risk
of
interception of e-mail messages by third parties.  You should also make
sure
no one but you has access to your e-mail through your computer.

**EXHIBIT 5**

1