## Holtshouser, Steven (USAMOE)

| | |
|---|---|
| **From:** | Holtshouser, Steven (USAMOE) |
| **Sent:** | Monday, December 29, 2008 10:03 AM |
| **To:** | 'Elizabeth Carlyle'; Landolt, Joseph (USAMOE) |
| **Cc:** | James_Monroe@fd.org; Joseph M. Cleary; Michael Wiseman; Delworth, Mary (USAMOE); Stevens, Cris (USAMOE) |
| **Subject:** | RE: Allen v. United States:  Inspection of evidence |

Ms. Carlyle:

First, note the correct spelling of my last name in your e-mail header.

Second, I have no problem with e-mail to handle routine communications, but to create a proper record, I would suggest that future requests such as this be in the form of a motion or letter.

Third, although Mr. Landolt is out of the office until Jan 5, 2009, I wanted to respond to your request as soon as possible so you can at least plan your schedule.  We cannot agree to your request to inspect the trial evidence in the Allen and Holder trials.  There are both practical and legal reasons for our position.  On the practical side, even if we were to agree to an inspection, much of the evidence is kept by the FBI for safekeeping.  It could not be made available by the FBI or within our schedules by Jan 16, 2009.  Legally, we do not think you are entitled to such a blanket inspection.  Mr. Allen has filed his motion, we have responded and I believe your reply is due.   It will then be up to the Court to determine if there are any issues which warrant a hearing and, if so, what additional discovery to allow in preparation for such a hearing.  You have not particularized your request to any issue raised by your motion or to any specific item of evidence.  I am not at all clear as to what you mean by "physical" evidence.  I doubt any inspection could be concluded within one day due to the bio-hazards of handling some of the physical evidence and any inspection would have to be controlled by the FBI.  You have made no showing whatsoever of why you are entitled to inspect the Holder trial evidence.

Also, on an unrelated matter, I know that you have contacted Dr. Yutzy and Dr. Wetzell for their original files in the Allen case.  Dr. Yutzy has transferred his file to the Government and it has been bates-stamped and documented so there is no question as to its contents.  Dr. Wetzell is in the process of locating his file and transferring same to the Government for the same purpose.  Again, whether or not you are entitled to the contents of their files may be a matter for the Court to determine.

We look forward to your reply to our response to the motion.

AUSA Steven E. Holtshouser

**From:** Elizabeth Carlyle [mailto:elizcar@bellsouth.net]
**Sent:** Tuesday, December 23, 2008 8:05 PM
**To:** Holtshouser, Steven (USAMOE); Landolt, Joseph (USAMOE)
**Cc:** James_Monroe@fd.org; Joseph M. Cleary; Michael Wiseman
**Subject:** Allen v. United States: Inspection of evidence

Dear Mr. Holtzhauser and Mr. Landolt,

As I believe you know, I represent Billie Allen in his 2255 proceedings. My investigator, James Monroe, and I would like to inspect and review the government's exhibits, including but not limited to physical evidence, in both Mr. Allen's and Mr. Holder's cases.  The district clerk has informed us that you have them. If possible, we would like to do the inspection on

**EXHIBIT 6**

Friday, January 16, in the morning.  Please let me know if this will work for you.  Thank you for your cooperation.

Elizabeth Unger Carlyle
Lawyer
PO Box 866
Columbus, MS  39703
voice 816-525-6540
fax 866-764-1249
e-mail elizcar@lawalumni.neu.edu

NOTE ABOUT E-MAIL  I love e-mail!  It's fast, easy and cheap.  However, correspondence by e-mail is not as secure as regular mail.  Therefore, in corresponding on legal matters, I try to avoid including sensitive information in e-mail.  If you choose to correspond with me by e-mail concerning my representation, you should be aware that there is some risk of interception of e-mail messages by third parties.  You should also make sure no one but you has access to your e-mail through your computer.

2