# Elizabeth Unger Carlyle
## Lawyer

2009 JAN -2  PM 3: 35

Licensed in Mississippi,
Missouri and Texas

P.O. Box 866
Columbus, Mississippi 39703
(816) 525-6540
FAX: (866) 764-1249
E-Mail: elizcar@bellsouth.net

December 30, 2008

Steven E. Holtshouser
Joseph Landolt
Asst. U.S. Attorneys
111 S. 10th St., 20th Floor
St. Louis, MO 63101

RE: Allen v. United States, No. 4:07-27-CV-ERW

Dear Mr. Holtshouser and Mr. Landolt:

I've reviewed Mr. Holtshouser's e-mail exchange with Mr. Wiseman yesterday. Let me see if I can respond to some of your concerns and discern whether there are areas on which we can agree before placing disputed matters before Judge Webber. As you requested, I am putting this request in the form of a letter, which is being faxed and mailed, rather than an e-mail.

As counsel for Mr. Allen in his pending 28 U.S.C. §2255 case, we would like to inspect the admitted physical evidence, photographic, and videotape government exhibits in the criminal case underlying this matter, United States v. Allen, 4:97-CR-141-ERW, and the companion case, United States v. Holder, which carries the same cause number. We do not need to see any documentary exhibits; we have copies of those. It's my understanding that when admitted exhibits are returned to the custody of the offering party, they remain part of the court record and are available to anyone just as the transcript and filed documents are. I see no need for a discovery motion to inspect the court record. I therefore request that you make the admitted exhibits available for inspection by Mr. Allen's attorneys and investigator.

We would also like to see one item that does not appear to have been admitted, but was mentioned in discovery to defense counsel. This is the strap, referenced in Ground I of the amended petition, which was submitted for DNA testing as Item Q-4 and mentioned in the DNA report issued June 5, 1997. Since this item was available to defense counsel, and is clearly relevant to the grounds for relief in the amended petition, it seems to me that it should be available to us now.

**EXHIBIT 8**

I understand that you would not be able to make all of the exhibits available on January 16 as I had requested.  That is a convenient time for me and the investigator since I will be in St. Louis for an oral argument on January 15 and can stay over.  If it is possible for you to make anything available on that date, I would like to come then, and return later to see the remaining evidence.

I apologize for misspelling Mr. Holtshouser's name.  As someone whose name is often misspelled, I should have been more careful  Thank you for your cooperation.  I look forward to hearing from you.

Very truly yours,

Elizabeth Unger Carlyle

cc:    Billie Allen