U.S. Department of Justice

*United States Attorney*
*Eastern District of Missouri*

FILE COPY

STEVEN E. HOLTSHOUSER
*Assistant United States Attorney*

Thomas F. Eagleton U.S. Courthouse
111 South 10ᵗʰ Street, Rm. 20.333
St. Louis, Missouri 63102

Direct:  (314) 539-6894
Office:  (314) 539-2200
Fax:  (314) 539-2309

January 6, 2009

Elizabeth Unger Carlyle
P.O. Box 866
Columbus, MS 39703

RE:   **Allen v. United States**
      **4:07CV27 ERW**

Dear Ms. Carlyle:

Thank you for your letter dated December 30, 2008.  I do think there are areas on which we can agree regarding your request to inspect evidence short of raising the matter with Judge Webber.  However, it will not be possible to make any items available for inspection by January 16, 2009.  The FBI agents originally assigned to this investigation are no longer working in the St. Louis, Missouri area, but the physical evidence is currently being held securely by the FBI.  Regarding the admitted evidence, please indicate by number which Government exhibits you wish to inspect so that we have a clear understanding of what you wish to inspect.  Given the nature of your request, some of the items may be at the U.S. Attorney's office and some of the items may be retained by the FBI.  Once we have the list of exhibit numbers that you want to inspect, we can arrange a feasible time and place for the inspection.  I will try to have an answer for you within two weeks of receiving your list of exhibit numbers.

Sincerely yours,

CATHERINE L. HANAWAY
United States Attorney

STEVEN E. HOLTSHOUSER
Assistant United States Attorney

cc:    Joe Landolt, AUSA

**EXHIBIT 9**