# Elizabeth Unger Carlyle
## Lawyer

Licensed in Mississippi
Missouri and Texas

P. O. Box 866
Columbus, MS 39703
(816) 525-6540
FAX: (866) 764-1249
E-Mail: elizcar@bellsouth.net

March 16, 2009

Steven E. Holtshouser
Joseph Landolt
Asst. U.S. Attorneys
111 S. 10th St., 20th Floor
St. Louis, MO 63101

RE: Allen v. United States, No. 4:07-27-CV-ERW

Dear Mr. Holtshouser and Mr. Landolt:

Following your letter of January 6, we undertook an extensive review of the materials we had received from trial counsel to see exactly what we needed from you. We have discovered that, although we have numerous boxes of materials, we have less than we thought. We are missing significant parts of discovery. Because of our uncertainty about exactly what documents are missing, and what information they contain, we would like to review the following:

1) All discovery provided to trial counsel
2) All admitted exhibits at trial
3) All evidence that was not admitted but which counsel either inspected prior to trial or could have inspected pre-trial, if they had requested to do so.

We realize that this is a lot of material. If necessary, we can review some of them at your office and some at the FBI office if that would be more convenient for you. We can also divide the inspection into several sections. I look forward to hearing from you soon.

Very truly yours,

Elizabeth Unger Carlyle

**EXHIBIT 10**