

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Missouri*

| | |
|---|---|
| *Thomas F. Eagleton U.S. Courthouse* | *Direct:  (314) 539-6894* |
| *111 South 10th Street, Rm. 20.333* | *Office:  (314) 539-2200* |
| *St. Louis, Missouri 63102* | *Fax:  (314) 539-2309* |

STEVEN E. HOLTSHOUSER
*Assistant United States Attorney*

March 27, 2009

Elizabeth Unger Carlyle
P.O. Box 866
Columbus, MS 39703

RE:  **Allen v. United States**
4:07CV270 ERW

Dear Ms. Carlyle:

I am in receipt of your letter dated March 16, 2009. It seems to me that your request is as broad as that contained in your e-mail dated December 23, 2008. I think we have stated on numerous occasions now why we oppose the nature and breadth of your requests. In addition, it is our view that the issue pending before the court is whether your initial petition raises sufficient factual questions to warrant a hearing. I believe the court is awaiting your reply to our response. We remain, as always, willing to discuss a reasonable resolution of your discovery requests, but you have made no effort whatsoever to provide a nexus between the requests and any claim in your initial petition. For these reasons, as well as those stated in our prior and numerous communications, we must again reject your request.

In particular, the discovery provided to trial counsel was bates marked. You don't indicate which pages your have and which pages you don't have. Exhibits admitted at trial were numbered. You don't indicate which exhibits your have and which you don't have. We have previously asked you for the numbers of the exhibits that you wish to review so that we can determine their present location. You again refuse to provide this information. Your third request is incapable of a response, because we have no record of what evidence was inspected by counsel prior to trial that was not admitted into evidence other than that reflected in the discovery materials.

Very truly yours,

CATHERINE L. HANAWAY
United States Attorney

STEVEN E. HOLTSHOUSER
Assistant United States Attorney

**EXHIBIT 11**

March 27, 2009
Page 2

bcc:    Joe Landolt