**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| **BILLIE JEROME ALLEN** | § | |
|    **Petitioner** | § | |
| | § | |
| | § | |
| **vs.** | § | **Cause No.  4:07-CV-27-ERW** |
| | § | |
| **UNITED STATES OF AMERICA** | § | |
|    **Respondent** | § | |

**PARTIALLY AGREED MOTION FOR EXTENSION OF TIME TO FILE
TRAVERSE**

Petitioner Billie Jerome Allen moves the court for an extension of time until September 4, 2009, for the filing of the traverse in this matter, and in support states:

1.  The traverse is now due June 16, 2009.  Previous extensions of time have been requested and granted.

2.  In his first motion for extension of time, Mr. Allen gave a detailed explanation of the factors that make this matter unusually complex, including the fact that the time for the government response was extended for a total of 263 days.  That explanation is not repeated here but is incorporated by reference.

3.  During the time for filing this pleading, counsel for Mr. Allen have continued to investigate and develop responses to the government's contentions. in the course of this investigation, counsel sought to inspect evidence and documents in the possession of the government which were available to trial counsel.  As the court is aware, counsel were unable to obtain these documents from either trial counsel (who did not have them) or the government.  A motion for inspection is now fully briefed and pending before this court with a telephone

1

conference scheduled for tomorrow, June 5.  Mr. Allen's counsel need to inspect these documents before finalizing the traverse.  Moreover, preparing the inspection motion and replying to the government's response have consumed time that would otherwise have been available for the preparation of the traverse. Even without the need to inspect the documents, the remaining tasks cannot easily be accomplished within the remaining time or within the 45 days that the Government consents to (see paragraph 5, below).

4.  Counsel have also had substantial other responsibilities during this time.  Lead Counsel Elizabeth Unger Carlyle has filed a petition for writ of certiorari in a capital habeas corpus case, and has also filed a supplemental brief in support of that petition, has filed a brief and motion for release pending appeal in a court-appointed federal criminal appeal in the Eighth Circuit, has argued a federal criminal appeal in the Eighth Circuit, has filed a brief in a Missouri post-conviction appeal, has filed a petition for writ of habeas corpus in the Western District of Missouri, and has appeared in Mississippi State Court in connection with a capital post-conviction matter there.

Co-counsel Joseph Cleary has filed a traverse in a capital habeas case, and a state successor post-conviction petition in a capital case.  He has two active trial level capital cases which occupy substantial time.  He has filed appellate briefs in a state and a federal criminal case, as well as an application for transfer in the Indiana Supreme Court.  He also has an active state and federal non-capital trial practice.

Co-counsel Michael Wiseman has filed a brief in the Court of Appeals for the Third Circuit, and has reply briefs due in two other matters over the course of the next several weeks, including in another capital section 2255 matter.

5.  Co-counsel Joseph Cleary has communicated with Joseph Landolt, counsel for the government, and the government has no objection to a 45 day extension.

For the foregoing reasons, Mr. Allen prays the court to extend the time for filing the traverse in this matter until September 4, 2009.

Respectfully submitted,

/s Elizabeth Unger Carlyle

Elizabeth Unger Carlyle #51877
P.O. Box 866
Columbus, MS  39703
Missouri Bar No. 41930
(816)525-6540
FAX (866) 764-1249
elizcar@bellsouth.net

Joseph M. Cleary #534292
Attorney at Law
1455 N. Pennsylvania
Indianapolis, IN  46202
(317) 630-0137
jcleary498@aol.com

Michael Wiseman
Chief, Capital Habeas Corpus Unit
Federal Community Defender for the
Eastern District of Pennsylvania
Suite 545 West -- The Curtis Center
Philadelphia, PA  19106
215-928-0520

ATTORNEYS FOR PETITIONER

3

**CERTIFICATE OF SERVICE**

I hereby certify that it is my belief and understanding that counsel for respondent, Mr. Joseph M. Landolt, United States Attorney, 111 South 10th Street, 20th Floor, St. Louis, Missouri 63102, and Mr. Steven Holtshouser, Assistant United States Attorney, 111 South 10th Street, 20th Floor, St. Louis, Missouri 63102., are participants in the Court's CM/ECF program and that separate service of the foregoing document is not required beyond the Notification of Electronic Filing to be forwarded to counsel on June 4, 2009, upon the filing of the foregoing document.

/s/ Elizabeth Unger Carlyle