UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BILLIE JEROME ALLEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:07CV00027 ERW |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Petitioner Billie Jerome Allen's Motion to Inspect [doc. #87] and Petitioner's Partially Agreed Motion for Extension of Time to File Traverse [doc. #91]. The Court finds that Petitioner shall provide to the Government by June 15, 2009, a list of the 27 gaps in the Bates-marked discovery materials. The Government shall then provide the missing materials by June 22, 2009. The Court further finds that Petitioner will not be permitted to examine all of the physical exhibits from Petitioner's initial trial. Petitioner's counsel will, however, be permitted to view the "strap," within the parameters agreed upon by counsel. If a dispute arises with respect to these parameters, this Court will schedule a hearing at which the dispute will be addressed.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion to Inspect [doc. #87] is **GRANTED, in part**, and **DENIED, in part**. The Parties are directed to comply with the Court's orders, as set forth above.

**IT IS FURTHER ORDERED** that Petitioner's Partially Agreed Motion for Extension of Time to File Traverse [doc. #91] is **GRANTED, in part**, and **DENIED, in part**. Petitioner shall be given an additional 60 days in which to file his Reply to Government's Response to Petitioner's Amended Motion to Vacate, no later than August 14, 2009.

Dated this <u>8th</u> Day of <u>June</u>, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE