# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

### COURTROOM MINUTE SHEET
### CIVIL PROCEEDINGS

Date _6/8/09_ Judge _Webber_ Case No. _4:07cv27ERW_

_Allen_ vs. _USA_

Court Reporter_D. Kriegshauser_ Deputy Clerk _K. Hisau_

Attorney(s) for Plaintiff(s) _Elizabeth Carlyle_

Attorney(s) for Defendant(s) _Steven Holtshauser_

Parties present for _Motion Hearing by telephone re #87 Motion to Inspect and #91 Motion for Extension of Time; arguments heard; order to issue_

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that_____

_____

_____

_____

Pltf. Witness_____ Deft. Witness_____

Pltf. Witness_____ Deft. Witness_____

Pltf. Exhibits:_____

Pltf. Exhibits:_____

Deft. Exhibits: _____

Deft. Exhibits: _____

☐ Exhibits returned to and retained by counsel

Proceedings commenced _8:25_ (a.m.)/p.m. Concluded _8:50_ (a.m.)/p.m.