Racial Disparity Seen in U.S. Death Penalty;Execution Under 'Kingpin' Law Sought Mostly for Blacks, Hispanics The Washington Post March 16, 1994, Wednesday, Final Edition

2 of 4 DOCUMENTS

Copyright 1994 The Washington Post
The Washington Post

March 16, 1994, Wednesday, Final Edition

**SECTION:** FIRST SECTION; PAGE A5

**LENGTH:** 516 words

**HEADLINE:** Racial Disparity Seen in U.S. Death Penalty;
Execution Under 'Kingpin' Law Sought Mostly for Blacks, Hispanics

**SERIES:** Occasional

**BYLINE:** Kenneth J. Cooper, Washington Post Staff Writer

**BODY:**

Blacks and Hispanics constitute nearly all the accused murderers against whom the Justice Department has sought the death penalty under a 1988 law, reversing the historical pattern of capital punishment at the federal level, according to a report released yesterday by Rep. Don Edwards (D-Calif.).

Edwards and other death penalty opponents cited the report's findings in urging the House Judiciary Committee to insert into an omnibus crime bill provisions to guarantee competent counsel to death row inmates and permit them to use statistics to challenge their sentences as racially biased. Bills to accomplish both goals are before the Judiciary Committee, which begins action today on the crime bill.

Cases culled from court records showed that 33 of 37 defendants, or 89 percent, have been African American or Hispanic when federal prosecutors have sought the death penalty for killings since 1988. None of the defendants has been executed. Of the six who have been sentenced to die, three are black and one is Hispanic.

The report contrasts the apparent racial-ethnic disparity in death sentencing to the previous pattern of federal executions carried out for other capital crimes.

Between 1930 and 1963, when the federal government last put someone to death, 85 percent of executed inmates were white and 15 percent were black, the report said.

Historically, racial disparity in death sentencing has been an issue in state courts, not at the federal level. About 40 percent of death row inmates currently awaiting state executions are black.

"We did not imagine that the federal government -- which is supposed to be the guardian of our civil rights -- that this same pattern would be in the federal system," said Edwards, chairman of the House Judiciary subcommittee on civil and constitutional rights.

Wade Henderson, director of the NAACP's Washington office, said the subcommittee staff's report found "a racially tainted abuse of discretion by U.S. attorneys."

Federal prosecutors must obtain the attorney general's approval to ask courts to impose the death sentence under the "drug kingpin" law enacted during the last year of the Reagan administration.

The Justice Department has released no official data about the death sentences under the kingpin law.

"The Department of Justice is committed to ensuring that death penalty decisions are devoid of any racial considerations. Race has not been a factor in the attorney general's death penalty decisions," said Julie Anbender, a spokeswoman for Attorney General Janet Reno.

Anbender said Reno had ordered the development of internal guidelines to assure the decisions were free of bias.

One of the federal death penalty cases is pending in the District. Wayne Anthony Perry is to be tried next month for his alleged involvement with eight killings in connection with a drug ring suspected of shipping 1,100 pounds of cocaine into the city. Perry is black.

Racial Disparity Seen in U.S. Death Penalty;Execution Under 'Kingpin' Law Sought Mostly for Blacks, Hispanics The Washington Post March 16, 1994, Wednesday, Final Edition

Among the 37 defendants to face the death penalty in federal court since 1988, there have been 29 African Americans, four Hispanics and four whites.

**GRAPHIC:** PHOTO, REP. DON EDWARDS.

**LOAD-DATE:** March 16, 1994