

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Missouri*

| | |
|---|---|
| *U.S. Court and Custom House*<br>*1114 Market Street*<br>*St. Louis, Missouri 63101* | *314-539-2200*<br><br>*FAX/314-539-2309* |

May 7, 1998

Mr. Richard H. Sindel
Attorney at Law
8008 Carondelet, Suite 301
Clayton, MO 63105

Re:  <u>United States v. Billie Allen</u>
Cause No. 4:97CR141ERW(TCM)

Dear Rick:

Please be advised that, prior to his testimony in the matter of <u>United States v. Holder</u>, government witness Thomas Mundell informed this office that in 1982, he was arrested by agents of the Drug Enforcement Administration in possession of approximately 52 grams of a substance containing cocaine powder. An additional 23 grams was recovered from his car and he voluntarily turned over 37 grams of same substance. In lieu of prosecution for this offense, Mr. Mundell agreed to cooperate with authorities. Records reflect that between December of 1982 and 1985, Mundell was paid approximately $3,950 for his cooperation. Additionally, he received another $650 during the year of 1986. He has received nothing since this time. This information is detailed in Mundell's trial testimony in <u>United States v. Holder</u>.

Very truly yours,

EDWARD L. DOWD, JR.
United States Attorney

JOSEPH M. LANDOLT, #6484
Assistant United States Attorney

JML/aes

cc:  Court File
     John Simon

506