Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 6

# EVIDENCE RECEIPT

**METROPOLITAN POLICE DEPARTMENT**

City of St. Louis

**Laboratory**

| | |
|---|---|
| Date Rec'd. | 3-17-97 |
| Laboratory No. | |
| Victim | Heflin, Richard |
| Address | 6900 Clayton |

| | |
|---|---|
| Suspect | |
| Address | |
| Offense | Homicide |
| Arrest Register No. | |

| | |
|---|---|
| District | 2 |
| Officer | Dickerson 0904 |
| Date Occurred | 3-17-97 |
| Complaint No. | 34-54 |

Article _____

| Make | Caliber | Style | No. |
|---|---|---|---|
| 1 White Strip of Cloth w/ blood | | | |

Delivered By _____ J. Priest ___

Received By _____ Vincent 3271

Returned To _____

Date _____

MPD FORM LAB-13 (R-2)

---

# EVIDENCE RECEIPT

**METROPOLITAN POLICE DEPARTMENT**

City of St. Louis

**Laboratory**

| | |
|---|---|
| Date Rec'd. | 3-17-97 |
| Laboratory No. | |
| Victim | Heflin, Richard |
| Address | 6900 Clayton |

| | |
|---|---|
| Suspect | |
| Address | |
| Offense | Homicide |
| Arrest Register No. | |

| | |
|---|---|
| District | 2 |
| Officer | Dickerson 0904 |
| Date Occurred | 3-17-97 |
| Complaint No. | 34-54 |

Article _____

| Make | Caliber | Style | No. |
|---|---|---|---|
| 1 pr black leather gloves | | | |

Delivered By _____ J. Priest ___

Received By _____ Vincent 3

Returned To _____

Date _____

MPD FORM LAB-13 (R-2)

0000194