Case: 4:07-cv-00027-ERW    Doc. #: 94-8    Filed: 08/14/09    Page: 1 of 1 PageID #: 765

# LABORATORY REPORT

RE: Richard HEFLIN, JR.
204 Sandra Dr.          :VICTIM

Norris HOLDER
5607 Curry              :SUSPECTS

Billy ALLEN

FATAL SHOOTING,
3-17-97

COMPLAINT NO.:   97-3 4 2 8 4

REQUEST REC'D:   3-18-97

REPORT DATE:     6-5-97

LABORATORY NO.: 7 0 3 3 6 0

EXAMINER:        DONNA BECHERER

EXAMINED FOR:    Homicide Section
                 Det. Toretta
                 U.S. Attorney
                 Joe Landolt

## REPORT

SPECIMENS:

Q-4.     Blood from white strap
K-1.     Blood of Richard Heflin, Jr.
K-2.     Blood of Billie Allen

RESULTS OF EXAMINATION:

Deoxyribonucleic acid (DNA) profiles from genetic loci D1S7, D2S44, D4S139, D5S110, D10S28 and D17S79 were developed from *Hae*III-digested high molecular weight DNA extracted from the above-listed specimens. Based on these results, the DNA detected in the Q-4 white strap stain does not match the DNA of Richard Heflin or Billie Allen, and could not have been contributed by either of these individuals.

## CHAIN OF CUSTODY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Priest Q-4 | to | Vincent 3-17-97 | to | Owens 3-17-97 | to | Becherer 3-21-97 | |
| Graham K-1 | to | Barry 3-18-97 | to | Karr 3-18-97 | to | Owens 3-18-97 | to Becherer 3-21-97 |
| Crow K-2 3-18-97 | to | | | Becherer 3-21-97 | | | |

EXAMINER: _Donna Becherer_
          Donna Becherer
          Criminalist

EXAMINER: _Kim Gofman_
          Kim Gofman
          Criminalist

eas



0001266