Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 1

# METROPOLITAN POLICE DEPARTMENT - CITY OF ST. LOUIS
## CONTINUATION REPORT

FILE NO. FOR RECORDS DIVISION

PAGE NO. _Two of Two_

COMPLAINT NO. _34345_

| EVIDENCE & LOCATION of RECOVERY | DSN |
|---|---|
| 1 strip of white cloth with blood, from the street, North east of van - 1 pr black leather gloves from the grass near van - 1 "Tom Petty Wildflower" CD and case, 1 LOADED magazine, 1 "Columbia House" envelope & contents, 1 glove, 1 lighter, 3 live rounds, 1 "Radio Shack voice Activated FM transceiver" all from the street North west of the van - 1 black leather coat containing 3 live shotgun shells in the right front pocket and 5 stripper clips with 44 live rounds and 6 loose rounds in the left breast pocket in a bare field east of the van - 1 pr. of black cloth & leather gloves (not matching) from the parking lot of City Forestry grounds south east of above coat | 8204 |

PO Michael Prins

Joseph Dunston

IF ADDITIONAL SPACE IS NEEDED, USE ANOTHER CONTINUATION REPORT