Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 9

## Sindel & Sindel, P. C.

ATTORNEYS AT LAW

8008 CARONDELET - SUITE 301

CLAYTON, MISSOURI 63105

RICHARD H. SINDEL
CHARLES D. SINDEL
MATTHEW J. ZAVAC
JERILYN E. LIPE *

\* ALSO LICENSED IN ILLINOIS

(314) 721-6040
FAX (314) 721-8545

WILLIAM F. SINDEL
(RETIRED)

TEBBS P. FORGEY, JR.
1936-1987

January 12, 1998

TRANSMITTED VIA FACSIMILE
No.    408-459-3334

Mr. Craig Haney
317 Ocean View Ave.
Santa Cruz, CA  95062

RE:    U.S.A. v. Billie Allen

Dear Mr. Haney:

The above matter is set for trial on February 9, 1998, which is less than one month away.  We have made several unsuccessful attempts to contact you regarding the status of your review of the materials you have received.  The mitigation aspect of this case may be the only hope we have of saving Mr. Allen's life and I am concerned it is not being investigated to the extent it needs to be.  Due to your unexplained lack of response, I am concerned that you do not intend to assist us with this case.  Obviously, the loss of a mitigation consultant leaves Mr. Allen in an extremely precarious position.

Please contact me immediately upon receipt of this letter.  If you are on let me know, if not I need to take immediate steps and must confirm your response in writing to the Court.

Very truly yours,

Richard H. Sindel

RHS/cwc
cc:    David Bruck
       Kevin McNally