# Map 14
# Urban Flight, 1940-1950



4535 Cote Brilliante

1 Dot = 25

increase, white

decline, white

increase, black

decline, black

Source: Census Bureau (Bogue Files)

**41**

# Map 15
# Urban Flight, 1940-1950



Source: Census Bureau (Bogue Files)

| | 4535 Cote Brilliante |
| | 1 Dot = 25 |
| | increase, white |
| | decline, white |
| | increase, black |
| | decline, black |

42



## Map 16
## Urban Flight, 1960-1970

∧ 4535 Cote Brilliante

1 Dot = 25

○ increase, white
• decrease, white
• decrease, black
• increase, black

Source: Census Bureau (Bogue files),
synthesis of 1960 and 1970 tract boundaries

**43**