

# Map 17
# Urban Flight, 1970-1980

Legend:
- 4535 Cote Brilliante
- 1 Dot = 25 increase, white
- decrease, white
- increase, black
- decrease, black

Source: NHGIS boundary files; Geolytics CensusCD (1980)



Map 18
Urban Flight, 1980-1990

∧ 4535 Cote Brilliante

1 Dot = 25

increase, white

increase, black

decrease, white

decrease, black

45