Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 13D



**Map 19
Urban Flight, 1990-2000**

Legend:
- ^ 4535 Cote Brilliante
- 1 Dot = 25
- increase, white
- decrease, white
- decrease, black
- increase, black

The local impact was stark, evident in the demographic trajectory of the census tract encompassing 4535 Cote Brilliante. (**Figure 3**).   At the onset of the Great Depression, the tract had a population, largely white working class, of just under 11,000 persons. African-American in-migration during World War II—sharply constrained by real estate restrictions—began a period of dramatic racial transition through the 1950s and 1960s. After 1960, disinvestment and depopulation took hold: tract population shrank by more than half between 1960 and 1980; and again by more than half (to a total of fewer than 2,000 persons) between 1980 and 2000.

**Figure 3: Population of St. Louis Census Tract 11D, 1930-2000**



Source: US Census, 1930-2000.

The impact and implications of these patterns, as I trace below, were devastating. Disparate patterns of white and black settlement, and of white and black flight, hardened racial segregation and isolation.  Black flight from the northside opened a class-rift in the black community, concentrating poverty in the central city and eroding the middle class institutions (hospitals, schools, churches) upon which that community depended.  By the 1980s and 1990s, these losses were underscored and exaggerated by dramatic patterns of local economic decline, disinvestment, vacancy, and property abandonment.  Taken together, these trends began to exact tremendous social costs—captured by any regional assessment of educational attainment, public safety, or public health.

## B) Racial Segregation

Not surprisingly, given the patterns of racial restriction and urban flight we have described, St. Louis has remained, across the twentieth century, one of the nation's most segregated metropolitan areas.  The African American population in St Louis was already well-established in 1900 (second only to Baltimore among urban black populations at 35,000) and grew modestly (to just under 80,000) during the "great migration" surrounding World War I.  During these years, the black population settled out from the central city—north and south along the river, west along the northern edge of Mill Creek

47

Valley towards Forest Park, and scattered (mostly live-in domestics) through the City's southern and western neighborhoods. The only significant pockets outside the City's near northside were across the river in East St. Louis and in the old "free black" enclave of Kinloch in St. Louis County. As the African American population increased, so too did its segregation into a few inner City wards—a peculiarly counterhistorical trend alongside the modern civil rights movement. And the emerging pattern of segregation sustained, entrenched, and deepened other economic and social disparities (Jaret et al, 2003; Yinger 2005). Residential segregation, as Massey and Denton (1993, 8) underscore, 'is the institutional apparatus that supports other racially discriminatory processes and binds them together into a coherent and uniquely effective system of racial subordination.''

Demographers measure such segregation in a variety of ways. Most common is the measure of *evenness* (or the "dissimilarity index") which gauges the distribution of racial groups across a metropolitan area or the difference between patterns of settlement citywide and those in local settings (usually census tracts). The result is a citywide score, reflecting the percentage of the population that would have to move in order to achieve racial balance. In St. Louis, the segregation index jumped from about 50 percent to over 80 percent between 1910 and 1930 and then settled in: the 1980 index (83.8 percent) was essentially the same as it had been in 1940 (84.6 percent). Segregation declined slightly during the 1980s, but the 1990 index of 76.9 percent still placed St. Louis eighth among 43 metro areas with a population of at least 1,000,000 (Census Bureau, 2002) Through most of this era, segregation indexes hovering in the mid- to high- 80s placed St. Louis among the nation's most segregated urban areas (St. Louis ranked eighteenth of 237 MSAs in 1960, fourteenth of 237 in 1970, and tenth of 318 in 1980). Taking into account other measures—including *exposure* (the likelihood of contact between majority and minority groups), *concentration* (the actual space inhabited by minority groups), *centralization* (concentration in the central city), and *clustering* (the proximity of minority tracts to each other)—St. Louis (1980) ranked as one of a handful of "hypersegregated" metro areas

A crude sense of these patterns is suggested by tract-level data. In 1940 (**Map 20**), the African American population was concentrated around the Ville and in pockets on both sides of the river. The vast majority of metropolitan tracts were essentially all white: 135 of 239 tracts had black populations of less than 1 percent; 199 of 239 tracts had black populations of less than 10 percent. In only 33 tracts did blacks make up less than 90 percent and more than 10 percent of the population. By 1970 (**Map 21**), about 30 predominantly (over 90 percent) African American tracts swallowed most of the near northside, running west to the City border. Again, most of the metro tracts were overwhelmingly white: more than half (231 of 416) of all tracts had a black population of less than 1 percent, and almost three-quarters (306 of 416) had a black population of less than 10 percent. Nearly 70 percent of whites lived in "all white" (over 99 percent) tracts; nearly 90 percent lived in predominantly white (over 90 percent) tracts. By 1990 (**Map 22**), predominantly African American tracts now ran north to the City border, west into the inner-ring suburbs, and across much of the old working-class and industrial suburbs on the Illinois side (Gordon 2008, 31-5).

48

# Map 20
# Racial Segregation, 1940

**Population by Census Tract**

∧ 4535 Cote Brilliante
— over 90 percent black
75 to 90 percent black
mixed (25 to 75 percent black)
75 to 90 percent white
over 90 percent white

Source: 1940 Census

**49**

# Map 21
# Racial Segregation, 1970

Source: 1970 Census

**Population by Census Tract**

∧  4535 Cote Brilliante

■  over 90 percent black

■  75 to 90 percent black

■  25 to 75 percent black

■  75 to 90 percent white

□  90 to 99 percent white

□  over 99 percent white

**50**

# Map 22
# Racial Segregation, 1990

**Population by Census Tract**

∧ 4535 Cote Brilliante

over 90 percent black

75 to 90 percent black

25 to 75 percent black

75 to 90 percent white

90 to 99 percent white

over 99 percent white

Source: 1990 Census (NHGIS)

51

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 13D

## C) Employment

Flight from the northside—and the racial segregation left in its wake—was reinforced by the dramatic collapse of the local economic base.  All of this was of enormous importance, not only to the City's larger fate, but also to those—crowded into the northside neighborhoods—who lacked the freedom to move as the local employment base evaporated.  Deindustrialization and suburban sprawl combined to split the labor market.  The gains (decent wages, job-based benefits, career advancement) flowed increasingly to skilled workers.  The opportunities for less-skilled workers evaporated.  In 1962, the employment-population ratio for those with less than a high school education was 52.5 percent; by 1990 it was 37 percent (Wilson, WWD 34).  Diminished employment and career opportunities for black workers were compounded by the spatial mismatch between residential segregation in the central city and job growth that was almost entirely suburban (Kain 1968, 1992).  City dwellers were increasingly physically isolated from jobs, social isolated from job networks, and educationally-isolated from job qualifications (Wilson 2009, 10-11).  As one observer noted: Racism put blacks in their place; economic changes made that place more precarious (Henderson 1975, 50-53).

These patterns were dramatically evident in St. Louis.  In 1951, the City claimed 419,813 employees—over 85 percent of the region's share; by 1997, this had fallen to 276,542 or about 30 percent.  Between 1970 and 1990 the City lost 82,061 manufacturing jobs, while surrounding counties gained 44,000. Over the same span, median income for blacks fell from 60 percent to 53 percent of local white earnings—at which point average personal income for whites in St. Louis was $14,246; for local blacks it was only $7,154 (Cummings, 101-3).  Equally dramatic is the local distribution of employment (**Map 23**).  While most of the Missouri suburbs boast unemployment rates well under the regional average of 6 percent (1990), the rate climbs dramatically on the northside, reaching over 24 percent in the tract surrounding 4535 Cote Brilliante.

## D) Concentrated Poverty

Urban flight was about people, but it was also about money.  Moving out of the central was an economic opportunity, enjoyed disproportionately by those able to clear two hurdles: the racial restrictions embedded in private and public realty and the cost of homeownership.  Those who left the City were young white adults and their families and the remnants of the black middle class; those left behind were poor African Americans of all ages and the elderly.  The result, peculiar to American urban settings, was a stark concentration of poverty at the urban core.  Mapping the distribution of incomes across greater St. Louis summarizes these patterns.  In 1950 (**Map 24**) the poor (those living in census tracts with a median income of less than half the citywide median) were clustered in five northside tracts, an area surrounded by a broader swath of near-poor (50 to 75 percent of the median income) tracts encompassing the rest of the City's northside and the industrial suburbs across the river.  Pockets of poverty in St. Louis County included Kinloch in the northwest, the inner suburb of Shrewsbury to the southeast, and a small slice of largely rental residences on unincorporated County land between University City and Clayton (near Washington University).