Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 13E
Case: 4:07-cv-00027-ERW    Doc. #: 94-18    Filed: 08/14/09    Page: 1 of 4 PageID #: 838



**Map 23
Unemployment, 1990**

∧  4535 Cote Brilliante

City of St. Louis

**1990 unemployment rate**

under 6% (Metro average)

6% to 12%

12% to 18%

over 18%

Source: 1990 Census (NHGIS)

**53**

Case: 4:07-cv-00027-ERW    Doc. #: 94-18    Filed: 08/14/09    Page: 2 of 4 PageID #: 839

# Map 24
# Family Incomes, 1950



Median family income by tract as a % of median for the entire city

- over 200 percent
- 150 to 200 percent
- 100 to 150 percent
- 75 to 100 percent
- 50 to 75 percent
- under 50 percent
- no data

∧  4535 Cote Brilliante

Source: 1950 Census (Bogue files)

After the 1950s, the concentration of central city poverty worsened in many settings, St. Louis among them.  Even as the national economy boomed, local and federal policies—including the displacement caused by urban renewal, the "warehousing" of the poor in public housing, and persistent incentives and subsidies for suburban residential and economic development—had the net effect of both rooting poverty where it had taken hold and nurturing its spread to neighboring tracts and neighborhoods (Wilson 2009, 31-34).   Academic and political attention turned to the spread of "extreme poverty tracts," that subset of distressed census tracts with more than 40 percent of their population below the federal poverty line.  Between 1970 and 1990 the national poverty rate declined slightly (from 13.6 to 12.8 percent) and the metropolitan poverty rate increased slightly (from 10.9 to 11.8 percent).  At the same time, the population of high poverty areas doubled and their geographic size expanded even more quickly (Orfield 1999, 6-8; Gordon 2008, 35-39).

We can see these trends at work in St. Louis.  By 1990 (**Map 25**), poverty had swallowed the entire northside (running into the adjacent inner-ring suburbs) and most of the urbanized tracts on the Illinois side.  Indeed, only 8 of the City's 114 tracts claimed incomes higher than the metrowide median.  Over the same span, the "wealthy" tracts (those with median incomes more than double the metro median) drifted farther out into the suburbs.  Wealth was increasingly concentrated in a string of suburban enclaves (Frontenac, Ladue, Huntleigh Woods, Des Peres, Creve Coeur, Olivette, Clayton, Sunset Hills, Glendale) running west from Clayton through central St. Louis County.  Poverty rates exceeding 40 percent (**Map 26)** are found across many northside residential and downtown tracts (including that encompassing 4535 Cote Brilliante).  Poverty runs between 25 and 40 percent in the northside bordering Forest Park and the West End, and then moves above 40 percent in the inner suburb of Wellston and in the now-largely abandoned Kinloch area. The distribution of the very poor (those families earning less than half the poverty rate) follows a similar pattern **(Map 27**).  In the tracts encompassing the Ville and the Greater Ville, one in five families meet this dismal measure, a share that drops to fewer than one in twenty families for the vast majority of the suburban Missouri tracts.

The consequences, some of which I detail below, have been devastating.  A generation of sociological research  has confirmed that concentrated poverty multiplies the severity of problems faced by both communities and poor individuals (Wilson 1996; Massey and Denton 1993; Jencks and Peterson 1991). "Poverty robs children of their health, intellectual development, safety, and opportunities for achievement," as The City's Project Respond concluded in 1993, "Even more tragically, it robs them of their hope in the future and consigns them to a life of dependency, cynicism and despair (Project Respond 1993, 332).  Simply put, the combination of racial segregation and concentrated poverty leads to social disorganization, increased crime, threats to public health, and further flight of population, investment, and resources.  As population flees and property values plummet, local tax capacities collapse—a combination which yields baser public services, deteriorating public schools, *and* higher tax rates.  All of which makes new investment less likely and old investment less secure (Orfield 1996, 10-11).



**Map 25**
**Family Incomes, 1990**

Source: 1990 Census (NHGIS)

Local family median income as a percentage of the 1990 metro median ($38,146)

- under 50 percent
- 50 to 75 percent
- 75 to 100 percent
- 100 to 150 percent
- 150 to 200 percent
- over 200 percent
- 4535 Cote Brilliante
- City of St. Louis