Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 13E

Case: 4:07-cv-00027-ERW    Doc. #:  94-19    Filed: 08/14/09    Page: 1 of 4 PageID #: 842



**Map 26
Poverty, 1990**

**Share of population in poverty**

- under 10 percent
- 10 to 25 percent
- 25 to 40 percent
- over 40 percent
- ^ 4535 Cote Brilliante

Source: 1990 Census (NHGIS)

57



**Map 27
The Very Poor, 1990**

**Share of families at
one-half the poverty rate**

- under five percent
- five to ten percent
- 10 to 20 percent
- over 20 percent
- ∧ 4535 Cote Brilliante

Source: NHGIS (1990 Census).

Such distress was immediate, but it was also cumulative. Sharply disparate opportunities for homeownership, coupled with persistent gaps in family income, opened dramatic racial gaps in family wealth. Federal incentives and subsidies (beginning with the Homestead Act of 1862, through the FHA policies launched in the 1930s and the GI Bill of the 1940's, and continuing with the tax deductions available on home mortgage interest), sorted opportunity by race —not only for homeownership but also for the intergenerational accumulation of equity and wealth, and the other advantages (public services, good schools) that flow from homeownership. (Katznelson 2004; Shapiro and Oliver 1996). Even as civil rights and fair housing legislation and litigation curbed the worst of these practices, substantial obstacles—including continued discrimination and attenuated disadvantage the late access to housing markets slowed progress (Turner 1992). Three quarters of non-Hispanic white families own their own home; fewer than half of African Americans claim the same security (Hirschl 2006). The median net worth for white Americans in 1998 was $81,410. The median net worth for African-Americans was $11,606—barely 14 percent of white net worth (Lui et al 2006).

## E) Disinvestment and Abandonment

Disinvestment and depopulation are so pronounced in central St. Louis that, over the 1980s and 1990s, pockets of untended green replaced much of the housing stock. The cumulative impact is readily evident: A broad swath of tax-delinquent and vacant properties (see Map 28) extends across the northside, from the riverfront to the City limits. Between 1970 and 2000 the available housing units in the northside census tract encompassing 4535 Cote Brilliante fell by over 60 percent, to just over 1,000—of which more than a third were empty shells (Gordon 2008, 4-8). This pattern is captured in Map 29, which juxtaposes a 1930 property survey with the range of demolition and abandonment in more recent decades. In 1981, the City undertook an extensive survey of the Sherman Park-Tandy area (a neighborhood bounded by Vandeventer, Natural Bridge, Union, and Martin Luther King, and including 4535 Cote Brilliante) and estimated that only 15 percent of the housing units were sound; 40 percent needed minor repairs, 45 percent (a third of which were vacant) needed moderate or major rehabilitation. (CDBG 1981, 217-8). A 1989 neighborhood analysis confirmed these conditions: in the immediate neighborhood of 4535 Cote Brilliante, barely a third of the housing units were sound (CDA 1989).

The extent of this abandonment, and the political limits to stemming it, were captured by the City's use of Community Block Development Grant (CDBG) funds in the early 1990s. CDBG funds had replaced the federal urban renewal funds in the mid-1970s. City officials were routinely criticized—by both local civil rights groups and federal officials—for squandering CDBG funds on economic development pipedreams, at the expense of the City's devastated northside neighborhoods. And when money was spent in those neighborhoods, it accepted that devastation as virtually inevitable. In 1993, the City spent nearly $2 million (a large share of its CDBG allocation for that year), demolishing 200 buildings, securing and boarding up another 800, boarding or reboarding (often multiple times) another 1544 that had been abandoned in previous years, and clearing and seeding 139 vacant lots (CDBG 1993). As Map 30 shows, abandonment and vacancy was particularly acute on the residential northside.

Case: 4:07-cv-00027-ERW    Doc. #: 94-19    Filed: 08/14/09    Page: 4 of 4 PageID #: 845

# Map 28
# Vacant and Tax-Delinquent Property, 2000



Source: St. Louis parcel data, EWGateway