Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 13F



# Map 30
# Vacant and Tax-Delinquent Property in North St. Louis, 1993

λ 4535 Cote Brilliante

( 1993 demolitions

# 1993 boarded

boarded and secured, 1993

assessed properties

vacant residential property, 2003

Source: St. Louis parcel data, EWGateway; 1993 CBDG Report

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 13F

Case: 4:07-cv-00027-ERW    Doc. #: 94-20    Filed: 08/14/09    Page: 2 of 18 PageID
#: 847
PAGE 61 OF THIS DOCUMENT IS BEING SUBMITTED IN PAPER FORM DUE TO SIZE

As depopulation continued and the housing stock fell into disrepair or disuse, the fabric of the local community unraveled as well.  With the flight of the black middle class followed of the professional and commercial infrastructure of north St. Louis.  The closing of Homer G.  Phillips Hospital in 1979 was a major blow, marking dispersal of local institutions to the central corridor, the last gasp for the black middle class, and a major blow to other local institutions (The Ville, 1989).  By the 1980s, many of the commercial properties of the Ville and the Greater Ville were boarded up, or haphazardly converted to predatory uses (payday loans, pawnshops).  By the end of the decade, not a single general purpose grocery store served the tracts north of Delmar Avenue, from downtown west to the City limits (Baker et al, 2006).

## F) Social Costs, Social Risks

Segregation and poverty are the most intractable legacies of the American urban crisis and, in combination, they make all of the challenges faced by the urban poor—familial dysfunction, unemployment, poor public health, crime, educational disadvantage—more severe and harder to address.  There is, it should be noted, an important scholarly debate as to the causes and mechanisms which sustain the urban "underclass."  At one pole, social conservatives have underscored a culture of poverty, replicated by the poor themselves.  At the other, social policy researchers have underscored structural conditions—continued discrimination, collapsing employment opportunities, inadequate remedial policy (Newman 2001).  Recent work has narrowed the gap between these perspectives (Wilson 2008).  And, while these distinctions are of enormous importance for social policy, the bear little on the question at hand: What were the social conditions and opportunities for those growing up in north St. Louis in the 1980s and 1990s?

Family resources and neighborhood conditions shape children's development, an effect strongest during early childhood and late adolescence (Brooks-Gunn et al 1997a, 1997b).  There is a significant correlation between income (and even more dramatically wealth, or accumulated income) and most indices of child development: unsurprisingly, household assets and household stability have a significant impact on the opportunities faced by family members (Shank). High poverty tracts **(see Map 31)** in St. Louis correspond closely with the incidence of child abuse, most cases characterized by neglect stemming from poverty rather than physical or sexual abuse Project Respond 1993, 332).  Another key indicator of family dysfunction is the rate of teen motherhood (**Map 32**), an option reflecting limited opportunities and correspondent with poverty, low educational attainment, inadequate natal care, and low birth weights (Project Respond 1993, 332).

Concentrated poverty is also strongly implicated with dismal local public health outcomes.  This is a complex and multi-causal problem, best captured by a few powerful examples.  Very poor neighborhoods, like North St. Louis, are characterized by a paucity of conventional grocery stores and a clustering of fast food outlets.  The urban poor have less choice, pay higher prices, must travel farther distances—and find it virtually impossible to meet basic dietary guidelines locally (Wendt 2008; Baker 2006).  This has important implications for both associated health problems (obesity, diabetes, heart disease) and for the treatment of such problems in a neighborhood and population with uneven access to health coverage and health institutions (Thompson 2001).

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 13F

Case: 4:07-cv-00027-ERW    Doc. #: 94-20    Filed: 08/14/09    Page: 3 of 18 PageID
#: 848  PAGE 61 OF THIS DOCUMENT IS BEING SUBMITTED IN PAPER FORM DUE TO SIZE

# Map 31
# Child Abuse, 1993

- ∧ 4535 Cote Brilliante
- ☐ City of St. Louis
- below national norm (25 cases per thousand)
- 25 to 50 per thousand
- 50 to 100 per thousand
- over 100 per thousand

Reports of child abuse above the national
norm of 25.2 reports per thousand children
Source: Project Respond (2003).

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 13F
Case: 4:07-cv-00027-ERW   Doc. #: 94-20   Filed: 08/14/09   Page: 4 of 18 PageID
#: 849  PAGE 61 OF THIS DOCUMENT IS BEING SUBMITTED IN PAPER FORM DUE TO SIZE

# Map 32
# Teen Motherhood, 1993



∧  4535 Cote Brilliante

☐  City of St. Louis

▢  under 8.6 percent

▢  8.6 to 20 percent

▢  20 to 30 percent

▢  over 30 percent

Rate of births to teen mothers above the national
norm of 8.6 percent.  Source: Public Health Data, St.
Louis City and St. Louis County; Project Respond (1993)

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 13F

Case: 4:07-cv-00027-ERW    Doc. #: 94-20    Filed: 08/14/09    Page: 5 of 18 PageID #: 850
PAGE 61 OF THIS DOCUMENT IS BEING SUBMITTED IN PAPER FORM DUE TO SIZE

Consider some health outcomes for which we have finer-grained spatial data. Basic measures of maternal and natal health—including access of expectant mothers to prenatal care **(Map 33**), infant mortality (**Map 34)**, and birth weight (**Map 35**)—show the now-familiar concentration of risk and poor outcomes on the City's residential northside. Research on asthma in greater St. Louis has found that—despite advances in treatment—rates of morbidity and mortality continue to increase, and that these rates are sharply higher in north St. Louis (**Map 36)** Overall, risk of hospitalization for children with asthma was 8.4 times greater in poor areas and 6.4 times greater in predominantly African-American areas.

A similar pattern holds for lead poisoning-- a major environmental health problem that causes adverse effects on children's cognitive development, behavior, and growth. In 1998, St. Louis medical authorities diagnosed 1,833 new cases of childhood lead poisoning, and estimated that somewhere between 20 percent and 25 percent of local youths had toxic levels of lead in their bloodstreams — nearly six times the national average. In some black neighborhoods the figure was closer to 40 percent (Lipsitz). The most common source of exposure is deteriorating lead-based paint in older homes that are in poor condition. Young children in poor families in distressed urban settings are most likely to be exposed; in most settings (including St. Louis) children with elevated lead levels are concentrated in a few high poverty tracts or zipcodes (Brown). Of those St. Louis zipcodes with 40 or more confirmed childhood lead poisonings in 1995 (**Map 37**), the starkest density of cases fell in the northside neighborhoods surrounding 4535 Cote Brilliante. The risk in these areas was compounded by the pace of residential decay, which created "hot spots" of exposure wherever aged housing stock and building demolitions overlapped (Partridge 2003).

The rate of felony crime, and especially homicide, are also closely correlated with poverty and familial or neighborhood instability (Kubrin and Hertig, 2003; Kohfield and Sprague 1991, 4-8 and 4-9). Indeed crime—created by the same forces behind concentrated poverty and urban flight--concentrated in northside neighborhoods both because of *and despite* their loss of population. Between 1960 and 1990, St. Louis lost half its population, but its homicide rate grew over the same span from 67 annually to 158, or from 9 cases per 100,000 to 39 per 100,000 (Rosenfield, 1-2). Homicide data for 1978-1995 (**Map 38)** shows a clearer concentration in the City's northside tracts, as does the distribution of child (**Map 39**) and youth (**Map 40**) victims of violent crime from the mid-1990s.

In education, residents and children of north St. Louis faced a near perfect storm of disadvantage. With the impoverishment and abandonment of much of the City, local tax capacity—and with it the ability to sustain public schools—collapsed (Gordon 2008; Orfield 2006). The battle to desegregate local public schools was one of the most bitter and protracted in the nation. The litigation surrounding desegregation explicitly recognized local, state, and federal complicity in sustaining and intensifying racial segregation (Orfield 1981). And, in the decades following *Brown*, de facto segregation in greater St. Louis was maintained by placement policies, catchment boundaries (which expanded with the black population), and bussing policies (including the practice of

66

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 13F

Case: 4:07-cv-00027-ERW    Doc. #: 94-20    Filed: 08/14/09    Page: 6 of 18 PageID
#: 851 PAGE 61 OF THIS DOCUMENT IS BEING SUBMITTED IN PAPER FORM DUE TO SIZE

# Map 33
# Maternal Health, 1993



Rate of births to mothers receiving late or no prenatal care,
above the national norm of 6.1 percent.  Source: St. Louis City
Department of Health and Hospitals; St. Louis County
Department of Community Health and Medical Care; Project Respond (1993)

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 13F

# Map 34
# Infant Mortality, 1993



∧ 4535 Cote Brilliante
☐ City of St. Louis
below national norm (9.8 per thousand)
9.8 to 15 per thousand
15 ot 25 per thousand
over 25 per thousand

Infant deaths per 1000/births (national norm 9.8/thousand).
Source: St. Louis City Department of Health and Hospitals; St.
Louis County Department of Community Health and Medical
Care; Project Respond (1993)

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 13F

Case: 4:07-cv-00027-ERW    Doc. #:  94-20    Filed: 08/14/09    Page: 8 of 18 PageID
#: 853 PAGE 61 OF THIS DOCUMENT IS BEING SUBMITTED IN PAPER FORM DUE TO SIZE

# Map 35
# Birthweight, 1993



4535 Cote Brilliante

City of St. Louis

below national norm (7 percent)

7 to 15 percent

15 to 25 percent

over 25 percent

Rate of births weighing less than 5.5 pounds (national
norm 7. percent of births).  Source: St. Louis City Department
of Health and Hospitals; St. Louis County Department of
Community Health and Medical Care; Project Respond (1993)

**69**

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 13F
Case: 4:07-cv-00027-ERW     Doc. #: 94-20     Filed: 08/14/09     Page: 9 of 18 PageID
#: 854 PAGE 61 OF THIS DOCUMENT IS BEING SUBMITTED IN PAPER FORM DUE TO SIZE

# Map 36
# Hospitalizations for Asthma, 1995



Hospitalization rates per 100,000 persons for asthma,
St. Louis children 1995.   Source: Castro (2001).

70

Case: 4:07-cv-00027-ERW    Doc. #:  94-20    Filed: 08/14/09    Page: 10 of 18 PageID
#: 855
PAGE 61 OF THIS DOCUMENT IS BEING SUBMITTED IN PAPER FORM DUE TO SIZE

# Map 37
# Lead Poisoned Children, 1995



∧  4535 Cote Brilliante

☐  City of St. Louis

☐  1 Dot = 5

lead_95

Number of tested children who are lead poisoned, for all zipcodes
with 40 or more cases.  Source: St. Louis County Lead Poisoning
Prevention Program; St. Louis County Department of Health; St.
Louis City Department of Health and Hospitals; Project Respond (1995)

Case: 4:07-cv-00027-ERW    Doc. #:  94-20    Filed: 08/14/09    Page: 11 of 18 PageID
#:  859

PAGE 61 OF THIS DOCUMENT IS BEING SUBMITTED IN PAPER FORM DUE TO SIZE

# Map 38
# St. Louis Homicides, 1978-1995

Zip codes shaded (see scale below) according to # of homicides 1978-1995.  Dots represent homicides for three 6 year periods: 1978-1983 (yellow), 1984-1989 (orange) and 1990-1995 (red).

fewer than 25 murders (1978-1995)

26 to 100

101 to 250

more than 250 murders (1978-1995)

4535 Cote Brilliante

City of St. Louis

no data reported

Source: St. Louis Homicide Project.

72

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 13F

# Map 39
# Child Victims of Violent Crimes, 1995



∧  4535 Cote Brilliante

☐  City of St. Louis

▨  fewer than 25 cases per thousand

▨  25 to 50 cases

▨  50 to 75 cases

▨  over 75 cases

Child (under 17) victims of violent crime (homicide, rape, robbery, and aggravated assault), for all zipcodes with a rate of violent crime of at least 25 cases per 1000 children. Each dot equals 10 victims. Source: St. Louis  Metropolitian Police Department; Project Respond (1995).

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 13F

PAGE 61 OF THIS DOCUMENT IS BEING SUBMITTED IN PAPER FORM DUE TO SIZE

# Map 40
# Youth Victims of Violent Crimes, 1995

∧ 4535 Cote Brilliante

☐ City of St. Louis

☐ fewer than 75 cases per thousand

☐ 75 to 150 cases

☐ 150 to 300 cases

☐ over 300 cases

Youth (17 to 25) victims of violent crime (homicide, rape, robbery,
and aggravated assault), for all zipcodes with a rate of violent
crime of at least 75 cases per 1000 youth. Each dot equals
10 victims. Source: St. Louis  Metropolitian Police Department;
Project Respond (1995).

**74**

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 13F

# Map 41
# Educational Attainment, 1990

**Share of adult population with
less than high school education**

- less than 10 percent
- 10 to 20 percent
- 20 to 30 percent
- 30 to 40 percent
- over 40 percent
- ∧ 4535 Cote Brilliante POINT
- City of St. Louis

Source: NHGIS (1990 Census)

75

"intact bussing" which moved entire segregated classes from one school to another) (Missouri Advisory Commission 1981). Such policies fed the decay of the northside (as underfunded and segregated schools become another reason to leave), undermined the quality of education available in local schools, and all but ensured that educational achievement would harden local inequalities, rather than provide to tools to overcome them (Neckerman 2007). These disadvantages are borne out by the local record. In educational attainment **(Map 41, preceding),** residents of north St. Louis lag far behind their regional peers; between a third and half claiming less than a high school education.

Finally, all of this shaped the opportunities and horizons of those who remained in north St. Louis. "Neighborhoods, as one scholar notes, "can influence the choices children make, the breaks they get, the way they are treated by family, peers, and employers . . . . spatially and socially cut off from mainstream resources, opportunities, and role models" (Jargowsky 1997, 5). Those living in concentrated poverty are far more likely to become pregnant as teenagers, drop out of high school, and remain jobless than if they lived in socioeconomically mixed neighborhoods. And the informal rules and adaptations (what might be called "street smarts") which make life in such neighborhoods tolerable, also make life outside them much more challenging. Ghettoized minorities unable to establish the social networks that might alert them to better job opportunities They have difficulty favorably impressing employers. And they eventually become socialized to a subculture in which employment in the mainstream doesn't seem to be a viable option (Venkatesh 2006, 381).

## Summary and Conclusions

North St. Louis is a stark testament to the debilitating effects of racial segregation and concentrated poverty. In the early decades of the 20th century, realtors and white property owners erected elaborate obstacles to property ownership and occupancy. These restrictions were, over time, adopted and formalized as an ethical obligation of private realtors, lenders, and insurers, as the organizing principle of both local zoning and federal home ownership policies, and as the key determinant of value whenever property was taxed, blighted, or redeveloped. The net effect was not just the stark spatial segregation of metropolitan St. Louis by race and class, but a cascade of disinvestment and disadvantage in the City's northside residential neighborhoods. By the 1980s and 1990s, the years in which the defendant lived at 4535 Cote Brilliante, virtually every measure of local conditions and outcomes—poverty, employment, property value, educational attainment, public health—fell dramatically in the residential tracts north of Delmar Avenue. This was very nearly the epicenter of the nation's urban crisis. And it profoundly shaped the experience and the opportunities of those who grew up there.

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Case: 4:07-cv-00027-ERW   Doc. #: 94-20   Filed: 08/14/09   Page: 16 of 18 PageID
#: 861
Exhibit 13F                    PAGE 61 OF THIS DOCUMENT IS BEING SUBMITTED IN PAPER FORM DUE TO SIZE

# References

Baker EA; Schootman M; Barnidge E, Kelly C. (2006) "The Role of Race and Poverty in Access to Foods that Enable Individuals to Adhere to Dietary Guidelines. *Prev Chronic Dis* [serial online] 2006 Jul http://www.cdc.gov/pcd/issues/2006/jul/05_0217.htm.

Brooks-Gunn, Jeanne and Duncan, Greg J. (1997a), The Effects of Poverty on Children, "The Effects of Poverty on Children," *The Future of Children*, Vol. 7, No. 2, Children and Poverty, 55-71.

Brooks-Gunn, Jeanne; and Duncan, Greg J (1997b) *Consequences of Growing up Poor* (New York : Russell Sage Foundation).

Brown, Mary Jean; Shenassa, Edmond;  Tips, Nancy (2001)"Small Area Analysis of Risk for Childhood Lead Poisoning" (Alliance for Health Homes, April 2001); http://www.afhh.org/res/res_pubs/saa.pdf

Castro, M., et al (2001). Risk Factors for Asthma Morbidity and Mortality in a Large Metropolitan City. *Journal of Asthma*, *38*(8), 625.

City of St. Louis (1980), *CDBG Application for 1981 Funding.*

City Of St. Louis (1993). Grantee Performance Report, Community Block Development Program.

City of St. Louis Community Development Administration (1989). "Neighborhood Development Strategies Report," The Ville Collection, SL 497, Western Historical Manuscripts Collection, University of Missouri-St. Louis.

Gordon, Colin (2008). *Mapping Decline: St. Louis and the Fate of the American City* (University of Pennsylvania Press).

Henderson, Vivian (1975) "Race, Economics, and Public Policy" *Crisis* 83 (1975),

Hirschl, Thomas A; and Rank, Mark R.(2006) "Homeownership Across the American Life Course: Estimating the Racial Divide" (Center for Social Development Working Paper 06-12); http://csd.wustl.edu/Publications/Documents/WP06-12.pdf

Jaret, Charles; Reid, Lesley Williams; Adelman, Robert (2003). "Black-White Income Inequality and Metropolitan Socioeconomic Structure," *Journal of Urban Affairs*  25:3, 305–333.

Jargowsky, Paul (1997), *Poverty and Place: Ghettoes, Barrios, and the American City* (New York Russell Sage).

77

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 13F

Case: 4:07-cv-00027-ERW    Doc. #: 94-20    Filed: 08/14/09    Page: 17 of 18 PageID
#: 862
PAGE 61 OF THIS DOCUMENT IS BEING SUBMITTED IN PAPER FORM DUE TO SIZE

Jencks, Christopher; and Peterson, Paul eds. (1991), *The Urban Underclass* (Washington, D.C.: Brookings Institution).

Kain, John F. (1968) "Housing Segregation, Negro Employment, and Metropolitan Decentralization", *Quarterly Journal of Economics,* 82:2, 175-197.

Kain, John F. (1992) "The Spatial Mismatch Hypothesis: Three Decades Later," *Housing Policy Debate* Volume 3, Issue 2, 371.

Katznelson, Ira (2004). *When Affirmative Action was White* (New York: W.W. Norton).

Kohfeld, Carol; and Sprague, John (1991). "The Organization of Homicide Events in Time and Space," in *St. Louis Homicide Project: Local Response to a National Problem* (St. Louis: Metropolitan Police Department).

Kubrin, Charis and Herting, Jerald (2003). "Neighborhood Correlates of Homicide Trends," *The Sociological Quarterly* 44:3, 329-50.

Kubrin, Charis; and Weitzer, Ronald (2003). "Retaliatory Homicide: Concentrated Disadvantage and Neighborhood Culture," *Social Problems* 50:2, 157-80

Lipsitz, George (2006). "Ivory Perry and the Fight Against Lead Poisoning in St. Louis," *Synthesis/Regeneration* 41.

Massey, Douglas S.; and Denton, Nancy A. (1993) *American Apartheid: Segregation and the Making of the Underclass* (Cambridge: Harvard University Press).

Melton, Hope (1993). "Ghettos of the Nineties: The Consequences of Concentrated Poverty," (St. Paul Department of Planning and Economic Development,).

Missouri Advisory Commission to the United States Commission on Civil Rights (1981) *School Desegregation in the St. Louis and Kansas City Areas* (January 1981).

Neckerman, Kathryn M. (2007). *Schools Betrayed: Roots of Failure in Inner-City Education* (University of Chicago Press).

Newman, Katherine and Small, Mario Luis (2001). **"**Urban Poverty after *The Truly Disadvantaged*: The Rediscovery of the Family, the Neighborhood, and Culture," *Annual Review of Sociology* Vol. 27: 23-45 (2001).

Orfield, Gary (1981). "The Housing Issues in the St. Louis Case," Report to Judge William Hungate, U.S. District Court (St. Louis, Mo.), *Liddell v. Board of Education*.

Orfield, Myron (1999), *St. Louis Metropolitics: A Regional Agenda for Community and Stability* (Metropolitan Area Research Corporation; A Report to the Metropolitan Congregations United for St. Louis, August 1999).

**78**

Patridge, Jeff et al (2003), "Using Spatial Analyst to Determine Effects of Demolition on Blood Lead Levels in St. Louis City Children" (Missouri Department of Health and Senior Services, Center for Applied Environmental Public Health, Tulane University).

Project Respond (1993), *The Children of Metropolitan  St. Louis* (Project Respond).

Project Respond (1995), *The Children of Metropolitan  St. Louis* (Project Respond).

Rosenfeld, Richard (1991) "Different Levels, Common Causes: St. Louis Homicide Rates in National Perspective," in *St. Louis Homicide Project: Local Response to a National Problem* (St. Louis: Metropolitan Police Department).

Saunders, Jack (1989). "The Ville and Adjacent North St. Louis: A Design Analysis," (1989), The Ville Collection, SL 497, Western Historical Manuscripts Collection, University of Missouri-St. Louis.

Shanks, Williams T. (2007). "The impacts of household wealth on child development." *Journal of Poverty 11*(2), p. 93-116.

Shapiro, Thomas; Oliver, Melvin (1996) *Black Wealth/ White Wealth: A New Perspective on Racial Inequality* (Routledge).

Thompson, Sanna J;  Auslander, Wendy; White, Neil H. (2001) *"PHD Comparison of Single-Mother and Two-Parent Families on Metabolic Control of Children With Diabetes," Diabetes Care* (February) vol. 24 no. 2 234-238.

Turner,  Margery Austin (1992), **"**Discrimination in Urban Housing Markets: Lessons from Fair Housing Audits," *Housing Policy Debate* Volume 3, Issue 2, 185.

U.S. Census Bureau (2002), "Racial and Ethnic Residential Segregation in the United States: 1980-2000 (GPO).

Venkatesh, Sudhir (2006).  *Off the Books: The Underground Economy of the Urban Poor* (Harvard University Press).

Wendt, Minh; Kinsey, Jean; and Kaufman, Phillip (2008) "Food Accessibility in the Inner City: What Have we Learned? A Literature Review 1963-2007**" (**Working Paper 08-01, The Food Industry Center, University of Minnesota).

Wilson, William Julius (1987) *The Truly Disadvantaged: The Inner City, the Underclass, and Public Policy* (Chicago: University of Chicago Press).

Wilson, William Julius (2009).  *More than Just Race: Being Black and Poor in the Inner City* (New York: Norton).

Yinger, John (1995). *Closed Doors, Opportunities Lost: The Continuing Costs of Housing Discrimination* (New York: Russell Sage Foundation).

**79**