| Report: CZR0026 | 22ND JUDICIAL CIRCUIT | Date: | 20-Oct-2008 |
|---|---|---|---|
| | CITY OF ST. LOUIS | Time: | 9:39:11AM |
| | CIRCUIT COURT DOCKET SHEET | Page: | 1 |

---

**22981-01288        ST V JERRY JAMES BOSTIC J**                    **Security Level: 1 Public**

---

| **Case Type:** | AC Felony | **Case Filing Date:** | 13-Apr-1998 |
|---|---|---|---|
| **Status:** | Casefile Tranf GrandJury Indmt | | |
| **Disposition:** | Casefile Tranf GrandJury Indmt | **Disposition Date:** | 03-Jun-1998 |
| **OCN#:** | 97045918 | | |
| **Arresting Agency:** | MOSPD0009 | | |

---

|  | | **Release/Status Reason Change Date** |
|---|---|---|
| Judge | STEVEN RUSSELL OHMER (28239) | |
| Defendant | **JERRY JAMES BOSTIC JR (BOSJJ3380)** | |
| Public Defender | ERIC SEYMOUR AFFHOLTER(47249) | |
| Circuit Attorney | JENNIFER M JOYCE (40927) | |

---

| | Charge # | Charge Date | Charge Code | Charge Description |
|---|---|---|---|---|
| **Original Charge:** | 1 | 11-Apr-1998 | 2301500 | Tampering With Motor Vehicle, Airplane, Motor Boat, Etc. - 1st Degree **(Felony C RSMo : 569.080)** |
| **Disposition:** | 03-Jun-1998 | | Boundover-Jury Indictment | |
| **Original Charge:** | 2 | 11-Apr-1998 | 1312000 | Assault On Law Enforcement Officer - 3rd Degree **(Misdemeanor A RSMo : 565.083)** |
| **Disposition:** | 03-Jun-1998 | | Boundover-Jury Indictment | |
| **Original Charge:** | 3 | 11-Apr-1998 | 4666500 | Dwr (Pts/Fail To Take Te **(Misdemeanor Unclassified RSMo : 302.321)** |
| **Disposition:** | 03-Jun-1998 | | Boundover-Jury Indictment | |

---

| **Filing Date** | **Description** |
|---|---|
| 13-Apr-1998 | **Complaint Filed** |
| | COMPLAINT FILED, CASE ASSIGNED TO DIV 25 WARRANT ISSUED, GIVEN TO SHERIFF |
| | **Bond Set** |
| | BOND SET; $4,000.00 SECURED |
| 04-May-1998 | **Hearing Scheduled** |
| | CASE SET FOR INITIAL APPEARANCE 05/04/98 09:30AM DIV 25 |
| | **Entry of Appearance Filed** |
| | PUBLIC DEFENDERS OFFICE ENTERS. |
| | **Filing:** |
| | CHARGES READ TO DEFENDANT IN COURT JUDGE STEVEN R. OHMER, DIV 25 |
| | **Hearing Scheduled** |
| | CONTINUED BY COURT 05/18/98 09:30AM DIV 25 JUDGE STEVEN R. OHMER, DIV 25 |
| 18-May-1998 | **Hearing Scheduled** |
| | CONTINUED BY STATE 06/11/98 09:30AM DIV 25 JUDGE STEVEN R. OHMER, DIV 25 |
| 03-Jun-1998 | **Filing:** |

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 14

| | | |
|---|---|---|
| Report: CZR0026 | **22ND JUDICIAL CIRCUIT**<br>**CITY OF ST. LOUIS**<br>**CIRCUIT COURT DOCKET SHEET** | Date: 20-Oct-2008<br>Time: 9:39:11AM<br>Page: 2 |

**22981-01288**     **ST V JERRY JAMES BOSTIC J**                    **Security Level: 1 Public**

---

INDICTMENT(S) RETURNED BY GRAND JURY AND SIGNED. JUDGE DENNIS M. SCHAUMANN, DIV 16

**Order**
CT-01, TAMPERING 1ST W-MOTR-VEH, (F). TRUE BILL RETURNED BY GRAND JURY, INDICTMENT FILED JUDGE STEVEN R. OHMER, DIV 25

**Order**
CT-02, ASSAULT LAW OFFICER 3RD, (M). TRUE BILL RETURNED BY GRAND JURY, INDICTMENT FILED JUDGE STEVEN R. OHMER, DIV 25

**Order**
CT-03, DRIVING WITH REVOKED LIC, (M). TRUE BILL RETURNED BY GRAND JURY, INDICTMENT FILED JUDGE STEVEN R. OHMER, DIV 25

**Casefile Tranf GrandJury Indmt**
TRUE BILL RETURNED BY GRAND JURY, INDICTMENT FILED

11-Jun-1998     **Hearing Scheduled**
CONTINUED BY COURT 07/15/98 09:30AM DIV 25 JUDGE VERNON E. SCOVILLE III, DIV 25

15-Jul-1998     **Hearing Scheduled**
CONTINUED BY COURT 08/18/98 09:30AM DIV 25 JUDGE STEVEN R. OHMER, DIV 25

18-Aug-1998     **Hearing Scheduled**
CONTINUED BY COURT 09/22/98 09:30AM DIV 25 JUDGE STEVEN R. OHMER, DIV 25

22-Sep-1998     **Hearing Scheduled**
CONTINUED BY COURT 10/19/98 09:30AM DIV 25 JUDGE STEVEN R. OHMER, DIV 25

19-Oct-1998     **Hearing Scheduled**
CONTINUED BY COURT 11/13/98 09:30AM DIV 25 JUDGE STEVEN R. OHMER, DIV 25

13-Nov-1998     **Hearing Scheduled**
CONTINUED BY COURT 12/17/98 09:30AM DIV 25 JUDGE STEVEN R. OHMER, DIV 25

18-Dec-1998     **Filing:**
REVIEW OF CASE BY CIRCUIT ATTORNEY FILED, CASE ASSIGNED TO DIV 25

**Entry of Appearance Filed**
PUBLIC DEFENDERS OFFICE ENTERS APPEARANCE FOR DEFT

**Entry of Appearance Filed**
THE CIRCUIT-ATTORNEYS-OFFICE (CA) ENTERS APPEARANCE FOR STATE OF MISSOURI

**Filing:**
DEFT APPEARS REPRESENTED BY COUNSEL PUBLIC-DEFENDERS-OFFICE STATE OF MISSOURI APPEARS REPRESENTED BY COUNSEL THE CIRCUIT-ATTORNEYS-OFFICE

**Order of Dismissal**
CT-01, TAMPERING 1ST W-MOTR-VEH, (F). ABATED BY DEATH JUDGE STEVEN R. OHMER, DIV 25

**Order of Dismissal**
CT-02, ASSAULT LAW OFFICER 3RD, (M). ABATED BY DEATH JUDGE STEVEN R. OHMER, DIV 25

**Order of Dismissal**
CT-03, DRIVING WITH REVOKED LIC, (M). ABATED BY DEATH JUDGE STEVEN R. OHMER, DIV 25

MISSOURI CIRCUIT COURT
TWENTY-SECOND JUDICIAL CIRCUIT
(St. Louis City)

CITY/PROBATION BILL

KK 2/16/99

STATE OF MISSOURI )
)
Bostic, Jerry vs. )
)
Charge: )
1- Temp 1st )
2 - Asst Law Ofr. )
3- DWRL )

Cause No. 981-1288

Probation _____ Fine _____

Abated by death

| CIRCUIT COURT CLERK | | | | | CITY TREASURY | | STATE REVENUE | |
|---|---|---|---|---|---|---|---|---|
| 1. Preliminary Hearing | | | | | | | 1. | |
| 2. Information or Indictment | | | | | 2. | 6.00 | 2. | $24.00 |
| 3. Circuit Attorney | | | | | 3. | 75 | | |
| 4. SHERIFF'S FEES- St. Louis City | | | | | | | | |
| A. Capias | 4. | | | | | | | |
| B. Subpoena | 2. | | | | | 75 | | |
| C. Non est. | 1. | | | | | | | |
| D. Calls Witness | 3. | | | | | | | |
| E. Mileage @ $.25 per mile | | | | | | | | |
| F. Trial | 4. | | | | | | | |
| G. Confession | 4. | | | | | | | |
| H. Commit | 4. | | | | 4. | | | |
| I. Days Custody | | | | | | | | |
| J. Sheriff in Attention | | | $6.00 per day | | | | | |
| 5. Fees of Witness | | Day | Amount | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | 5. | | | |
| 6 Court Reporter Fee | | | | | 6. | | | / 5.00 |
| 7 Jury Board: Brkft., Lnch., Dinner | | | | | 7. | | | |
| 8 Jury Service | | | | | 8. | | | |
| 9 Other Fee | | | | | 9. | | | |
| POC + TCS | | | | | | 1.00 | | |
| 10 P.A. Training Fund | | | | | 10. | .50 | | |
| 11 Victim Crime Fund | | | | | 11. | | | |
| 12 Law Enforcement Training Fund | | | | | 12. | | | |
| 13 Court Automation | | | | | | | | |
| 14 Independent Living Center Fee | | | | | Grand Total | 176.50 | | |

102-A (Rev.)

(Over)

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 14

STATE OF MISSOURI     )
                      ) ss
CITY OF ST. LOUIS     )


        IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
                    STATE OF MISSOURI


STATE OF MISSOURI,              )
                                )
            Plaintiff,          )
                                )
vs.                             )      Cause No. 981-1288
                                )      Division No.
JERRY BOSTIC,                   )
                                )
            Defendant.          )


                    ABATE BY DEATH

        Comes now the State of Missouri, by and through Assistant

Circuit Attorney, _J. KENNEDY_____, and informs the Court

to abate the above cause for the reason that the above-named

defendant is now deceased.  Attached hereto is a certified copy

of the death certificate of said defendant.


                              Respectfully,

                              _Jessica W. Kennedy_ 46535
                              Assistant Circuit Attorney


SO ORDERED:

_____
JUDGE
12/17/98

FILED
DEC 17 1998
CLERK CIRCUIT COURT
BY_____ DEPUTY

TYPE/PRINT IN PERMANENT BLACK INK. FOR INSTRUCTIONS SEE OTHER SIDE AND HANDBOOK.

MISSOURI DEPARTMENT OF HEALTH

## CERTIFICATE OF DEATH

STATE FILE NUMBER

124 - 98 304563

REGISTRATION DISTRICT NO.     REGISTRAR'S NUMBER

**DECEDENT**

| 1. DECEDENT'S NAME (First, Middle, Last) | 2. SEX | 3. DATE OF DEATH (Month, Day, Year) |
|---|---|---|
| JERRY J. BOSTIC, JR. | MALE | MAY 22, 1998 |

| 4. SOCIAL SECURITY NO. | 5a. AGE - Last Birthday (Years) | 5b. UNDER 1 YEAR MONTHS | DAYS | 5c. UNDER 1 DAY HOURS | MINUTES | 6. DATE OF BIRTH (Month, Day, Year) | 7. BIRTHPLACE (City and State or Foreign Country) |
|---|---|---|---|---|---|---|---|
| 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 | 22 | | | | | OCT. 25, 1975 | ST. LOUIS, MISSOURI |

8. WAS DECEDENT EVER IN U.S. ARMED FORCES? ☐ Yes ☒ No ☐ Unk.

9a. PLACE OF DEATH (Check only one; see instructions on other side)
HOSPITAL: ☐ Inpatient ☒ ER/Outpatient ☐ DOA    OTHER: ☐ Nursing Home ☐ Residence ☐ Other (Specify)

| 9b. FACILITY NAME (If not institution, give street and number) | 9c. CITY, TOWN, OR LOCATION OF DEATH | 9d. COUNTY OF DEATH |
|---|---|---|
| CHRISTIAN HOSPITAL NORTHEAST | FLORISSANT | ST. LOUIS |

| 10. MARITAL STATUS - Married, Never Married, Widowed, Divorced, (Specify) | 11. SURVIVING SPOUSE'S NAME (If wife, give full maiden name) | 12a. DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired.) | 12b. KIND OF BUSINESS OR INDUSTRY |
|---|---|---|---|
| NEVER MARRIED | N/A | | |

| 13a. RESIDENCE - STATE | 13b. COUNTY | 13c. CITY, TOWN, OR LOCATION | 13d. ZIP CODE |
|---|---|---|---|
| MISSOURI | N/A | ST. LOUIS | 63115 |

| 13e. STREET AND NUMBER | 13f. INSIDE CITY LIMITS | 13g. YEARS AT PRESENT ADDRESS |
|---|---|---|
| 4510 ATHLONE | ☒ Yes ☐ No | ☒ Under 5 ☐ 5-9 ☐ 10-19 ☐ 20 or more |

| 14. WAS DECEDENT OF HISPANIC ORIGIN (Specify No or Yes - If yes, specify Cuban, Mexican, Puerto Rican, etc.) | 15. RACE - American Indian, Black, White, etc. (Specify) | 16. DECEDENT'S EDUCATION (Specify only highest grade completed) |
|---|---|---|
| ☒ No ☐ Yes Specify: | BLACK | Elementary/Secondary (0-12): 11   College (1-4 or 5+) |

**PARENTS**

| 17. FATHER'S NAME (First, Middle, Last) | 18. MOTHER'S NAME (First, Middle, Maiden Surname) |
|---|---|
| JERRY J. BOSTIC, SR. | CECELIA HARRIS |

**INFORMANT**

| 19a. INFORMANT'S NAME (Type/Print) | 19b. MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code) |
|---|---|
| CECELIA BOSTIC | 4510 ATHLONE, ST. LOUIS, MISSOURI 63115 |

**DISPOSITION**

| 20a. BURIAL, CREMATION, OTHER (Specify) | 20b. DATE OF DISPOSITION | 20c. PLACE OF DISPOSITION (Name of cemetery, crematory, or other place) | 20d. LOCATION - City or Town, State |
|---|---|---|---|
| BURIAL | JUNE 1, 1998 | FRIEDENS CEMETERY | ST. LOUIS, MISSOURI |

| 21. SIGNATURE OF FUNERAL SERVICE LICENSEE OR PERSON ACTING AS SUCH | 22a. NAME AND ADDRESS OF FACILITY | 22b. FUNERAL ESTABLISHMENT LICENSE NUMBER |
|---|---|---|
| *[signature]* | WADE FUNERAL HOME 4828 NATURAL BRIDGE, ST. LOUIS, MISSOURI 63115 | 000962 |

**CAUSE OF DEATH** — SEE INSTRUCTIONS ON OTHER SIDE

23. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line.

| | | Approximate Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) → | a. Bronchial asthma | |
| | DUE TO (OR AS A CONSEQUENCE OF): b. | |
| Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (disease or injury that initiated events resulting in death) LAST | DUE TO (OR AS A CONSEQUENCE OF): c. | |
| | DUE TO (OR AS A CONSEQUENCE OF): d. | |

| PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I. | 24. IF DECEASED WAS FEMALE 10-49, WAS SHE PREGNANT IN THE LAST 90 DAYS? | 25a. WAS AN AUTOPSY PERFORMED? | 25b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? |
|---|---|---|---|
| | ☐ Yes ☐ No ☐ Unk. | ☒ Yes ☐ No | ☒ Yes ☐ No |

| 26. MANNER OF DEATH | 27a. DATE OF INJURY (Month, Day, Year) | 27b. TIME OF INJURY | 27c. WAS INJURY ALCOHOL-RELATED? (Not limited to decedent) | 27d. INJURY AT WORK? | 27e. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|---|---|
| ☒ Natural ☐ Pending Investigation ☐ Accident ☐ Suicide ☐ Could not be Determined ☐ Homicide | | M | ☐ Yes ☐ No ☐ Unk. | ☐ Yes ☐ No ☐ Unk. | |

27f. PLACE OF INJURY - At home, farm street, factory, office building, etc. (specify)     27g. LOCATION (Street and Number or Rural Route Number, City or Town, State)

**CERTIFIER**

| 28a. (Specify) ☐ CERTIFYING PHYSICIAN ☒ MEDICAL EXAMINER/CORONER | 28b. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated. (Signature and Title) ► *Mary C. Case M.D.* | 28c. DATE SIGNED (Month, Day, Year) June 3, 1998 | 28d. TIME OF DEATH 8:26 A M |
|---|---|---|---|

| 29a. NAME AND ADDRESS OF CERTIFIER (PHYSICIAN, MEDICAL EXAMINER OR CORONER) (Type or Print) Mary E. Case, M.D., Chief Medical Examiner, 6039 Helen Ave., St. Louis, MO 63134 | 29b. MO. LICENSE NUMBER 32097 | 30. WAS CASE REFERRED TO MEDICAL EXAMINER/CORONER? ☒ Yes ☐ No |
|---|---|---|

| 31. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print) | 32. REGISTRAR'S SIGNATURE ► *[signature]* | 33. DATE RECEIVED BY LOCAL REGISTRAR (Month, Day, Year) JUN 03 1998 |
|---|---|---|

## ST. LOUIS COUNTY DEPARTMENT OF HEALTH
### 111 SOUTH MERAMEC
### CLAYTON, MISSOURI 63105
*THIS IS A CERTIFIED COPY OF AN ORIGINAL DOCUMENT*
(Do not accept if reproduced, or seal impression cannot be felt)
THE REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW
(sec. 193 315.RSMo1986)

STATE OF MISSOURI
       SS
COUNTY OF ST. LOUIS      I HEREBY CERTIFY that this is an exact reproduction of the certificate for the person named therein as it now appears in the permanent records of the Bureau of Vital Records of the Missouri Department of Health. Witness my hand as County Registrar of Vital Statistics and the Seal of the ST. LOUIS COUNTY DEPARTMENT OF HEALTH this date of

NOV 20 1998      *[signature]*

Per_____      Registrar of Vital Statistics

MO 580-1103(7-89)

# SUBPOENA DUCES TECUM

**STATE OF MISSOURI,**  } SS.   *Issued 11-30-98*

**City of St. Louis**   }

The State of Missouri, to:_____   Custodian of Records

_____ Vital Statistics

St. Louis County _____ GREETING:

You are hereby Commanded, That, setting aside all manner of excuse and delay, you be and appear before our MISSOURI CIRCUIT COURT, TWENTY-SECOND JUDICIAL CIRCUIT, (ST. LOUIS, CITY) (Court Room No. _____ ), at the Municipal Courts Building in the City of St. Louis, on the _____ FORTHWITH _____ day of _____ , 19, _____ at 10:00 o'clock A.M. then and there to testify, and the truth to speak, in a certain cause pending in our said Court, wherein the State of Missouri is Plaintiff, and _____ Jerry Bostic _____ defendant, on the part of ___ State of Missouri ___, and you are further commanded to bring with you, and then and there produce in evidence _true and original Death Certificate for the following person:_

Jerry Bostic Jr.
B/M   DOB: 10/25/74
SS# 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
died on 5/22/98

Witness may mail the Subpoenared records to Mr. Tom Bresnan
Circuit Attorney's Office
1320 Market  -  Room 330
St. Louis, MO  63103

in lieu of appearing in Grand Jury at this time.

If you have any questions, please call Tom Bresnan at 622-4941.

and this you shall in no wise omit. And the person or officer serving this writ is commanded to have the same at the time and place aforesaid, certifying thereon his return.

(SEAL)

**Witness,** Mavis T. Thompson, Clerk of our said Court, with the seal thereof hereto affixed, at office in the City of St. Louis, this _____ 10th _____ day of ___ November _____ in the year of our Lord, nineteen hundred and _____ 98 _____

Mavis T. Thompson, Circuirt Clerk

By _____ Deputy

FORM 21-B (ML94)

MISSOURI CIRCUIT COURT - TWENTY-SECOND JUDICIAL CIRCUIT
(ST. LOUIS CITY)

STATE OF MISSOURI
VS
BOSTIC, JERRY JAMES JR

981-01288 7

DIV #: 25    CA#: FA2427    CAUSE#:
DESTINATION: GRJURY

## D E F E N D A N T   I N F O R M A T I O N

ADDRESS:    4510 ALICE
            ST LOUIS, MO   63107

PEDIGREE: RACE: B          DOB: 10/25/1975      HGT: 508
          SEX: M           AGE: 22              WGT: 130

ID #S:   COMPLAINT#: 98-047412        LID: 249238
         ARREST#: 98/001118  Dist: 9  OCN: 97045918

ALIASES:  BOSTIC, JERRY

  SSNS:  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

CHARGES(S):
01. CNT: 01    TAMPERING FIRST DEGREE (Class C Felony)
 2. CNT: 02    ASSAULT LAW OFFICER - THIRD DEGREE  (Class A Misdemeanor)
 3. CNT: 03    DRIVING WITH REVOKED LICENSE (Class A Misdemeanor)

STATE OF MISSOURI   ) ss    WARRANT ON INDICTMENT
CITY OF ST. LOUIS   )

THE STATE OF MISSOURI TO ANY PEACE OFFICER IN THE STATE OF MISSOURI:  You are
hereby commanded to arrest the above named defendant who is charged by in-
dictment with the above crimes alleged to have been committed within the
jurisdiction of this Court and in violation of the laws of the State of
Missouri, and to bring him forthwith before this court to be here dealt with
in accordance with the law;  and you, the officer serving this warrant, shall
forthwith make return hereof to this Court.

s  4000         : Total Amount of Bond For All Charges.
_____ The Conditions of Release are:
_____ Written Promise to appear.
_____ Sponsored Recognizance.
_____ Sponsored Judgment.
_____ Bond With _____ % in cash, pursuant to Rule 33.17      23150
_____ Bond ___ Secured ___ Property ___ Cash.                  28239
WITNESS THE HONORABLE _____
Judge of the said Court and the seal thereof, issued in the city and state
aforesaid on this ___26___ day of ___may___, 19___,  _____ 23150
                                          Judge/Clerk of said Court

RETURN
Served the within warrant in my County of _____ and in the State of
Missouri on this _____ day of _____, 19___, by confining the within
named _____ and producing him before the said Court on the
_____ day of _____, 19___.

g:ka  (FA2427)

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 14

MISSOURI CIRCUIT COURT — TWENTY-SECOND JUDICIAL CIRCUIT
(ST. LOUIS CITY)

STATE OF MISSOURI
VS
BOSTIC, JERRY JAMES JR

981-01288

DIV #: 25    CA#: FA2427    CAUSE#:
DESTINATION: GRJURY

## D E F E N D A N T   I N F O R M A T I O N

ADDRESS:    4510 ALICE
            ST LOUIS, MO   63107

PEDIGREE: RACE: B       DOB: 10/25/1975      HGT: 508
          SEX: M        AGE: 22              WGT: 130

ID #S:  COMPLAINT#: 98-047412          LID: 249238
        ARREST#: 98/001118  Dist: 9    OCN: 97045918

ALIASES:  BOSTIC, JERRY

SSNS:  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

CHARGES(S):
01. CNT: 01    TAMPERING FIRST DEGREE (Class C Felony)
 2. CNT: 02    ASSAULT LAW OFFICER - THIRD DEGREE  (Class A Misdemeanor)
 3. CNT: 03    DRIVING WITH REVOKED LICENSE (Class A Misdemeanor)

STATE OF MISSOURI  ) SS        WARRANT ON INDICTMENT
CITY OF ST. LOUIS  )

THE STATE OF MISSOURI TO ANY PEACE OFFICER IN THE STATE OF MISSOURI:  You are
hereby commanded to arrest the above named defendant who is charged by in-
dictment with the above crimes alleged to have been committed within the
jurisdiction of this Court and in violation of the laws of the State of
Missouri, and to bring him forthwith before this court to be here dealt with
in accordance with the law;  and you, the officer serving this warrant, shall
forthwith make return hereof to this Court.

$ _____ : Total Amount of Bond For All Charges.
____ The Conditions of Release are:
____ Written Promise to appear.
____ Sponsored Recognizance.
____ Sponsored Judgment.
____ Bond With _____ % in cash, pursuant to Rule 33.17        23156
____ Bond ____ Secured ____ Property ____ Cash.                25239
WITNESS THE HONORABLE _____
Judge of the said Court and the seal thereof, issued in the city and state
aforesaid on this ____ day of _____, 19__     _____
                                                Judge/Clerk of said Court

RETURN
Served the within warrant in my County of _____ and in the State of
Missouri on this ____ day of _____, 19__, by confining the within
named _____ and producing him before the said Court on the
____ day of _____, 19__.

g:ka   (FA2427)

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 14

MISSOURI CIRCUIT COURT - TWENTY-SECOND JUDICIAL CIRCUIT
(ST. LOUIS CITY)

STATE OF MISSOURI
VS
BOSTIC, JERRY JAMES JR

981-01288

DIV #: 25    CA#: FA2427    CAUSE#:
DESTINATION: GRJURY

D E F E N D A N T   I N F O R M A T I O N

ADDRESS: 4510 ALICE
ST LOUIS, MO  63107

PEDIGREE: RACE: B          DOB: 10/25/1975         HGT: 508
          SEX: M           AGE:  22                WGT: 130

ID #S:  COMPLAINT#: 98-047412          LID: 249238
        ARREST#: 98/001118  Dist: 9   OCN: 97045918

ALIASES: BOSTIC, JERRY

SSNS:  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

CHARGES(S):
01. CNT: 01    TAMPERING FIRST DEGREE (Class C Felony)
 2. CNT: 02    ASSAULT LAW OFFICER - THIRD DEGREE  (Class A Misdemeanor)
 3. CNT: 03    DRIVING WITH REVOKED LICENSE (Class A Misdemeanor)

STATE OF MISSOURI )          WARRANT ON INDICTMENT
CITY OF ST. LOUIS )ss

THE STATE OF MISSOURI TO ANY PEACE OFFICER IN THE STATE OF MISSOURI:  You are
hereby commanded to arrest the above named defendant who is charged by in-
dictment with the above crimes alleged to have been committed within the
jurisdiction of this Court and in violation of the laws of the State of
Missouri, and to bring him forthwith before this court to be here dealt with
in accordance with the law;  and you, the officer serving this warrant, shall
forthwith make return hereof to this Court.

S_____; Total Amount of Bond For All Charges.
____The Conditions of Release are:
____ Written Promise to appear.
____ Sponsored Recognizance.
____ Sponsored Judgment.
____ Bond With _____ % in cash, pursuant to Rule 33.17
____ Bond ____ Secured ____ Property ____ Cash.
WITNESS THE HONORABLE _____
Judge of the said Court and the seal thereof, issued in the city and state
aforesaid on this _____ day of _____, 19___.

_____
Judge/Clerk of said Court

RETURN
Served the within warrant in my County of _____ and in the State of
Missouri on this ____ day of _____, 19___, by confining the within
named _____ and producing him before the said Court on the
____ day of _____, 19___.

_____

q:ka    (FA2427)

MISSOURI CIRCUIT COURT – TWENTY-SECOND JUDICIAL CIRCUIT
(ST. LOUIS CITY)

STATE OF MISSOURI
VS
BOSTIC, JERRY JAMES JR

981-01288

DIV #: 25    CA#: FA2427    CAUSE#: ▓▓▓▓▓▓▓
DESTINATION: GRJURY

**D E F E N D A N T   I N F O R M A T I O N**

ADDRESS:    4510 ALICE
            ST LOUIS, MO   63107

DOB: 10/25/1975    HGT: 508
22                 WGT: 130

LID: 249238
t: 9    OCN: 97045918

---

**MISSOURI UNIFORM COMPLAINT AND SUMMONS**    ABSTRACT OF COURT RECORD

ORI. NO. MOSPD 0000
METROPOLITAN POLICE DEPARTMENT
CITY OF ST. LOUIS
STATE OF MISSOURI

NO. 970246531

In the Missouri Circuit Court
22nd Judicial Circuit

$ ___    (E)    T.V.B. ___    P.C. ___

THE UNDERSIGNED POLICE OFFICER STATES THAT

on or about (DATE) 4-11-98    upon/at or near (location/log pt.) ALDINE AT VANDEVENTER    DIST. 309    AT TIME 934    ☒ AM  ☐ PM

WITHIN CITY AND STATE AFORESAID

Name (Last, First, Middle) BOSTIC, JERRY J.

Street Address 4510 ALICE

City St. louis    State MO    Zip Code 63107

Date of Birth 10-25-75    Age 22    Race B    Sex M    Height 53    Weight 150

Driver's License No. 25148 48    Expir. Date 5-19-97    State MO

**LEAVE THIS LINE BLANK**

Employer NONE    Street Address

City    State    Zip Code

Arr. Reg. No. 9-1118    C.N. 98-47412

**DID UNLAWFULLY** ☒ Operate  ☐ Park  ☐ A C.M.V.  ☐ With Haz Mat

Vehicle:
Year 85    Make OLDS    Model CUT    Style 2-DR    Color BLUE
Weight    Lic Number NONE    State    Year

AND THEN AND THERE COMMITTED THE FOLLOWING OFFENSE: (DESCRIBE VIOLATION)
DRIVING WHILE LICENSE REVOKED (ACTION DUE)

AMENDED CHARGES:

Driving ___ MPH    When Limited To: ___ MPH    Seat Belt Violation    TAGS CANC. BY (DSN)  ☐ RSMo.  ☐ Ordinance

Detection  ☐ Sta Radar  ☐ Mov Radar  ☐ Watch(Air)  ☐ Watch(Ground)  ☐ Pace  ☐ Other    ☐ DWI/BAC  ☐ In Fatal Accident  ☐ In Accident  ☐ Prop Damage  ☐ Injury

In Violation Of 302.321  ☒ RSMo  ☐ Ordinance    Mo. Charge Code 4666006

THE ABOVE COMPLAINT IS TRUE AS I VERILY BELIEVE

Officer P.O. D. HAMPTON    Ct. Gp. # 722    DSN 4352    Assgmt 309

I promise to dispose of the charges of which I am accused through court appearance or pre-payment of fine and court costs.

SIGNATURE X [signature]

SEE INSTRUCTIONS ON THE BACK    CITY COURT  #1 ☐  #2 ☐  #3 ☐  #4 ☐
1430 OLIVE (S.E. CORNER OF 15TH & OLIVE)  (CITY TRAFFIC VIOLATION)
CIRCUIT COURT, Division 26 ☒    (STATE TRAFFIC VIOLATION)
MUNICIPAL COURT BLDG., 1320 MARKET STREET

Other Traffic Charges Placed  ☐ State  ☒ City    Court Time 9:30 ☒ AM ☐ PM    Court Date 4-24-98

ON INFORMATION UNDERSIGNED PROSECUTOR COMPLAINS AND INFORMS COURT THAT ABOVE FACTS ARE TRUE AS HE VERILY BELIEVES.

Prosecutor's Signature [signature]    Date 4/13/98

MPD Form GEN-222 (R-13) 9/96 - 37.A

---

E (Class C Felony)
THIRD DEGREE   (Class A Misdemeanor)
LICENSE (Class A Misdemeanor)

1828
4352

TMENT

NT I

uis, State of Missouri, charge that the
.080.1(2), RSMo, committed the class C
e, punishable upon conviction under
io, in that on the 11th day of April,
of Missouri, the defendant knowingly
nlawfully operated an automobile to
y Willie and Travis Watson.

T II

uis, State of Missouri, charge that the
.083, RSMo, committed the class A
ement officer in the third degree,
ons 558.011 and 560.016, RSMo, in that
e City of St. Louis, State of Missouri,
officer, defendant knew Darren Hampton
endant purposely placed Darren Hampton
rapidly accelerating the automobile
P.O. Darren Hampton was approaching the

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 14

MISSOURI CIRCUIT COURT - TWENTY-SECOND JUDICIAL CIRCUIT
(ST. LOUIS CITY)

STATE OF MISSOURI
VS
BOSTIC, JERRY JAMES JR

981-01288

DIV #: 25        CA#: FA2427        CAUSE#: ▓▓▓▓▓▓
DESTINATION: GRJURY

D E F E N D A N T   I N F O R M A T I O N

ADDRESS:   4510 ALICE
           ST LOUIS, MO   63107

---

**MISSOURI UNIFORM COMPLAINT AND SUMMONS**          COMPLAINT & INFORMATION
ORI. NO. MOSPD 0000
METROPOLITAN POLICE DEPARTMENT
CITY OF ST. LOUIS
STATE OF MISSOURI                NO. 970246531
In the Missouri Circuit Court
22nd Judicial Circuit                    $          T.V.B.    P.C.

(F)

THE UNDERSIGNED POLICE OFFICER STATES THAT
on or about (DATE) 4-11-98  upon/at or near (location/log pt.) ALDINE AT VANDEVENTER   DIST. 309   AT TIME 934  ☒AM ☐PM
WITHIN CITY AND STATE AFORESAID
Name (Last, First, Middle)  BOSTIC, JERRY J.
Street Address  4510 ALICE
City  St. Louis    State  MO    Zip Code  63107
Date of Birth 10-25-75   Age 22   Race B   Sex M   Height 53   Weight 150
Driver's License No.  Z514848    Expir. Date 5/9-97    State MO

**LEAVE THIS LINE BLANK**

Employer  NONE    Street Address
City      State    Zip Code

Arr. Reg. No. 9-1118     C.N. 98-47412

DID UNLAWFULLY  ☒ Operate  ☐ Park  ☐ A.C.M.V.  ☐ With Haz Mat

Vehicle:
Year 85   Make OLDS   Model CUT   Style 2-DR   Color BLUE
Weight    L Number NONE   State   Year

AND THEN AND THERE COMMITTED THE FOLLOWING OFFENSE: (DESCRIBE VIOLATION)
DRIVING WHILE LICENSE REVOKED
(ACTION DUE)

AMENDED CHARGES:                          TAGS CANC. BY (DSN)

Driving       When Limited To:       Seat Belt Violation   ☐ RSMo.
    MPH            MPH                                      ☐ Ordinance
Detection ☐ Sta Radar  ☐ Watch(Air)   ☐ Pace       ☐ DWI/BAC
          ☐ Mov Radar  ☐ Watch(Ground) ☐ Other     ☐ In Fatal Accident
In Violation Of  ☒ RSMo.   Mo. Charge Code          ☐ In Accident
  302.321       ☐ Ordinance    4660006               ☐ Prop Damage
                                                      ☐ Injury
THE ABOVE COMPLAINT IS TRUE AS I VERILY BELIEVE
Officer  P.O. D. HAMPTON     Ct. Gp. # 722  DSN 4352  Assgmt 309

I promise to dispose of the charges of which I am accused through court appearance
or pre-payment of fine and court costs.

SIGNATURE  X Boohead

SEE          CITY COURT   #1 ☐  #2 ☐  #3 ☐  #4 ☐
INSTRUCTIONS  1430 OLIVE (S.E. CORNER OF 15TH & OLIVE) (CITY TRAFFIC VIOLATION)
ON THE        CIRCUIT COURT, Division 26 ☒   (STATE TRAFFIC VIOLATION)
BACK          MUNICIPAL COURT BLDG., 1320 MARKET STREET
Other Traffic Charges Placed  Court Time 9:30 ☒AM ☐PM  Court Date 4-29-98
  ☐ State  ☒ City

ON INFORMATION UNDERSIGNED PROSECUTOR COMPLAINS AND INFORMS COURT
THAT ABOVE FACTS ARE TRUE AS HE VERILY BELIEVES.
Prosecutor's Signature                        Date 4/28/98

MPD Form GEN-222 (R-13) 9/96 - 37.A

---

0/25/1975          HGT: 508
22                 WGT: 130

          LID: 249238
t: 9      OCN: 97.045918

& (Class C Felony)
THIRD DEGREE   (Class A Misdemeanor)
LICENSE (Class A Misdemeanor)

          1828
          4352

TMENT

NT I

uis, State of Missouri, charge that the
080.1(2), RSMo, committed the class C
e, punishable upon conviction under
b, in that on the 11th day of April,
of Missouri, the defendant knowingly
hlawfully operated an automobile to
y Willie and Travis Watson,

F II

uis, State of Missouri, charge that the
083, RSMo, committed the class A
ement officer in the third degree,
ons 558.011 and 560.016, RSMo, in that
City of St. Louis, State of Missouri,
fficer, defendant knew Darren Hampton
endant purposely placed Darren Hampton
rapidly accelerating the automobile
P.O. Darren Hampton was approaching the

## COUNT III

The Grand Jurors of the City of St. Louis, State of Missouri, charge that the
defendant, in violation of Section 302.321, RSMo, committed the class A
misdemeanor of driving while license was suspended/revoked, punishable upon
conviction under Sections 302.321, 558.011 and 560.016, RSMo, in that on the
11th day of April, 1998, in the City of St. Louis, State of Missouri, the
defendant operated a motor vehicle on a highway in the 3700 block of Natural
Bridge, during a time when his operator's license was suspended/revoked under
the laws of this state, and knew that his operator's license was
suspended/revoked.

A true bill

_Rodney Sargent_
Foreman

DEE JOYCE HAYES
Circuit Attorney
of the City of St. Louis,
State of Missouri, by

US153
Assistant Circuit Attorney

Received and filed __MAY 26, 1998__ and bail set at $ 4000 Secur
23150
Circuit Judge

g:ka

JERRY BOSTIC - FA2427

PAGE 2 OF 2

981-01288

COUNT III

The Grand Jurors of the City of St. Louis, State of Missouri, charge that the defendant, in violation of Section 302.321, RSMo, committed the class A misdemeanor of driving while license was suspended/revoked, punishable upon conviction under Sections 302.321, 558.011 and 560.016, RSMo, in that on the 11th day of April, 1998, in the City of St. Louis, State of Missouri, the defendant operated a motor vehicle on a highway in the 3700 block of Natural Bridge, during a time when his operator's license was suspended/revoked under the laws of this state, and knew that his operator's license was suspended/revoked.

A true bill

_____
Foreman

DEE JOYCE HAYES
Circuit Attorney
of the City of St. Louis,
State of Missouri, by

_____
Assistant Circuit Attorney

Received and filed _____ and bail set at $ _____

_____
Circuit Judge

g:ka

JERRY BOSTIC - FA2427

PAGE 2 OF 2

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 14

Cause No. _____981-1288_____

STATE OF MISSOURI

vs.

_____Jerry Bostic_____

Cause continued at the request of the _____

to _____5-18 98_____

IN THE

**MISSOURI CIRCUIT COURT**
**TWENTY-SECOND JUDICIAL CIRCUIT**
(ST. LOUIS CITY)

_____5-4_____, 19 _____98_____

_____Court_____

_____ for the reason(s) that:



WHEREFORE, the Court finds, for the above stated reason(s), that the ends of justice are served by granting the continuance and outweigh the best interests of the public and the defendant in a speedy trial.

**SO ORDERED:**

_____
Judge # 28239

/X_____

Defendant

_____

Attorney for Defendant

18-H

_____

Assistant Circuit Attorney

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 14

# IN THE CIRCUIT COURT IN AND FOR ST. LOUIS CITY
## STATE OF MISSOURI

STATE OF MISSOURI,                    )    Cause No. _981 - 1288_
       Plantiff                   )
                            )
                            )    Division No. _25_
      v.                          )
                            )
_Jerry James Bostic, Jr._            )
       Defendant                   )
                            )

__✓__            The Public Defender will represent Defendant.

_____    The Public Defender cannot represent Defendant, due to the conflict of interest, and therefore requests that outside counsel be appointed.

_____    Public Defender has determined that the defendant is not indigent.

_____
Assistant Public Defender

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 14

MISSOURI CIRCUIT COURT - TWENTY-SECOND JUDICIAL CIRCUIT
(ST. LOUIS CITY)

STATE OF MISSOURI
VS
BOSTIC, JERRY JAMES JR

W3405 6145

| | | |
|---|---|---|
| DIV #: 25 | CA#: FA2427 | CAUSE#: 981-01288 |
| DESTINATION: GRJURY | (AT LARGE) | |

**D E F E N D A N T   I N F O R M A T I O N**   (2 WTRS)

ADDRESS:   4510 ALICE
           ST LOUIS, MO   63107

PEDIGREE: RACE: B        DOB: 10/25/1975        HGT: 508
          SEX: M         AGE:  22               WGT: 130

ID #S:   COMPLAINT#: 98-047412      LID: 249238
         ARREST#: 98/001118  Dist: 9   OCN: 97045918

ALIASES:   BOSTIC, JERRY

    SSNS:   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

STATE OF MISSOURI  )
                   ) SS              WARRANT
CITY OF ST. LOUIS  )

THE STATE OF MISSOURI TO ANY PEACE OFFICER IN THE STATE OF MISSOURI:  You are
hereby commanded to arrest the above named defendant who is charged with the
following crimes alleged to have been committed within the jurisdiction of
this Court and in violation of the laws of the State of Missouri, and to
bring him forthwith before this court to be here dealt with in accordance
with the law;  and you, the officer serving this warrant, shall forthwith
make return hereof to this Court.
CHARGE(S):

01. CNT: 01      TAMPERING 1ST DEGREE (Class C Felony) RSMo 569.080
    DATE: 04/11/1998   TIME: 09:34 AM   PLACE: 3706 NATURAL BRIDGE

 2. CNT: 02      ASSAULT LAW OFFICER 3RD (Class A Misdemeanor) RSMo 565.083
    DATE: 04/11/1998   TIME: 09:32 AM   PLACE: 3729 ALDINE

 3. CNT: 03      DRIVING WITH REVOKED LIC (Class A Misdemeanor) RSMo 302.321
    DATE: 04/11/1998   TIME: 09:34 AM   PLACE: 3706 NATURAL BRIDGE

$ 4000.00        : Total Amount of Bond For All Charges
The Conditions of Release are:
____   Written Promise to appear.
____   Sponsored Recognizance.
____   Sponsored Judgment.
____   Bond With _____ % in cash.
__X__  Bond  _X_ Secured _X_ Property _X_ Cash.                    4/13/98

WITNESS THE HONORABLE      STEVEN R. OHMER
Judge of the said Court and seal thereof, issued in the city and state
aforesaid on this 13 day of April, 19 98

                                        _____
                                        Judge/Clerk of said Court

PAGE 1 OF 2

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 14

MISSOURI CIRCUIT COURT - TWENTY-SECOND JUDICIAL CIRCUIT
(ST. LOUIS CITY)

| STATE OF MISSOURI |
| --- |
| VS |
| BOSTIC, JERRY JAMES JR |

DIV #: 25          CA#: FA2427                    CAUSE#:
DESTINATION: GRJURY    (AT LARGE)                    981-01288 ⑦

D E F E N D A N T   I N F O R M A T I O N

ADDRESS:   4510 ALICE
           ST LOUIS, MO  63107

PEDIGREE: RACE: B              DOB: 10/25/1975          HGT: 508
          SEX: M               AGE:  22                 WGT: 130

ID #S:  COMPLAINT#: 98-047412              LID: 249238
        ARREST#: 98/001118  Dist: 9       OCN: 97045918

ALIASES: BOSTIC, JERRY

   SSNS:  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

STATE OF MISSOURI   )
                    )ss          WARRANT
CITY OF ST. LOUIS   )

THE STATE OF MISSOURI TO ANY PEACE OFFICER IN THE STATE OF MISSOURI:  You are hereby commanded to arrest the above named defendant who is charged with the following crimes alleged to have been committed within the jurisdiction of this Court and in violation of the laws of the State of Missouri, and to bring him forthwith before this court to be here dealt with in accordance with the law;  and you, the officer serving this warrant, shall forthwith make return hereof to this Court.
CHARGE(S)

01. CNT: 01      TAMPERING 1ST DEGREE (Class C Felony) RSMo 569.080
    DATE: 04/11/1998  TIME: 09:34 AM  PLACE: 3706 NATURAL BRIDGE

 2. CNT: 02      ASSAULT LAW OFFICER 3RD (Class A Misdemeanor) RSMo 565.083
    DATE: 04/11/1998  TIME: 09:32 AM  PLACE: 3729 ALDINE

 3. CNT: 03      DRIVING WITH REVOKED LIC (Class A Misdemeanor) RSMo 302.321
    DATE: 04/11/1998  TIME: 09:34 AM  PLACE: 3706 NATURAL BRIDGE

$_____: Total Amount of Bond For All Charges
The Conditions of Release are:
_____ Written Promise to appear.
_____ Sponsored Recognizance.
_____ Sponsored Judgment.
_____ Bond with _____ % in cash.
_____ Bond _____ Secured _____ Property _____ Cash

WITNESS THE HONORABLE _____
Judge of the said Court and seal thereof, issued in the city and state
aforesaid on this ___ day of _____, 19___

                                      _____
                                      Judge/Clerk of said Court

PAGE 1 OF 2

RETURN

Served the within warrant in my County of _____ and in the State of
Missouri on this ___ day of _____, 19____, by confining the within named
_____ and producing him before the said Court on
the ___ day of _____, 19____.

_____

_____

q:ka

JERRY BOSTIC - FA2427

PAGE 2 OF 2   (WARRANT)

STATE OF MISSOURI          )
                           )ss
CITY OF ST. LOUIS          )


      I, MARIANO V. FAVAZZA, Clerk of the Circuit Court within and for the City of St. Louis, State of Missouri, do hereby certify that the foregoing are true copies of original documents on files and recorded in my office for the following case
**Complete File and Docket Sheets**

St. Louis City case number 22981-01288

      WITNESS my hand and SEAL of said Court this 20th day of October, 2008.


                                                Mariano V. Favazza
                                              Circuit Clerk

                                        By: _____
                                        Deputy Clerk


SEAL of the CIRCUIT COURT