Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 15

| Report: CZR0026 | 22ND JUDICIAL CIRCUIT<br>CITY OF ST. LOUIS<br>CIRCUIT COURT DOCKET SHEET | Date: 20-Oct-2008<br>Time: 9:39:11AM<br>Page: 1 |
|---|---|---|

---

**22971-03631      ST V JERRY BOSTIC**                     **Security Level: 3 Confidential**

---

| **Case Type:** | CC Felony | **Case Filing Date:** | 11-Dec-1997 |
|---|---|---|---|
| **Status:** | Warrant Issued | | |
| **Disposition:** | Bndover Circ-Waive Prel Hrng | **Disposition Date:** | 07-Apr-1998 |
| **OCN#:** | 97054149 | | |
| **Arresting Agency:** | MOSPD0007 | | |

---

**Release/Status Reason Change Date**

| Judge | JOAN MARIE BURGER (24764) |
|---|---|
| Defendant | **JERRY JAMES BOSTIC JR (BOSJJ3380)** |
| Public Defender | KATRINA ASKEW JONES(36337) |
| Circuit Attorney | CATHERINE ANNE CROWLEY (43009) |

---

| | Charge # | Charge Date | Charge Code | Charge Description |
|---|---|---|---|---|
| **Original Charge:** | 1 | 13-Sep-1997 | 3245000 | Possession Of Controlled Substance Except 35 Grams Or Less Of Marijuana **(Felony C RSMo : 195.202)** |

**Text:** HEROIN

**Disposition:**   07-Apr-1998    Bndover Circ-Waive Prel Hrng

---

**Filing Date**      **Description**

11-Dec-1997      **Grand Jury Indictment Filed**
INDICTMENT FILED, CASE ASSIGNED TO DIV 25 WARRANT ISSUED, GIVEN TO FUGITIVE

**Bond Set**
BOND SET; $2,500.00 SECURED

**Filing:**
INDICTMENT(S) RETURNED BY GRAND JURY AND SIGNED. JUDGE MICHAEL B. CALVIN, DIV 25

**Warrant Served**
WARRANT RETURNED EXECUTED. JUDGE MICHAEL B. CALVIN, DIV 16

**Hearing Scheduled**
CASE SET FOR INITIAL APPEARANCE 12/11/97 09:30AM DIV 25

**Transfer Filed**
CAUSE ASSIGNED TO DIVISION 23 FOR FURTHER PROCEEDINGS.

**Bond-Released on Own Recog**
PERSONAL RECOG BOND FILED

**Hearing Scheduled**
CASE SET FOR INITIAL APPEARANCE 12/17/97 09:30AM DIV 23

**Warrant Recalled/Withdrawn**
WARRANT RECALLED

08-Jan-1998      **Warrant Issued**
CAPIAS WARRANT ORDERED JUDGE JOAN M. BURGER, DIV 23

**Bond Set**
BOND SET; $20,000.00 CASH ONLY JUDGE JOAN M. BURGER, DIV 23

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 15

| | | |
|---|---|---|
| Report: CZR0026 | **22ND JUDICIAL CIRCUIT** | Date: 20-Oct-2008 |
| | **CITY OF ST. LOUIS** | Time: 9:39:11AM |
| | **CIRCUIT COURT DOCKET SHEET** | Page: 2 |

---

**22971-03631**      **ST V JERRY BOSTIC**                              **Security Level: 3 Confidential**

---

24-Mar-1998      **Notice**
NOTIFICATION OF CONFINEMENT FILED. JUDGE JOAN M. BURGER, DIV 23

31-Mar-1998      **Warrant Recalled/Withdrawn**
WARRANT RECALLED JUDGE JOAN M. BURGER, DIV 23

**Order**
ORDER OF COURT THE SHERIFF'S DEPT IS ORDERED TO RELEASE THE DEFENDANT SO
THAT HE MAY RESOLVE HOLDS IN ST LOUIS COUNTY FILED. JUDGE JOAN M. BURGER, DIV 23

06-Apr-1998      **Transfer Filed**
CAUSE ASSIGNED TO DIVISION 23 FOR FURTHER PROCEEDINGS.

07-Apr-1998      **Entry of Appearance Filed**
KATRINA A. JONES (PD) ENTERS APPEARANCE FOR DEFT

**Entry of Appearance Filed**
JANE B. GEILER (CA) ENTERS APPEARANCE FOR STATE OF MISSOURI

**Arraignment Held**
DEFENDANT ARRAIGNED

**Filing:**
DEFT APPEARS REPRESENTED BY COUNSEL KATRINA A. JONES STATE OF MISSOURI
APPEARS REPRESENTED BY COUNSEL JANE B. GEILER

**Order**
CT-01, POSS CONTROLED SUBSTANCE - HEROIN, (F). PRELIMINARY HEARING WAIVED, DEFT
BOUND OVER, INFORMATION FILED JUDGE JOAN M. BURGER, DIV 23

**Right to Trial by Jury Waived**
DEFENDANT WAIVES RIGHT TO A SPEEDY TRIAL. JUDGE JOAN M. BURGER, DIV 23

**Bndover Circ-Waive Prel Hrng**
PRELIMINARY HEARING WAIVED, DEFT BOUND OVER, INFORMATION FILED

17-Apr-1998      **Warrant Issued**
CAPIAS WARRANT ORDERED JUDGE JOAN M. BURGER, DIV 23

**Bond Set**
BOND SET; $20,000.00 CASH ONLY JUDGE JOAN M. BURGER, DIV 23

04-May-1998      **Notice**
NOTIFICATION OF CONFINEMENT FILED. JUDGE JOAN M. BURGER, DIV 23

06-May-1998      **Order**
ORDER OF COURT DEFT IS HEREBY TERMINATED FROM THE DRUG COURT PROGRAM.
CAUSE IS HEREBY TRANSFERRED TO DIVISION 16 FOR FURTHER PROCEEDINGS FILED.
JUDGE JOAN M. BURGER, DIV 23

12-May-1998      **Hearing Scheduled**
CONTINUED BY COURT 06/01/98 09:30AM DIV 16 JUDGE MARGARET M. NEILL, DIV 16

18-May-1998      **Order Withdrawing Attorney:**
JANE B. GEILER (CA) WITHDRAWS AS ATTORNEY FOR STATE OF MISSOURI

**Entry of Appearance Filed**
CATHERINE A. CROWLEY (CA) ENTERS APPEARANCE FOR STATE OF MISSOURI

04-Jun-1998      **Hearing Scheduled**

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 15

| Report: CZR0026 | 22ND JUDICIAL CIRCUIT | Date: | 20-Oct-2008 |
|---|---|---|---|
| | CITY OF ST. LOUIS | Time: | 9:39:11AM |
| | CIRCUIT COURT DOCKET SHEET | Page: | 3 |

**22971-03631**       **ST V JERRY BOSTIC**                    **Security Level: 3 Confidential**

CONTINUED BY STATE 06/15/98 09:30AM DIV 16 JUDGE MARGARET M. NEILL, DIV 16

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit, 15

| Report: CZR0026 | 22ND JUDICIAL CIRCUIT<br>CITY OF ST. LOUIS<br>CIRCUIT COURT DOCKET SHEET | Date: 20-Oct-2008<br>Time: 9:39:11AM<br>Page: 1 |
|---|---|---|

---

**22971-03631-01    ST V JERRY BOSTIC**                          **Security Level: 3 Confidential**

---

| **Case Type:** | CC Felony | **Case Filing Date:** | 01-Nov-1998 |
|---|---|---|---|
| **Status:** | Dismiss Death of Defendant | | |
| **Disposition:** | Dismiss Death of Defendant | **Disposition Date:** | 17-Dec-1998 |
| **OCN#:** | 97054149 | | |
| **Arresting Agency:** | MOSPD0007 | | |

---

**Release/Status  Reason**
**Change Date**

| Judge | STEVEN RUSSELL OHMER (28239) |
|---|---|
| Defendant | **JERRY JAMES BOSTIC JR (BOSJJ3380)** |
| Public Defender | KATRINA ASKEW JONES(36337) |
| Circuit Attorney | JESSICA WALDEN KENNEDY (46535) |

---

| | Charge<br># | Charge<br>Date | Charge<br>Code | Charge<br>Description |
|---|---|---|---|---|

**Original Charge:** 1   13-Sep-1997  3245000   Possession Of Controlled Substance Except 35 Grams Or Less Of Marijuana **(Felony C RSMo : 195.202)**

**Text:** HEROIN
**Disposition:**   17-Dec-1998   Dismissed Death of Defendant

---

| **Filing Date** | **Description** |
|---|---|
| 01-Nov-1998 | **Grand Jury Indictment Filed**<br>DEFT BOUND OVER ON PREVIOUS INDICTMENT FILED, CASE ASSIGNED TO DIV 16 |
| | **Entry of Appearance Filed**<br>KATRINA A. JONES (PD) ENTERS APPEARANCE FOR DEFT |
| | **Entry of Appearance Filed**<br>CATHERINE A. CROWLEY (CA) ENTERS APPEARANCE FOR STATE OF MISSOURI |
| 17-Dec-1998 | **Entry of Appearance Filed**<br>JESSICA KENNEDY (CA) ENTERS APPEARANCE FOR STATE OF MISSOURI |
| | **Filing:**<br>DEFT APPEARS REPRESENTED BY COUNSEL KATRINA A. JONES STATE OF MISSOURI APPEARS REPRESENTED BY COUNSEL JESSICA KENNEDY |
| | **Order of Dismissal**<br>CT-01, POSS CONTROLED SUBSTANCE - HEROIN, (F). ABATED BY DEATH JUDGE STEVEN R. OHMER, DIV 16 |
| | **Dismiss Death of Defendant**<br>ABATED BY DEATH |

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 15

STATE OF MISSOURI    )
                   ) ss

CITY OF ST. LOUIS     )

## IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
## STATE OF MISSOURI

STATE OF MISSOURI,     )
                     )
         Plaintiff,  )
                     )
vs.                    )   Cause No. 971-3631
                     )
                     )   Division No.
JERRY BOSTIC,        )
                     )
        Defendant.  )

### ABATE BY DEATH

Comes now the State of Missouri, by and through Assistant Circuit Attorney, _J. KENNEDY_ and informs the Court to abate the above cause for the reason that the above-named defendant is now deceased. Attached hereto is a certified copy of the death certificate of said defendant.

Respectfully,

_James W. Kennedy_ 40535
Assistant Circuit Attorney

SO ORDERED:

_____
JUDGE   12/17/98

cc: C.A. File
    Larry
    Defense Attorney
    Court File

TYPE/PRINT Exhibit 15

TYPE/PRINT IN PERMANENT BLACK INK. FOR INSTRUCTIONS SEE OTHER SIDE AND HANDBOOK.

MISSOURI DEPARTMENT OF HEALTH

# CERTIFICATE OF DEATH

STATE FILE NUMBER

124 - 98 304563

| REGISTRATION DISTRICT NO. | REGISTRAR'S NUMBER | | |
|---|---|---|---|
| 1. DECEDENT'S NAME (First, Middle, Last) JERRY J. BOSTIC, JR. | | 2. SEX MALE | 3. DATE OF DEATH (Month, Day, Year) MAY 22, 1998 |

| 4. SOCIAL SECURITY NO. 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 | 5a. AGE - Last Birthday (Years) 22 | 5b. UNDER 1 YEAR MONTHS DAYS | 5c. UNDER 1 DAY HOURS MINUTES | 6. DATE OF BIRTH (Month, Day, Year) OCT. 25, 1975 | 7. BIRTHPLACE (City and State or Foreign Country) ST. LOUIS, MISSOURI |
|---|---|---|---|---|---|

**DECEDENT**

8. WAS DECEDENT EVER IN U.S. ARMED FORCES? ☐ Yes ☒ No ☐ Unk.

9a. PLACE OF DEATH (Check only one; see instructions on other side)
HOSPITAL: ☐ Inpatient ☒ ER/Outpatient ☐ DOA   OTHER: ☐ Nursing Home ☐ Residence ☐ Other (Specify)

| 9b. FACILITY NAME (If not institution, give street and number) CHRISTIAN HOSPITAL NORTHEAST | 9c. CITY, TOWN, OR LOCATION OF DEATH FLORISSANT | 9d. COUNTY OF DEATH ST. LOUIS |
|---|---|---|

| 10. MARITAL STATUS - Married, Never Married, Widowed, Divorced, (Specify) NEVER MARRIED | 11. SURVIVING SPOUSE'S NAME (If wife, give full maiden name) N/A | 12a. DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired.) | 12b. KIND OF BUSINESS OR INDUSTRY |
|---|---|---|---|

| 13a. RESIDENCE - STATE MISSOURI | 13b. COUNTY N/A | 13c. CITY, TOWN, OR LOCATION ST. LOUIS | 13d. ZIP CODE 63115 |
|---|---|---|---|

| 13e. STREET AND NUMBER 4510 ATHLONE | 13f. INSIDE CITY LIMITS ☒ Yes ☐ No | 13g. YEARS AT PRESENT ADDRESS ☒ Under 5 ☐ 5-9 ☐ 10-19 ☐ 20 or more |
|---|---|---|

| 14. WAS DECEDENT OF HISPANIC ORIGIN (Specify No or Yes - If yes, specify Cuban, Mexican, Puerto Rican, etc.) ☒ No ☐ Yes Specify: | 15. RACE - American Indian, Black, White, etc. (Specify) BLACK | 16. DECEDENT'S EDUCATION (Specify only highest grade completed) Elementary/Secondary (0-12) 11 / College (1-4 or 5+) |
|---|---|---|

**PARENTS**

| 17. FATHER'S NAME (First, Middle, Last) JERRY J. BOSTIC, SR. | 18. MOTHER'S NAME (First, Middle, Maiden Surname) CECELIA HARRIS |
|---|---|

**INFORMANT**

| 19a. INFORMANT'S NAME (Type/Print) CECELIA BOSTIC | 19b. MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code) 4510 ATHLONE, ST. LOUIS, MISSOURI 63115 |
|---|---|

**DISPOSITION**

| 20a. BURIAL, CREMATION, OTHER (Specify) BURIAL | 20b. DATE OF DISPOSITION JUNE 1, 1998 | 20c. PLACE OF DISPOSITION (Name of cemetery, crematory, or other place) FRIEDENS CEMETERY | 20d. LOCATION - City or Town, State ST. LOUIS, MISSOURI |
|---|---|---|---|

| 21. SIGNATURE OF FUNERAL SERVICE LICENSEE OR PERSON ACTING AS SUCH | 22a. NAME AND ADDRESS OF FACILITY WADE FUNERAL HOME 4828 NATURAL BRIDGE, ST. LOUIS, MISSOURI 63115 | 22b. FUNERAL ESTABLISHMENT LICENSE NUMBER 000962 |
|---|---|---|

**CAUSE OF DEATH**

SEE INSTRUCTIONS ON OTHER SIDE

23. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line.

Approximate Interval Between Onset and Death

IMMEDIATE CAUSE ➔ a. Bronchial asthma
(Final disease or condition resulting in death)

DUE TO (OR AS A CONSEQUENCE OF):

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (disease or injury that initiated events resulting in death) LAST

b. ___ DUE TO (OR AS A CONSEQUENCE OF):

c. ___ DUE TO (OR AS A CONSEQUENCE OF):

d. ___

| PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I. | 24. IF DECEASED WAS FEMALE 10-49, WAS SHE PREGNANT IN THE LAST 90 DAYS? ☐ Yes ☐ No ☐ Unk. | 25a. WAS AN AUTOPSY PERFORMED? ☒ Yes ☐ No | 25b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? ☒ Yes ☐ No |
|---|---|---|---|

| 26. MANNER OF DEATH ☒ Natural ☐ Pending Investigation ☐ Accident ☐ Suicide ☐ Could not be Determined ☐ Homicide | 27a. DATE OF INJURY (Month, Day, Year) | 27b. TIME OF INJURY M | 27c. WAS INJURY ALCOHOL-RELATED? (Not limited to decedent) ☐ Yes ☐ No ☐ Unk. | 27d. INJURY AT WORK? ☐ Yes ☐ No ☐ Unk. | 27e. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|---|---|
| | 27f. PLACE OF INJURY - At home, farm street, factory, office building, etc. (specify) | | | 27g. LOCATION (Street and Number or Rural Route Number, City or Town, State) | |

**CERTIFIER**

| 28a. (Specify) ☐ CERTIFYING PHYSICIAN ☒ MEDICAL EXAMINER/CORONER | 28b. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated. (Signature and Title) ▶ Mary C. Case MD | 28c. DATE SIGNED (Month, Day, Year) June 3, 1998 | 28d. TIME OF DEATH 8:26 A M |
|---|---|---|---|

| 29a. NAME AND ADDRESS OF CERTIFIER (PHYSICIAN, MEDICAL EXAMINER OR CORONER) (Type or Print) Mary E. Case, M.D., Chief Medical Examiner, 6039 Helen Ave., St. Louis, MO 63134 | 29b. MO. LICENSE NUMBER 32097 | 30. WAS CASE REFERRED TO MEDICAL EXAMINER/CORONER? ☒ Yes ☐ No |
|---|---|---|

| 31. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print) | 32. REGISTRAR'S SIGNATURE ▶ | 33. DATE RECEIVED BY LOCAL REGISTRAR (Month, Day, Year) JUN 03 1998 |
|---|---|---|

## ST. LOUIS COUNTY DEPARTMENT OF HEALTH
### 111 SOUTH MERAMEC
### CLAYTON, MISSOURI 63105
*THIS IS A CERTIFIED COPY OF AN ORIGINAL DOCUMENT*
(Do not accept if reproduced, or seal impression cannot be felt)
**THE REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW**
(sec. 193 315.RSMo1986)

STATE OF MISSOURI
                                        SS
COUNTY OF ST. LOUIS          I HEREBY CERTIFY that this is an exact reproduction of the certificate for the person named therein as it now appears in the permanent records of the Bureau of Vital Records of the Missouri Department of Health. Witness my hand as County Registrar of Vital Statistics and the seal of the ST. LOUIS COUNTY DEPARTMENT OF HEALTH this date of

NOV 2 0 1998

Per_____
MO 580-1103(7-89)

Registrar of Vital Statistics



Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 15

# SUBPOENA DUCES TECUM

**STATE OF MISSOURI,**

**City of St. Louis** } SS.

*Issued 11-30-98*

The State of Missouri, to: _____ Custodian of Records

_____ Vital Statistics

_____ St. Louis County _____ GREETING:

You are hereby Commanded, That, setting aside all manner of excuse and delay, you be and appear before our MISSOURI CIRCUIT COURT, TWENTY-SECOND JUDICIAL CIRCUIT, (ST. LOUIS, CITY) (Court Room No. _____), at the Municipal Courts Building in the City of St. Louis, on the _____ FORTHWITH _____

_____ day of _____, 19, _____ at 10:00 o'clock A.M. then and there to testify, and the truth to speak, in a certain cause pending in our said Court, wherein the State of Missouri is Plaintiff, and _____

_____ Jerry Bostic _____ defendant,

on the part of ___ State of Missouri ___, and you are further commanded to bring with you, and then and there produce in evidence __ true and original Death Certificate for the following person:

_____ Jerry Bostic Jr.

_____ B/M  DOB: 10/25/74

_____ SS# 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

____ died on 5/22/98

__Witness may mail the Subpoenared records to Mr. Tom Bresnan__

_____ Circuit Attorney's Office

_____ 1320 Market  -  Room 330

_____ St. Louis, MO  63103

in lieu of appearing in Grand Jury at this time.

If you have any questions, please call Tom Bresnan at 622-4941.

and this you shall in no wise omit. And the person or officer serving this writ is commanded to have the same at the time and place aforesaid, certifying thereon his return.

(SEAL)

**Witness,** Mavis T. Thompson, Clerk of our said Court, with the seal thereof hereto affixed, at office in the City of St. Louis, this _____ 10th _____

day of ____ November ____ in the year of our Lord,

nineteen hundred and _____ 98 _____

Mavis T. Thompson, Circuirt Clerk

By _____ Deputy

FORM 21-B (ML94)

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 15

Cause No. 971-3631

*Amd #158*

STATE OF MISSOURI

vs.

Jerry Bostic

{

**IN THE**

**MISSOURI CIRCUIT COURT**
**TWENTY-SECOND JUDICIAL CIRCUIT**
(ST. LOUIS CITY)

May 27 ₁₉ 98

Cause continued at the request of the ____ *State* ____

to ____ *6-15-98* ____ for the reason(s) that:

The undersigned is assigned to the Plea division for the week of June 1, 1998

WHEREFORE, the Court finds, for the above stated reason(s), that the ends of justice are served by granting the continuance and outweigh the best interests of the public and the defendant in a speedy trial.

_____
Judge

_____
Defendant

JUN 04 1998

_____
Attorney for Defendant

_____
Assistant Circuit Attorney

18-H

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 15

# MISSOURI CIRCUIT COURT
# TWENTY-SECOND JUDICIAL CIRCUIT

(St. Louis City)

State of Missouri

### VS.
## JERRY BOSTIC

CASE NO.    971-03631    DIVISION    16    May 12,    19    98

### COURT ORDER

Cause having been reassigned to Division 16 from Division 23, is now set for trial June 1, 1998 at 9.30 a.m. in Division 16.



**SO ORDERED:**

Margaret M. Neill
Judge - Division 16

CC:    Circuit Attorney/ACA Jane Geiler/PROMIS
Defense Attorney/APD Katrina Jones
Docket Controller

MC 18-A (Rev 1-90)

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 15

# MISSOURI CIRCUIT COURT
# TWENTY-SECOND JUDICIAL CIRCUIT
### (St. Louis City)

State of Missouri

VS.

Jerry Bostic

CASE NO. 971-3631    DIVISION 23    May May 19 98

**FILED MAY 06 1998**
MAVIS T. THOMPSON
CLERK, CIRCUIT CLERK
BY _____ DEPUTY

### COURT ORDER

Defendant is hereby terminated from the Drug Court Program.

Bond is reset at

Cause is hereby transferred to Division 16 for further proceedings

Social Security Number: 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

Date of Birth: 10-25-75

So Ordered: Joan M Burg

**FILED MAY 06 1998**
MAVIS T. THOMPSON
CLERK, CIRCUIT CLERK
BY _____ DEPUTY

102-305 (Rev 1-90)

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 15



# JAMES W. MURPHY

## SHERIFF

CITY OF ST. LOUIS
CIVIL COURTS BUILDING
10 NORTH TUCKER BOULEVARD
ST. LOUIS, MISSOURI 63101
622-4851

4 May 98

**FILED**
MAY 04 1998
MAVIS T. THOMPSON
CLERK, CIRCUIT COURT
BY _____ DEPUTY

TO: _____✓_____ Assistant Court Administrator
_____ Circuit Clerk Court File

The following individual is now confined in the

_____✓_____ City of St. Louis
_____ Missouri Department of Correction

NAME _Jerry Bostic_        B/M DOB _10-25-75_

_____✓_____ Capias Warrant        Case# _971-3631_

_____ Capias Probation        Charge _1PCS_

_____ Probation Warrant        Judge _Benger_

Division _23_

JAMES W. MURPHY, SHERIFF

by _Barbara Unger_

315-805(ML93)

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 15



22ND JUDICIAL CIRCUIT
STATE OF MISSOURI
-VS-

BOSTIC, JERRY      FED: B/M 10/25/1973 5-08 130   CASE: 971-003631 K
     SSN: 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      DIV: 23
0800 THEODOSIA      DLN:      DCN: 4349
STL MO 63113      VEH:      OCA: 97-125492
     LIC:      WREF: W34096376
     LID: 249238

CHARGES

32490120 - POSSESSION OR CONTROL OF A CONTROLLED SUBSTANCE      C/F

CAPIAS WARRANT ORDERED

THE STATE OF MISSOURI TO ANY PEACE OFFICER IN THE STATE OF MISSOURI.

YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT WHO IS CHARGED WITH THE NAMED OFFENSE(S) ALLEGED TO HAVE BEEN COMMITTED WITHIN THE JURISDICTION OF THIS COURT AND IN VIOLATION OF THE LAWS OF THE STATE OF MISSOURI, AND TO BRING HIM FORTHWITH BEFORE THIS COURT TO BE DEALT WITH IN ACCORDANCE WITH LAW; AND YOU, THE OFFICER SERVING THIS WARRANT, SHALL FORTHWITH MAKE RETURN TO THIS COURT.

THE CONDITION OF RELEASE ARE:

     CASH ONLY BOND IN THE AMOUNT OF      $20,000

     WITNESS THE HONORABLE _____ JOAN M. BURGER _____
JUDGE OF THE SAID COURT AND THE SEAL THEREOF, ISSUED IN THE CITY AND STATE FORESAID ON THIS 21ST DAY OF APRIL, 1998.

                                       MAVIS T. THOMPSON
                                       CLERK OF COURT

                                       DEPUTY CLERK

SEAL OF THE MISSOURI CIRCUIT COURT TWENTY-SECOND JUDICIAL CIRCUIT · ST. LOUIS CITY · SUUM CUIQUE TRIBUERE

Billie Allen v. United States of America
Exhibit 15



COURT OF LOUIS
22ND JUDICIAL CIRCUIT
STATE OF MISSOURI
--VS--

BOSTIC, JERRY

5600 THEODOSIEA
STL MO 63113

PED: B/M 10/25/1975 5-08 130   CASE: 971-0003631 K
SSN: 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                DIV: 23
DLN:                            OCN: 4149
VEH:                            OCA: 97-125492
LIC:                            WREF: W34096376
LID: 249238

CHARGES

32450120 -- POSSESSION OR CONTROL OF A CONTROLLED SUBSTANCE                    C/F

CAPIAS WARRANT ORDERED

THE STATE OF MISSOURI TO ANY PEACE OFFICER IN THE STATE OF MISSOURI.

YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT WHO IS CHARGED WITH THE NAMED OFFENSE(S) ALLEGED TO HAVE BEEN COMMITTED WITHIN THE JURISDICTION OF THIS COURT AND IN VIOLATION OF THE LAWS OF THE STATE OF MISSOURI, AND TO BRING HIM FORTHWITH BEFORE THIS COURT TO BE DEALT WITH IN ACCORDANCE WITH LAW; AND YOU, THE OFFICER SERVING THIS WARRANT, SHALL FORTHWITH MAKE RETURN TO THIS COURT.

THE CONDITION OF RELEASE ARE:

    CASH ONLY BOND IN THE AMOUNT OF    $20,000

    WITNESS THE HONORABLE _____ JOAN M. BURGER _____
JUDGE OF THE SAID COURT AND THE SEAL THEREOF, ISSUED IN THE CITY AND STATE FORESAID ON THIS 21ST DAY OF APRIL, 1998.

                                        MAVIS T. THOMPSON
                                        CLERK OF COURT


                                        DEPUTY CLERK



Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 15

Cause No. 971-3631

STATE OF MISSOURI

vs.

_Jerry Bostic_

**IN THE
MISSOURI CIRCUIT COURT
TWENTY-SECOND
JUDICIAL CIRCUIT**
(ST. LOUIS CITY)

4-17-98 ____ 19 98

Defendant failing to appear on Personal Recognizance Bond.  Defendant
Ordered Arrested.

Capias Warrant ordered to issue.

The conditions of release are:

_____ Written promise to appear

✓ Bond of $20,000 , ____Secure,_____ Property, ✓ Cash

_____ Bond of $ _____ , ____Secure,_____ Property,_____ Cash

SO ORDERED: _Joan M Burger_
Judge

M.C.–26–16b

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 15

# MISSOURI CIRCUIT COURT
# TWENTY-SECOND JUDICIAL CIRCUIT
## (St. Louis City)

FILED
APR 07 1998

STATE OF MISSOURI

VS

Jerry Bostic

MAVIS T. THOMPSON
CLERK, CIRCUIT COURT
BY _____ DEPUTY

CASE NO. 971-3631   DIVISION 23     April 7 1998

### DRUG COURT DEFENDANT WAIVER

STATE APPEARS BY ASSISTANT CIRCUIT ATTORNEY Jane Geiler Bar No. 30871

DEFENDANT APPEARS IN PERSON AND BY ATTORNEY Katrina Jones Bar No. 36337

State files the following:
Indictment_____
Information_____
Discovery Letter_____

Defendant waives the following:
Formal Reading of Charges ✓
Right to Speedy Trial ✓
Right to Preliminary Hearing ✓

Defendant arraigned ✓

_Jerry Bostic_____  Date 4-7-98
Defendant

_Katrina A. Jones_____  Date 4-7-98
Defendant's Attorney

_____  Date 4-7-98
Circuit Attorney

SO ORDERED:

_Joan M Burger_____  Date 4-7-98
Judge

Billie Allen v. United States of America
No. 4.07-CV-27-ERW
Exhibit 15

```
*********************** S T A R T   O F   M E S S A G E  ***********************
   04/06/98 12:29
********************************************************************************
*                      LAW ENFORCEMENT -  WANTED SYSTEM                        *
*  04/06/98 12:29       C O U R T   C A N C E L   E R R O R        B22C84VI   *
********************************************************************************
*                                                                   #22VPAYN  *
*  THE REQUESTED WARRANT COULD NOT BE CANCELLED VIA CMS,SEE THE REASONS        *
*  LISTED BELOW, AND CONTACT THE POLICE AGENCY TO CANCEL THE WARRANT.          *
*                                                                             *
*         CASE NO: 971-0003631 (K)                                            *
*                                                                             *
*      COURT ORI: MO1160025J                                                  *
*                                                                             *
*  REASONS:                                                                   *
*   1) WARRANT IS ALREADY CANCELED                                            *
********************************************************************************
*********************** E N D   O F   M E S S A G E  ***********************
```

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 15

# MISSOURI CIRCUIT COURT
# TWENTY-SECOND JUDICIAL CIRCUIT
(St. Louis City)

State of Missouri

VS.

Jerry Bostic

CASE NO. 971-3636    DIVISION 23    March 31 19 98

3631.    COURT ORDER

The Sheriffs' Department is ordered to release the above named defendant so he/she may resolve holds in St. Louis City/County

So Ordered,
Joan M Berry

FILED
MAR 31 1998
CLERK, CIRCUIT
BY ___ DEPUTY

102-305 (Rev 1-90)

IN THE CIRCUIT COURT OF ST. LOUIS CITY
STATE OF MISSOURI

STATE OF MISSOURI,  )
      Plaintiff,  )      Cause No. 971-3636
                      )
      v.  )      Division No. 23
                      )
Jerry Bostic,  )
      Defendant,  )

## COURT ORDER

Defendant is ordered reinstated on his personal recognizance bond.

Capias warrant ordered quashed,

So Ordered:

_____
Judge

MAR 31 1998

MAVIS T. THOMPSON
CLERK, CIRCUIT CLERK
BY _____ DEPUTY

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 15



# JAMES W. MURPHY

### SHERIFF
CITY OF ST. LOUIS
CIVIL COURTS BUILDING
10 NORTH TUCKER BOULEVARD
ST. LOUIS, MISSOURI 63101
622-4851

_3·24·98·_

TO: _____ Assistant Court Administrator

_____ Circuit Clerk Court File


The following individual is now confined in the

_____ City of St. Louis

_____ Missouri Department of Correction


NAME _Jerry Bostic_    B/M DOB _10·25·75_


___ Capias Warrant       Case# _971.3631_

___ Capias Probation     Charge _IPCS_

___ Probation Warrant    Judge _Burger_

                         Division _23_


JAMES W. MURPHY, SHERIFF

by _____

315-805(ML93)

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 15

COURT OF ST. LOUIS CITY MISSOURI
22ND JUDICIAL CIRCUIT
STATE OF MISSOURI
-VS-

BOSTIC, JERRY

5600 THEODOSIEA
STL MO 63115

PED: B/M 10/25/1975 5-08 130    CASE: 971-0003631 K
SSN: 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                DIV: 23
OLN:                            OCN: 4149
VEH:                           OCA: 97-125492
LIC:                           WREF: W33164556
LID: 249238

CHARGES

32450120 - POSSESSION OR CONTROL OF A CONTROLLED SUBSTANCE                    C/F

CAPIAS WARRANT ORDERED

THE STATE OF MISSOURI TO ANY PEACE OFFICER IN THE STATE OF MISSOURI.

YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT WHO IS CHARGED WITH THE NAMED OFFENSE(S) ALLEGED TO HAVE BEEN COMMITTED WITHIN THE JURISDICTION OF THIS COURT AND IN VIOLATION OF THE LAWS OF THE STATE OF MISSOURI, AND TO BRING HIM FORTHWITH BEFORE THIS COURT TO BE DEALT WITH IN ACCORDANCE WITH LAW; AND YOU, THE OFFICER SERVING THIS WARRANT, SHALL FORTHWITH MAKE RETURN TO THIS COURT.

THE CONDITION OF RELEASE ARE:

   CASH ONLY BOND IN THE AMOUNT OF      $20,000

   WITNESS THE HONORABLE _____ JOAN M. BURGER
JUDGE OF THE SAID COURT AND THE SEAL THEREOF, ISSUED IN THE CITY AND STATE FORESAID ON THIS 9TH DAY OF JANUARY, 1998.

                                    MAVIS I. THOMPSON
                                    CLERK OF COURT


                                    DEPUTY CLERK



Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 15



CIRCUIT COURT OF ST. LOUIS CITY MISSOURI
22ND JUDICIAL CIRCUIT
STATE OF MISSOURI
-vs-

BOSTIC, JERRY                     PED: B/M 10/25/1975 5-08 130   CASE: 971-0003631 K
                                  SSN: 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                DIV: 23
5600 THEODOSIA                    OLN:                            OCN: 4149
STL MO 63113                      VEH:                            OCA: 97-125492
                                  LIC:                            WREF: W33164956
                                  LID: 249238

---

CHARGES

32450120 - POSSESSION OR CONTROL OF A CONTROLLED SUBSTANCE                    C/F

CAPIAS WARRANT ORDERED

---

THE STATE OF MISSOURI TO ANY PEACE OFFICER IN THE STATE OF MISSOURI.

YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT WHO IS CHARGED WITH THE
NAMED OFFENSE(S) ALLEGED TO HAVE BEEN COMMITTED WITHIN THE JURISDICTION OF THIS
COURT AND IN VIOLATION OF THE LAWS OF THE STATE OF MISSOURI, AND TO BRING
HIM FORTHWITH BEFORE THIS COURT TO BE DEALT WITH IN ACCORDANCE WITH LAW; AND
YOU, THE OFFICER SERVING THIS WARRANT, SHALL FORTHWITH MAKE RETURN TO THIS
COURT.

THE CONDITION OF RELEASE ARE:

    CASH ONLY BOND IN THE AMOUNT OF     $20,000

    WITNESS THE HONORABLE _____ JOAN M. BURGER ____
JUDGE OF THE SAID COURT AND THE SEAL THEREOF, ISSUED IN THE CITY AND STATE
FORESAID ON THIS  9TH DAY OF JANUARY, 1998.

                                        MAVIS T. THOMPSON
                                        CLERK OF COURT

                                        DEPUTY CLERK



Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 15

**FILED**

JAN 8 1998

MAVIS T. ____
CITY CIRCUIT CLERK
BY ____ DEPUTY

Cause No. 971-3631

**STATE OF MISSOURI**

*vs.*

Bostic, Jerry

**IN THE MISSOURI CIRCUIT COURT TWENTY-SECOND JUDICIAL CIRCUIT**
(ST. LOUIS CITY)

_____ 1-8 _____ 19 98

Defendant failing to appear on Personal Recognizance Bond. Defendant Ordered Arrested.

Capias Warrant ordered to issue.

The conditions of release are:

_____Written promise to appear

\_\_\_\_\_Bond of $20,000 , \_\_\_Secure,_____ Property,_____Cash

_____Bond of $\_\_\_\_\_ , \_\_\_Secure,_____ Property,_____Cash

SO ORDERED: _____
Judge

M.C.—26—16b

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 15

Cause No. ....*971-3631*..

STATE OF MISSOURI

vs.

*Bostic, Jerry*
AKA *Jerry Times*
*Poss of heroin*

22ND JUDICIAL

{ **CIRCUIT**

City of St. Louis,

.......... *12-11* ..19*97* ....

**ORDER**

Upon a review of the record now before the Court at this time, including information furnished the Court by the Pre-Trial Commissioner's Office, the Court now sets bond in this cause at: ............................................
.......................................... Written promise to appear.
................................ Bond of $................................

.................... Secured (Bail Bondsman)

.................... Property

.................... Cash

.................... 10% in Cash Pursuant to Mo. Sup. Ct. Rule 33.17

.................... Sponsor-Judgment

.................... Sponsor-Recog.

SO ORDERED: *Joan ...... Burger* ......................
                              JUDGE                *Dep't Pretrial Commissioner*

cc:  PreTrial Release Commissioner

NEXT COURT DATE: .......... *12-17-97  11am  Div #23*

25-bs  (Rev 7/96)                                                    FORM MC 104

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
BOARD OF PROBATION AND PAROLE
## ORDER OF PRE-TRIAL RELEASE

9-3345

ST. LOUIS CITY CIRCUIT DIVISION NUMBER

23

| DEFENDANT | OFFENSE |
|---|---|
| Bostic, Jerry AKA Jerry Times | Poss C/S Heron |
| STREET/PHONE NUMBER | CITY |
| 5200 Theodore    533-7354 | St. Louis , MISSOURI |

In accordance with the authority vested to this Court by the laws of the State of Missouri, you are hereby released under the conditions listed below until such time that you are discharged by this Court or any Court of competent jurisdiction. This Court or any Court of competent jurisdiction may at any time revoke or modify any conditions of your release. Your failure to meet any Court appearance may result in a fine of not more than Five Thousand Dollars ($5,000.00) or imprisonment for not more than five (5) years for a felony charge or a fine of not more than One Thousand Dollars ($1,000.00) or confinement for not more than one (1) year for a misdemeanor charge, or punishment by the Court for contempt.

It is the further order of the Court that supervision of your case be assigned to the State Board of Probation and Parole.

## CONDITIONS OF RELEASE

1. You shall appear in any Court of competent jurisdiction as directed by the Court or the Board of Probation and Parole. YOUR FIRST COURT DATE IS _____ December 17, 1997 Div 23 9:00 AM.

2. You shall have **no contact** with any complaining witness or victim.

3. You shall remain in the County or such other area as may be designated by the Court or representative of the Board of Probation and Parole.

4. You shall follow the directives of the representative of the Board of Probation and Parole and report any change in residency or employment immediately. Telephone: 340-6999

5. Other Conditions:

   You shall report to the Pre-Trial Release Office, Room 25-27, 1320 Market St., Municipal Courts Bldg., St. Louis, MO 63103 on _____ December 17, 1997 _____ at 9:00 a.m.

   Personal Recognizance                                     10:30 am

I have read or have had read to me the Order of Pre-Trial Release set out herein. I agree to comply with such conditions of release.

DEFENDANT SIGNATURE

X Jerry Bostic                                              12/9/8

By signing this Order as a sponsor of the Defendant I hereby agree to (a) supervise the defendant in accordance with the above conditions; (b) use every effort to assure the defendant's appearance in Court; and (c) notify the Pre-Trial Release Office of any violation of any condition of release.

| SPONSOR SIGNATURE | ADDRESS/PHONE NUMBER |
|---|---|

| WITNESSED BY | DATE |
|---|---|
| | 07 DEC 11 030 46 |

| RELEASED DAY | MONTH | YEAR |
|---|---|---|
| 11 | December | 1997 |

JUDGE/COMMISSIONER SO ORDERED

Catherine Brown                                            971-3631-K

MO 931-3140 (12/92)     DISTRIBUTION: **WHITE**-COURT   **CANARY**-COMMISSIONER   **PINK**-DEFENDANT   **GOLDENROD**-PTR FILE

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 15

```
********************* S T A R T   O F   M E S S A G E  *************************
   12/12/97 09:16
*******************************************************************************
*                     LAW ENFORCEMENT -   WANTED SYSTEM                       *
* 12/12/97 09:16      C O U R T   C A N C E L   E R R O R         B22C34VI    *
*******************************************************************************
*                                                                   #22CTUR   *
* THE REQUESTED WARRANT COULD NOT BE CANCELLED VIA CMS,SEE THE REASONS        *
* LISTED BELOW, AND CONTACT THE POLICE AGENCY TO CANCEL THE WARRANT.          *
*                                                                             *
*       CASE NO: 971-0003631 (K)                                              *
*                                                                             *
*     COURT ORI: MO116025J                                                    *
*                                                                             *
* REASONS:                                                                    *
*   1) WARRANT IS ALREADY CANCELED                                            *
*******************************************************************************
************************* E N D   O F   M E S S A G E  *************************
```

Billie Allen v. United States of America
Exhibit 15

MISSOURI CIRCUIT COURT - TWENTY-SECOND JUDICIAL CIRCUIT
(ST. LOUIS CITY)

73022
10-21-97

STATE OF MISSOURI
VS
BOSTIC, JERRY

W32698506

| DIV #: 25 | CA#: FS 2294 | CAUSE#: |
| DESTINATION: GRJURY | (SUPPRESSED) | 971003631-K |

### D E F E N D A N T   I N F O R M A T I O N

ADDRESS:   5600 THEODOSIA
ST LOUIS, MO  63112

| PEDIGREE: RACE: B | DOB: 10/25/1975 | HGT: 503 |
| SEX: M | AGE:  21 | WGT: 130 |

| ID #S:   COMPLAINT#: 97-125492 | LID: |
| ARREST#: 97/003262  Dist: 7 | OCN: |

ALIASES:

SSNS:  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

CHARGES(S):
01. CNT: 01      POSSESSION C/S HEROIN(Class C Felony)

STATE OF MISSOURI )
CITY OF ST. LOUIS ) SS      WARRANT ON INDICTMENT
THE STATE OF MISSOURI TO ANY PEACE OFFICER IN THE STATE OF MISSOURI:  You are hereby commanded to arrest the above named defendant who is charged by in-dictment with the above crimes alleged to have been committed within the jurisdiction of this Court and in violation of the laws of the State of Missouri, and to bring him forthwith before this court to be here dealt with in accordance with the law;  and you, the officer serving this warrant, shall forthwith make return hereof to this Court.
$ 2,500.-_____ :  Total Amount of Bond For All Charges.
____  The Conditions of Release are:
____  Written Promise to appear.
____  Sponsored Recognizance.
____  Sponsored Judgment.
____  Bond With _____ % in cash, pursuant to Rule 33.17.
__✓_ Bond ✓ Secured ✓ Property ✓ Cash, pursuant to Rule 33.17
WITNESS THE HONORABLE Joan M. Burger
Judge of the said Court and the seal thereof, issued in the city and state aforesaid on this 16 day of October, 19 97.

Joan M. Burger
Judge/Clerk of said Court

RETURN
Served the within warrant in my County of _____ and in the State of Missouri on this _____ day of _____, 19 ____, by confining the within named _____ and producing him before the said Court on the _____ day of _____, 19 ____.

FS2294
L:OL

MISSOURI CIRCUIT COURT - TWENTY-SECOND JUDICIAL CIRCUIT
(ST. LOUIS CITY)

STATE OF MISSOURI
VS
BOSTIC, JERRY

DIV #: 25         CA#: FS 2294         CAUSE#:
DESTINATION: GRJURY     (SUPPRESSED)         97/003631

### D E F E N D A N T   I N F O R M A T I O N

ADDRESS:   5600 THEODOSIA
           ST LOUIS, MO   63112

PEDIGREE:  RACE: B              DOB: 10/25/1975        HGT: 503
           SEX: M               AGE:  21               WGT: 130

ID #S:   COMPLAINT#: 97-125492                LID:
         ARREST#: 97/003262 Dist: 7          OCN:

ALIASES:

   SSNS:   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

CHARGES(S):
01. CNT: 01        POSSESSION C/S HEROIN(Class C Felony)

STATE OF MISSOURI  )ss          WARRANT ON INDICTMENT
CITY OF ST. LOUIS  )ss
THE STATE OF MISSOURI TO ANY PEACE OFFICER IN THE STATE OF MISSOURI:  You are
hereby commanded to arrest the above named defendant who is charged by in-
dictment with the above crimes alleged to have been committed within the
jurisdiction of this Court and in violation of the laws of the State of
Missouri, and to bring him forthwith before this court to be here dealt with
in accordance with the law;  and you, the officer serving this warrant, shall
forthwith make return hereof to this Court.
$                  : Total Amount of Bond For All Charges.
The Conditions of Release are:
   Written Promise to appear.
   Sponsored Recognizance.
   Sponsored Judgment.
   Bond With _____ % in cash, pursuant to Rule 33.17.
   Bond ___ Secured ___ Property ___ Cash, pursuant to Rule 33.17
WITNESS THE HONORABLE
Judge of the said Court and the seal thereof, issued in the city and state
aforesaid on this ___ day of _____, 19__

                                          Judge/Clerk of said Court

                              RETURN
Served the within warrant in my County of _____ and in the State of
Missouri on this ___ day of _____, 19___, by confining the within
named _____ and producing him before the said Court on the
___ day of _____, 19__.

FS2294
L:OL

Billie Allen v. United States of America
No. 1:07-CV-27-ERW
Exhibit 15

MISSOURI CIRCUIT COURT - TWENTY-SECOND JUDICIAL CIRCUIT
(ST. LOUIS CITY)

STATE OF MISSOURI
VS
BOSTIC, JERRY

DIV #: 25          CA#: FS 2294          CAUSE#:
DESTINATION: GRJURY      (SUPPRESSED)          971-003631

## D E F E N D A N T   I N F O R M A T I O N

ADDRESS:   5600 THEODOSIA
           ST LOUIS, MO  63112

PEDIGREE: RACE: B           DOB: 10/25/1975        HGT: 503
          SEX: M            AGE:  21                WGT: 130

ID #S:   COMPLAINT#: 97-125492          LID:
         ARREST#: 97/003262  Dist: 7    OCN:

ALIASES:

SSNS:   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

CHARGES(S):
01. CNT: 01      POSSESSION C/S HEROIN(Class C Felony)

WITNESSES:
CROW, JOSEPH                               0620
STANZE, ROBERT                            4240
GRANICH, JEFFREY                          4785

STATE OF MISSOURI   ) SS          INDICTMENT
CITY OF ST. LOUIS   )

The Grand Jurors of the City of St. Louis, State of Missouri, charge that the
defendant, in violation of Section 195.202, RSMo, committed the class C
felony of possession of a controlled substance, punishable upon conviction
under Sections 558.011.1(3) and 560.011, RSMo, in that on the 13th day of
September, 1997 in the City of St. Louis, State of Missouri, the defendant
possessed Heroin, a controlled substance, knowing of its presence and illegal
nature.

A true bill

Foreman

DEE JOYCE HAYES
Circuit Attorney
of the City of St. Louis,
State of Missouri, by

Assistant Circuit Attorney

Received and filed October 16, 1997    and bail set at $ 2,500. Recine

Circuit Judge

FS2294
L:OL

STATE OF MISSOURI            )
                             )ss
CITY OF ST. LOUIS            )


     I, MARIANO V. FAVAZZA, Clerk of the Circuit Court within and for the City of St. Louis, State of Missouri, do hereby certify that the foregoing are true copies of original documents on files and recorded in my office for the following case
**Complete File and Docket Sheets**

St. Louis City case number 22971-03631

     WITNESS my hand and SEAL of said Court this 20th day of October, 2008.

                                      Mariano V. Favazza
                                      Circuit Clerk

                                      By:
                                      Deputy Clerk



SEAL of the CIRCUIT COURT