St. Louis County Medical Examiner

BOSTIC, JERRY J.                                        Case Type: Exam

Day: Friday          Date: 05/22/98        Time: 09:20 AM     Case No.: 98-1843

Received From: Carl Gilmore, Deputy Superintendent   Phone No.: 381-1872
    Notifying Agency/Institution: City of St. Louis Adult Correctional Facility (
Workhouse)

DECEASED: BOSTIC, JERRY J.                      Phone No.: 389-5120
    Race: Black          Sex: Male      Age: 22 years      DOB: 10/25/75
    Marital Status: Never Married                          SSN: 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
    Address: 5600 Theodosia              City: St. Louis    State:  MO
    Occupation: Unknown                                    Zip: 63112
Next of Kin: Bostic, Cecelia                    Phone No.: 389-5120
    Address: 5600 Theodosia              City: St. Louis    State:  MO
    Relationship: Mother                                   Zip: 63112
    Notified: 05/22/98//08:26 AM        By: Dr. John Oldham
Police Agency: City of St. Louis Corrections            During App/Cust? Y
    Notified: 05/22/98//07:40 AM                Complaint No.: N/A

|          | Date     | Time     | Location                                        | By                          |
|----------|----------|----------|-------------------------------------------------|-----------------------------|
| Illness  | 05/22/98 | 07:00 AM | 7600 N. Hall Street (City of St. Louis Correctional Facility) |                             |
| Pronounced | 05/22/98 | 08:26 AM | Christian Northeast Hospital (ER) | Physician: Dr. John Oldham |

Manner of Death: Natural
    Illness at Work: No
Depth of Investigation (Investigator): Telephone
Pathologist: Graham, Michael A
    Date and Time of Pathologist's Examination:        05/22/98//12:30 PM
    Depth of Investigation (Pathologist): Complete Autopsy
Death Certificate Signed By: St. Louis County Medical Examiner    Date:
Records Being Sent From: CHNE (Received on: 05/22/98)

Notes: _____

_____

_____

_____

_____

Investigator: (Ledbetter, Terrance L)  _L. Ledbetter_____
Pathologist: (Graham, Michael A)  _____

Printed: 06/10/98 at 11:20 AM

NOT FOR SECONDARY RELEASE

Billie Allen v. United States of America
No. 4:07 CV 27 ERW
Exhibit 16

## St. Louis County Medical Examiner

BOSTIC, JERRY J.                                    Case Type: Exam
                                                   Case No.: 98-1843

Toxicology Requested? Yes                          Tox Lab #: 98-1025

X-Rays Requested: None

Was Body Exhumed? No

Case Disposition: Death at hospital resulting from apparent natural causes,
    remains brought in for pathologist review.

Livery Service: M.E.T.S Transport Service          Charge: _____
    Conveyed to: St. Louis County MEO
Disposition of Remains: Unknown
Date Body Released: Body not yet Released
Funeral Home: Undecided
    Arrangements Made? No
    Will NOK make Arrangements at a Later Date? Yes
Remains Identified By: Visual Identification at the Hospital
    Who Made the Identification: Bostic, Cecelia      H Phone: 389-5120
    Address: 5600 Theodosia St. Louis, MO 63112       B Phone: (___)____-____
    Relationship: Mother                        Date/Time: 05/22/98
ICD Code: () _____
Cause of Death Hierarchy:
    Immediate Cause: Bronchial Asthma
        Due to or as a consequence of (b): _____
        Due to or as a consequence of (c): _____
        Due to or as a consequence of (d): _____
    Other Significant Conditions: _____

Notification: MATA Not Notified: Hospital Case
        Date/Time Checked: 05/22/98//10:37 AM


Notes: _____

_____

_____

_____

_____

Long-Distance Telephone Calls Log:
    Date         Caller    Name Called              City Called
                 Phone #              Notes
__/__/__                                          _____
             (___)____-____      _____ _____
__/__/__                                          _____
             (___)____-____      _____ _____


Printed: 06/10/98 at 11:20 AM
NOT FOR SECONDARY RELEASE

BOSTIC, JERRY J.                                    Case No.: 98-1843
                    St. Louis County Medical Examiner

Main Narrative Report:


On Friday, May 22, 1998 at 9:20 AM Carl Gilmore, Deputy
Superintendent of the City of St. Louis Medium Security Adult
Correctional Facility (Workhouse) located at 7600 N. Hall Street
called this office.

Mr. Gilmore was calling the medical examiner's office regarding the
impending death of Jerry Bostic black male age 23, who had been
incarcerated at the Hall Street correctional facility.

Mr. Gilmore said that Jerry Bostic has found unresponsive in his cell
area this morning by correctional personnel (name not provided).
Mr. Gilmore said that Jerry Bostic had a known medical history of
asthma for which he used an unknown type inhaler as needed.

Mr. Gilmore said that Jerry Bostic allegedly had made complaints about
shortness of breath.  Jerry Bostic was found down in his cell.
Resuscitative efforts had been started at the jail.  A City EMS Unit
responded to the scene, continued the resuscitative efforts, and
conveyed Jerry Bostic to Christian Hospital Northeast (CHNE).
Mr. Gilmore said he was notified that Jerry Bostic expired in the
emergency department at CHNE.

Mr. Gilmore said that he did not have any additional information
available about the circumstances of the event at the correctional
facility at this time. This was due to the fact their internal
investigation had just started.

Mr. Gilmore told me that Jerry Bostic had been incarcerated at
the Hall Street correctional facility since March 24, 1998.
Mr. Gilmore did not provide me with any further information at
this time.

At 9:55 AM Stephanie Battelle, R.N. who is on staff in the
emergency department at CHNE called this office reporting the death
of Jerry Bostic.

Nurse Battelle said the patient was conveyed to CHNE via a City FD
EMS Unit from the City of St. Louis Adult Correctional Facility located
at 7600 N. Hall Street.

Nurse Battelle said the patient arrived at the emergency department
at 8:20 AM.  The patient's admitting diagnosis was full arrest.  Upon
admission to the emergency department the patient's rectal temperature
measured 96.9 degrees F.  He did not exhibit any outward signs of
violence or trauma.

Nurse Battelle said the EMS report indicates that Medic 8 arrived
on the scene at 7:44 AM.  When the paramedics arrived at the
cell Jerry Bostic was down on the floor.  Corrections personnel were

- 1 -

NOT FOR SECONDARY RELEASE

BOSTIC, JERRY J.                                                    Case No.: 98-1843
                    St. Louis County Medical Examiner

Main Narrative Report:


performing CPR.  The patient was apneic, and asystolic.  The paramedic took over the resuscitative efforts and initiated ACLS protocol in the field.

The paramedics report mentioned that Jerry Bostic had been having respiratory problems. Unidentified inmates told the paramedics that Jerry Bostic's respiratory difficulty worsened this morning at approximately 7:00 AM.  He allegedly began shaking the cell block bars to gain attention.  Allegedly he was found down at approximately 7:40 AM by corrections personnel, and Jerry Bostic was unresponsive. The EMS Unit departed the jail at 8:01 AM.

As mentioned the EMS Unit arrived at CHNE at 8:20 AM.  When Jerry Bostic arrived at the emergency department his condition remained unchanged.  He was examined by Dr. John Oldham, at which time Jerry Bostic was pronounced dead at 8:26 AM.  Nurse Battelle said that no admitting blood specimens were obtained for laboratory analysis, and no diagnostic imaging was performed.

Nurse Battelle said that Cecelia Bostic who is the mother of the decedent was notified and did respond to the emergency department. Cecelia Bostic viewed the decedent, and did verify his identity as being her son, Jerry Bostic.

Cecelia Bostic told the CHNE emergency department staff that her son Jerry did have a preexisting medical history of astham.  She said her son had been hospitalized approximately three months ago due to his asthma.  The name of the hospital was not obtained by the emergency department staff.  Nurse Battelle did not provide me with anything further.

I told Nurse Battelle that the deceased would have to be brought into the medical examiner's office for further examination.  I requested that a copy of the decedent's medical record be copied and sent too. M.E.T.S. Transport Service will be sent to convey the deceased to the medical examiner's office.

Any further information relative to this investigation will follow in the usual supplementary manner.


Terrance L Ledbetter
Chief Investigator

NOT FOR SECONDARY RELEASE

BOSTIC, JERRY J.                                    Case No.: 98-1843

## St. Louis County Medical Examiner

Pathologist: Michael A Graham, M.D.

Name of Deceased: BOSTIC, JERRY J.
Address: 5600 Theodosia, St. Louis, MO, 63112
Date and Time of Medical Examiner Notification: 05/22/98//09:20 AM
Date and Time of Pathologist's Examination: 05/22/98//12:30 PM
Date and Time Death Pronounced: 05/22/98//08:26 AM
Race: Black
Sex: Male
Age: 22 years
Date of Birth: 10/25/75
Manner of Death: Natural
Death Certificate Signed by: St. Louis Co Medical Examiner
Investigator: Ledbetter, Terrance L
Depth of Investigation (Investigator): Telephone
Depth of Investigation (Pathologist): Complete Autopsy
Police Agency: City of St. Louis Corrections (No.: N/A)

External Examination: The body is clothed in blue pants, boxer shorts, blue footies and a hospital gown. A left tennis shoe accompanies the body. The appearance of age is approximately as stated. The body weight is measured at 135 lbs (60.75 kgms.). The body length is 65 in (165.10 cm.). The state of preservation is good in this unembalmed body. Rigor mortis is moderately advanced. The body is slender. The abdomen is flat. The chest and back are symmetrical with normal conformation. The neck is symmetrical and without masses or unusual mobility. Both upper and lower extremities are symmetrical throughout and unremarkable. Lividity is unfixed and is primarily found on the posterior body surfaces. There is no peripheral edema present. Personal hygiene is good. No unusual odor is detected as the body is examined. The hair is black. This represents the apparent natural color. The hair is worn medium length. A mustache and beard are present. The body hair is of normal male distribution. The pupils are round, regular, equal and somewhat dilated. The eyelids, sclerae and conjunctivae are normal. The irides are brown. The teeth and gums are in good repair. The left upper central incisor is gold capped. The oral cavity is normal. There are no injuries to the lip or tongue. The nose is symmetrical and the air passages are open. The earlobes are pierced for earrings, but are otherwise not remarkable. The male breasts are normal. No abnormal skin pigmentation is present. Examination shows no significant external lymphadenopathy. There are tattoos on the right arm (JB LOC) and dorsum of the right forearm (indecipherable lettering). There are scars on the lateral right chest (80 mm), lateral left chest (15 mm, 8 mm), ventral left forearm (40 x 25 mm), dorsum of the left hand (40 mm, multiple punctate), dorsum of right hand (multiple punctate), ventral right forearm (5 mm, round), inferomedial right knee (40 mm), distal anteromedial left thigh (50 mm),

- 1 -

NOT FOR SECONDARY RELEASE

Billie Allen v. United States of America
No. 4:07 CV-27 ERW
Exhibit 16

BOSTIC, JERRY J.                                    Case No.: 98-1843

## St. Louis County Medical Examiner

shins, knees, lower left back (40 mm), upper right back (25 mm, 10 mm) and proximal posteromedial left leg (20 mm). There is a suggestion of a 50 mm right lateral abdominal scar. There are vertical linear marks on the proximal ventral left forearm which may be healed scratches or cuts. A patent orotracheal airway is in place. Monitor lead connectors are in place. A vascular catheter is present in the right forearm. A needle puncture is present in the left antecubital fossa area.

Injuries: There is a 10 mm cut on the dorsum of the left middle finger. The cut is covered by a bandaid.

Fractures : There are no fractures present.

Body Cavities: The body is opened with the usual Y-shaped thoracoabdominal and bitemporal scalp incisions. The anterior thoracic musculature and subcutaneous region are not remarkable. The peritoneal and pleural cavities show no abnormalities. The pericardial cavity shows only the usual, normal amount of serous fluid. The diaphragm is not remarkable. The retroperitoneum is unremarkable.

Neck Organs: The soft tissue of the neck is free of hemorrhage. The hyoid bone is intact. The hyoid bone is well ossified. The glottis, laryngeal and tracheal airways are widely patent. The larynx is normal. The larynx is partially ossified but remains somewhat pliable. The thyroid gland is normal. The parathyroids are not identified.

Mediastinum: The thymus gland is not identified. The mediastinum is normal.

Heart: The heart weighs 260 gms (9.10 oz.) The left ventricle measures 17 mm (0.68 in.) and the right ventricle measures 3 mm (0.12 in.). The surface of the heart is smooth, glistening and transparent. The wall is of normal consistency. There is a normal amount of subepicardial fat tissue present. The size and contours of the heart are normal. The endocardium, cardiac valves and chambers are not remarkable. The coronary arteries are thin-walled and of normal diameter throughout. The cut surface of the myocardium is the normal reddish brown color.

Vascular System: The aorta and arterial system are not remarkable. The systemic veins are normal.

Lungs: The lungs together weigh 430 gms (15.05 oz.). The lungs are free of any injuries. The color of the lung surface is pink. The lung tissue throughout feels soft and crepitant. The lungs appear somewhat hyperinflated. There are numerous tiny apparent air bubbles beneath the pleural surface.

- 2 -

NOT FOR SECONDARY RELEASE

BOSTIC, JERRY J.                                    Case No.: 98-1843

### St. Louis County Medical Examiner

There are a couple of small areas of subpleural atelectasis on the lower lobes. Both lungs show a normal cut surface. The air passages contain gray-brown mucus in some areas. The pulmonary arteries and veins are opened insitu and are found to be free of emboli, thrombi, and other gross abnormalities.

Liver: The liver weighs 1580 gms (55.30 oz.). The liver is reddish brown in color and of normal consistency. The surface and cut section are unremarkable.

Biliary Tract: The gallbladder and biliary tract are normal and free of stones.

Pancreas: The pancreas is normal in consistency and in appearance.

Gastrointestinal Tract: The entire gastrointestinal tract is examined and found normal. The stomach contains approximately 50 ml watery dark green liquid.

Spleen: The spleen weighs 300 gms (10.50 oz.). It shows moderate congestion but is otherwise normal.

Lymphatic System: The lymph nodes are normal in size and appearance.

Bone Marrow: The bone marrow is normal.

Adrenals: The adrenals are well supplied with lipoid material and are free of hemorrhage, inflammation, and primary and secondary neoplasms. The medullary portions are not remarkable.

Kidneys: The kidneys appear grossly of normal configuration and together weigh 320 gms (11.20 oz.). The cortex measures 8 mm (0.32 in.) in thickness. The renal capsules strip with ease to reveal a normally smooth surface. The surface is the usual reddish brown color. There are no abnormalities of the cut surface of the kidney. The papillae are not remarkable. The renal pelves and ureters are not remarkable.

Urinary Bladder: The bladder contains an estimated 50 ml (1.50 fl. oz.) of clear yellow urine. The wall is entirely normal.

Male Genital System: The prostate gland and external genitals are normal.

Cranial Cavity: The reflected scalp shows no evidence of contusion, hematoma, or other lesion. The calvarium and bones at

- 3 -

NOT FOR SECONDARY RELEASE

BOSTIC, JERRY J.                                    Case No.: 98-1843

### St. Louis County Medical Examiner

the base of the skull are not remarkable. No fractures or other injuries are present. The dura mater and pia arachnoid and associated spaces are normal in appearance. They are without hemorrhage or evidence of inflammation. The weight of the unfixed brain is 1320 gms (46.20 oz.). The cerebral hemispheres are symmetrical. The gyri are of normal distribution and development. There is mild brain swelling. No evidence of herniation is seen. No brain injury is detected on careful search. Cut sections of brain substance show symmetry and essentially normal structures throughout. The Circle of Willis and other intracranial vessels are normal. The ventricular system is normal. The cerebrospinal fluid is grossly normal. The pituitary gland is grossly normal. The pineal gland is not identified.

Spinal Cord: The cervical spine is stable to manipulation. The cervical spinal cord as viewed from the cranial cavity is unremarkable.

- 4 -

NOT FOR SECONDARY RELEASE

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 16

BOSTIC, JERRY J.                                    Case No.: 98-1843

## St. Louis County Medical Examiner

## Microscopic Slide Examination Report

Heart:   Scattered hypertrophic fibers are present.

Lung:  The   bronchi  demonstrate  extensive  asthmatic   changes. The  mucosa  and  submucosa  form  folds.  There is hypertrophy and hyperplasia   of   goblet   cells. Basement  membrane   hyaline thickening  is  present.  There is smooth muscle hypertrophy.  The bronchial  walls  are infiltrated by lymphocytes, plasma cells and eosinophils.  The  inflammatory  infiltrate  is  extensive in some areas.  Some  of  the  bronchial  lumens  contain large amounts of mucus  in  which numerous eosinophils are present.  The lungs also demonstrate patchy  atelectasis and hyperexpansion.

Liver:  No significant diagnostic alteration is present.

Pancreas:  No significant pathologic alterations are noted.

Spleen:  The spleen is acutely congested.

Kidneys:  No   significant   pathologic   alterations   are identified.

Brain:  No diagnostic alteration is identified.

- 5 -

NOT FOR SECONDARY RELEASE

BOSTIC, JERRY J.                                    Case No.: 98-1843

St. Louis County Medical Examiner

Ancillary Studies:

Blood:
    Ethanol: _____Negative
    Acetone: _____Negative
    ACETAMINOPHEN: _____Negative
Urine Drug Screen:
    ACETAMINOPH_____74 mcg/ml
    Amphetamines: _____Negative
    Barbiturates: _____Negative
    Benzodiazepines: _____Negative
    Cocaine: _____Negative
    Codeine: _____Negative
    Ethchlorvynol: _____Negative
    Methadone: _____Negative
    Methamphetamine: _____Negative
    Morphine: _____Negative
    Phencyclidine: _____Negative
    Phenothiazines: _____Negative
    Propoxyphene: _____Negative
    Quinine: _____Negative
    Salicylates: _____Negative
    Tricyclics: _____Negative
    Cannabinoids (THC): _____Negative

    VITREOUS:
    GLUCOSE              32    MG/DL
    UREA NITROGEN         9    MG/DL
    CREATINE            0.3    MG/DL
    SODIUM              140    MEQ/L
    POTASSIUM          6.3    MEQ/L
    CHLORIDE            123    meq/L

- 6 -

NOT FOR SECONDARY RELEASE

BOSTIC, JERRY J.                                    Case No.: 98-1843

St. Louis County Medical Examiner

Findings:

I.    Respiratory System

    A.    Lungs, bronchial asthma
        1.    Lungs, patchy atelectasis and hyperexpansion

Michael A Graham, M.D.
Deputy Medical Examiner

- 7 -

NOT FOR SECONDARY RELEASE

BOSTIC, JERRY J.                                    Case No.: 98-1843

## St. Louis County Medical Examiner

Cause of Death:

      Immediate Cause: Bronchial Asthma


Manner of Death: Natural


_(signature)_
Michael A Graham, M.D.
Deputy Medical Examiner


- 8 -


NOT FOR SECONDARY RELEASE

St. Louis University Toxicology Laboratory Report

Name: BOSTIC,JERRY                                    Tox # 98-1025
 Age: 22 years                   Race: Black          Sex: Male

 Requesting Agency: ST. LOUIS COUNTY MEDICAL EXAMINER
     (Agency's Case No.: 98-1843)

Summary of Case: ASTHMA

========================================================================

 Blood:

    Alcohol:
      Ethanol: _____ Negative
      Acetone: _____ Negative

    Blood Individual Drug Quants:
      ACETAMINOPHEN: _____ Negative


 Urine:

    Drug Screen:
      ACETAMINOPHEN: _____ POSITIVE
      Amphetamines: _____ Negative
      Barbiturates: _____ Negative
      Benzodiazepines: _____ Negative
      Cocaine: _____ Negative
      Codeine: _____ Negative
      Ethchlorvynol: _____ Negative
      Methadone: _____ Negative
      Methamphetamine: _____ Negative
      Morphine: _____ Negative
      Phencyclidine: _____ Negative
      Phenothiazines: _____ Negative
      Propoxyphene: _____ Negative
      Quinine: _____ Negative
      Salicylates: _____ Negative
      Tricyclics: _____ Negative
      Cannabinoids (THC): _____ Negative

    Urine Individual Drug Quants:
      ACETAMINOPHEN: _____ 74 MICROGRAMS/ML


========================================================================

Requested by: Dr. Graham                Date/Time: 05/22/98//12:30 PM

Received in Lab by: Michael Bruder      Date/Time: 05/22/98//03:06 PM

Report by: DR. CHRISTOPHER LONG         Date/Time: 05/28/98//03:32 PM

NOT FOR SECONDARY RELEASE

Billie Allen v. United States of America
No. 4:07-CV-27-ERW       Case 4:07-cv-00027-ERW    Doc. #: 94-23    Filed: 08/14/09    Page: 14 of 14 PageID
Exhibit 16                                                                                        #: 925

7340000   AREA/ROUTE/STOP: 2014000
DOH/TOXICOLOGY-MED EXAM OFFICE
6039 HELEN AVENUE
ST LOUIS, MO  63134


**SmithKline Beecham**
*Clinical Laboratories*

MICROFILM# 0527982040P

| PATIENT NAME | | PATIENT ID | | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|---|---|
| BOSTIC, JERRY | | 981025 | | | 22 | M | GRAHAM |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 1617041 | SL802533I | | 05/22/98  1230P | 05/27/98 | 05/29/98 | 3:18AM |

REMARKS

| REPORT STATUS FINAL | TEST | RESULT IN RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| CHEM 6 P (FL) | | | | | | SL |
| | GLUCOSE, FLUID | 32 | | MG/DL | | |
| | UREA NITROGEN, FLUID | 9 | | MG/DL | | |
| | CREATININE, FLUID | 0.3 | | MG/DL | | |
| | SODIUM, FLUID | 140 | | MEQ/L | | |
| | POTASSIUM, FLUID | 6.3 | | MEQ/L | | |
| | CHLORIDE, FLUID | | 123 H | MEQ/L | | |
| | FLUID | VITREOUS FLUID | | | | |

\*  Reference footnote #1

Footnote 1

     REFERENCE RANGE
     NOT ESTABLISHED

          >> END OF REPORT <<

NOT FOR SECONDARY RELEASE

INDICATES TESTING SITE SEE REVERSE SIDE