

Search for Cases by: Select Search Method...

Judicial Links  |  Court Links  |  Help  |  Contact Us  |  Print

## 22nd Judicial Circuit (City of St. Louis)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

### 22981-01288 - ST V JERRY JAMES BOSTIC J

This information is provided as a service and is not considered an official court record.

**Charge/Judgment**

**Description:** Tampering With Motor Vehicle, Airplane, Motor Boat, Etc. - 1st Degree *{ Felony C RSMo: 569.080 }*

| | | |
|---|---|---|
| **Date:** 04/11/1998 | **Code:** 2301500 | **Disposition:** *Boundover-Jury Indictment -* 06/03/1998 |
| **OCN:** 97045918 | | **Arresting Agency:** ST LOUIS PD DISTRICT 9 |

**Charge/Judgment**

**This charge is no longer pending. Please refer to case 22981-01288 for pending charge.**

---

**Next Charge/Judgment**

**Description:** Assault On Law Enforcement Officer - 3rd Degree *{ Misdemeanor A RSMo: 565.083 }*

| | | |
|---|---|---|
| **Date:** 04/11/1998 | **Code:** 1312000 | **Disposition:** *Boundover-Jury Indictment -* 06/03/1998 |
| **OCN:** 97045918 | | **Arresting Agency:** ST LOUIS PD DISTRICT 9 |

**Next Charge/Judgment**

**This charge is no longer pending. Please refer to case 22981-01288 for pending charge.**

---

**Next Charge/Judgment**

**Description:** Dwr (Pts/Fail To Take Te *{ Misdemeanor Unclassified RSMo: 302.321 }*

| | | |
|---|---|---|
| **Date:** 04/11/1998 | **Code:** 4666500 | **Disposition:** *Boundover-Jury Indictment -* 06/03/1998 |
| **OCN:** 97045918 | | **Arresting Agency:** ST LOUIS PD DISTRICT 9 |

**Next Charge/Judgment**

**This charge is no longer pending. Please refer to case 22981-01288 for pending charge.**

---

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 17

Case: 4:07-cv-00027-ERW   Doc. #: 94-24   Filed: 08/14/09   Page: 2 of 3 PageID #: 927

 

Search for Cases by: Select Search Method...

**Judicial Links** | **Court Links** | **Help** | **Contact Us** | **Print**

### 22nd Judicial Circuit (City of St. Louis)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |
|---|---|---|---|---|---|---|---|---|

## 22981-01288 - ST V JERRY JAMES BOSTIC J

This information is provided as a service and is not considered an official court record.

| | | |
|---|---|---|
| **BOSTIC , JERRY JAMES JR , Defendant**<br>5600 THEODOSIEA<br>STL, MO 63113<br><br>**Year of Birth:** 1975 | represented by | **AFFHOLTER , ERIC SEYMOUR , Public Defender** |

Case.net Version 5.9.4.0    Return to Top of Page    Released 07/08/2008



 Search for Cases by: Select Search Method...

Judicial Links    |    Court Links    |    Help    |    Contact Us    |    Print

## 22nd Judicial Circuit (City of St. Louis)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

### 22981-01288 - ST V JERRY JAMES BOSTIC J

This information is provided as a service and is not considered an official court record.

|  |  |
|---|---|
| **Location:** City of St. Louis | **Date Filed:** 04/13/1998 |
| **Disposition:** Casefile Tranf GrandJury Indmt | **Case Type:** Criminal/Infract.- see Charges |
| **Judge At Disposition:** OHMER, STEVEN RUSSELL | **Date of Disposition:** 06/03/1998 |

---

Case.net Version 5.9.4.0          Return to Top of Page          Released 07/08/2008