# DECLARATION OF COLIN GORDON
## PURSUANT TO 28 U.S.C. § 1746

I, Colin Gordon, do hereby declare, affirm, and verify under penalty of perjury as follows:

1.     This Declaration serves as a brief Executive Summary to my attached report, *North St. Louis Neighborhood Analysis*, dated June 2009.

2.     I received a Ph.D. in History from the University of Wisconsin - Madison in 1990. I have taught as a professor of history at the University of Iowa since 1994, where I have served as department chair since 2006. I have extensively studied twentieth-century urban decline in the United States, and my 2008 book, *Mapping Decline: St. Louis and the Fate of the American City* (University of Pennsylvania Press), focuses on the Ville/Greater Ville neighborhood in North St. Louis. Billie Allen grew up and lived in this neighborhood until his arrest.

3.     The Ville/Greater Ville neighborhood has suffered particularly severe consequences of St. Louis's general urban decline. My research shows that in the 1980s and 1990s, socioeconomic, public safety, and public health risk factors in Billie Allen's neighborhood were as great or greater than anywhere else in St. Louis, and among the worst in the country. His neighborhood was hyper-segregated, devastated by both population loss and loss of physical structures, increasingly poor and violent. My research also shows that these trends have historical roots going back to the early twentieth century, including racial restrictions on property, the City of St. Louis' formal separation from the County, and the economic decline following postwar deindustrialization. The trends in the Greater Ville and in North St. Louis are in stark contrast to the growth and economic flourishing in the suburban counties during the same time period.

1

4.      Depopulation struck St. Louis dramatically. The City's population in 1990 was less than half of its population in 1950, a trend which has continued. See Table 2. The census tract where Billie Allen grew up shrunk even more rapidly, losing almost seventy percent of its population in the years between 1950 and 1990, and losing nearly one hundred percent of its white population. See Analysis, Figure 3. This census tract has been over ninety-nine (99) percent black since 1970. See Maps 21 and 22. Depopulation has caused a high rate of vacant and abandoned property in the neighborhood. See Maps 28-30.

5.      Job migration accompanied population migration to the suburbs, and by 1997 the City had only about 30% of the metropolitan region's jobs, down from 85% in 1951. The loss of jobs affected African Americans and residents of North St. Louis dramatically. By the 1990s, Billie Allen's census tract had a 24% unemployment rate, four times the regional average of six percent. See Map 23. This census tract has also consistently had the lowest family incomes and the highest proportion of families living in poverty in the region. See Maps 24- 27.

6.      Unsurprisingly, the economic and demographic challenges have led to high rates of public health risks (maternal health, low birth weight, lead exposure, teen motherhood, child abuse) and violent crime, and low rates of educational attainment, in Billie Allen's neighborhood. Consistently, across data, the Greater Ville is among the highest-risk neighborhoods in the City. As consistently, the suburban neighborhoods show the least risk. See Maps 33-40.

7.      The research, data and conclusions in this Declaration and in the Analysis are widely accepted among scholars. All of the underlying data relied upon in this Declaration and in the Analysis was available in 1998, with the exception of some tables which include data by year up to 2000. Unfortunately, the familiar story of post-war urban decline is not new, and was well-documented by

2

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 18

1998. Either I, or another scholar familiar with the urban decline of St. Louis, could have testified to all of these facts and conclusions in 1998.

8.    I hereby certify that the facts set forth above, and in the attached North St. Louis Neighborhood Analysis, are true and correct to the best of my personal knowledge, information and belief, subject to the penalties of perjury pursuant to 28 U.S.C. § 1746.

Colin Gordon, Ph.D.

Dated: June 29, 2009

3