Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 23

## DECLARATION OF JUANITA PETTY ALLEN
## PURSUANT TO 28 U.S.C. § 1746

I, Juanita Petty Allen, hereby declare and certify the following under the penalty of perjury:

1)      My name is Juanita Petty Allen. I am Billie Allen's mother.  I have been asked by my son's current lawyers to provide some details about my life, and Billie's childhood.

2)      My mother died of cancer when I was about fourteen years old and it took a great toll on me. Her death changed my life and my relationships with my family and friends from then through adulthood. When I was about sixteen years old, I started drinking alcohol. There was always alcohol in the house, and my father would let me drink. I started drinking more and more because I could get it so easily. As I became older and the death of my mother still weighed on me, I continued to drink more and more heavily.

3)      My family was poor growing up and life was very hard. As pressures grew in life, I found more and more comfort in drinking.

4)      I was still in high school when I met Billie Allen's father, John, or JR as people called him. Eventually, we had four children: Nicole, Angela, Billie, and Yvette.  JR was older than me and we used to go drinking together. His father was a mean and nasty alcoholic, who was especially cruel to JR. He would call him names, and they often got into fist fights. I should have seen this as a warning, but I married JR because I became pregnant with his child and I thought he would be a provider for our family.

5)      I was wrong. He never held a job for long, and was always in and out of work. He

1

was rarely home while my children were growing up. He was always out running around, drinking and using and selling drugs. I already didn't like him, even when we got married, but I began to despise him once he proved to be such a terrible husband and father. Things When his brother, Billy Wayne Allen, returned from the army, he introduced JR to drugs. I watched as JR's severe drug habit ate away at him and ruined his life. He would often come home high or drunk and wouldn't be able to get up the stairs to the house. Once he came in saying he was hungry and told me to make him some food. I threw out the rest of the dinner I had made earlier that night and told him that he hadn't provided the food, so he shouldn't be able to eat it.

6) I was unhappy in my marriage because JR was not providing for us and I never liked him. The drugs and their worsening effect on me and my children caused me to finally leave him. But, by then, my life was already falling apart.

7) My drinking continued to escalate. I drank and smoked cigarettes while I was pregnant with all of my children, including Billie. As my children got older, my drinking got heavier and more frequent. By the time Billie was a teenager, my drinking was out of control. I was drinking every day starting in the morning. Since Billie's trial, I have gone to counseling for my alcoholism, and I am now a recovering alcoholic.

8) The hardest thing for me to talk about is my own treatment of Billie. I have always been a fighter from a young age. I could beat up a man bigger than myself and was always able to handle myself during a fight. Billie was a difficult child and I would get easily frustrated by his behavior. I am so sorry to say that I would take my anger and frustration out on him physically. I would use a belt, an extension cord, or any object within reach to hit Billie. Sometimes I slapped him across the mouth. When I was drinking, I was mean drunk. As my

2

Case: 4:07-cv-00027-ERW    Doc. #: 94-30    Filed: 08/14/09    Page: 3 of 5 PageID #: 1026

drinking got worse, the beatings and abuse got worse.

9) I did not only abuse Billie physically, but I would treat him differently from my three daughters. There was just something about Billie, about his problems and about the difficulties in his behavior that just lit my fuse. I could not control myself. So, sometimes, I just wanted him out of my sight. There were periods of time when I would throw him out of the house and not let him back for days. During those times, I could often only guess about where he stayed (sometimes I know he went to stay with his father and Uncle Billy) and what he did for food. I did this even while he was a young boy, and this continued up through the time of the bank robbery. As I recall, I threw him out of the house just after our house got shot up as a result of Billie selling fake drugs. I did not know how to cope and so my response was either to hit him or keep him away from me.

10) As I said, Billie was a difficult child. He was an odd combination of things. At times he could be passive, easily intimidated, and easily influenced, both by family members and so-called "friends." At those times, he never stood up for himself and people were always taking advantage of him. He was always picked on at school and in the neighborhood. He was also a sickly child, which made it even more difficult for him to be accepted.

11) But then there was another side of Billie. As if he were trying to make up for him being a sickly and weak little boy, he would just act out. He was always fidgety and jumping, and had lots of problems paying attention to things. But, the acting out I am describing was different. He would talk back, yell, cuss and disobey me. I would react to that by hitting him and sometimes throwing him out.

12) I know that sometimes he went to stay with his father and Uncle Billy. This

3

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 23

happened during some periods when they were heavy into drug dealing and using. Sometimes Billie would return from those stays and he would definitely seem different. He would often be high, and the shy, passive attitude was mostly replaced by the street attitude.

13) There was so much violence in Billie's life. There was my treatment of him. My brother, Jerome, would often rough him up. Jerome was a rough man during those years, and sometimes his treatment of Billie was abusive. As Billie became a teenager, many of his friends were rough and disobedient kids. There were frequent fights and even shootings. The violence seemed everywhere around us. By the time he was around fourteen years old, Billie transformed into someone I didn't recognize. He was a drug user and seller. School became at best secondary in his life. I thought about getting him into counseling, and I signed him up for community groups like the Boys Scouts to get him away from the rough crowd he always hung out with, including his father and uncle. But I was so frustrated with him and didn't know what I was supposed to do about it. So, I resorted to my habits – I beat him and threw him out whenever I thought he deserved it (which was often). I was also going through hard times myself trying to maintain a job and provide for my family. I was also dealing with the suicide of my boyfriend, Louis. I found it difficult to focus on solving Billie's problems as well as my own. When I thought my kids were in some kind of trouble or having problems, I just didn't want to know about it.

14) Billie's lawyers at trial did not spend very much time with me at all. They would give me some basic information about the case, like when the next court date was. But they never really sat with me to hear my story. I told them some information, and they seemed to focus on the story about Marquise Taylor and the shooting. Had they spent more time with me, and asked

about my background, problems and those of Billie's father, I would have told them. But, as I said, it is hard for me to discuss these topics. I only came to do so with Billie's current lawyers after spending many hours over many days with them. Billie's current lawyers have also asked me a lot of different types of questions, which have helped me to understand what information would be important to help Billie's legal case. Billie's trial lawyers were always so rushed and never seemed to have time for me or my family. I recall speaking with an investigator for them, but even then he seemed rushed.

15) After many meetings with Billie's lawyers and their staff, they have come back to me with this statement, which I have reviewed. It is correct and accurate to the best of my information, belief and understanding.

16) I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information and belief, subject to 28 U.S.C. § 1746.

Juanita Petty Allen
Saint Louis, MO

Dated:

5