## DECLARATION OF NICOLE PETTY
### PURSUANT TO 28 U.S.C. § 1746

I, Nicole Petty, hereby declare and certify the following under the penalty of perjury:

1.    My name is Nicole Petty. I am Billie Allen's oldest sister. Life was very difficult for my family while my brother Billie and I were growing up. We never had much money and our parents were either fighting when they were together or they were split. Our home was a confusing and chaotic place. All of this had a terrible effect on my brother Billie. I am in school to obtain my teaching certification and I have learned about the effects that this type of home life can have on a child.

2.    Billie always had a hard time fitting in where ever he was. When he was in the Clayton schools he could not keep up with the other kids. When he came back to the city schools and started going to Turner Middle School, the difference was a complete shock for him. The kids in the city schools were into drugs and other illegal activities. He did not know how to behave and eventually he began to act out. It wasn't long before Billie began to change. He started cutting school, selling drugs, and getting into trouble.

3.    When my parents separated, raising the four kids and dealing with Billie's problems was left to my mother, Juanita. She did not know how to handle all of this and these responsibilities were more than she could bear. She never encouraged or supported Billie while he was in school. She would get angry and frustrated with Billie for any little thing. She would yell and scream at Billie and beat him with a shoe, a cord, or anything else within her reach. She also started locking Billie out of the house whenever he came home after dark. We didn't know where he would end up going on those nights.

4.    Billie's problems were worsened because he was also exposed to our father

John's lifestyle of heavily dealing and using drugs. Our father was a drunk, drug user and drug seller. I know that Billie wanted desperately to be accepted by him and tried to associate with him. This relationship did not do Billie any good at al. My father was not a good parent. He was never home when we were kids. Even though I am the oldest, I have almost no memories of him. I do remember that he was always high or drunk. My parents fought all the time and made each other miserable. Once when my father came home high he ordered my mother to make him dinner. Instead of giving him the rest of the dinner she had made earlier that night she threw it all out and told him he couldn't eat what he hadn't provided. Another night he came home and laid down on the back porch because he was too high to drag himself inside the house. He called Billie outside and told him that Billie had to be the man of the house now because he couldn't be anymore. Billie was about 8 years old. I was glad when my parents split up. I didn't want my father around anymore.

5.      Sometimes when we were little my mother would leave my siblings and I with him when she would go away on weekends. We didn't know where she would go. I hated having to stay at my father's house while she was away. The house always smelled terrible and there were always people around dealing or using drugs with my father.

6.      Another negative influence on Billie was our uncle, Jerome, who lived with us off and on while we were growing up. He was a bully toward everyone, but he was especially rough on Billie. Once Jerome was picking on Billie and he threw Billie into a gate outside the house. Billie's head was badly injured and he had to go to the hospital. Another time, I remember walking by Billie's bedroom and seeing Jerome beating up Billie. I felt awful that I didn't try to stop him. I felt like I should have done something, although Jerome is a big man, and like Billie, I was small then. But Billie never stood up for himself. Jerome would also call Billie names and

tell him he was stupid. Both the beatings and the verbal abuse were unprovoked and definitely not what anybody would consider legitimate discipline.

7.      A few months before Billie's arrest, our house was shot up. My mother and I went to Billie's room and completely took it apart. We threw away his things and our mother permanently kicked Billie out of the house. She made it clear to him that he was not going to get any help from us with whatever his situation was. Although I agree with my mother's decision to cut Billie out to protect ourselves, we probably could have helped him more. Billie was still a kid and was not able to really take care of himself. He was very much on his own after that.

8.      I testified at Billie's trial. The lawyers contacted me a couple of days before and sat with me for a very short time. They did not really ask me a lot of questions, but pointed me toward what they wanted to hear. Billie's current legal team have spent many hours with me and my family over a long period of time, and have listened to my full description of what life was like for the family and for Billie when he was a kid. I have answered the questions that were asked of me by Billie's current lawyers. They came back to me with this statement, which I have reviewed. It is correct and accurate to the best of my information, belief and understanding.

9.      I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information and belief, subject to 28 U.S.C. § 1746.

Nicole Petty
Saint Louis, MO

Dated: