## DECLARATION OF ANGELA ALLEN
## PURSUANT TO 28 U.S.C. § 1746

1.      My name is Angela Allen.  Billie Allen is my brother.  He is a year older that me.

2.      Our mother Juanita was not a loving mother.  She was cruel to the children in the family and especially to my brother Billie and myself.  She never showed affection to us like a mother should.  She never spoke to us, she just yelled.   It was not natural to her to show attention, support, or closeness towards her children.  My mother was and still is very critical of me and the way I live my life.  She attempts to interfere with the way I am raising my own children.  She was a terrible mother, and I never listen to her now when she tries to tell me about how to raise my family.  I moved out of the house when I turned 19 and have never looked back.  As a child, I never knew why she acted that way, but as I grew up I could see that her drinking and the confusion that was in our house took a toll on her.  She was a scared and angry person and she took that out on us.

3.      My mother and father had a crazy marriage.  They were not loving or affectionate to each other.  All they ever did was argue and engage in fights.  Things became worse as my father became a cocaine addict.  He sold drugs to support his habit.   I love my father, but he was a very different person once he started doing drugs.  Although we didn't see my father very often once my mother left him for good, I remember that my mother was often cruel about his addiction.  One night he came home and couldn't get himself up the front steps.  My mother and father started arguing about the drugs.  My mother was making spaghetti, and she threw the pot of spaghetti and boiling water at him.  She had no desire to help him through his addiction.  His addiction just added to the already hard life we had as kids.

1

4.      Eventually, she started dating a man named Louis.  The kids in our family hated Louis.  He had a wife and children and was living a double life between my mother and his family.  We did not like or trust him.  He did not always act appropriately around my sisters and me.

5.      Over the years, my mother was not home very often from the time we were young. We wouldn't know where she would go or what she was doing.  Sometimes my siblings and I were left at home for days at a time. Once when Juanita went away, we were left at my father's house.   I was terrified being at my father's house because he was very heavily into a drug lifestyle. I remember hiding in the closet because I was afraid of the people who were in my father's house doing or buying drugs.

6.      In all of the craziness, my mother became more and more cruel toward Billie.  She would yell and scream at him and call him terrible names. She locked him out of the house all the time.  I'm not sure where he stayed when that happened.  This happened often.  One night when she had locked the door on him, he started banging on the door for her to let him in. Billie kept pounding on the door until my mother got a knife, opened the door, and threatened to kill him with it if he didn't stop.  I really thought she was going to kill him, and I was so afraid that I called the police because.   I was not very close with Billie as he grew older.  But I could tell that my mother's treatment of him began to change him.  He became harsher and over time I could not recognize him as my brother.  Each time she locked him out, he would come back and be even more disturbed and out of control.

7.      I testified at Billie's trial.  The lawyers contacted me a couple of days before and sat with me for a very short time.  They did not really ask me a lot of questions, but pointed me

toward what they wanted to hear. Billie's current legal team have spent many hours with me and my family over a long period of time, and have listened to my full description of what life was like for the family and for Billie when he was a kid.

8.      I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information and belief, subject to 28 U.S.C. § 1746.

_____
Angela Allen
St. Louis, Missouri

Dated: