Case: 4:07-cv-00027-ERW   Doc. #: 94-33   Filed: 08/14/09   Page: 1 of 5 PageID #: 1035

## DECLARATION OF BILLY WAYNE ALLEN
## PURSUANT TO 28 U.S.C. § 1746

I, Billy Wayne Allen, hereby declare and certify that the following is true to the best of my knowledge, information and belief, subject to the penalty of perjury.

1.      I am an uncle to Billie Jerome Allen, whose father (John Allen, or "Junior") is my older brother.  Junior is about seven years older than me.  I have been asked by Billie's current lawyers to provide information about his childhood and teen years.

2.      I was aware when Billie was tried for capital murder in St. Louis.  Except for my time in the Air Force, I am a life long resident of the St. Louis area.  At the time of his trial, I never met with anyone working on Billie's case.  My only contact with Billie's lawyers came when I telephoned them after Juanita asked me to.  I spoke briefly on the phone with someone I thought was his attorney on that occasion and maybe one other time.  I received no other phone calls from Billie's lawyers or their associates.  The phone call did not last for more than about 10 minutes.  The person I spoke with asked me if I could be a "character" witness for Billie.  When I asked what that meant, the person told me that he wanted to hear about "good" things Billie had done.  I really wanted to help, but I could not think of much Billie had done in his young life that was "good."  Billie had a very hard life, and I had lots of information to share about that, but I was never asked about those details until Billie's current lawyers began to speak with me and asked me to complete this statement.  I wanted to attend the trial, but when the person on the phone heard that I had nothing "good" to say about Billie, he told me it would be best for Billie if I stayed away.

3.      The story of Billie's life really starts with the story of my family.  I was one of six children born to my parents.  I have three sisters, Billie's dad (Junior) and a third brother (Bobby

Page 1 of 5  *BA*  Billy Wayne Allen

Case: 4:07-cv-00027-ERW    Doc. #: 94-33    Filed: 08/14/09    Page: 2 of 5 PageID #: 1036

Elliot), who died some time ago.  My parents were not normal.  My dad drank and my parents fought and put their needs ahead of their children's needs.  My parents used beatings as a means of discipline.  We took a lot of negative habits from them.  My brothers and I each have had severe problems with drug and alcohol abuse.  Junior and I took to making a living selling drugs for years in our neighborhood.  We also have each had physically and verbally abusive relationships with our families.  We behaved just as our parents did.

4.      Junior was badly beaten.  That is because my father resented him because once Junior told our mom that our dad was having an affair with another woman.  Our dad almost beat Junior to death for that, and since then, my father seemed to take special pleasure in beating him.

5.      As I will get to, I became a regular drug user -- I was an addict for many, many years. I used mostly marijuana, cocaine and angel dust (also known as PCP).  Because of those years of drug abuse, my memory is not as good as it could be.  So, I cannot be sure of dates and places, but I am certain about the general facts that are discussed in this statement.

6.      I am about 22 years older than my nephew Billie.  I lived across the street from where he lived  for a good portion of his young life.  I had a good opportunity to see what his life was like. Junior and I went into the drug business together.  We sold mostly angel dust (PCP) and cocaine. I honestly do not remember whether we began using first or selling first, but I can tell you that it did not take long before we were addicts.  Being in business, we always had a steady supply, and the money to use all we wanted.  We were not big time drug dealers, but we just had a nice steady business that paid our bills and kept us in all the drugs that we wanted.  And we used those drugs. I have found God and have been sober for about 15 years.  I have gained much understanding of why we led the lives we did.  We used those drugs because we were in lots of pain over the way we were

Page 2 of 5  ᙠᙢ  Billy Wayne Allen

treated by our parents. Those drugs allowed us to escape that pain, and brought some joy to our otherwise unhappy lives.

7.    During the time that Billie lived with his mother (Juanita) and Junior, and his sisters, I knew that the my brother and Juanita fought all the time. They were verbally and physically nasty to each other. Juanita may have been a drug user, and she may have gotten into our PCP. I am certain however that she drank. She could drink alcohol like a man. She drank for as long as I knew her, including when she was pregnant with Billie and her other kids. There is no way to describe her except to say that she was a heavy drinker who would drink all day and every day. And when she drank, she could fight and get nasty like a man. She used to get the best of my brother when they fought. They fought in front of the children, drank and cussed, and Junior and I used drugs in front of them too. They also beat their kids, just like we got beat by our parents who would use straps, shoes, broom handles and pretty much anything that was around.

8.    As Billie got older, he spent less and less time in his home. By then, Juanita had left Junior, and she was living with her father and the kids. I knew from talking to Billie that she often threw him out, or else would not let him back in. I believe that he was locked out because his mother resented him and the fact that he was becoming more and more like his dad. By that I mean that he started to get into the drug scene. I cannot recall an exact time when Billie got into being a drug user and seller. It was a gradual process. His dad and I would ply our drug trade in front of him and other family members. As drug addicts ourselves, we cared little about what impact our activities were having on the kids. All we could think about was selling our drugs so that we could have enough money to buy more drugs so that we could stay high. I just remember looking up one day, and Billie was working with us and for us. This occurred before he was a teenager.

Page 3 of 5  *BA*  Billy Wayne Allen

9.      But worse than the act of selling drugs, we introduced Billie to the "easy" life. We taught him all the wrong stuff. Instead of teaching him about hard work, we taught Billie about crime and drugs. We did not teach him the value of people, but only taught him about getting things. We taught him about jewelry and liquor, but not about hard work. To say that we were a bad influence on him would not even begin to tell the story. He was with us when we were surrounded by the illegal activities of drug dealers, drug users, and prostitutes. He was still a little kid, but oh we thought this was cool. Eventually, Billie went to work for a really mean dealer named Johnnie Boyce. He was a rival dealer, who specialized in heroin. When Billie went to work for him, I knew that the cycle was complete. We reaped what we sowed.

10.     From what I can recall about Billie, the rest of his life was also hard. He was a funny looking little kid because of this bad skin condition he had. Other kids made fun of him, and it seemed like the did not have many friends. Looking back, I think his attraction to the drug trade made him feel like he belonged to something. He also was not very smart, and always had trouble in school, even when they sent him to the rich school in the suburbs. He had trouble getting things done, and always seemed to make bad decisions (like hooking up with Johnnie Boyce). Billie was known for talking a good game, but he was always short on results. As a result, he liked to brag about his life and his plans, even though everybody who knew him knew that he could never achieve what he talked about.

11.     As I said, I have been sober for about 15 years, and have found religion as my salvation and support in life. I now own and operate a charter bus and travel company, and I have been a law abiding member of society for many years. Unfortunately, Junior remains a cripple to those drugs and drink. It hurts me to see him in the same condition he was in 30 years ago.

_BA_ Billy Wayne Allen

12.     Had Billie's lawyers in 1998 asked me about any of this information, I would gladly have shared it. I did not know about the law, and I still don't. I did not know what was important to help Billie in his case, so I never thought to provide this information. Once I told the old lawyer that I had nothing "good" to say about Billie, they quickly got off the phone, and I never heard back after the second call.

13.     On the other hand, Billie's current lawyers have spent hours with me on several different occasions and have listened while I told them Billie's sorry story. They have typed up this statement, and I have read it. Everything in it is true.

14.     I certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

_____
Billy Wayne Allen

Dated:          January 27, 2009
                St. Louis, Missouri