## DECLARATION OF RAYMON D PETTY
## PURSUANT TO 28 U.S.C. § 1746

1.   My name is Raymond Petty. I am Juanita Allen's brother and her son Billie Allen's uncle. I have known Billie since he was born.

2.   In 1998, I testified at Billie's murder trial in Saint Louis. Before the trial, I met with someone from Billie's defense team on one occasion and also spoke with them on the phone. They asked me about the good things in Billie's life and the good parts of his character. Before trial, I told them about the time I saw Juanita whipping Billie with an extension cord, and I also testified about that incident at trial. But Billie's lawyers did not seem very interested in the incident.

3.   Juanita was the fourth of six children, and I was the fifth. When we were growing up, our parents whooped us with belts and extension cords. I and my other siblings also raised our children that way. When I saw Juanita whipping Billie with an extension cord, it was more extreme than anything I was used to. She had lost control of herself.

4.   Juanita was always a fighter. When we were kids, she fought ever boy in the neighborhood. She also developed a bad drinking problem when she was a teenager. I remember one time she ran away from home and went to stay with an older man for several days. She went there to drink and smoke and party with the man. She eventually called my father to ask if she could come home and I went and picked her up from the man's house.

5.   Juanita has had big problems since she was a teenager. She never had any goals. She still lives in the same house we grew up in and now two of her grown children live there too.

1

I think Juanita has some type of mental problem that she has passed on to her children.

6.  Had I been asked at trial about any of the information contained in this declaration, I would have stated the same things I have stated here.

7.  I certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

Raymond Petty

Saint Louis, MO
DATED: 1-30-09

2