## DECLARATION OF CATHY TOLIVER
## PURSUANT TO 28 U.S.C. § 1746

I, Cathy Toliver, do hereby declare and certify the following pursuant to 28 U.S.C. § 1746.

1.      My name is Cathy Toliver. I have known Juanita Allen, Billie Allen's mother, for most of my life. I became friends with Juanita when we were in elementary school together. We became close then and we are still friends today. I have known all four of Juanita's children, including Billie, from the time they were born. I spent lots of time with Juanita and her kids for their entire lives and saw how they were raised on just about a daily basis.

2.      Juanita was one of six children in the Petty family, and I knew her parents, brothers, and sisters. Her family was one of the only ones in our neighborhood that had two parents living at home. But when Juanita was about 13 years old, her mother died of cancer. Juanita was devastated by the loss and she became deeply depressed. She refused to talk about it. Her behavior began to change. She went from being a good kid to one who drank and smoked. She began to stay away from home overnight. She got in fist fights with boys and girls in the neighborhood. She became to be known as a fighter with a bad temper. Her life fell apart and she dropped out of school.

3.      All of Juanita's brothers and sisters had problems, but Juanita's were the worst. As her life continued to fall apart, she had trouble dealing with challenges. She would become overwhelmed very easily, give up, and turn to alcohol and sex, and all the while her temper would control her.

4.      When Juanita was still a teenager, she and Junior, Billie's dad, got together. Junior was older than Juanita, and he was a drunk and a drug addict even back then. He and Juanita partied together a lot. They also fought all the time, cursing, throwing things, and hitting each other. I

always wondered what she saw in that violent and drug addicted man.

5.      Before Juanita and Junior got married, Juanita got pregnant and gave birth to Nicki. Later, they got married and Juanita had three more kids, Billie, Ann, and Yvette. Juanita continued to drink heavily through all of her pregnancies. She mainly drank beer and vodka, but she would drink any alcohol she could get her hands on. She always had a beer can in one hand and a cigarette in the other. When I would pick her up just to go to the grocery store or something, she would come out of her house and get into the car carrying a beer and smoking. Even when she was pregnant with her kids, Juanita got herself drunk almost every day.

6.      Juanita is a dear friend, but the truth is that she was a terrible mother. She was too wrapped up in her own depression, alcoholism, confusion and in her own survival and happiness. When Billie and her other kids were babies, Juanita would not change their diapers for days at a time. They were just left to lie in their own filth. When Billie began to cry, she would stand over him in his crib and just look at him, smoking her cigarettes, dropping ash right on him. She would not pick him up or comfort him.

7.      Billie had health problems from the time he was a baby, and he always had bad asthma. When he had bad asthma attacks as a toddler, Juanita would pick him up and shake him violently while he gasped for air. She had no idea how to sooth him or tend to his needs. I know that she loved her kids, but I have always thought that he own experiences sapped her of any ability to show love and affection, particularly to Billie. It's hard to believe that Juanita and her kids are still here. Because of the way he was raised, Billie never had a chance.

8.      Juanita and Junior had a very turbulent relationship and marriage. They got into fist fights with each other right in front of me, the children, and other people. Juanita usually won

Page 2 of 5 Cathy Toliver  _C.T._

Case: 4:07-cv-00027-ERW   Doc. #: 94-35   Filed: 08/14/09   Page: 3 of 5 PageID #: 1044

their fights, and would leave Junior with black eyes and bruises on his face. One time I remember Junior stumbling in the house after having disappeared for a few days, and he was obviously intoxicated on drugs or booze. Some vegetables were cooking on the stove, and Juanita started cussing him, picked up the pot of boiling water, and threw it at him right there in the kitchen in front of everybody.

9.      It was not unusual for either Junior or Juanita to stay away from the home for the night or for several nights. I know that even when they were still living together, Juanita and Junior both had sex with other people. Juanita was so poor and depressed and desperate that she would have sex for money right there in the house with her kids at home. She would leave a white scarf or white handkerchief hanging from her window and in our neighborhood that meant that sex was for sale. Strange men would come in during all hours of the day and night. Juanita sold herself even when she was with Junior and later when she had a boyfriend named Louis. Junior and Louis both seemed to know what she was doing but they didn't stop her. Later, I heard that the reason Juanita's children had so many problems was that they may have been molested by the strange men who came to the house to have sex with Juanita.

10.     One time, before Juanita and Junior split up for good, Junior brought the kids to a liquor store that my family ran. Some of Junior's drug buddies were in a dispute, and a man got shot right there in the store in front of the kids. I remember grabbing Billie and one of his sisters and trying to keep them from getting shot. Billie was only about 4 or 5 years old at the time.

11.     Juanita was especially hard on Billie. From the time he was a toddler when she would shake him until he was a full grown teenager, she physically abused him. She whipped Billie with belts. She threw shoes and knives at him. She beat him with broomsticks and even with the

Page 3 of 5   Cathy Toliver

Case: 4:07-cv-00027-ERW    Doc. #: 94-35    Filed: 08/14/09    Page: 4 of 5 PageID #:
1045

back of a butcher knife. She verbally abused him, calling him a "motherfucker," calling him stupid, telling him that she wished he wasn't her son. Sometimes she would just yell at Billie to "get the fuck out of here" and chase him out of the house swinging a broom stick at him. She took her anger out on the boy his whole life. On the other hand, I do not recall many times when she showed affection toward him, or told him that she loved him. As far as I could see, Billie grew up without the love and support that a child needs from their mother.

12.    Billie was a good kid when he was small and he had some real promise. He has always been great at drawing and painting, and I remember encouraging Juanita to help him make the most of his talent. But she never made any effort to help him develop as an artist. Because of the way he was neglected and abused, I just think that Billie never had chance in life.

13.    Each house that Juanita has lived in with her kids has been filthy. The kitchen was usually piled high with trash, beer cans everywhere, smelling like rotten food and cigarette ash. Juanita is too lazy to use an ash tray so she has always just ashed her cigarettes right in her hand or on the floor. I remember times when I would go to sit down at her house, and she'd tell me to look out because there were huge cockroaches on the seat or the wall.

14.    I was never contacted by anyone working on Billie's case when he was facing murder charges. The first time anyone working on Billie's case ever asked me about his life and about Juanita was several weeks ago when I was first contacted by Billie's lawyers. I have lived my whole life in the St. Louis area and I was available and willing to testify at Billie's trial in 1998. I love Juanita because we go back to when we were girls and I think of her as a sister. So, it pains me to say these things about her. But, I understand that it is important for the truth to be told. Had I been asked about this information at the time of trial by Billie's lawyer, I would have

Page 4of 5 Cathy Toliver *CT.*

shared what I know about Billie's awful childhood. It would have been easy to get into contact with me through Billie's family or through other family friends.

15.     I have answered the questions that were asked of me by Billie's current lawyers. They came back to me with this statement, which I have reviewed. It is correct and accurate to the best of my information, belief and understanding.

16.     I certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

_____
Cathy Toliver

Dated:          St. Louis, Missouri
                ~~January 30, 2009~~ C.T.
                2-1-09  C.T.