Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 29

## DECLARATION OF BRADY TOLIVER
## PURSUANT TO 28 U.S.C. § 1746

I, Brady Toliver, hereby declare and certify the following under the penalty of perjury:

1.      My name is Brady Toliver. I am the same age as Billie Allen and have known him all my life.

2.      Billie and I were best friends until we started high school. We spent almost every day together when we were growing up. We always used to spend time either at my house or at Billie's house, but I hated going to Billie's house. The house was always filthy, there was junk laying all around, and there were cockroaches everywhere.

3.      Billie's mother, Juanita, was a scary woman. She was a drunk and always had different men in the house. Every time I saw Juanita she was drunk. My mother and she used to go out together every weekend and they wouldn't come back until 4 or 5 in the morning. We were usually left alone in the house while Juanita was out.

4.      Juanita never took an interest in anything Billie did. She never encouraged Billie's education or talent for drawing. She used to call him names and cuss at him. She called him stupid. Sometimes Juanita would lose her mind and go crazy on Billie. She would scream at him and hit him or throw any object that was close to her at him. She threw shoes, an iron, and I even saw her throw a pan off the stove at Billie. It was never a regular whooping. There was never an explanation after the beatings.

5.      Juanita hated her ex-husband, John. I always thought when she would demean Billie or beat him, she was really directing it at her husband. She saw a lot of John in Billie, and transferred the poisonous feelings she had about John to Billie. He was also the only male in the family, which meant he got the brunt of Juanita's hateful feelings about men. Billie's sisters

probably picked up on their mother's abuse of Billie also, because they would call him names and tell him he was stupid also. Billie wouldn't fight back, he would just take it.

6.      Billie had asthma and a skin condition as a kid. Juanita would have to take him to doctor's appointments and sometimes had to take him to the hospital in the middle of the night when he would have an asthma attack. She acted like Billie's medical problems were a huge burden on her, and she took her resentment out on Billie.

7.      Because Juanita was so disinterested in her son, and because he didn't have a close trusting relationship with anyone else in his family, he didn't have anyone to talk to about things that affect kids when they reach puberty, like sex, drugs, alcohol, and the influence of gangs in the neighborhood. All young men who grow up in the neighborhoods Billie and I grew up in have to deal with whether or not they start associating with gangs. The difference between Billie and I is that Billie had no other place to go. He didn't have parents who told him to stay in school or who encouraged him to pursue his talents. He went to the streets to find the family he was looking for. Although Juanita lived in the same house as Billie, she abandoned him when he needed her most.

8.      I was never contacted by anyone working on Billie's case when he was facing murder charges. The first time anyone working on Billie's case ever asked me about his life and about Juanita was several weeks ago when I was first contacted by Billie's lawyers. I have lived my whole life in the St. Louis area and I was available and willing to testify at Billie's trial in 1998. Had I been asked about this information at the time of trial by Billie's lawyer, I would have shared what I know about Billie. It would have been easy to get in contact with me through Billie's family or through other family friends.

9.      I have answered the questions that were asked of me by Billie's current lawyers. They

came back to me with this statement, which I have reviewed. It is correct and accurate to the best of my information, belief and understanding.

10.     I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information and belief, subject to 28 U.S.C. § 1746.

Brady Toliver
St. Louis, MO

Dated: 3/9/09