## DECLARATION OF SAMUEL MOORE
## PURSUANT TO 28 U.S.C. § 1746

I, Sam Moore, do hereby declare and certify the following pursuant to 28 U.S.C. § 1746.

1.      My name is Sam Moore. I testified at Billie Allen's capital trial in 1998. I met briefly with his lawyers before testifying. They were only interested in hearing stories about how Billie wasn't a violent kid, or how he was a good kid. They wanted to hear about Billie's good character. I certainly had stories about that, some of which I testified to at trial. While they asked me general questions about the neighborhood where Bill and I lived, they never asked me how the neighborhood affected Billie, nor did they ask me if Billie seemed stressed out or mentally slow. They also did not ask me about the dysfunction that I knew existed in Billie's home. The lawyers never asked me if I knew about Juanita's drinking problems or how she tormented her son. These were things that I knew about and would have shared if I knew they were important. Instead, I answered the questions that were asked of me when I met the lawyers and later on the witness stand.

2.      Billie's mom, Juanita, had a drinking problem. While I think she did the best she could raising Billie, her drinking interfered with being a mother. I know that she was often gone from the house for extended periods of time, including overnight. Juanita beat Billie. I know that she thought it was the way to raise a child, but this went beyond discipline. It was excessive and abusive. I knew of instances when she beat him for no good reason. By that I mean I have seen her hit him as soon as he walked onto the porch when he came home from playing ball. I know that he sometimes reacted by running away, or sometimes Juanita locked him out of his house.

3.      The beatings and his mom's drinking would have been bad enough for any kid to endure, but Billy already had a few strikes against him. Billie was a slow child. For example, I remember clearly how he struggled to learn the rules of baseball. Once, during a game, Billie got

Page 1 of 3 Samuel Moore

a hit and ran directly to second base. He ran right across the pitcher's mound. He never went to first base. Everybody at the game was laughing, but Billy just stood there on second as if nothing was wrong. Billie had already been playing ball for some time, and he should have known to run to first base. The umpire didn't even know what to do. Billie didn't recognize his mistake. The other kids on the team knew that Billie was slow and would sometimes take advantage of him because of it. I tried to keep an eye on Billie to protect him. He was always the butt of practical jokes and other boys always tried to blame him for things that he hadn't done. I also saw kids make fun of Billie because of his appearance. Billie always appeared scruffy and tattered. He always wore old and torn clothes that stood out. He used to wear his shorts yanked up around his belly. As a kid, Billie did not have the social skills of other kids his age.

4. Between his being slow, and what he endured at home, Billie always seemed lost as if he were in another zone. He acted like he was on thorazine or something. Billie was always very spacey and he was made fun of because of it. Billie always looked like he was lost and he just did not get what was going on around him.

5. As Billie got older, the neighborhood became a very stressful place for him. Billie lived on the wrong side of Taylor Avenue. What I mean is that Billie lived on one side of Taylor, and his friends from baseball lived on the other. Taylor Avenue was basically a boundary for street gangs. If a person crossed Taylor he risked being assaulted or killed by the gangs. This was a problem for Billie because many of his friends lived on the other side of Taylor. Some of Billie's old friends joined the gangs and thought that Billie was a spy for the gangs on his side of Taylor, even though he wasn't. Billie was threatened for crossing Taylor Ave.

6. Billie came and asked me to intervene on his behalf with the guys from the other side

Page 2 of 3 Samuel Moore

ᵴ. M.

of Taylor who were threatening to kill him because of where he lived. I remember Billie in those days being incredibly frightened. I remember watching him walk down Taylor Avenue and I could see how stressed out he was. It was like his head was on a swivel; he was so scared that someone was going to kill him. In our neighborhood, we described Billie as "scarey," which means that he was frightened easily; it does not mean that Billie would frighten other people. For example, if kids were standing in a group, someone would stomp their foot suddenly and Billie would jump and start running away. Then everyone would laugh at Billie and he would try to play it off. Billie had a lot of pent up stress when he was a teenager.

7.    I certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

Samuel Moore

Dated:        St. Louis, Missouri
              JUNE 23 , 2009

Page 3 of 3 Samuel Moore