## DECLARATION OF JOHNNIE GRANT
## PURSUANT TO 28 U.S.C. § 1746

I, Johnnie Grant, do hereby declare and certify the following pursuant to 28 U.S.C. § 1746.

1.    I met Billie Allen when he was about 12 or 13 years old. He came to play softball in the games that Sam Moore set up in our neighborhood. Billie couldn't play at all. He would do things like hit a ball then run straight to second base. All the kids laughed at him and made fun of him. I told him I would teach him how to play, and we became friends at that point. We remained close friends through the time of his arrest in 1997.

2.    When we first became friends, Billie would come over to my house a lot. After a couple of months, I was sick of playing there, so I said we should go over to his house. He gave me a look like he was scared and didn't want to, but I convinced him and we went up the street to his family's place. That house was crazy. First of all, Billie had to knock to get in because they would keep him locked out and wouldn't let him have a key. Inside, the house was dirty and cluttered. There was stuff everywhere. And as soon as we walked in the house, his sisters started dogging him over nothing. He hurried me right up to his room, and his room was a complete wreck. The most amazing thing was that he didn't even have a bed. Instead, they had given him an old set of springs that he would just have to throw a blanket over to sleep on. I sat down on it and those springs hurt. They stuck straight out and would scrape your skin and poke into your flesh. I asked him if he was going to get a new bed, and he said no.

3.    After we had been there a couple minutes, his sister Anne came into the room and told me, "don't be friends with him." She started saying how he was stupid and dirty and then she grabbed a dirty pair of underwear and dumped it on his head.

4.    Billie was mistreated by his family every time I went over to his house. His sisters

Page 1 of 4 Johnnie Grant

would dog him and get him in trouble with Juanita. Juanita and his grandfather would cuss him and hit him and throw things at him. Billie got picked on and whooped all the time for no reason. Sometimes he would even turn it into a game and tell me, "Watch this." Then he'd approach his grandfather's room and say something like, "Hey, grandpa," and a shoe would just come flying out at Billie's head. I have never in my life seen anything like it. Billie was an outcast in his home, and there was no reason I could ever figure for why his family abused him that way.

5.    Billie's mom, Juanita, had big problems the whole time I knew Billie. She would sit up in her room, drinking liquor and smoking cigarettes and watching TV. Occasionally she would yell for Billie to go get cigarettes for her from the store. When she came out of her room was the scariest. She would hit him in the head and cuss him, whip him with belts and shoes, all for no reason. She was just a crazed drunk. Sometimes when she sent Billie to the store to buy her cigarettes, she wouldn't let him back into the house and would just make him leave the cigarette pack in the mail slot.

6.    The entire time I knew Billie he did not have a key to his own house. When I was first getting to know him, I remember after softball one day we left him off at his house, and he acted like he was going inside. But the next morning, I came by his place and he was asleep on the front porch. I first realized then that his family locked him out overnight. They didn't care if it was cold and they didn't care that the neighborhood was dangerous and violent.

7.    Billie's grandfather, Otha, was very mean to Billie. The refrigerator in Billie's house had a squeaky door. If Billie opened it to get some food, Otha would come storming in and chase him away, hitting him or whipping at his hand on the refrigerator door. Otha chased Billie out of the house, yelling at him and swinging at him. One time, I remember coming over on a winter morning

to ask Billie if he wanted to come hang out with me. Billie came out onto the porch to talk to me and as soon as he stepped outside, Otha locked the door behind him and wouldn't let him back in to get his coat.

8.      Billie wasn't even allowed to do laundry at his own house. I remember one time he didn't have any clean underwear so he got a bunch of clothes and put them in the washing machine but as soon as one of his sisters heard the washer running, she came up and threw Billie's clothes onto the floor and chased Billie off. His family never bought him new clothes and wouldn't let him wash what he had, so Billie had to borrow clothes from me. I started working when I was only about 14 years old, so I would even help buy Billie clothes sometimes. His family never gave Billie money for anything.

9.      As he got older, Billie was locked out of his house more and more. He would have to sleep on the porch, or in abandoned houses, or just on the street. My mom told Billie that he could stay at our house and he started staying there for many days in a row. He would do anything to avoid going home. He latched onto our family and started calling my mom, "Mom."

10.      Billie's father was a drug addict. I only saw him a few times. One time we saw him in the park and he was completely high on something. He came up to Billie and said, "Hey, you got something for me," like he was asking Billie for money. Billie got real upset and chased him away.

11.      Despite all the abuse he suffered, Billie usually acted like it didn't bother him. His family would verbally attack him, and physically abuse him, and throw him out on the street, and Billie would just respond by plastering a smile on his face. He acted real optimistic and acted like none of it bothered him. A few times though, when we had been drinking some beers he would get sentimental and say something sad like, "Why did God give me this life?" or "Man, why couldn't I

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 31

have your momma." There were also times when he would just get real quiet and keep to himself. But whenever he seemed sad and upset, it would be like 5 seconds later and he would be excited about something completely unrelated. He'd say, let's do this or let's do that. Billie just couldn't sit still. He always seemed anxious.

12.    One time, when Billie was about 15 or 16, we were walking along the street and saw his mother pull her car into the parking lot at the liquor store. She saw Billie and yelled for him to come over and then started asking him for money. He got real upset and started yelling at her that she never did nothing for him. But times like that were unusual. Most of the time, Billie just shrugged off the way he was mistreated.

13.    A few nights before Billie got arrested, I was driving him around and he asked me to take him to his house so he could get some clothes. He walked up to the door and knocked. I saw someone look through the blinds, and Billie asked to get in so he could get some clothes. They told him no, and he pleaded with them and banged on the door but they told him to go away and that he was not welcome there ever again.

14.    After Billie was arrested the police came to my house pounding on the door. They threatened to kick in my door. They told me that I was involved in the bank robbery and would arrest me if I didn't answer their questions. They said that I knew where the money was hidden. I told them that I didn't have anything to do with the robbery. I was at work at the time of the robbery. After that, there were unmarked police cars parked in front of my house and following me.

15.    If I had been asked about any of these topics at Billie's trial, I would have testified to the same information contained in this Declaration.

I certify that the facts set forth above are true and correct to the best of my personal

Page 4 of 5 Johnnie Grant

knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

Johnnie Grant

Dated:        St. Louis, Missouri
              6/22/_____, 2009