## DECLARATION OF SHIRLENE GRANT
## PURSUANT TO 28 U.S.C. § 1746

1.    My name is Shirlene Grant. My son is Johnnie Grant. Johnnie testified at Billie Allen's trial for murder.

2.    I remember when Johnnie met Billie Allen. Our home was close to Billie's house on Cote Brilliant. Johnnie was probably around 12 years old when he met Billie. Johnnie and Billie became best friends and remained best friends until the trial.

3.    I got to know Billie very well because he was always over at my house. Billie started coming over to the house shortly after he met Johnnie. It seemed like Billie spent most of his time at my house and he often ate dinner and stayed over night at my house. I always let Billie stay over at our house as long as he wanted because I knew that he had a very difficult home life.

4.    I knew Billie's mom, Juanita, well enough to know that she had some serious problems. She always looked ragged and worn and I knew that she was a heavy drinker. I was friends with Juanita's sister when I was younger. Even back then Juanita had a reputation as a drinker and partier. I never saw Billie's mother look happy. She was always very unhappy with Billie.

5.    Billie struggled over his relationship with his mom. Although he tried to hide his emotions, he let Johnnie and I know that he felt abandoned by his mom. He told me that, I didn't understand, I didn't know how she is. his mom never loved him. One time, I saw Juanita ask Billie for money out on the street. He became really upset. I thought this was strange for Billie because he was a very giving kid. Sometimes he would leave a little money behind after staying with us for a

few days.

6.    Johnnie often told me that Billie had it really bad at home. He told me that Billie's mother constantly locked him out of the house. Johnnie told me that he saw Billie sleeping on his front porch on a cold night because he had been locked out. Johnnie also told me that Billie's house was dirty and a tough place for Billie to live because he was always being insulted by his family. I knew this and let Billie stay at our house because I felt so badly for him.

7.    One night Billie came to our house after Johnnie and I had finished eating. Billie came into the kitchen as I was cleaning up and asked if he could have our leftovers.

8.    When Billie was about 16 years old he spent more time at my house than he did at his own house. He started calling me "mom" around that time.

9.    When Billie got arrested, Detectives from St. Louis came to my house looking for Johnnie. They yelled and screamed and told Johnnie that they knew he was involved with the robbery. They also said that Johnnie had some of the money from the bank. I didn't understand this because Johnnie didn't have anything to do with any of that stuff. He was working at the time of the robbery. The Detectives really put a lot of pressure on Johnnie. They parked out in front of our house during the day and night. Johnnie felt that he had to testify against Billie; if not he would get locked up for something he didn't do.

10.    I was never contacted by Billie's defense counsel before trial and I was not asked to testify. If I had been called to testify at Billie's trial, I would have stated the same facts contained in this declaration.

11.    I certify that the facts set forth above are true and correct to the best of my personal

2



knowledge, information, and belief, subject to the penalty of perjury, pursuant to

28 U.S.C. § 1746.

Shirlene Grant

Saint Louis, MO
DATED: 06-22 09