## DECLARATION OF AHMED OLIVER
## PURSUANT TO 28 U.S.C. § 1746

I, Ahmed Oliver, do hereby declare and certify the following pursuant to 28 U.S.C. § 1746.

1.      I have been friends with Billie Allen since I was about five years old. My family lived not far from his family for many years. Billie and I rode the bus to school and hung out together sometimes after school.

2.      Prior to Billie's trial I was contacted by his attorney and asked general questions about Billie's character. I was asked to tell them all the good stuff I knew about Billie. I was interviewed along with my mother and eventually told that they would like me to testify about Billie's character at his trial. I was told that since I didn't have a record, I could tell the jury that Billie was a friend of mine and that he was a nice person. I did eventually testify at Billie's trial

3.      I was never asked to describe the many troubling details I knew about Billie's upbringing. If I had been asked, I would have given the following information about his life. Billie's house was rundown and wrecked. There were holes in the walls with piles of plaster and paint on the floor. I recall walking into the kitchen and seeing filth everywhere. There were roaches running on the walls, the cabinets, and table. Dirty dishes were everywhere and one dirty dish would have about 20 roaches feasting on it. Billie's room only had an old set of springs on the floor to use as a bed, and there were dirty clothes all over.

4.      Every time I went to his house with him, Billie's whole family would dump on him from the minute they let him in the house. They would yell and shout at him, calling him names. Because of the house being wrecked and the hostile atmosphere, we would spend most

Page 1 of 3 Ahmed Oliver AO.

Case: 4:07-cv-00027-ERW    Doc. #: 94-40    Filed: 08/14/09    Page: 2 of 3 PageID #: 1062

of our out of school time at my house.  Billie said he liked being at my house because it was clean and felt like a home.  I also wanted to hang out at my house because it was safe.

5.    At school, there were groups of kids that were mean to Billie.  Billie stood out even among the small group of African-American "deseg" students in Clayton because he was from a more disadvantaged background.  His family was not able to buy him the "right" clothes and given his appearance, it seemed that no one cared for him at home.   He was often teased and tormented for having dirty clothes and worn out shoes.  His hair was always a mess, he was dirty, and had a bad skin condition.  This caused the girls at school to really pick on him.  Billie was also very poor, noticeably more so than the other city kids bused to Clayton schools, and of course significantly more so than the Clayton children.  I remember one year at school all of us kids were describing our vacations.  Billie started to describe his vacation to Disney World.  He filled his story with lots of details.  I knew he didn't go to Disney World.  Billie would often lie to fit in, and he seemed to believe his lies.  Sometimes when he had asthma attacks at school, he was even picked on for faking the attacks.

6.    Billie would come over to my home several times a week.  Sometimes he came over because his family locked him out of the house and wouldn't let him in.  We would work on our music together in the studio I had made.  Billie had talent with music and drawing.  Many times he would zone out and just sit and draw, like he was off in his own world.  When his family locked him out of his house, he seemed to like being around my mother.  He often called her "Mom" and looked up to her.  I knew he loved his own mother but she was not able to care for him as a mother should, and he was afraid of her.  My mother listened to Billie and did not yell at him.  As Billie got older, he began to look worn out and tired.  He was forced to grow up and fend for himself on the streets by the time he was about 11 years old.

Page 2 of 3 Ahmed Oliver *AO*

7.      Billie began using drugs at an early age.  He smoked weed all the time and sometimes drank alcohol.  Eventually he began to sell drugs in his part of the neighborhood.  A short time later he just stopped coming by.  Whenever we would see each other he would ask how things were going and he would tell crazy stories that he made up.  One lie I called him on was when he told me he had made so much money selling drugs that he bought an Infinity.  When I asked to see the car, he made up another lie that the car was in the shop because he was having his name put on the seats.

8.      I am providing this declaration after several meeting and phone conversations with Billie's current investigator and answering his questions on every occasion.  He came back to me with this statement, which I have reviewed.  It is correct and accurate to the best of my information, belief, and understanding.

9.      I certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

Ahmed Oliver

Dated:      7-20-09   , 2009
Atlanta, Georgia

Page 3of 3 Ahmed Oliver  AO