Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 34

### DECLARATION OF CLAUDE MCLEMORE
### PURSUANT TO 28 U.S.C. § 1746

I, Claude McLemore, do hereby declare and certify the following pursuant to 28 U.S.C. § 1746.

1.    My name is Claude McLemore. I am Billie Allen's cousin. His mother Juanita and my mother Lucy are sisters. Billie is about two years older than me. Billie and I were close when we were kids, and we spent lots time together.

2.    When they were still together, Billie's mom and dad fought a lot. They would yell, scream, curse, shove and hit each other regularly. Juanita left her husband and went with Billie and the rest of her kids to live with my grandfather at the house on Cote Brilliiante.

3.    I stayed with Billie at the house on Cote Brilliante overnight, for whole weekends, and even for weeks at a time during summer. I liked staying with Billie because there was no adult supervision. We were free to come and go as we pleased, and did not have to answer to anyone. Even when we were only about 9 or 10 years old, we could leave the house in the morning and not come back until night. We wouldn't tell anyone where we were going or what we were doing. Juanita would not be home for days at a time. Billie and I didn't know where she was. Sometimes our grandfather wouldn't be home for days either and there would be no adults in the house at all.

4.    When she was home, Juanita would spend most of her time in her room smoking cigarettes and drinking. Even when folks would drop by, she would often stay in her room and just yell hello from upstairs. When she came out of her room, she would continue with her drinking. I remember her drinking 22 ounce cans and 40 ounce bottles of Miller. She also liked cheap vodka. When she ran out of cigarettes, she would call Billie up to her room, give Billie money to get her another pack, and me and Billie would

walk to the store to buy them.

5.      Billie liked to stay out of the house because he got whooped there a lot. When he was young, Juanita grab Billie, rough him up, and beat him with thick belts, extension cords, high-heel shoes, whatever she could put her hands on. When I stayed over for a weekend, Juanita usually beat Billie at least once or twice, even though we weren't in the house most of the time.

6.      Billie got beaten for pretty much anything. Juanita beat him if he slammed a door, if he talked back, if he didn't do what she said right away, if he broke something. Sometimes Juanita was just drunk and angry and hit Billie for no real reason.

7.      Billie was beaten a lot more than his three sisters. A lot of times he got beat because his sisters told on him. Billie and one of his sisters would argue about something, then the girls would go to Juanita's room and tell on him. Even if what they said wasn't true, Juanita believed them. She would yell for Billie to come up to her room, and then she would beat him. Billie got yelled at constantly by his mother and sisters. They would dog him, tease him, scream at him all the time. It was a very tense family, and Billie just had it worse than everyone else.

8.      When Billie became a teenager, instead of beating Billie herself, sometimes Juanita called Uncle Jerome and he would beat Billie. Sometimes our grandfather Otha whipped Billie too. Jerome and Otha also used belts to whip Billie, and Jerome also punched him with his fist.

9.      Juanita would often kick Billie out of the house for days at a time. She just wouldn't let him back in. When I came over and he wasn't there, I usually spent time with his sister Yvette. When I asked where Billy was, she would tell me that he was kicked out again.

2

He was made to live on the streets and take care of himself from the time he was young.

10. The beatings Billie got were definitely physical abuse. It's the kind of stuff that adults can go to jail for these days. Our grandparents came to Saint Louis from Mississippi. Their grandparents were slaves. To me, the whippings and all the physical abuse that happened in our family was trauma that got handed down from slavery. It was a problem that just got passed on because no one knew how else to deal with their problems.

11. Billie did not have any real parental supervision and was not really taken care of by his family. I remember that my father had to buy clothes and shoes for Billie so that he could dress for school.

12. I testified at Billie's trial in 1998. Before I testified, I met with his lawyers once. At the meeting, they only asked me about the good stuff about Billie. At trial, it was the same. They only asked about good stuff. I was not asked about the abuse I have described in this statement. I did not know that it might be important, but if they had asked me about these things, I would have told them in our meeting and testified at trial to the same facts contained in this declaration.

13. I certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

_____
Claude McLemore

Jefferson City, MO
DATED: January 31, 09

3