Case: 4:07-cv-00027-ERW    Doc. #: 94-42    Filed: 08/14/09    Page: 1 of 2 PageID #: 1067

## DECLARATION OF ANTONIO RYCRAW
## PURSUANT TO 28 U.S.C. § 1746

I, Antonio Rycraw, do hereby declare and certify the following pursuant to 28 U.S.C. § 1746.

1.    My name is Antonio Rycraw but I'm known as Tony. I grew up on Cote Brilliante, down the street from Billie Allen. I've known him since he was about 10 or 11 years old. Billie is a couple years older than me.

2.    Billie's family put him out from the house, even at night. When he was only 10 or 11 years old, I remember he'd be walking the street late at night, acting like he had somewhere to go. When the Marquise and Eric Taylor moved into the neighborhood, he would go over and spend the night with them at lot. Before that, it seemed like he had nowhere to go. I never knew why he got locked out from his house so much. Billie would just play it off like he didn't want to go home, but everyone knew that his family locked him out. They just threw him out like trash.

3.    Billie was like that, always acting real positive even when bad stuff was happening. He'd joke around and try to get attention and had a lot of nervous energy. As we got older, he got beat up a lot on street. The 6-0 gang, which hung out up by Garfield, was always jumping him, a group of them surrounding him and punching and stomping on him. One time I even saw them pistol whip him in the head up on Cote Brilliante. They was angry that Billie had friends down on Taylor who ran with the 6-2 gang. Billie wasn't into the gang stuff, but it cost him that he had friends on both sides. Billie's way of dealing with guys who were after him was to laugh and smile a lot and if that didn't work, he'd just try to run away.

4.    Billie liked to smoke weed. He started smoking weed when he was about 13 or 14. It settled him down so he could be more laid back than most the time.

5.    Billie couldn't take care of himself real good. Since he was hardly ever at home, he

Page 1 of 2 Antonio Rycraw ___  *A.L.R*

wore dirty clothes and looked like he needed a shower. Lots of people made fun of him for the way he looked.

6.      One time, after I had known Billie for a few years, he, Eric, Marquise, Prentiss Church, and I went joyriding in a couple stolen cars. Billie and I were in the same car together. We just rode around until we got caught. Before too long, we all got arrested together.

7.      Before this year, I have never been contacted by anyone working on Billie's behalf in his murder case. If Billie's lawyers had contacted me before his trial in 1998, and had asked me about these topics, I would have provided the same information contained in this Declaration. If I had been asked at Billie's trial about these things, I would have testified to the information in this Declaration.

I certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

Antonio Rycraw

Dated:          St. Louis, Missouri
                6-23-09     , 2009