Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 36

## DECLARATION OF TYRONE JONES
## PURSUANT TO 28 U.S.C. § 1746

1.   My name is Tyrone Jones.  I testified at Billie Allen's trial in 1998.

2.   I coached a neighborhood basketball team that Billie played on when he was about 14 years old.  He played on the team for a few years, until he was around 16 or 17 years old.

3.   The basketball team was composed of kids from the neighborhood where Billie lived. The idea behind the basketball team was to give kids a sanctuary from the city streets. The neighborhood was very violent during those days.  Young men were being killed every day, drug dealers controlled the streets. The violence was constant.  There were very few positive influences for kids in the neighborhood. The hope was that the basketball team would get kids out of the streets and away from broken homes. I remember getting involved with the team right after a friend of mine had been shot in the head and killed.

4.   I never met either of Billie's parents.  They never came to any of Billie's games or practices.  Billie's desire for attention really stands out in my mind.  You could see that he really wanted to belong, to fit in somewhere.  I felt like he was really trying to cling on to the basketball team because he needed to belong to something.

5.   In those days, Billie wasn't eager to go home from basketball.  He always came to practices and games early and was always one of the last kids to leave afterwards. He acted like some of the other kids on the team who had no sanctuary at home. He spent as much time as he could at the basketball court.

6.   Billie really tried hard to be a good basketball player.  He certainly had the heart to be a

*T.J.*

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 36

better player and would do whatever I asked him. I think this had a lot to do with his wanting to fit in. But Billy was mentally slow. He had a very hard time learning the basketball plays that we would run during games. In fact, I would say that he wasn't able to learn many of the plays. I had to modify the plays for Billie and make it real simple so he could participate in the games. Billie always had a goofy look about him, like he didn't quite get what was happening.

7.    At Billie's trial, I answered whatever questions were asked of me. I would have testified to everything that it is in this declaration if someone had asked me the questions.

8.    I certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

Tyrone Jones

Saint Ann, MO
DATED:  6-24-09

2