## DECLARATION OF DARLETTA TABB
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Darletta Tabb. I have been friends with Billie Allen's mother, Juanita Petty, since we were 14 years old.

2. Juanita and I met during our freshman year of high school. When we were teenagers, Juanita and I would go to parties with our other friends. I was never much of a drinker, but Juanita would drink a lot at these parties.

3. Juanita would also go out drinking at clubs or bars on nights when I would not go out.

4. As Juanita got older, she started drinking more and more heavily. When she was younger, Juanita would drink Bartles & Jaymes, and later she drank vodka and 7-Up. She was always unpleasant to be around when she was drinking. She was loud and would swear at everyone. She would try to pick fights if men tried to pick her up.

5. Juanita drank frequently as an adult. She didn't stop drinking when she was pregnant with Billie. Back then, people didn't know that drinking while you were pregnant could cause any harm to the baby. I'm sure Juanita did not know that drinking could harm her baby.

6. Around 1992 I started telling Juanita she was drinking way too much. Although she was one of my oldest friends, I began to distance myself from her because I didn't like being around her while she was drinking.

7. Right after Billie's trial, Juanita started getting severe nose-bleeds and had to go to the hospital. Her blood pressure had gotten so high from her extreme drinking that her body just couldn't take it anymore. It was then that she knew she needed help and she checked into an alcohol rehabilitation center.

8. I was never contacted by anyone working on Billie's case in 1997 or 1998. If I had been contacted or if I had been called as a witness at trial, I would have provided the same information contained in this declaration.

9. I certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

Darletta Tabb
Saint Louis, MO

DATED: 11/13/08