## DECLARATION OF TRACY JOYCE EATON
## PURSUANT TO 28 U.S.C. § 1746

I, Joyce Eaton, do hereby declare and certify the following pursuant to 28 U.S.C. § 1746:

1.      I testified at Billie Allen's capital trial in 1998, and I recall one meeting with someone from his legal team before I testified. I testified about Billie's good qualities and also about the emotional pain and anxiety he experienced as a child. I have met with Billie's current lawyers on several occasions, and I also met with Billie's current psychiatrist at his lawyers' request. I absolutely would have been willing to meet with Billie's psychiatrist before trial, if I had been asked to do so.

2.      I taught Billie Allen in the fourth grade in the Clayton Public Schools. Billie attended school there as part of the voluntary desegregation program, and I worked with a lot of the kids who were coming in from the city via the desegregation program. Even among the "deseg" kids, Billie stood out. I don't remember any other children from his neighborhood, known as "The Ville." Many of the children in the desegregation program were from middle class African-American homes, and often had professional parents. Billie was from a slum; the middle-class families had long ago left his neighborhood for the suburbs.

3.      The African-American students in Clayton had a class structure in their friendships. Billie was at the bottom, and he knew it. The gap between him and the other students was so painful for him. He sometimes came to me because other children were calling him names. The kids knew how to use racial slurs out of their teachers' earshot. Because he needed his teachers' support, other children saw him as a pet. Appearances were important, but Billie did not come to school in the latest clothing labels. In fact, on many days he was disheveled.

4.      I took a job as a mathematics supervisor in the St. Louis Public Schools in 1991, and

Case: 4:07-cv-00027-ERW    Doc. #: 94-45    Filed: 08/14/09    Page: 2 of 2 PageID #: 1074

in that position I visited schools all over the city. I went back to Sumner High School – where I had attended high school – and I was shocked by the changes. When I attended Sumner, it was a wonderful educational experience. The smart, hard-working kids were popular, and everyone celebrated students who won awards in sports, arts, and honor roll. People were proud to be Sumner graduates. Arthur Ashe was in my class. But Sumner, with the surrounding neighborhood, deteriorated over time. When I went back, it was nothing like the school I knew. Drugs were everywhere in the neighborhood, and that environment was too much for the students. Sumner was no longer a place of pride for students and the community. It was no longer a place where it was "cool" to be smart.

5.      One time, I saw one of Billie's sisters in a store, and we started talking about Billie. She told me that as a child Billie had been molested by one of his uncles. It was something that she just mentioned in passing.

6.      I certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

_____
Tracy Joyce Eaton

Dated:      St. Louis, Missouri
            7-10          , 2009