Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 39

## DECLARATION OF JAMES MONROE
## PURSUANT TO 28 U.S.C. § 1746

I, James G. Monroe, do hereby declare and certify the following pursuant to 28 U.S.C. § 1746.

1.      I am an investigator with the Federal Community Defender Office - Capital Habeas Unit, in Philadelphia, Pennsylvania.  I am assigned as the investigator to the Billie Allen Section 2255 case.  I have more than 25 years investigative experience in New York, Virginia, and Pennsylvania.

2.      During the course of my investigation of this case, I learned that the person identified at trial only as "J.B." was in fact Jerry Bostic, and that Mr. Bostic died while in jail in St. Louis in 1998.   .

3.      I certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

James G. Monroe

Dated:      August  4      , 2009
Philadelphia, Pennsylvania