Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 40

## Declaration of Connie Supranowich
## Pursuant to 28 U.S.C. § 1746

I, Connie Supranowich, hereby declare and certify that the following is true to the best of my knowledge, information, and belief, subject to the penalty of perjury.

1.      I am a self-employed contract paralegal. I was so employed in 1997 and 1998. At that time my maiden-name was Caspari. At that time I did a lot of work for Richard Sindel, Esq. I had worked on a capital case (Andre Bonds) with Mr. Sindel and when he assumed representation of Billie Allen, he again asked me to assist. I was appointed by the Court and billed my time directly to it.

2.      I am a high school graduate. I attended the University of Missouri at Columbia for one year. I then attended the American Institute for Paralegal Studies and completed a one year program for which I received a paralegal certificate. I have no expertise or training in the areas of mental heath, now or at that time.

3.      My role in the Allen case was to perform general paralegal duties, which included primarily review and organization of discovery materials, frequent contact with Mr. Allen at the jail, and some investigation. I have no independent recollection of the precise investigation that I performed, except that I do recall exploring Mr. Allen's potential alibi defense. I have reviewed a letter from Dr. Craig Haney to Mr. Sindel dated January 13, 1998 in which he indicated that he had not received any

1

social history or mitigation-related witness interviews from Mr. Sindel or his office. I can state that if I had conducted mitigation interviews, I would have memorialized them in memo form and, if requested by Mr. Sindel, forwarded them to Dr. Haney.

4.      I have reviewed three letters reflecting communication between myself and Dr. Haney during the pre-trial period.  These letters reflect that I sent him some discovery and background materials related to this case.

5.      My recollection of my work on this case is very sketchy.  I can say based on my practice of working with Mr. Sindel that I would have memorialized any contacts or substantive interviews with witnesses, or the results of any substantive task that Mr. Sindel would have requested of me.

6.      I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information and belief subject to the penalties of perjury pursuant to 28 U.S.C. § 1746.

_____
Connie Supranowich

Dated:      City of St. Peters, Missouri
            July 28, 2009