## JUROR QUESTIONNAIRE

### ALL QUESTIONS MUST BE ANSWERED

1.  Juror Number: _6?_

2.  Age: _43_

    State and City of Birth: _St Lou's Mo_   Sex: _F_

    Ethnic Background: _Black_

3.  County: _Moline Acres_
    No. of Years at current residence: _9_

    Do you currently own_____, rent _✓_, or live with homeowners_____?

4.  Name any previous residence, neighborhood, community or suburb where you lived for a substantial period of time:
    _4751 Hammett Pl. 23 yrs_

    _____

5.  a.  How much education do you have?

        Grade School or less_____
        Some high school_____
        High school graduate_____
        Technical or business school _____
        Some college _✓_
        Graduated from college with a degree in_____
        Major areas of study in college included:

        _____

    b.  Are your presently a student at any public or private secondary school or in actual attendance at an institution of higher education?

        Yes _____       No _✓_

        (1) If yes, describe course of study and anticipated dated of completion: _____

        _____

Case: 4:07-cv-00027-ERW    Doc. #: 94-48    Filed: 08/14/09    Page: 2 of 98 PageID #: 1079    #83

6.   What is your occupation? _LEGAL SECRETARY_

Name of your present employer: _EDWARD JONES_

Address of employer: _12555 MANCHESTER RD._

Length of employment: _4 YRS._

Present job description: (describe briefly): _TYPE LEGAL DOCUMENTS - ANSWER SUBPOENAES - FILE PLEADINGS_

_VARIOUS OTHER DUTIES_

7.   a.   List all prior occupations in which you have been engaged:

_RESERVATION AGENT - TWA_

_BANK TELLER - PRUDENTIAL SAVINGS_

   b.   Are you a salaried employee of the U.S. Government?
Yes _____          No _✓_____

      (1)  If yes, give your daily work hours and regular days off: _____

8.   Do you have any supervisory responsibilities at work?
Yes _____          No _✓_____

   a.   If yes, how many people are under your supervision?_____

9.   Have you or anyone in your family ever worked for or been associated with a law firm, a District Attorney's Office, Prosecutor's Office or a United States Attorney's Office?
Yes _✓_____     No _____     _LAW DEPPARTMENT @_
                                      _EDWARD JONES_

   a.   If yes, identify person as yourself or family member: _MYSELF_

-2-

b.  If yes, what is the location of the office (city and state).
_EDWARD D. JONES & Co. / St. Louis, Missouri_

c.  Dates of service: _2/22/94 — PRESENT_

d.  Duties: _LEGAL SECRETARY_

e.  Current status: _VERRY MUCH ACTIVE_

10. Are you presently involved in law enforcement or have you ever been involved in law enforcement in the past (including military police)?

Yes _____    No _✓_

a.  If yes, please explain: _____

_____

11. Do you have a close friend or relative presently or in the past engaged in law enforcement?

Yes _____    No _✓_

a.  If yes, please explain: _____

_____

12. Are you:  Married _✓_    Single _____

Separated _____    Divorced _____    Widowed _____

13. Spouse's ethnic background: _BLACK_

Spouse's occupation: _YORK INSPECTOR_

Spouse's prior occupations: _____

_____

-3-

14. If you have any children, please list their age, sex and occupation:

_16 - MALE - STUDENT_

_4 - MALE - PRESCHOOL_

15. How would you describe the condition of your health?

_GOOD_

16. Do you have hearing difficulties?  Yes _____    No ✓

17. Do you have trouble seeing?   Yes ✓   WEAR GLASSES No _____

18. Do you have physical or medical problems which would make jury duty difficult for you?  Yes _____    No ✓

    a.  If yes, please explain: _____

19. Have you or anyone in your immediate family been under a doctor's care for any mental problems?
    Yes ✓        No _____   DEPRESSION

20. Are you taking any medication regularly?  If so, state what kind: _ZOLOFT_

21. Have you, any family members or any close friends ever undergone counseling, treatment or hospitalization for psychiatric, emotional, family, behavioral or substance abuse problems?     Yes ✓       No _____

    a.  If yes, please give details: _I, MY SISTER, MY MOTHER - DEPRESSION_

22. Do you have any prejudice in favor, against, or any fixed opinions concerning psychiatric or psychological testimony?         Yes ✓  .     No _____

    a.  If yes, please explain: _I DO BELIEVE THAT A PERSON'S ATTITUDE & ACTIONS CAN BE AFFECTED BY PSYCHOLOGICAL PROBLEMS_

-4-

23.   What are your hobbies and spare time activities? *READING*

_____

24.   Have your or your spouse served in the military?
      You: yes _____ no ___✓___      Spouse: yes _____ no ✓___

      a.   If yes, please describe branch of service, dates of
           service, assignments, etc.: _____

           _____

           _____

25.   Have you ever had prior jury trial service (Federal or State)?

      Yes _____  No ___✓___      Where _____

           Dates of Service? _____

      a.   If yes, which type of jury service was it?

           Criminal _____      Civil _____      Both _____

      b.   If criminal, type of case(s). _____

      c.   Did you reach a verdict?  Yes _____      No _____

      d.   Did you set the punishment?  Yes _____      No _____

      e.   Were you ever the jury foreperson?  Yes _____   No _____

      f.   Have you or your spouse ever been a grand juror?

           You: Yes _____      No ___✓___

           Spouse: Yes _____      No ___✓___

      g.   Would your prior jury service affect your ability
           to be a fair and impartial juror in this case?

           Yes _____          No ___✓___

    a.    If yes, please explain: _____

_____

26.    This trial may take as long as three weeks to complete. Do you have any problem or pending matter which would prevent you from sitting as a juror for that length of time?    Yes ✓    No _____

    a.    If yes, please explain: MY WORK - THERE IS NO ONE THAT CAN DO MY JOB IN MY ABSENCE FOR THAT PERIOD OF TIME.

27.    Have you ever filed a lawsuit?    Yes _____    No ✓

    a.    If yes, for what reason? _____

_____

28.    Have you ever been sued?    Yes _____    No ✓

    a.    If yes, describe the nature of the lawsuit: _____

_____

29.    a.    Have you or a family member or a close friend ever been personally interested in the outcome of a criminal case as a defendant, victim, witness, or complainant?

    Yes _____    No ✓

    (1)    If yes, please explain your interest:

_____

_____

b.    Were you satisfied with the outcome?

Yes _____    No _____

(1)    Why or why not? _____

_____

30.    Have you or one of your family members or a close personal friend ever been arrested for or charged with an offense above the level of a simple traffic violation?

Yes _____    No ✓

a.    If yes, please explain: _____

_____

31.    Have you ever been convicted of a state or federal crime punishable by imprisonment for more than one year?

Yes _____    No ✓

a.    If yes, were your civil rights restored?

Yes _____    No _____

b.    Are any such charges now pending against you?

Yes_____    No ✓

32.    Are you presently under indictment or legal accusation for any misdemeanor or felony?

Yes _____    No ✓

a.    If yes, please explain: _____

_____

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 41

33. Do you know or have you ever known anyone who has been sentenced to the penitentiary?

Yes ✓          No _____

a.   If yes, please explain: _A GUY MY HUSBAND_

_WORKS WITH_

34. Have you, a relative of yours or a close friend of yours ever been the victim of a crime?

Yes _____          No ✓

a.   If yes, please explain: _____

_____

35. Have your or your spouse ever served on a general court martial?   Yes _____          No ✓

36. If you are chosen to serve as a juror in this matter, the court will instruct you that the defendant is presumed to be innocent and the presumption of innocence can e overcome only if the Government proves, beyond a reasonable doubt, each essential element of the crimes charged.   There is no burden on the defendant to prove that he is innocent.   Do you have a quarrel with this instruction as to the law?

Yes _____          No ✓

a.   If yes, please explain: _____

_____

37. If your answer to the previous question is "Yes," could you put aside your personal feelings and follow the law as stated in the previous question? Yes _____          No _____

38. What newspapers do you read regularly, including both local and out of town papers?

*POST DISPATCH — RIVER FRONT TIMES*

39. The charges in this case include the intentional killing of another. These charges arise out of an incident which occurred on March 17, 1997, at the Lindell Bank and Trust Company, St. Louis, Missouri.

Realizing that the defendant is presumed to be innocent under the law; please answer the following questions regarding any pretrial publicity which you might have seen or heard regarding this case.

a. Have you seen or heard anything about the alleged offense from the news media or from any other sources?

Yes _____          No __✓__

   (1) If yes, please describe the information, and how you obtained it: _____

   _____

b. Do you have any personal knowledge of the facts or charges in this case?    Yes _____          No __✓__

   (1) If yes, please explain: _____

   _____

c. Would the information that you heard, received, or read from any source affect your impartiality in this case?    Yes __✓__          No _____

   (1) If yes, please describe how the information would affect you: *IT WOULD DEPEND ON WHETHER THE KILLER KILLED THE OTHER COLD BLOODIEDLY OR WITHOUT REMORSE*

-9-

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 41

40. Under the law, there may be two trials in this case. In the first trial, one of the questions will be to determine whether or not the defendant is guilty of intentionally killing Richard Heflin. In this trial, the facts at issue are for the jury to determine. The law applicable to the charges is something on which the court will instruct you. You are required to accept the law as the court explains it to you regardless of any opinions you may have as to what the law is or should be. Would you have difficulty following this instruction?

Yes _____ No ✓

   a.   If yes, please explain: _____

_____

41. In the event that the defendant is found guilty of intentionally killing Richard Heflin, there will be a second trial, the jury would be asked to weight various aggravating factors, i.e. factors supporting the death penalty and mitigating factors, i.e. factors weighing against the death penalty. You would be asked to balance the various aggravating and mitigating factors in order to determine whether a sentence of death, a sentence of life imprisonment without the possibility of release, or a lesser sentence is the appropriate penalty.

Is there any reason you would not be able to consider all aggravating and mitigating evidence and decide whether or not death is an appropriate penalty?

Yes _____    No ✓

   a.   If yes, please describe: _____

_____

42. Regarding the death penalty, which of the following ten statements most accurately represents your beliefs: (Please read all ten statements, take some time to reflect, and then circle the appropriate statement(s)):

a. In a case in which the defendant is convicted and in which the death penalty is requested, I will always vote to impose the death penalty.

b. I am strongly in favor of the death penalty, and would have a difficult time voting against it.

c. I am generally in favor of the death penalty, but I would base a decision to impose it on the facts and the law in this case.

d. In a case in which the defendant is convicted and in which the death penalty is requested, I can vote to impose the death penalty if it is appropriate based on the facts and the law in the case.

e. I am generally opposed to the death penalty, but I believe I can put aside my feelings against the death penalty and impose the death penalty if it is called for by the facts and the law in the case.

f. Although I am philosophically, morally, or religiously opposed to the death penalty, I do believe that I can follow a law providing for the imposition of the death penalty.

g. I feel that my opposition to the death penalty will make it difficult for me to perform my duty as a juror to reach a verdict of guilty or not guilty.

h. I am strongly opposed to the death penalty, and I will have a difficult time voting to impose it.

i. I am personally, morally, or religiously opposed to the death penalty, and would never vote to impose it under any circumstances.

j. None of the above. Explain: _____

_____

-11-

43. Do you hold any personal, moral, religious, or other beliefs about the death penalty such that you could never consider imposing it under any circumstances?

Yes _____        No ___✓___

44. Are the beliefs you may have about the death penalty such that those beliefs would prevent you from being a fair and impartial juror at the first stage of trial, where you would be deciding whether the defendant is guilty or not guilty of the charge against him?

Yes _____        No ___✓___

   a.   If yes, please explain: _____

        _____

45. Do you have a religious affiliation?  Yes _✓_ No _____

   a.   If yes, please describe: _CATHOLIC_____

46. The defendant in this case is an African American man accused of killing a white man.  Would this be important to you in deciding between a life sentence and the death penalty?       Yes _____        No _✓___

   a.   Please explain your answer: _____

        _____

47. Do you have any feelings toward any racial or ethnic group which would cause you to judge a member of that group unfairly?       Yes _____        No _✓___

   a.   If yes, please explain: _____

        _____

48. The attorneys for Billie J. Allen are Mr. Richard Sindel and Mr. John Simon.  Do you know or have you heard of any of these attorneys?
   Yes _____        No _✓___

   a.   If yes, how do you know them or what have you heard about them? _____

        _____

-12-

49.  The attorney for Norris G. Holder is Mr. Charles M. Shaw. Do you know or have you heard of any of this attorney?
     Yes _____    No __✓___

     a.  If yes, how do you know him or what have you heard about him? _____

     _____

50.  The prosecutors in this case Mr. Edward L. Dowd, Jr., United States Attorney for the Eastern District of Missouri and Mr. Joseph M. Landolt, Assistant United States Attorney. Do you know or have you heard of any of these attorneys?
     Yes _____    No ___✓___

     a.  If yes, how do you know them or what have you heard about them? _____

     _____

51.  Do you know or do you think you might know the defendant in this case, Billie J. Allen, or any of his family?
     Yes _____    No __✓___

     a.  If yes, in what capacity? _____

     _____

52.  Do you know or do you think you might know the defendant in this case, Norris G. Holder, or any of his family?
     Yes _____    No __✓___

     a.  If yes, in what capacity? _____

     _____

53.  Were you or anyone you know acquainted with Richard Heflin or his family?
     Yes _____    No __✓___

     a.  If yes, in what capacity? _____

     _____

- 13 -

54.  So far as you know at this time, is there anything that
     would prevent you from being a fair and impartial juror
     for the trial of this case?
     Yes  ✓           No _____

     a.   If yes, please explain: IF THERE ARE SOME YOUNG
     HOODLUMS THAT DON'T CARE AT ALL ABOUT
     TAKING A LIFE, YES, I WOULD STRONGLY
     LEAN TOWARDS @ GUILTY.

-14-

4

## JUROR QUESTIONNAIRE

### ALL QUESTIONS MUST BE ANSWERED

1.   Juror Number: 171

2.   Age: 36

State and City of Birth: Cape Girardeau. Mo        Sex: F

Ethnic Background: White

3.   County: Cape Girardeau
No. of Years at current residence: 7 months

Do you currently own ✓, rent_____, or live with homeowners_____?

4.   Name any previous residence, neighborhood, community or suburb where you lived for a substantial period of time:
11401 Surf Side Dr. St Louis Mo 63701

(Spanish Lake, Mo)

5.   a.   How much education do you have?

Grade School or less_____
Some high school_____
High school graduate_____
Technical or business school _____
Some college_____
Graduated from college with a degree in Social work
Major areas of study in college included: Psychology, Social work

b.   Are your presently a student at any public or private secondary school or in actual attendance at an institution of higher education?

Yes _____        No ✓

(1)   If yes, describe course of study and anticipated dated of completion: _____

_____

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 41

#121

6.   What is your occupation? _Contract Negotiator_____

Name of your present employer: _Merit Behavioral Care_____

Address of employer: _13736 Riverport Dr. St. Lous MO___

Length of employment: _8 yrs_____

Present job description: (describe briefly): _Recruit_____
_therapist to join MBC's provider network_____
_____

7.   a.   List all prior occupations in which you have been
          engaged:

          _Social work, Sales_____
          _____

     b.   Are you a salaried employee of the U.S. Government?
          Yes _____          No _✓____

          (1)  If yes, give your daily work hours and regular
               days off: _____

8.   Do you have any supervisory responsibilities at work?
     Yes _____          No _✓____

     a.   If  yes,  how  many  people  are  under  your
          supervision?_____

9.   Have you or anyone in your family ever worked for or been
     associated with a law firm, a District Attorney's Office,
     Prosecutor's Office or a United States Attorney's Office?
     Yes _____          No _✓____

     a.   If  yes,  identify  person  as  yourself  or  family
          member: _____

-2-

b.   If yes, what is the location of the office (city and state).

_____

c.   Dates of service: _____

d.   Duties: _____

e.   Current status: _____

10.  Are you presently involved in law enforcement or have you ever been involved in law enforcement in the past (including military police)?

Yes _____        No ✓

a.   If yes, please explain: _____

_____

11.  Do you have a close friend or relative presently or in the past engaged in law enforcement?

Yes _____        No ✓

a.   If yes, please explain: _____

_____

12.  Are you: Married ✓        Single _____

            Separated _____   Divorced _____   Widowed _____

13.  Spouse's ethnic background: _White_____

    Spouse's occupation: _Sales, Marketing_____

    Spouse's prior occupations: _Sales_____

_____

-3-

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 41

#121

14.  If you have any children, please list their age, sex and occupation: _4 yrs (Male)   20 months (Female)_

_____

15.  How would you describe the condition of your health? _Good_

16.  Do you have hearing difficulties?   Yes _____   No _✓_

17.  Do you have trouble seeing?   Yes _____   No _✓_

18.  Do you have physical or medical problems which would make jury duty difficult for you?   Yes _____   No _✓_

     a.   If yes, please explain: _____

19.  Have you or anyone in your immediate family been under a doctor's care for any mental problems?
     Yes _____        No _✓_

20.  Are you taking any medication regularly?  If so, state what kind: _Prozac 20mg. for PMS_

21.  Have you, any family members or any close friends ever undergone counseling, treatment or hospitalization for psychiatric, emotional, family, behavioral or substance abuse problems?   Yes _✓_   No _____

     a.   If yes, please give details: _Went to brief Marital Counseling_

22.  Do you have any prejudice in <u>favor</u>, against, or any fixed opinions concerning psychiatric or psychological testimony?   Yes _✓_   No _____

     a.   If yes, please explain: _I have a strong background of work experience in the mental health field_

-4-

23. What are your hobbies and spare time activities? _With working_ _full time i two small children there is not much time for_ _hobbies. It use to be team sports, working out, reading ._

24. Have your or your spouse served in the military?
    You: yes _____ no __✓__    Spouse: yes _____ no _____

   a. If yes, please describe branch of service, dates of
      service, assignments, etc.: _____

      _____

      _____

25. Have you ever had prior jury trial service (Federal or State)?

    Yes _____ No __✓__    Where _____

    Dates of Service? _____

   a. If yes, which type of jury service was it?

      Criminal _____    Civil _____    Both _____

   b. If criminal, type of case(s). _____

   c. Did you reach a verdict? Yes _____    No _____

   d. Did you set the punishment? Yes _____    No _____

   e. Were you ever the jury foreperson? Yes _____    No _____

   f. Have you or your spouse ever been a grand juror?

      You: Yes _____    No __✓__

      Spouse: Yes _____    No __✓__

   g. Would your prior jury service affect your ability
      to be a fair and impartial juror in this case?

      Yes _____    No _____

- 5 -

a.    If yes, please explain: _____

_____

26.    This trial may take as long as three weeks to complete. Do you have any problem or pending matter which would prevent you from sitting as a juror for that length of time?    Yes __✓__    No _____

a.    If yes, please explain: _May be difficult w/_

_having two small children_

27.    Have you ever filed a lawsuit?    Yes _____    No _✓_

a.    If yes, for what reason? _____

_____

28.    Have you ever been sued?    Yes _____    No _✓_

a.    If yes, describe the nature of the lawsuit: _____

_____

29.    a.    Have you or a family member or a close friend ever been personally interested in the outcome of a criminal case as a defendant, victim, witness, or complainant?

Yes __✓__    No _____

(1)    If yes, please explain your interest: _I was a close friend to the sister of Liz DiCario who was killed in St. Charles by a man who was hired. I was totally & absolutely outraged that Richard DiCario was not found guilty of murder on the State Level. I even protested in front of St. Charles Court House_

-6-

b.    Were you satisfied with the outcome?

Yes _____        No ✓

(1)  Why or why not? _explained above. However, Richard_
_DiCario was found guilty of Murder for Hire at the_
_federal level, so I felt there was some Justice_

30.  Have you or one of your family members or a close personal friend ever been arrested for or charged with an offense above the level of a simple traffic violation?

Yes _____        No ✓

a.    If yes, please explain: _____

_____

31.  Have you ever been convicted of a state or federal crime punishable by imprisonment for more than one year?

Yes _____        No ✓

a.    If yes, were your civil rights restored?

Yes _____        No _____

b.    Are any such charges now pending against you?

Yes_____        No _____

32.  Are you presently under indictment or legal accusation for any misdemeanor or felony?

Yes _____        No ✓

a.    If yes, please explain: _____

_____

-7-

33. Do you know or have you ever known anyone who has been sentenced to the penitentiary?

   Yes _____    No __✓__

   a.   If yes, please explain: _____

   _____

34. Have you, a relative of yours or a close friend of yours ever been the victim of a crime?

   Yes __✓__    No _____

   a.   If yes, please explain: I ~~was~~ was a victim of a home invasion in which the man was naked. Luckily I was not hurt but the man was later caught & convicted of multiple rapes

35. Have your or your spouse ever served on a general court martial?  Yes _____    No __✓__

36. If you are chosen to serve as a juror in this matter, the court will instruct you that the defendant is presumed to be innocent and the presumption of innocence can e overcome only if the Government proves, beyond a reasonable doubt, each essential element of the crimes charged.  There is no burden on the defendant to prove that he is innocent.  Do you have a quarrel with this instruction as to the law?

   Yes _____    No __✓__

   a.   If yes, please explain: _____

   _____

37. If your answer to the previous question is "Yes," could you put aside your personal feelings and follow the law as stated in the previous question? Yes _____    No _____

-8-

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 41

#121

38. What newspapers do you read regularly, including both local and out of town papers?

*I use to read the St.Louis Post Dispatch Daily until April 1997. Sometimes I read the St. Charles Journal*

39. The charges in this case include the intentional killing of another. These charges arise out of an incident which occurred on March 17, 1997, at the Lindell Bank and Trust Company, St. Louis, Missouri.

Realizing that the defendant is presumed to be innocent under the law; please answer the following questions regarding any pretrial publicity which you might have seen or heard regarding this case.

a. Have you seen or heard anything about the alleged offense from the news media or from any other sources?

Yes _____        No _✓_

(1) If yes, please describe the information, and how you obtained it: *I probably read or heard about it at the time, but I currently can't remember any specifics*

b. Do you have any personal knowledge of the facts or charges in this case?    Yes _____        No _✓_

(1) If yes, please explain: _____

_____

c. Would the information that you heard, received, or read from any source affect your impartiality in this case?    Yes _____        No _✓_

(1) If yes, please describe how the information would affect you: _____

_____

-9-

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 41

40.   Under the law, there may be two trials in this case.  In the first trial, one of the questions will be to determine whether or not the defendant is guilty of intentionally killing Richard Heflin.  In this trial, the facts at issue are for the jury to determine.  The law applicable to the charges is something on which the court will instruct you.  You are required to accept the law as the court explains it to you regardless of any opinions you may have as to what the law is or should be.  Would you have difficulty following this instruction?
Yes _____   No  ✓

   a.   If yes, please explain: _____

        _____

41.   In the event that the defendant is found guilty of intentionally killing Richard Heflin, there will be a second trial, the jury would be asked to weight various aggravating factors, i.e. factors supporting the death penalty and mitigating factors, i.e. factors weighing against the death penalty.  You would be asked to balance the various aggravating and mitigating factors in order to determine whether a sentence of death, a sentence of life imprisonment without the possibility of release, or a lesser sentence is the appropriate penalty.

      Is there any reason you would not be able to consider all aggravating and mitigating evidence and decide whether or not death is an appropriate penalty?
Yes _____        No  ✓

   a.   If yes, please describe: _____

        _____

42. Regarding the death penalty, which of the following ten statements most accurately represents your beliefs: (Please read all ten statements, take some time to reflect, and then circle the appropriate statement(s)):

a. In a case in which the defendant is convicted and in which the death penalty is requested, I will always vote to impose the death penalty.

b. I am strongly in favor of the death penalty, and would have a difficult time voting against it.

c. I am generally in favor of the death penalty, but I would base a decision to impose it on the facts and the law in this case.

d. In a case in which the defendant is convicted and in which the death penalty is requested, I can vote to impose the death penalty if it is appropriate based on the facts and the law in the case.

e. I am generally opposed to the death penalty, but I believe I can put aside my feelings against the death penalty and impose the death penalty if it is called for by the facts and the law in the case.

f. Although I am philosophically, morally, or religiously opposed to the death penalty, I do believe that I can follow a law providing for the imposition of the death penalty.

g. I feel that my opposition to the death penalty will make it difficult for me to perform my duty as a juror to reach a verdict of guilty or not guilty.

h. I am strongly opposed to the death penalty, and I will have a difficult time voting to impose it.

i. I am personally, morally, or religiously opposed to the death penalty, and would never vote to impose it under any circumstances.

j. None of the above. Explain: _____

_____

-11-

43. Do you hold any personal, moral, religious, or other beliefs about the death penalty such that you could never consider imposing it under any circumstances?

Yes _____        No __✓__

44. Are the beliefs you may have about the death penalty such that those beliefs would prevent you from being a fair and impartial juror at the first stage of trial, where you would be deciding whether the defendant is guilty or not guilty of the charge against him?

Yes _____        No __✓__

    a.   If yes, please explain: _____

    _____

45. Do you have a religious affiliation?  Yes __✓__  No _____

    a.   If yes, please describe: __Lutheran_____

46. The defendant in this case is an African American man accused of killing a white man.  Would this be important to you in deciding between a life sentence and the death penalty?        Yes _____        No __✓__

    a.   Please explain your answer: _____

    _____

47. Do you have any feelings toward any racial or ethnic group which would cause you to judge a member of that group unfairly?        Yes _____        No __✓__

    a.   If yes, please explain: _____

    _____

48. The attorneys for Billie J. Allen are Mr. Richard Sindel and Mr. John Simon.  Do you know or have you heard of any of these attorneys?
    Yes _____        No __✓__

    a.   If yes, how do you know them or what have you heard about them? _____

    _____

-12-

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 41

#121

49. The attorney for Norris G. Holder is Mr. Charles M. Shaw. Do you know or have you heard of any of this attorney?
Yes __✓__   No _____

    a.    If yes, how do you know him or what have you heard about him? _I've heard Charlie Shaws name alot but cannot associate him w/ any case in particular_

50. The prosecutors in this case Mr. Edward L. Dowd, Jr., United States Attorney for the Eastern District of Missouri and Mr. Joseph M. Landolt, Assistant United States Attorney. Do you know or have you heard of any of these attorneys?
Yes _____   No __✓__

    a.    If yes, how do you know them or what have you heard about them? _____

_____

51. Do you know or do you think you might know the defendant in this case, Billie J. Allen, or any of his family?
Yes _____   No __✓__

    a.    If yes, in what capacity? _____

_____

52. Do you know or do you think you might know the defendant in this case, Norris G. Holder, or any of his family?
Yes _____   No __✓__

    a.    If yes, in what capacity? _____

_____

53. Were you or anyone you know acquainted with Richard Heflin or his family?
Yes _____   No __✓__

    a.    If yes, in what capacity? _____

_____

- 13 -

54. So far as you know at this time, is there anything that would prevent you from being a fair and impartial juror for the trial of this case?
Yes _____     No ___✓___

   a.   If yes, please explain: _____

   _____

## JUROR QUESTIONNAIRE

### ALL QUESTIONS MUST BE ANSWERED

1.   Juror Number: __134__

2.   Age: __36__

State and City of Birth: __Doddsville, Miss.__   Sex: __F__

Ethnic Background: __Negro__

3.   County:_____
No. of Years at current residence: __4__

Do you currently own_____, rent __✓__, or live with homeowners_____?

4.   Name any previous residence, neighborhood, community or suburb where you lived for a substantial period of time: __I've lived in Hamilton Heights for 8 years, where I presently live now except on a different street.__

5.   a.   How much education do you have?

Grade School or less_____
Some high school_____
High school graduate __✓__
Technical or business school __✓__
Some college_____
Graduated from college with a degree in_____
Major areas of study in college included:
_____

b.   Are your presently a student at any public or private secondary school or in actual attendance at an institution of higher education?

Yes _____          No __✓__

(1)   If yes, describe course of study and anticipated dated of completion: _____

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 41

#134

6.   What is your occupation? _Nurse Tech_ _Patient Care associate_

Name of your present employer: _St. John mercy_

Address of employer: _615 S. New Ballas RD._

Length of employment: _9 months_

Present job description: (describe briefly): _Help ups._
_with transfers from bed to chair. Catheterize pts._
_draw blood, Do one Touches, Do Dressing Changes,_
_Nursing pts. Vital signs, Charting procedures. working with computers._

7.   a.   List all prior occupations in which you have been
          engaged:

          _CNA, I've only dealt with patients,_
          _for the last 13 years._

     b.   Are you a salaried employee of the U.S. Government?
          Yes _____          No __✓__

          (1)   If yes, give your daily work hours and regular
                days off: _____

8.   Do you have any supervisory responsibilities at work?
     Yes _____          No __✓__

     a.   If yes, how many people are under your
          supervision? _____

9.   Have you or anyone in your family ever worked for or been
     associated with a law firm, a District Attorney's Office,
     Prosecutor's Office or a United States Attorney's Office?
     Yes _____     No __✓__

     a.   If yes, identify person as yourself or family
          member: _____

-2-

b.   If yes, what is the location of the office (city and state).

_____

c.   Dates of service: _____

d.   Duties: _____

e.   Current status: _____

10.  Are you presently involved in law enforcement or have you ever been involved in law enforcement in the past (including military police)?

Yes _____     No __✓__

a.   If yes, please explain: _____

_____

11.  Do you have a close friend or relative presently or in the past engaged in law enforcement?

Yes __✓__     No _____

a.   If yes, please explain: __James Boyd is a____ office
Close family friend that work in Deputy Sheriff of St. Louis

12.  Are you:  Married _____     Single _____

Separated _____     Divorced __✓__  Widowed _____

13.  Spouse's ethnic background: _____

Spouse's occupation: __Don't know haven't seen in 12years__

Spouse's prior occupations: __Don't know.__

_____

14. If you have any children, please list their age, sex and occupation:

F. 16          M. 18

F. 15

15. How would you describe the condition of your health?
Good.

16. Do you have hearing difficulties?   Yes _____   No ✓

17. Do you have trouble seeing?   Yes _____   No ✓

18. Do you have physical or medical problems which would make jury duty difficult for you?   Yes _____   No ✓

   a.   If yes, please explain: _____

19. Have you or anyone in your immediate family been under a doctor's care for any mental problems?
   Yes _____          No ✓

20. Are you taking any medication regularly?   If so, state what kind: _____ NO _____

21. Have you, any family members or any close friends ever undergone counseling, treatment or hospitalization for psychiatric, emotional, family, behavioral or substance abuse problems?   Yes _____   No ✓

   a.   If yes, please give details: _____

   _____

22. Do you have any prejudice in favor, against, or any fixed opinions concerning psychiatric or psychological testimony?   Yes _____ .   No ✓

   a.   If yes, please explain: _____

   _____

-4-

23. What are your hobbies and spare time activities? _INterior Decorating, Computers, Darts, and Shopping._

24. Have your or your spouse served in the military?
You: yes _____ no __✓__   Spouse: yes _____ no _____

   a. If yes, please describe branch of service, dates of service, assignments, etc.: _____

   _____

   _____

25. Have you ever had prior jury trial service (Federal or State)?

   Yes __✓__ No _____   Where _St. Louis_

   Dates of Service? _4/20/94_

   a. If yes, which type of jury service was it?

   Criminal __✓__   Civil _____   Both _____

   b. If criminal, type of case(s). _Kidnapping & Rape_

   c. Did you reach a verdict? Yes _____   No __✓__

   d. Did you set the punishment? Yes _____   No __✓__

   e. Were you ever the jury foreperson? Yes _____   No __✓__

   f. Have you or your spouse ever been a grand juror?

   You: Yes _____   No __✓__

   Spouse: Yes _____   No _____

   g. Would your prior jury service affect your ability to be a fair and impartial juror in this case?

   Yes _____   No __✓__

-5-

a.   If yes, please explain: _____

_____

26.  This trial may take as long as three weeks to complete. Do you have any problem or pending matter which would prevent you from sitting as a juror for that length of time?   Yes _____        No __✓__

a.   If yes, please explain: _____

_____

27.  Have you ever filed a lawsuit?     Yes _____     No __✓__

a.   If yes, for what reason? _____

_____

28.  Have you ever been sued?   Yes __✓__    No _____

a.   If yes, describe the nature of the lawsuit: _Department_ _Store. Was paying what I could at time they sued_ _any way._

29.  a.   Have you or a family member or a close friend ever been personally interested in the outcome of a criminal case as a defendant, victim, witness, or complainant?

Yes __✓__        No _____

(1)  If yes, please explain your interest: _my neice was raped @ seven years + we_ _wanted the guy to get life._

-6-

b.    Were you satisfied with the outcome?

Yes __✓__        No _____

(1)   Why or why not? _He got a life sentence._
_He had just been released from prison._

30.  Have you or one of your family members or a close
personal friend ever been arrested for or charged with an
offense above the level of a simple traffic violation?

Yes __✓__        No _____

a.    If yes, please explain: _my Nephew is looke was_
_arrested and convicted for possesion of drugs._

31.  Have you ever been convicted of a state or federal crime
punishable by imprisonment for more than one year?

Yes _____        No __✓__

a.    If yes, were your civil rights restored?

Yes _____        No _____

b.    Are any such charges now pending against you?

Yes_____        No _____

32.  Are you presently under indictment or legal accusation
for any misdemeanor or felony?

Yes _____        No __✓__

a.    If yes, please explain: _____

_____

-7-

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 41

Case: 4:07-cv-00027-ERW   Doc. #: 94-48   Filed: 08/14/09   Page: 36 of 98 PageID
#: 1113

#134

33. Do you know or have you ever known anyone who has been sentenced to the penitentiary?

Yes __✓__     No _____

a.   If yes, please explain: _My nephew has been incarcerated for several years._

34. Have you, a relative of yours or a close friend of yours ever been the victim of a crime?

Yes __✓__     No _____

a.   If yes, please explain: _My neice was raped at age seven. She's 20 now._

35. Have your or your spouse ever served on a general court martial?   Yes _____     No __✓__

36. If you are chosen to serve as a juror in this matter, the court will instruct you that the defendant is presumed to be innocent and the presumption of innocence can e overcome only if the Government proves, beyond a reasonable doubt, each essential element of the crimes charged.   There is no burden on the defendant to prove that he is innocent.   Do you have a quarrel with this instruction as to the law?

Yes _____     No __✓__

a.   If yes, please explain: _____

_____

37. If your answer to the previous question is "Yes," could you put aside your personal feelings and follow the law as stated in the previous question? Yes _____     No _____

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 41

#134

38.  What newspapers do you read regularly, including both local and out of town papers?

_St. Louis Post. + Northside Journal_

39.  The charges in this case include the intentional killing of another.  These charges arise out of an incident which occurred on March 17, 1997, at the Lindell Bank and Trust Company, St. Louis, Missouri.

Realizing that the defendant is presumed to be innocent under the law; please answer the following questions regarding any pretrial publicity which you might have seen or heard regarding this case.

a.  Have you seen or heard anything about the alleged offense from the news media or from any other sources?

Yes __✓__          No _____

(1)  If yes, please describe the information, and how you obtained it: _I vaguely Remember the incident. I briefly heard it on the New on T.V._

b.  Do you have any personal knowledge of the facts or charges in this case?    Yes _____    No __✓__

(1)  If yes, please explain: _____

_____

c.  Would the information that you heard, received, or read from any source affect your impartiality in this case?    Yes _____    No __✓__

(1)  If yes, please describe how the information would affect you: _____

_____

-9-

40.  Under the law, there may be two trials in this case.  In the first trial, one of the questions will be to determine whether or not the defendant is guilty of intentionally killing Richard Heflin.  In this trial, the facts at issue are for the jury to determine.  The law applicable to the charges is something on which the court will instruct you.  You are required to accept the law as the court explains it to you regardless of any opinions you may have as to what the law is or should be.  Would you have difficulty following this instruction?
Yes _____  No ___✓___

a.  If yes, please explain: _____

_____


41.  In the event that the defendant is found guilty of intentionally killing Richard Heflin, there will be a second trial, the jury would be asked to weight various aggravating factors, i.e. factors supporting the death penalty and mitigating factors, i.e. factors weighing against the death penalty.  You would be asked to balance the various aggravating and mitigating factors in order to determine whether a sentence of death, a sentence of life imprisonment without the possibility of release, or a lesser sentence is the appropriate penalty.

Is there any reason you would not be able to consider all aggravating and mitigating evidence and decide whether or not death is an appropriate penalty?
Yes _____      No ___✓___

a.  If yes, please describe: _____

_____

Billie Allen v. United States of America
Exhibit 41

42.  Regarding the death penalty, which of the following ten statements most accurately represents your beliefs: (Please read all ten statements, take some time to reflect, and then circle the appropriate statement(s)):

a.  In a case in which the defendant is convicted and in which the death penalty is requested, I will always vote to impose the death penalty.

b.  I am strongly in favor of the death penalty, and would have a difficult time voting against it.

c.  I am generally in favor of the death penalty, but I would base a decision to impose it on the facts and the law in this case.

d.  In a case in which the defendant is convicted and in which the death penalty is requested, I can vote to impose the death penalty if it is appropriate based on the facts and the law in the case.

e.  I am generally opposed to the death penalty, but I believe I can put aside my feelings against the death penalty and impose the death penalty if it is called for by the facts and the law in the case.

f.  Although I am philosophically, morally, or religiously opposed to the death penalty, I do believe that I can follow a law providing for the imposition of the death penalty.

g.  I feel that my opposition to the death penalty will make it difficult for me to perform my duty as a juror to reach a verdict of guilty or not guilty.

h.  I am strongly opposed to the death penalty, and I will have a difficult time voting to impose it.

i.  I am personally, morally, or religiously opposed to the death penalty, and would never vote to impose it under any circumstances.

j.  None of the above.  Explain: _____

_____

-11-

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 41
#134

43.  Do you hold any personal, moral, religious, or other beliefs about the death penalty such that you could never consider imposing it under any circumstances?

Yes _____     No ___✓___

44.  Are the beliefs you may have about the death penalty such that those beliefs would prevent you from being a fair and impartial juror at the first stage of trial, where you would be deciding whether the defendant is guilty or not guilty of the charge against him?

Yes _____     No ___✓___

     a.   If yes, please explain: _____

     _____     _____

45.  Do you have a religious affiliation?  Yes _____ No __✓__

     a.   If yes, please describe: _____

46.  The defendant in this case is an African American man accused of killing a white man.  Would this be important to you in deciding between a life sentence and the death penalty?        Yes _____        No ___✓___

     a.   Please explain your answer: _____

     _____

47.  Do you have any feelings toward any racial or ethnic group which would cause you to judge a member of that group unfairly?        Yes _____        No ___✓___

     a.   If yes, please explain: _____

     _____

48.  The attorneys for Billie J. Allen are Mr. Richard Sindel and Mr. John Simon.  Do you know or have you heard of any of these attorneys?
     Yes _____     No ___✓___

     a.   If yes, how do you know them or what have you heard about them? _____

     _____

- 12 -

Billie Allen v. United States of America
Exhibit 41

49.  The attorney for Norris G. Holder is Mr. Charles M. Shaw.
     Do you know or have you heard of any of this attorney?
     Yes _____      No __✓__

     a.   If yes, how do you know him or what have you heard
          about him? _____

          _____

50.  The prosecutors in this case Mr. Edward L. Dowd, Jr.,
     United States Attorney for the Eastern District of
     Missouri and Mr. Joseph M. Landolt, Assistant United
     States Attorney.  Do you know or have you heard of any of
     these attorneys?
     Yes _____      No __✓__

     a.   If yes, how do you know them or what have you heard
          about them? _____

          _____

51.  Do you know or do you think you might know the defendant
     in this case, Billie J. Allen, or any of his family?
     Yes _____      No __✓__

     a.   If yes, in what capacity? _____

          _____

52.  Do you know or do you think you might know the defendant
     in this case, Norris G. Holder, or any of his family?
     Yes _____      No __✓__

     a.   If yes, in what capacity? _____

          _____

53.  Were you or anyone you know acquainted with Richard
     Heflin or his family?
     Yes _____      No __✓__

     a.   If yes, in what capacity? _____

          _____

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 41

54. So far as you know at this time, is there anything that would prevent you from being a fair and impartial juror for the trial of this case?

Yes _____     No __✓__

a.   If yes, please explain: _____

_____

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 41

Case: 4:07-cv-00027-ERW    Doc. #: 94-48    Filed: 08/14/09    Page: 43 of 98 PageID
#: 1120

#139

2

## JUROR QUESTIONNAIRE

### ALL QUESTIONS MUST BE ANSWERED

1.  Juror Number: **139**

2.  Age: **41**

    State and City of Birth: **Forrest City, Ark.**    Sex: **Female**

    Ethnic Background: **African American**

3.  County: **St. Louis**
    No. of Years at current residence: **2**

    Do you currently own_____, rent **✓**, or live with homeowners_____?

4.  Name any previous residence, neighborhood, community or suburb where you lived for a substantial period of time:

    _**Same area past 10 yrs. (Creve Couer/Maryland Heights)**_

5.  a.  How much education do you have?

        Grade School or less_____
        Some high school_____
        High school graduate_____
        Technical or business school _____
        Some college_____
        Graduated from college with a degree in **Education, Nursing**
        Major areas of study in college included:
        _____

    b.  Are your presently a student at any public or private secondary school or in actual attendance at an institution of higher education?

        Yes _____        No **✓**

        (1)  If yes, describe course of study and anticipated dated of completion: _____
        _____

6.    What is your occupation? _Registered Nurse_____

      Name of your present employer: _Barnes-Jewish Hospital_____

      Address of employer: _#1 Barnes Hospital Plaza  63110_____

      Length of employment: ___17_____

      Present job description: (describe briefly): _____

      _patient care_____

      _____

7.    a.    List all prior occupations in which you have been
            engaged:

            _Worked @ gas station.  Worked for Church's Chicken_

            _____

      b.    Are you a salaried employee of the U.S. Government?
            Yes _____          No _✓___

            (1)  If yes, give your daily work hours and regular
                 days off: _____

8.    Do you have any supervisory responsibilities at work?
      Yes _____          No _✓___

      a.    If yes, how many people are under your
            supervision?_____

9.    Have you or anyone in your family ever worked for or been
      associated with a law firm, a District Attorney's Office,
      Prosecutor's Office or a United States Attorney's Office?
      Yes _____          No _✓___

      a.    If yes, identify person as yourself or family
            member: _____

b.   If yes, what is the location of the office (city and state).

_____

c.   Dates of service: _____

d.   Duties: _____

e.   Current status: _____

10.   Are you presently involved in law enforcement or have you ever been involved in law enforcement in the past (including military police)?

Yes _____        No ___✓___

a.   If yes, please explain: _____

_____

11.   Do you have a close friend or relative presently or in the past engaged in law enforcement?

Yes ___✓___        No _____

a.   If yes, please explain: _2 brother-in-laws were_ policemen for short time.

12.   Are you:  Married _____        Single _____

Separated ___✓___   Divorced _____   Widowed _____

13.   Spouse's ethnic background: African American

Spouse's occupation: Grounds Supervisor for an apartment complex

Spouse's prior occupations: dishwasher, laborer for Park division

-3-

14. If you have any children, please list their age, sex and occupation:

_16, Female, student_

15. How would you describe the condition of your health?

_fair to good_

16. Do you have hearing difficulties?  Yes _____     No ✓

17. Do you have trouble seeing?  Yes ✓     No _____

18. Do you have physical or medical problems which would make jury duty difficult for you?  Yes _____     No ✓

    a.  If yes, please explain: _____

19. Have you or anyone in your immediate family been under a doctor's care for any mental problems?
    Yes ✓          No _____

20. Are you taking any medication regularly?  If so, state what kind: _Atenolol for Blood pressure, Diabeta for diabetes._

21. Have you, any family members or any close friends ever undergone counseling, treatment or hospitalization for psychiatric, emotional, family, behavioral or substance abuse problems?     Yes ✓     No _____

    a.  If yes, please give details: _I have been treated for depression._

22. Do you have any prejudice in favor, against, or any fixed opinions concerning psychiatric or psychological testimony?             Yes _____  .  No ✓

    a.  If yes, please explain: _____

-4-

23. What are your hobbies and spare time activities? _____

_____

24. Have your or your spouse served in the military?
You: yes _____ no __✓___    Spouse: yes __✓__ no _____

   a.  If yes, please describe branch of service, dates of service, assignments, etc.: _husband - Army_

   _dates unknown._____

   _____

25. Have you ever had prior jury trial service (Federal or State)?

   Yes _____ No __✓___    Where _____

   Dates of Service? _____

   a.  If yes, which type of jury service was it?

      Criminal _____    Civil _____    Both _____

   b.  If criminal, type of case(s). _____

   c.  Did you reach a verdict?  Yes _____    No _____

   d.  Did you set the punishment?  Yes _____    No _____

   e.  Were you ever the jury foreperson? Yes _____    No _____

   f.  Have you or your spouse ever been a grand juror?

      You: Yes _____    No __✓___

      Spouse: Yes _____    No __✓___

   g.  Would your prior jury service affect your ability to be a fair and impartial juror in this case?

      Yes _____    No _____

-5-

a.   If yes, please explain: _____

_____

26.   This trial may take as long as three weeks to complete. Do you have any problem or pending matter which would prevent you from sitting as a juror for that length of time?     Yes __✓__          No _____

a.   If yes, please explain: _My job might object._

_____

27.   Have you ever filed a lawsuit?     Yes _____          No __✓__

a.   If yes, for what reason? _____

_____

28.   Have you ever been sued?     Yes __✓__          No _____

a.   If yes, describe the nature of the lawsuit: _____

_garnishment for car Repossesion._

29.   a.   Have you or a family member or a close friend ever been personally interested in the outcome of a criminal case as a defendant, victim, witness, or complainant?

Yes _____          No __✓__

(1)   If yes, please explain your interest:

_____

_____

b.    Were you satisfied with the outcome?

Yes _____        No _____

(1)   Why or why not? _____

_____

30.   Have you or one of your family members or a close personal friend ever been arrested for or charged with an offense above the level of a simple traffic violation?

Yes __✓__        No _____

a.    If yes, please explain: _brother arrested for_

_drug possession._

31.   Have you ever been convicted of a state or federal crime punishable by imprisonment for more than one year?

Yes _____        No __✓__

a.    If yes, were your civil rights restored?

Yes _____        No _____

b.    Are any such charges now pending against you?

Yes_____        No _____

32.   Are you presently under indictment or legal accusation for any misdemeanor or felony?

Yes _____        No __✓__

a.    If yes, please explain: _____

_____

-7-

33. Do you know or have you ever known anyone who has been sentenced to the penitentiary?

Yes __✓__          No _____

a. If yes, please explain: _Cousin arrested for drugs._

_____

34. Have you, a relative of yours or a close friend of yours ever been the victim of a crime?

Yes __✓__          No _____

a. If yes, please explain: _My apartment was burglarized._

_____

35. Have your or your spouse ever served on a general court martial?   Yes _____          No __✓__

36. If you are chosen to serve as a juror in this matter, the court will instruct you that the defendant is presumed to be innocent and the presumption of innocence can e overcome only if the Government proves, beyond a reasonable doubt, each essential element of the crimes charged. There is no burden on the defendant to prove that he is innocent. Do you have a quarrel with this instruction as to the law?

Yes _____          No __✓__

a. If yes, please explain: _____

_____

37. If your answer to the previous question is "Yes," could you put aside your personal feelings and follow the law as stated in the previous question? Yes _____   No _____

38. What newspapers do you read regularly, including both local and out of town papers?

_Sunday Post_

39. The charges in this case include the intentional killing of another. These charges arise out of an incident which occurred on March 17, 1997, at the Lindell Bank and Trust Company, St. Louis, Missouri.

Realizing that the defendant is presumed to be innocent under the law; please answer the following questions regarding any pretrial publicity which you might have seen or heard regarding this case.

a. Have you seen or heard anything about the alleged offense from the news media or from any other sources?

Yes _____        No __✓__

(1) If yes, please describe the information, and how you obtained it: _____

_____

b. Do you have any personal knowledge of the facts or charges in this case?   Yes _____     No __✓__

(1) If yes, please explain: _____

_____

c. Would the information that you heard, received, or read from any source affect your impartiality in this case?   Yes _____     No __✓__

(1) If yes, please describe how the information would affect you: _____

_____

-9-

40. Under the law, there may be two trials in this case. In the first trial, one of the questions will be to determine whether or not the defendant is guilty of intentionally killing Richard Heflin. In this trial, the facts at issue are for the jury to determine. The law applicable to the charges is something on which the court will instruct you. You are required to accept the law as the court explains it to you regardless of any opinions you may have as to what the law is or should be. Would you have difficulty following this instruction?
Yes _____ No __✓__

   a. If yes, please explain: _____

   _____

41. In the event that the defendant is found guilty of intentionally killing Richard Heflin, there will be a second trial, the jury would be asked to weight various aggravating factors, i.e. factors supporting the death penalty and mitigating factors, i.e. factors weighing against the death penalty. You would be asked to balance the various aggravating and mitigating factors in order to determine whether a sentence of death, a sentence of life imprisonment without the possibility of release, or a lesser sentence is the appropriate penalty.

   Is there any reason you would not be able to consider all aggravating and mitigating evidence and decide whether or not death is an appropriate penalty?
   Yes _____       No __✓__

   a. If yes, please describe: _____

   _____

Case: 4:07-cv-00027-ERW   Doc. #: 94-48   Filed: 08/14/09   Page: 53 of 98 PageID #: 1130                                                    #139

42. Regarding the death penalty, which of the following ten statements most accurately represents your beliefs: (Please read all ten statements, take some time to reflect, and then circle the appropriate statement(s)):

a.   In a case in which the defendant is convicted and in which the death penalty is requested, I will always vote to impose the death penalty.

b.   I am strongly in favor of the death penalty, and would have a difficult time voting against it.

c.   I am generally in favor of the death penalty, but I would base a decision to impose it on the facts and the law in this case.

(d.)   In a case in which the defendant is convicted and in which the death penalty is requested, I can vote to impose the death penalty if it is appropriate based on the facts and the law in the case.

e.   I am generally opposed to the death penalty, but I believe I can put aside my feelings against the death penalty and impose the death penalty if it is called for by the facts and the law in the case.

f.   Although I am philosophically, morally, or religiously opposed to the death penalty, I do believe that I can follow a law providing for the imposition of the death penalty.

g.   I feel that my opposition to the death penalty will make it difficult for me to perform my duty as a juror to reach a verdict of guilty or not guilty.

h.   I am strongly opposed to the death penalty, and I will have a difficult time voting to impose it.

i.   I am personally, morally, or religiously opposed to the death penalty, and would never vote to impose it under any circumstances.

j.   None of the above.  Explain: _____

_____

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 41

43. Do you hold any personal, moral, religious, or other beliefs about the death penalty such that you could never consider imposing it under any circumstances?

Yes _____    No ___✓___

44. Are the beliefs you may have about the death penalty such that those beliefs would prevent you from being a fair and impartial juror at the first stage of trial, where you would be deciding whether the defendant is guilty or not guilty of the charge against him?

Yes _____    No __✓___

   a.    If yes, please explain: _____

   _____

45. Do you have a religious affiliation?  Yes _____ No __✓___

   a.    If yes, please describe: _____

46. The defendant in this case is an African American man accused of killing a white man.  Would this be important to you in deciding between a life sentence and the death penalty?        Yes _____        No _✓___

   a.    Please explain your answer: _____

   _____

47. Do you have any feelings toward any racial or ethnic group which would cause you to judge a member of that group unfairly?        Yes _____        No _✓___

   a.    If yes, please explain: _____

   _____

48. The attorneys for Billie J. Allen are Mr. Richard Sindel and Mr. John Simon.  Do you know or have you heard of any of these attorneys?
   Yes _____        No _✓___

   a.    If yes, how do you know them or what have you heard about them? _____

   _____

-12-

Billie Allen v. United States of America
Exhibit 41

49.  The attorney for Norris G. Holder is Mr. Charles M. Shaw.
     Do you know or have you heard of any of this attorney?
     Yes _____       No __✓__

     a.  If yes, how do you know him or what have you heard
         about him? _____

         _____

50.  The prosecutors in this case Mr. Edward L. Dowd, Jr.,
     United States Attorney for the Eastern District of
     Missouri and Mr. Joseph M. Landolt, Assistant United
     States Attorney.  Do you know or have you heard of any of
     these attorneys?
     Yes _____       No __✓__

     a.  If yes, how do you know them or what have you heard
         about them? _____

         _____

51.  Do you know or do you think you might know the defendant
     in this case, Billie J. Allen, or any of his family?
     Yes _____       No __✓__

     a.  If yes, in what capacity? _____

         _____

52.  Do you know or do you think you might know the defendant
     in this case, Norris G. Holder, or any of his family?
     Yes _____       No __✓__

     a.  If yes, in what capacity? _____

         _____

53.  Were you or anyone you know acquainted with Richard
     Heflin or his family?
     Yes _____       No __✓__

     a.  If yes, in what capacity? _____

         _____

- 13 -

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 41

54.  So far as you know at this time, is there anything that would prevent you from being a fair and impartial juror for the trial of this case?

Yes _____    No _____

a.   If yes, please explain: _____

_____

3

## JUROR QUESTIONNAIRE

## ALL QUESTIONS MUST BE ANSWERED

1.   Juror Number: _149_

2.   Age: _44_

     State and City of Birth: _Mo, St. Louis_   Sex: _Female_

     Ethnic Background: _Caucasian_

3.   County: _St. Louis_
     No. of Years at current residence: _5_

     Do you currently own _✓_, rent _____, or live with homeowners _____?

4.   Name any previous residence, neighborhood, community or suburb where you lived for a substantial period of time:
     _____St. Louis County, MO_____

5.   a.   How much education do you have?

          Grade School or less_____
          Some high school_____
          High school graduate_____
          Technical or business school _____
          Some college____ ✓
          Graduated from college with a degree in_____
          Major areas of study in college included:
          _____

     b.   Are your presently a student at any public or private secondary school or in actual attendance at an institution of higher education?

          Yes _____          No ___✓___

          (1)  If yes, describe course of study and anticipated dated of completion: _____

6.  What is your occupation? _District Manager_

    Name of your present employer: _Oakwood Corporate Housing_

    Address of employer: _1545 FenCorp, St. Louis, Mo 63026_

    Length of employment: _2 years_

    Present job description: (describe briefly): _Temporary_

    _housing for Corporate Relocation Providers_

7.  a.  List all prior occupations in which you have been engaged:

        _General Manager for property management_

        _firm_

    b.  Are you a salaried employee of the U.S. Government?
        Yes _____    No __✓__

        (1)  If yes, give your daily work hours and regular days off: _____

8.  Do you have any supervisory responsibilities at work?
    Yes __✓__    No _____

    a.  If yes, how many people are under your supervision? _13_

9.  Have you or anyone in your family ever worked for or been associated with a law firm, a District Attorney's Office, Prosecutor's Office or a United States Attorney's Office?
    Yes _____    No __✓__

    a.  If yes, identify person as yourself or family member: _____

-2-

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 41

#149

b.   If yes, what is the location of the office (city
     and state).

     _____

c.   Dates of service: _____

d.   Duties: _____

e.   Current status: _____

10.  Are you presently involved in law enforcement or have you
     ever been involved in law enforcement in the past
     (including military police)?

     Yes _____        No __✓___

     a.   If yes, please explain: _____

     _____

11.  Do you have a close friend or relative presently or in
     the past engaged in law enforcement?

     Yes _____        No __✓___

     a.   If yes, please explain: _____

     _____

12.  Are you:  Married __✓___        Single _____

              Separated _____    Divorced _____   Widowed _____

13.  Spouse's ethnic background: _CAUCASIAN_____

     Spouse's occupation: _Accountant_____

     Spouse's prior occupations: _N/A_____

-3-

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 41

#149

14. If you have any children, please list their age, sex and occupation:

_____ *16 - Male  Student* _____

_____ *14 Female  Student* _____

15. How would you describe the condition of your health?

_____ *good but...* _____

16. Do you have hearing difficulties?   Yes _____   No ✓

17. Do you have trouble seeing?   Yes _____   No ✓

18. Do you have physical or medical problems which would make jury duty difficult for you?   Yes ✓ *maybe*   No _____

    a.   If yes, please explain: *Ulcerative Colitis* _____

19. Have you or anyone in your immediate family been under a doctor's care for any mental problems?
Yes _____      No ✓

20. Are you taking any medication regularly?   If so, state what kind: *Asacol Antiinflammatory* _____

21. Have you, any family members or any close friends ever undergone counseling, treatment or hospitalization for psychiatric, emotional, family, behavioral or substance abuse problems?      Yes _____   No ✓

    a.   If yes, please give details: _____

    _____

22. Do you have any prejudice in favor, against, or any fixed opinions concerning psychiatric or psychological testimony?                Yes _____      No ✓

    a.   If yes, please explain: _____

    _____

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 41

23. What are your hobbies and spare time activities? _Reading_

_Gardening, Tennis, boating_____

24. Have your or your spouse served in the military?
You: yes _____ no _✓_____    Spouse: yes _✓_ no _____

   a. If yes, please describe branch of service, dates of service, assignments, etc.: _Army — 1969 — 1971_

     _Korea_____

     _____

25. Have you ever had prior jury trial service (Federal or State)?

Yes _✓_ No _____    Where _St Louis County_____

Dates of Service? _1973_____

   a. If yes, which type of jury service was it?

     Criminal _✓____    Civil _____    Both _____

   b. If criminal, type of case(s). _Murder_____

   c. Did you reach a verdict?  Yes _✓___    No _____

   d. Did you set the punishment?  Yes _✓___    No _____

   e. Were you ever the jury foreperson? Yes _____    No _✓_

   f. Have you or your spouse ever been a grand juror?

     You: Yes _____    No _✓_

     Spouse: Yes _____    No _✓_

   g. Would your prior jury service affect your ability to be a fair and impartial juror in this case?

     Yes _____    No _✓_

a.   If yes, please explain: _____

_____

26.  This trial may take as long as three weeks to complete. Do you have any problem or pending matter which would prevent you from sitting as a juror for that length of time?    Yes __✓__           No _____

   a.   If yes, please explain: *Nature of my job is such that an extend time away would seriously impair operations*

27.  Have you ever filed a lawsuit?    Yes _____    No __✓__

   a.   If yes, for what reason? _____

_____

28.  Have you ever been sued?    Yes __✓__    No _____

   a.   If yes, describe the nature of the lawsuit: *Auto accident, jury found in my favor*

29.  a.   Have you or a family member or a close friend ever been personally interested in the outcome of a criminal case as a defendant, victim, witness, or complainant?

      Yes _____       No __✓__

      (1)   If yes, please explain your interest:

      _____

      _____

-6-

b.   Were you satisfied with the outcome?

Yes _____        No _____

(1)   Why or why not? _____

_____

30.   Have you or one of your family members or a close personal friend ever been arrested for or charged with an offense above the level of a simple traffic violation?

Yes _____        No ___✓___

a.   If yes, please explain: _____

_____

31.   Have you ever been convicted of a state or federal crime punishable by imprisonment for more than one year?

Yes _____        No ___✓___

a.   If yes, were your civil rights restored?

Yes _____        No _____

b.   Are any such charges now pending against you?

Yes_____            No ___✓___

32.   Are you presently under indictment or legal accusation for any misdemeanor or felony?

Yes _____        No ___✓___

a.   If yes, please explain: _____

_____

-7-

33. Do you know or have you ever known anyone who has been sentenced to the penitentiary?

Yes _____        No __✓___

   a.   If yes, please explain: _____

   _____

34. Have you, a relative of yours or a close friend of yours ever been the victim of a crime?

Yes _____        No __✓___

   a.   If yes, please explain: _____

   _____

35. Have your or your spouse ever served on a general court martial?  Yes _____        No __✓___

36. If you are chosen to serve as a juror in this matter, the court will instruct you that the defendant is presumed to be innocent and the presumption of innocence can e overcome only if the Government proves, beyond a reasonable doubt, each essential element of the crimes charged.  There is no burden on the defendant to prove that he is innocent.  Do you have a quarrel with this instruction as to the law?

Yes _____        No __✓___

   a.   If yes, please explain: _____

   _____

37. If your answer to the previous question is "Yes," could you put aside your personal feelings and follow the law as stated in the previous question? Yes _____        No _____

-8-

38. What newspapers do you read regularly, including both local and out of town papers?

_St. Louis Post-Dispatch, Business Journal_

39. The charges in this case include the intentional killing of another. These charges arise out of an incident which occurred on March 17, 1997, at the Lindell Bank and Trust Company, St. Louis, Missouri.

Realizing that the defendant is presumed to be innocent under the law; please answer the following questions regarding any pretrial publicity which you might have seen or heard regarding this case.

a. Have you seen or heard anything about the alleged offense from the news media or from any other sources?

Yes _____          No ___✓___

(1) If yes, please describe the information, and how you obtained it: _____

_____

b. Do you have any personal knowledge of the facts or charges in this case?   Yes _____          No ___✓___

(1) If yes, please explain: _____

_____

c. Would the information that you heard, received, or read from any source affect your impartiality in this case?   Yes _____          No ___✓___

(1) If yes, please describe how the information would affect you: _____

_____

-9-

Case: 4:07-cv-00027-ERW   Doc. #: 94-48   Filed: 08/14/09   Page: 66 of 98 PageID #: 1143   #149

40. Under the law, there may be two trials in this case. In the first trial, one of the questions will be to determine whether or not the defendant is guilty of intentionally killing Richard Heflin. In this trial, the facts at issue are for the jury to determine. The law applicable to the charges is something on which the court will instruct you. You are required to accept the law as the court explains it to you regardless of any opinions you may have as to what the law is or should be. Would you have difficulty following this instruction?
Yes _____ No __✓___

   a.   If yes, please explain: _____

_____

41. In the event that the defendant is found guilty of intentionally killing Richard Heflin, there will be a second trial, the jury would be asked to weight various aggravating factors, i.e. factors supporting the death penalty and mitigating factors, i.e. factors weighing against the death penalty. You would be asked to balance the various aggravating and mitigating factors in order to determine whether a sentence of death, a sentence of life imprisonment without the possibility of release, or a lesser sentence is the appropriate penalty.

   Is there any reason you would not be able to consider all aggravating and mitigating evidence and decide whether or not death is an appropriate penalty?
Yes _____      No __✓___

   a.   If yes, please describe: _____

_____

42. Regarding the death penalty, which of the following ten statements most accurately represents your beliefs: (Please read all ten statements, take some time to reflect, and then circle the appropriate statement(s)):

a.   In a case in which the defendant is convicted and in which the death penalty is requested, I will always vote to impose the death penalty.

b.   I am strongly in favor of the death penalty, and would have a difficult time voting against it.

c.   I am generally in favor of the death penalty, but I would base a decision to impose it on the facts and the law in this case.

d.   In a case in which the defendant is convicted and in which the death penalty is requested, I can vote to impose the death penalty if it is appropriate based on the facts and the law in the case.

e.   I am generally opposed to the death penalty, but I believe I can put aside my feelings against the death penalty and impose the death penalty if it is called for by the facts and the law in the case.

f.   Although I am philosophically, morally, or religiously opposed to the death penalty, I do believe that I can follow a law providing for the imposition of the death penalty.

g.   I feel that my opposition to the death penalty will make it difficult for me to perform my duty as a juror to reach a verdict of guilty or not guilty.

h.   I am strongly opposed to the death penalty, and I will have a difficult time voting to impose it.

i.   I am personally, morally, or religiously opposed to the death penalty, and would never vote to impose it under any circumstances.

j.   None of the above. Explain: _____

_____

- 11 -

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 41                                                                          #149

43.  Do you hold any personal, moral, religious, or other beliefs about the death penalty such that you could never consider imposing it under any circumstances?

Yes _____          No __✓__

44.  Are the beliefs you may have about the death penalty such that those beliefs would prevent you from being a fair and impartial juror at the first stage of trial, where you would be deciding whether the defendant is guilty or not guilty of the charge against him?

Yes _____          No __✓__

   a.   If yes, please explain: _____

   _____

45.  Do you have a religious affiliation?  Yes __✓__ No _____

   a.   If yes, please describe: _Catholic_____

46.  The defendant in this case is an African American man accused of killing a white man.  Would this be important to you in deciding between a life sentence and the death penalty?          Yes _____          No __✓__

   a.   Please explain your answer: _____

   _____

47.  Do you have any feelings toward any racial or ethnic group which would cause you to judge a member of that group unfairly?          Yes _____          No __✓__

   a.   If yes, please explain: _____

   _____

48.  The attorneys for Billie J. Allen are Mr. Richard Sindel and Mr. John Simon.  Do you know or have you heard of any of these attorneys?
Yes _____          No __✓__

   a.   If yes, how do you know them or what have you heard about them? _____

   _____

-12-

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 41

49. The attorney for Norris G. Holder is Mr. Charles M. Shaw. Do you know or have you heard of any of this attorney?

Yes __✓__     No _____

    a.   If yes, how do you know him or what have you heard about him? _High profile. Criminal Attorney/_

_____

50. The prosecutors in this case Mr. Edward L. Dowd, Jr., United States Attorney for the Eastern District of Missouri and Mr. Joseph M. Landolt, Assistant United States Attorney.  Do you know or have you heard of any of these attorneys?

Yes __✓__     No _____

    a.   If yes, how do you know them or what have you heard about them? ___Recognize Dowd's Name___

_As being Prosecuting Attorney._____

51. Do you know or do you think you might know the defendant in this case, Billie J. Allen, or any of his family?

Yes _____     No __✓__

    a.   If yes, in what capacity? _____

_____

52. Do you know or do you think you might know the defendant in this case, Norris G. Holder, or any of his family?

Yes _____     No __✓__

    a.   If yes, in what capacity? _____

_____

53. Were you or anyone you know acquainted with Richard Heflin or his family?

Yes _____     No __✓__

    a.   If yes, in what capacity? _____

_____

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 41

54. So far as you know at this time, is there anything that would prevent you from being a fair and impartial juror for the trial of this case?

Yes _____      No ___✓___

   a.   If yes, please explain: _____

_____

## JUROR QUESTIONNAIRE

### ALL QUESTIONS MUST BE ANSWERED

1. Juror Number: _165_

2. Age: ▪▪▪▪▪▪

   State and City of Birth: MD / ELKton    Sex: ▪▪▪

   Ethnic Background: ▪▪▪▪

3. County: Franklin
   No. of Years at current residence: 11

   Do you currently own ✓ , rent _____ , or live with homeowners _____ ?

4. Name any previous residence, neighborhood, community or suburb where you lived for a substantial period of time:
   Walnut St, Townsend Delaware

5. a. How much education do you have?

   Grade School or less _____
   Some high school _____
   High school graduate ✓
   Technical or business school _____
   Some college ✓
   Graduated from college with a degree in Clerical
   Major areas of study in college included: _____

   b. Are your presently a student at any public or private secondary school or in actual attendance at an institution of higher education?

   Yes _____        No ✓

   (1) If yes, describe course of study and anticipated dated of completion: _____

6.    What is your occupation? _CSR - Customer Service Rep._

Name of your present employer: _Falcon Cable_

Address of employer: _1015- C Washington Square_

Length of employment: _6 months_

Present job description: (describe briefly): _____
_Handle Cash Drawer, Customer, orders_
_Service, phones ect._

7.    a.    List all prior occupations in which you have been engaged:

_Secretary, Operator,_
_Cashier,_

      b.    Are you a salaried employee of the U.S. Government?
            Yes _____          No __✓____

            (1)    If yes, give your daily work hours and regular days off: _____

8.    Do you have any supervisory responsibilities at work?
      Yes _____          No __✓____

      a.    If yes, how many people are under your supervision?_____

9.    Have you or anyone in your family ever worked for or been associated with a law firm, a District Attorney's Office, Prosecutor's Office or a United States Attorney's Office?
      ~~Yes~~ _____          No _____

      a.    If yes, identify person as yourself or family member: ████████████████████████████

-2-

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 41

Case: 4:07-cv-00027-ERW    Doc. #:  94-48    Filed: 08/14/09    Page: 73 of 98 PageID
#: 1150

#165

b. If yes, what is the location of the office (city and state). ~~Wilmington Delaware~~

c. Dates of service: _____

d. Duties: __~~Atto____~~_____

e. Current status: __Active_____

10. Are you presently involved in law enforcement or have you ever been involved in law enforcement in the past (including military police)?

Yes _____    No __✓__

a. If yes, please explain: _____

_____

11. Do you have a close friend or relative presently or in the past engaged in law enforcement?

Yes _____    No __✓__

a. If yes, please explain: _____

_____

12. Are you: Married __✓__    Single _____

Separated _____    Divorced _____    Widowed _____

13. Spouse's ethnic background: __White_____

Spouse's occupation: __Sales Manager, Tech Manger__

Spouse's prior occupations: __Engineer_____

_____

-3-

14. If you have any children, please list their age, sex and occupation:

_____ 21 — M — College _____

_____ 20 — F — College _____

15. How would you describe the condition of your health?

_____ Good _____

16. Do you have hearing difficulties?   Yes _____        No ___✓___

17. Do you have trouble seeing?   Yes _____        No ___✓___

18. Do you have physical or medical problems which would make jury duty difficult for you?   Yes _____        No ___✓___

   a.   If yes, please explain: _____

19. Have you or anyone in your immediate family been under a doctor's care for any mental problems?
   Yes _____            No __✓____

20. Are you taking any medication regularly?   If so, state what kind: _____ n/A _____

21. Have you, any family members or any close friends ever undergone counseling, treatment or hospitalization for psychiatric, emotional, family, behavioral or substance abuse problems?     Yes _____        No __✓___

   a.   If yes, please give details: _____

   _____

22. Do you have any prejudice in favor, against, or any fixed opinions concerning psychiatric or psychological testimony?              Yes _____        No __✓___

   a.   If yes, please explain: _____

   _____

-4-

23. What are your hobbies and spare time activities? _____

_____ Gardening, Reading _____

24. Have your or your spouse served in the military?
    You: yes _____ no __✓__    Spouse: yes _____ no __✓__

    a.    If yes, please describe branch of service, dates of
          service, assignments, etc.: _____

          _____

          _____

25. Have you ever had prior jury trial service (Federal or State)?

    ~~Yes~~ ____ No ____    Where ~~████████████~~

    Dates of Service? ___?_____

    a.    If yes, which type of jury service was it?

          Criminal ___✓___    Civil _____✓___    Both ___✓___

    b.    If criminal, type of case(s). ~~████████~~

    c.    Did you reach a verdict? ~~Yes~~    No _____

    d.    Did you set the punishment?    Yes _____    No __✓__

    e.    Were you ever the jury foreperson? Yes _____    No __✓__

    f.    Have you or your spouse ever been a grand juror?

          You: Yes _____    No __✓__

          Spouse: Yes _____    No __✓__

    g.    Would your prior jury service affect your ability
          to be a fair and impartial juror in this case?

          Yes _____    No __✓__

-5-

a.    If yes, please explain: _____ _____

_____

26.  This trial may take as long as three weeks to complete. Do you have any problem or pending matter which would prevent you from sitting as a juror for that length of time?    Yes _✓___    No _____

a.    If yes, please explain: _New hire at work_

_____

27.  Have you ever filed a lawsuit?    Yes _✓___    No _____

a.    If yes, for what reason? _Workmans Comp_
_Headon accident Sept 20, 1997_

28.  Have you ever been sued?    Yes _____    No _✓___

a.    If yes, describe the nature of the lawsuit: _____

_____

29.  a.   Have you or a family member or a close friend ever been personally interested in the outcome of a criminal case as a defendant, victim, witness, or complainant?

         Yes _____    No _✓___

     (1)  If yes, please explain your interest:

     _____

     _____

- 6 -

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 41
#165

b.   Were you satisfied with the outcome?

Yes _____          No _____

   (1)  Why or why not? _____

   _____

30.  Have you or one of your family members or a close personal friend ever been arrested for or charged with an offense above the level of a simple traffic violation?

Yes __✓__        No _____

a.   If yes, please explain: _D W.I_____

   _____

31.  Have you ever been convicted of a state or federal crime punishable by imprisonment for more than one year?

Yes _____          No __✓__

a.   If yes, were your civil rights restored?

   Yes _____          No _____

b.   Are any such charges now pending against you?

   Yes_____         No _____

32.  Are you presently under indictment or legal accusation for any misdemeanor or felony?

Yes _____          No __✓__

a.   If yes, please explain: _____

   _____

33. Do you know or have you ever known anyone who has been sentenced to the penitentiary?

   Yes _____      No __✓__

   a.   If yes, please explain: _____

   _____

34. Have you, a relative of yours or a close friend of yours ever been the victim of a crime?

   Yes _____      No __✓__

   a.   If yes, please explain: _____

   _____

35. Have your or your spouse ever served on a general court martial?  Yes _____      No __✓__

36. If you are chosen to serve as a juror in this matter, the court will instruct you that the defendant is presumed to be innocent and the presumption of innocence can e overcome only if the Government proves, beyond a reasonable doubt, each essential element of the crimes charged.  There is no burden on the defendant to prove that he is innocent.  Do you have a quarrel with this instruction as to the law?

   Yes _____      No __✓__

   a.   If yes, please explain: _____

   _____

37. If your answer to the previous question is "Yes," could you put aside your personal feelings and follow the law as stated in the previous question? Yes _____      No _____

-8-

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 41

#165

38. What newspapers do you read regularly, including both local and out of town papers?

_____ Missourian _____

39. The charges in this case include the intentional killing of another. These charges arise out of an incident which occurred on March 17, 1997, at the Lindell Bank and Trust Company, St. Louis, Missouri.

Realizing that the defendant is presumed to be innocent under the law; please answer the following questions regarding any pretrial publicity which you might have seen or heard regarding this case.

a. Have you seen or heard anything about the alleged offense from the news media or from any other sources?

Yes _____          No ___✓___

(1) If yes, please describe the information, and how you obtained it: _____

_____

b. Do you have any personal knowledge of the facts or charges in this case?   Yes _____          No ___✓___

(1) If yes, please explain: _____

_____

c. Would the information that you heard, received, or read from any source affect your impartiality in this case?   Yes _____          No ___✓___

(1) If yes, please describe how the information would affect you: _____

_____

40. Under the law, there may be two trials in this case. In the first trial, one of the questions will be to determine whether or not the defendant is guilty of intentionally killing Richard Heflin. In this trial, the facts at issue are for the jury to determine. The law applicable to the charges is something on which the court will instruct you. You are required to accept the law as the court explains it to you regardless of any opinions you may have as to what the law is or should be. Would you have difficulty following this instruction?
Yes _____ No ___✓___

   a.   If yes, please explain: _____

   _____

41. In the event that the defendant is found guilty of intentionally killing Richard Heflin, there will be a second trial, the jury would be asked to weight various aggravating factors, i.e. factors supporting the death penalty and mitigating factors, i.e. factors weighing against the death penalty. You would be asked to balance the various aggravating and mitigating factors in order to determine whether a sentence of death, a sentence of life imprisonment without the possibility of release, or a lesser sentence is the appropriate penalty.

   Is there any reason you would not be able to consider all aggravating and mitigating evidence and decide whether or not death is an appropriate penalty?
Yes _____       No ___✓___

   a.   If yes, please describe: _____

   _____

-10-

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 41
Case: 4:07-cv-00027-ERW   Doc. #: 94-48   Filed: 08/14/09   Page: 81 of 98 PageID #: 1158
#165

42. Regarding the death penalty, which of the following ten statements most accurately represents your beliefs: (Please read all ten statements, take some time to reflect, and then circle the appropriate statement(s)):

   a. In a case in which the defendant is convicted and in which the death penalty is requested, I will always vote to impose the death penalty.

   b. I am strongly in favor of the death penalty, and would have a difficult time voting against it.

   c. I am generally in favor of the death penalty, but I would base a decision to impose it on the facts and the law in this case.

   d. In a case in which the defendant is convicted and in which the death penalty is requested, I can vote to impose the death penalty if it is appropriate based on the facts and the law in the case.

   e. ~~███████████████████████████████~~ but I believe I can put aside my feelings against the death penalty and impose the death penalty if it is called for by the facts and the law in the case.

   f. Although I am philosophically, morally, or religiously opposed to the death penalty, I do believe that I can follow a law providing for the imposition of the death penalty.

   g. I feel that my opposition to the death penalty will make it difficult for me to perform my duty as a juror to reach a verdict of guilty or not guilty.

   h. I am strongly opposed to the death penalty, and I will have a difficult time voting to impose it.

   i. I am personally, morally, or religiously opposed to the death penalty, and would never vote to impose it under any circumstances.

   j. None of the above. Explain: _____

   _____

- 11 -

43. Do you hold any personal, moral, religious, or other beliefs about the death penalty such that you could never consider imposing it under any circumstances?

Yes _____        No __✓__

44. Are the beliefs you may have about the death penalty such that those beliefs would prevent you from being a fair and impartial juror at the first stage of trial, where you would be deciding whether the defendant is guilty or not guilty of the charge against him?

Yes _____        No __✓__

   a.   If yes, please explain: _____

   _____

45. Do you have a religious affiliation?  Yes _____  No _✓_

   a.   If yes, please describe: _____

46. The defendant in this case is an African American man accused of killing a white man.  Would this be important to you in deciding between a life sentence and the death penalty?        Yes _____        No _✓_

   a.   Please explain your answer: _____

   _____

47. Do you have any feelings toward any racial or ethnic group which would cause you to judge a member of that group unfairly?        Yes _____        No _✓_

   a.   If yes, please explain: _____

   _____

48. The attorneys for Billie J. Allen are Mr. Richard Sindel and Mr. John Simon.  Do you know or have you heard of any of these attorneys?
   Yes __✓__        No _____

   a.   If yes, how do you know them or what have you heard about them? Is his wife ~~_____~~ ? ~~○○○○○○○○○○○~~ - if so she was against me on my workmans comp case that the state — screwed me out off.

-12-

49. The attorney for Norris G. Holder is Mr. Charles M. Shaw. Do you know or have you heard of any of this attorney?
Yes _____        No _____

   a.   If yes, how do you know him or what have you heard about him? _____

   _____

50. The prosecutors in this case Mr. Edward L. Dowd, Jr., United States Attorney for the Eastern District of Missouri and Mr. Joseph M. Landolt, Assistant United States Attorney. Do you know or have you heard of any of these attorneys?
Yes _____        No _____

   a.   If yes, how do you know them or what have you heard about them? _____

   _____

51. Do you know or do you think you might know the defendant in this case, Billie J. Allen, or any of his family?
Yes _____        No ___L___

   a.   If yes, in what capacity? _____

   _____

52. Do you know or do you think you might know the defendant in this case, Norris G. Holder, or any of his family?
Yes _____        No _____

   a.   If yes, in what capacity? _____

   _____

53. Were you or anyone you know acquainted with Richard Heflin or his family?
Yes _____        No _____

   a.   If yes, in what capacity? _____

   _____

-13-

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 41

54. So far as you know at this time, is there anything that would prevent you from being a fair and impartial juror for the trial of this case?
Yes _____        No ___✓___

   a.   If yes, please explain: _____

_____

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 41

## JUROR QUESTIONNAIRE

### ALL QUESTIONS MUST BE ANSWERED

1.  Juror Number: 169

2.  Age: 35

    State and City of Birth: Joliet, IL        Sex: Female

    Ethnic Background: White

3.  County: Franklin
    No. of Years at current residence: 12

    Do you currently own ✓ , rent _____ , or live with homeowners _____ ?

4.  Name any previous residence, neighborhood, community or suburb where you lived for a substantial period of time:
    NA

    _____

5.  a.  How much education do you have?

        Grade School or less _____
        Some high school _____
        High school graduate ✓
        Technical or business school _____
        Some college ✓
        Graduated from college with a degree in_____
        Major areas of study in college included:

        _____

    b.  Are your presently a student at any public or private secondary school or in actual attendance at an institution of higher education?

        Yes _____        No ✓

        (1)  If yes, describe course of study and anticipated dated of completion: _____

        _____

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 41

6.   What is your occupation? _Agricultural Tech._

Name of your present employer: _Platts Nursery and Landscaping_

Address of employer: _1230 W. Springfield Ave, Union, MO 63084_

Length of employment: _2 yrs._

Present job description: (describe briefly): _Work in Greenhouses, watering, sowing, & etc...._

_____

7.   a.   List all prior occupations in which you have been engaged:

_McDonalds for ½ year, Brown shoe Co. 6 months Skate Guard 3 years & Housewife._

b.   Are you a salaried employee of the U.S. Government?
Yes _____          No __✓__

(1)   If yes, give your daily work hours and regular days off: _____

8.   Do you have any supervisory responsibilities at work?
Yes _____          No __✓__

a.   If yes, how many people are under your supervision? _____

9.   Have you or anyone in your family ever worked for or been associated with a law firm, a District Attorney's Office, Prosecutor's Office or a United States Attorney's Office?
Yes _____     No __✓__

a.   If yes, identify person as yourself or family member: _____

-2-

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 41

Case: 4:07-cv-00027-ERW   Doc. #: 94-48   Filed: 08/14/09   Page: 87 of 98 PageID
#: 1164

#169

b.   If yes, what is the location of the office (city and state).

_____

c.   Dates of service: _____

d.   Duties: _____

e.   Current status: _____

10.  Are you presently involved in law enforcement or have you ever been involved in law enforcement in the past (including military police)?

Yes _____        No __✓___

a.   If yes, please explain: _____

_____

11.  Do you have a close friend or relative presently or in the past engaged in law enforcement?

Yes __✓___        No _____

a.   If yes, please explain: _Police Officer - Cousin_

_FBI - Brother_____

12.  Are you: Married __✓___        Single _____

Separated _____    Divorced _____    Widowed _____

13.  Spouse's ethnic background: __White_____

Spouse's occupation: _Material handler_____

Spouse's prior occupations: _Landscaper, Carpenter, Laborer,_

_Leadman in shipping._

-3-

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 41

#169

14. If you have any children, please list their age, sex and occupation:

_16,- male , 12- male, 7- Female_

15. How would you describe the condition of your health?

_O.K._

16. Do you have hearing difficulties?  Yes _____          No _✓_

17. Do you have trouble seeing?    Yes _____          No _✓_

18. Do you have physical or medical problems which would make jury duty difficult for you?  Yes _____      No _✓_

   a.   If yes, please explain: _____

19. Have you or anyone in your immediate family been under a doctor's care for any mental problems?
Yes _____              No _✓_

20. Are you taking any medication regularly?  If so, state what kind: _Naprelan 500 MG    2 daily_

21. Have you, any family members or any close friends ever undergone counseling, treatment or hospitalization for psychiatric, emotional, family, behavioral or substance abuse problems?      Yes _____       No _✓_

   a.   If yes, please give details: _____

22. Do you have any prejudice in favor, against, or any fixed opinions   concerning   psychiatric   or   psychological testimony?          Yes _✓_ .       No _____

   a.   If yes, please explain: _A person has to be proven Guilty first._

-4-

23. What are your hobbies and spare time activities? *Hunting,*
*Riding horses & spending time with the family.*

24. Have your or your spouse served in the military?
You: yes _____ no __✓__    Spouse: yes _____ no __✓__

 a. If yes, please describe branch of service, dates of service, assignments, etc.: _____

 _____

 _____

25. Have you ever had prior jury trial service (Federal or State)?

 Yes _____ No __✓__    Where _____

 Dates of Service? _____

 a. If yes, which type of jury service was it?

 Criminal _____    Civil _____    Both _____

 b. If criminal, type of case(s). _____

 c. Did you reach a verdict?  Yes _____    No _____

 d. Did you set the punishment?  Yes _____    No _____

 e. Were you ever the jury foreperson? Yes _____    No _____

 f. Have you or your spouse ever been a grand juror?

 You: Yes _____    No __✓__

 Spouse: Yes _____    No __✓__

 g. Would your prior jury service affect your ability to be a fair and impartial juror in this case?

 Yes _____    No _____

-5-

a.    If yes, please explain: _____

_____

26.  This trial may take as long as three weeks to complete. Do you have any problem or pending matter which would prevent you from sitting as a juror for that length of time?    Yes __✓__    No _____

a.    If yes, please explain: *I have to drive my daughter to and from school.*

27.  Have you ever filed a lawsuit?    Yes _____    No __✓__

a.    If yes, for what reason? _____

_____

28.  Have you ever been sued?    Yes _____    No __✓__

a.    If yes, describe the nature of the lawsuit: _____

_____

29.  a.    Have you or a family member or a close friend ever been personally interested in the outcome of a criminal case as a defendant, victim, witness, or complainant?

Yes _____    No __✓__

(1)  If yes, please explain your interest: _____

_____

-6-

b.    Were you satisfied with the outcome?

Yes _____        No _____

(1)  Why or why not? _____

_____

30.  Have you or one of your family members or a close personal friend ever been arrested for or charged with an offense above the level of a simple traffic violation?

Yes _____        No __✓__

a.  If yes, please explain: _____

_____

31.  Have you ever been convicted of a state or federal crime punishable by imprisonment for more than one year?

Yes _____        No __✓__

a.  If yes, were your civil rights restored?

Yes _____        No _____

b.  Are any such charges now pending against you?

Yes_____        No _____

32.  Are you presently under indictment or legal accusation for any misdemeanor or felony?

Yes _____        No __✓__

a.  If yes, please explain: _____

_____

- 7 -

33. Do you know or have you ever known anyone who has been sentenced to the penitentiary?

Yes _____        No __✓__

   a.   If yes, please explain: _____

      _____

34. Have you, a relative of yours or a close friend of yours ever been the victim of a crime?

Yes _____        No __✓__

   a.   If yes, please explain: _____

      _____

35. Have your or your spouse ever served on a general court martial?   Yes _____        No __✓__

36. If you are chosen to serve as a juror in this matter, the court will instruct you that the defendant is presumed to be innocent and the presumption of innocence can e overcome only if the Government proves, beyond a reasonable doubt, each essential element of the crimes charged. There is no burden on the defendant to prove that he is innocent. Do you have a quarrel with this instruction as to the law?

Yes _____        No __✓__

   a.   If yes, please explain: _____

      _____

37. If your answer to the previous question is "Yes," could you put aside your personal feelings and follow the law as stated in the previous question? Yes _____        No _____

-8-

38. What newspapers do you read regularly, including both local and out of town papers?

_____ *None* _____

39. The charges in this case include the intentional killing of another. These charges arise out of an incident which occurred on March 17, 1997, at the Lindell Bank and Trust Company, St. Louis, Missouri.

Realizing that the defendant is presumed to be innocent under the law; please answer the following questions regarding any pretrial publicity which you might have seen or heard regarding this case.

a. Have you seen or heard anything about the alleged offense from the news media or from any other sources?

Yes _____        No __✓__

(1) If yes, please describe the information, and how you obtained it: _____

_____

b. Do you have any personal knowledge of the facts or charges in this case?     Yes _____        No __✓__

(1) If yes, please explain: _____

_____

c. Would the information that you heard, received, or read from any source affect your impartiality in this case?     Yes _____        No __✓__

(1) If yes, please describe how the information would affect you: _____

_____

-9-

Billie Allen v. United States of America
Case: 4:07-cv-00027-ERW    Doc. #: 94-48    Filed: 08/14/09    Page: 94 of 98 PageID
No. 4:07-CV-27-ERW
Exhibit 41                                #: 1171                                #169

40.    Under the law, there may be two trials in this case.  In the first trial, one of the questions will be to determine whether or not the defendant is guilty of intentionally killing Richard Heflin.  In this trial, the facts at issue are for the jury to determine.  The law applicable to the charges is something on which the court will instruct you.  You are required to accept the law as the court explains it to you regardless of any opinions you may have as to what the law is or should be.  Would you have difficulty following this instruction?
Yes _____ No __✓__

a.    If yes, please explain: _____

_____

41.    In the event that the defendant is found guilty of intentionally killing Richard Heflin, there will be a second trial, the jury would be asked to weight various aggravating factors, i.e. factors supporting the death penalty and mitigating factors, i.e. factors weighing against the death penalty.  You would be asked to balance the various aggravating and mitigating factors in order to determine whether a sentence of death, a sentence of life imprisonment without the possibility of release, or a lesser sentence is the appropriate penalty.

Is there any reason you would not be able to consider all aggravating and mitigating evidence and decide whether or not death is an appropriate penalty?
Yes __✓__        No _____

a.    If yes, please describe: _I don't think I could_

_give anyone the death penalty._

-10-

42.  Regarding the death penalty, which of the following ten statements most accurately represents your beliefs: (Please read all ten statements, take some time to reflect, and then circle the appropriate statement(s)):

a.   In a case in which the defendant is convicted and in which the death penalty is requested, I will always vote to impose the death penalty.

b.   I am strongly in favor of the death penalty, and would have a difficult time voting against it.

c.   I am generally in favor of the death penalty, but I would base a decision to impose it on the facts and the law in this case.

d.   In a case in which the defendant is convicted and in which the death penalty is requested, I can vote to impose the death penalty if it is appropriate based on the facts and the law in the case.

e.   I am generally opposed to the death penalty, but I believe I can put aside my feelings against the death penalty and impose the death penalty if it is called for by the facts and the law in the case.

f.   Although I am philosophically, morally, or religiously opposed to the death penalty, I do believe that I can follow a law providing for the imposition of the death penalty.

g.   I feel that my opposition to the death penalty will make it difficult for me to perform my duty as a juror to reach a verdict of guilty or not guilty.

h.   I am strongly opposed to the death penalty, and I will have a difficult time voting to impose it.

i.   I am personally, morally, or religiously opposed to the death penalty, and would never vote to impose it under any circumstances.

j.   None of the above.   Explain: _I don't believe I could take someones life like that._

- 11 -

43. Do you hold any personal, moral, religious, or other beliefs about the death penalty such that you could never consider imposing it under any circumstances?

Yes ✓        No _____

44. Are the beliefs you may have about the death penalty such that those beliefs would prevent you from being a fair and impartial juror at the first stage of trial, where you would be deciding whether the defendant is guilty or not guilty of the charge against him?

Yes _____        No ✓

   a.    If yes, please explain: _____

   _____

45. Do you have a religious affiliation? Yes _____ No _____

   a.    If yes, please describe: _____

46. The defendant in this case is an African American man accused of killing a white man. Would this be important to you in deciding between a life sentence and the death penalty?        Yes _____        No ✓

   a.    Please explain your answer: _____

   _____

47. Do you have any feelings toward any racial or ethnic group which would cause you to judge a member of that group unfairly?        Yes _____        No ✓

   a.    If yes, please explain: _____

   _____

48. The attorneys for Billie J. Allen are Mr. Richard Sindel and Mr. John Simon. Do you know or have you heard of any of these attorneys?
   Yes _____        No ✓

   a.    If yes, how do you know them or what have you heard about them? _____

-12-

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 41

#169

49.   The attorney for Norris G. Holder is Mr. Charles M. Shaw. Do you know or have you heard of any of this attorney?
Yes _____        No ___✓___

      a.   If yes, how do you know him or what have you heard about him? _____

      _____

50.   The prosecutors in this case Mr. Edward L. Dowd, Jr., United States Attorney for the Eastern District of Missouri and Mr. Joseph M. Landolt, Assistant United States Attorney.  Do you know or have you heard of any of these attorneys?
Yes _____        No ___✓___

      a.   If yes, how do you know them or what have you heard about them? _____

      _____

51.   Do you know or do you think you might know the defendant in this case, Billie J. Allen, or any of his family?
Yes _____        No ___✓___

      a.   If yes, in what capacity? _____

      _____

52.   Do you know or do you think you might know the defendant in this case, Norris G. Holder, or any of his family?
Yes _____        No ___✓___

      a.   If yes, in what capacity? _____

      _____

53.   Were you or anyone you know acquainted with Richard Heflin or his family?
Yes _____        No ___✓___

      a.   If yes, in what capacity? _____

      _____

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 41

54. So far as you know at this time, is there anything that would prevent you from being a fair and impartial juror for the trial of this case?

Yes _____          No ___✓____

    a.   If yes, please explain: _____

_____

-14-