**METROPOLITAN POLICE DEPARTMENT - CITY OF ST. LOUIS**

## LABORATORY REPORT

| | | | |
|---|---|---|---|
| **RE:** | Richard HEFLIN | | |
| | 6900 Clayton | :VICTIM | **COMPLAINT NO.:** 97-3 4 2 8 4 |
| | | | **DATE RECEIVED:** 3-17/3-18 & 3-19-97 |
| | Norris HOLDER | | |
| | 5607 Curry | :SUSPECT | **DATE EXAMINED:** 4-3-97 |
| | | | |
| | Billy ALLEN | | **LABORATORY NO.:** 7 0 3 3 6 0 |
| | 3164 Oregon | :SUSPECT | |
| | | | **EXAMINER:** JOSEPH STEVENS |
| | HOMICIDE/BANK ROBBERY, | | |
| | 3-17-97 | | **EXAMINED FOR:** Homicide Section |
| | | | Det. Nickerson |

### REPORT

**SPECIMENS:**

Q-1. Metal can containing one damp rag. *52A*

Q-2. One metal can containing carpet and debris from behind passenger seat of van. *52B*

Q-3. Paper evidence bag containing clothing of suspect Allen consisting of: a) gray sweatpants, b) blue sweatpants, c) black, red and white pullover shirt.  *No gas*

Q-4. Paper evidence bag containing clothing of suspect Norris consisting of: a) blue coveralls, b) blue and red "Nautica" shirt, c) blue jeans, d) white "bullet proof" vest.

Q-5. Paper evidence bag containing one black leather jacket recovered from front seat of vehicle.

Q-6. Paper evidence bag containing plastic bag containing one pair of very wet leather gloves.

**RESULTS OF EXAMINATION:**

Q-1. Gas chromatographic analysis of the head space of Specimen Q-1 failed to disclose the presence of any petroleum distillates.

Q-2. Gas chromatographic analysis of the head space of Specimen Q-2 disclosed the presence of gasoline.

Q-3 through Q-6.  Specimens Q-3 through Q-6 were repackaged by heat sealing in Kapak bags.

Subsequent gas chromatographic analysis of the head spaces inside these Kapak bags disclosed the following:

Q-3.  No petroleum distillates were detected.

Q-4.  Gasoline detected

Q-5.  Gasoline detected

Q-6.  Gasoline detected

0000157

**LABORATORY NO.:**   7 0 3 3 6 0

**COMPLAINT NO.:**   97-3 4 2 8 4

All specimens will be forwarded to the FBI for further examination.


### CHAIN OF CUSTODY

<u>Q-1</u>      to      <u>Vincent 3201</u>   to   <u>Stevens 6766</u>        to
P.O. Schulze 2395   3-17-97              3-18-97

         <u>S.A.Hartman</u>
         4-4-97


<u>Q-2</u>      to      <u>Crow 0620</u>     to   <u>Stevens 6766</u>        to
Det. Horn 3882      3-18-97              3-18-97

         <u>S.A. Hartman</u>
         4-4-97


<u>Q-3 & Q-4</u> to      <u>Stevens 6766</u>   to   <u>S.A. Hartman</u>
Det. Carroll 3263   3-19-97              4-4-97


<u>Q-5</u>      to      <u>Turner 1098</u>   to   <u>Stevens 6766</u>        to
P.O. Barton         3-18-97              3-18-97

         <u>S.A. Hartman</u>
         4-4-97


<u>Q-6</u>      to      <u>Vincent 3201</u>   to   <u>Stevens 6766</u>        to
P.O. Priest         3-17-97              3-18-97

         <u>S.A. Hartman</u>
         4-4-97


EXAMINER: _____
          Joseph Stevens
          Criminalist


/eas

0000158