*City Watch Workers*

10
97035218

White, female, DOB: ████████ Social
Security Number: ████████, home
address ████████
Missouri, home telephone ████████
work address 6900 Clayton, St.
Louis, Missouri, 63143, business
telephone #645-7700, ████████

White, female, ████████ Social
Security Number: ████████ home
address ████████
████████ Missouri, ████████ home
telephone ████████ work address
6900 Clayton, St. Louis, Missouri,
business telephone #645-7700,
████████

Black, female, ████████ Social
Security Number: ████████ home
address ████████
████████ home telephone
████████ work address 6900
Clayton, St. Louis, Missouri, 63143,
business telephone #645-7700,
████████

Black, female, ████████ Social
Security Number: ████████, home
address ████████
████████ Alorton,
████████ no home telephone,
work address 6900 Clayton, St.
Louis, Missouri, 63143, business
telephone #645-7700,████████

Black, female, DOB:B ████████
Social Security Number: ████████
home address ████████
████████ home telephone
████████ work address 6900
Clayton, St. Louis, Missouri, 63143,
business telephone #645-7700,
████████

→ The following individuals were interviewed at the scene by
Detectives Bateman and Oberschelp:

████████           White, male, ████████
████████
home telephone ████████

*Gregory*
and: *Prater*
*4739 Minnesota*

*Joe Prowell*
*4449 San Francisco*
*63115*

11
97035218

Black, male, ███████████
███████ residing ███████
████ telephone ██████████

Both were working at the corner of Kingshighway and Lindell for the City Water Department and saw the following described subject standing on the southeast corner:

Black, male, 23 to 27 years of age, 5 feet 8 inches tall, 160 pounds, thin build, with red, frizzy hair combed straight back, wearing a multi-colored shirt and grey pants... possibly sweat pants.

The subject was last seen walking south on the east side of Kingshighway from Lindell at about 12:00 p.m.

Both subjects can be contacted at home or at the Water Division at 4800 McRee, telephon█████████

Sergeant Sasenger interviewed the following witness/employees at the bank:

████████████

███████ who is a clerk in the safe deposit department at the bank, stated at about 10:30 a.m. she received a fax machine message and asked the security guard, victim Heflin, to make a copy of the message for her. Victim Heflin took the message from her and began walking toward a table near the east door of the bank, where they had snacks and beverages on display for customers and employees.

██████ stated she sat down by her computer, when suddenly she heard numerous gunshots in the bank coming from the direction of the east door. Seconds later, she observed victim Heflin falling backwards to the floor in front of her counter. She observed one of the subjects wearing a dark colored ski mask and clothing and armed with a rifle standing near the east door.

██████ stated she heard the subject standing near the east door yelling toward the center of the bank lobby where another subject, dressed somewhat in the same manner, having clear, dark-rimmed glasses, armed with a rifle, was standing and stated, "You have thirty five seconds to get the money!" She stated the second subject, who was wearing what appeared to be prescription glasses, jumped over the counter behind victim Heflin and told her to lie on the floor and she complied with his demand. The subject behind the counter then walked away from her, toward the tellers, and she heard the subject standing by the east door of the bank state, "Thirty seconds are up, hurry!"

0000132