FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription _____04/05/97_____

At approximately 4:20AM, 03/18/1997, Billie Jerome Allen, a black male, date of birth 06/18/1977, Social Security Account Number 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, was interviewed at the St. Louis Metropolitan Police Department(SLMPD), Homicide Division, 1200 Clark, St. Louis, Missouri regarding the robbery of the Lindell Bank and Trust, 6900 Clayton, St. Louis, Missouri on 03/17/1997. Present for the interview were Special Agent (SA) Jan R. Hartman, Federal Bureau of Investigation (FBI), St. Louis Division, and Detective Thomas Carroll, SLMPD. Allen was advised of the identity of the interviewing Agent by display of credentials.

SA Hartman advised Allen that bank robbery is considered a federal violation and is investigated jointly by the FBI and local authorities. As Allen was being advised of his rights as afforded by Miranda, Allen asked if he could have an attorney, stating that he would like an attorney by the court. Upon this request, the interview ceased. It should be noted that Allen had what appeared to be a burn on his right ear and injuries to his face and right hand.

The following background and descriptive data was obtained through observation and interview:

| | |
|---|---|
| NAME: | BILLIE JEROME ALLEN |
| RACE: | Black |
| SEX: | Male |
| AGE: | 19 |
| COMPLEXION: | Dark |
| HEIGHT: | 6'1" tall |
| WEIGHT: | 180 pounds |
| HAIR: | Black-box style |
| EYES: | Brown |
| ADDRESS: | 3164 Oregon St. Louis, Missouri; or, 4535 Cote Brilliante, St. Louis, Missouri (Mother) |

0060067

Investigation on _____03/18/1997_____ at St. Louis, Missouri

File # 91A-SL-181120                    Date dictated _____03/26/1997_____

by _SA Jan R. Hartman_

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;