*Deaconess*

FD-302 (Rev. 10-6-95)

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

*I.C.*

Date of transcription _____04/03/97_____

On April 3, 1997, ████████, Physical Engineer, Deaconess Hospital, 6150 Oakland, St. Louis, Missouri, telephone ████████ was interviewed at his place of employment by Special Agent Michael A. Vick, Federal Bureau of Investigation. Combs was advised of the identity of the interviewing agent, and the purpose of the interview. He provided the following information:

████is the director of Deaconess Hospital security. *B.K.* On the morning of March 17, 1997, he and his assistant, ████ ████were standing outside of the main hospital entrance when they observed a lone black male approaching the hospital from an easterly direction on Oakland. Having heard over their police radio of the Lindell Bank and Trust robbery, they were alert for any young black males seeking emergency medical treatment. ████ stated he and████immediately felt the man approaching them appeared suspicious, and they therefore observed him closely.

The black male walked into the main entrance of the hospital and sat down in the waiting area nearest the doors. ████ and████ walked into the lobby and made eye contact with the man. The black male appeared to be nervous, and glanced at ████frequently.

Suspecting that the man might be the robber the police were still seeking,████ placed a call to the St. Louis Metropolitan Police Department (SLMPD) to inform them of the presence of the suspicious man. Seeing████making a telephone call, the black male got up and walked to the pay telephones and appeared to be pretending to place a call.████stated he thought the man acted as if he were calling someone so that he could get closer to████ and overhear his conversation with the police.

The black male stood at the phones for a short time, and then hurriedly exited the hospital. He crossed Berthold and whistled to another black male who was sitting in a car, apparently waiting for him. The black male entered the vehicle, a brown Jeep Wagoneer, and drove north on Hampton. ████stated the vehicle bore Missouri license AEA-228.

Investigation on ___04/03/1997___ at St. Louis, Missouri

File # 91A-SL-181120          Date dictated ___04/03/1997___

0000774

by SA Michael A. Vick

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

(Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of  ██████████████ ,On 04/03/1997 ,Page    2

     ████████described the unknown man as a black male, approximately 20 - 25 years of age, 5'10" in height, weighing 160 lbs, wearing dark clothing, a knit cap, and round wire-rimmed prescription glasses. The individual driving the car was also a black male in his early twenties, wearing a Minnesota Twins baseball cap.

     ████████stated he provided the above information to the SLMPD on the day of the robbery.

0000775