Billie Allen v. United States of America
Exhibit 46

Case: 4:07-cv-00027-ERW   Doc #: 94-53   Filed: 08/14/09   Page: 1 of 6 PageID #: 1183

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription _____06/25/97_____

Wayne Anthoney Ross, Jr., date of birth 02/23/1976, residential address 607 E. Park, Apartment #221, Carbondale, Illinois, 62901, telephone number (home)(618)457-7087 (emergency daytime)(618)453-3331 was interviewed at his residence in regards to his association with Norris G. Holder. Ross was advised of the identity of the interviewing Agents and the nature of the interview. He provided the following information:

Ross is a student at Southern Illinois University at Carbondale, Carbondale, Illinois, and on scholarship to play football. He will be a Junior. Ross is from St. Louis, Missouri, and goes back on holidays, springbreaks, and some weekends to his Grandmother's residence at 2822 Union, St. Louis, Missouri.

Ross is a close friend to Norris Geroy Holder, Jr. The two grew up in the same neighborhood. Ross lived on 25th Street and Holder lived in the Blumeier projects at Delmar and Franklin in St. Louis, Missouri. The two went to separate elementary schools, but they both attended Rockwood South Junior High School in Fenton, Missouri and later Eureka High School in Eureka, Missouri. Ross graduated in 1995. Holder was suspended in 1993 and never returned. He earned his General Education Diploma(GED) later.

Ross and Holder became closer friends as they grew older. They would frequent each other's homes and knew each other's families. When Holder was younger, he lost his leg in a train accident. Holder would jump the train that goes under Grand Street near Highway 40 and ride to Union Station. He had done this for a long time before he got hurt. It was hard for Holder; he knew he was handicapped, but he did not want to face up to it. Holder used to play football with Ross and the rest of their friends; he was the fastest runner. He also liked playing baseball. Holder was depressed for a couple of years, but he never appeared to be suicidal.

Holder always said what was on his mind. It got him into trouble at school. In Junior High School, he was suspended for talking back to a teacher. Ross was also aware that Holder was suspended for wearing a gold necklace with an AK-47

Investigation on __06/24/1997__ at _Carbondale, Illinois_____

File # __91A-SL-181120_____ Date dictated __06/25/1997__

__SA Jan R. Hartman__
by __SA John Ward Durso__

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Billie Allen v. United States of America.
Exhibit 46

**A-SL-181120**

FD-302 of ___Wayne Anthoney Ross, Jr._____, On _06/24/1997_, Page ___2___

medallion. Ross said that he (Ross) wore a dagger earring to school, but they simply asked him to remove it. He admitted, though, that the difference between the two was that Holder talked back and refused to remove the necklace when asked. Holder was suspended. Ross was also familiar with Holder's last suspension at Eureka High School over a girl. Ross advised that the incident occurred on the side of the school bus where the girl claimed that Holder felt her "butt." Ross stated that Holder was only flirting with her, and that he was wearing a black skull cap, not a face mask. Holder was suspended. He then dropped out of school and got his GED. Holder would generally get in trouble at school when he associated with Terry Jett and Shawn Carr. The teachers did not like those two. Jett wore a big herringbone necklace, and Carr had gold teeth. It seemed to Ross that the "devil" followed Holder around as he was always picked out by police and others who wanted to fight him in the different bars they frequented. He didn't go out looking for trouble. Holder used to have a black SS Monte Carlo and a red 1972 "drop top" Oldsmobile Cutlass. The Monte Carlo was the one that was retagged and confiscated. He eventually sold the Cutlass because he kept getting hassled by the police for his music (numerous stereos). The police would "flag" him and give him tickets--he seemed to always stand out.

Holder worked for a Temporary Service for three weeks. He quit because he said his leg hurt. Holder sold crack cocaine up until the time that he was caught by police with crack cocaine and a gun (June 28,1994). Ross and a twelve or thirteen year old named Keesha Blakely were with him. The incident scared Holder. He told Ross that selling drugs was not worth the risk of going to jail. So, Holder stopped selling drugs and carrying guns. Holder did not sell crack when Ross was around because he knew Ross was not involved with drugs. Holder stayed around friends like Terry Jett if he was selling drugs. Jett is currently locked up for robbing a jewelry store. Another friend named Marco McRoberts "hung" around with Holder when he was on the street. McRoberts graduated from Vashon High School this year. McRoberts, Holder, and Ross associated frequently. They would go to the skating rink together, barbecue at Ross's grandmother's house, or go to the Normandy Bowling Alley to shoot pool and bowl.

Holder likes guns and has had several. About a year

Billie Allen v. United States of America
Exhibit 46

AUG-11-1999 18:56       FBI  CARBONDALE  IL             618457403   P.04

91A-SL-181120

Continuation of FD-302 of ___Wayne Anthoney Ross, Jr._____.On _06/24/1997___ .Page ___3___

and a half ago, Holder purchased, or was given, a twelve gauge Mossberg pump shotgun by his girlfriend when he lived on Hamilton.  It was purchased in a store like WalMart.  He owned a .22 caliber small handgun which he was caught with by police. The gun was seized and not returned.  He obtained that gun the summer of Ross' senior year in high school.  Holder had a Glock pistol that he showed Ross when he was home over his last Christmas break.  Holder shot it on New Year's Eve to celebrate the new year.  And, Ross has seen Holder with a SKS rifle and an AK-47 rifle which were stored in his room.  There was no magazine for the SKS rifle; it was Chinese made as Ross saw Chinese writing on the side of the rifle.  Holder told Ross that he keeps guns for protection.  Ross advised that Holder would have trouble with some gang members in O'Fallon Park.  Everyone goes to O'Fallon Park to "chill", and the Crips gangs did not like Holder because he drove his red Cutlass.  Ross claimed that he and Holder did not mess with gangs.  They wore red, blue, or whatever color they wanted,.  Ross has heard the term GMP at Blumeier, but does not know what it stands for.

Ross went home to St. Louis for Spring Break which began around March 8, 1997.  He brought home one of his fellow teammates from the football team named Broderick Bonner also known as Coe.  Bonner was from Georgia and did not want to travel home for Spring Break.  Ross and Bonner were at Ross' grandmother's for a week.  The first weekend, there was a birthday party for Ross' uncle, Gary Harris.  Holder was there as well.  They partied until 7:00AM the following day.  On Saturday, March 8, 1997, Ross, Holder and Bonner went to Cloud 9 Club in East St. Louis.  Ross saw Billie Allen at Cloud 9 but did not speak to him.  Holder only greeted him with "What's up?"

Ross had met Allen three years ago through a friend named Stan Morris.  Morris had bought a new car and took Ross for a ride.  Morris took Ross to the south side near I44 and Grand by the Amoco station where they met with three individuals.  One of them was Allen.  Morris introduced him as Bill.  Morris said that Allen lives "in the hood".  Ross had the impression that Allen was a gang member, possibly Blood, as he was wearing red.  Ross disliked him immediately; he looked shady, more so than the other two individuals he was with, and was someone he didn't trust. Morris knew Allen as he and Allen both lived on the south side. Morris and Ross knew each other from Rockwood South Junior High.

Billie Allen v. United States of America

Exhibit 46

02a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of **Wayne Anthoney Ross, Jr.** , On **06/24/1997** , Page **4**

Morris was into gangs and is currently locked up for murder. Ross also found out after Holder was arrested that Allen had lived with his cousin Carlton Walls three or four years ago. Walls called Ross' grandmother, Barbara Harris, after he heard the news of the robbery. Allen had even written Walls and told him that he was going to rob a bank. Walls had stated that Allen was "out there", that he was wild and would do anything. Walls currently lives in Columbia, Missouri with his brother.

On Sunday, March 9, 1997, Ross and Bonner did not go out. The next day, Ross, Bonner, and Holder went to Northwest Plaza to show Bonner around. After that, Ross did not see Holder until the following Thursday. Ross tried to get Holder to go out with he and Bonner. Holder did not. They say Holder the next day, Friday, March 14, 1997, at Holder's home. Holder showed Ross and Bonner his SKS and AK-47 rifles. The SKS had a knife (bayonet) and looked old. Holder advised that he had bought it off the street, that he did not have a magazine clip for it yet, but was going to get one. It looked like the clip went on the side of the rifle. Holder told Ross that the other rifle was an AK-47. It did not look like the SKS and had two banana magazine clips taped together. It loaded from underneath. Ross asked Holder what he was doing with those guns. Holder replied that he was "going to pull a lick(robbery)". Bonner was surprised when he observed the weapons as he had come from the country.

On Saturday, March 15, 1997, at approximately 11:45PM, Ross, Bonner, Charles "Chuckie" Smith, Holder, and Jeff Moore went to the bowling alley to shoot pool. When they arrived, all the pool tables were in use, and the bowling lanes were going to close. They did not leave because Holder was paged. He said he was waiting on a "cat" named Bill who was coming from the south side. They waited for twenty or thirty minutes. As they stood outside, Ross observed a small old car, possibly red, come into the lot. The passenger was Allen. Ross did not know his last name, but he recognized him immediately. Allen got out of the vehicle, and he and Holder walked into the bowling alley and sat at one of the tables. Ten minutes later, the rest of the group went into the bowling alley as the Normandy police were driving around the lot. They sat with Holder and Allen. Holder and Allen moved to another table. The two were talking quietly, but Smith and Ross were listening to their conversation. They were talking about robbing a bank. When Ross, Holder, Bonner, Smith,

Billie Allen v. United States of America

Exhibit 46

C-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___Wayne Anthoney Ross, Jr._____ , On _06/24/1997_ , Page __5__

and Moore left in their car, Holder talked to Ross about the robbery. Ross could not understand why he picked Allen to rob a bank with. The two did not associate with each other. Holder kept saying that Ross didn't understand. He said he had to do it because he needed money. Ross tried to reason with Holder. He told Holder that he could not even run, and Holder replied that he was not going to get caught. Holder stated that no one was going to get hurt, that the bank had insurance, and that he was not going to have bullets in his gun. Ross asked him what if the police or security guards came and shot at him. Holder said that he would be wearing a bullet proof vest. Ross told him that the police would not shoot at his chest, but probably his head. Holder kept saying that he would get away with it and not get caught. Holder had an answer for everything Ross threw at him. Ross was very angry with him. Holder would not tell Ross which bank. Ross knew it involved Allen; Holder said they had it planned out but would not say who's idea it was as it did not matter. Ross asked him how he was going to get away, and Holder stated that they had a car. Ross told him that the banks had cameras, and Holder said that he has seen how they are set up and will take care of the cameras. Holder knew how long they would be in the bank; he told Ross twenty seconds. He said there was a highway right next to the bank. He knew when the police changed shifts. Holder said that no one would get hurt, that they would have everyone lay on the ground. Ross could not understand why Holder would do this with Allen as he did not know him. Holder told Ross that Allen was "cool", and that they would not get caught. At one time, Ross asked why Holder had changed. Holder told him that the streets made him change. Ross asked Holder why a bank, and Holder said, "I can't take from my brother who's struggling like me." Ross and Holder argued about Holder not following through with his plan. Holder kept saying that no one would get hurt, that they would not be in the bank long enough for anyone to get hurt. Holder never tried to get Ross involved with the robbery, but he had tried a couple of weeks prior to get Smith to do it with him. (Ross did not know this until later.) Ross did not think that Holder tried to recruit Moore, but he probably asked McRoberts. Ross assumed that Holder was going to use the rifles. He thought that Allen had his own guns.

Ross argued with Holder the rest of Saturday and Sunday, trying to convince Holder not to rob a bank. Later, he found out that he was the last to know about Holder's plan.

Billie Allen v. United States of America
Exhibit 46

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___Wayne Anthoney Ross, Jr._____, On _06/24/1997_, Page __6__

Their friend, Cortez Harris, had the same argument with Holder about robbing a bank as Holder had told him about it. Harris is one that is always in trouble himself. He went to college for two and a half years. The last Ross knew, Harris lived in Normandy with his brother. Ross also found out that he and Holder's barber, "Plum", knew Holder was talking about robbing a bank. The last girlfriends Holder had prior to the robbery was a female named Cafe and Colette Howard, a girl they went to high school with. Howard is living with her sister somewhere off of Riverview.

Sunday, March 16, 1997, Ross went to Holder's house to convince him to go back to Carbondale with him. Holder told him that he had something to do. Ross stayed there a couple of hours, then left to go back to college.

When asked if he was familiar with anyone named JB, Ross advised that either Wednesday or Thursday of Spring Break, a group of friends were at Ross' grandmother's residence playing playstation when Holder was paged. Shortly thereafter, someone called for "808", a nickname for Holder. Ross asked who was calling, and the caller told him JB. Ross asked Holder who it was, and Holder told him one of Bill's "cats". Ross knew the nickname of "T" to possibly be associated with Tyrone Martin, or "Fat Boy". Martin lives on Ashland Street near Cora. He used to go to Kemper College. Now, he is in St. Louis working. Drey is a friend whose real name is Andre. He is seventeen to nineteen years of age who used to go to Southwood South. Drey knows how to steal cars, but he and Holder are not talking as they had argued some time prior. Drey heard about the robbery and thought Holder was stupid for doing it. Ross knows Rico Simms who was kicked out of Rockwood South. He lives by Rasheed and Hakeem Savage.

Ross was displayed a photographic lineup in which he was asked if he recognized anyone. Ross immediately pointed to photograph number three, advising that he was the individual he knew as Bill. Photograph number three is Billie Jerome Allen. Ross initialed and dated the photograph.