Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 47

AUG-11-1997  10:58                                          6184574038    P.08

3(12 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

*Broderick Bonner*                    Date of transcription    7/24/97

███████████████████, also known as ████████████, was
contacted at the DuQuoin State Fairgrounds where he was working.
████ was informed of the identities of the interviewing Agents.
████ provided the following information:

████████ was born on ██████████████, ████████.
██. He is currently residing at ██████████████████,
████████████, telephone number 6████████.

████████████ a student at SOUTHERN ILLINOIS UNIVERSITY AT
CARBONDALE (SIU-C).  He is on a football scholarship at SIU-C.

████████████ has known ████████ for about two or three
years.  ████████ knows ████ from the football team, as both
individuals are members of that team.  ████████ girlfriend and
████████ girlfriend are roommates.

████████████ went to St. Louis, Missouri, with ████ only one
time.  This occurred over spring break of 1997.  ████████ does not
remember the day or the month in which the trip to St. Louis
occurred.  However, ████████ noted it was the last spring break at
SIU-C.

████████ stayed in St. Louis with ████ at his uncle's
home.  ████████ recalled that ████ uncle's name was ████; however,
████ did not recall this individual's last name.  ████████ does
not know where ████ residence was located or the name of the
street on which the residence was located.  ████████ stayed with
████ at his uncle's residence about one week.  While in St.
Louis, ████████ went with ████ and some of his friends to
nightclubs for music and dancing.  They went to a nightclub
called "CLOUD NINE" and a nightclub called "CLUB CASINO".  They
also went to a strip club in Brooklyn, Illinois.  However, ████████
did not remember the particular days on which they visited the
nightclubs.  ████████ believes it was toward the weekend when they
went to the nightclubs.

████████ met a few of ████ friends.  ████████ met an
individual named ████ and an individual named NORRIS.  ████████
does not remember the last names of these individuals.  NORRIS
grew up with ████  NORRIS came over to ████ uncle's residence

---

| Investigation on | 6/27/97 | at DuQuoin, IL |
|---|---|---|

File # 91A-SL-181120                          Date dictated    6/30/97
     SA GREGORY T. HOLSTON
by   SA JOHN WARD DURSO          JWD/llm

0001065

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency;

Billie Allen v. United States of America
No. 4:07-CV-27-ERW

AUG-11-1997  10:59                                                    6184574038    P.09

_A_ (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ████████████████████████ , On __6/27/97__ , Page __2__

about every day while ████ was there.

████████ went to NORRIS' house one night. ████████ picked NORRIS up when they were going to a bowling alley. ████ was driving that night. ████████ did not go into NORRIS' house that night. However, on the day ████ and ████ were getting ready to leave St. Louis and return to SIU-C, ████ went into NORRIS' house. This was probably on a Sunday. ████ saw weapons in NORRIS' bedroom. ████████ noted that "he had all kinds of guns". ████ recalled seeing a pistol or two. ████████ saw what he called "little machine guns". ████ saw a few of the "little machine guns". ████████ does not know what the weapons were called. ████ is not really knowledgeable about guns. ████ described the machine guns as being black in color. ████ saw at least three of the machine guns. ████████ noted they were the kind of weapons you put a clip in the weapon. ████████ did not recall seeing a bayonet on any of the weapons he saw. ████ also saw a weapon he believed was called a Mossberg. ████ believes that the handle and the barrel were sawed off the Mossberg. However, ████ is not sure if the barrel was sawed off that weapon.

NORRIS did not say what he was doing with the weapons. NORRIS did say he liked to collect guns.

One night, ████████ and ████ went to the bowling alley with some of ████ friends. ████████ does not remember the particular night they went to the bowling alley. ████████ drove that night. ████ recalled that ████████ NORRIS, and a "dude" named ████ went to the bowling alley. ████████ described ████ as a person who used to play ball with ████ However, ████████ did not remember ████ last name. ████████ thinks ████ is the name of one of the individuals who went to the bowling alley. This individual was ████ cousin.

████████ picked up NORRIS at his house. ████████ does not remember the name of bowling alley. ████████ recalled it could have been on a Thursday night, but he was not sure of the exact day they went to the bowling alley. ████████ does not remember the time they went to the bowling alley, other than it was dark outside.

0001066

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
AUG-14-1997  11:00
Exhibit 27

6184574038    P.10

...a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ , On 6/27/97 , Page 3

NORRIS mentioned that he was supposed to meet some "dude" there. NORRIS did not say the name of the person he was going to meet at the bowling alley. NORRIS said something about wanting to meet the guy because NORRIS wanted to buy a gun.

NORRIS met a guy at the bowling alley and they were inside the bowling alley talking. ▮▮▮▮▮▮waited outside in the car at least 20 minutes while NORRIS was talking to someone inside the bowling alley. ▮▮▮▮▮▮then went inside the bowling alley while NORRIS and this other guy were talking. ▮▮▮▮▮▮ did not overhear the conversation between NORRIS and the other guy because they were sitting at a different table. ▮▮▮▮▮▮ was sure he did not overhear any conversation between NORRIS and the other guy. ▮▮▮▮▮▮wanted to leave the bowling alley and go to the strip club.

▮▮▮▮▮▮ does not remember what the other guy NORRIS met at the bowling alley looked like, other than he was a black male. ▮▮▮▮▮▮would not recognize this other guy if he ever saw him again.

After NORRIS talked to this other guy, ▮▮▮▮▮▮, ▮▮▮▮▮▮ ▮▮▮▮▮▮, NORRIS, and ▮▮▮▮▮ got in ▮▮▮▮▮▮ car and went to the strip club called the PINK SLIP in Brooklyn, Illinois. NORRIS mentioned something about he had to take care of some business.

While they were in the car going to the strip club, ▮▮▮▮▮▮was driving and he believes ▮▮▮▮▮was in the front seat. ▮▮▮▮▮ thinks NORRIS was in the back seat.

NORRIS did not talk about a bank robbery. ▮▮▮▮▮▮did not hear NORRIS talk about any bank robbery. When NORRIS was asked what took so long in the bowling alley, NORRIS said he had to take care of some business. ▮▮▮▮▮▮does not remember the conversation that took place in the car. ▮▮▮▮▮▮did not hear NORRIS discussing a bank robbery with ROSS. There was no mention of any bank robbery. No one talked about a bank robbery when ▮▮▮▮▮▮ was present.

▮▮▮▮▮▮ noted that ▮▮▮▮did not know anything about a bank robbery at that time. The trip to the bowling alley was before ▮▮▮▮▮ saw the weapons in the bedroom of NORRIS' house.

0001067

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 53

AUG-11-1997  11:00                                              6184574038      P.11

(Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ . On 6/27/97 , Page 4

There was no conversation about a bank robbery at the strip club.  The conversation was about women.

NORRIS did not have a gun with him when they went to the bowling alley or strip club, to best of ▮▮▮▮▮ knowledge.

NORRIS never mentioned anything about a bank robbery in ▮▮▮▮▮ presence.

▮▮▮▮▮ was back at school less than a week after the spring break visit to St. Louis when he heard about the bank robbery. ▮▮▮▮▮ was in the training room or weight room when ▮▮▮▮▮ told ▮▮▮▮▮ that NORRIS and some "dude" tried to rob a bank.

▮▮▮▮▮ never had a conversation with the other "dude" that NORRIS met at the bowling alley.

▮▮▮▮▮ was only in NORRIS' bedroom on one occasion.

▮▮▮▮▮ did not see NORRIS with any illegal drugs.

The night that they went to the bowling alley and the strip club, ▮▮▮▮▮ was drinking beer; however, he was not drunk as he was driving that night. ▮▮▮▮▮ was not paying that much attention to the conversation. ▮▮▮▮▮ was listening to the music.

▮▮▮▮▮ was surprised when he heard about the bank robbery.

▮▮▮▮▮ reiterated that he never heard NORRIS say anything about a bank robbery. ▮▮▮▮▮ reiterated that he never heard NORRIS and ▮▮▮ discussing a bank robbery.

▮▮▮▮▮ does not remember NORRIS' last name.

NORRIS never made a comment about robbing anything. NORRIS never said what he was going to do with the guns he had.

▮▮▮▮▮ may have seen a box of shells in NORRIS' bedroom.

▮▮▮▮▮ recalled that NORRIS had a Topaz or a Tempo

0001068

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 43

AUG-11-1997   11:01                                                    6184574038    P.12

302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ███████████████████████ , On 6/27/97 , Page   5

automobile.

A photographic lineup was displayed to ████████ █████████
recognized the individual depicted in photograph number two as
the individual he knew as NORRIS. ████████ initialed and dated
photograph number two.

0061069