91A-SL-181120
SDK/pmw
1

    On Monday, March 17, 1997, an anonymous telephone call was received at the St. Louis office of the Federal Bureau of Investigation. The caller, a black male, advised that he had seen the television news concerning the arrest of Norris Holder in connection with a bank robbery at the Lindell Bank and Trust. The caller advised that he had seen Holder at the North Oaks Bowling Alley in Normandy. Approximately one week prior, the caller had seen Holder at the bowling alley and heard him talking to an individual known as ███████ about robbing a bank. The caller advised that both Holder and ███████ frequent the bowling alley. D.M.

    On March 17, 1997, Special Agents (SAs) Stephen D. Kettner and Michael A. Vick responded to North Oaks Bowl, 101 North Oaks Plaza, near the intersection of Lucas and Hunt and Natural Bridge Roads. Inquiry in the cocktail lounge and at the billiards center disclosed that "████████████frequents the bowling alley and has been seen in the company of several black males.

    The following individuals were particularly helpful and offered to assist in the investigation as necessary:

    R.M.

- Security Guard ███████ is a Police Officer at ████████████████, working secondary employment in uniform at North Oaks Bowl. ██████ can be contacted at the ██████████████████████

    Police Officer ██████████████████ T.B. Department, was off-duty in the cocktail lounge. ████████████ advised that he frequents the cocktail lounge, had seen ██████████ there and would attempt to identify any associates seen with ████████. ███████ can be contacted at the █████████████████████████

(w) 084pmw02.ins

0000671