IN THE UNITED STATES COURT FOR THE
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| Billie Allen,<br>　　　Petitioner | §<br>§<br>§ | |
| VS. | §<br>§ | 4:07-CV-0027 ERW |
| United States of America<br>　　　Respondent | §<br>§<br>§<br>§ | |

## MOTION TO EXCEED PAGE LIMIT

Petitioner Billie Allen moves the court for leave to file his Traverse in this matter. The Traverse has a total of 171 numbered pages, exclusive of tables, cover and service page. Counsel for petitioner are unsure if Local Rule 7.04(d), requiring leave of court to file a "motion, memorandum or brief" exceeding 15 pages, applies to traverse pleadings in habeas corpus cases. In an abundance of caution, they file this motion.

The government's response in this matter, filed with leave of court, was 154 pages long. It raised numerous legal and factual issues. The traverse in this case responds to those issues, and would aid the court in adjudicating this matter.

1

For the foregoing reasons, Mr. Allen requests leave of court to file the

traverse and its annexed exhibits.

Respectfully submitted,

/s Elizabeth Unger Carlyle

Elizabeth Unger Carlyle #51877
P.O. Box 866
Columbus, MS  39703
Missouri Bar No. 41930
(816)525-6540
FAX (866) 764-1249
elizcar@bellsouth.net

Joseph M. Cleary #534292
Attorney at Law
1455 N. Pennsylvania
Indianapolis, IN  46202
(317) 630-0137
jcleary498@aol.com

Michael Wiseman
Chief, Capital Habeas Corpus Unit
Federal Community Defender for the
Eastern District of Pennsylvania
Suite 545 West -- The Curtis Center
Philadelphia, PA  19106
215-928-0520

ATTORNEYS FOR PETITIONER

CERTIFICATE OF SERVICE

I hereby certify that it is my belief and understanding
that counsel for respondent, Mr. Joseph M. Landolt,
United States Attorney, 111 South 10th Street, 20th
Floor, St. Louis, Missouri 63102, and Mr. Steven
Holtshouser, Assistant United States Attorney, 111
South 10th Street, 20th
Floor, St. Louis, Missouri 63102., are participants in
the Court's CM/ECF program and that separate
service of the foregoing document is not required
beyond the Notification of Electronic Filing to be
forwarded to counsel on August 14, 2009, upon the

2

filing of the foregoing document.

/s/ Elizabeth Unger Carlyle
ELIZABETH UNGER CARLYLE