IN THE UNITED STATES COURT FOR THE
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| Billie Allen,<br>        Petitioner | § <br> § <br> § | |
| vs. | § <br> § | 4:07-CV-0027 ERW |
| United States of America<br>        Respondent | § <br> § <br> § <br> § | |

## NOTICE OF FILING EXHIBIT IN PAPER FORM

In connection with the traverse filed on this date, Counsel for Mr. Allen filed with the court Exhibit 13, a report which was divided into seven parts labeled Exhibits 13A to 13G.  The first page of Exhibit 13G, page 61 of the entire document, contains a graphic image that is too large for the CM/ECF system's 5 megabyte limitation. It was therefore omitted from the electronically filed exhibit. For the convenience of the court, counsel is today transmitting, by United States Mail, a paper copy of the entire exhibit including page 61. Enclosed with this transmission is a CD-ROM containing the entire exhibit so the court will have it available in electronic form.

1

Counsel are also sending to counsel for respondent, by United States

Mail, a full paper copy and electronic copy of this Exhibit.

Respectfully submitted,

/s Elizabeth Unger Carlyle

Elizabeth Unger Carlyle #51877
P.O. Box 866
Columbus, MS  39703
Missouri Bar No. 41930
(816)525-6540
FAX (866) 764-1249
elizcar@bellsouth.net

Joseph M. Cleary #534292
Attorney at Law
1455 N. Pennsylvania
Indianapolis, IN  46202
(317) 630-0137
jcleary498@aol.com

Michael Wiseman
Chief, Capital Habeas Corpus Unit
Federal Community Defender for the
Eastern District of Pennsylvania
Suite 545 West -- The Curtis Center
Philadelphia, PA  19106
215-928-0520

ATTORNEYS FOR PETITIONER

CERTIFICATE OF SERVICE

I hereby certify that it is my belief and understanding
that counsel for respondent, Mr. Joseph M. Landolt,
United States Attorney, 111 South 10th Street, 20th
Floor, St. Louis, Missouri 63102, and Mr. Steven
Holtshouser, Assistant United States Attorney, 111
South 10th Street, 20th
Floor, St. Louis, Missouri 63102., are participants in
the Court's CM/ECF program and that separate
service of the foregoing document is not required
beyond the Notification of Electronic Filing to be
forwarded to counsel on ?, upon the filing of the

2

foregoing document.

/s/ Elizabeth Unger Carlyle
ELIZABETH UNGER CARLYLE