UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BILLIE JEROME ALLEN | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:07 CV 0027 |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Respondent | ) |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO
RESPOND TO PETITIONER'S TRAVERS TO THE GOVERNMENT'S RESPONSE TO
MOVANT'S MOTION UNDER 28 U.S.C. §2255**

COMES NOW, the United States of America, by and through Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, and Steven E. Holtshouser and Joseph M. Landolt, Assistant Unites States Attorneys for said District, and requests an extension of time up to and including January 11, 2010 to respond to Petitioner's Traverse to the Government's Response to Movant's Motion Under Section 2255 Motion, and Petitioner's Motion for Leave to Supplement the Amended Motion Under Section 2255.  In support of this Motion, the Government states as follows:

On August 14, 2009, Allen filed Petitioner's Traverse to the Government's Response to Motion Under Section 2255 ("the traverse").  The traverse is 189 pages long, and is accompanied by 53 exhibits which total approximately 824 pages.  Thus, the traverse and exhibits total approximately 1013 pages.

In addition, on the same date, Allen filed his Petitioner's Motion for Leave to Supplement the Amended Motion Under Section 2255, which seeks to allege an additional

1

ground for relief, Ground "S,"  that "[n]ew evidence establishes that Mr. Allen was convicted and sentenced to death on the basis of inaccurate and unreliable expert scientific testimony, in violation of his due process and Eighth Amendment rights."   These documents consist of another 24 pages.  Ground "S" challenges the reliability of ballistics and fingerprint evidence, which have been relied upon in the criminal justice system for many years.

The sheer volume of the matters filed by Allen is overwhelming.  The Government will require substantial time to digest this information, analyze it appropriately, and respond in a meaningful manner.  An appropriate response may require the Government to undertake additional investigations, the extent of which are not yet known to the Government.

 The Government requires additional time in which to respond.   As has been mentioned in the past, AUSA Holtshouser has taken over the exceptionally complex matter of United States v. Gary Kaplan, et al., No. 4:06 CR 337 CEJ (MLM).  The Kaplan matter is a RICO prosecution which arises from an international gaming enterprise.  The Kaplan matter continues to occupy a great deal of  AUSA Holtshouser's time, as forfeiture and sentencing matters remain pending.  In particular, complex domestic and international forfeiture issues arise on a regular basis which require immediate and detailed attention.  In addition, AUSA Holtshouser has become associate trial counsel in the matter of United States v. Bassam Hamed, et al..  The Hamed case is a RICO prosecution which involves 12 defendants.  Trial is scheduled to begin before Judge Charles Shaw on September 21, and is anticipated to last for five weeks.

AUSA Landolt has been similarly occupied.   His duties as Appellate Chief, Professional Responsibility Officer and Ethics Advisor provide a constant diet of time-sensitive responsibilities.  AUSA Landolt supervises the appellate function of the office, and personally

reviews all criminal and civil appellate briefs filed by the office, which often involves substantially revising or rewriting the final product.  AUSA Landolt is tasked with preparing and organizing excerpts from every published Eighth Circuit criminal opinion.  These excerpts are published monthly and distributed to all AUSAs within the Eighth Circuit, as well as to several courts and defense counsel.  The excerpts are also disseminated nationally via the Department of Justice intranet.  Moreover, the Eighth Circuit has set a very ambitious argument docket for the month of September, 2009.  This office has no fewer than 19 cases set for argument on the docket.  DOJ appellate standards require that a moot court be held for each argument.  The moot court process, although very valuable, is both time and labor intensive.  In addition to his extensive duties within the United States Attorney's Office, AUSA Landolt is a member of the Department of Justice Appellate Chiefs' Working Group, which consists of appellate chiefs from each of the twelve judicial circuits as well as representatives from the Department.  The Appellate Chiefs' Working Group is a subcommittee of the Attorney General's Advocacy Committee, and serves to advise that group on matters of appellate policy.  The working membership in the Appellate Chiefs' Working Group requires travel to the Department on a regular basis, as well as providing comprehensive responses to requests for assistance and review of proposals for positions to take on specific appellate issues.  AUSA Landolt is also a member of the Eighth Circuit Criminal Instruction Committee, which meets regularly to draft and propose pattern instructions for the Eighth Circuit.  AUSA Landolt was actively involved in preparing the draft instructions which were recently presented to the district judges at the Eighth Circuit Judicial Conference.

The traverse was originally due on December 15, 2008.  However, as a result of a series of requests for extension of time by Allen - all of which were agreed to, at least in part by the Government - the traverse was not filed until August 14, 2009, nearly eight months after the original due date.  The time requested herein by the Government is the minimum of time which the Government will require to respond to Allen's voluminous pleadings.

WHEREFORE, the Government requests an additional period, up to and including January 11, 2010 which to respond to Petitioner's Traverse to the Government's Response to Movant's Motion Under Section 2255 Motion, and Petitioner's Motion for Leave to Supplement the Amended Motion Under Section 2255.

Respectfully submitted,

CATHERINE L. HANAWAY
United States Attorney

*s/ Steven E. Holtshouser*
STEVEN E. HOLTSHOUSER #24277
Assistant United States Attorney
111 S. 10th Street, Rm. 20.333
St. Louis, Missouri 63102
(314) 539-2200

*s/Joseph M. Landolt*
JOSEPH M. LANDOLT #6484
Assistant United States Attorney
111 S. 10th Street, Rm. 20.333
St. Louis, Missouri 63102
(314) 539-2200

4

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2009, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: Ms. Elizabeth Unger Carlyle, P.O. Box 866, Columbus, MS 39701 and Mr. Joseph M. Cleary, 1455 N. Pennsylvania, Indianapolis, IN 46202.

*s/ Joseph M. Landolt*
JOSEPH M. LANDOLT
Assistant United States Attorney