# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| **BILLIE ALLEN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **No.  4:07 CR 27 ERW** |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Defendant.** | ) |

## GOVERNMENT'S ENTRY OF APPEARANCE

COME Now Michael W. Reap, Acting United States Attorney for the Eastern District of

Missouri, and Carrie Costantin, Assistant United States Attorney for said District, and hereby

enter their appearance on behalf of the United States.

Respectfully submitted,

MICHAEL W. REAP
Acting United States Attorney

 s/*Carrie Costantin*
CARRIE A. COSTANTIN
 Assistant United States Attorney
111 S. 10th  Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200
 carrie.costantin@usdoj.gov