UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BILLIE JEROME ALLEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) No. 4:07 CV 0027 ERW |
| | ) | |
| UNITED STATES OF AMERICA | ) | **THIS IS A CAPITAL CASE** |
| | ) | |
| Respondent. | ) | |

## GOVERNMENT'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT

COMES NOW, the United States of America, by and through Richard G. Callahan,

United States Attorney for the Eastern District of Missouri, and Steven E. Holtshouser Assistant

United States Attorneys for said District, and for the Government's Motion for Leave to Exceed

Page Limit, states as follows:

The Government requests leave of court to file its Response to Allen's 2255 matters in

154 pages plus a 55-page addendum.  The Government believes that it is necessary to exceed

this court's 15 page limit for memoranda of law because of the number and complexity of the

issues which Allen raised in his Motions.  In addition, the addendum will aid the Court in

addressing the issues.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*s/ Steven E. Holtshouser*
STEVEN E. HOLTSHOUSER #24277
Assistant United States Attorney
111 S. 10th Street, Rm. 20.333
St. Louis, Missouri 63102
(314) 539-2200

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2010, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: Elizabeth Unger Carlyle, P.O. Box 866, Columbus, MS 39701 and Mr. Joseph M. Cleary, 1455 N. Pennsylvania, Indianapolis, IN 46202.

*s/ Steven E. Holtshouser*
STEVEN E. HOLTSHOUSER #24277
Assistant United States Attorney