**UC SANTA CRUZ**   **Psychology**

Home   About the Department   Faculty   Research   Graduate Program   Undergraduate Program   Field Study   Courses

Quick Search [ ]  🔍
A-Z Index | Find People

**Psychology Dept.**
273 Social Sciences 2
Santa Cruz, CA
95064
Phone: (831) 459-
  2002

**Department Email Contact**
Graduate Program
Undergraduate
  Program
General Information

**View**
All People
Faculty Members

Sitemap | Feedback |
Print

Terms and Conditions of
Use

Maintained by
Psych_Web@ucsc.edu
Last Reviewed on
10/22/09

© 2010 UC Santa Cruz

# Craig W. Haney

Home → Directory → Craig W. Haney



Title: Professor
Research Area: Social
Email: psylaw@ucsc.edu
Phone: (831) 459-2153 Office
Office: 115 Social Sciences 2
Office Hours: Monday 3-5PM

## Education History

M.A., Ph.D., J.D., Stanford University
B.A., University of Pennsylvania

## Research Focus

Craig Haney's research concerns the application of social psychologic
and data to various legal and civil rights issues. He has specialized in
assessment of institutional environments, especially the psychologica
incarceration, as well as study of the social histories of persons accus
convicted of serious violent crimes. He has also worked on the way ir
attitudes and beliefs about crime and punishment are changed by leg
procedures (such as death qualification), as well as the role such atti
beliefs play in influencing legal fairness and impartiality.

Haney and his students are currently involved in a wide range of rese
projects including examining criminogenic social histories, the psycho
effects of different forms of incarceration, the role of pre-trial publicit
juror prejudice and pre-judgment, and the structure of criminal justic
and the mechanisms that underlie discriminatory legal decision makir

Haney's work is highly applied and policy oriented, and he tries to in\
students in examining issues that have real-world legal significance.
use a variety of research methods in approaching these topics, from
experimentation to survey research and participant observation. Man
students conduct field research in actual legal settings as part of thei

17

Case: 4.07-cv-00022-ERW    Doc. #: 110-16    Filed: 03/19/10    Page: 2 of 2 PageID #: 1855

training.

## Interests

Application of social psychological principles to legal settings, assessr psychological effects of living and working in institutional environmer contextual origins of violence, development of alternative legal and ir forms.

## Selected Publications

Reforming Punishment: Psychological Limits to the Pains of Imprison Washington D.C. American Psychological Association Books, 2006.

Death by Design: Capital Punishment as a Social Psychological Syste Oxford University Press, 2005.

Condemning the other in death penalty trials: Biographical racism, st mitigation, and the empathic divide, *DePaul Law Review*, 2004, *53*, 1

Mental health issues in long-term solitary and 'supermax' confinemer *Delinquency*, 2003, *49*, 124-156.

Making law modern: Toward a contextual model of justice, *Psycholog Policy, and Law*, 2002, *7*, 3-63.

Haney, C. and Zimbardo, P. The past and future of U.S. prison policy five years after the Stanford Prison Experiment, *American Psychologi 53*, 709-727.

Violence and the capital jury: Mechanisms of moral disengagement a impulse to condemn to death, *Stanford Law Review*, 1997, *49*, 1447-

The social context of capital murder: Social histories and the logic of *Santa Clara Law Review*, 1995, *35*, 547-609.