\UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BILLIE JEROME ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:07CV0027 ERW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | THIS IS A CAPITAL CASE |
| | ) | |
| Respondent. | ) | |

### GOVERNMENT'S SUPPLEMENT RE ADDENDA TO DOC. 107 (GOVERNMENT'S RESPONSE TO MOTION FOR LEAVE TO SUPPLEMENT THE AMENDED 2255 MOTION WITH GROUND "S" AND TO THE MERITS OF PETITIONER'S GROUND "S")

**COMES NOW** the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Joseph M. Landolt, Steven E. Holtshouser, Carrie Costantin and Cristian M. Stevens, Assistant United States Attorneys for said District, and supplements the addenda to Government's Response to Motion For Leave to Supplement Amended 2255 Motion with Ground "S" and to Ground "S", as follows:

Addenda 11-13, which should have been filed with Doc. 107, were inadvertently filed as attachments to Doc. 110, Government's Sur-Reply to Allen's Traverse, filed March 19, 2010.  In addition, the labeling on the .pdf copies of the addenda was inadequate and the scanning process required breaking the documents into random attachments.  To correct and clarify this situation, the Government hereby supplements Doc. 107 by re-labeling and re-submitting the addenda to Doc. 107 and renaming said addenda in the ECF filing.

1

| Government's Addendum | Description |
|---|---|
| 11 (A-I) | Historical documents relating to ballistics and fingerprints |
| 12 | Daubert Motion in US v. Coleman |
| 13 | Government's Response to Daubert motion in US v. Coleman |

Thus, Addenda 11 (which includes several sub-parts), 12 and 13 are being re-filed with this supplement to Doc. 107.

The Government hopes this corrects and clarifies any confusion in the attachments filed on March 19, 2010.  As a courtesy to the Court and Allen's counsel, these addenda will also be provided on a CD.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

 /s/ Steven E. Holtshouser
STEVEN E. HOLTSHOUSER, #24277
CARRIE COSTANTIN, #54734
JOSEPH M. LANDOLT, #6484
CRISTIAN M. STEVENS, #98871
Assistant United States Attorneys
111 South 10th Street, 20th Floor
St. Louis, MO 63101
(314) 539-6894

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2010, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:


Elizabeth Unger Carlyle
Attorney at Law
P.O. Box 962
Columbus, MS 39701


Joseph M. Cleary
Attorney at Law
1455 N. Pennsylvania
Indianapolis, IN 46202

Michael Wiseman
Federal Community Defender Office
The Curtis Center
Suite 545 West
Philadelphia, PA 19106


*/s/Steven E. Holtshouser*