# GOVERNMENT'S ADDENDUM 11

# HISTORICAL DOCUMENTS RELATING TO BALLISTICS AND FINGERPRINTS

# (ADDENDUM TO DOCUMENT 107)