# GOVERNMENT'S ADDENDUM 11 - D

# (ADDENDUM TO DOCUMENT 107)

Scottleuthing
Spring

# Book Review



**Simon Cole, Suspect Identities: A History of Fingerprinting and Criminal Identification, Harvard University Press, Cambridge, Mass., 369 pages, 2001, $35.**

## Reviewed by Professor James E. Starrs

All the stock, laudatory phrases which are the staple of book reviews are well deserving ululations of praise for this book. It is compendiously research and more than amply endnoted. (Would that the author would have included even a selective bibliography of his supporting materials.) It is engagingly informative and refreshingly candid. It is also, and most importantly, uncommonly timely. It is also blessed with a title Suspect Identities which has a decidedly Joycean flair with the word suspect being capable of being taken with either one of two distinctly competing meanings. Surely this play on words was not accidental.

There is much about fingerprint identifications that is in need of immediate reanalysis. The stereotypical terms of fingerprint endearment speak glowingly of its being unique, infallible and immutable. None of these, of course, is an absolutely irrefutable description, not having the scientific backing for such absolutist assertions.

But to say as much, as Simon Cole, the author of this very stimulating and thought provoking text, more than implies is to invite immediate characterization and castigation by those entrenched in the old and outdated ways of fingerprinting as iconoclastic or worse. Fingerprint examiners, don't you know, epitomize in their work product a Panglossian frame of reference. To them, all things are for the best in this best of all possible worlds, known as fingerprinting. And it's the Devil's Rood for those who would dare to disagree.

There is no open forum for reasoned dialogue between those, like Simon Cole, who see fingerprint identifications as lacking compliance with the rigors of a scientific discipline and those who are hide-bound adherents of the system as is. Like this reviewer, Cole has been a forthright and even formidable exponent of the view that fingerprint identifications require revitalization through the concerted efforts of scientific research and the employment of strict and uniform scientific criteria to ensure its reliability and its maximum potential usefulness.

But we are a phalanx of only a few voices crying against the tide of time. (to mix two metaphors - deliberately) A phalanx we are because the fingerprint identification community views us as upstarts who would lay down a scientific gauntlet for them to traverse as if we are engaged in a war. But nothing could be further from the truth, as Simon Cole elucidates.

Matters have become so misshapen in this controversy, both in and out of the courts, over the purported claims of fingerprint identification infallibility and fingerprint immutability, not to mention uniqueness, that tawdry sandlot-like handchecks are fast becoming the norm for the proponents of the status quo in order to squelch the opposition.

Thus it came as a body blow to this reviewer to learn first upon his cross-examination in the recent Daubert hearing on the admissibility of a fingerprint identification in Philadelphia in the Federal criminal trial styled United States v. Mitchell that his co-author and professional colleague, Andre Moenssens, had sent an e-mail to officials in the International Association for Identification recommending disciplinary action against this reviewer, a member of the I.A.I. for his having strayed from the fingerprint fold.

Lately, at the May 2001 Frenzy conference in Washington, D.C., this reviewer, in meandering in the company of his research assistants through the vast exhibit hall of the D.C. Convention Center, stopped at the AFIX Tracker booth. This firm has recently begun providing a software package to law enforcement agencies to implement a computerized palm print search modality which has been sorely lacking. After a few desultory introductory questions to the representative, Scott Howard, my name badge being prominently displayed, went unanswered, a brief conversation ensued which was, almost verbatim, as follows: ("R" is for this reviewer; "H" is for Howard)

R: You seem mighty uncommunicative today.
H: For good reason
R: And what might that reason be?
H: "I have been told not to talk to you."
R: Why?
H: Because you are out to destroy fingerprinting.
R: Not so. I am simply attempting to uplift it on a sound scientific base.

Simon Cole, in this book, is lucidly and energetically out to perform the same daunting task of infusing science into the fingerprint process - a task which to the no quarter to be given fingerprint identification cadre makes their antagonists appear to mirror Charlie Chan's "foolish dog." You will recall that Charlie Chan, with unremitting charm, in "Charlie Chan in Egypt" advised James Andrews that "only foolish dog pursue flying bird."

Self-evidently fingerprint identifications have been a most high flying bird in the literature, both fictional (Mark Twain in his Puddn'head Wilson is the standard bearer here.) and non-fiction for just over 100 years. In the courts People v. Andrews, out of the Illinois Supreme Court in 1911, is said to have been the front runner among

**ADDENDUM 11 - D**

appellate court decisions in the United States holding fingerprint identifications to be admissible evidence.

With all the hoopla over the magic and long settled status of fingerprinting, how dare Simon Cole and his kin pretend to stage a Copernican rebellion in the face of the inveterate mystique of fingerprint certainty? Why these nay sayers might next even delve, a la lexicographer William Safire, into the mystery of why fingerprint is considered to be one word but palm print is two words, especially since Sir Francis Galton's 1892 ground breaking text was titled <u>Finger Prints</u>. (no portmanteau word for him)

But this is not a book for philologists but for lovers of the scientific way and devotees of social history. Nor is Simon Cole a word maven but he is, most assuredly, a consummate social historian.

His twelve chapters take fingerprints in a chronological order from the time in the mid-1900s when Alexis de Tocqueville remarked that "There are ... a thousand means of avoiding the chances of being recognized. Nothing is easier..." to the burgeoning "genetic age" by which our modern society is so entranced. Unfortunately Cole's tracking of the development of fingerprinting as an identification tool fails to mention one of my favorite cases of justice gone wrong. That is the Beck case, from England, at the turn of the century. The Beck case, highlighted in Jurgen Thorwald's <u>Century of the Detective</u>, proved that fingerprint identifications are superior to eye-witness identifications. But then so is palmistry.

Cole's discourse on Alphonse Bertillon's anthropometric system which was crowded out by the then headlined dactyloscopy is particularly noteworthy in the context of today's world of forensic science. Bertillonage was time-consuming and it lacked certainty. The search for a more expeditious and more certain system (a search which continues apace even today in almost every field of endeavor in the forensic sciences.) led to identifications through fingerprinting. Bertillonage thus became the presumptive test and fingerprinting the confirmatory one.

Is this growth not just what the forensic sciences are experiencing today? Take bitemark analysis and its relation to the DNA in salivary excretions. Take hair analysis and its being upstaged by DNA extracted from hair shafts and roots. Longstanding systems of analysis, once thought to be Panglossian in nature, are being ousted of their secure status and sinecure of reliability by DNA profiling.

Will the same be true of fingerprint identifications once tested in the hardy crucible of controlled scientific experimentation? The evolutionary nature of the challenges to fingerprinting is occurring at such a fever pitch that it was not unexpected that Cole would have missed the legal materials spawned by the Federal habeas corpus application of Wilbert Thomas, convicted of rape in Charleston, West Virginia.

Thomas had been convicted, not on the victim's identification which she was unable to make, but by the determination that his fingerprints were on two light bulbs on the premises of the rape victim. However, some years later, upon the happy advent of DNA profiling, the preserved seminal fluid was subjected to DNA analysis and Thomas was excluded as the donor of the semen. Since the victim advised that the offender had ejaculated and that she had had no other recent sexual contact, it appeared to Thomas that the DNA evidence proved not only his innocence but that the fingerprint identification had been hideously fallible.

On April 28, 1999, U.S. Magistrate Judge Jerry D. Hogg, sitting in Charleston, West Virginia, recommended to the District Judge that Thomas's petition for habeas corpus "be granted, that his convictions of burglary and sexual assault be overturned, and that he be released from confinement." Judge Hogg had been very impressed by the DNA evidence.



**Something is not right?**

But District Judge John T. Copenhaver, Jr was of a different mind. In Judge Copenhaver's sixty-eight page unpublished opinion rendered on August 17, 1999 he rejected the Magistrate Judge's recommendation and dismissed the habeas corpus petition. Fingerprinting had out-bested DNA profiling. Surely there will be future cases of a similar kind demonstrating a clash between the fingerprint identification process and that of DNA profiling. It remains to be seen whether fingerprinting, like its forerunner Bertillonage, will ultimately be found less confirmatory than DNA profiling.

A start in the direction of coordinated scientific research linking DNA profiling and fingerprint comparisons has already been reported. Adhesive tape, similar to that employed in terrorist bombing incidents, has been successfully processed both for fingerprint identifications and for DNA typing with six STR loci. (Zamir, A., Springer, E., and Glattstein, B., "Fingerprints and DNA: STR typing of DNA extracted from adhesive tape after processing for fingerprints," J.For.Sci. 2000: 45(3): 687-688.

The next step would be to devise a scientific research project, possibly using adhesive tape as a starter, where fingerprint examiners and molecular biologists, working independently of each other, would seek to identify the donor of the fingerprint on the one hand and the donor of the DNA on the other. Is it a safe bet that their findings will be the same?

At present it is a safe bet that Simon Cole would cheer such a research effort just as we can applaud Simon

Cole for having the courage and determination and insight to have authored this long-needed text.

### Books Received

Kenneth V. Iserson, M.D., Death to Dust: What Happens to Dead Bodies?, 2nd. Ed., Tucson: Galen Press, Ltd, 2001, $48.95.

This 781 page book tells it all concerning death and the disposition of the dead. It is also, to a limited extent, about the process of dying and declarations of death. Its coverage, like the much praised first edition, includes autopsies and exhumations as well as embalming practices and, for those who blanche at the thought of an autopsy, like Timothy J. McVeigh, the cremation alternative. It also addresses cryonic suspension as well as the decay of bodies, a subject now known as forensic taphonomy. For those who prefer to go out in style, the subject of the funeral, captioned as a "black tie affair" is subjected to close and somewhat critical analysis. The book is not simply an exposition of the mundanity and the profundity of death. It is also a book where the author's opinions come across to enliven the text and to challenge the reader. It is a delightful repository of the lore and the law of that which awaits us all.

---

### Fingerprint Examination

---

### Fingerprint Examination Standards: Do We Need Them

A look at fingerprinting practices in several countries finds that, while uniformity is more common than may at first be evident, there are areas where differences range from minor to significant. This paper, presented at the Fingerprint Society Lectures in March, 1999 asks the question: is standardization needed in the collection and comparison of print impressions for reliable identification of individuals? What is to be gained by an in-depth study and is it worth the effort?

The author, the editor of the Journal of Forensic Identification, identifies several areas where, if on careful examination, no changes are found to be needed, in his in-house estimation. In those areas it is said that the community can be confident that the science of today is solid. If, in some areas, the science and practice are shaky, then organizations such as SWGFAST are ensuring that fingerprint science is just that.

This thought provoking article should be priority reading for anyone using or facing fingerprint evidence. The title is at least suggestive of a change of view on the part of the author in that up to now he was one of the staunchly committed among those calling fingerprinting a well-established scientific endeavor. Grieve, "The Identification Process: SWGFAST and the Search for Science," 50 J. Forensic Ident. 145 (2000)

---

### We are curious...

Do anyone have a full set of SSR from 1976 to 2001? If so, please contact us via any of the following:

Email    jstarrs@main.nlc.gwu.edu
Fax:     202-994-9446
Phone: 202-994-6776

---

### Junk Science

---

### Human Spontaneous Combustion: A Junk Science

The phenomenon of spontaneous human combustion (SHC), also known as "the mysterious burning death", has intrigued investigators for over two centuries and is mentioned in Bleak House by Charles Dickens in conjunction with the demise of the sinister, drunken Mr. Krook. It is also featured in the video pagem Parasite Eve where mutant mitochondrial DNA overreacts causing spontaneous combustion due to the energy producing function of mitochondrial DNA having gone haywire.

A recent comment on this ever-enlivening subject prompted a letter from Walter McCrone directing the reader to "a definitive article" summarizing the results of a review of 30 cases. (Like "an alien fathered my child" revelations so common in the supermarket press, incidents involving SHC are mostly long ago or far away. Perhaps modern man is less combustible than his predecessors, although our much reported obesity would suggest the contrary. - Ed.) Nevertheless, SHC is a good topic to spice up a dull technical discussion. Staff, "New look at spontaneous combustion in people," Chem. Eng. News 144 February 14, 2000.