# GOVERNMENT'S ADDENDUM 11 - H

# (ADDENDUM TO DOCUMENT 107)

Case: 4:07-cv-00027-ERW     Doc. #: 111-14     Filed: 03/23/10     Page: 2 of 6 PageID #: 1939

# EVIDENCE
# TECHNOLOGY MAGAZINE

Volume 1, Number 2 • July-August 2003



Evolution of fingerprint technology

**ALSO IN THIS ISSUE:**

■ The debate about image enhancement

■ Interview with Stephen B. Meagher, FBI

■ How to prevent fingerprint fabrication

The magazine dedicated exclusively to the technology of evidence collection, processing, and preservation

ADDENDUM 11-H

# CONTENTS



33



16



30

## EDITORIAL FOCUS and FEATURES

**11** Focus Introduction: The Shape of Things to Come
Fingerprints: How can something so permanent be at the center of such a windstorm of change? That's the editorial focus for this issue.

**12** Focus: The Evolution of Fingerprint Technology
The practitioners of fingerprint science have been pushing to find the limits of their technology...but is there really a limit?

**16** Focus: The Digital-Image Enhancement Debate
Digital-image enhancement took a print from "no value" to "identifiable" ...but the process was challenged by defense attorneys as "junk science."

**22** Interview with an Expert
Stephen B. Meagher of the FBI explains the impact that Daubert Hearings can have on fingerprint examiners who are to testify in court.

**26** Maintaining the Integrity of a Print
Latent-fingerprint fabrication: It doesn't happen very often— but you need to know how to prevent it and what to do if it does happen.

**30** Glitter-Particle Trace Evidence
Women's cosmetics often contain glitter particles— and this microscopic trace evidence could be the key to solving a crime.

**33** Technical Article: DNA Analysis of Latent Prints
There is a potential for the dual use of latent and DNA analysis for identifying a subject from a single print.

## DEPARTMENTS

**4** Reader Feedback

**38** Property & Evidence

**40** Forensic Tips

## IN EVERY ISSUE

**3** Editorial

**6** News From the Field

**8** Product News

**10** Advertiser Index

### ON THE COVER:
Was this man—Sir Edward Henry—the father of fingerprint technology or just an innovative administrator who found a way to use the creative ideas of others while advancing law enforcement? Read "The Evolution of Fingerprint Technology" on Page 12.
(Cover photo by Neal Ray of Liberty, Missouri)

# THE MOST POWERFUL AFIS/APIS IN THE WORLD SHOULD SET ON YOUR DESKTOP.



AFIX Tracker® put the investigative power of the most advanced fingerprint and palmprint matching technology directly in the hands of the men and women who could use it—investigators and latent print examiners on the frontline—instead of buried back in the bureaucracies under million-dollar price tags. Now, it has proven itself. Hundreds of users are solving crimes in agencies across the U.S. and eleven other countries. Call us for more information or to set up a demo.

**AFIX.Tracker.4** *version 4*

**Call: 877-438-2349 or visit: www.afix.net**

# ARE YOU READING PASS-ALONG COPIES?



# MAYBE IT'S TIME TO GET A PERSONAL SUBSCRIPTION

How long can you wait to get the latest news about evidence collection and processing?

# SEE DETAILS ON PAGE 32

# EVIDENCE TECHNOLOGY MAGAZINE

Volume 1, Number 2 • July-August 2003

**Wordsmith Publishing**

302 Platte Clay Way, Suite 201 • Kearney MO 64060
P. O. Box 555 • Kearney MO 64060
Telephone: 816-628-3075 • Fax: 816-628-4841
E-mail: *Info@WordsmithPublishing.net*

**Editor: Kristi Mayo**

**Publisher: Gary Gulick**

**Advertising Sales: Gary Gulick**

**Advisory Board of Evidence Technology Magazine:**

**Hayden B. Baldwin**
Consultant and Instructor • Director of Forensic Enterprises, Inc.

**Capt. Mike Campbell**
Commander of the Identification Division • Milwaukee Police Department

**Frank R. Doyle, Jr.**
DOS ATA/FBI International Terrorist Crime-Scene Forensics Instructor

**Michael Finnegan, PhD**
Professor of Anthropology • Kansas State University (Manhattan, KS)

**Dwane S. Hilderbrand, M.Ed**
Forensic ITC Services, Private Consultant

**Jerry Kramper**
National Sales Manager • Crime-Scene Investigation Products—ODV, Inc.

**Joseph T. Latta**
Executive Director • International Association for Property and Evidence

**Cheryl Puskarich May, PhD**
Assistant Director • Arkansas Criminal Justice Institute

**William C. Sampson**
Consultant and Research Specialist • KLS Forensics

*Note: The opinions expressed by authors and contributors to this magazine represent their own views—but they do not necessarily reflect the views of the Editorial Staff or the Avisory Board.*

*Evidence Technology Magazine* is published bi-monthly by Wordsmith Publishing, an operating unit of The Gulick Corporation. Copyright 2003 The Gulick Corporation. All rights reserved. For permission to republish or reprint articles, contact Wordsmith Publishing at 816-628-3075.

**Professional Subscriptions:** One copy of the magazine is mailed free to the supervisor of the crime-scene investigation unit of each law-enforcement agency in the United States. If your CSI unit is not receiving a copy, please contact Gary Gulick at one of the addresses listed above.

**Personal Subscriptions:** For those who do not wish to wait for the unit's issue to be circulated, the magazine is available on an individual basis. Personal subscriptions in the United States cost $24.00 per year. For information about the cost of subscriptions outside the United States or for instructions on how to subscribe, call Wordsmith Publishing at 816-628-3075.

**Change of Address Notification:** Send the address label from the magazine— along with your new address—to the address listed above.

**Submissions:** The editorial staff welcomes the submission of letters, technical articles, feature-story material, news items, calendar information, and product news. All material is subject to editing for readability, style, and space considerations. Authors of unsolicited material will be contacted prior to publication. Send submissions—including photos, art, or other illustrations, to the Editor at the mailing address listed above. You may send unillustrated text files to *Info@WordsmithPublishing.net*.

**Reprints:** For information and costs regarding reprints of articles that have appeared in the magazine, please contact Gary Gulick at 816-628-3075.

**Back Issues:** When they are available, individual back issues are $10 each, plus $2.00 shipping and handling. For pricing of multiple copies, please contact Gary Gulick at 816-628-3075.

*© Copyright 2003 The Gulick Corporation • All rights reserved*

# E D I T O R I A L

# A world without fingerprints

**TRY TO IMAGINE A WORLD** where fingerprints do not exist—at least, not the way we know them today. Would the criminal-justice system be different? How many crimes would go unsolved? And how many innocent people would pay the heavy price for a crime that another person committed?

After 100 years of fingerprint technology, most people have come to take fingerprints for granted. Ask any person on the street to describe what they know about prints, and they will probably tell you that no two people have the same fingerprint. That one fact is firmly engrained in the knowledge of most people today.

While the general public takes the science of fingerprints for granted, however, the courts are constantly reminding the law-enforcement community that *they* must not take it for granted. Daubert Hearings—which test the validity of scientific procedures—have cropped up around the country, focusing on the one forensic science everyone believed infallible: fingerprints. And in every Daubert Hearing that has challenged fingerprints, the forensic community has won.

That provides no reason for the law-enforcement community to let its guard down. We have heard many times before that fingerprint science is only as good as the people who collect and examine the prints. It is up to every person involved with fingerprints—from the officer who collects the ten-prints, to the crime-scene technician, to the latent-print examiner—to protect fingerprint technology.

If the guardians of the technology do their job, there will be no reasonable challenges to scientific validity. To integrity. Or to honesty. And then, this science that has become commonplace during the last 100 years will continue well into the future... Until another science takes its place in this world. But that's hard to imagine, isn't it?

Kristi Mayo, editor
*Evidence Technology Magazine*

> After 100 years of fingerprint technology, most people have come to take fingerprints for granted. But the courts are constantly reminding the professionals in the law-enforcement community that *they* must not take it for granted.



WELL, THERE'S SOME ASTROLOGY STUFF IN HERE. AND SOME OTHER JUNK...LIKE PHRENOLOGY AND ALCHEMY. BUT I DON'T SEE ANY OF THAT "LATENT-FINGERPRINT SCIENCE" THAT YOU'RE ALWAYS CLAIMING SHOULD BE HERE!

DEFENSE ATTORNEY

Case: 4:07-cv-00027-ERW    Doc. #: 111-14    Filed: 03/23/10    Page: 6 of 6 PageID #: 1943

# READER FEEDBACK

## "It's about time somebody did this!"

I have received and read the first issue of *Evidence Technology Magazine.*

Yes, it's about time.

Thanks for finally getting something like this out. And thanks for the free issues that you provide to the police departments so information and ideas can be shared.

**Sergeant H.L. Vaughan**
Forensic Technican
Blacksburg Police Department
Blacksburg, Virginia



I just received my first copy of your magazine today. I am glad to see someone taking the CSI ball and running with it.

I am the lead crime-scene investigator for our countywide major-crimes unit. I regularly do training and provide a four-page training newsletter to area crime-scene investigators. I am always looking for good information to pass along. I hope your efforts go well.

There is a need, as well interest, in this area among law enforcement and citizens alike.

**Detective Sergeant David Ives**
Sturgis Police Department
Sturgis, Michigan

I would like to thank you for the new magazine. This is a great idea! We need more information like this. I will look forward to the next issue.

**Corporal Cindy L. Baldwin**
Forensic Technology Unit
Harrisburg Bureau of Police
Harrisburg, Pennsylvania

I have just read your magazine cover to cover. I must say that if you produce the information such as what is in this issue, I will be your customer for life and you will have a fruitful experience in selling this magazine. Keep up the good work!

**Sergeant Mike Emanuel**
Torrington, Connecticut

## Going shopping?

I just received your magazine (that was) addressed to our agency. I have enjoyed what I have been able to read in it so far.

We are in the process of remodeling our sheriff's office and will not only remodel but also equip a new evidence and evidence-processing room. Your magazine and the advertisers in your magazine will be a great help in locating some of the items we desire.

I look forward to future issues.

**Detective Lieutenant Wayne Smith**
Columbia County Sheriff's Office
Portage, Wisconsin

## "The CSI Syndrome"

I have read the "CSI Syndrome" article in *Evidence Technology Magazine.* I have been a civilian crime-scene investigator in a rural county in far northern California. I am glad to see an article written like this.

I personally do not watch the TV series *CSI: Crime Scene Investigation.* It is not because I don't like the show— I just work it every day. The few times I have watched the program, I did not exactly agree with all the outcomes, but it *is* the number-one rated show.

Even in my small-populated county, I have experienced people wanting more information regarding criminal forensics. I assist in a high-school mentoring program. It seems that the youth are showing more interest in

crime-scene investigation than ever before. I also agree that whenever I testify in court, I wonder if the jury or juror expects that forensics should have solved the crime they are hearing. I honestly believe that it takes teamwork (detectives, uniformed officers, support personnel, CSIs, etc.) to put the bad people behind bars.

Good article.

**Dave Young**
Senior Forensic Technician
Siskiyou County Sheriff's Department
Siskiyou County, California

The recent arrival of the *Evidence Technology Magazine* proved to be beneficial, timely, and comprehensive, offering a wide range of information on crime-scene investigation and resources.

A good idea, well balanced, and professionally done.

I enjoyed the interview with Dr. Cheryl Puskarich May and found it shaped a solid, well thought-out perspective (for those in our field) in responding to the public's newly acquired thirst for forensics.

As the forensic crime-scene investigator for Lynchburg, Virginia, I am constantly contacted about my work, ranging from elementary children wanting to learn more about my job to retired folk exploring a second career. Dr. May made some interesting points that can help anyone in my position provide a well-rounded response to those masses who are exploring the field of crime-scene investigation, who are somewhat mislead by the embellished dramatic TV impression of the modern lab and *CSI: Crime Scene Investigation.*

**Jonathan Pelletier**
Forensic Crime Scene Investigator
Identifications / C.I.D.
Lynchburg Police Department
Lynchburg, Virginia