# READER FEEDBACK

# Your Frequently Asked Questions...Answered!

*In the time since the first issue of Evidence Technology Magazine (ETM) went out in the mail, we have received a number of questions from readers, some of which we are now referring to as "frequently asked questions." Here are quick answers to some of those common questions.*

**Q:** Will my department continue to receive a free copy of the magazine in the months (years) ahead?

**A:** We currently send one free copy of *ETM* to each law-enforcement agency in the United States—and it is addressed to the Supervisor of the Crime-Scene Unit. The source of our mailing list is the National Directory of Law Enforcement Administrators®, and includes military, federal, state, county, and municipal agencies. That adds up to more than 20,000 free subscriptions. We intend to continue sending those free magazines for as long as *ETM* is around.

**Q:** I am not in a CSI unit. Can you add my department to your free mailing list?

**A:** We regret that we cannot send a free magazine to every unit within a police department. In some smaller agencies, the crime laboratory and the crime-scene unit are both in the same room. In larger agencies, however, they might not even share the same building. In cases like this, we realize it might create a handling problem to circulate one magazine to all of the personnel who would stand to benefit from its information. But we must limit our free distribution to one magazine per agency. If you believe your agency is not receiving a copy of the magazine, contact us and we will check our records—and, if it is not already there, we will add your agency to the list!

**Q:** What about law-enforcement agencies that are located outside of the United States?

**A:** As *ETM* grows, we hope to be able to send free copies of the magazine to agencies outside of the United States. For the time being, however, we simply cannot afford the additional cost of printing and mailing free magazines outside of the U.S. If you live outside of the U.S. and would like a paid subscription, please see the subscription ad on Page 32. Or e-mail us and we will send you a PDF version of our subscription form.

**Q:** How can I order a personal subscription of the magazine?

**A:** If you don't like sharing *ETM* with all the people in your unit, or if you have trouble finding it in a timely fashion, you are invited to purchase a personal subscription. Have the magazine mailed to your office or to your home—whichever is most convenient for you. If you look on Page 32 of this issue of *ETM*, you will find a subscription form. Or send us an e-mail and we will forward you a PDF version of the subscription form.

**Q:** I have an article that might be of interest to your readers. Where can I send it?

**A:** Our goal is to make *ETM* a forum for the open exchange of ideas and information. That could includes research you have conducted, hands-on experience you have gained, or interesting cases in which you have been involved. If you have a paper or technical article you would like to share with the CSI community, send it to us. We will be more than happy to consider it for publication. You'll find all of our contact information listed in the box below and to the left.

## HERE'S HOW TO REACH US

*If you have any reason at all for wanting to contact someone on our editorial staff, any of these addresses will work:*

**Evidence Technology Magazine**
Wordsmith Publishing
302 Platte Clay Way, Suite 201
P. O. Box 555
Kearney MO 64060

Telephone:
816-628-3075

Fax:
816-628-4841

E-mail:
Info@Wordsmith Publishing.net



EVIDENCE IDENTIFICATION AND TRACKING SYSTEM

e'Trakker™

$995.00 Complete PC Starter System

- Barcode Based
- Inventory
- Issue/Return
- Custody Chain
- Reports/Audit Trail
- Asset Module
- Signature Capture
- PC/Win 95,98,NT
- Batch/Wireless
- Portable Scanning
- Evidence Destruction

DATA AUTOMATION SYSTEMS, INC.
(408) 983-0449
www.dataautomation.com

# NEWS FROM THE FIELD

## The dates for the annual ACSR Training Conference: October 23-25

The Association for Crime-Scene Reconstruction (ACSR) will conduct a highly informative three-day training conference October 23-25 of this year in Oklahoma City. This is the group's 13th annual training conference. Some of the topics to be covered in lectures and workshops include:

☐ Shooting Incident Reconstruction
☐ Expert Eye-Witness Testimony
☐ Digital Imaging with Photoshop
☐ Utilization of Crime Zone 7.0 (the widely accepted 2D/3D crime-scene sketching software)

According to an ACSR official, those who attend the conference will have an opportunity to spend time with some of the leading experts in the field of crime-scene reconstruction. In addition, a number of vendors plan to be at the conference to showcase their products and services. ACSR currently has a membership base of more than 400 crime-scene investigators, forensic experts, and educators. The organization traces its history back to 1991. For more information about the association or its conference, you can check out its website:

**www.acsr.org**

## New directory has contact data for Homeland Security

Locating the correct contact person in a newly created agency of the federal government can be more than just a bit frustrating. This is especially applicable to the new Department of Homeland Security (DHS). Fortunately, some help is available: The 39th Edition of the National Directory of Law Enforcement Administrators® contains up-to-date information that can be very useful to anyone involved in public safety. The new directory is published by the National Public Safety Information Bureau. According to a spokesman, the DHS has combined the forces of 22 previously disparate segments of government. "Publishing the new Homeland Security data has been a challenge because it is so new

and because it is constantly changing." If you think your unit or organization could benefit from having this contact information handy, it might be worthwhile to check out their website:

**www.safetysource.com**

## Forensic I.D. Program at West Virginia University experiences enrollment surge

Perhaps it is a reflection of the public's growing awareness of crime-scene investigation—but the first-of-its-kind Forensic Identification Program at West Virginia University has seen some remarkable growth recently. The enrollment has more than doubled—from 200 students last January to more than 400 for the fall semester. "Demand for sophisticated specialists in fingerprint identification and biometrics has skyrocketed since the terrorist attacks," said Michael Yura, director of the program which offers majors in both of those areas. WVU at Morgantown, West Virginia established its Forensic I.D. Program in 1997 when the University and the FBI signed an agreement that led the way for WVU to become the first university to offer a degree in forensic and investigative science and biometric systems. If you would like to learn more about WVU's program, you can call Michael Yura, director of the Forensic I.D. Program at this number:

**304-293-2453**

## Third Annual TWGFEX Symposium: November 19-23

The Technical Working Group for Fire and Explosions (TWGFEX) is hosting a symposium that will consist of workshops, lectures, verbal presentation of current research, and open discussion sessions. The five-day symposium will be held in Orlando, Florida on November 19-23. The theme this year is "Raising the Bar From Opinion to Facts." Topics will be relevant to fire and explosion investigations, both at the scene and in the laboratory. For information, including how to register, you can go to the organization's website:

**www.twgfex.org**

## Supplier of forensic evidence-collection kits acquires another company

Criminal Research Products, Inc. has been acquired by Tri-Tech Inc. of Southport, North Carolina and will be operated as a wholly-owned subsidiary of Tri-Tech Inc. The parent company has been in the business of designing and manufacturing forensic-evidence collection kits since 1983. Criminal Research Products offers a line of fingerprint kits and supplies, as well as a complete line of crime-scene kits for CSI investigators. For information on these companies, visit their website:

**www.tritechusa.com**

## Here is a list of the IAPE Seminars scheduled through February:

The International Association for Property and Evidence (IAPE) holds a number of seminars every month at locations across the country. Here is a list of seminars currently scheduled for August through February:

**Burbank, California**
August 6-7

**Meriden, Connecticut**
August 13-14

**Rapid City, South Dakota**
September 8-9

**Dubuque, Iowa**
September 11-12

**Arlington, Washington**
September 24-25

**Tampa, Florida**
October 1-2

**Boston, Massachusetts**
October 27-28

**Tinley Park, Illinois**
November 6-7

**O'Fallon, Missouri**
November 13-14

**Valley, Alabama**
December 3-4

**Abbottsford, British Columbia**
February 4-5

**Lafayette, Louisiana**
February 26-27

For more information about the seminars, you can call the IAPE at 800-449-4273. Or you can go to the IAPE's website for the latest seminar schedule information and to register quickly and easily on-line:

**www.iape.org**

# ADVERTISER INDEX

**AFIX Tracker**
(See ad on Page 2)
**877-438-2349**
phoenix@afix.net
www.afix.net

**Armor Forensics**
(See ad on Inside Front Cover)
**800-852-0300**
info@redwop.com
www.redwop.com

**Data Automation Systems**
(See ad on Page 5)
**408-983-0449**
sales@dataautomation.com
www.dataautomation.com

**KART Digital, Inc.**
(See ad on Pages 20-21)
**214-528-1969**
jack.hooker@kartmail.com
www.kartdigital.net

**Misonix**
(See ad on Inside Back Cover)
**800-645-9846**
mlustig@misonix.com
www.misonix.com

**ODV**
(See ad on Page 7)
**800-422-3784**
larry@odvinc.com
www.odvinc.com

**PC Pros/More Hits**
(See ad on Outside Back Cover)
**888-849-6688**
mtemple@pcprosusa.com
www.pcprosusa.com

**The Kara Company**
(See ad on Page 40)
**800-369-5272**
mapscenes@aol.com
www.karaco.com



ODV Crime Scene Products Can Help Solve This Case, And More!

Polilight PL-500

✔ Gel Lifters
✔ Evidence Collection Containers
✔ Powders and Brushes
✔ Evidence Vacuums
✔ Polilight® and Ultra-Violet Lamps
✔ Customizable Kits
...and much more!

Customizable Kits

For Your Free Copy Of Our New And Expanded Catalog Call Or Write ODV, Inc.

ODV INCORPORATED
ODV, Inc. P.O. Box 180 • So. Paris, ME 04281
Toll Free in the USA and Canada: 1-800-422-3784
Phone: (207) 743-7712 • FAX: (207) 743-5000
Web site: www.odvinc.com • E-mail: Larry@odvinc.com

**READERS NOTE:**
Each crime-scene unit
in the United States receives
...and will continue to receive...
a free copy of every issue of
**Evidence Technology Magazine.**
That free copy is partially due to
the financial revenues
that come from our advertisers.
If you have questions
about their products or services,
they will welcome your inquiries.

Incidentally,
it will help us build a reputation
with suppliers of
products and equipment
if you mention to them
that you saw their products
advertised in
Evidence Technology Magazine.

**ADVERTISERS:**
To request a Media Kit,
simply send an e-mail to
**GaryGulick@WordsmithPublishing.net**

# PRODUCT NEWS



## The CAD Zone

recently announced the availability of The Pocket Zone, a data collector for today's Pocket PC. The product can be used to accurately collect measurements and create diagrams at crime scenes and accident scenes. Designed for law-enforcement personnel and accident reconstructionists, The Pocket Zone acts as both a data collector and a true CAD program. It connects to most total stations and laser measurement systems—allowing the user to record 3D point and line data shot at the scene. The Pocket Zone also allows manual measurements to be used to place points, lines, curves, text, and symbols in the diagram. For more information, you can visit The CAD Zone's website:

**www.cadzone.com**



## Pelican Products

has added the MityLite™ 4AA flashlight to its line of safety-approved and submersible flashlights. The new MityLite 4AA flashlight is not only UL Class I, Div. 1 listed for hazardous locations, but it also has an intense Xenon lamp that will cut through fog, smoke, and water. There is no need to worry about replacing the reflector assembly when the lamp burns out, because only the pre-focused bulb will require replacement. The MityLite 4AA comes complete with a sturdy lanyard and attachment clip that was designed to fasten easily to industrial hats and scuba mask straps for hands-free operation. For more information on this or other Pelican products, go to the company's website:

**www.pelican.com**



## Lynn Peavey Company

recently announced a new way to dispense and apply their tamper-proof evidence tape. Zipr-Weld Split-Back tape now comes in a pre-assembled, hard-plastic disposable dispenser. Just pull out the length of tape you need and then tear. Then peel away half of the protective liner by the "split" backing and apply the tape to the evidence container you want to seal. This new way of dispensing evidence tape reduces wasted amounts of tape, is much faster to use, and works well with gloved hands. The Zipr-Weld Split-Back tape with new dispenser design costs the same as the old boxes, with the same length on each roll. The container comes with a handy belt clip, and custom imprinting is free with low minimums. For more information, visit the Lynn Peavey Company's website:

**www.peaveycorp.com**

## ODV

now offers a reliable test for GHB (gamma hydroxybutyrate) in liquid. The test is available in pouch form (the NarcoPouch®) or in a tube (the Narcotest®). The sensitivity for this test is down to 1% GHB in liquid. Simply use the supplied disposable



pipette to add a suspected liquid to the reagent. The red-colored test will immediately turn green if the liquid contains GHB. It will not react with GBL or 1,4-Butanediol. The test comes with five tests and five pipettes. For more information on this or other controlled-substances tests available from ODV, visit their website:

**www.odvinc.com**



## Porter Case

recently announced 40-percent lower pricing for all of its airline carry-on models, including the smaller Elite "under-the-seat" size. This model fits easily under the seat in front of you, allowing you to avoid the overhead compartments on airlines altogether. The larger 1502 Deluxe Divider has foam padding on its top and bottom, a padded ring with 15 adjustable dividers, ABS hard-side protection, 4-in. ball-bearing wheels, padded 42-in. extension handle, combination lock, the patented rolling tote-to-cart feature, and more. Porter Case manu-

# P R O D U C T   N E W S

factures travel solutions in two airline carry-on sizes and more than 12 available interiors to accommodate the needs of any traveler. These models allow you to pack your valuable equipment—such as cameras, sound gear, computers, and projectors—for carry-on. They are also convenient for carrying your equipment in and out of a crime scene. For information, see the Porter Case website:

**www.portercase.com**



## Air Science Technologies

recently announced the addition of a new range of its DWS Downflow Workstations. These fume hoods are a low-cost solution to any agency or laboratory's clean-air requirements. The DWS Downflow Workstations have been specifically designed to provide a small bench-mounted unit with unrestricted access for those operations that are difficult to perform in a conventional fume hood. These units include: High quality pre-filter and carbon filters with more than 99.6 percent efficiency; a unique downflow air pattern; no ducting or installation costs; standard stainless steel working tray; standard lighting; alarms which monitor filter, airflow, and filter lifetime. For more information on these workstations, visit the Air Science Technology website:

**www.ductless.com**



## Data Automation Systems

has released the TapeMate™ media-control system. Using barcode technology, the system serves to identify and fully manage all media that has been developed during the course of use from patrol vehicles or other input. The TapeMate system contains nine complete operating modules, including inventory, issue, return, duplication, inquiry, and audit trail. Also, seven layers of security are built in to assure high integrity with no loss of data. All entries are time- and date-stamped. The system comes complete with a keyboard entry scanner and 1000 labels. For more information about Data Automation Systems' TapeMate media control system, visit their website:

**www.dataautomation.com**



## Forensic Technology

now offers the law-enforcement community another high-tech solution for crime-solving: B.A.R.D.—which is an acronym for "Beyond a Reasonable Doubt." The B.A.R.D. system is an innovative software application that is composed of multiple, integrated information-sharing modules developed by forensic experts for the law-enforcement and criminal-justice communities. Currently, B.A.R.D. offers a forensic laboratory-information management system (LIMS), an evidence-and-recovered property (ERP) module, and a data management module. The B.A.R.D. ERP, the newest addition to this line of software products, is designed to assist property rooms with the management of their evidence and recovered property, from the moment evidence is submitted throughout its entire lifecycle. The application also manages all inventory events. B.A.R.D. ERP is designed to meet the needs of the property division of police agencies, laboratories, and other criminal-justice agencies. B.A.R.D. ERP can be used as a stand-alone or as an integrated system with other B.A.R.D. modules. For details, check out their website:

**www.fti-ibis.com**

## Kwan Software Engineering

offers a way to protect your digital photographic evidence: the VeriPic® Digital Photo Lab with Authentication. VeriPic is software that works with digital cameras to make photographic authentication a reality. This software has many applications, including: managing a high volume of photos with indexing and annotation that allows fast retrieval; protecting photos so they can be useful as evidence; ending opposing attorney attacks on digital photographic evidence; and preventing tampering of digital photographic evidence. Some of its features include a photo slide show, photo searches, passwords, and user notes that can be edited only with the correct password. For more information on the VeriPic Digital Photo Lab, go to the company's website:

**www.veripic.com**

---

## Attention Manufacturers and Suppliers!

*The readers of this magazine are interested in learning all they can about new innovations and advances in the field of evidence-collection, processing, and preservation. We invite you to send us your product news releases and photographs for possible inclusion on these pages. For information on how to submit your material, contact our editor, Kristi Mayo, at KristiMayo@WordsmithPublishing.net—or send mail to the address listed in the masthead on Page 2.*