# SUPPLIER CATALOGS



This 344-page catalog contains a wide range of criminal investigation equipment. To get a free copy, contact:
**Sirchie Finger Print Laboratories**
800-356-7311
sirchie@mindspring.com
**www.sirchie.com**

The fifteenth edition of ODV's catalog offers both crime-scene and crime-lab equipment. For a free copy, contact:
**ODV**
800-422-3784
larry@odvinc.com
**www.odvinc.com**





This 140-page catalog contains a variety of products for evidence collection and processing. To get a free copy, contact:
**Armor Forensics**
800-852-0300
info@redwop.com
**www.redwop.com**



## In the next issue of Evidence Technology Magazine

The editorial focus for September-October will be the need to establish—and follow—sound procedures that will keep you and others safe as you work with body fluids, airborne molds, confiscated firearms, and explosives.
Don't miss it!

*(And if you would like to receive your own personal copy of this informative magazine,*
*see the subscription offer on Page 32 of this issue)*



156 pages of evidence-collection and processing equipment and supplies. To request a copy of the catalog, contact:
**Lynn Peavey Company**
800-255-6499
lpv@peaveycorp.com
**www.lynnpeavey.com**

**SUPPLIERS:**
*Would you like to offer your catalog in these pages at no charge to you? Contact*
***Info@WordsmithPublishing.net***
*for complete details.*



# THE SHAPE OF THINGS TO COME

## While the landscape of an individual fingerprint is unchanging, the landscape of fingerprint technology shifts a little more every day.

**IT IS A LITTLE IRONIC:** That something that is considered to be so permanent and so defining of an individual could be at the center of a windstorm of change.

The fingerprint.

You come into this world with the same fingerprints that you leave with. Through print technology, your prints announce to the world who you are. And no matter how much you change emotionally or physically, your prints will never betray your true identity.

And yet, the technology that allows your prints to reveal your identity is constantly changing. Becoming more refined. Reaching into areas that the experts never dreamed of fifty…ten… even five years ago.

One hundred years ago, officers in law enforcement were just beginning to realize the value of a system that would help identify criminals through the use of fingerprints. Today, the courts are still challenging the validity of that science in Daubert Hearings— and the forensic community is winning. Meanwhile, the technology of digital-imaging is allowing fingerprint examiners to make matches where no value could have been found before. And emerging DNA technology is allowing previously unusable prints a second chance of yielding a positive ID.

So, it is a little ironic: All of those issues orbiting a permanent object.

In this issue of *Evidence Technology Magazine*, we examine just a small piece of the landscape of fingerprints.

---

### A GUIDE TO THIS ISSUE'S EDITORIAL FOCUS:

**The Evolution of Fingerprints — Page 12**
As fingerprint technology reaches the 100-year mark, a number of fantastic changes are on the horizon.

**Digital Enhancement — Page 16**
The science of fingerprints took another step forward after beating down a court challenge in Florida.

**Interview Stephen B. Meagher, FBI — Page 22**
In an exclusive interview, this well-known fingerprint expert discusses the impact of Daubert Hearings.

**Latent-Fingerprint Fabrication — Page 26**
It is essential that everyone in law enforcement work diligently to ensure the integrity of latent fingerprints.

**DNA Analysis of Latent Prints — Page 33**
Most experts now agree that it is possible… so here is how to collect DNA for analysis.

*The above illustration depicts the panoramic landscape of the human fingertip, with the ridges and valleys that make latent-fingerprint technology possible. The illustration was crafted digitally by Lee Stadler, a graphic artist in Lenexa, Kansas.*

# The evolution of Fingerprint Technology



Sir Edward Henry

This original Illustration of Sir Edward Henry was done by Diane Flynn-Yi of Smithville, Missouri

## In the beginning, there were only the basics: ink and powder. But the practitioners of fingerprint science kept on pushing their vital technology to the limits ...only to find that there are no limits. We've come a long way since Sir Edward Henry.

**A** LOT WAS HAPPENING as the calendar pages turned over from the 19th Century to the 20th Century. New technologies and new products were emerging from the Industrial Revolution of the 1800s:

❑ The first gasoline-powered car in the United States was built by Frank and Charles Duryea in 1892;

❑ In 1893, the zipper was invented by Whitcomb L. Judson;

❑ The U.S. Navy commissioned its first practical submarine in 1898;

❑ In 1901, a former traveling salesman named King Camp Gillette unveiled a new safety razor;

❑ Willis H. Carrier designed the first air-conditioning system in 1902;

❑ And on December 19, 1903, two brothers—Orville and Wilbur Wright—managed to achieve a goal of powered flight at a beach near Kitty Hawk, North Carolina.

Most people tend to give credit to the Wright brothers with the invention of the airplane. But they were not the first to discover how to fly. There were dozens—perhaps hundreds—of other inventors and innovators who preceded them in the effort. Most of their names were of European origin and are lost to us now: Captain F. Ferber, Henri Robart, Clement Ader, Levavasseur, Solirene, Percy Pilcher, Sir Hiram Maxim, Otto Lilienthal. The names of a few American aviation pioneers still echo in history books: Octave Chanute and Samuel Pierpont Langley, are just two examples.

These forgotten aviation pioneers experimented with balloons, gliders, mechanical wings, and even engine-

...powered aircraft. But it was the Wright brothers who managed to develop a system that permitted man to fly in a controlled and efficient manner. Their system was patentable and successful. And because of this system, we now have an entire aviation structure that involves a multitude of components: from ultralight aircraft to helicopters to passenger planes to C5 Galaxy transports. We have a sophisticated network of air-navigational aids and flight controllers. Some of our airports are capable of safely handling the arrival and departure of thousands of aircraft every day.

### Forgotten names of fingerprint technology

A lot of people contributed to the development of fingerprint science, too. And just as people tend to forget aviation pioneers Percy Pilcher and Otto Lilienthal, so do they also tend to forget Johannes Purkinje and William Herschel and Henry Faulds and many others. Sir Francis Galton is sometimes recalled. He published the very first book about fingerprints and their forensic utility.

But the person whose name has survived perhaps better than any other was Sir Edward Henry. He was the one who took Galton's research, studied it closely, refined it, and ultimately developed a fingerprint classification system that eventually led to the one we use today.

According to most accounts, Henry was inspector-general of police in the Province of Bengal when he became intrigued with the idea of being able to record and classify the fingerprints of criminals.

In 1894, Henry's police force had recorded Bertillon measurements and thumbprints of 11,000 convicts. No other agency anywhere in the world had ever attempted anything on that scale. About two years later, Henry's department was experimenting with prints from all ten fingers. Henry kept working in this direction for several years until, in 1901, he was appointed to serve as the head of Scotland Yard's newly established fingerprint bureau. And needless to say, he did bring his fingerprint system with him.

System.

There's that word again: *system.*

Because of Henry's system, we now have an entire structure based on

---

**Sir Edward Henry took Galton's research, studied it closely, refined it, and ulimately developed a fingerprint classification system that led to the one we use today. We can compare Henry's achievements in fingerprints with those of Orville and Wilbur Wright in aviation 100 years ago this year.**

fingerprint science, technology, and commerce. Consider how far Henry's system has spread:

❑ Documentation of fingerprints with ink and ten-print cards;

❑ Discovery of latent, patent, and plastic fingerprints at crime scenes;

❑ Capturing and preservation of those crime-scene fingerprints so they can be used as evidence;

❑ Classification of discovered fingerprints so they can be analyzed for potential matching;

❑ Matching of evidentiary fingerprints with previously recorded or documented prints;

❑ And positive identification of perpetrators that can lead to arrests, trials, and perhaps convictions.

### The centennial celebration of fingerprint technology

It has been almost exactly 100 years since the Wright brothers' system of aviation was launched at Kitty Hawk and Henry's system took off here in the United States. According to most published sources, there were two big events involving fingerprint technology that took place in the United States in the year 1903:

❑ The New York City police set up a small fingerprint bureau to record fingerprints of those arrested for committing crimes. At the time, most people—including most police officers—did not really take this development very seriously. After all, the accepted procedure for identifying was some-

---

thing called *anthropometry* which was developed by Alphonse Bertillon some 20 years earlier. This procedure involved taking 11 separate measurements of various parts of the human body, classifying those records, and keeping them in a card file that could be searched.

❑ In the same year (1903), at the Leavenworth Penitentiary in Kansas, another incident helped to shape the future of fingerprint technology. It turned out to be a case of identical twins with different fingerprints. Here is what happened:

A person named "Will West" was being admitted to the Leavenworth Penitentiary and was undergoing the usual Bertillon measurement procedure when the officer doing the measuring thought he recognized him and asked if he had been at Leavenworth before. The prisoner denied it, but the officer was not convinced. When he checked the prison record on "William West," the mug-shot photographs and the Bertillon measurements appeared to be identical. But the convict still denied ever having been there. To prove his point, the officer took the convict's fingerprints and compared them with those on the prison record. They were not a match. The officer soon discovered that the "William West" on the prison record was in custody serving a life term—and that the "Will West" being processed was an entirely different person, although they were identical twins. The only way they could be distinguished was by comparing their fingerprints.

This event was widely discussed in law-enforcement circles—and many people believe that it was the primary reason that fingerprint technology quickly became the primary tool for identification, at least at the federal level. It was the following year (1904) that the U.S. Bureau of Identification began a fingerprint collection that would grow to become the basis for the mammoth files of the Federal Bureau of Investigation and the amazingly responsive system we know today as the Automated Fingerprint Identification System (AFIS).

### Innovative products for fingerprint technology

Most experts in the field would agree that there are four basic types of fingerprints: inked, patent, latent,

---

# EVOLUTION OF PRINTS

and plastic. Of the four, only the first —inked—can be considered to be a controlled or *known* fingerprint since it is physically recorded on a card in the presence of a law-enforcement officer or technician. The other three types of prints—patent, latent, and plastic—can be classified as *discovered* since they are found at crime scenes by technicians using one or more of the products that have become available over the years.

The number and variety of those products continues to grow as those in the forensics community develop new ideas and share them with each other. Here is a brief overview of what is currently available for the categories of fingerprint discovery, recovery, preservation, and classification:

## Discovery

❑ **Powders**—One of the first tools used to discover latent fingerprints was finely ground graphite, a powder that adheres to both the moisture and the fatty deposits in latent prints. You can get conventional powders and fluorescent powders in several colors (i.e., black, gray, white, red, yellow, green, and silver) that will provide a contrast to the surface being worked.

❑ **Magnetic powders**—These products are made of iron dust and are usually applied with a magnetic brush or applicator. They are also available in a variety of colors.

❑ **Iodine fuming**—Iodine reacts with oils and fatty deposits in latent fingerprints to yield a yellow-brown image that should be photographed because the image fades quickly.

❑ **Superglue fuming**—Officially known as *cyanoacrylate*, this process can be traced back quite a few years. But its popularity continues to grow as collateral tools—such as fuming wands and fuming chambers—are added to increase its utility. The fumes from the superglue deposit a white residue on latent fingerprints, making them visible to the naked eye. Many times, prints that are too delicate to be recovered with graphite powders show up after superglue fuming.

❑ **Ninhydrin**—This substance is quite useful when sprayed onto paper to discover latent fingerprints. The chemical in ninhydrin reacts with amino acids to yield a purple image.

❑ **DFO**—The scientific name of this forensic tool is 1,8-diazafluoren-9-one. Essentially, it is a ninhydrin analog that works substantially better than ninhydrin. Good with paper.

❑ **Silver nitrate**—This chemical is frequently used to locate prints on paper. It reacts to one of the things that are found in perspiration: sodium chloride. When the paper is treated and then exposed to light, the latent fingerprints turn to black.

❑ **Amido black**—This substance is used as a stain to detect the presence of proteins. It can be used to bring out subtle blood-spatter patterns or blood-stained fingerprints.

❑ **A range of products**—With the existing state of the art, a person could spend several hours just going through a supplier's catalog reading about the products that are available for discovering latent fingerprints in the field. The list of products includes basic yellow and basic red; sudan black; coomassie blue; leuco crystal violet; gentian violet; luminol; rhodamine 6G; 1,2-indanedione; and many others.

In addition to chemicals and powders, you will find a wide variety of other useful discovery tools, including special lighting:

❑ **ALS**—The so-called *Alternative Light Source* is a high-power light that causes some materials to become visible through their inherent fluorescence or luminescence. Among these materials are fingerprints that have been enhanced by superglue, certain human fibers, and seminal fluids.

❑ **Ultraviolet light**—A UV lamp can cause some objects or materials to seemingly "glow in the dark" during a crime-scene search. A number of the powders described above will glow under UV lamps.

❑ **Laser**—Although these lights are used primarily in the laboratory, there are some models that can be used at a crime scene. Because of the way the light source is built, it becomes an extremely powerful monochromatic light that is very useful during detailed searches of a crime scene.

❑ **RUVIS**—The technical name for this tool is *Reflective Ultraviolet Imaging System*. It is highly useful for locating very faint and otherwise invisible latent fingerprints on non-porous surfaces. (*See the story on the next page for details.*)

## Recovery and Preservation

Once you have discovered latent fingerprints at the crime scene, the next step is to recover—or save—them so they can be removed to the laboratory for study. For this recovery process, you can choose from a number of items, including lifting tapes (clear, frosted, polyethylene, and thick, low-density molding tape); gel lifters; flap lifters; and backing cards. Cameras (film and digital) are also considered recovery tools, along with their accessories (i.e, lenses, filters, camera stands, lights, and special lighting devices such as domes or diffusers).

## Classification

Perhaps the most demanding part of the latent fingerprint science is doing something with the print once it has been discovered, recovered, and pre-served. This is where the very latest computer technology comes into play. Using highly sophisticated computer software, a recovered latent finger-print can be processed to highlight specific identifying features. Those digital results can then be used to automatically call up latent-fingerprint records in the AFIS database. At that point, a fingerprint expert can analyze the recovered print to see if the iden-tifying features sufficiently match features from the database. If so, a match is declared.

## Latent fingerprints and the infallibility question

Fingerprints have been used in the law-enforcement and judicial arenas for much longer than the 100 years that have passed since Sir Edward Henry established a system of finger-print classification. Indeed, some sources claim that in the year 1000 AD a Roman attorney was able to use a palmprint to prove that his client had been unjustly accused of murder.

In recent years, there have been strong challenges to the personnel, systems, and technologies that make up our forensic fingerprint science. Some attorneys have claimed that it is "junk science"—and that it does not meet the guidelines that would