

# GLITTER

## GLITTER-PARTICLE TRACE EVIDENCE

### Written by Scott Kirkowski

CONSIDER THIS SCENARIO: A crime-scene technician opens the trunk of a vehicle belonging to the suspect in a kidnapping case. While scanning the trunk with his flashlight, the technician notices small particles embedded in the carpet of the trunk, reflecting the light. Upon closer examination, there are a number of those particles present, sparkling on the floor of the trunk.

Now, if you were to spend a few minutes walking through the women's cosmetics department of your local drug store, you would begin to recognize a recurring theme between that scenario and the merchandise you would see in the cosmetics department: Like the floor of the trunk, many of the cosmetic products sparkle.

In recent years, the addition of glitter to women's makeup and skin products has emerged as a popular trend. Glitter products—taking form in hairsprays, gels, lip-glosses, and lotions—are marketed to women of all ages. These products contain glitter particles that vary in size, shape, color, and chemical composition. The combination of these characteristics may be analyzed, providing the potential to discriminate between any two glitter particles—or to even link them to their source. Surprisingly, a fashion trend could give law enforcement a new way to associate suspects with victims of sexual assaults, abductions, or any crime where there has been intimate contact between the victim and the assailant.

An ongoing study at the Naval Criminal Investigative Service Regional

**Glitter products in women's cosmetics: This current fashion trend could give law enforcement a new way to associate suspects with victims of sexual assaults, abductions, or any crime where there is intimate contact between the victim and the assailant.**

Forensic Laboratory (NCIS-RFL) in San Diego, California is assessing the evidentiary value of glitter. Led by Senior Chemist Robert Blackledge, the project also aims to develop a protocol for the detection and recovery of glitter particles from evidence items and crime scenes, as well as protocol for their comparison and characterization. By taking tape lifts at places like booths in restaurants and bars, movie-theater seats, and the back seats of police cars, the study will try to determine the likelihood of a specific pre-selected "target" glitter-particle type being innocently picked up in one's clothing.

For the crime-scene technician, detecting and recovering glitter-particle trace evidence is relatively simple and involves common-sense techniques. Glitter particles can be detected using unaided vision in natural light, white light, or with an alternate light source. Recovery methods for glitter include various methods of tape-lifting, picking individual particles with fine forceps, and scraping clothing items over butcher paper.

The NCIS-RFL study has determined that tape-lifting is the most favorable of these recovery methods, specifically by using the adhesive strip on the back of a Post-It note. The glue on a Post-It note is strong enough to pick up a glitter particle, but weak enough to allow the particles to be easily removed from the adhesive surface for examination and analysis at a later time. Also, because this kind of adhesive is so non-aggressive, it usually will not transfer onto the glitter particles when they are removed for subsequent chemical and elemental analysis.

If the adhesive on a Post-It note is too weak to recover the glitter particle from a surface, a more aggressive lifting tape can be used to remove the particle. A last resort for recovering the particle, according to the NCIS-RFL study, is to use fine forceps. The use of fine forceps can damage the glitter particles and make comparisons difficult. The method of scraping over butcher paper should be avoided altogether, according to the NCIS-RFL study, due to the incredibly lightweight nature of glitter particles. Any slight draft can cause the particles to drift a great distance before finally falling to the ground.

At the laboratory, different particle types can be characterized by micro-

# T R A C E   E V I D E N C E

scopic examination and cataloged using a digital or video microscope. Particles may also be examined using attenuated total-reflectance (ATR) microscopy. The glitter particles typically found in cosmetics are primarily made from a polyethylene terpthalate (PET) film. They may differ, however, in color, size, and shape, and some may have surface coatings on one side.

Here is a hypothetical example of how glitter-particle transfer evidence might be processed in the crime lab:

An evidence technician affixes tape lifts that were taken from a crime scene onto microscope slides. Using a video microscope, the glitter particles recovered from the crime scene are compared to a known sample of body lotion containing glitter taken from the victim's bedroom.

The two glitter-particle samples are found to be of the same hexagonal shape, size, and color. Also, traces of lotion still adhere to the evidential glitter particles. The infrared spectrum of these lotion traces is obtained by

**An ongoing study at the NCIS-RFL in San Diego, California aims to develop a protocol and a record-base for the detection, recovery, comparison, and characterization of glitter particles found on evidence items, suspects, and at crime scenes.**

individually touching each particle with the objective of an ATR infrared microscope.

The lotion traces are then separated from the glitter particles by placing the recovered particles in a small plastic centrifuge tube containing a filter with a pore size smaller than the glitter particles. Methyl alcohol is

then dripped onto the particles and it dissolves the adhering lotion. The tubes are then placed in the centrifuge. As the centrifuge spins, the methanol with dissolved lotion collects at the bottom of the tube, while the glitter particles are held on the surface of the filter membrane.

The recovered lotion is examined by gas chromatography/mass spectrometry (GC/MS). The clean glitter particles are examined by ATR microscopy and by scanning electron microscopy with elemental analysis by energy-dispersive spectroscopy (SEM/EDS). The particles are found to have matching spectra and to be made from the same polymer film as the known sample.

While more time, study, and experience will be needed to establish recommended practices for processing this kind of evidence, glitter particles may have more than a "hypothetical" value as trace evidence. At the 2003 Annual Meeting of the American







*With the magnification of a microscope, seemingly simple flecks of glitter reveal their individuality. These six photomicrographs demonstrate the variety of glitter-particle types that are found in so many popular cosmetics products. The individual characteristics of glitter particles—from color and composition to shape and size—allow a forensic technician working in the lab to make a connection between found evidence and known samples. An ongoing study at the Naval Criminal Investigative Service Regional Forensic Laboratory (NCIS-RFL) in San Diego, California aims to capture the different glitter-particle types that are commercially available and catalog them on a CD-ROM for law-enforcement and forensic communities.*

# TRACE EVIDENCE

Academy of Forensic Sciences, three individuals—Maureen J. Bradley, PhD, Preston C. Lowe, MS, and Dennis C. Ward, BS of the FBI Laboratory Chemistry Unit in Washington, DC—presented a poster that told of the crucial role that glitter-particle trace evidence played in associating a suspect with the scene where a young mother and her five-year-old daughter had been murdered. Glitter commonly used by children in arts-and-crafts projects was scattered on the bed and carpeting where the victims were found. Corresponding glitter particles were found on items from the suspect, including carpeting and floor mats from his car. In addition to microscopic comparisons, the FBI Laboratory used methods of infrared spectroscopy and elemental analysis to compare the samples taken from the crime scene and the suspect's vehicle, as well as to compare them with other sources of commercial glitter.

**The glitter particles typically found in women's cosmetics are primarily made from a polyethylene terpthalate (PET) film. They may differ, however, in color, size, and shape ...and some may have surface coatings on one side.**

With the assistance of a grant from the A. Reed and Virginia McLaughlin Endowment Committee of the California Association of Criminalists, the project at the NCIS-RFL will continue to address the usefulness of glitter-particle trace evidence in the real world. In addition to establishing key protocol for the handling of glitter particles, the project's team also aims to produce a catalog on CD-ROM of the different types of glitter-particle that are available.

The NCIS-RFL team will present its current findings and host a practical exercise for the International Association of Forensic Nurses at their annual meeting in Las Vegas this September. For more information on the glitter-particle study, you can contact Robert Blackledge via e-mail: **rblackle@ncis.navy.mil.** ⟲

### About the Author:

*Scott Kirkowski is the author of the above article. He is currently pursuing an MS degree in Forensic Science at National University in San Diego, California. Working on the project at NCIS-RFL has provided him with the information for his thesis at National University. His thesis will focus on the collection, identification, and comparison of glitter cosmetic product traces.*

# COPY THIS FORM NOW
## THEN YOU CAN FAX OR MAIL YOUR SUBSCRIPTION ORDER

The supervisor of every crime-scene unit in the country receives one free subscription of **Evidence Technology Magazine** and that practice will continue, thanks to our advertisers who help offset the substantial costs of printing and mailing. But if you would like to receive your own personal copy —either at home or at your agency— we invite you to place your subscription order now.

Fax this Subscription Order Form to:
816-628-4841
Mail this Subscription Order Form to:
Evidence Technology Magazine
P.O. Box 555
Kearney MO 64060

**EVIDENCE TECHNOLOGY MAGAZINE**

**1 Year (6 issues) for only $24.00***

*Missouri residents: Amount is $25.70 including sales tax. In Canada and Mexico, the amount is $34.00 USD including postage. Outside the U.S., Canada, and Mexico, the amount is $60.00 USD including postage. Payment must be made in U.S. currency with a check or money order drawn on a U.S. Bank. (This constitutes a business expense deductible to the extent allowed by law.)*

Name *(please print)* _____

Title or Rank _____

Law-Enforcement Agency and Unit _____

Mailing Address
(specify ❏ Home or ❏ Agency) _____

City / State / Postal Code _____

Phone Number _____   E-mail _____

### Choose your payment option:

❏ Payment enclosed (Make checks payable to *Evidence Technology Magazine*)
❏ Bill me later (U.S. subscriptions only)
❏ Charge my credit card:     ❏ Visa     ❏ MasterCard

Name of Card Holder *(please print)* _____

Credit-Card Number _____   Expiration Date _____

V-Code *(Note: This is the last three digits of the number on the back of your credit card)* _____

Signature _____

# A SECOND CHANCE

## Guidelines on Conducting DNA Analysis of Latent Prints



**Written by Michael W. Weissberg and Amy M. Ruggles**
(Photos by Michael W. Weissberg)

**P**ROCESSING LATENT PRINTS can sometimes be tedious and frustrating work. Through the use of oblique lighting, alternate light sources, or other methods, a latent print is located. The proper combination of fingerprint powder and brush, feather duster, or wand is used. And despite a skilled hand, the developed print is ultimately disappointing: just a smudge—completely useless.

But take a second look: Is a smudge really useless? If a blood print or a greasy latent print is located but there is no ridge detail that would make an identification possible, you still might be able to get an identification from that smudge—through the use of DNA analysis.

There is a potential for the dual use of latent and DNA analysis for identifying a subject from a single print. With the advent of the PCR technique, the potential sources of DNA for forensic use seem almost limitless. PCR stands for *polymerase chain reaction.*

> **There is a potential for the dual use of latent and DNA analysis for identifying a subject from a single print. With the advent of the PCR technique, the potential sources of DNA for forensic use seem almost limitless.**

The technique replicates a portion of a DNA strand, yielding millions of copies of a small fragment of genetic material. Through this process, a smudged blood patent or latent can be swabbed and the material submitted for DNA analysis.

There are, however, three conditions that mitigate the recovery and typing of a DNA sample from a finger-print source: (1) The method of fingerprint detection used; (2) the type of fingerprint source; and (3) the amount of the sample.

There have been several articles on the effects that different latent-fingerprint reagents have on subsequent DNA profiling. On evidence already processed for latent fingerprints, the most common chemicals the forensic-biology lab encounters are black dusting powder (including magnetic powders), Superglue, and amido black. While extensive studies have not been conducted, it seems that black powder and amido black have a limited negative effect on the recovery of DNA. Superglue, on the other hand, actually seals in the DNA source. Although DNA profiles have been successfully obtained from items of evidence after being treated with Superglue, it does appear to adversely affect the amount of DNA recovered.

Two common types of fingerprint sources submitted for DNA analysis

# DNA ANALYSIS

are from sweaty or bloody prints. The DNA provided through a sweaty handprint is from cells sloughed off during contact with a surface. In a bloody fingerprint the DNA comes from the white blood cells. Typically, there are thousands of white blood cells present in a drop of blood. However, it is important to keep in mind that the primary source of DNA being obtained from this type of fingerprint is from the blood source and not from any sloughed-off cells of the individual who left the fingerprint.

The amount of sample is important in determining if there is enough DNA to obtain a profile. Due to the large number of white blood cells, blood has a high concentration of DNA. Therefore, an area the size of the head of a pin is usually sufficient to obtain a profile.

A bloody fingerprint should be photographed 1:1, retained, and submitted first for latent processing. Then, after all proper documentation has been made and if it is important to the investigation to identify the blood source, areas that are deemed to be not of evidentiary value by the latent examiner may then be swabbed and transferred to the forensic-biology section of the crime laboratory for DNA analysis.

The amount of DNA left behind by a latent fingerprint is relatively small. Therefore, the amount of sample needed from this type of source is far greater. The amount of DNA left behind can depend on the individual, the amount of time the person had contact with the surface, and the level of bodily secretions such as oils and perspiration.

A latent fingerprint can contain material secreted from one or more of three glands: eccrine, sebaceous, and apocrine glands. The eccrine glands secrete mostly water, but also amino acids, urea, lactic acid, choline, uric acid, creatinine, and sugars, as well as chlorides, sulfides, phosphates, and metal ions. The sebaceous glands secrete mostly fatty and greasy substances, including alcohol, hydrocarbons, glycerides, and fatty acids. The apocrine glands secrete proteins, carbohydrates, and cholesterol, mostly cytoplasm and nuclear materials.

It is the eccrine and apocrine glands that secrete what we are looking for: proteins, amino acids, and sloughed-off cells for DNA. They are suspended in the water, fats, and metal ions present in the print. This is what you collect when you swab a smudge, and this is what the serology section of

### COMMENTS?

*DNA is frequently recovered from palm prints at Miami-Dade Police Department (MDPD). The use of the technology has extended beyond major cases and into everyday burglaries. However, to date at the MDPD, there have been no documented cases of a DNA match being obtained from a single fingerprint. Have you had any success with this? Tell us what you have learned by writing to us:*
**Info@WordsmithPublishing.net**

# BEFORE YOU CAN ANALYZE IT,

## Be sure that you follow these six simple steps

### STEP 1



*After a greasy or bloody print is located and determined to be of no identifiable value, it can be collected for DNA analysis. Begin by using a DNA evidence-collection kit, such as the one shown here, from Wenoc Medical Resources, Inc.*

### STEP 2



*To avoid contamination, wear gloves throughout the procedure. All of the sterile supplies needed are included with the kit. A cotton swab is moistened with sterile water. It is important that you avoid oversaturating the swab.*

### STEP 3



*Using the moistened cotton swab, sample the area around the print that you wish to collect. The material collected with this swab will serve as a control when processing the DNA from the actual greasy or bloody print.*