# D N A   A N A L Y S I S

the lab uses to extract the DNA.

A sweaty handprint, where only one or two fingerprints are of good enough quality to lift, should be photographed 1:1, retained, and submitted for latent processing. If the handprint contains no palmprint of value, or no latents of value, or if the remainder of the handprint is smeared with no ridge detail, it may be swabbed and submitted.

This dual use of both identification technologies provides the investigator with two means of identifying an unknown subject. However, a viable latent print should never be sacrificed in favor of DNA. Although the database of genetic profiles, known as CODIS (Combined DNA Index System), is rapidly growing and currently contains more than a million convicted-offender profiles nationally, it is still nowhere near the size of the AFIS (Automated Fingerprint Identification System) database.

Finally, it is important to keep in mind that every crime scene is different and there is no single methodology

> **The amount of DNA left behind by a latent fingerprint is relatively small. Therefore, the amount of sample needed during recovery from this type of source is far greater.**

that is correct for every situation.

We must bear in mind that every crime scene contains contaminants from the criminal subject. The crime-scene investigator must have the time, desire, equipment, and support that is necessary to obtain this material, as well as the technology to link this material to a person.

Class categorization—and then individual identification—can be made if these conditions exist. We have seen that unusual and creative methods can

yield results, if the CSI has the desire to try anything that might be possible. Using the traditional method of latent identification is the simplest and most time-tested method. Failing that, the use of DNA might just allow you to make an identification in situations where traditional methods fall short. ⚬

### About the Writers:

*Michael Weissberg is a police officer and crime-scene investigator at the Pinecrest Police Department in Miami-Dade County, Florida. Officer Weissberg is a graduate of the University of Miami. He holds a Master's degree in Education and a Master's degree in Criminal Justice. He teaches at Miami-Dade Community College in the police academy.*

*Amy Ruggles is a forensic biologist at the Miami-Dade Police Department and a member of the South Florida Forensic Association and the American Academy of Forensic Sciences. She holds a Bachelor of Science degree in Genetics and Biochemistry from Texas A&M University and is pursuing a Master's degree in Forensic DNA and Serology from the University of Florida.*

# YOU'LL NEED A GOOD SAMPLE
## when collecting DNA from a latent fingerprint

### STEP 4



*Moisten a second cotton swab with sterile water. Sample the area that you want analyzed. For bloody prints, an area that is about the size of the head of a pin should be enough to obtain a profile. For latent prints, a larger area needs to be sampled.*

### STEP 5



*Both cotton swabs are then placed in the box, with the sampling tips lying opposite of each other. Assemble the box according to the manufacturer's instructions. The box protects the sample and provides a way to label the evidence.*

### STEP 6



*Seal the box with the supplied seals and record information on the box, such as date, location of the source, and case number. Place the box in a breathable paper bag, not an airtight plastic bag that could promote bacterial growth.*

Case: 4:07-cv-00027-ERW    Doc. #: 111-21    Filed: 03/23/10    Page: 2 of 5 PageID #: 1975



# Educational Seminars
## How to take advantage of low-cost training opportunities

**DESPITE LIMITED BUDGETS** and some imperfect in-house facilities, even small agencies have options for providing advanced training of crime-scene investigators, forensic scientists, and police officers.

Diverse and specialized programs are routinely offered through national and regional organizations such as the International Association for Identification (IAI), the California Association of Criminalists (CAC), and the Midwestern Association of Forensic Scientists (MAFS). From their national meetings to their local chapter workshops, organizations such as these offer a range of educational and training resources. Most of these programs are relatively low-cost and a few are even free.

"There are many sources for training out there," noted William L. Chapin, a training-committee member for the MAFS. "There are a number of regional organizations and all of them offer various types of training."

Chapin, who serves as senior research microscopist with McCrone Associates, Inc., said programs pro-vided by the MAFS and the CAC are typical of the more comprehensive efforts. "They offer workshops that are three to five days in length, generally dealing with a specific topic such as a certain instrumentation or application," he said. "For example, I just attended a course on identifying vehicle paint, and there was a DNA symposium held recently in Chicago. There are programs being offered almost constantly."

The fees and the requirements for attendance vary. For some programs, group membership is required, but other courses are open to qualifying professionals or even to the public. For instance, the MAFS holds an annual fall meeting that includes a number of public workshops, round-tables, and whitepaper presentations.

The Northeastern Association of Forensic Scientists (NEAFS) opens many of its programs to those outside of its membership, noted Chris Huber, president. "Most of our educational programs are open to anyone who wants to attend them, although we do charge additional fees for individuals who are not members. We see a lot of attendance at our programs by lawyers and police officers."

Pennie Laferty, a forensic scientist with the Orange County, California Sheriff/Coroner Department and president elect of the CAC, said their organization usually limits the actual training to its members, but that a number of its other programs allow non-members to take advantage of the organization's resources. "Anyone can come to the luncheon seminars that we have four times a year," she said. "Those include study groups for topics like trace-evidence analysis and DNA. Plus, our meetings are open and we offer affiliate memberships for students."

Other training resources include federal programs hosted by agencies such as the FBI, DEA, or ATF. Equipment manufacturers will also provide training with new purchases, an opportunity that experts agree should be fully taken advantage of when it is offered. "It's important to know how to run that instrument at optimum level and so you don't get hung up in court," Chapin said.

# EDUCATION

## Practice, Practice, Practice

Training needs for personnel vary with the different specialties involved. The area of trace evidence sees many changes because new science and new subjects are constantly evolving. The field of drug analysis is more stable because the substances themselves are relatively fixed.

But one of the biggest variables is the individual's level of expertise.

"You take someone with a master's degree in forensic science who is just out of college, they are not ready to work," Chapin said. "They have the basic tools, but it will usually take about two years before they are fully productive. Illinois has an entire lab to train their new employees. There are several states like that. Others have apprenticeship programs where they work under the wing of a veteran."

The need for training involves more than just getting it right in the lab or in the field. "This is an area where people have to stay abreast of the current information," explained John Nied, a training-committee member for the MAFS. "You don't want to fall behind. We're held to a high standard, not only by the courts, but by our own programs. You have to meet certain on-going requirements and these courses can provide the necessary credits."

Technicians should also be prepared to answer tough questions from defense attorneys when appearing in court as witnesses. "The real problem often surfaces when they get into court," Chapin said. "A sharp defense attorney will ask something like 'What happens to marijuana when you throw Clorox on it?' You have to be able to deal with those off-the-wall questions."

Finding organizations with educational resources is relatively easy with the Internet as a tool. "Go to a search site like 'Google' or 'Yahoo'—one that lists forensic pages—and you can quickly find a variety of seminars and workshops," Huber said. "The Web is where you start."

Jean Parsons, co-chair of training for the CAC, said those seeking formal training can do other things to refine their search. "You'll see excellent programs with individual organiza-

**There are a number of organizations that offer a wide range of educational and training resources, both in their national meetings and their local chapter workshops. Most of these programs are relatively low-cost ...and some of them are free of charge!**

tions," she explained. "There is a workshop coming up by the Southern California Association of Fingerprint Officers. Workshops such as these won't make you an instant expert, but they will give you information and hands-on experience."

### Interest Balanced by Budget

Attendance at state and regional programs remains steady, although interest has increased. Several national programs have "sold out" rapidly, but the registration lists for other events have been slower to fill. The reason is simple: The explosion in crime-scene sciences has been offset by reductions in budgets for training and travel. Several organizations, however, have countered with some creative tactics.

Beth Flannigan, secretary with the Southern Association of Forensic Scientists, said her organization works to fill the funding gap by seeking grants. With this creative funding, the organization has recently been able to send members to events such as the American Academy of Forensic Science workshops, which covered topics ranging from drug identification to spectography.

The CAC has developed another innovative solution to tight-budget conditions. An endowment created by a retired member has provided a renewable source of training funds for the organization's members.

Budget constraints have fostered some greater cooperation among organizations. "We just held a joint meeting with CAC," said Tom Barnes,

president of the Northwest Association of Forensic Scientists. "We're also emphasizing a wider range of topics at our meetings because our members can't travel as much. In the past, most of the topics were forensics, but now we are branching out into areas such as latent prints, questioned documents... you name it."

Several of these additions target police investigators and other crime-scene technicians, rather than just forensic scientists. "We're trying to cater more to people who deal with any aspect of evidence," Barnes said. "Our main thrust is forensic science—and that will not change. But we recognize that we utilize everyone's help in the field. It is important that we are all on the same page."

The MAFS responded to tight travel budgets by opening many of their courses to those from outside their geographic boundaries. That also improved networking, an important aspect of any workshop or organizational meeting.

"We get a good cross section of people and a lot of interaction," Nied said. "That can actually be one of the biggest benefits."

Barnes agreed. "The exchange of information by itself can make things better and more efficient. You can learn to save time and money. We're all fighting the same battle."

Flannigan believes communication with other professionals might be the biggest value of workshops and seminars. "Here in North Carolina, there's no one else doing what I do, which is working with glass and paint," she said. "For me, it is tremendously valuable to go out and talk to people and ask, 'What do you do on this?' or 'What do you do about that?'"

Contacts made during training are another important plus. Flannigan recalled an FBI materials analyst she met at one meeting. The contact has become a key resource when Flannigan hits an unusual case. "Sometimes, if I have a question about something and I think she might have a handle on it, I am able to call her because I know her from our group. These meetings are invaluable." ◯◯

*—By Dale Garrison*

Case: 4:07-cv-00027-ERW    Doc. #: 111-21    Filed: 03/23/10    Page: 4 of 5 PageID #: 1977

# INFORMATION SUPERTUNNEL

## Utilizing Virtual Private Networks for P&E-Room Management Systems

### Written by Bob Kantin, KART Digital, Inc.

*This article originally appeared in Evidence Log, the magazine of the International Association for Property & Evidence (IAPE)*

USUALLY, ONLY THE LARGEST law-enforcement agencies have the information technology (IT) resources needed to develop a custom management system for their property-and-evidence (P&E) rooms. On the other hand, some agencies simply will not develop a system internally if they can acquire and implement one from a reliable vendor. After all, buying the management-system software is a lot faster and cheaper than designing and writing a similar program in-house. Luckily, there are several management systems available for P&E rooms— and a few of them offer some very innovative technologies.

But what if your department or agency does not have the resources to implement and manage a P&E-room management system? Perhaps your department has a tight budget and simply cannot afford the upfront hardware- and software-acquisition costs. On the other hand, maybe your department does not have the IT staff to support an implementation and to give the ongoing support needed to keep a system running.

With a Virtual Private Network (VPN) and a reliable application service provider (ASP), you now can safely and confidently outsource your P&E-room management-system needs. After all, many large government agencies and private companies have been outsourcing all or parts of their IT needs and operations for years. It is a strategy that just makes good sense for any agency.

### What is a "VPN"?

A *Virtual Private Network*, or VPN as the computer techies call it, is designed to connect the components and resources of one network to those of another network. VPNs effectively "tunnel" through a public network— such as the Internet—in such a way that the participants have the same security benefits and features that, in the past, were available only with a private network.

Picture this in your mind: Your P&E room's computer sits at one end of an underground tunnel. Another computer—which contains all of the management-system software and your P&E room's data—sits down there at the other end of the tunnel. These two computers "talk" back and forth freely—and no one else even knows that the tunnel exists.

VPNs allow remote computer users to connect in a secure manner to a server that could be located across town or across the country. The makeup of the intermediate network (usually the Internet) is immaterial because it appears to the user as if the data is being sent and received over a dedicated private line. Simply put, VPNs utilize the Internet while maintaining complete privacy of information.

VPNs use two major components to create a private link between remote computers and a centrally located server: software and routers.

□ **Software**—To make a VPN function, specially designed telecommunication software controls the hardware, uses specific communications protocols, and encrypts data as it is transmitted to and from the server.

□ **Routers**—These physical telecommunication devices provide data gateways in and out of the VPN tunnel. The remote computer connects to the network through one router, which allows data to be sent and received through the VPN tunnel. Another router, at the other end of the VPN tunnel, connects the central server to the network.

Quite simply, data goes back and forth between the remote computer and the central server through the VPN tunnel. Once data gets into the tunnel, it is impossible to read the data because the software and routers are programmed to talk only to each other. All of the VPN components have been configured to encrypt data, making it unreadable to all except the remote computer and the central server —which are the only devices that are connected to the unique tunnel.

So, what is the bottom line on a Virtual Private Network? A VPN provides a very secure and inexpensive method that uses the Internet to create a private link for sending and receiving encrypted data.

### What is an "ASP"?

ASP is an acronym for *Application Service Provider*. An ASP outsources —or provides—business services and software. The ASP typically provides these business services faster and at a lower cost than would be possible with an agency's own internal resources. While outsourcing IT management and resources has been around for a long time, ASPs represent a relatively new concept in the use of server-based applications and Internet technologies: They have been around only since the late 1990s. An ASP manages a data center that runs one or more unique applications on its computers or servers. Its sells access or use of the applications to companies or organizations. The ASP operates and maintains the application-software systems and stores its customers' proprietary data on its servers.

Most ASPs provide applications and services targeted at specific markets. For example, rather than going through a difficult implementation of the

# P R O P E R T Y  &  E V I D E N C E

complex customer-relationship management (CRM) system, a company can acquire CRM application services from an ASP. The company gets the desired CRM functions without having to license, install, and manage a CRM system on its own computer.

An ASP operates behind the scenes and is invisible to most end-users. For example, if a company uses an ASP to provide a CRM system, then the company's end-users could access the CRM system on the same workstations they use for e-mail or word processing. In this example, the CRM system end-user would input CRM data, query the CRM database, and print reports just as they would for any of the company's other applications. Most end-users would have no idea that the CRM system is running on a remote server instead of the one that is located in the company's data center.

Obviously, an ASP reduces the need for internal IT resources and support because it delivers the application itself and the IT support services. The user organization may require internal IT resources only to make the connection to the ASP. The ASP is responsible for everything else:

❑ Maintaining and upgrading the application as necessary;

❑ Providing all of the technical and end-user support;

❑ Ensuring the security and privacy of its customers' proprietary data;

❑ Providing data backup resources;

❑ And making all necessary plans and provisions for disaster recovery.

The bottom line on ASPs is that they provide unique applications and services faster and at lower costs than could be achieved using traditional or conventional internal resources.

### Does VPN + ASP = Your System?

Rather than going to the trouble to license and implement a system, does it make sense for your P&E room to use VPN technology with an ASP? Since every P&E room's situation is unique, you might want to start your evaluation process by using the table shown on this page.

Will the option of using VPN and ASP make sense for your P&E room? You'll probably find that it warrants closer consideration if your depart-

ment's profile has one or more of the following characteristics:

❑ You have a limited IT budget;

❑ The management-system needs of your P&E room are often either overlooked, discounted, or postponed by your agency's management;

❑ Your agency has only a small or internal IT staff and resources—or maybe there is no such staff at all;

❑ Your agency has difficulty with implementing, supporting, and maintaining IT systems.

Many individuals with smaller agencies are beginning to study the possibilities of improving their P&E room operations by switching to an up-to-date P&E room management-system that uses ASP with VPN technology. You might want to check it out. Your department could be up and running in a short period of time with minimal impact on your budget and IT resources. ⚅

---

*KART Digital, Inc. is a company that specializes in computer software for law-enforcement agencies and other security organizations. KART's Property Room Information Management System (PRIMS) can be obtained on a licensed, leased, or ASP basis. The company's Laboratory Information Management System (LIMS) automates a medical examiner's office. Their Advanced Digital Security Tracking and Recovery System (ADSTAR) provides comprehensive inventory, event management, and quartermaster functions. For details, visit their website:* **www.kartdigital.net.**

## Virtual Private Network + Application Service Provider (VPN + ASP) Compared with an Internal P&E Room System

| Evaluation Criteria | VPN + ASP | Internal P&E Room System |
|---|---|---|
| System costs | Monthly access fee. | License fee or annual lease fee. |
| System maintenance fee | Included in ASP fees. | License: annual fee (usually 20% of license fee). Lease: maintenance usually included in annual lease fee. |
| Internal IT staff requirements | Only for initial connection to ASP. ASP's IT staff provides all system maintenance and operational support needs. | Needed to implement the system and to provide ongoing system maintenance and operational support. |
| Implementation timeframe | Short; establish connection to ASP and training. | Longer; installation, alpha and beta testing, and training. |
| Hardware costs * | Workstation(s) and VPN router | Workstation(s) and/or server |
| Telecommunications resources | DSL or T1 line connection | None if standalone installation or internal network |
| Optional interfaces to other internal systems | Yes | Yes |
| Conversion of legacy system data | Yes | Yes |
| Continued system upgrades and enhancements | Part of ASP service. | Requires software maintenance contract and IT staff to install new releases (usually annually). |
| Data security | High; VPN "tunneling" technique. | High; limited access to an intranet or standalone system. |
| Data backup | Offsite; integral to ASP service. | Requires establishment and maintenance of backup procedure and offsite data storage facilities. |
| Disaster recovery | Integral to ASP service. | Must be included in the P&E room's and organization's Disaster Recovery Plan. |

*\* Peripheral hardware costs for such things as bar-code readers and printers, document scanners, digital cameras, etc., are the same for an ASP or internal system installation.*