# FORENSIC TIPS

## Cool lifting tape to keep it from splitting in the heat

Anyone who works in hot, humid climates has more than likely had their lifting tape split when trying to recover a latent print from an extremely hot surface. Here's a tip from Lt. David Guzzardi of the St. Charles Parish Sheriff's Office in Hahnville, Louisiana. Just rub an ice cube—or even a cold soft-drink can—over the top of the tape briefly in order to cool the surface so it can be removed easily without splitting. ⓍⓍⓍ

## MEMO

To: All Crime-Scene Personnel
From: Editor, ETM
Re: Forensic Tips

We were a little bit surprised. We didn't have enough items to fill up the "Forensic Tips" section of the magazine. Fortunately, you can help us with the next issue by sending us some ideas or tips on evidence collection and processing. Come on. Share your secrets with us! Our readers (there are more than 50,000 of them out there) would appreciate it.

Thanks!

Here's our e-mail address:
Info@WordsmithPublishing.net

## How to get some value from discarded firearms

Remember the old saying: "Practice makes perfect"? Well, it's hard to practice serial-number restoration if you don't have scratched-off numbers to practice on. Solution: Before destroying a firearm, remove the part that has the serial number. Scratch it off...and practice restoring on the real thing! Our thanks for this tip go to Vivian Stafford with the NCIS Regional Forensic Laboratory in San Diego, California. ⓍⓍⓍ

## Editorial Leftovers and Postscripts

Shortly after we wrote the article "Evolution of Fingerprints" on Page 12 of this issue, we received an interesting e-mail from Kasey Wertheim of the Mississippi Crime Lab. He is also the chairperson of the Latent-Print Subcommittee for the International Association of Identification (IAI) and the webmaster of an informative website (*www.clpex.com*).

Wertheim had some interesting observations about what will happen in fingerprint technology in the near future:

*"Speaking of the future of comparisons, the most cutting edge combination for the next generation of computer application to latent prints would be...a combination of products (that) offers something amazing in our field, something that to my knowledge has never been accomplished before. That something is dynamic, high-resolution, three-dimensional accurate source representation of living friction-ridge detail. Yes, I know what I said and Yes, I know the implications are astounding. . . When you see this topic presented next year at the IAI conference in St. Louis, your reaction will be one of complete amazement. How appropriate to have the technology of a new century available at the centennial conference celebrating 100 years of finger-printing in America!"*

The fact that the broad spectrum of the law-enforcement community in the U.S. was introduced to fingerprint technology at the 1904 World's Fair in St. Louis is an interesting coincidence—and entirely appropriate. We will keep you posted on what will happen there in 2004. In the meantime, you might want to check that website: *www.clpex.com* for some interesting fingerprint-technology information. ⓍⓍⓍ

Levy DC Murder Scene • October Sniper Killings
Columbine High School • The 9/11/01 Plane Crash
Georgia Cremation Snafu • Police Officer Shootings

**What do these high-profile crime scenes (and many others) have in common?**

# The Kara Company

### EXCLUSIVE PROVIDERS OF

## FORENSIC MAPPING SYSTEM

*How Scenes are Diagrammed Today Has Changed!*

**Call Barb for a quote:**

# 1.800.369.5272

*We Can supply all your Measuring Needs!*



# CA-3000 Cyanoacrylate Fuming Chamber

FROM

# MISONIX

## *Automated latent fingerprint development made safe and affordable*

■ **Programmable Controls** – Obtain quality latent prints and reproducible results by controlling humidity, fume circulation and processing times.

✓ Full automation of fuming process

✓ Fuming and filtering intervals customized to user preference

✓ Monitors number of fume cycles to track filter life

■ **Safety** - Workers are protected from hazardous fumes by a solenoid lock that prevents access to the chamber until the fumes are evacuated.

✓ Prevents exposure to CA fumes

✓ Completely sealed unit

✓ Multi-layered carbon filter

■ **Ductless Design** – Bench-top size, no ductwork and no installation cost.

✓ Easy to clean safety glass

✓ Constructed of aluminum and steel

✓ Portable

## *www.misonix.com*



| ORDERING INFORMATION |
| --- |
| Part # CA-3000 |
| Part # CA-6000 |
| Part # CA-2818 Replacement Main Filter |
| Part # FE-2013 Pkg. of 6 Pre-filters |
| Optional mobile carts available |

*We have many Federal, State and Local Government installations, please call for references.*

*For additional information call*

## 1-800-645-9846

| TECHNICAL DATA | |
| --- | --- |
| CA-3000 TABLE-TOP UNIT | Internal Dimensions: 29" W x 28" H x 25" D External Dimensions: 37" W x 53" H x 34" D 35" high, mobile cart also available |
| CA-6000 FREE STANDING UNIT | Internal Dimensions: 29" W x 40" H x 25" D External Dimensions: 37" W x 84" H x 34" D (includes cart) |
| VOLTAGE | 110V/60Hz |

MADE IN USA



1938 New Highway, Farmingdale, NY 11735
Tel 631.694.9555 • Fax 631.694.9412