**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BILLIE JEROME ALLEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 4:07CV0027 ERW** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **THIS IS A CAPITAL CASE** |
| | ) | |
| **Respondent.** | ) | |

**GOVERNMENT'S SUPPLEMENT RE ADDENDA TO DOC. 110**
**(GOVERNMENT'S SUR-REPLY TO ALLEN'S TRAVERSE TO**
**GOVERNMENT'S RESPONSE TO ALLEN'S 2255 MOTION)**

**COMES NOW** the United States of America, by and through its attorneys, Richard G.

Callahan, United States Attorney for the Eastern District of Missouri, and Joseph M. Landolt,

Steven E. Holtshouser, Carrie Costantin and Cristian M. Stevens, Assistant United States

Attorneys for said District, and supplements the addenda to Government's Sur-Reply to Allen's

Traverse (Doc. 110), as follows:

Addenda 14-17, were filed as attachments to Doc. 110, Government's Sur-Reply to

Allen's Traverse, filed March 19, 2010.  Unfortunately, Doc. 110 also included attachments that

were intended to be submitted in support of Doc. 107.  In addition, the labeling on the .pdf

copies of the addenda was inadequate and the scanning process required breaking the documents

into random attachments.  To correct and clarify this situation, the Government hereby

supplements Doc. 110 by re-labeling and re-submitting the addenda to Doc. 110 and renaming

said addenda in the ECF filing.

1

| Government's Addendum | Description |
| --- | --- |
| 14 | Memorandum and Order in <u>US v. Bolden</u> re Racial Discrimination Claim |
| 15 | Allen Department of Justice Submission 1998 |
| 16 | Allen Petition for Rehearing (Allen III) |
| 17 | Professor Haney Bio Information |

The Government hopes this clarifies any confusion in the attachments filed on March 19, 2010.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*/s/ Steven E. Holtshouser*
STEVEN E. HOLTSHOUSER, #24277
CARRIE COSTANTIN, #54734
JOSEPH M. LANDOLT, #6484
CRISTIAN M. STEVENS, #98871
Assistant United States Attorneys
111 South 10th Street, 20th Floor
St. Louis, MO 63101
(314) 539-6894

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2010, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:


Elizabeth Unger Carlyle
Attorney at Law
P.O. Box 962
Columbus, MS 39701

Joseph M. Cleary
Attorney at Law
1455 N. Pennsylvania
Indianapolis, IN 46202

Michael Wiseman
Federal Community Defender Office
The Curtis Center
Suite 545 West
Philadelphia, PA 19106


*/s/Steven E. Holtshouser*