**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BILLIE JEROME ALLEN** | § | |
| **Petitioner** | § | |
| | § | |
| | § | |
| **vs.** | § | **Cause No.  4:07-CV-27-ERW** |
| | § | |
| **UNITED STATES OF AMERICA** | § | |
| **Respondent** | § | |

**AGREED MOTION FOR EXTENSION OF TIME**
**TO FILE TRAVERSE TO RESPONSE TO SUPPLEMENTAL GROUND S**

Petitioner Billie Jerome Allen prays the court for an extension of time until Friday, April 9, 2010, to file his traverse to the government's response to his Supplemental Ground S to this original motion in this matter, and in support states,

1.  Under this Court's local rules, the traverse is now due Friday, March 26, 2010.

2.  No previous extensions of time have been requested or granted for this pleading.

3.  Counsel for Mr. Allen has consulted with Asst. U.S. Attorney Steven Holtshouser, counsel for respondent, and he has no objection to this request.

4.  The extensive pleading filed by the government, which also includes numerous attachments, will require additional time for a response by petitioner.

1

For the foregoing reasons, petitioner prays the court to extend the time for filing

the traverse in support of Supplemental Ground S until April 9, 2010.

Respectfully submitted,

/s Elizabeth Unger Carlyle

Elizabeth Unger Carlyle #51877
P.O. Box 866
Columbus, MS  39703
Missouri Bar No. 41930
(816)525-6540
FAX (866) 764-1249
elizcar@bellsouth.net

Joseph M. Cleary #534292
Attorney at Law
1455 N. Pennsylvania
Indianapolis, IN  46202
(317) 630-0137
jcleary498@aol.com

Michael Wiseman
Chief, Capital Habeas Corpus Unit
Federal Community Defender for the
Eastern District of Pennsylvania
Suite 545 West -- The Curtis Center
Philadelphia, PA  19106
215-928-0520

ATTORNEYS FOR PETITIONER

**CERTIFICATE OF SERVICE**
I hereby certify that it is my belief and understanding that
counsel for respondent, Mr. Joseph M. Landolt, Mr. Steven
Holtshouser, and Ms. Carrie Costantin, Asst. United States
Attorneys, 111 South 10th Street, 20th Floor, St. Louis,
Missouri 63102, are participants in the Court's CM/ECF
program and that separate service of the foregoing
document is not required beyond the Notification of
Electronic Filing to be forwarded to counsel on March 25,
2010, upon the filing of the foregoing document.

/s/ Elizabeth Unger Carlyle
ELIZABETH UNGER CARLYLE

2