**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| **BILLIE JEROME ALLEN**<br>    **Petitioner** | §<br>§<br>§ | |
| | § | |
| **vs.** | § | **Cause No.  4:07-CV-27-ERW** |
| | § | |
| **UNITED STATES OF AMERICA**<br>    **Respondent** | §<br>§<br>§ | |

**MOTION TO EXCEED PAGE LIMIT**

Billie Allen, Petitioner, moves the court for leave to exceed the page limit allowed by Local Rule 4.01(D) in his Motion for Evidentiary Hearing and Discovery concurrently filed with this Court.  The motion is 28 pages long.  Because it involves numerous specific requests regarding the need for a hearing and discovery, as well as authorities, the additional pages are limited to permit the court to understand the issues fully.

For the foregoing reasons, Mr. Allen prays the court to allow the filing of his 28 page Motion for Evidentiary Hearing and Discovery.

Respectfully submitted,

/s Elizabeth Unger Carlyle
Elizabeth Unger Carlyle #51877
P.O. Box 866
Columbus, MS  39703
Missouri Bar No. 41930
(816)525-6540
elizcar@lawalumni.neu.edu

Joseph M. Cleary #534292
1455 N. Pennsylvania
Indianapolis, IN  46202
(317) 630-0137
jcleary498@aol.com

1

Michael Wiseman
Chief, Capital Habeas Corpus Unit
Federal Community Defender for the
Eastern District of Pennsylvania
Suite 545 West -- The Curtis Center
Philadelphia, PA  19106
215-928-0520
Michael_Wiseman@fd.org

ATTORNEYS FOR PETITIONER

**CERTIFICATE OF SERVICE**

I hereby certify that it is my belief and understanding that counsel for respondent, Mr. Joseph M. Landolt, Asst. U. S. Attorney, Mr. Steven Holtshouser, Asst, U.S. Attorney, and Ms. Carrie Costantin, 111 South 10th Street, 20th Floor, St. Louis, Missouri 63102, are participants in the Court's CM/ECF program and that separate service of the foregoing document is not required beyond the Notification of Electronic Filing to be forwarded to counsel on March 29, 2010, upon the filing of the foregoing document.

/s/ Elizabeth Unger Carlyle
Elizabeth Unger Carlyle