**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| **BILLIE JEROME ALLEN** | § | |
| **Petitioner** | § | |
| | § | |
| | § | |
| **vs.** | § | **Cause No.  4:07-CV-27-ERW** |
| | § | |
| **UNITED STATES OF AMERICA** | § | |
| **Respondent** | § | |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL TRAVERSE
IN RESPONSE TO GOVERNMENT'S "SUR-REPLY"**

Petitioner Billie Jerome Allen moves the court for a leave to file a traverse to the government's "Sur-reply" to his traverse, and moves the court for a period of 60 days to file this pleading.  In support, Mr. Allen states:

1.  Following the filing of Mr. Allen's traverse, the government sought and was granted leave to file a responsive pleading.  (Doc. 100, Order docketed Sept. 14, 2009.)

2.  On March 19, 2010, six months later, the government filed a 151 page pleading, accompanied by numerous attachments, in response to Mr. Allen's traverse. This pleading included procedural defenses not previously raised, as well as an extensive discussion of evidence not fully discussed in the Traverse.

3.  Mr. Allen, as petitioner, bears the burden of proof in this matter, and it would promote justice and equity, and assist the court in the proper disposition of this case, to allow him to respond to the government's pleading.

4.  The government's pleading is extensive.  In addition, counsel for Mr. Allen have filed a motion for discovery and evidentiary hearing, and are the process of preparing a traverse to the government's response to Mr. Allen's supplemental petition. Therefore, a period of 60 days is needed to properly prepare the supplemental traverse.

1

For the foregoing reasons, Mr. Allen prays the court to permit him to file a supplemental traverse on or before June 1, 2010.

Respectfully submitted,

/s Elizabeth Unger Carlyle
Elizabeth Unger Carlyle #51877
P.O. Box 866
Columbus, MS  39703
Missouri Bar No. 41930
(816)525-6540
elizcar@lawalumni.neu.edu

Joseph M. Cleary #534292
1455 N. Pennsylvania
Indianapolis, IN  46202
(317) 630-0137
jcleary498@aol.com

Michael Wiseman
Chief, Capital Habeas Corpus Unit
Federal Community Defender for the
Eastern District of Pennsylvania
Suite 545 West -- The Curtis Center
Philadelphia, PA  19106
215-928-0520
Michael_Wiseman@fd.org

ATTORNEYS FOR PETITIONER

**CERTIFICATE OF SERVICE**

I hereby certify that it is my belief and understanding that counsel for respondent, Mr. Joseph M. Landolt, Asst. U. S. Attorney, Mr. Steven Holtshouser, Asst, U.S. Attorney, and Ms. Carrie Costantin, 111 South 10th Street, 20th Floor, St. Louis, Missouri 63102, are participants in the Court's CM/ECF program and that separate service of the foregoing document is not required beyond the Notification of Electronic Filing to be forwarded to counsel on March 31, 2010, upon the filing of the foregoing document.

/s/ Elizabeth Unger Carlyle
Elizabeth Unger Carlyle

2