3/24/10

RECEIVED
BY MAIL

MAR 29 2010

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Dear Court,

This is, the third time she sent this motion. The first time, (as seen) the motion was sent back. The second time, she never received a response from the court. Can the court please address this issue as soon as possible.

Thanks

Billie Allen

RECEIVED

MAR 29 2010

U.S. COURT OF APPEALS
EIGHTH CIRCUIT

## UNITED STATES COURT OF APPEALS FOR THE 8th CIRCUIT

Name: Billie Allen

Date: Nov 20, 2009

### READ THE SECTION(S) CHECKED CONCERNING YOUR RECENT COMMUNICATION:

\_\_\_ This office is prohibited from giving legal advice.  We may only provide procedural information.  Specific questions regarding your case issues cannot be answered by this office.

✓ This is a court of review which cannot consider new issues that the United States District Court has not first considered.  Address your request to the U.S. District Court.

\_\_\_ This court has no original jurisdiction over state court matters.  State remedies must be exhausted before a case may be commenced in the federal court system.

\_\_\_ No action is being taken regarding your paper.  This is a court of limited jurisdiction which hears appeals from Final judgments entered by the U.S. District Courts within the circuit.  The Eighth Circuit covers the states of Arkansas, Iowa, Minnesota, Missouri, Nebraska, North and South Dakota.  To commence a suit in federal (US) court, contact the appropriate U.S. District Court.

\_\_\_ This office does not have forms for filing an action in the U.S. District Court. This is a court of review and cannot consider new issues that the District Court has not first considered.   Address your request to the appropriate U.S. District Court.

\_\_\_ This office does not have forms for filing an appeal or for Successive Habeas Petitions.

\_\_\_ This office has no information concerning your case.  If you wish to proceed to this court from an adverse decision entered in the U.S. District Court, refer the Federal Rules of Appellate Procedure regarding the timelines for filing a notice of appeal with U.S. District Court.  **You're document may not identify the U.S. District Court or a case number.**

\_\_\_ Notices of appeal are filed with the appropriate U.S. District Court. They are not filed in the U.S. Court of Appeals.  Do not send them; they will not be filed in our court. The U.S. District Court will file the notice of appeal, prepare the record and forward the case to the Court of Appeals.  Thereafter, the parties will be notified when the appeal is docketed with the U.S. Court of Appeals.

CLERK OF THE COURT,

This is a pro se motion asking the court to consider the issue mentioned below. I'd like to state for the record that I'm not seeking to represent myself in any way, but that I felt that this was the only way that I could get my issue's heard.

I wish to ask the Court to allow me a chance to present issues that were left out of my 2255 (when it was first filed), by Elizabeth Carlyle and Joseph Cleary. I know that this request might be denied because it's an unusual, but until now I didn't know that the issues could be raised or that they had ant real merit.

The reason for the delay in filing this motion is because when I first told my attorney's about filing my issues, they told me the issues weren't important, they had no merit,or that we couldn't raise them. But I've just now learned that I was given bad legal advice and that the issues that I wanted put in my brief should've been filed.

This discovery came after talking with a few lawyer's (outside of present counsel), and I was told that the issues should've been raised and that the2255 is for you (me) to bring up all of my issues.

While most of my issues were filed, there are those that were left out that would've only supported the issues that I have in front of the court. I brought this up with Elizabeth and Joseph Cleary when they came to see me, (which was after my appeal was filed), and we didn't seem to be on the same page about where we should go with my appeal.

If possible, I'd like to ask the court to have a hearing by phone or in person to adress this issue, because at this moment I can't work with attorney's who won't listen to what I have to say, or don't put in issues that should be in my case, that could affect the outcome.


Thanks for the courts time,


BILLIE ALLEN



BILLIE ALLEN
26901-044
P.O. BOX 33
TERRE HAUTE, IN.
47808


RECEIVED

NOV 1 9 2009

U.S. COURT OF APPEALS
EIGHTH CIRCUIT



Case: 4:07-cv-00027-ERW    Doc. #: 120    Filed: 03/31/10    Page: 4 of 4 PageID #: 2083

Billie Allen
26901-044
P.O. BOX 33
Terre Haute, IN.
47808

Legal Mail

INMATE
IDENTIFICATION
CONFIRMED

RECEIVED
BY MAIL

MAR 29 2010

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO.
ST. LOUIS

Clerk of the Court
United States District Court
for District of Missouri
Thomas Eagleton Courthouse
111 S. 10th Street
Suite 3.300
St. Louis, MO 63102

USCA

Please read this
document. I
does not bel