**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| BILLIE JEROME ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:07CV0027 ERW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | THIS IS A CAPITAL CASE |
| | ) | |
| Respondent. | ) | |

**GOVERNMENT'S RESPONSE TO ALLEN'S PRO SE MOTION
TO EXPAND THE SCOPE OF THIS SECTION 2255 MOTION**

**COMES NOW** the United States of America, by and through its attorneys, Richard G.

Callahan, United States Attorney for the Eastern District of Missouri, and Joseph M. Landolt,

Steven E. Holtshouser, Carrie Costantin and Cristian M. Stevens, Assistant United States

Attorneys for said District, and responds to Allen's pro se motion to expand the scope of his

Section 2255 claims (Doc. 120), as follows:

Despite the fact that his Section 2255 motion has been pending over 2 years already and

despite the fact that Allen is represented by a team of lawyers, Allen just filed a pro se motion to

add issues to his Section 2255 claims.  He alleges that unspecified issues were left out of his

Section 2255 motion by his present counsel against his wishes. He also references contacts with

other attorneys despite the fact that he is represented by counsel.  Allen's motion should be

denied.

Allen's request presents a claim to file a second or successive 2255 petition.  Under Title

28, United States Code, Section 2255(h), Allen must first present his motion to the Court of

Appeals and convince that court that the grounds raised meet one of the two exceptions in

Section 2255(h).  Allen's failure to do so bars his request.

WHEREFORE, the Government respectfully requests that Allen's pro se motion to add

claims to his Section 2255 motion be denied.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

 /s/ Steven E. Holtshouser
STEVEN E. HOLTSHOUSER, #24277
CARRIE COSTANTIN, #54734
JOSEPH M. LANDOLT, #6484
CRISTIAN M. STEVENS, #98871
Assistant United States Attorneys
111 South 10th Street, 20th Floor
St. Louis, MO 63101
(314) 539-6894

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2010, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:

Elizabeth Unger Carlyle
Attorney at Law
P.O. Box 962
Columbus, MS 39701

Joseph M. Cleary
Attorney at Law
1455 N. Pennsylvania
Indianapolis, IN 46202

Michael Wiseman
Federal Community Defender Office
The Curtis Center
Suite 545 West
Philadelphia, PA 19106

*/s/Steven E. Holtshouser*