**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BILLIE JEROME ALLEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **No. 4:07CV0027 ERW** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **THIS IS A CAPITAL CASE** |
| | ) | |
| **Respondent.** | ) | |

**GOVERNMENT'S RESPONSE TO ALLEN'S MOTION**
**TO FILE SUPPLEMENTAL TRAVERSE**

**COMES NOW** the United States of America, by and through its attorneys, Richard G.

Callahan, United States Attorney for the Eastern District of Missouri, and Joseph M. Landolt,

Steven E. Holtshouser, Carrie Costantin and Cristian M. Stevens, Assistant United States

Attorneys for said District, and responds to Allen's motion to file supplemental traverse (Doc.

119), as follows:

This motion should be denied.  Allen has had 2 years and sufficient opportunities to

support his Section 2255 claims.  It is simply not correct that the Government's Sur-Reply (Doc.

110) included procedural defenses not previously raised.  The Government's Sur-Reply

responded to Allen's traverse argument that procedural defenses were not valid.  Allen also

claims the Sur-Reply contains "an extensive discussion of evidence not fully discussed in the

traverse."  The evidence discussed by the Government in the Sur-Reply was taken from the

record in this case.  This same record has always been fully available to Allen's habeas counsel.

Allen has had every opportunity to bring relevant portions of the record and transcripts to this

court's attention.

1

Much of the Government's Sur-Reply discussion of the record was the result of Allen's misrepresentations, incomplete representations or omissions of the record.  Further briefing will only promote delay, repetition and obfuscation of the issues.  Nothing in the Sur-Reply can be a surprise to Allen's counsel, based on the trial record.  If there is additional content that has been withheld from both the Amended Section 2255 motion and the Traverse, it was done strategically.  This court should not permit Allen to file yet another pleading.  Instead, this Court has before the facts, information and law needed to determine whether a hearing is warranted on any issue and, it not, whether Allen has met his burden of proof.

**WHEREFORE**, the Government respectfully requests that Allen's motion for leave to file a supplemental traverse to the Government's sur-reply be denied.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*/s/ Steven E. Holtshouser*
STEVEN E. HOLTSHOUSER, #24277
CARRIE COSTANTIN, #54734
JOSEPH M. LANDOLT, #6484
CRISTIAN M. STEVENS, #98871
Assistant United States Attorneys
111 South 10th Street, 20th Floor
St. Louis, MO 63101
(314) 539-6894

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2010, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:


Elizabeth Unger Carlyle
Attorney at Law
P.O. Box 962
Columbus, MS 39701

Joseph M. Cleary
Attorney at Law
1455 N. Pennsylvania
Indianapolis, IN 46202


Michael Wiseman
Federal Community Defender Office
The Curtis Center
Suite 545 West
Philadelphia, PA 19106

*/s/Steven E. Holtshouser*