**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| **BILLIE JEROME ALLEN** | § | |
|     **Petitioner** | § | |
| | § | |
| | § | |
|     **vs.** | § | **Cause No.  4:07-CV-27-ERW** |
| | § | |
| **UNITED STATES OF AMERICA** | § | **CAPITAL CASE** |
|     **Respondent** | § | |

**AGREED MOTION FOR EXTENSION OF TIME TO FILE
RESPONSIVE PLEADINGS**

Petitioner Billie Jerome Allen moves the court for an extension of time until Monday, April 12, 2010, to file the following pleadings:

    a.  Reply in support of motion for leave to file supplemental traverse

    b.  Reply in support of motion for evidentiary hearing and discovery

    c.  Traverse in support of supplemental Ground S to the petition

In support of this motion, Mr. Allen states:

1.  The replies in support of the motions for leave to file supplemental traverse and for evidentiary hearing and discovery are now due Thursday, April 8, 2010.  The Traverse is now due Friday, April 9, 2010.

2.  Mr. Allen has requested the opportunity to review these pleadings before they are filed.  Counsel was unable to arrange for a visit with Mr. Allen until Friday, April 9. Once that visit has occurred, the pleadings, including any changes suggested by Mr. Allen, can be filed on Monday, April 12.

3.  Counsel for Mr. Allen has conferred with Asst. U.S. Attorney Steven Holtshouser, counsel for respondent, and he has no objection to this request.

1

For the foregoing reasons, Mr. Allen prays the court to extend the time for filing the above-listed pleadings until Monday, April 12, 2010.

Respectfully submitted,

/s Elizabeth Unger Carlyle
Elizabeth Unger Carlyle #51877
P.O. Box 866
Columbus, MS  39703
Missouri Bar No. 41930
(816)525-6540
elizcar@lawalumni.neu.edu

Joseph M. Cleary #534292
1455 N. Pennsylvania
Indianapolis, IN  46202
(317) 630-0137
jcleary498@aol.com

Michael Wiseman
Chief, Capital Habeas Corpus Unit
Federal Community Defender for the
Eastern District of Pennsylvania
Suite 545 West -- The Curtis Center
Philadelphia, PA  19106
215-928-0520
Michael_Wiseman@fd.org

ATTORNEYS FOR PETITIONER

**CERTIFICATE OF SERVICE**

I hereby certify that it is my belief and understanding that counsel for respondent, Mr. Joseph M. Landolt, Asst. U. S. Attorney, Mr. Steven Holtshouser, Asst, U.S. Attorney, and Ms. Carrie Costantin, 111 South 10th Street, 20th Floor, St. Louis, Missouri 63102, are participants in the Court's CM/ECF program and that separate service of the foregoing document is not required beyond the Notification of Electronic Filing to be forwarded to counsel on April 8, 2010, upon the filing of the foregoing document.

/s/ Elizabeth Unger Carlyle
Elizabeth Unger Carlyle

2