**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2010, the foregoing Petitioner's Traverse to Supplement to the Amended Motion Under Section 2255 was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Mr. Joseph M. Landolt
United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102

Mr. Steven Holtshouser
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102.

/s/ Elizabeth Unger Carlyle

_____

Elizabeth Unger Carlyle
Counsel for Petitioner