**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| **BILLIE JEROME ALLEN**<br>**Petitioner** | §<br>§<br>§ | |
| **vs.** | §<br>§ | **Cause No.  4:07-CV-27-ERW** |
| **UNITED STATES OF AMERICA**<br>**Respondent** | §<br>§<br>§ | **CAPITAL CASE** |

**MOTION FOR LEAVE TO WITHDRAW PRO SE MOTION**

Billie Allen, petitioner, prays the court for leave to withdraw his pro se motion, received by the court on March 29, 2010.  Since filing the motion, Mr. Allen has conferred with counsel, and no longer wishes to pursue this motion.  By his signature below, Mr. Allen has approved the filing of this motion to withdraw.

For the foregoing reasons, Mr. Allen prays the court to permit him to withdraw his pro se motion.

Respectfully submitted,

/s Elizabeth Unger Carlyle
Elizabeth Unger Carlyle #51877
P.O. Box 866
Columbus, MS  39703
Missouri Bar No. 41930
(816)525-6540
elizcar@lawalumni.neu.edu

Joseph M. Cleary #534292
1455 N. Pennsylvania
Indianapolis, IN  46202
(317) 630-0137
jcleary498@aol.com

1

Michael Wiseman
Chief, Capital Habeas Corpus Unit
Federal Community Defender for the
Eastern District of Pennsylvania
Suite 545 West -- The Curtis Center
Philadelphia, PA  19106
215-928-0520
Michael_Wiseman@fd.org

ATTORNEYS FOR PETITIONER

**APPROVED AND AGREED:**

Date: 5/17/10

Billie Jerome Allen

**CERTIFICATE OF SERVICE**

I hereby certify that it is my belief and understanding that counsel for respondent, Mr. Joseph M. Landolt, Asst. U. S. Attorney, Mr. Steven Holtshouser, Asst, U.S. Attorney, and Ms. Carrie Costantin, 111 South 10th Street, 20th Floor, St. Louis, Missouri 63102, are participants in the Court's CM/ECF program and that separate service of the foregoing document is not required beyond the Notification of Electronic Filing to be forwarded to counsel on ●, upon the filing of the foregoing document.        5/24/10

/s/ Elizabeth Unger Carlyle
Elizabeth Unger Carlyle

2