# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

———————————————————   :

BILLIE JEROME ALLEN,   :   No. 4:07-CV-27 ERW

   :

   Petitioner,   :

   :

   -v-   :

   :

UNITED STATES OF AMERICA,   :

   :

   Respondent.   :

———————————————————   :

## NOTICE OF CHANGE OF ADDRESS

Comes now, undersigned counsel, Joseph M. Cleary, and notifies the court and

parties of his change of address, effective immediately.

Joseph M. Cleary
COLLIGNON & DIETRICK
310 N. Alabama, Suite 250
Indianapolis, IN., 46204
317-637-1000
317-637-1005
jcleary498@aol.com

Respectfully Submitted,


/s/ Joseph M. Cleary

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served filed electronically on this 25th day of May 2010. Notice of filing will be sent to United States Attorney's Office for the Eastern District of Missouri by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Joseph M. Cleary
Attorney for Petitioner


Joseph M. Cleary
COLLIGNON & DIETRICK
310 N. Alabama, Suite 250
Indianapolis, IN., 46204
317-637-1000
317-637-1005