**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BILLIE JEROME ALLEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **No. 4:07CV0027 ERW** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **THIS IS A CAPITAL CASE** |
| | ) | |
| **Respondent.** | ) | |

### GOVERNMENT'S RESPONSE TO PETITIONER'S MOTION FOR LEAVE TO WITHDRAW PRO-SE MOTION

**COMES NOW** the United States of America, by and through its attorneys, Richard G.
Callahan, United States Attorney for the Eastern District of Missouri, and Joseph M. Landolt,
Steven E. Holtshouser, Carrie Costantin and Cristian M. Stevens, Assistant United States
Attorneys for said District, and responds to petitioner's motion for leave to withdraw pro-se
motion, as follows:

The pro-se motion submitted by Mr. Allen alleged and raised serious questions regarding
his agreement with the positions taken by his counsel.  The pro-se motion demonstrates a serious
communication gap between Mr. Allen and his counsel.  The Government respectfully suggests
that the motion for leave to withdraw the pro-se motion should not be granted without an inquiry
on the record between the Court and Mr. Allen and that his decision to abandon his pro-se
motion is knowing, intelligent and voluntary.  The Government does not necessarily need to be a
participant in this proceeding but the Government requests that such a proceeding occur so that a
permanent record can be made on what appears to be a decision by Mr. Allen to abandon the
issues raised in his pro-se motion.  If this is not the case, then a further record may need to be

1

made on the pro-se motion.  Because this is a capital case, it is likely that whatever action the

Court takes will receive appellate review and that Mr. Allen may be represented by different

counsel at a later date.  At that time it may be in his best interests to attack the decisions of

habeas counsel to persuade him to withdraw his pro-se motion.  Without a record being made on

this matter at this time, a later reviewing court will not have a basis on which to reject a later

challenge to the representation by habeas counsel.

ACCORDINGLY, the Government respectfully requests that petitioner's motion for

leave to withdraw his pro-se motion not be granted without further inquiry by the Court to Mr.

Allen on the record.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*/s/ Steven E. Holtshouser*
STEVEN E. HOLTSHOUSER, #24277
CARRIE COSTANTIN, #54734
JOSEPH M. LANDOLT, #6484
CRISTIAN M. STEVENS, #98871
Assistant United States Attorneys
111 South 10th Street, 20th Floor
St. Louis, MO 63101
(314) 539-6894

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2010, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:


Elizabeth Unger Carlyle
Attorney at Law
P.O. Box 962
Columbus, MS 39701

Joseph M. Cleary
Attorney at Law
1455 N. Pennsylvania
Indianapolis, IN 46202

Michael Wiseman
Federal Community Defender Office
The Curtis Center
Suite 545 West
Philadelphia, PA 19106


*/s/Steven E. Holtshouser*

3