**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| BILLIE JEROME ALLEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 4:07CV00027 ERW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**AMENDED ORDER SETTING TELEPHONE CONFERENCE**

The Telephone Conference on Petitioner's Pro Se Motion to Address Motions Not Set Forth by Counsel in 2255 Motion [#120] and Petitioner's Pro Se Motion to Withdraw said Pleading [#131] is reset to **July 1, 2010**, at 11:30 a.m. and the participation of Billie Jerome Allen, Inmate #26901-044, is necessary for this conference. This Hearing will be *Ex Parte* and the Court will initiate this conference with Mr. Allen and counsel for Petitioner only on the date and time stated above. Petitioner's counsel shall notify chambers prior to the Hearing of the name and contact number for each attorney that will participate.

**IT IS HEREBY ORDERED** that the Warden of the U.S. Penitentiary Terre Haute shall make Billie Jerome Allen available by telephone to participate in this conference on **July 1, 2010**, at **11:30 a.m.** A copy of this Order shall be immediately sent via facsimile and regular mail to Warden, USP Terre Haute, U.S. Penitentiary, P.O. Box 33, Terre Haute, IN 47808.

So Ordered this 18th Day of June, 2010.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE