UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BILLIE JEROME ALLEN, )<br>)<br>Movant, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | Case No. 4:07CV00027 ERW |

## MEMORANDUM AND ORDER

This matter comes before the Court on Movant Billie Jerome Allen's ("Movant") *Pro Se* Motion to Address Issues Not Set Forth by Counsel in His § 2255 Motion at an Evidentiary Hearing [doc. #120] and Movant's Motion for Leave to Withdraw *Pro Se* Motion [doc. #131].

On July 1st, 2010, the Court conducted an *ex parte* hearing on these Motions with Movant and his counsel. Movant represented that he has had adequate time to confer with his counsel about his *Pro Se* Motion and the issues presented therein, and that he and counsel are now in agreement as to how to proceed with his § 2255 Motion. As such, the Court finds that his decision to withdraw his *Pro Se* Motion is knowing, intelligent, and voluntary, and Movant's Motion for Leave to Withdraw will therefore be granted.

Accordingly,

**IT IS HEREBY ORDERED** that Movant's Motion for Leave to Withdraw *Pro Se* Motion [doc. #131] is **GRANTED**.

**IT IS FURTHER ORDERED** that Movant's *Pro Se* Motion to Address Issues Not Set Forth by Counsel in His § 2255 Motion at an Evidentiary Hearing [doc. #120] is **DENIED, as moot**.

Dated this 2nd Day of July, 2010.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE