**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BILLIE JEROME ALLEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 4:07CV0027 ERW** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **THIS IS A CAPITAL CASE** |
| | ) | |
| **Respondent.** | ) | |

### GOVERNMENT'S SUBMISSION OF ADDITIONAL AUTHORITY

**COMES NOW** the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Joseph M. Landolt, Steven E. Holtshouser, Carrie Costantin and Cristian M. Stevens, Assistant United States Attorneys for said District, and submits the following new case authority to this Court for consideration in connection with Movant's pending motion under 28, U.S. C. Section 2255:

Recently, in Cole v. Roper, 623 F.3d 1183 No. 09-1213 (8th Cir. 2010), a panel of the Eighth Circuit upheld the denial of a motion for relief under 28 U.S.C. Section 2254 in a State of Missouri capital case.  Portions of the Court's opinion bear relevance to issues presented by Allen's petition, including claims of ineffective assistance of counsel, the use of restraints on the defendant during the trial and claims of prosecutorial misconduct.  A copy of the opinion is submitted herewith as Appendix A.

1

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney


 */s/ Steven E. Holtshouser*
STEVEN E. HOLTSHOUSER, #24277
CARRIE COSTANTIN, #54734
JOSEPH M. LANDOLT, #6484
CRISTIAN M. STEVENS, #98871
Assistant United States Attorneys
111 South 10th Street, 20th Floor
St. Louis, MO 63101
(314) 539-6894


**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2010, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:


Elizabeth Unger Carlyle
Attorney at Law
P.O. Box 962
Columbus, MS 39701

Joseph M. Cleary
Attorney at Law
1455 N. Pennsylvania
Indianapolis, IN 46202

Michael Wiseman
Federal Community Defender Office
The Curtis Center
Suite 545 West
Philadelphia, PA 19106


*/s/Steven E. Holtshouser*