**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| BILLIE JEROME ALLEN, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | No. 4:07CV00027 ERW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER OF TRANSPORTATION

On May 9, 2011, this Court entered an Order setting an Evidentiary Hearing on Claim J of Movant Billie Jerome Allen's Amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Under a Sentence of Death [doc. #60]. The Evidentiary Hearing will be held on **August 1, 2011**, at **9:00 A.M.** in Courtroom 17 South of the United States District Court in St. Louis, Missouri, and Movant's presence is required at this Hearing.

Accordingly,

**IT IS HEREBY ORDERED** that the United States Marshals Service shall transport Billie Jerome Allen, Inmate #26901-044, from the United States Penitentiary, 4700 Bureau Road South, Terre Haute, Indiana 47802, to the United States District Court in St. Louis, Missouri, **in advance of** and for the attendance at the Evidentiary Hearing scheduled for **August 1, 2011**, at **9:00 A.M.**

Dated this 10th Day of May, 2011.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE