# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

### COURTROOM MINUTE SHEET
### CIVIL PROCEEDINGS

**Date** 6/23/2011      **Judge** E. Richard Webber      **Case No.** 4:07cv00027 ERW

Billie Jerome Allen                              v. United States of America

**Court Reporter** D. Kriegshauser              **Deputy Clerk** C. Long

**Attorneys for Plaintiff(s)** Elizabeth Carlyle, Michael Wiseman

**Attorneys for Defendant(s)** Steven Holtshauser, Carrie Costantin

**Parties present for** status teleconference.  Status of discovery discussed. Government requests continuance of August evidentiary hearing.  Petitioner does not object to continuance.  Evidentiary hearing continued to November 29, 2011 at 9:00 a.m.  Order to issue.

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that

Pltf. Witness_____   Deft. Witness_____

Pltf. Witness_____   Deft. Witness_____

Pltf. Exhibits:_____

Pltf. Exhibits:_____

Deft. Exhibits: _____

Deft. Exhibits: _____

☐ Exhibits returned to and retained by counsel

Proceedings commenced  9:00        A.M.
Proceedings concluded   9:17        A.M.