**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| BILLIE JEROME ALLEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )    No. 4:07CV00027 ERW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## ORDER OF TRANSPORTATION

Upon request of counsel for all parties and by agreement of this Court, the Evidentiary Hearing on Petitioner's Claim J of Petitioner's Amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence is continued to **November 29, 2011**, at **9:00 a.m.**  This Hearing will be held in Courtroom 17 South of the United States District Court in St. Louis, Missouri and Petitioner Billie Jerome Allen's  presence is required at this Hearing.

**IT IS HEREBY ORDERED** that the United States Marshal Service shall transport Billie Jerome Allen, Inmate #26901-044, from the United States Penitentiary, 4700 Bureau Road South, Terre Haute, Indiana 47802, to the United States District Court in St. Louis, Missouri, **in advance of** and for the attendance at the Evidentiary Hearing scheduled for **November 29, 2011**, at **9:00 a.m.**

So Ordered this 24th  Day of   June  , 2011.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE