**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BILLIE JEROME ALLEN** | § | |
| Petitioner | § | |
| | § | |
| vs. | § | **Cause No.  4:07-CV-27-ERW** |
| | § | |
| **UNITED STATES OF AMERICA** | § | **CAPITAL CASE** |
| Respondent | § | |

**MOTION FOR EXTENSION OF TIME TO FILE REPLY**
**IN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDERS OF**
**MARCH 31, 2011 (DOC. 146) AND MAY 10, 2011 (DOC. 147) WITH RESPECT**
**TO EVIDENTIARY HEARING AND DISCOVERY**

Petitioner Billie Allen moves the court for an extension of time until July 5, 2011, for the filing of a reply to the government's response, and in support states:

1.  Under this Court's local rules, a reply to the government's response to this motion is now due Thursday, June 30, 2011. No previous extensions of time have been requested for this pleading.

2.  Mr. Allen has requested the opportunity to review the reply drafted by counsel before filing. Counsel will review this document with him during a scheduled visit on Thursday, June 30, 2011, and will then proceed to Potosi for prison visits with other clients on Friday, July 1.  She will return to her office on Tuesday, July 5, when the reply can be filed.

1

For the foregoing reasons, Mr. Allen prays the Court to extend the time for filing a reply to and including Tuesday, July 5, 2011.

Respectfully submitted,

/s Elizabeth Unger Carlyle
Elizabeth Unger Carlyle #41930MO
P.O. Box 30418
Columbus, MS  39703
(816)525-6540
elizcar@lawalumni.neu.edu

Joseph M. Cleary #534292
Collignon & Dietrick
310 N. Alabama, Ste. 250
Indianapolis, IN  46202
(317) 637-1000
jcleary498@aol.com

Michael Wiseman
Chief, Capital Habeas Corpus Unit
Federal Community Defender for the
Eastern District of Pennsylvania
Suite 545 West -- The Curtis Center
Philadelphia, PA  19106
215-928-0520
Michael_Wiseman@fd.org

ATTORNEYS FOR PETITIONER

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been served upon counsel for respondent, Mr. Joseph M. Landolt, Asst. U. S. Attorney, Mr. Steven Holtshouser, Asst, U.S. Attorney, and Ms. Carrie Costantin, 111 South 10th Street, 20th Floor, St. Louis, Missouri 63102, by filing with the Court's electronic filing system on June 28, 2011.

/s/ Elizabeth Unger Carlyle

Elizabeth Unger Carlyle