**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BILLIE JEROME ALLEN** | § | |
| Petitioner | § | |
| | § | |
| vs. | § | **Cause No.  4:07-CV-27-ERW** |
| | § | |
| **UNITED STATES OF AMERICA** | § | **CAPITAL CASE** |
| Respondent | § | |

**PETITIONER'S UNOPPOSED MOTION FOR CONTINUANCE**
**OF EVIDENTIARY HEARING**

Petitioner, Billie Jerome Allen, through counsel, moves for a continuance of the evidentiary hearing scheduled for November 29, 2011 and in support states as follows.

1. On June 23, 2011 the Court conducted a status conference and based on the government's need to conduct discovery, moved the start of the evidentiary hearing from August 1 to November 29, 2011.  The government's request was unopposed by Petitioner.

2. Undersigned counsel Wiseman and Carlyle participated in that conference for Petitioner.  Unbeknownst to either counsel, one of Mr. Allen's counsel from Mr. Wiseman's office, Timothy Kane, Esq., is expecting the arrival of his first child on or about November 24, 2011.  While Mr. Kane is not formally appointed by the Court to work on this matter, he was assigned to this case by his supervisor, Mr. Wiseman.  He has played an integral and in some respects indispensable role in the investigation and development of the claim that will be the subject of the hearing.

1

He has personally interviewed and maintained a relationship with most of the lay witnesses that will be presented at the hearing.

3.  When Mr. Wiseman notified the remainder of his team about the November 29, 2011 date, Mr. Kane advised Mr. Wiseman of the scheduling conflict. Petitioner's counsel next communicated with Mr. Holtshouser to obtain his view on a continuance.  He indicated that the government is not opposed to a continuance. He further indicated that based on government's counsels' schedules the next available  date for the hearing would be late May to early June, 2012.  Counsel appreciate Mr. Holtshouser's accommodation in not opposing this request.

4. Counsel do not lightly make this request for an additional six month continuance.  This request is not made for the purpose of delay, but to enable Mr. Allen to put his best foot forward in the presentation of his proof in this important hearing.

5.  Mr. Allen has been informed of this request and does not oppose it.

WHEREFORE, counsel respectfully request that the Court continue the evidentiary hearing until a date in late May to early June, 2012 that is convenient for the Court.

Respectfully submitted,

/s Elizabeth Unger Carlyle

Elizabeth Unger Carlyle #41930MO
P.O. Box 30418
Columbus, MS  39703
(816)525-6540
elizcar@lawalumni.neu.edu

Joseph M. Cleary #534292
Collignon & Dietrick
310 N. Alabama, Ste. 250
Indianapolis, IN  46202
(317) 637-1000
jcleary498@aol.com

Michael Wiseman
Chief, Capital Habeas Corpus Unit
Federal Community Defender for the
Eastern District of Pennsylvania
Suite 545 West -- The Curtis Center
Philadelphia, PA  19106
215-928-0520
Michael_Wiseman@fd.org

ATTORNEYS FOR PETITIONER

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been served upon counsel for respondent, Mr. Joseph M. Landolt, Asst. U. S. Attorney, Mr. Steven Holtshouser, Asst, U.S. Attorney, and Ms. Carrie Costantin, 111 South 10th Street, 20th Floor, St. Louis, Missouri 63102, by filing with the Court's electronic filing system on July 4, 2011.

/s/ Elizabeth Unger Carlyle

3