UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
JUDGE E. RICHARD WEBBER
COURTROOM PROCEEDING -COURTROOM 17S
COURTROOM MINUTE SHEET CIVIL

CASE NO. 07cv27 ERW

Allam                    vs USA

DATE: 7/13/11

Court Reporter: Christine Simpson

Deputy Clerk: **Kelley Shirley**

Attorneys for Plaintiffs:  Michael Wiseman

Attorneys for Defendants: Steven Holtshouser/Carrie Costentin

( ✓ Parties present for hearing on:

Motion Called a heard. Motion considered and withdrawn.

Proceeding Commenced: 11:00 am
Proceeding Concluded: 11:10 am