Billie Allen — *interview of his reg.*, 11/5/97

Redacted
by § 2255
counsel
7/15/2011

BA_3725

Redacted
by § 2255
counsel
7/15/2011

I was gonna be a pro BB
player.

[illegible] — when checking you, didn't
say he had asthma

Jankolt felt the pain, 8 das
"duty, this w in a [illegible] is
screwing up, [illegible]"

Reason you didn't say in school:
a good player but not a
great player. Did not

Clayton, a small school.
I spend all your time so
that I

Redacted
by § 2255
counsel
7/15/2011

Interview w/ Billie Allen, 11/5/97 (before trby)

Redacted
by § 2255
counsel
7/15/2011

BA_3730

Redacted
by § 2255
counsel
7/15/2011

D's friend died Marquis Taylor – 1995 – October
Walking down street – Shooting
from gangway – in paper – Killed
D shot police agent – Homicide –
charged D's life –

Problem w/ gangs – would not join gangs
1. Eric Taylor – at Casey's House
2. Prentis Church – 531-8722
3. Marquis
4.

Basketball players

Signed up for psychiatric center – Union/Delmar
talked to counselor – about problems –