Allen v. United States 4:07-CV-27-ERW
Petitioner's Response to Motion for Discovery
Exhibit 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-02-216 |
| | § | |
| ALFRED NMI BOURGEOIS | § | |

**ORDER**

On May 6, 2010, the Court held a telephone conference in the above styled-case. At the conference, the Court made the following orders:

1.  The Government will disclose to Bourgeois' attorneys a list of tests that Dr. Price will select from when performing his examination of Bourgeois for mental retardation. The Government has represented that Dr. Moore will only perform a mental-status examination. If Dr. Moore should anticipate performing any other testing, the Government will disclose that information to Bourgeois' attorneys. The Government will turn over the lists of potential testing instruments a week before the examination.

2.  The Government will submit a draft protective order regarding the copyright of the testing instruments, as necessary.

3.  The mental health examinations by the Government's experts will be videotaped. The Court orders that access be allowed for videotaping the mental examinations.

4.  The parties will modify the standard pretrial order form for the purposes of this case. The parties will label the resulting document a "Final Hearing Order." The parties will adapt the standard pleading as necessary, but will include paragraphs 1, 4, 10, 11(a).

5.  The parties will exchange Rule 26 disclosures by August 6, 2010.

SIGNED and ORDERED this 6th day of May, 2010.

_____
Janis Graham Jack
United States District Judge