IN THE UNITED STATES COURT FOR THE
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| Billie Allen, | § | |
|     Petitioner | § | CAPITAL CASE |
| | § | |
| vs. | § | 4:07-CV-0027 ERW |
| | § | |
| United States of America, | § | |
|     Respondent | § | |
| | § | |

**PETITIONER'S RESPONSE TO MOTION FOR *IN CAMERA*
EXAMINATION OF REDACTED DOCUMENTS**

The government moves this Court to examine un-redacted versions of 5 pages

from trial counsel's file to determine whether, as Mr. Allen's counsel contends, they are

exempted from disclosure by the attorney-client privilege. Counsel for Mr. Allen and the

government appear to agree that Mr. Allen has waived his attorney-client privilege as to

only those documents relevant to the ground on which an evidentiary hearing has been

granted, namely, the ground asserting ineffective assistance of counsel in the penalty

phase of his trial.

In response to the government's informal request for discovery, and based on the

limited waiver described above, counsel for Mr. Allen has provided the government with

over 5,000 pages from the files of trial counsel and trial experts. Five of these pages were

redacted.

Since the government and Mr. Allen agree on the standard for determination of

privilege, Mr. Allen sees no reason for this Court to expend its time reviewing these five

documents and believes such review would unnecessarily impair his right to confidential

attorney communications.  After receiving the Government's motion, undersigned

counsel again reviewed the redacted pages and continue to believe that the redactions are

1

not relevant to any of the issues in dispute at the hearing.  Should the Court nonetheless

decide to review the documents, Mr. Allen will provide them under seal and *ex parte*.[1]

Respectfully submitted,

/s Elizabeth Unger Carlyle
Elizabeth Unger Carlyle #41930MO
P.O. Box 30418
Columbus, MS  39703
(816)525-6540
elizcar@lawalumni.neu.edu

Joseph M. Cleary #534292
Collignon & Dietrick
310 N. Alabama, Ste. 250
Indianapolis, IN  46202
(317) 637-1000
jcleary498@aol.com

ATTORNEYS FOR PETITIONER

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has
been served upon counsel for respondent, Mr.
Joseph M. Landolt, Asst. U.  S. Attorney, Mr.
Steven Holtshouser, Asst, U.S. Attorney, and Ms.
Carrie Costantin, 111 South 10th Street, 20th Floor,
St. Louis, Missouri 63102, by filing with the Court's
electronic filing system on August 30, 2011.

/s/ Elizabeth Unger Carlyle
Elizabeth Unger Carlyle

---

[1] Two factual inaccuracies in the government's motion bear mention. First, it is not Mr. Allen's contention that his upbringing made him a "violent drug user." Rather, both at trial and in this proceeding, Mr. Allen contends that the violent behavior at the Lindell Bank was anomalous. Second, Connie Caspari was Mr. Sindel's paralegal, not his "mitigation investigator."