**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **BILLIE JEROME ALLEN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **No. 4:07CV0027 ERW** |
| | ) |
| **UNITED STATES OF AMERICA,** | ) **THIS IS A CAPITAL CASE** |
| | ) |
| **Respondent.** | ) |

**GOVERNMENT'S REPLY TO ALLEN'S TO MOTION**
**FOR IN CAMERA EXAMINATION OF REDACTED DOCUMENTS**

**COMES NOW** the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Steven E. Holtshouser and Carrie Costantin, Assistant United States Attorneys for said District, and reply to Allen's response to the Government's motion for in camera examination of redacted documents, as follows:

Regardless of whether the parties agree on the "standard  for determination," it is the application of that standard which supports the Government's request for in camera examination. The ground on which a hearing has been granted concerns whether Allen's trial counsel rendered ineffective assistance in connection with the mitigation investigation and the presentation of evidence at the penalty phase of his trial.  This is a broad claim which implicates Allen's communications with his counsel and his experts.  The substance and candor of any communication between Mr. Allen and his trial counsel are relevant to the ground on which a hearing has been granted.  The content of Allen's communications with his counsel undoubtedly were one of many factors that entered into decisions and actions taken by Allen's trial counsel and his mitigation investigators and experts.  Moreover, it is not clear whether the redacted materials in question were ever viewed by any of the recent experts and witnesses including Dr. Randell, Dr. Stewart and Dr.

Martell.  The Government anticipates that the hearing in this matter will touch on topics, among many others, which include the veracity or lack of veracity of communications between Allen and his counsel as well as the extent to which any communications put said counsel on notice of any information concerning Mr. Allen's background, his mental state, the consistency of his statements with a diagnosis of PTSD or any other psychiatric diagnosis, the circumstances of the offense and his motivations in connection with the offense.

Accordingly, the Government respectfully requests that the motion for in camera inspection be granted.  The request does not involve a large volume of materials.  The unredacted documents consist of only five pages.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

 */s/ Steven E. Holtshouser*
STEVEN E. HOLTSHOUSER, #24277
CARRIE COSTANTIN, #54734
Assistant United States Attorneys
111 South 10th Street, 20th Floor
St. Louis, MO 63101
(314) 539-6894

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 31, 2011, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:


Elizabeth Unger Carlyle
Attorney at Law
P.O. Box 962
Columbus, MS 39701

Joseph M. Cleary
Attorney at Law
1455 N. Pennsylvania
Indianapolis, IN 46202

Michael Wiseman
Federal Community Defender Office
The Curtis Center
Suite 545 West
Philadelphia, PA 19106


*/s/Steven E. Holtshouser*