BA_2563



### Sindel & Sindel, P. C.

ATTORNEYS AT LAW

8008 CARONDELET - SUITE 301

CLAYTON, MISSOURI 63105

———

(314) 721-6040

FAX (314) 721-8545

RICHARD H. SINDEL
CHARLES D. SINDEL
MATTHEW J. ZAVAC
JERILYN E. LIPE*

*ALSO LICENSED IN ILLINOIS

WILLIAM F. SINDEL
(RETIRED)

TEBBS P. FORGEY, JR.
1936-1987

April 17, 1997

Billie Allen
c/o Franklin County Jail
#1 Bruns Drive
Union, MO  63084

Re:    U.S.A. v. Billie Allen

Dear Mr. Allen:

The court has contacted me concerning a letter you sent to the judge concerning your request for release to complete an obligation to prepare a tape for a record company.

As I told you in our last conversation, you must refrain from writing anyone concerning your case or any other aspects of your life unless you talk to me first. Anything you say may be incriminating, even though you have meant it in an innocent context. Much can be read into what is said. In your letter to Judge Mummert it could be concluded that you are admitting your responsibility and liability of the acts you have been charged with.

While I heartily endorse your efforts to secure your release and your willingness to supply the court with information that would demonstrate your good character, this is not the avenue should take to accomplish this task.

Again, you must talk to me and furnish me with any written document you intend to file with the court or with any other individual if it pertains in any way to your case. Obviously, I don't need to see letters to your family that have nothing to do with this case, but if you are planning to write to them to explain what occurred you should talk to me first.

Your letter will probably be turned over to the prosecuting attorney, and if they can use it to their advantage they will.

Concerning some of the matters you mentioned in your letter, could you please provide me with the following:

1.    What is the name of the record company that wanted to sign you to a contract? Who were your contacts there? Please provide me with names, phone numbers and addresses.
     *Contact my producer - Flexx 3159 Cherekee St. Louis MO, 63118*

2.    Did you have a studio date? If so, what was it and in what studio?
     *it was a studio that my producer always goes to*

Exhibit A

BA_2564



Page 2
April 17, 1997

4.    Who was the coach that talked to you concerning your basketball skills?

5.    Who has offered you $75,000.00 to sign with them?

Please provide me with the address for your girlfriend. Please sign the enclosed authorization for release of school records from the Clayton School District. Did you attend any other school district? If so, please provide me with a list of all schools you attended in your lifetime.

Very truly yours,

Richard H. Sindel

041606.rhs/rso
Enclosure

*I Billie Allen give Richard H. Sindel the right to get my school records*