BA_3723

MEMORANDUM

TO:   RHS

FROM:   Connie

DATE:   ~~October 30~~ Nov. 4, 1997

RE:   Billie Allen

I went to visit Billie this morning and we discussed his asthma. He said prior to being locked up he was taking pills for asthma because the inhalers weren't strong enough.   He told me that the nurse at the jail would testify that his asthma is so bad there is no way he could have run through Forest Park.

I then spoke with the nurse, Kim Butler, who informed me that Billie has come in from the rec yard a little short winded and they do have an inhaler for him, but in no way could she say he couldn't run through a park.   She suggested calling the Dr. Glen Calvin at his private practice (314-583-8686).

I got a copy of Billie's medical records from the jail.   There are some problems with the "asthma" issue...on the medical form Billie filled out and signed when he was booked he marked "no" for presently taking asthma medication.   The nurse also pointed out that he arrived at the jail in March and didn't complain about asthma problems until August.   He has been using an inhaler since August.

Billie said his school records from Glenridge and Wydown Middle School will show that he was sent home on numerous occasions for asthma problems, as well as his medical records.   I called Juanita who said we should have received his medical records a while ago. I haven't come across any. Juanita is following up with Billie's doctor.

Exhibit B