BA_3731



BOY SCOUTS OF AMERICA
GREATER ST. LOUIS AREA COUNCIL

*"On my honor
I will do
my best ..."*

January 12, 1998

Richard H. Sindel
Sindel and Sindel
8008 Carondelet
Suite 301
Clayton, MO  63105

Mr. Sindel;

In response to the request by Billie Jerome Allen, I am forwarding all records of his registration on record with the Greater St. Louis Area Council.

Our records indicate that he first joined in May of 1988 and remained registered until April of 1994. Our records indicate that he did not advance beyond the rank of Tenderfoot.

Troop 194 is sponsored by Pleasant Green M. B. Church. It has been a very good troop. Mr. Darnay Taylor served as Scoutmaster for Mr. Allen until 1993, when Mr. Vernon Younge assumed the leadership role. Troop records may provide more information.

Sincerely,

Tim O'Donnell
Director of Field Service

Cc: John William Simon
    Vernon Younge
    Darnay Taylor

TO:djp

Exhibit C



MacArthur Service Center
4568 West Pine Boulevard
Saint Louis, MO 63108-2179
(314) 361-0600 or (800) 392-0895
Fax: (314) 361-5165

Raymond Ritter Service Center
3000 Gordonville Road
Cape Girardeau, MO 63703-5008
(573) 335-3346 or (800) 335-3346
Fax: (800) 269-7989



Southern Illinois Service Center
803 East Herrin Street
Herrin, IL 62948-0340
(618) 942-4863 or (888) 942-4863
Fax: (618) 942-2367

*Please remember the Greater St. Louis Area Council in your estate plan.*
http://www.stlbsa.org