BA_2459

## MEMORANDUM

TO:   RHS

FROM:  Connie

DATE:  January 13, 1998

RE:   Billie Allen

Just another tidbit of information. Billie told the judge in his letters that he had a baby on the way...I thought this could contribute to mitigation. I called Billie and asked if he had any children. He told me that he thought he had one on the way or she probably already had it or...he didn't know if she kept it or not, but she probably did. I asked what her name was and he said "Shontay". I then remembered that in John Simon's life history, Billie said he never had sex with Shontay. I confronted him with this and he said it was a different Shontay who he lived with prior to the robbery, although he does not know her last name nor her address except that she lives on Grand. He says Johnnie Grant knows who she is. Apparently, Shontay told Billie in February that she was pregnant and Billie hasn't been able to contact her since he was locked up because her number changed. I asked Billie numerous times if this was accurate information.

To make a long story short - I couldn't get a hold of Grant so I called Juanita. She knows nothing of Shontay or of Billie getting anyone pregnant except Tasha (note: I specifically asked Billie about Tasha and he didn't mention anything). I called Tasha and she confirmed that she told Billie in February that she was pregnant and then had an abortion about one month after Billie was locked up. Billie was aware of the abortion.

I spoke to Billie again and confronted him with this and after he was backed in a corner he hung up on me.

I know this is not a big deal, but I had to vent my frustrations with Billie's complete inability to tell the truth.

Exhibit D