BA_3729



## Sindel & Sindel, P.C.

ATTORNEYS AT LAW

8008 CARONDELET - SUITE 301

CLAYTON, MISSOURI 63105

———

(314) 721-6040

FAX (314) 721-8545

RICHARD H. SINDEL
CHARLES D. SINDEL
MATTHEW J. ZAVAC
JERILYN E. LIPE *

* ALSO LICENSED IN ILLINOIS

WILLIAM F. SINDEL
(RETIRED)

TEBBS P. FORGEY, JR.
1935-1987

June 10, 1998

Billie Allen
c/o St. Clair County Jail
700 N. Fifth Street
Belleville, IL  62220

Dear Billie:

Can you please tell me what is true and not true.  Are you getting this medication or not?

Your mother says that the reason Claude, Erica and Yvette could not visit you on Sunday is that they showed up _after_ visiting hours were over.  In other words, they were _late_.  Which is it?

Very truly yours,

Richard H. Sindel

060908.rhs/rso

Exhibit E