**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BILLIE JEROME ALLEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 4:07CV0027 ERW** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **THIS IS A CAPITAL CASE** |
| | ) | |
| **Respondent.** | ) | |

**GOVERNMENT'S MOTION TO UNSEAL AND**
**DISCLOSE CJA BILLING RECORDS OF DEFENSE COUNSEL,**
**DEFENSE COUNSEL STAFF, AND EXPERT WITNESSES**
**IN UNITED STATES V. BILLIE ALLEN, 4:97CR141 ERW**

**COMES NOW** the United States of America, by and through its attorneys, Richard G.

Callahan, United States Attorney for the Eastern District of Missouri, and Steven E. Holtshouser and

Carrie Costantin, Assistant United States Attorneys for said District, and requests an order from this

Court unsealing and disclosing to the parties the CJA billing records of defense counsel, defense

counsel staff and expert witnesses in the underlying criminal case, as follows:

Allen claims that his trial counsel were ineffective in their mitigation investigation and

presentation. His claim implicates what trial counsel actually did, how often they met with Allen,

who else they met with, who they directed others to investigate and meet with and what expert

assistance was sought. Typically, these matters are itemized on applications for payment under the

CJA fund and the Court denies, approves or modifies the requested payment. But, the applications

contain representations of defense counsel's activities. CJA applications are sealed and the

Government is not privy to the requests to preserve the attorney-client privilege. Allen has waived

that privilege by filing this action and the CJA applications are themselves highly probative accounts

of the work actually performed by defense counsel.  Allen would not be prejudiced by the disclosure of said applications in this matter at this time.

Accordingly, the Government respectfully requests that this Court unseal and disclose to the parties the CJA billing applications and records of trial defense counsel, defense counsel staff and expert witnesses in the underlying criminal case.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney


 */s/ Steven E. Holtshouser*
STEVEN E. HOLTSHOUSER, #24277
CARRIE COSTANTIN, #54734
Assistant United States Attorneys
111 South 10th Street, 20th Floor
St. Louis, MO 63101
(314) 539-6894

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2011, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:


Elizabeth Unger Carlyle
Attorney at Law
P.O. Box 962
Columbus, MS 39701

Joseph M. Cleary
Attorney at Law
1455 N. Pennsylvania
Indianapolis, IN 46202

Michael Wiseman
Federal Community Defender Office
The Curtis Center
Suite 545 West
Philadelphia, PA 19106

*/s/Steven E. Holtshouser*