IN THE UNITED STATES COURT FOR THE
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| Billie Allen, | § | |
|     Petitioner | § | CAPITAL CASE |
| | § | |
| vs. | § | 4:07-CV-0027 ERW |
| | § | |
| United States of America, | § | |
|     Respondent | § | |
| | § | |

**PETITIONER'S RESPONSE TO GOVERNMENT'S MOTION
TO UNSEAL CJA BILLING RECORDS**

In response to the government's motion, Mr. Allen  has no objection to the disclosure of

CJA billing records to counsel for the government and counsel for Mr. Allen. In fact, much if not

all of this material has already been provided to the government as part of Mr. Allen's voluntary

disclosure of relevant portions of trial counsel's files. To the extent these documents are not

actually used in the hearing in this matter, Mr. Allen requests that they remain sealed from public

access.

Respectfully submitted,

/s Elizabeth Unger Carlyle
Elizabeth Unger Carlyle #41930MO
P.O. Box 30418
Columbus, MS  39703
(816)525-6540
elizcar@lawalumni.neu.edu

Joseph M. Cleary #534292
Collignon & Dietrick
310 N. Alabama, Ste. 250
Indianapolis, IN  46202
(317) 637-1000
jcleary498@aol.com

ATTORNEYS FOR PETITIONER

1

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been served upon counsel for respondent, Mr. Joseph M. Landolt, Asst. U. S. Attorney, Mr. Steven Holtshouser, Asst, U.S. Attorney, and Ms. Carrie Costantin, 111 South 10th Street, 20th Floor, St. Louis, Missouri 63102, by filing with the Court's electronic filing system on September 5, 2011.

/s/ Elizabeth Unger Carlyle
Elizabeth Unger Carlyle