UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

_____
                                              :
BILLIE JEROME ALLEN,                          :
                                              :
         Petitioner,                          :
                                              :
         v.                                   :        No. 4:07-cv-00027
                                              :
UNITED STATES OF AMERICA,                     :
                                              :
         Respondent.                          :
_____       :

**WITHDRAWAL OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned has left the employ of the Federal Community Defender for the Eastern District of Pennsylvania, and accordingly withdraws his appearance as co-counsel for Petitioner in the above captioned matter.

Respectfully Submitted

/s/ Michael Wiseman

_____
Michael Wiseman
Post Office Box 120
Swarthmore, PA 19081
215-450-0903
Wiseman_Law@Comcast.Net

**Certificate of Service**

I, Michael Wiseman, hereby certify that I served the foregoing upon the following persons by filing the same with this Court ECF Filing System:

Steven E. Holtshouser
Carrie Constantine
Assistant United States Attorneys

/s/ Michael Wiseman

_____
Michael Wiseman