UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BILLIE JEROME ALLEN, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | )    Case No. 4:07CV00027 ERW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## ORDER

**IT IS HEREBY ORDERED** that Respondent's Motion for In-Camera Examination of Redacted Documents [ECF No. 163] is **GRANTED**. The Court will conduct an in-camera review the redacted documents to determine whether they concern matters relevant to Movant's claim of ineffective assistance of counsel at the penalty phase of his trial.

Accordingly,

**IT IS HEREBY ORDERED** that no later than September 22, 2011, Movant shall submit documents BA_3724, BA_3725, BA_3726, BA_3727, and BA_3730, in un-redacted form, to the Court for in-camera review.

So Ordered this 13th Day of September, 2011.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE