# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

UNITED STATES OF AMERICA,  :   No. 4:07-CV-27ERW

Respondent,  :

-v-  :   **Hon. E. Richard Webber,**
**U.S.D.J.**

BILLIE JEROME ALLEN,  :

Petitioner.  :

## VERIFIED MOTION FOR ADMISSION OF
## ERIC JOHN MONTROY PRO HAC VICE

Attorney Michael Wiseman has recently left the employ of the Federal Community Defender Office of the Eastern District of Pennsylvania and has filed a motion to withdraw from representing Petitioner in this case.[1] Accordingly, pursuant to this Court's August 22, 2008 order appointing the Capital Habeas Corpus Unit of the Federal Community Defender for the Eastern District of Pennsylvania as co-counsel in this matter, undersigned counsel, Eric John Montroy of the Federal Community Defender Office, hereby seeks admission pro hac vice, as follows.

---

[1] On September 12, 2008 this court granted the pro hac vice motion of Assistant Federal Defender Michael Wiseman for the purpose of representing Mr. Allen.

1

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Eric John Montroy, move to be admitted pro hac vice to the bar of this Court for the purpose of representing **Petitioner, Billie Jerome Allen**, in this matter.  In support of this motion, I submit the following information required as required by Rule 12.01(E):

A.  My full name is Eric John Montroy;

B.  My business address, telephone and fax are:

Eric John Montroy
Federal Community Defender Office for the Eastern District of Pennsylvania – Capital Habeas Corpus Unit
Suite 545 West – The Curtis Center
Philadelphia, Pennsylvania 19106
215-928-0520
fax 215-928-0826;

C.  My firm name is:

Federal Community Defender Office for the Eastern District of Pennsylvania, Capital Habeas Corpus Unit;

D.  I graduated from the Fordham Law School in 2003;

E.  I have been a member of the Bar of the Commonwealth of Pennsylvania since 2003 (No. 90949);

I have been a member of the Bar of the United States District Court for the Eastern District of Pennsylvania since 2008 and a member of the Bar of the United States District Court for the Middle District of Pennsylvania since 2010;

2

F.    I am a member of the above bars in good standing and am not under suspension or disbarment from any bar. A certificate of good standing from the Supreme Court of Pennsylvania is attached.

G.    I do not reside in the Eastern District of Missouri, am not regularly employed in this district and I am not regularly engaged in the practice of law in this district.

I attest under the penalty of perjury the truth and accuracy of the foregoing facts, and respectfully request that this motion be granted and that I be admitted pro hac vice to the bar of this Court to appear in this matter.

Respectfully Submitted,

Eric John Montroy
Assistant Federal Defender
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Fax: 215-928-0826
Eric_Montroy@fd.org

Dated: September 16, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2011 that a copy of the foregoing *Verified Motion for Admission of Eric John Montroy Pro Hac Vice* was sent by first class mail, postage prepaid, to the following:


Ms. Carrie Constantin
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102

Mr. Steven Holtshouser
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102.


_____
Eric Montroy



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Eric John Montroy, Esq.*

**DATE OF ADMISSION**

*October 22, 2003*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  September 13, 2011**

Patricia A. Johnson
Chief Clerk