## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:07-CV-27ERW |
| | : | |
| Respondent, | : | |
| | : | |
| -v- | : | **Hon. E. Richard Webber,** |
| | : | **U.S.D.J.** |
| BILLIE JEROME ALLEN, | : | |
| | : | |
| Petitioner. | : | |
| | : | |

## VERIFIED MOTION FOR ADMISSION OF
## JAMES HENRY MORENO PRO HAC VICE

Attorney Michael Wiseman has recently left the employ of the Federal Community Defender Office of the Eastern District of Pennsylvania and has filed a motion to withdraw from representing Petitioner in this case.[1] Accordingly, pursuant to this Court's August 22, 2008 order appointing the Capital Habeas Corpus Unit of the Federal Community Defender for the Eastern District of Pennsylvania as co-counsel in this matter, undersigned counsel, James Henry Moreno of the Federal Community Defender Office, hereby seeks admission pro hac vice, as follows.

Pursuant to Rule 12 of the local rules of the United States District Court for the

---

[1]On September 12, 2008 this court granted the pro hac vice motion of Assistant Federal Defender Michael Wiseman for the purpose of representing Mr. Allen.

1

Eastern District of Missouri, I, James Henry Moreno, move to be admitted pro hac vice to the bar of this Court for the purpose of representing **Petitioner, Billie Jerome Allen**, in this matter.  In support of this motion, I submit the following information required as required by Rule 12.01(E):

A. My full name is James Henry Moreno;

B. My business address, telephone and fax are:

> James Henry Moreno
> Federal Community Defender Office for the Eastern District of Pennsylvania  – Capital Habeas Corpus Unit
> Suite 545 West – The Curtis Center
> Philadelphia, Pennsylvania 19106
> 215-928-0520
> fax 215-928-0826;

C. My firm name is:

> Federal Community Defender Office for the Eastern District of Pennsylvania, Capital Habeas Corpus Unit;

D. I graduated from the Vermont Law School in 1988;

E. I have been a member of the Bar of Connecticut since 1989 (No. 309769), and a member of the Bar of the Commonwealth of Pennsylvania since 2000 (No. 86838);

> I have been a member of the Bar of the United States District Court for the Eastern District of Pennsylvania since 1999, a member of the Bar of the United States District Court for the Middle District of Pennsylvania since 2005, and a member of the Bar of the United States Court of Appeals for the Fourth Circuit since 2006;

2

F.    I am a member of the above bars in good standing and am not under suspension or disbarment from any bar[2];

G.    I do not reside in the Eastern District of Missouri, am not regularly employed in this district and I am not regularly engaged in the practice of law in this district. I attest under the penalty of perjury the truth and accuracy of the foregoing facts, and respectfully request that this motion be granted and that I be admitted pro hac vice to the bar of this Court to appear in this matter.

Respectfully Submitted,

James H. Moreno

James Henry Moreno
Assistant Federal Defender
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Fax: 215-928-0826
James_Moreno@fd.org

Dated:      September 16, 2011

---

[2] I am currently awaiting a certificate of good standing from the Supreme Court of Pennsylvania, which should be available within one week of the filing of this motion. Once the certificate is received, I will file it with this Court.

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2011, that a copy of the foregoing *Verified Motion for Admission of James Henry Moreno Pro Hac Vice* was sent by first class mail, postage prepaid, to the following:


Ms. Carrie Constantin
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102

Mr. Steven Holtshouser
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102.


_____
James Moreno