IN THE UNITED STATES COURT FOR THE
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| Billie Allen, | § | |
|     Petitioner | § | CAPITAL CASE |
| | § | |
| vs. | § | 4:07-CV-0027 ERW |
| | § | |
| United States of America, | § | |
|     Respondent | § | |
| | § | |

**NOTICE**

Pursuant to the Court's order, ECF No. 174, the requested unredacted and

redacted documents have been submitted to the Court for review.


 Respectfully submitted,

/s Elizabeth Unger Carlyle
Elizabeth Unger Carlyle #41930MO
P.O. Box 30418
Kansas City, MO  64112
(816)525-6540
elizcar@lawalumni.neu.edu

Joseph M. Cleary #534292
Collignon & Dietrick
310 N. Alabama, Ste. 250
Indianapolis, IN  46202
(317) 637-1000
jcleary498@aol.com

ATTORNEYS FOR PETITIONER

1

CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served upon counsel for respondent, Mr. Joseph M. Landolt, Asst. U.  S. Attorney, Mr. Steven Holtshouser, Asst, U.S. Attorney, and Ms. Carrie Costantin, 111 South 10th Street, 20th Floor, St. Louis, Missouri 63102, by filing with the Court's electronic filing system on September 21, 2011.

/s/ Elizabeth Unger Carlyle

Elizabeth Unger Carlyle