**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| BILLIE JEROME ALLEN, | ) |
| | ) |
| Petitione(s), | ) |
| | ) |
| vs. | ) Case No. 4:07CV00027 ERW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent(s). | ) |

## ORDER

This matter comes before the Court on Government's Motion to Unseal and Disclose CJA

Billing Records [ECF No. 171].  Petitioner filed a Response to Government's Motion [ECF No.

172] on September 5, 2011, and indicated no objection to the disclosure of CJA billing records.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner shall disclose any materials not previously

disclosed relating to CJA Billing Records of Defense Counsel, Defense Counsel Staff and Expert

Witnesses in the underlying criminal case, 4:07CR00141, to Government's counsel upon request.

Other than for use at the Evidentiary Hearing in this matter set to commence on **November 29, 2011**,

at **9:00 a.m.**, any CJA Billing Records shall remain sealed from public access.

So Ordered this 21st day of September, 2011.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE