UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BILLIE JEROME ALLEN, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07CV00027 ERW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## <u>ORDER</u>

This matter comes before the Court on Respondent's Motion for *In Camera* Examination

of Redacted Documents [ECF No. 163].  The Movant filed a Response [ECF No. 167] and the

Respondent filed a Reply [ECF No. 169].  The Court granted Respondent's Motion for *In

Camera* Examination [ECF No. 174].

The Court has conducted an *in camera* examination of documents BA_3724, BA_3725,

BA_3726, BA_3727, and BA_3730.  The Court concludes that at this stage of the proceedings in

this case, none of these documents are entitled to privilege protection.

Accordingly,

**IT IS HEREBY ORDERED** that Movant is ordered to produce unredacted copies of

BA_3724, BA_3725, BA_3726, BA_3727, and BA_3730 to Respondent within five days of this

Order.

Dated this <u>22nd</u> Day of <u>September</u>, <u>2011</u>.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE