UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BILLIE JEROME ALLEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:07CV0027 ERW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | THIS IS A CAPITAL CASE |
| | ) | |
| Respondent. | ) | |

## STIPULATED PROTECTIVE ORDER

COMES NOW the parties and stipulate to this Protective Order covering the raw testing materials generated by Dr. Daniel Martell and to be generated by Dr. Galit Aksenazi, as follows:

The raw test data of Dr. Daniel Martell, currently in the possession of both Dr. Daniel Martell and Dr. Richard Wetzel, and the raw test data of Dr. Galit Askenazi, which may be generated during her examination, if any, of Petitioner Billie Allen, may be shared with government counsel and its rebuttal expert, Dr. Galit Askenazi, and with petitioner's counsel and his expert, Dr. Daniel Martell, under the following terms:

1. This protective order applies to all raw test data generated by Drs. Daniel Martell and Galit Askenazi in connection with neuropsychological examinations of Billie Allen.

2. The use of said materials is restricted to use solely in the above-styled matter as well as any ancillary proceedings in connection with said matter.

3. None of said materials will be reproduced or disseminated to any individuals except for the express purpose of the investigation and litigation of any claims related to Mr. Allen's §2255 petition and any ancillary proceedings related thereto.

STEVEN E. HOLTSHOUSER, #24277
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, MO 63101
(314) 539-6894


Elizabeth Unger Carlyle #41930MO
P.O. Box 30418
Kansas City, MO   64112
(816)525-6540
elizcar@lawalumni.neu.edu

Joseph M. Cleary #534292
Collignon & Dietrick
310 N. Alabama, Ste. 250
Indianapolis, IN   46202
(317) 637-1000
jcleary498@aol.com

ATTORNEYS FOR PETITIONER


E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

DATED:    This 22nd day of September, 2011.