**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BILLIE JEROME ALLEN,** | ) | |
| | ) | |
| **Plaintiff(s),** | ) | |
| | ) | |
| **vs.** | ) **No. 4:07CV00027 ERW** | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant(s).** | ) | |

**ORDER**

This matter comes before the Court on oral request to the Clerk's Office by United States of America for copies of certain sealed documents.  Upon review of the pleadings in this matter, the United States of America shall be provided with copies of certain requested sealed pleadings.

IT IS HEREBY ORDERED that the Clerk's Office shall provide Defendant United States of America with copies of the following sealed pleadings: Documents numbered 95, 96, 111, 112, 113, 114, 209, 210, 211, 221, 229, 230, 280, 294, 301, 302 and 321.  The Court notes that document #321 consists of a transcript and four cassette tapes.  A copy of the transcript will be provided by the Clerk's Office.  If Defendant seeks to have copies of the four cassette tapes made, Defendant shall file a Motion to Produce with this Court.

So Ordered this 3rd  Day of  October , 2011.

_____
 **E. RICHARD WEBBER**
 **SENIOR UNITED STATES DISTRICT JUDGE**