UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BILLIE JEROME ALLEN,　　　　　)
　　　　　　　　　　　　　　　　)
　　　Petitioner,　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　)　　No. 4:07CV0027 ERW
　　　　　　　　　　　　　　　　)
UNITED STATES OF AMERICA,　　　)　　THIS IS A CAPITAL CASE
　　　　　　　　　　　　　　　　)
　　　Respondent.　　　　　　　　)

## PARTIES' JOINT STIPULATION REGARDING CONDUCT OF MENTAL HEALTH EXAMINATION OF BILLIE ALLEN

**COMES NOW** the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Steven E. Holtshouser and  Carrie Costantin, Assistant United States Attorneys for said District, and Billie Allen, individually and by and through his counsel, Elizabeth Carlyle, and jointly stipulate and agree to a mental health examination of Billie Allen subject to the following conditions and agreements:

1.　The parties agree that the government's expert, Dr. Galit Askenazi, may perform a complete neuropsychological examination and evaluation of Billie Allen at the St. Louis County Jail on October 11, 2011 from approximately 8:00 a.m. to 5:00 p.m.

2.　During the examination, Allen's counsel may be present outside the evaluation room and Allen may consult with counsel before and during the evaluation as needed.

3.　The evaluation shall be video-taped and audio-taped.  The tapes shall not be copied and  shall be filed with the court under seal by the Government and may not be viewed by either party or their experts except by Court Order upon a showing of good cause.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

STEVEN E. HOLTSHOUSER, #24277
CARRIE COSTANTIN, #54734
Assistant United States Attorneys
111 South 10th Street, 20th Floor
St. Louis, MO 63101
(314) 539-6894

ELIZABETH UNGER CARLYLE, #41930
Attorney at Law
P.O. Box 30418
Kansas City, MO 64112

SO ORDERED:

_____
United States District Senior Judge        Date