**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| **BILLIE JEROME ALLEN** | § | |
| Petitioner | § | |
| | § | |
| vs. | § | **Cause No.  4:07-CV-27-ERW** |
| | § | |
| **UNITED STATES OF AMERICA** | § | **CAPITAL CASE** |
| Respondent | § | |

**MOTION TO PRODUCE RECORDINGS**

Billie Allen, petitioner, moves the Court pursuant to its order of October 3, 2011 (ECF 183) to provide his counsel with copies of the cassette tapes referenced in the order as part of Document 321 in the associated criminal matter, United States v. Billie Jerome Allen.  These tapes were filed under seal by the government's expert, Dr. Sean Yutzy, and are therefore not within the possession or control of Mr. Allen or his counsel.

Respectfully submitted,

/s Elizabeth Unger Carlyle
Elizabeth Unger Carlyle #41930MO
P.O. Box 30418
Kansas City, MO  64112
(816)525-6540
elizcar@lawalumni.neu.edu

Joseph M. Cleary #534292
Collignon & Dietrick
310 N. Alabama, Ste. 250
Indianapolis, IN  46202
(317) 637-1000
jcleary498@aol.com

James Henry Moreno
Eric John Montroy
Assistant Federal Defenders
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of
Pennsylvania
Suite 545 West- The Curtis Center
Philadelphia, P A 191 06
215-928-05 20
Fax:215-928-0826
James_ Moreno@fd.org
Eric Montroy@fd.org

ATTORNEYS FOR PETITIONER


**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been served upon counsel for respondent, Mr. Joseph M. Landolt, Asst. U.  S. Attorney, Mr. Steven Holtshouser, Asst, U.S. Attorney, and Ms. Carrie Costantin, 111 South 10th Street, 20th Floor, St. Louis, Missouri 63102, by filing with the Court's electronic filing system on October 7, 2011.

/s/ Elizabeth Unger Carlyle
Elizabeth Unger Carlyle

2