# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **BILLIE JEROME ALLEN,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | ) **No. 4:07CV0027 ERW** |
| | ) |
| **UNITED STATES OF AMERICA,** | ) **THIS IS A CAPITAL CASE** |
| | ) |
| **Respondent.** | ) |

### GOVERNMENT'S MOTION TO PRODUCE RECORDINGS

**COMES NOW** the United States of America, by and through its attorneys, Richard G.

Callahan, United States Attorney for the Eastern District of Missouri, and Steven E. Holtshouser and

Carrie Costantin, Assistant United States Attorneys for said District, and moves the Court pursuant

to its Order of October 3, 2011 (ECF 183) to provide counsel for the government with copies of the

cassette tapes referenced in the order as part of Document 321.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*/s/ Steven E. Holtshosuer*
STEVEN E. HOLTSHOUSER, #24277
CARRIE COSTANTIN, #54734
Assistant United States Attorneys
111 South 10th Street, 20th Floor
St. Louis, MO 63101
(314) 539-6894

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2011, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:

Elizabeth Unger Carlyle
P.O. Box 30418
Kansas City, MO 64112

Joseph M. Cleary
Collignon & Dietrick
310 N. Alabama, Ste. 250
Indianapolis, IN 46202


*/s/ Steven E. Holtshosuer*
STEVEN E. HOLTSHOUSER, #24277