# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

### COURTROOM MINUTE SHEET
### CIVIL PROCEEDINGS

**Date** 10/18/11   **Judge** Webber   **Case No.** 4:07CV00027 ERW

ALLEN   v. UNITED STATES OF AMERICA

**Court Reporter** Debbie Kriegshauser   **Deputy Clerk** K. Shirley

**Attorneys for Plaintiff(s)** Elizabeth Carlyle / Eric Montroy / James Moreno (telephone)

**Attorneys for Defendant(s)** Steven Holtshouser / Carrie Costantin (in person)

**Parties present for** telephone status conference.  Proposed scheduling order will be filed.

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that

Pltf. Witness_____   Deft. Witness_____

Pltf. Witness_____   Deft. Witness_____

Pltf. Exhibits:_____

Pltf. Exhibits:_____

Deft. Exhibits: _____

Deft. Exhibits: _____

☐ Exhibits returned to and retained by counsel

Proceedings commenced   11:05 a.m.
Proceedings concluded   11:25 a.m.