# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| **BILLIE JEROME ALLEN** | § | |
| **Petitioner** | § | |
| | § | |
| **vs.** | § | **Cause No.  4:07-CV-27-ERW** |
| | § | |
| **UNITED STATES OF AMERICA** | § | **CAPITAL CASE** |
| **Respondent** | § | |

## SCHEDULE OF DEPOSITIONS

Petitioner and Billie Jerome Allen and Respondent United States of America, pursuant to the verbal directive of this Court during the telephone conference on October 18, 2011, provide the following schedule of depositions in this case.

| Date and Time | Witnesses |
|---|---|
| November 16, 2011 2:00 p.m. | Connie Caspari Supranowich |
| November 17, 2011 9:00 a.m. | Claude McLemore, Brady Toliver, Cathy Toliver |
| November 18, 2011 9:00 a.m. | Juanita Allen Petty, Billy Wayn Allen |
| December 1, 2011 9:00 a.m. | Dr. Pablo Stewart |
| December 2, 2011 9:00 a.m. | Dr. Daniel Martell |
| January 11, 2011 9:00 a.m. | John Simon |

As of the filing of this schedule, counsel have not yet been able to schedule the depositions of Dr. David Randall and Richard Sindel, but anticipate that these depositions will be scheduled shortly.  Due to pending litigation concerning the deposition of petitioner Billie Jerome Allen, his deposition has not yet been scheduled. All other depositions authorized by the court are included in the above schedule.

Respectfully submitted,

/s Elizabeth Unger Carlyle
Elizabeth Unger Carlyle #41930MO
P.O. Box 30418
Kansas City, MO  64112
(816)525-6540
elizcar@lawalumni.neu.edu

Joseph M. Cleary #534292
Collignon & Dietrick
310 N. Alabama, Ste. 250
Indianapolis, IN  46202
(317) 637-1000
jcleary498@aol.com

James Henry Moreno
Eric John Montroy
Assistant Federal Defenders
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West- The Curtis Center
Philadelphia, P A 191 06
215-928-05 20
Fax:215-928-0826
James_ Moreno@fd.org
Eric_Montroy@fd.org

ATTORNEYS FOR PETITIONER

2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been served upon counsel for respondent, Mr. Joseph M. Landolt, Asst. U. S. Attorney, Mr. Steven Holtshouser, Asst, U.S. Attorney, and Ms. Carrie Costantin, 111 South 10th Street, 20th Floor, St. Louis, Missouri 63102, by filing with the Court's electronic filing system on November 10, 2011.


/s/ Elizabeth Unger Carlyle
Elizabeth Unger Carlyle