UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BILLIE JEROME ALLEN, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07CV00027 ERW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

### PROTECTIVE ORDER

In two orders, *see* [ECF No. 188] and [ECF No. 201], the Court has authorized

Respondent United States to depose Movant Billie Allen ("Movant") regarding the allegations he

set forth in Ground J of his 28 U.S.C. § 2255 Motion [ECF No. 60]. At the parties' suggestion,

and pursuant to Fed. R. Civ. Pro. 26(c), the Court has agreed to enter a Protective Order that

limits use of Movant's deposition to the pending § 2255 proceedings.

Accordingly,

**IT IS HEREBY ORDERED** that the exclusive use of Movant's deposition and resultant

deposition testimony is to be within Movant's instant § 2255 proceedings, and that their use in

any other proceedings of any kind is prohibited. The United States, the State of Missouri, or any

other law enforcement or prosecutorial department, agency, or entity, individual or corporate, is

prohibited from using in any criminal proceeding any statement made by Movant during his

deposition. This prohibition shall continue in effect after the conclusion of the Movant's instant §

2255 proceedings, and specifically shall continue in effect in the event that a federal re-

sentencing hearing is ordered or that Movant is prosecuted under state law in Missouri for his

actions relevant to instant proceedings. The Court may modify or vacate this Protective Order,

and each party to these proceedings may request that the Court modify of vacate this Protective Order.

Dated this <u>15th</u> day of <u>November</u>, <u>2011</u>.

_____

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE