**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| **BILLIE JEROME ALLEN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | **No. 4:07CV0027 ERW** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **THIS IS A CAPITAL CASE** |
| | ) | |
| **Respondent.** | ) | |

**GOVERNMENT'S MOTION FOR COPY OF
PRETRIAL SERVICES REPORT**

**COMES NOW** the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Steven E. Holtshouser and Carrie Costantin, Assistant United States Attorneys for said District, and requests a copy of Pretiral Services Report, as follows:

At the time of Allen's arrest in 1997, a Pretrial Services Report was prepared. The undersigned have been in contact with U.S. Pretrial Services Officer Larry Haywood. He advised the undersigned that the report can be located. At issue in the hearing in this case will be any and all information which bears on Allen's life history, background and mental condition. Allen would have been interviewed at the time the report was prepared and family information would have been verified, if possible. Allen's representations to the Pretrial Services Office concerning his physical and mental health, place of residence, employment and family history is relevant in this case both substantively and for determining the credibility of Allen. It is also relevant to determining what information Allen's counsel was receiving from Allen.

Wherefore, the Government respectfully requests that the Pretrial Services Report for Allen in the criminal case, Cause Number 4:97CR141 ERW, be disclosed to the Government and Allen's habeas counsel.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

 /s/ Steven E. Holtshosuer
STEVEN E. HOLTSHOUSER, #33531 MO
CARRIE COSTANTIN, #35925 MO
Assistant United States Attorneys
111 South 10th Street, 20th Floor
St. Louis, MO 63101
(314) 539-6894

### CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2011, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:

Elizabeth Unger Carlyle
P.O. Box 30418
Kansas City, MO 64112

Joseph M. Cleary
Collignon & Dietrick
310 N. Alabama, Ste. 250
Indianapolis, IN 46202

 /s/ Steven E. Holtshosuer
STEVEN E. HOLTSHOUSER, #24277