**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BILLIE JEROME ALLEN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. 4:07CV0027 ERW** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **THIS IS A CAPITAL CASE** |
| | ) | |
| **Respondent.** | ) | |

**GOVERNMENT'S MOTION FOR AN ORDER**
**REQUIRING THE UNITED STATES MARSHALS SERVICE**
**TO TRANSPORT ALLEN TO EDMO FOR DEPOSITION ON 5-8-12**

**COMES NOW** the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Steven E. Holtshouser and Carrie Costantin, Assistant United States Attorneys for said District, and requests that this Court enter an order requiring the USMS to transport Petitioner Billie Allen to the EDMO for a deposition and in support thereof states, as follows:

1. This Court previously granted the Government's motion to take the deposition of Allen.

2. The parties have conferred and agreed on the date of May 8, 2012 for the deposition of Allen.

3. Upon information and belief, Allen is presently housed at Terre Haute, IN.

4. In connection with Allen's deposition and for security reasons, the parties are requesting that it take place in the initial appearance courtroom connected to the USMS space on the Second Floor of the US Courthouse.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney


 /s/ Steven E. Holtshouser
STEVEN E. HOLTSHOUSER, #24277
CARRIE COSTANTIN, #54734
Assistant United States Attorneys
111 South 10th Street, 20th Floor
St. Louis, MO 63101
(314) 539-6894


## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2012, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:

Elizabeth Unger Carlyle
P.O. Box 30418
Kansas City, MO 64112


Joseph M. Cleary
Collignon & Dietrick
310 N. Alabama, Ste. 250
Indianapolis, IN 46202


James Henry Moreno
Eric John Montroy
Assistant Federal Defenders
Capital Habeas Corpus Unit
Federal Community Defender Office for
the Eastern District of Pennsylvania
Suite 545 West - The Curtis Center
Philadelphia, PA 19106


 /s/ Steven E. Holtshouser
STEVEN E. HOLTSHOUSER, #24277