# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

## COURTROOM MINUTE SHEET
## CIVIL PROCEEDINGS

**Date** April 25, 2012    **Judge** E. Richard Webber    **Case No.** 4:07cv00027 ERW

Billie Jerome Allen                                                    v.  United States

**Court Reporter** S. Moran                    **Deputy Clerk** B. Porter

**Attorneys for Plaintiff(s)** Elizabeth Carlyle and Eric John Montroy

**Attorneys for Defendant(s)** Steven Holtshouser and Carrie Costantin

**Parties present for** Status Conference.  Counsel appear by phone.  The petitioner is not present.  The parties address a scheduling conflict with AUSA Carrie Costantin. This Court confirms that this case will proceed as scheduled on June 4, 2012.  The parties also address a need for Mr. Allen's former counsel, Mr. Simon, to transcribe notes.  The parties are to file motions requesting Mr. Simon be ordered to transcribe his notes and  compensation for Mr. Simon. Order to issue.

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that _____

_____

_____

_____

Pltf. Witness _____    Deft. Witness _____

Pltf. Witness _____    Deft. Witness _____

Pltf. Exhibits: _____

Pltf. Exhibits: _____

Deft. Exhibits: _____

Deft. Exhibits: _____

☐ Exhibits returned to and retained by counsel

Proceedings commenced    11:00        A.M.
Proceedings concluded    11:15        A.M.