UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| BILLIE JEROME ALLEN, | ) | |
|---|---|---|
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07CV00027 ERW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## **MEMORANDUM**

This matter came before the Court today at the request of the parties. The Court held a telephone status conference, during which counsel for all parties was heard on matters of scheduling and discovery. The Court then indicated the evidentiary hearing ordered in this matter will go forward as scheduled on June 4, 2012. The Court also directed that the Court would promptly consider any motions addressing the transcription of attorney John Simon's notes, and the compensation to be paid to him under the Criminal Justice Act.

Dated this 25th day of April, 2012.

_E. Richard Webber_
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE