**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BILLIE JEROME ALLEN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | **No. 4:07CV0027 ERW** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **THIS IS A CAPITAL CASE** |
| | ) | |
| **Respondent.** | ) | |

**GOVERNMENT'S MOTION TO REQUIRE DEFENSE COUNSEL**
**JOHN SIMON TO TRANSCRIBE HIS NOTES**

**COMES NOW** the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Steven E. Holtshouser, Assistant United States Attorney for the Eastern District of Missouri, and requests this Court to require former defense counsel for Allen, John Simon, to transcribe his notes concerning his activities in the investigation and trial of Billie Allen and in support thereof states, as follows:

1. The deposition of John Simon was taken on January 11, 2012.  During the deposition, Mr. Simon was shown several pages of notes which apparently related to his representation of Allen. The notes were not legible to counsel for either party in this case and Mr. Simon read some of the pages of notes into the record.  Given the volume of the remaining notes, it became apparent that Mr. Simon could not possibly read all of the notes into the record within a reasonable amount of time. The parties discussed a solution and agreed to confer on the matter at a later date.

2. The Government agreed to first attempt to transcribe the notes given that portions were legible.  The Government has done so.  Thereafter, counsel for Allen produced additional notes of Mr. Simon which had not previously been disclosed.  Likewise, the Government has attempted to

transcribe as much of those notes as possible.  The Government's partial transcriptions were provided to counsel on March 6, 2012.

3. All of the notes in question consist of the following bates-marked pages:

- BA 2888-89

- BA 2915-18

- BA 2922-23

- BA 2928-30

- BA 2925-43

- BA 2945-51

- BA 2962-63

- BA 2965

- BA 2971-88

- BA 2990-3002

- BA 3013-18

- BA 3-54-57

- BA 3068

- BA 3275-83

- BA 3285

- BA 5481-5555

4.  The Government can provide Mr. Simon with both the copies of the notes and the partial transcriptions.

5. The Government requests that Mr. Simon be directed to complete the transcription and be compensated for his time.  Mr. Simon is not a party to this action, but he is a necessary witness, submitted a declaration in support of the petitions, coordinated with Allen's present counsel during

the formation stages of the petitions, previously was appointed trial and appellate counsel and received payment for his services under the Criminal Justice Act.

6. The Government requests that Mr. Simon be required to complete this task sufficiently prior to the June 4, 2012 hearing date to allow the Government and Allen to assess the impact of Mr. Simon's notes on the issues in the hearing.

7. The Government has been informed that Mr. Simon is represented by Brian Gaddy and is serving a copy of this motion on Mr. Gaddy by e-mailing it to him at bgaddy@ggbtrial.com.

WHEREFORE, the Government respectfully requests that Mr. Simon be ordered to complete the transcription of his notes in this matter.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*/s/ Steven E. Holtshouser*
STEVEN E. HOLTSHOUSER, #24277
Assistant United States Attorneys
111 South 10th Street, 20th Floor
St. Louis, MO 63101
(314) 539-6894

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2012, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:

Elizabeth Unger Carlyle
P.O. Box 30418
Kansas City, MO 64112

Eric John Montroy
Assistant Federal Defenders
Capital Habeas Corpus Unit
Federal Community Defender Office for
the Eastern District of Pennsylvania
Suite 545 West - The Curtis Center
Philadelphia, PA 19106

I hereby certify that on April 25, 2012, the foregoing served by e-mail upon Brian Gaddy via e-mail at bgaddy@ggbtrial.com

/s/ Steven E. Holtshouser
STEVEN E. HOLTSHOUSER, #24277