RECEIVED

APR 2 7 2012

BY MAIL

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:07-CV-27ERW |
| Respondent, | : | |
| -v- | : | Hon. E. Richard Webber, |
| | : | U.S.D.J. |
| BILLIE JEROME ALLEN, | : | |
| Petitioner. | : | |

**VERIFIED MOTION FOR ADMISSION OF
TIMOTHY PATRICK KANE PRO HAC VICE**

Pursuant to this Court's August 22, 2008, order appointing the Capital Habeas Corpus Unit of the Federal Community Defender for the Eastern District of Pennsylvania as co-counsel, and in light of the upcoming depositions and evidentiary hearing in this matter, undersigned counsel, Timothy Patrick Kane of the Federal Community Defender Office, hereby seeks admission pro hac vice, as follows:

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Timothy Patrick Kane, move to be admitted pro hac vice to the bar of this Court for the purpose of representing **Petitioner, Billie Jerome Allen**, in this matter. In support of this motion, I submit the following information required as required by Rule 12.01(E):

1

A.    My full name is Timothy Patrick Kane.

B.    My business address, telephone and fax are:

Timothy Kane
Assistant Federal Defender
Federal Community Defender Office for the Eastern District of Pennsylvania, Capital Habeas Corpus Unit
Suite 545 West – The Curtis Center
Philadelphia, Pennsylvania 19106
215-928-0520
fax 215-928-0826.

C.    My firm name is:

Federal Community Defender Office for the Eastern District of Pennsylvania, Capital Habeas Corpus Unit.

D.    I graduated from Cornell Law School in 2005.

E.    I have been a member of the Bar of the State of Maryland since 2005, a member of the Bar of the District of Columbia since 2006 (No. 500660), and a member of the Bar of the Commonwealth of Pennsylvania since 2009 (No. 210128);

I have been a member of the Bar of the United States District Court for the District of Columbia since 2008; of the Bar of the United States District Court for the Eastern District of Pennsylvania since 2009; of the Bar of the United States District Court for the Middle District of Pennsylvania since 2010; of the Bar of the United States Court of Appeals for the Third Circuit since 2010; and of the Bar of the United States Supreme Court since 2011.

F.    I am a member of the above bars in good standing and am not under suspension or disbarment from any bar. A certificate of good standing from the Supreme Court of Pennsylvania is attached.

2

G.    I do not reside in the Eastern District of Missouri, am not regularly employed in this district, and I am not regularly engaged in the practice of law in this district.

I attest under the penalty of perjury the truth and accuracy of the foregoing facts, and respectfully request that this motion be granted and that I be admitted pro hac vice to the bar of this Court to appear in this matter.

Respectfully Submitted,

Timothy Patrick Kane
Assistant Federal Defender
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Fax: 215-928-0826
Timothy_Kane@fd.org

Dated: April 26, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2012, a copy of the foregoing *Verified Motion for Admission of Timothy Patrick Kane Pro Hac Vice* was sent by first class mail, postage prepaid, to the following:


Ms. Carrie Constantin
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102

Mr. Steven Holtshouser
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102


Timothy Kane



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Timothy Patrick Kane, Esq.*

**DATE OF ADMISSION**

*April 13, 2009*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  April 24, 2012**

Patricia A. Johnson
Chief Clerk