FRI - 27 APR  A1
**FedEx.** PRIORITY OVERNIGHT
TRK# 8614 2534 9924
0215

63102
MO-US
STL

XX CPSA

Emp# 547860 26APR12 ESPA  512C1/C44D/A278

Form ID No.  0215

**FedEx** US Airbill

FedEx Tracking Number  **8614 2534 9924**

**1 From** This portion can be removed for Recipient's records.

Date **4/26/12**    FedEx Tracking Number  **861425349924**

Sender's Name  **TIMOTHY KANE, ESQUIRE**    Phone  **215 928-0520**

Company  **FEDERAL DEFENDER OFC-CAPITAL**

Address  **INDEP SQ WEST CURTIS CTR BLDG**

City  **PHILADELPHIA**    State **PA**    ZIP **19106**

**2 Your Internal Billing Reference**  **Billie Allen**

**3 To**
Recipient's Name  **Clerk of Court**    Phone

Company  **United States District Court for the Eastern District of Missouri**

Recipient's Address  **111 South 10th Street**
We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address
To request a package be held at a specific FedEx location, print FedEx address here.

City  **St. Louis**    State **MO**    ZIP **63102**

0355505009

8614 2534 9924

**4a Express Package Service**

☒ FedEx Priority Overnight
Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx Standard Overnight
Next business afternoon.* Saturday Delivery NOT available

☐ FedEx 2Day
Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx Express Saver
Third business day.* Saturday Delivery NOT available

FedEx Envelope rate not available. Minimum charge: One-pound rate.

**4b Express Freight Service**

☐ FedEx 1Day Freight*
Next business day.** Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx 2Day Freight
Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx 3Day
Third business day.* Saturday Delivery NOT available

* Call for Confirmation    ** To most locations.

**5 Packaging**

☒ FedEx Envelope*    ☐ FedEx Pak*
Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.    ☐ FedEx Box    ☐ FedEx Tube    ☐ Other
* Declared value limit $500.

**6 Special Handling**    Include FedEx address in Section 3.

☐ SATURDAY Delivery
Not available for FedEx Standard Overnight, FedEx First Overnight, FedEx Express Saver, or FedEx 3Day Freight.

☐ HOLD Weekday
at FedEx Location
Not available for FedEx First Overnight.

☐ HOLD Saturday
at FedEx Location
Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods?
One box must be checked.

☒ No    ☐ Yes As per attached Shipper's Declaration    ☐ Yes Shipper's Declaration not required.    ☐ Dry Ice Dry Ice, 9, UN 1845 ___ x ___ kg
Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.    ☐ Cargo Aircraft Only

**7 Payment**    *Bill to:*    Enter FedEx Acct. No. or Credit Card No. below.    Obtain Recip. Acct. No.

☒ Sender
Acct. No. in Section 1 will be billed.    ☐ Recipient    ☐ Third Party    ☐ Credit Card

Total Packages    Total Weight

RT **386**  **4**  **B**
9924
04.27
FZ

†Our liability is limited to $100 unless you declare a higher value. See the current FedEx Service Guide for details.

**8 Residential Delivery Signature Options**    If you require a signature, check Direct or Indirect.

☐ No Signature Required
Package may be left without obtaining a signature for delivery.

☐ Direct Signature
Someone at recipient's address may sign for delivery. Fee applies.

☐ Indirect Signature
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. Fee applies.

519

Rev. Date 10/06•Part #158279•©1994–2006 FedEx•PRINTED IN U.S.A.•SRS

fedex.com 1.800.GoFedEx 1.800.463.3339    RECIPIENT: PEEL HERE