**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BILLIE JEROME ALLEN** | § | |
|     **Petitioner** | § | |
| | § | |
|   **vs.** | § | **Cause No. 4:07-CV-27-ERW** |
| | § | |
| **UNITED STATES OF AMERICA** | § | **CAPITAL CASE** |
|     **Respondent** | § | |

**PETITIONER'S RESPONSE TO GOVERNMENT'S MOTION TO**
**REQUIRE DEFENSE COUNSEL JOHN SIMON TO TRANSCRIBE HIS NOTES**

In response to the Government's motion, Mr. Allen states as follows:

Mr. Allen has no objection to the request that Mr. Simon complete the government's transcription of the pages of his notes listed in the government's motion. Mr. Allen understands that Mr. Simon is being requested only to "fill in the blanks" in the partial transcriptions, not to provide a full transcription of the listed pages; any order issued by this Court should so specify.

Mr. Allen further does not object to the request that Mr. Simon be compensated for his time in complying with the court's order in this matter. Mr. Allen requests, however, that this compensation not be counted against the budget for Mr. Allen's defense as previously approved by this Court.

Respectfully submitted,

/s Elizabeth Unger Carlyle
Elizabeth Unger Carlyle #41930MO
P.O. Box 30418
Kansas City, MO 64112
(816)525-6540
elizcar@alumni.neu.edu

1

Joseph M. Cleary #534292
Collignon & Dietrick
310 N. Alabama, Ste. 250
Indianapolis, IN  46202
(317) 637-1000
jcleary498@aol.com

James Henry Moreno
Eric John Montroy
Assistant Federal Defenders
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West- The Curtis Center
Philadelphia, P A 191 06
215-928-05 20
Fax:215-928-0826
James_ Moreno@fd.org
Eric_Montroy@fd.org

ATTORNEYS FOR PETITIONER

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been served upon counsel for respondent,

Mr. Joseph M. Landolt, Asst. U.  S. Attorney, Mr. Steven Holtshouser, Asst, U.S. Attorney, and

Ms. Carrie Costantin, Asst. U.S. Attorney, 111 South 10th Street, 20th Floor, St. Louis, Missouri

63102, by filing with the Court's electronic filing system on April 28, 2012.

/s/ Elizabeth Unger Carlyle
Elizabeth Unger Carlyle

2