UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BILLIE JEROME ALLEN, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07CV00027 ERW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

This matter comes before the Court on Respondent the United States of America's

Motion to Compel Attorney John Simon to Transcribe His Notes. [ECF No. 217].

The United States's Motion is **GRANTED**.  The Court hereby orders Mr. Simon to

transcribe the pages of his notes listed in the United States's Motion.  The Court rejects Movant

Billie Jerome Allen's suggestion that Mr. Simon be ordered to merely "fill in the blanks" of the

existing partial transcriptions of his notes.  Rather, the Court orders Mr. Simon to transcribe the

identified pages of his notes in full and without limitation.  Mr. Simon shall complete this

transcription no later than May 15, 2012.  The Court will compensate Mr. Simon for time spent

completing this transcription at the current Criminal Justice Act rate of $125 per hour.  The Court

expressly declines to decide at the present time whether Mr. Simon's compensation will be

counted against the budget previously approved and set aside for Movant's defense.

Upon completion of the ordered transcription, Mr. Simon shall mail a copy of the

transcribed notes to counsel for each party, as well as to the Court.

Dated this 30 day of April, 2012.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE