**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| BILLIE JEROME ALLEN, | : | No. 4:07-CV-27 ERW |
|  | : |  |
|  | : | CAPITAL CASE |
| Petitioner, | : |  |
|  | : |  |
| -v- | : |  |
|  | : |  |
| UNITED STATES OF AMERICA, | : |  |
|  | : |  |
| Respondent. | : |  |

:

**AGREED UPON MOTION TO ADJUST**
**PRE-HEARING DISCLOSURE DEADLINES**

Petitioner, Billie Jerome Allen, through counsel, respectfully submits this agreed upon motion to adjust the deadlines for the parties' exchange and submission of witness and exhibit lists in this matter, and in support, states:

1.      Pursuant to Federal Rule of Civil Procedure 26(a)(3), the parties are to exchange witness and exhibit lists 30 days before the evidentiary hearing, which is set to begin on June 4, 2012.  In its Memorandum and Order of October 7, 2011, this Court found that Rule 26(a)(3) applies in this case.  *See* 10/7/11 Memo. Order at 14.  Rule 26(a)(3)(B) permits the Court to adjust the 30-day time period, and the parties believe an adjustment is appropriate here.

2.      The parties are cooperatively working toward preparing a joint exhibit list that will utilize the Sanction II.9 software at the hearing, for the convenience of the parties and the Court.  This effort is already well under way, but given the voluminous records and evidence in

1

this case, the parties believe that they will need until May 18, 2012, to finalize and submit the joint exhibit list to the Court.

3.     Because depositions are being completed this week and next week, the parties further request that the Court grant until May 11, 2012, for the exchange and submission of the parties' witness lists.

4.     These requests are not made in an effort to delay the hearing but, to the contrary, are made to ensure that the hearing will be conducted in an efficient and orderly manner.

5.     Counsel for the Government has reviewed this motion and consents to its filing.

WHEREFORE, for the reasons stated above, Petitioner respectfully requests that the Court adjust the deadline for the parties exchange and submission of their exhibit and witness lists.

Respectfully Submitted,

/s/ Timothy Kane
James Henry Moreno
Eric John Montroy
Timothy Patrick Kane
Assistant Federal Defenders
Capital Habeas Unit
Federal Community Defender Office
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
 (215) 928-0520

/s/ Elizabeth Unger Carlyle
Elizabeth Unger Carlyle # MO41930
P.O. Box 30418
Kansas City, MO  64112
(816) 525-6540

/s/ Joseph M. Cleary
Joseph Cleary
COLLIGNON & DIETRICK
310 N. Alabama, Suite 250
Indianapolis, IN  46204
(317) 637-1000

Dated:  May 2, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2012, the foregoing *Agreed Upon Motion to Adjust Pre-Hearing Disclosure Deadlines* was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Ms. Carrie Constantin
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102

Mr. Steven Holtshouser
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102.


/s/ Timothy Kane
Timothy Kane
Counsel for Petitioner