**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BILLIE JEROME ALLEN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. 4:07CV0027 ERW** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **THIS IS A CAPITAL CASE** |
| | ) | |
| **Respondent.** | ) | |

### GOVERNMENT'S UNOPPOSED MOTION FOR A COPY OF THE TAPE-RECORDINGS OF DR. YUTZY'S EXAMINATION OF BILLIE ALLEN ON FEBRUARY 16, 1998

**COMES NOW** the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, Steven E. Holtshouser and Carrie Costantin, Assistant United States Attorneys for said District, and in support of it's motion for a copy of the tape-recordings of Dr. Yutzy's Examination of Billie Allen on February 16, 1998 states, as follows:

At the insistence of the Government, this Court caused the tape-recordings in question to be transcribed by a Court reporter.  The filed transcript (Doc. 321) contains several inaudible portions and possible incorrect identification of speakers.  The Government needs a copy of the tape-recordings so that Dr. Yutzy can proof-read the transcripts and make necessary corrections.  Allen does not oppose this motion and requests that he also be provided with a copy of the tape(s) provided to the Government.

WHEREFORE, the Government respectfully requests that the tape-recordings of Dr. Yutzy's Examination of Billie Allen be provided to the Government.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

_/s/ Steven E. Holtshouser_ _____

STEVEN E. HOLTSHOUSER, #24277
CARRIE COSTANTIN, #54734
Assistant United States Attorneys
111 South 10th Street, 20th Floor
St. Louis, MO 63101
(314) 539-6894

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2012, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:

Elizabeth Unger Carlyle
P.O. Box 30418
Kansas City, MO 64112

Eric John Montroy
Assistant Federal Defenders
Capital Habeas Corpus Unit
Federal Community Defender Office for
the Eastern District of Pennsylvania
Suite 545 West - The Curtis Center
Philadelphia, PA 19106

_/s/ Steven E. Holtshouser_ _____

STEVEN E. HOLTSHOUSER, #24277