# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

_____

BILLIE JEROME ALLEN,

      Movant,

      -v-

UNITED STATES OF AMERICA,

      Respondent.

_____

No. 4:07-CV-27ERW

**Hon. E. Richard Webber,**
**U.S.D.J.**

**PETITIONER'S UNOPPOSED MOTION FOR ORDER FOR ISSUANCE OF SUBPOENAS**

Petitioner, Billie Jerome Allen, requests for the issuance of witness subpoenas and states as follows:

1.      Petitioner is scheduled for an evidentiary hearing on his § 2255 motion commencing on June 4, 2012.  Petitioner is indigent.  Undersigned counsel has been appointed to represent him in this capital case because of Petitioner's indigence.  Petitioner is financially unable to pay for service or for the fees of witnesses.

2.      Petitioner requests that the Court order the United States Marshals to subpoena the witnesses listed below.  Petitioner also requests, pursuant to 18 U.S.C. § 1825,  that the Court order that the travel costs and witness fees be paid in the same manner in which similar costs and fees are paid in the case of witnesses subpoenaed on behalf of the government.

3.      Petitioner requests that the Court order the following witnesses to be subpoenaed by the Marshals:[1]

_____

[1]In accordance with the requirements of the ECF filing system, Petitioner's counsel has redacted the witnesses' addresses.  Counsel will provide the addresses directly to the Marshals.

Billy Wayne Allen
St. Louis, MO

Andre Armstrong
St. Louis, MO

Joyce Eaton
St. Louis, MO

Johnnie Grant
St. Louis, MO

Shirlene Grant
St. Louis, MO

Tyrone Jones
St. Louis, MO

Claude McLemore
St. Louis, MO

Samuel Moore
St. Louis, MO

Ahmed Oliver
Atlanta, GA

Cory Roy
St. Louis, MO

Darletta Tabb
St. Louis, MO

Brady Toliver
St. Louis, MO

Cathy Toliver
St. Louis, MO

Christopher Wuertz
St. Louis, MO.

4.    Undersigned counsel has consulted with counsel for the Government who have

stated that the Government does not oppose this request.  Petitioner respectfully requests that the

Court rule in an expedited manner so as to provide the Marshals with sufficient time to issue subpoenas

WHEREFORE, Petitioner respectfully requests that the Court grant his motion for the issuance of subpoenas.

Respectfully Submitted,

/s/ Timothy Kane
James Henry Moreno
Eric John Montroy
Timothy Patrick Kane
Assistant Federal Defenders
Capital Habeas Unit
Federal Community Defender Office
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
 (215) 928-0520

/s/ Elizabeth Unger Carlyle
Elizabeth Unger Carlyle # MO41930
P.O. Box 30418
Kansas City, MO  64112
(816) 525-6540

/s/ Joseph M. Cleary
Joseph Cleary
COLLIGNON & DIETRICK
310 N. Alabama, Suite 250
Indianapolis, IN  46204
(317) 637-1000

Dated: May 18, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2012, the foregoing *Petitioner's Unopposed Motion for Order for Issuance of Subpoenas* was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Ms. Carrie Constantin
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102

Mr. Steven Holtshouser
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102.


/s/ Timothy Kane
Timothy Kane
Counsel for Petitioner