# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

BILLIE JEROME ALLEN,

        Movant,

        -v-

UNITED STATES OF AMERICA,

        Respondent.

No. 4:07-CV-27ERW

**Hon. E. Richard Webber,**
**U.S.D.J.**

### ORDER FOR ISSUANCE OF SUBPOENAS

AND NOW, this 21st day of May, 2012, upon consideration of Petitioner's unopposed motion for issuance of subpoenas, the Court has determined:

(1)    that Petitioner has made a satisfactory showing that he is financially unable to pay the fees of the witnesses; and

(2)    that Petitioner has made a satisfactory showing that the presence of the following witnesses is necessary for the evidentiary hearing in this case.

It is therefore ORDERED that witness subpoenas for the following witnesses shall be served by the United States Marshals and that the costs incurred and the fees of the witnesses shall be paid in the same manner in which similar costs and fees are paid for witnesses subpoenaed on behalf of the government. The street addresses for these witnesses shall be provided to the United States Marshals by counsel for Petitioner.

Billy Wayne Allen
St. Louis, MO

Andre Armstrong
St. Louis, MO

Joyce Eaton
St. Louis, MO

Johnnie Grant
St. Louis, MO

Shirlene Grant
St. Louis, MO

Tyrone Jones
St. Louis, MO

Claude McLemore
St. Louis, MO

Samuel Moore
St. Louis, MO

Ahmed Oliver
Atlanta, GA

Cory Roy
St. Louis, MO

Darletta Tabb
St. Louis, MO

Brady Toliver
St. Louis, MO

Cathy Toliver
St. Louis, MO

Christopher Wuertz
St. Louis, MO

SIGNED and ORDERED this 21st day of May, 2012.

E. Richard Webber
Honorable R. Richard Webber
U.S.D.J.