# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

### COURTROOM MINUTE SHEET
### CIVIL PROCEEDINGS

Date 5/31/12    Judge Webber    Case No. 4:07CV00027 ERW

Billie Allen _____ v. USA _____

Court Reporter Debbie Kriegshauser  Deputy Clerk K. Shirley

Attorneys for Plaintiff(s) Elizabeth Carlyle/Joseph Cleary/Timothy Kame/Eric Montroy

Attorneys for Defendant(s) James Morena/Steven Holtshouser/Cassie Costantin

Parties present for pre-hearing conference.

_____

_____

_____

_____

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that_____

_____

_____

_____

Pltf. Witness_____ Deft. Witness_____

Pltf. Witness_____ Deft. Witness_____

Pltf. Exhibits:_____

Pltf. Exhibits:_____

Deft. Exhibits: _____

Deft. Exhibits: _____

☐ Exhibits returned to and retained by counsel

Proceedings commenced  10:00 a.m
Proceedings concluded   10:30 a.m