## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| BILLIE JEROME ALLEN, | : | No. 4:07-CV-27 ERW |
| Petitioner, | : | CAPITAL CASE |
| -v- | : | |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

**PETITIONER'S MOTION TO DISCLOSE RECORDINGS**

Petitioner, Billie Jerome Allen, through counsel, respectfully requests that the Court release to counsel for the parties a copy of the recordings of government expert Galit Askenazi, Ph.D.'s neuropsychological evaluation of Petitioner, and in support states:

1. The parties stipulated that government expert Galit Askenazi, Ph.D.'s neuropsychological evaluation of Petitioner would be audiotaped and videotaped, that the recordings would be placed under seal with the Court, and that the parties could review the recordings upon a showing of good cause. Doc. # 185. On October 5, 2011, this Court approved the parties' stipulation. Doc. # 186.

2. Good cause now exists to permit Mr. Allen's counsel to review the recordings of the neuropsychological evaluation. In the course of the parties' depositions earlier this month, it became clear that the Government intends to use, in this § 2255 proceeding, statements Mr. Allen purportedly made during the evaluation. It is further clear that there are factual disputes regarding the content of those statements, and the questions that were asked of Mr. Allen.

3.      For example, government expert Sean Yutzy, M.D., testified in his May 7, 2012, deposition that Mr. Allen denied to Dr. Askenazi that he was abused as a child.[1]  *See* Yutzy Deposition at 194 ("he did not identify to Ashkenazi (sic) that he felt he was abused when that term was offered to him at that time.").  Dr. Yutzy further testified that Mr. Allen's purported denial of abuse to Dr. Askenazi is "important" to Dr. Yutzy's current psychiatric opinions in this case.  *Id*. at 212.  The Government intends to call Dr. Yutzy to testify to his expert opinions at the upcoming hearing.  *See* Doc. # 227.  Because Mr. Allen's statements to Dr. Askenazi form the basis for some of Dr. Yutzy's expected testimony at the hearing, it is important to know exactly what was stated, instead of relying on second- or third-hand reporting.

4.      Furthermore, the Government deposed Mr. Allen on May 8, 2012, and likewise intends to call him at the hearing.[2]  *See id*.  In deposing Mr. Allen, the Government repeatedly questioned him regarding statements he purportedly made to Dr. Askenazi during the neuropsychological evaluation.  *See, e.g.,* Billie Allen Deposition at 128-29, 133, 291, 296. Meanwhile, Dr. Askenazi herself testified in her May 4, 2012, deposition that she was unsure what questions she asked of Mr. Allen in eliciting certain statements.[3]  *See, e.g.,* Askenazi Deposition at 70-71.  See Askenazi Depo, p. 70:  "It was all videotaped, if you want to go back and check. I don't know the specific questions that I asked." As Dr. Askenazi herself acknowledged, the actual recording of the evaluation will provide certainty and clarity where Dr. Askenazi's report and memory do not.

5.      Because of the factual disputes about what was said during the evaluation, good cause exists for counsel to review the recordings of Dr. Askenazi's evaluation.

---

[1] Counsel received the transcript of Dr. Yutzy's deposition on May 18, 2012.
[2] Counsel received the transcript of Mr. Allen's deposition on May 17, 2012.
[3] Counsel received the transcript of Dr. Askenazi's deposition on May 16, 2012.

6.     In light of the government's objection, at the telephone conference on May 31, that this motion is untimely, Mr. Allen would point out that, while the examination by Dr. Askenazi was conducted in October, good cause for the release of the recordings did not exist until after the depositions of Mr. Allen, Dr. Yutzy, and Dr. Askenazi.  Dr. Yutzy's deposition occurred on May 7, Dr. Askenazi's on ?, and Mr. Allen's on May 8.  The factual disputes which provide good cause did not become evident until the transcripts of the depositions were reviewed by counsel on May 16 and 17, less than 14 days ago.  .

7.     During the telephone conference with the Court on May 31, the Court suggested the possibility of having the tapes transcribed for later review by the court and counsel. Counsel for Mr. Allen believe that it would be possible to review the tapes before Dr. Askenazi testifies, so as to avoid further prolonging these proceedings. However, if the court prefers to order transcription for later use, Mr. Allen asks that the record be kept open for evidence from the recordings, as well as additional testimony and evidence that may be needed after the recordings and transcripts are reviewed.

WHEREFORE, for the reasons stated above, Mr. Allen respectfully requests that the Court release a copy of the audio and video recording of Dr. Galit Askenazi's evaluation of Petitioner to Petitioner's counsel. In the alternative, Mr. Allen requests that the tapes be transcribed, that the video/audio tapes and transcript be provided to the parties as early as possible, and that the record of the evidentiary hearing remain open to receive additional evidence.

Respectfully Submitted,

/s/ Elizabeth Unger Carlyle
Elizabeth Unger Carlyle
Elizabeth Unger Carlyle # MO41930
P.O. Box 30418
Kansas City, MO  64112
(816) 525-6540

Joseph M. Cleary
Joseph Cleary
COLLIGNON & DIETRICK
310 N. Alabama, Suite 250
Indianapolis, IN  46204
(317) 637-1000

/s/ Timothy Kane
James Henry Moreno
Eric John Montroy
Timothy Patrick Kane
Assistant Federal Defenders
Capital Habeas Unit
Federal Community Defender Office
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
 (215) 928-0520

Dated: May 31, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2012, the foregoing *Petitioner's Motion to Disclose Recordings* was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Ms. Carrie Constantin
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102

Mr. Steven Holtshouser
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102.


/s/ Elizabeth Unger Carlyle
Elizabeth Unger Carlyle
Counsel for Petitioner