Allen v. U.S. 07CV27-ERW
Motion to Disclose Recordings
Exhibit 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BILLIE JEROME ALLEN,            )
                                )
            Petitioner,         )
                                )  Case No.
v.                              )  4:07CV-27-ERW
                                )
UNITED STATES OF AMERICA,       )
                                )
            Respondent.         )

DEPOSITION OF SEAN H. YUTZY, M.D.
taken on behalf of the Petitioner
May 7, 2012

Reported by:
LINDA NICHOLS, RPR, RDR, CRR
Missouri CCR #329
Illinois CSR #084-004591

MORIARTY REPORTING & VIDEO, LLC
777 WHISPERING FOREST
BALLWIN, MISSOURI  63021
OFFICE:  (636) 230-8838
FAX:  (636) 230-8848
MOBILE:  (314) 952-0437

WWW.MORIARTYREPORTING.COM

Q.   Now, for questions regarding abuse and whether he was abused as a child, is that something for which collateral information is important?

A.   It may or may not be.  And here I think it remains very interesting that he denied it to me, he did not identify that people were abusive to him, and he did not identify to Ashkenazi that he felt he was abused when that term was offered to him at that time.

It's 14 years later and obviously a different context and a different situation.  So you know, he told me what he told me.  You guys have the transcript in the situation.  And he told Ashkenazi a similar version of his history.

Q.   But I'm asking whether collateral information is important here in determining whether, in fact, he was abused, in your opinion.

A.   Well, I've got trouble with the information.  When I looked at the Declarants' information, it was remarkable.  And when I looked at the depositions, I began to wonder.  And when I looked at Ashkenazi's report, I wondered even more because it's like, well, if he didn't perceive it that way, then that's how

Case: 4:07-cv-00027-ERW   Doc. #: 237-1   Filed: 05/31/12   Page: 3 of 3 PageID #: 2866

Q.   From the child's perspective, is the family of origin the primary place in which the child gains his perspective on what's normal or what's appropriate?

A.   Well, I think that's the focus.  I mean the individual is there.  What amazes me is that still to Ashkenazi -- "amazes" is probably the wrong word -- but Ashkenazi still doesn't identify that he was abused.

Q.   That's something that's important to your current opinions, is that correct?

A.   Sure.

MR. KANE:  Do you mind if we take five minutes?  Can we do that?

MR. HOLTSHOUSER:  Sure.

MR. KANE:  And I will get my last questions together.

(A break was taken at 2:06 PM.)

PROCEEDINGS RESUMED AT 2:12 PM:

Q.   (By Mr. Kane)  We are going to jump around a little bit here.  Just a few more things.

Do you remember earlier I was asking you about the usual chief complaint for Depression and whether it could also be common