Allen v. United States, No. 07CV27-ERW
Motion to Disclose Recordings,
Ex. 2
p. 1

WWW.MORIARTYREPORTING.COM

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BILLIE JEROME ALLEN,          )
                              )
          Petitioner,    )
                         )  Case No.
v.                       )  4:07CV-27-ERW
                         )
UNITED STATES OF AMERICA,     )
                              )
          Respondent.    )

DEPOSITION OF BILLIE JEROME ALLEN
taken on behalf of the Respondent
May 8, 2012

Reported by:
LINDA NICHOLS, RPR, RDR, CRR
Missouri CCR #329
Illinois CSR #084-004591

MORIARTY REPORTING & VIDEO, LLC
777 WHISPERING FOREST
BALLWIN, MISSOURI  63021
OFFICE:  (636) 230-8838
FAX:  (636) 230-8848
MOBILE:  (314) 952-0437

WWW.MORIARTYREPORTING.COM

Q.   The school year would have been '93-'94.  So like in June of '94 you would have turned 17?  Does that sound correct?

A.   Yeah.

Q.   You were suspended a couple of times during that year at Sumner.  Do you remember that?

A.   I think so.

Q.   Do you remember the incident in which you were expelled finally by the school officials?

A.   I think for cussing the principal out or something like that.

Q.   Why did you cuss the principal out?  Do you remember?

A.   I don't even know why.

Q.   Do you recall telling -- now, this is something you said.  In other words, just so you know where it comes from, according to Dr. Ashkenazi, this is something that you told her.  "In the city it's better to be stupid than smart," referring to the city schools.

A.   Well, sometimes.

Q.   And what did that have to do with you, the feeling that it's better to be stupid than

Q.   The school year would have been '93-'94.  So like in June of '94 you would have turned 17?  Does that sound correct?

A.   Yeah.

Q.   You were suspended a couple of times during that year at Sumner.  Do you remember that?

A.   I think so.

Q.   Do you remember the incident in which you were expelled finally by the school officials?

A.   I think for cussing the principal out or something like that.

Q.   Why did you cuss the principal out?  Do you remember?

A.   I don't even know why.

Q.   Do you recall telling -- now, this is something you said.  In other words, just so you know where it comes from, according to Dr. Ashkenazi, this is something that you told her.  "In the city it's better to be stupid than smart," referring to the city schools.

A.   Well, sometimes.

Q.   And what did that have to do with you, the feeling that it's better to be stupid than

Q.   You've not been in any trouble?

A.   No.  I have one infraction.

Q.   What was that for?

A.   Going off on an officer.

Q.   All right.  Just sort of mouthing off? Or physically assaulting an officer?

A.   Mouthing off.

Q.   Other than that, have you been able to get along with staff?

A.   Yeah.

Q.   Would it be fair to say that you get along with staff because you treat them with respect?

A.   Right.

Q.   They treat you with respect in return?

A.   Right.

Q.   How about other prisoners?

A.   The same thing.

Q.   You described for Dr. Ashkenazi your life in prison.  How structured is your life?

A.   Well, I try to stay busy.

Q.   Is it correct that you are locked in a private cell 23 hours a day?

A.   Almost.  22 or 23.  Something like that.

Q. Do you write letters?

A. Sometimes.

Q. You explained to Dr. Ashkenazi, in one of your answers to her questions, that you consider yourself a peacemaker. What does that mean?

A. If some people are having problems in prison, they ask me to talk to both sides or whatever, because I deal with everybody.

Q. So that's verbal talking?

A. Yeah.

Q. And what do you do? Listen to both sides and try to resolve their difference?

A. Yeah. They say I'm probably one of the few people who isn't biased, you know.

Q. You also told her something to the effect that you give up sleep to help others?

A. Yeah. I mean if I can help anybody with anything, I will, you know, sacrifice my sleep.

Q. How do you do that when you are -- you only have an hour out each day, correct?

A. Yeah, but I work in my cell.

Q. So how is it that you help others by giving up sleep in your cell?