Allen v. U.S. 07CV27-ERW
Motion to Disclose Recordings
Exhibit 3

WWW.MORIARTYREPORTING.COM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION


BILLIE JEROME ALLEN,          )
                              )
        Plaintiff,            )
                              ) Case Number: 4:07CV27ERW
Vs.                           )
                              )
UNITED STATES OF AMERICA,  )
                              )
        Defendant.            )


Deposition of:
DR. GALIT ASKENAZI
taken on behalf of the Plaintiff
May 4, 2012



Reported by:
JULIE HUNDELT, CCR
Missouri CCR No. 829


MORIARTY REPORTING & VIDEO, LLC
777 WHISPERING FOREST
BALLWIN, MO 63021
OFFICE: (636) 230-8838
FAX: (636) 230-8848
MOBILE: (314) 952-0437

WWW.MORIARTYREPORTING.COM

MR. HOLTSHOUSER:  Is or can be?

MR. MORENO:  Can be.

THE WITNESS:  It could, but the type of questions you're asking is not the way he described his household himself, so I mean these are all hypotheticals for me.

Q  (By Mr. Moreno) Right.  And given that there were other reports and information available to you about these types of factors, did you ask him questions related to the information you had seen from either declarations or Dr. Martell or Stewart's report that were, when he wasn't presenting in the same way, did you ask him questions about that stuff?

A    If I had noticed any significant discrepancy, I imagine I would have asked him about it.  It was all videotaped, if you want to go back and check.  I don't know the specific questions that I asked.

Q    Would it be fair to say if it's not reflected in your report that that questioning did not take place?

A    Well, again, I don't know what questions I asked to elicit the responses.  So whatever information here is information that was elicited.

How I went about that moment eliciting information, I can't tell you exactly.

Q   As you sit here today, I know it's been a while -- and as you said, you've had a lot more information to review.  As you sit here today, is it your recollection that most of the information you reviewed prior to your evaluation of Mr. Allen pertained to the psychological aspect of the tasks you were asked to do?

A   And the general psychological aspect.  I know there was a question of post-traumatic stress disorder.  I know that there was a question of abuse that was not reported in 1998 that Dr. Martell was able to elicit in 2009.  So I was aware of those type of discrepancies, and that it was my duty to get as much information from him right now even if he didn't provide it a dozen years earlier, what now he's saying about what actually occurred then.

Q   Do you know from anything you reviewed whether or not -- strike that.  Is it your understanding that child abuse, chronic frequent violent child abuse, can have life-long consequences for a person?

A   Yes.

Q   What kind of life-long consequences can it