**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BILLIE JEROME ALLEN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | **No. 4:07CV0027 ERW** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **THIS IS A CAPITAL CASE** |
| | ) | |
| **Respondent.** | ) | |

**PARTIES' MOTION FOR LEAVE TO**
**FILE AMENDED JOINT EXHIBIT LIST**

**COMES NOW** the parties and requests leave to file an Amended Joint Exhibit List and

in support states as follows:

Several additions, deletions and corrections have been made to the Parties' Joint Exhibit

List necessitating an Amended Joint Exhibit List.  The parties have endeavored to agree on a

joint exhibit list and are in agreement on the necessity of filing an amended joint exhibit list.

Accordingly, the parties seek leave to file an Amended Joint Exhibit List.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*/s/ Steven E. Holtshouser*
STEVEN E. HOLTSHOUSER, #24277
Assistant United States Attorneys
111 South 10th Street, 20th Floor
St. Louis, MO 63101
(314) 539-6894

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 1, 2012, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:

Elizabeth Unger Carlyle
P.O. Box 30418
Kansas City, MO 64112

Joseph M. Cleary
Collignon & Dietrick
310 N. Alabama, Ste. 250
Indianapolis, IN 46202

James Henry Moreno
Eric John Montroy
Assistant Federal Defenders
Capital Habeas Corpus Unit
Federal Community Defender Office for
the Eastern District of Pennsylvania
Suite 545 West - The Curtis Center
Philadelphia, PA 19106

*/s/ Steven E. Holtshouser*
STEVEN E. HOLTSHOUSER, #24277