UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )
        Plaintiff,                  )
                                    )
    vs.                             )        Case No. 4:07-cv-00027 ERW
                                    )
BILLIE JEROME ALLEN,                )
                                    )
        Defendant.                  )

## EXHIBIT RECEIPT

I have this date received the original of Document # 196 containing one compact disc

from this Sealed case file from the Clerk's Office.

_____
Attorney/Representative For the Government

DATE: