## COURTROOM MINUTE SHEET

CAUSE NO. ___4:07CV27 ERW___     DATE: _6/4/2012_

JUDGE: ___E. Richard Webber___

COURT REPORTER: _D. Kriegshauser_

DEPUTY CLERK: _M. Berg_

### Billy Jerome Allen
#### vs.
#### United States of America

ATTY(s)FOR PLTF _E.Carlyle, J.Cleary, T.Kane, E. Montroy and J. Moreno_

ATTY(S)FOR DEFT _S. Holtshauser and C. Costantin_

PARTIES PRESENT FOR: _Evidentiary Hearing (Day One). Opening statements made_

_by Petitioner and Respondent.  Testimony heard. Hearing to continue on Tuesday,_

_June 5, 2012, at 8:30 a.m._

COURTROOM TIME: __9:15 a.m. - 11:55 a.m. (lunch) 1:05 p.m. - 5:00 p.m__