IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BILLIE J. ALLEN,                          )
                                          )
                  Movant,                 )
                                          )
        v.                                )     No. 4:07 CV 27 ERW
                                          )
UNITED STATES OF AMERICA,                 )
                                          )
                  Respondent.             )

PARTIES' AMENDED JOINT EXHIBIT LIST

        Come now the parties and file the attached joint exhibit list.   The parties stipulate and

agree that the exhibits described herein may be admitted into evidence for the purpose of the

Section 2255 hearing without objection as to authenticity.   The parties also agree that electronic

versions of admitted exhibits may be published to the Court at any time, but hard copies of exhibits

will be available in the courtroom if needed.   The descriptions of each exhibit as set forth in this

list are not intended by the parties to admit or adopt any inferences with regard to an exhibit's

meaning, import, or relevance.   Each party reserves the right to object to any exhibit offered by

another party for any reason other than lack of authenticity, including but not limited to under Rule

401 (relevance) and/or Rule 403 (prejudice versus probative value).   Each party reserves the right

to offer additional exhibits not listed below for good cause shown.


                              Respectfully submitted,

                              RICHARD G. CALLAHAN.
                              United States Attorney General

                              STEVEN E. HOLTSHOUSER, #24277
                              United States Attorney

                                      1

111  South 10th Street, Room 20.333
St. Louis, Missouri  63102
Telephone:  (314) 539-2200


CERTIFICATE OF SERVICE


I hereby certify that on May 18, 2012, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.


s/*Steven E. Holtshouser*
STEVEN E. HOLTSHOUSER
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BILLIE J. ALLEN, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | )    No. 4:10-CR2288 CDP |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## AMENDED JOINT EXHIBIT LIST

| EX # | DATE | DESCRIPTION | OTHER | |
|---|---|---|---|---|
| | | **1.  CRIMINAL TRIAL COURT FILE (1-99)** | | |
| 1 | 3-19-97 | Allen Financial Affidavit | (Doc. 6) | |
| 2 | 4-15-97 | Allen letters to Magistrate Thomas C. Mummert with attachments | (Doc. 15) | |
| 3 | 4-28-97 | Landolt Letter to Sindel | (Doc. 48) | |
| 4 | 7-1-97 | Allen letter to Magistrate Thomas C. Mummert | (Doc. 95) | |
| 5 | 7-2-97 | Allen letter to Magistrate Thomas C. Mummert | (Doc. 96) | |
| 6 | 7-1-97 | Landolt Letter to Sindel re: Schedule CCRC Meeting | (Doc.99) | |
| 7 | 7-2-97 | Denial of Motion For New Counsel | (Doc. 98) | |
| 8 | 7-7-97 | Allen letter to Magistrate Thomas C. Mummert | (Doc. 100) | |
| 9 | 7-3-97 | Sindel Letter to Landolt re:   CCRC Date | (Doc. 102) | |
| 10 | 7-14-97 | Allen STA Waiver | (Doc. 108) | |
| 11 | 7-15-97 | Sindel Application for Investigator | (Doc. 112) | |
| 12 | 7-15-97 | Alibi Notice to Court | (Doc. 114) | |
| 13 | 8-18-97 | Order – Sindel Compensation | (Doc. 134) | |

1

| EX # | DATE | DESCRIPTION | OTHER | |
|------|------|-------------|-------|---|
| 14 | 4-97 thru 8-97 | Caspari CJA | (Doc. 270) | |
| 15 | 4-97 thru 8-97 | Sindel CJA submission with detail | (Doc. 437) | |
| 16 | 9-16-97 | Sindel CJA 30 Payment Authorized | (Doc. 190) | |
| 17 | 9-17-97 | Motion for 2nd Counsel (Granted) | (Doc. 149) | |
| 18 | 9-24-97 | Casperi Claim For Compensation | (Doc. 174) | |
| 19 | 10-3-97 | Trial Schedule Order | (Doc. 157) | |
| 20 | 10-9-97 | Gov. Elects Allen First For Trial | (Doc. 159) | |
| 21 | 10-15-97 | Order For 2-9-98 Trial | (Doc. 162) | |
| 22 | 10-20-97 | Allen Motion For Sent. Discovery | (Doc. 165) | |
| 23 | 9-97 thru 11-97 | Sindel CJA | (Doc. 521) | |
| 24 | 12-12-97 | CJA 30 For Sindel ((-1-97 to 11-30-97) | (Doc. 270) | |
| 25 | 1-6-98 | Anonymous Letter to Court re: BA not guilty | (Doc. 199) | |
| 26 | 1-9-98 | Order for Cuneo Contact Visit on 1-16-98 | (Doc. 200) | |
| 27 | 1-13-98 | Government's . Motion for Notice of Mental Health Expert | (Doc. 207) | |
| 28 | 1-16-98 | Application for Expert Services | (Doc. 210) | |
| 29 | 1-16-98 | Court Order Replacing Haney with Randall | (Doc. 211) | |
| 30 | 1-17-98 | Order Randall Contact Visit | (Doc. 209) | |
| 31 | 1-23-98 | Sindel Request for 30 Subpeonas | (Doc. 216) | |
| 32 | 1-29-98 | Motion for Continuance | (Doc. 227) | |
| 33 | 1-30-98 | Landolt Letter to Sindel re contacts with West & Moore | (Doc. 222) | |
| 34 | 1-30-98 | Subpoenas – Out-of-Town Witnesses | (Doc. 229) | |
| 35 | 1-30-98 | Randall Affidavit | (Doc. 226) | |
| 36 | 1-30-98 | Transcript of Hearing on Motion to Continue | (Doc. 465) | |
| 37 | 2-4-98 | Government's Motion for Cuneo Report | (Doc. 244) | |
| 38 | 2-5-98 | Order re Simon Housing | (Doc. 245) | |

2

| EX # | DATE | DESCRIPTION | OTHER | |
|---|---|---|---|---|
| 39 | 2-6-98 | Government's Motion for Psych Exam of Allen | (Doc. 250) | |
| 40 | 2-6-98 | Motion for Dr. Gelbort to Test Allen | (Doc. 258) | |
| 41 | 2-6-98 | Order re MRI & Neuropsychologist | (Doc. 260) | |
| 42 | 2-6-98 | Allen Notice of Experts | (Doc. 253) | |
| 43 | 2-6-98 | Court Notes re Hearing on Psych Exam, MRI, reports | (Doc. 262) | |
| 43A | 2-6-98 | Transcript of Pre-Trial Proceedings | | |
| 44 | 2-12-98 | Order for Cuneo and Gelbort Reports/Tests | (Doc. 273) | |
| 45 | 2-13-98 | Motion for Protective Order re Psych Test Results (Firewarll) | (Doc. 276) | |
| 46 | 2-16-98 | Transcript of Dr. Yutzy Examination of Allen | (Doc. 321) | |
| 46A | 2-16-98 | CD copy of Dr. Yutzy Examination of Allen | PHYSICAL | |
| 47 | 2-18-98 | Sealing of Yutzy Tapes | (Doc. 279) | |
| 48 | 2-18-98 | Randall Application for More Money | (Doc. 280) | |
| 49 | 2-20-98 | Motion for Cuneo Contact Visit 2-22-98 | (Doc. 293) | |
| 50 | 2-20-98 | Motion to Modify Psych Testing Order | (Doc. 294) | |
| 51 | 2-24-98 | Government's Motion to Compel Randall info give to Cuneo | (Doc. 301) | |
| 52 | 2-24-98 | Order: Produce Randall Memos given to Cuneo/Gelbort | (Doc. 302) | |
| 53 | 12/97 – 2/98 | Caspari CJA | (Doc. 439) | |
| 54 | 1/98 – 3/98 | Randall CJA | (Doc. 190) | |
| 55 | 1/98 – 3/98 | Cuneo CJA | (Doc. 174) | |
| 56 | 3-9-98 | Allen Jury Instructions | | |
| 57 | 3-10-98 | Special Verdict Form (Count I) | (Doc. 344) | |
| 58 | 3-10-98 | Special Verdict Form (Count II) | (Doc. 345) | |
| 59 | 4-1-98 | CJA 31 For Cuneo | (Doc. 437) | |
| 60 | 4-1-98 | CJA 31 Caspari 12-1-97 to 2-26-98 | (Doc. 439) | |
| 61 | 4-15-98 | David Randall 11-1-98 to 3-10-98s signed payment authorization | (Doc. 470) | |

3

| EX # | DATE | DESCRIPTION | OTHER | |
|---|---|---|---|---|
| 62 | 4-15-98 | CJA 31 For Lit. Consultants, Inc. | (Doc. 441) | |
| 63 | 4-30-98 | Juanita Letter to Judge Webber (7-6-98) | (Doc. 448) | |
| 64 | 5-18-98 | Motion for New Trial | (Doc. 421) | |
| 65 | 6-8-98 | Government's Motion to Correct Sentence | (Doc. 425) | |
| 65A | 6-8-98 | Defense Response to Gov Motion to Correct Sentence | (Doc. 428) | |
| 66 | 6-11-98 | J&C Order | (Doc. 431) | |
| 67 | 6-15-98 | Special Order of Visitation | (Doc. 435) | |
| 68 | 12/97 – 6/98 | Simon CJA Application with detail | (Doc. 549) | |
| 69 | 12/97-6/98 | Sindel CJA Application with detail | (Doc. 470) | |
| 70 | 7-14-98 | 8th Cir. Letter re Allen Motion for Appt. of Counsel | (Doc 452) | |
| 71 | 8-6-98 | Simon CJA Payment Authorization | (Doc. 549) | |
| 72 | 7-25-05 | Allen Letter to Court re Records | (Doc. 652) | |
| 73 | 10-30-05 | Allen Letter Motion for Discovery | (Doc. 654) | |
| 74 | 2-12-06 | Allen Letter Motion for Discovery | (Doc. 658) | |
| 75 | 12-15-06 | Allen (by Simon) Motion to Appoint Counsel | (Doc. 661) | |
| **2. CRIMINAL TRIAL DISCOVERY (100-149)** | | | | |
| 100 | 3-20-97 | FBI Teletype re Statements by Allen | CrimEv-00001-00005 | |
| 101 | 2-8-98 | Neuropsychological Evaluation of Michael Gelbort, Ph.D. | | |
| 102 | | Dr. Gelbort Testing Data | | |
| 103 | 2-16-98 | Psychological Report of Daniel Cuneo, Ph.D. | | |
| 104 | 2-7-98 | Dr. Cuneo Testing Data | | |
| 105 | 3-2-98 | Psychiatric Report of Sean Yutzy, M.D. | | |
| 106 | | St. Louis Children's Hospital Records | Gov Ex 102 | |
| 107 | | St. Louis City Hospital Records and Sindel Cover Letter | | |

4

| EX # | DATE | DESCRIPTION | OTHER | |
|------|------|-------------|-------|---|
| 108 | | St. Louis City School Records | Def Ex 18 | |
| 109 | | Clayton School Records | Def Ex 5 | |
| 110 | 12-16-93 | SLPD Report re Homicide of Dennis Noble | | |
| 111 | 10-20-94 | SLPD Report re Loitering Arrest | | |
| 112 | 4/9/95 to 4/10/95 | SLPD Report re Auto Theft | | |
| 113 | 5-3/95 | SLPD Report re Marquis Taylor Homicide | | |
| 114 | 10-1-95 | SLPD Report re Tampering Arrest | | |
| 115 | 2-2-96 | Sandy Sullivan – Allen quit Chemisco job 1996 | | |
| 116 | 5-19-96 | SLPD Report re Missing Person | | |
| 117 | 1-9-97 | SL PD Report re Shooting at 4535 Cote Brilliante | | |
| 118 | 1-20-97 | SLPD Report re Missing Person | | |
| 119 | 2-11-97 | Metropolitan St. Louis Psychiatric Center Records | Gov Ex 105/Def Ex 4 | |
| 120 | | Franklin County Jail Visitor Log | BA 5051 | |
| 121 | | Franklin County Jail Medical Records 1997 | | |
| 122 | | Boy Scouts of America Records | BA 3731 | |
| 123 | | St. Louis City School Discipline Records | BA 4683-4684 BA 4688 BA 4690 BA 4692-4693 BA 4697-4698 BA 4700 | |
| 124 A | | Martha Burns (Memo from Sindel; Gov notes) | | |
| 124B | 2-12-98 | Printiss Church | | |
| 124C | | Susan Duke | | |

5

| EX # | DATE | DESCRIPTION | OTHER | |
|------|------|-------------|-------|--|
| 124D | | Joyce Eaton | | |
| 124E | | Ann Edmunds | | |
| 124F | | John Lents | | |
| 124G | | Claude McLemore | | |
| | | | | |
| 124H | | Collette McLemore | | |
| 124I | | Ahmed Oliver | | |
| 124J | | Beverly Oliver | | |
| 124K | | Melissa Petty | | |
| 124L | | Otha Petty, Jr. | | |
| 124 M | | Stephanie Stock | | |
| 124N | | Luveetra Taylor | | |
| 124O | | Shimeka Taylor | | |
| 124P | | Tasha Valentine | | |
| 125 | | Boykin WP 302 | | |
| 126 | | Chowning 302 | | |
| 127 | | Church, Prentiss 302 | | |
| 128 | | Grant, Johnny 302 | | |
| 129 | | Graue, Jeff Memo | | |
| 130 | | Midgett, Shawn Lamar 302 | | |
| 131 | | Neals, Marvin 302 | | |
| 132 | | Sams, Arnold 302 | | |
| 133 | | Taylor, Eric 302 | | |
| 134 | | Walls, Lawrence 302 | | |
| 135 | 6-2-97 | Chowning Interview | | |
| 136 | 6-9-97 | Harris, Bobby Interview | | |

6

| EX # | DATE | DESCRIPTION | OTHER | |
|------|------|-------------|-------|--|
| 137 | | Ingle, George Interview | | |
| 138 | | Moore, Sam Interview | | |
| 139 | 6-9-97 | Norman, Bruce Interview | | |
| 140 | | Petty, Jr. Interview | | |
| 141 | | Petty, Raymond Interview | | |
| 142 | | Taylor, Eric Interview | | |
| 143 | | Taylor, Luveetra Interview | | |
| 144 | 2-6-98 | Valentine, LaTasha Interview | | |
| 145 | 1-29-98 | West, Michael Interview | | |
| 146 | 2-6-98 | Williams, Lakeshia Interview | | |
| | | | | |
| **3. CRIMINAL TRIAL EXHIBITS (150-174)** | | | | |
| 150 | | (deleted) | | |
| 151 | | (deleted) | | |
| 152 | | (deleted) | | |
| 153 | | (deleted) | | |
| 154 | | Letter re Special School District | Def 19 | |
| 155 | | CV of Michael Gelbort, Ph.D. | Def 20 | |
| 156 | | CV of Daniel Cuneo, Ph.D. | Def 21 | |
| 157 | | Michael Gelbort: Halstead Category Test | Gov 94 | |
| 158 | | Michael Gelbort: Trails A | Gov 95 | |
| 159 | | Michael Gelbort: Trails B | Gov 96 | |
| 160 | | CV of Sean Yutzy, M.D. | Gov 98 | |
| 161 | | CV of Richard Wetzel, Ph.D. | Gov 99 (BA 2409-2426) | |
| 162 | | HRB Norms – Raw Score Transformations | Gov 100 | |

7

| EX # | DATE | DESCRIPTION | OTHER | |
|---|---|---|---|---|
| 163 | | Unedited out of Heaton's Program | Gov 101 | |
| 164 | | (deleted) | | |
| 165 | | ERB Aptitude Scores 1987, 1988, 1989, 1991 | Gov 103 | |
| 166 | | Category Test Booklet | Gov 104 | |
| 167 | | Allen letter to J Grant 1 | Gov 82A | |
| 168 | | Allen letter to J Grant 2 | Gov 82B | |
| 169 | | Allen letter to J Grant 3 | Gov 82C | |
| 170 | | Allen letter to J Grant 4 | Gov 82D | |
| **4. CRIMINAL TRIAL TRANSCRIPT EXCERPTS (175-249)** | | | | |
| 175 | 2-25-98 | Grant, Johnnie – Trial – Guilt Phase | 10-254 – 10-308 | |
| 176 | 3-2-98/3-3-98 | Grant, Johnnie - Trial | 214-307; 4-32 | |
| 177 | | (deleted) | | |
| 178 | 3-3-98 | Ruffin, Debrah   - Trial | 36-74 | |
| 179 | 3-3-98 | Lents, John - Trial | 74-116 | |
| 180 | 3-3-98 | Edmonds, Ann - Trial | 116-127 | |
| 181 | 3-3-98 | Jones, Tyrone - Trial | 128-136 | |
| 182 | 3-3-98 | Petty, Melissa - Trial | 136-155 | |
| 183 | 3-3-98 | McLemore, Claude - Trial | 155-179 | |
| 184 | 3-3-98 | Duke, Susan - Trial | 179-197 | |
| 185 | 3-3-98 | Petty, Jr., Otha - Trial | 179-211 | |
| 186 | 3-3-98 | Oliver, Beverly - Trial | 211-232 | |
| 187 | 3-3-98 | Oliver, Ahmed   - Trial | 232-262 | |
| 188 | 3-3-98 | McLemore, Lucy - Trial | 263-285 | |
| 189 | 3-3-98 | Eaton, Tracy Joyce - Trial | 285-309 | |
| 190 | 3-4-98 | Valentine, Latasha - Trial | 3-59 | |

| EX # | DATE | DESCRIPTION | OTHER | |
|------|------|-------------|-------|---|
| 191 | 3-4-98 | Burns, Martha - Trial | 59-87 | |
| 192 | 3-4-98 | Walls, Lawrence - Trial | 88-95 | |
| 193 | 3-4-98 | Neals, Marvin - Trial | 95-105 | |
| 194 | 3-4-98 | Stock, Stephanie - Trial | 106-125 | |
| 195 | 3-4-98 | Taylor, Shimeka - Trial | 126-150 | |
| 196 | 3-4-98 | Allen, Yvette - Trial | 151-164 | |
| 197 | 3-4-98 | Allen, Angela - Trial | 165-180 | |
| 198 | 3-4-98 | Petty, Nicole - Trial | 180-199 | |
| 199 | 3-4-98 | Taylor, Eric - Trial | 200-252 | |
| 200 | 3-4-98 | McLemore, Colette - Trial | 252-263 | |
| 201 | 3-4-98 | Ellis, Julie - Trial | 264-282 | |
| 202 | 3-4-98 | Harris, Nancy - Trial | 282-294 | |
| 203 | 3-4-98 | Petty, Monette - Trial | 294-302 | |
| 204 | 3-4-98 | McLemore, Erica - Trial | 303-310 | |
| 205 | 3-5-98 | Ingle, George - Trial | 17-2 - 17-15 | |
| 206 | 3-5-98 | Vanecek, Russell - Trial | 17-16 – 17-23 | |
| 207 | 3-5-98 | Gelbort, Michael - Trial | 17-23 – 17-200 | |
| 208 | 3-5-98 | Cuneo, Daniel - Trial | 17-200 - 17-349 | |
| 209 | 3-5-98 | Moore, Samuel - Trial | 17-350 – 17-364 | |
| 210 | 3-5-98 | Taylor, Luvetta - Trial | 17-364 - 17-385 | |
| 211 | 3-5-98 | Murrell, Barbara - Trial | 17-386 – 17-406 | |
| 212 | 3-6-98 AM | Petty, Raymond, Jr. - Trial | 18-2 – 18-12 | |
| 213 | 3-6-98 AM | Petty, Raymond, Sr. - Trial | 18-12 - 18-46 | |

9

| EX # | DATE | DESCRIPTION | OTHER | |
|---|---|---|---|---|
| 214 | 3-6-98 | Yutzy, Sean - Trial | 18-58  -  18-89; 18a-1 – 18a-90 | |
| 215 | | (deleted) | | |
| 216 | 3-6-98 | Wetzel, Richard - Trial | 18a-91 – 18a-126; 18b-2 – 18b-17 | |
| 217 | | (deleted) | | |
| 218 | 3-9-98 | Closing Argument Transcript | | |
| 219 | | Woodard, Byron | 14-165 – 14-213 | |
| | | | | |
| **5.  HABEAS COURT FILE (250-299)** | | | | |
| 250 | | Declaration by Richard H. Sindel, Esq. | Ex. 11 to Traverse | |
| 251 | | Declaration by John W. Simon, Esq. | Ex. 12 to Traverse | |
| 252 | | North St. Louis Neighborhood Analysis by Dr. Colin Gordon, Ph.D. | Ex. 13 to Traverse | |
| 253 | | Declaration of Colin Gordon, Ph.D. | Ex. 18 to Traverse | |
| 254 | | Declaration of David Randall, Ph.D. | Ex. 19 to Traverse | |
| 255 | | Declaration of Pablo Stewart, M.D. | Ex. 20 to Traverse | |
| 256 | | Report by Daniel Martell, Ph.D. | Ex. 21 to Traverse | |
| 257 | | Declaration of Daniel Cuneo, Ph.D. | Ex. 22 to Traverse | |
| 258 | | Declaration of Juanita Petty Allen | Ex. 23 to Traverse | |
| 259 | | Declaration of Nicole Petty | Ex. 24 to Traverse | |
| 260 | | Declaration of Angela Allen | Ex. 25 to Traverse | |

| EX # | DATE | DESCRIPTION | OTHER | |
|---|---|---|---|---|
| 261 | | Declaration of Billy Wayne Allen | Ex. 26 to Traverse | |
| 262 | | Declaration of Raymond Petty | Ex. 27 to Traverse | |
| 263 | | Declaration of Cathy Toliver | Ex. 28 to Traverse | |
| 264 | | Declaration of Brady Toliver | Ex. 29 to Traverse | |
| 265 | | Declaration of Samuel Moore | Ex. 30 to Traverse | |
| 266 | | Declaration of Johnnie Grant | Ex. 31 to Traverse | |
| 267 | | Declaration of Shirlene Grant | Ex. 32 to Traverse | |
| 268 | | Declaration of Ahmed Oliver | Ex. 33 to Traverse | |
| 269 | | Declaration of Claude McLemore | Ex. 34 to Traverse | |
| 270 | | Declaration of Antonio Rycraw | Ex. 35 to Traverse | |
| 271 | | Declaration of Tyrone Jones | Ex. 36 to Traverse | |
| 272 | | Declaration of Darletta Tabb | Ex. 37 to Traverse | |
| 273 | | Declaration of Tracy Joyce Eaton | Ex. 38 to Traverse | |
| 274 | | Declaration of Connie Supranowich | Ex. 40 to Traverse | |
| 275 | 12-10-07 | 1st Petition – Issue I | | |
| 276 | 2-11-08 | 2d Petition – Issue J | | |
| 277 | 8-14-09 | Allen Traverse to Government's Resp. | | |
| 278 | | Government's Resp to Traverse | | |
| **6. HABEAS DISCOVERY (300-524)** | | | | |
| 300 | 4-10-97 | Sindel Letter to Billie Allen | BA 2567 | |
| 301 | 4-16-97 | Transcript of Sindel interview with Juanita Allen | BA 3805-3815 | |

11

| EX # | DATE | DESCRIPTION | OTHER | |
|------|------|-------------|-------|---|
| 302 | 4-17-97 | Sindel Letter to Billie Allen | BA 2563-2564 | |
| 303 | | Simon's Life History of Billie Allen | BA 1377-1390 416-429 | |
| 304 | | Handwritten autobiography of Billie Allen | BA 3458-3461 | |
| 305 | 4-17-97 | Sindel Letter to Juanita Allen | BA 2566 | |
| 305A | 4-22-97 | Royce Caldwell letter re Billie Allen | BA 3834 | |
| 306 | 4-25-97 | Sindel Letter to Juanita Allen | BA 2559 | |
| 307 | 4-30-97 | Sindel Letter to Juanita Allen | BA 2554 | |
| 308 | 5-7-97 | Rick Sindel Witness List Memo | BA 2551 | |
| 309 | 5-7-97 | Sindel Letter to Juanita Allen | BA 2550 | |
| 310 | 5-28-97 | Caspari memo to file | BA 2544 | |
| 311 | 6-19-97 | Letter from Sindel to DOJ | BA 2537 | |
| 312 | 7-14-97 | Sindel memo to file | BA 2530 | |
| 313 | 9-3-97 | Resource Counsel fax, Bruck and McNally to Sindel re: "Killer B's" | BA 374 | |
| 314 | 9-11-97 | Caspari Letter to Cuneo re: Police Report | BA 2526 | |
| 315 | 10-1-97 | Letter from Sindel to Simon | BA2525 | |
| 316 | 10-1-97 | Caspari Letter to Haney re: SLPD Report | BA 334; 2424 | |
| 317 | 9-97 thru 10-97 | Caspari Time Records | BA 2737-2740 | |
| 318 | 11-4-97 | Caspari Memo To Sindel | BA 2311; 3723 | |
| 319 | 11-5-97 | Simon Notes of Allen Interview | BA 3724-3727 | |
| 320 | 11-25-97 | Haney Letter to Caspari | BA 2523 | |
| 321 | 11-26-97 | Caspari Letter to Haney re: Docs and Waiting on 3 Things | BA 335; 2516 | |
| 322 | 11-97 | Caspari Time Record | BA 2741 | |

12

| EX # | DATE | DESCRIPTION | OTHER | |
|---|---|---|---|---|
| 323 | 12-5-97 | Caspari Letter to Haney re: BA "Biography" | BA 336 | |
| 324 | 1-4-98 | "Nancy" Memo to Caspari re: Review of Medical Records | BA 1490-1500 | |
| 325 | 1-9-98 | Letter from Simon to Sindel | BA 73-75; 3802-3804 | |
| 326 | 1-12-98 | Letter and records from Boy Scouts to Sindel | BA679-89 BA3731-41 | |
| 327 | 1-12-98 | Letter from Sindel to Haney | BA 2510 | |
| 328 | 1-12-98 | Fax:   Caspari to Simon | BA 76 | |
| 329 | 1-12-98 | Caspari Memo to "Chris" re: William Storer | BA 2596 | |
| 330 | 1-13-98 | Haney Letter to Sindel, with cover sheet and attachments | BA 336 329-333; 2505-2508 | |
| 331 | 1-13-98 | Caspari Memo to Sindel re: BA says named guards like him | BA 4341 BA 434 | |
| 332 | 1-13-98 | Caspari Memo to Sindel re: BA "inability to tell truth" | BA 2459 | |
| 333 | 1-14-98 | Caspari Letter to Wherenberg re: "Set It Off" | BA 2504 | |
| 334 | 1-14-98 | Caspari Fax to Simon re: Haney Correspondence | BA 329-336 | |
| 335 | 1-16-98 | Caspari fax to Randall re Phone Numbers of JA and Otha, Simon life history with notes | BA 415-429; 664-678 | |
| 336 | 1-16-98 | Randall fax to Sindel re coming down tomorrow and meet | BA 439 | |
| 337 | 1-16-98 | Randall fax toSindel re coming and successful outcome | BA 436 | |
| 338 | 1-17-98 | Notes of Billie Allen Interview By Randall | BA 2106-2115 | |
| 339 | 1-17-98 | Randall Letter to Sindel re covered by priv | BA 437 | |
| 340 | 1-19-98 | Randall fax to Simon re plan | BA 2117 | |
| 341 | 1-19-98 | Randall fax to Caspari/Sindel re interview family | BA 354; 2120 | |
| 342 | 1-19-98 | Randall fax to Sindel re Keisman closing 9 pages | BA 353 | |
| 343 | 1-20-98 | Simon Letter to Sindel re entry of Randall | BA 533-535; 2496-2498 | |

13

| EX # | DATE | DESCRIPTION | OTHER | |
|---|---|---|---|---|
| 344 | 1-20-98 | Randall fax to Sindel re need court order for BA visits, family Cuneo | BA 357 | |
| 345 | 1-20-98 | Draft continuance motion excerpt / fax and email from Simon to Sindel | BA268-274 | |
| 346 | 1-23-98 | Randall fax to Simon re not coming until Tuesday?  Interview folks | BA 358 | |
| 347 | 1-23-98 | Sindel Letter to Randall re Social History Investigation | BA 360 | |
| 348 | 1-23-98 | Randall contact visit court order by TCM | BA 362 | |
| 349 | 1-24-98 | Randall air tickets to St. Louis Sat-Sun | BA 355-356 | |
| 350 | 1-26-98 | Caspari Letter to Randall enclosing 4 items for penalty phase | BA532 | |
| 351 | 4-2-98 | Letter from Caspari to Randall | BA368 BA2144 | |
| 352 | 1-27-98 | Simon Letter to Sindel/Caspari | BA 528-530; 2491-2493 | |
| 353 | 1-28-98 | Simon fax re draft of cont motion to Sindel | BA337-343 | |
| 354 | 1-28-98 | Caspari fax to Simon re draft on cont. motion | BA 263-264 | |
| 355 | 1-30-98 | Court order funding for Randall as mitigation expert | BA 384 | |
| 356 | 1-30-98 | Randall Letter to Teachers re goal is to avoid death | BA 373 | |
| 357 | 1-30-98 | Simon/Randall Meeting Notes | BA 2149-2150 | |
| 358 | 1-30-98 | Witness Contact List | BA 3766-3772 | |
| 359 | 2-2-98 | Randall Letter to Board of Education re working with public defender | BA 448 | |
| 360 | 2-2-98 | Randall Letter to Clayton Schools and what he needs | BA 449-450 | |
| 361 | 2-2-98 | Randall fax to Sindel re Rackers, Cuneo | BA 447 | |
| 362 | 2-2-98 | Randall fax to Sindel to recommend Gelbort | BA 453; 1811 | |
| 363 | 2-3-98 | Caspari – Letter to Cuneo re MMPI test for BA | BA 2484 | |
| 364 | 2-3-98 | Randall fax with note Stephanie Stock re finding teachers | BA 475 | |
| 365 | 2-4-98 | Randall fax to Caspari re Simon fax | BA 562 | |
| 366 | 2-4-98 | Randall memo to Simon re need neuropsych due to 5 events | BA 490; 563; | |

14

| EX # | DATE | DESCRIPTION | OTHER | |
|------|------|-------------|-------|--|
| | | | 1945 | |
| 367 | 2-6-98 | Randall fax to Caspari and Sindel | BA 496;1951 | |
| 368 | 2-6-98 | Randall fax to Simon re Randall declaration for more experts and hearing | BA 404-411 | |
| 369 | 2-6-98 | Randall fax to Sindel re Mitigation Meeting with Counsel, Cuneo and Gelbort | BA 508; 1963 | |
| 370 | 2-7-98 | Simon fax to Kim at Radiology re Billie Allen MRI | BA 2902 | |
| 371 | | Note to Simon re cost of PET scan | BA 143 | |
| 372 | 2-8-98 | Gelbort notes of examination of Allen | BA 2831-2834 | |
| 373 | 2-13-98 | Randall fax of declaration to Murrell that he wrote | BA 515 | |
| 374 | 2-13-98 | Murrell declaration due to Vietnam trip | BA 401-403 | |
| 375 | 2-13-98 | Randall fax to Gelbort re 8 pages of FBI info | BA 510 | |
| 376 | 2-14-98 | Randall fax to Sindel re Gelbort and Cuneo meeting | BA 346 | |
| 377 | 2-14-98 | Randall fax to Sindel | BA2019-2020 | |
| 378 | 2-14-98 | Notes of phone call from Sindel and Sindel to Cuneo | BA 2890-2893 | |
| 379 | 2-15-98 | Simon Letter to Gelbort | BA 2899; 2901 | |
| 380 | 2-17-98 | SSD Letter to Randall re no evaluation | BA 347 | |
| 381 | 2-20-98 | Randall fax to Sindel re witness prep times and Saylor closing | BA 348-352 | |
| 382 | 2-20-98 | Gelbort notes and raw data faxed to Sindel 2-20-08 | BA 430-431 | |
| 383 | 2-21-98 | Witness Interview Schedule | BA 2071-2072 | |
| 384 | 2-22-98 | Notes of Billie Allen Interview (Cuneo) | BA 1798-1804 | |
| 385 | 2-24-98 | Handwritten interview schedule | BA2083 | |
| 386 | 3-3-98 | Witness List | BA 4380-4383; 4339-4340; 3030-3031 | |

15

| EX # | DATE | DESCRIPTION | OTHER | |
|------|------|-------------|-------|---|
| 387 | 3-6-98 | Release of information authorization re Christopher Wuertz, M.D. | BA 894 | |
| 388 | 3-6-98 | Randall fax to Dr. Wuertz re 2-11-97 evaluation of BA and Yutzy report | BA 399-400 | |
| 389 | 3-8-98 | Randall Outline of closing for Sindel | BA 412-414 | |
| 390 | 3-16-98 | Litigation Consultants, Inc. Invoice | BA 2695-2700 | |
| 391 | 3-18-98 | Caspari Letters to Cuneo, Gelbort & Murrell | BA 2477-2479 | |
| 392 | 3-24-1998 | Murrell Letter to Caspari enclosing CJA Form 31 | BA 2725 | |
| 393 | 3-30-98 | Caspari Letter to Luvreeta Taylor re Marquis docs | BA 2476 | |
| 394 | 4-13-98 | Randall letter to Sindel re final bill and final thoughts | BA 516 | |
| 395 | 6-10-98 | Sindel Letter to Allen | BA 3729 | |
| 396 | 6-17-98 | Sindel Letter to Randall re bill and new case | BA 525 2472 | |
| 397 | 8/98 – 10/98 | Caspari Time Records | BA 2575 | |
| 398 | 8-27-07 | Declaration of Richard Sindel | BA 1-3 | |
| 399 | | Handwritten defense team note re Cuneo | BA 2934 | |
| 400 | | Handwritten defense team note | BA 2401 | |
| 401 | | Pre-trial jail medical records – Part One | BA 198-262 | |
| 402 | | Pre-trial jail medical records – Part Two | BA 2481 | |
| 403 | | Pre-trial jail medical records – Part Three | BA 3372-3388 | |
| 404 | | Voir Dire notes/questions | BA 192-195 | |
| 405 | | Typed Randall interview with Angela Allen | BA_3777-3778 | |
| 406 | | Handwritten Randall interview with Angela Allen | BA 1037-1038 | |
| 407 | 4-30-98 | Sindel letter to Juanita Allen | BA 2554 | |
| 408 | 8-4-98 | Sindel letter to Juanita Allen | BA 2568 | |

16

| EX # | DATE | DESCRIPTION | OTHER | |
|------|------|-------------|-------|--|
| 409 | 4-16-97 | Transcript Sindel interview of Juanita Allen | BA 3805-3815 | |
| 410 | 1-28-98 | Randall handwritten interview notes of Juanita Allen | BA 1003-1016 | |
| 411 | | Typed interview notes of Juanita Allen | BA 3821-3824 | |
| 412 | | Handwritten interview notes of Juanita Allen | BA 3820 | |
| 413 | 2-15-98 | Handwritten interview notes of Juanita Allen | BA 1796-1797 | |
| 414 | 2-23-98 | Handwritten interview notes of Juanita Allen | BA 2931 | |
| 415 | 2-28-98 | Handwritten interview notes of Juanita Allen | BA 3068; 3087 | |
| 416 | | Witness outline of Juanita Allen | BA 3816-3819 | |
| 417 | | Handwritten interview notes of Yvette Allen | BA 3827-3828 | |
| 418 | 2-23-98 | Handwritten interview notes of Yvette Allen | BA 2932-2933 | |
| 419 | | Randall handwritten notes of Yvette Allen | BA 1021-1022 | |
| 420 | | Randall typed notes of Yvette Allen | BA 3829 | |
| 421 | 2-21-98 | Handwritten interview notes of Joyce Eaton | BA 2974-2978 | |
| 422 | | Handwritten interview notes of Joyce Eaton more | BA 2011-2017 | |
| 423 | | Handwritten interview notes of Joyce Eaton | BA 3895-3898 | |
| 424 | | Typed interview notes of Joyce Eaton | BA 1744-1745 | |
| 425 | | Typed interview notes of Joyce Eaton more | BA 3890-3894 | |
| 426 | | Typed interview notes of Claude McLemore | BA 1741-1743 | |
| 427 | | Handwritten interview notes of Claude McLemore | BA 4025-4026 | |
| 428 | | Typed interview notes of Nicole Petty | BA 4105-4106 | |
| 429 | | Handwritten interview notes of Nikki Allen | BA 3825 | |

17

| EX # | DATE | DESCRIPTION | OTHER | |
|------|------|-------------|-------|--|
| 430 | | Handwritten interview notes of Nicole Petty | BA 1017 | |
| 431 | | Handwritten interview notes of Nicole Petty more | BA 1033-1036 | |
| 432 | 2-13-98 | Handwritten interview notes of Ahmed Oliver | BA 1994-2003 | |
| 433 | | Typed interview notes of Ahmed Oliver | BA 1731-1732 | |
| 434 | | Handwritten interview notes of Beverly Oliver/Ahmed Oliver | BA 4075-4078 | |
| 435 | 1-31-98 | Handwritten interview notes of Samuel Moore | BA 2156-2163 | |
| 436 | | Typed interview notes of Samuel Moore | BA 4044-4046 | |
| 437 | | Handwritten interview notes of Samuel Moore | BA 2990-2991 | |
| 438 | | Handwritten interview notes of Samuel Moore more | BA 4041-4043 | |
| 439 | | Typed interview notes of Tyrone Jones | BA 4013-4014 | |
| 440 | | Handwritten interview notes of Eric Taylor | BA 4165-4166 | |
| 441 | 2-21-98 | Handwritten interview notes of Taylors | BA 2979-2981 | |
| 442 | 2-14-98 | Memorandum from AndyRackers to Richard Sindel re interview of Eric Taylor | BA 4163-4164 | |
| 443 | | Typed interview notes of Eric Taylor | BA 4157-4159 | |
| 444 | | Typed interview notes of Eric Taylor additional | BA 1752 | |
| 445 | 2-12-98 | Typed rough interview notes of Eric and Luvetta Taylor | BA 1988-1990 | |
| 446 | 2-11-98 | Annotated FBI 302 of interview of Eric Taylor | BA 4171-4173 | |
| 447 | 2-12-98 | Handwritten interview notes of Louvetta Taylor | BA 1983 | |
| 448 | | Typed interview notes of Luveetra Taylor | BA 4179-4182 | |
| 449 | 2-14-98 | Memorandum from Andy Rackers to Richard Sindel re interview of Luveetra Taylor | BA 4183-4184 | |
| 450 | | Handwritten interview notes of Shimeka Taylor | BA 4191-4195 | |

18

| EX # | DATE | DESCRIPTION | OTHER | |
|------|------|-------------|-------|---|
| 451 | | Handwritten interview notes of Shimeka Taylor addt. | BA 2981-2988 | |
| 452 | | Typed interview notes of Shimeka Taylor | BA 4201-4204 | |
| 453 | | Typed interview notes of Shimeka Taylor addt. | BA 1751 | |
| 454 | 1-11-98 | Handwritten interview notes of Raymond Petty | BA 3389-3392 | |
| 455 | | Letter from Raymond Petty Sr. to Billie Allen | BA 4114-4115 | |
| 456 | | Handwritten interview notes of Raymond Petty, Sr. | BA 4117-4120 | |
| 457 | | Handwritten interview notes of Raymond Petty, Sr. addt | BA 1039-1050 | |
| 458 | | Typed interview notes of Raymond Petty | BA 4121-4125 | |
| 459 | | Typed interview notes of Colette McLemore | BA 1733-1734 | |
| 460 | | Handwritten interview notes of Erica McLemore | BA 1029-1032 | |
| 461 | | Typed interview notes of Erica McLemore | BA 4032 | |
| 462 | | Handwritten interview notes of Lucy McLemore | BA 4034-4037 | |
| 463 | | Handwritten interview notes of LucyMcLemore addt | BA 1023-1028 | |
| 464 | | Typed interview notes of Lucy McLemore | BA 4038-4040 | |
| 465 | | Handwritten interview notes of Nancy Harris | BA 4008-4012 | |
| 466 | | Letter from Nancy Harris | BA 4006-4007 | |
| 467 | 2-21-98 | Handwritten interview notes of Nancy Harris | BA 2962-2965 | |
| 468 | 2-17-98 | Handwritten interview notes of Nancy Harris | BA 2040-2045 | |
| 469 | | Handwritten interview notes of Marvin Neals | BA 2095-2096 | |
| 470 | | Handwritten interview notes of Beverly Oliver | BA 4083 | |
| 471 | | Handwritten interview notes of Beverly Oliver and Ahmed Oliver | BA 4075-4078 | |

19

| EX # | DATE | DESCRIPTION | OTHER | |
|------|------|-------------|-------|---|
| 472 | | Typed interview notes of Beverly Oliver | BA 1737-1738 | |
| 473 | | Typed interview notes of Jerome Petty | BA 4097-4098 | |
| 474 | | Handwritten interview notes of Jerome Petty | BA 1057-1060 | |
| 475 | | Handwritten interview notes of Jerome Petty addt | BA 1069-1070 | |
| 476 | | Typed interview notes of Melissa Petty | BA 1760-1762 | |
| 477 | | Handwritten interview notes of Monette Petty | BA 4103-4104 | |
| 478 | 1-29-98 | Handwritten interview notes of Monette Petty | BA 1071-1075 | |
| 479 | | Typed interview notes of Monette Petty | BA 4101-4102 | |
| 480 | 2-22-98 | Handwritten interview notes of Monette Petty | BA 3286-3287 | |
| 481 | 2-24-98 | Handwritten interview notes of Otha Petty Jr   addt | BA 3054-3057 | |
| 482 | 2-24-98 | Handwritten interview notes of Otha Petty Jr. | BA 2081 | |
| 483 | | Typed interview notes of Otha Petty Jr. | BA 1748-1750 | |
| 484 | | Typed interview notes of Otha Petty Sr | BA 4113 | |
| 485 | | Handwritten interview notes of Deborah Ruffin | BA 4141-4142 | |
| 486 | | Handwritten interview notes of Deborah Ruffin second session | BA 2971-2973 | |
| 487 | 2-21-98 | Handwritten interview notes of Deborah Ruffin | BA 2945-2951 | |
| 488 | | Typed interview notes of Deborah Ruffin | BA 4137-4140 | |
| 489 | 2-21-98 | Handwritten interview notes of Deborah Ruffin addt | BA 2066-2068 | |
| 490 | 2-17-98 | Handwritten interview notes of Deborah Ruffin | BA 2046-2050 | |
| 491 | | Handwritten letter from Billie Allen to Juanita Allen 1 | BA 624-626 | |
| 492 | | Handwritten letter from Billie Allen to Juanita Allen 2 | BA 627-628 | |

20

| EX # | DATE | DESCRIPTION | OTHER | |
|------|------|-------------|-------|---|
| 493 | | Handwritten letter from Billie Allen to Juanita Allen 3 | BA 629-631 | |
| 494 | | Handwritten letter from Billie Allen to Juanita Allen 4 | BA 632-633 | |
| 495 | | Handwritten letter from Billie Allen to Juanita Allen 5 | BA 634 | |
| 496 | | Notes of Meeting of Cuneo, Simon and Sindel | BA 2217-2219 | |
| 497 | 1-1-98 to 3-31-98 | Simon monthly calendar | | |
| 498 | 10-5-97 to 6-14-98 | Simon Out of Court HourlyWorksheet (CJA 30) | BA 9-35 | |
| 499 | | Simon handwritten notes | BA 2888-2889; 2910 - 2930; 2934-3029; 3032-3034; 3049-3062; 3068-3301; 5464-5555 | |
| 500 | | Transcribed Simon notes | 4-95 | |
| 501 | 1-16-98 | Cuneo Notes of Allen Interview | BA1784-1789 | |
| 502 | | Closing Ideas | BA 1824-1826 | |
| 503 | | Typed Interview Notes of Carol Petty | BA 4088-4089 | |
| 504 | | Typed Interview Notes of Byron Woodward | BA 4215-4216 | |
| 505 | | Factors that affected Billie's Life | BA 1827 | |
| 506 | | Direct Exam outline of Raymond Petty | BA 984-988 | |
| 507 | | Direct Exam outline of Raymond Petty with notes | BA 979-983 | |
| | | **7. HABEAS DEPOSITIONS (525-549)** | | |
| 525 | 11-16-11 | Deposition transcript for Connie Supranowich | | |
| 526 | 11-17-11 | Deposition transcript for Cathy Toliver | | |

21

| EX # | DATE | DESCRIPTION | OTHER | |
|------|------|-------------|-------|---|
| 527 | 11-17-11 | Deposition transcript for Claude McLemore | | |
| 528 | 11-18-11 | Deposition transcript for Billy Wayne Allen | | |
| 529 | 11-18-11 | Deposition transcript for Juanita Allen | | |
| 530 | 12-1-11 | Deposition transcript for Pablo Stewart, M.D. | | |
| 531 | 12-2-11 | Deposition transcript for Daniel Martell, Ph.D. | | |
| 532 | 1-5-12 | Deposition transcript for David Randall, Ph.D. | | |
| 533 | 1-11-12 | Deposition transcript for John Simon, Esq. | | |
| 534 | 1- 25-12 | Deposition transcript for Richard Sindel, Esq. | | |
| 535 | 5-3-12 | Deposition transcript for Richard Wetzel, Ph.D. | | |
| 536 | 5-3-12 | Deposition transcript for Brady Toliver | | |
| 537 | 5-4-12 | Deposition transcript for Galit Askenazi, Ph.D. | | |
| 538 | 5-7-12 | Deposition transcript for Sean Yutzy, M.D | | |
| 539 | 5-8-12 | Deposition transcript for Billie Jerome Allen | | |
| **8. HABEAS EXPERT MATERIALS (550-599)** | | | | |
| 550 | | Background materials provided to Drs. Cuneo, Stewart, and Martell | BA4724-5460 | |
| 551 | | Background materials provided to Colin Gordon, Ph.D. | BA5461-5956 | |
| 552 | | Colin Gordon, Ph.D. CV | | |
| 553 | 9-2-11 | Letter to Dr. Askenazi re Review of Materials | | |
| 554 | 10-24-11 | Dr. Askenazi Report | | |
| 554A | | Dr. Askenazi Notes of Examination of Billie Allen | | |
| 554B | | Dr. Askenazi Testing Data | | |
| 555 | | Dr. Askenazi CV | | |
| 556 | | Dr. Askenazi Powerpoint Analysis of Testing Data | | |
| 557 | | Dr. Askenazi – Excerpts from CVLT-II Testing Norms | | |
| 558 | | Dr. Askenazi – Excerpts from Comprehensive Norms For an Expanded Halstead-Reitan Battery (Heaton 1990/1991) | | |

| EX # | DATE | DESCRIPTION | OTHER | |
|------|------|-------------|-------|---|
| 559 | | Dr. Askenazi – Excerpts from Revised Comprehensive Norms for an Expanded Halstead-Reitan Battery, Professional Manual (Heaton 2004) | | |
| 560 | | Dr. Askenazi – WAIS-IV Techincal and Interpretive Manual Excerpts | | |
| 561 | | Dr. Askenazi – APA Ethical Principles of Psychologists and Code of Conduct, 2010 | | |
| 562 | | Dr. Askenazi – Excerpts from Norms for Letter and Category Fluency | | |
| 562A | | Dr. Askenazi "Relevant Rescoring of Dr. Martell's Data" | | |
| 562B | | Dr. Askenazi: T-Score Conversion Tables | | |
| 563 | | Dr. Daniel Cuneo Unredacted Notes | BA 1648U-BA 1649U | |
| 564 | | Dr. Daniel Cuneo Unredacted Notes | BA 3724-27 and 3730 | |
| 565 | | Dr. Daniel Cuneo Report, Test Data and Notes (Trial) | | |
| 566 | | Dr. Michael Gelbort Report, Test Data and Notes (Trial) | | |
| 567 | | Dr. Daniel Martell Report | | |
| 568 | | Dr. Daniel Martell Test Data Part 1 | | |
| 569 | | Dr. Daniel Martell Test Data Part 2 | | |
| 570 | | Dr. Daniel Martell Test Data Part 3 | | |
| 571 | | Dr. Daniel Martell Test Data Part 4 | | |
| 572 | | Dr. Daniel Martell Test Data Part 5 | | |
| 573 | | Dr. Daniel Martell Test Data Part 6 | | |
| 574 | | Dr. Daniel Martell – PAI Test Report | | |
| 575 | | Dr. Daniel Martell – PAI Test Protocol | | |
| 576 | | Dr. Pablo Stewart Declaration re Alfonso Rodriguez, Fargo, N.D. | | |
| 577 | | Dr. Pablo Stewart Transcript – Lewis v. Woodford, 2009 | | |
| 578 | | Dr. Richard Wetzel – Summary re DSM Diagnoses | | |
| 579 | | Dr. Richard Wetzel CV | | |
| 580 | | Dr. Richard Wetzel 2011 Report re Billie Allen | | |
| 581 | | Dr. Richard Wetzel Trial Notes re Dr. Cuneo and Dr. Gelbort | | |

23

| EX # | DATE | DESCRIPTION | OTHER | |
|------|------|-------------|-------|---|
| 582 | | (deleted) | | |
| 583 | | Dr. Richard Wetzel – Notes re Dr. Martell Examination and Testing | | |
| 584 | 3-2-98 | Dr. Sean Yutzy – 1998 Report re Billie Allen | | |
| 585 | | Dr. Sean Yutzy CV | | |
| 586 | | Dr. Sean Yutzy – Notes of 1998 Examination of Billie Allen | | |
| 587 | 11-23-11 | Dr. Sean Yutzy – Report re Billie Allen | | |
| 588 | | "Goodwin & Guze's Psychiatric Diagnosis" (6th Edition 2010), North and Yutzy | PHYSICAL | |
| 589 | | DSM – IV TR | PHYSICAL | |
| 589A | | Excerpts from DSM | | |
| 590 | | "A Compendium of Neuropsychological Tests" (Third Edition), Spreen and Strauss | PHYSICAL | |
| 591 | | CD of materials provided to Government experts | PHYSICAL | |
| 592 | | Dr. Pablo Stewart transcript, Danny John trial | | |
| 593 | | Affidavit of Dr. Daniel Martell in U.S. v Everett Spivey | | |
| 594 | | Martell notes re Spivey | | |
| 595 | | List of Materials sent to Government Experts | | |
| 596 | | Colin Gordon Powerpoint disc | PHYSICAL | |

## 9.  MISCELLANEOUS (600-end)

| EX # | DATE | DESCRIPTION | OTHER | |
|------|------|-------------|-------|---|
| 600 | | "Understanding the Effects of Maltreatment on Brain Development," Child Welfare Information Gateway, U.S. Dept. of Health and Human Services (Nov. 2009) | | |
| 601 | | "Childhood Victimization: Early Adversity, Later Psychopathology," by Cathy Spatz Wisdom, *National Inst. Of Justice Journal* (Jan. 2000) | | |
| 602 | | "An Update on the 'Cycle of Violence,'" by Cathy S. Wisdom and Michael G. Maxfield, *National Inst. Of Justice Research in Brief* (Feb. 2001) | | |
| 603 | | "Early Childhood Victimization Among Incarcerated Adult Male Felons," Summary of a Study by Robin Weeks and Cathy Spatz Wisdom, *National Inst. Of Justice Research Preview* (Apr. 1998) | | |
| 604 | | "The Prevalence and Consequences of Child Victimization," Summary of a Study by Dean Kilpatrick, Ph.D., and Benjamin Saunders, Ph.D., *National Inst. Of Justice Research Preview* (Apr. 1998) | | |
| 605 | | "The Cycle of Violence Revisited," *National Inst. Of Justice Research* | | |

24

| EX # | DATE | DESCRIPTION | OTHER | |
|------|------|-------------|-------|---|
| | | *Preview* (Feb. 1996) | | |
| 606 | | "What is Child Abuse and Neglect? Child Welfare Information Gateway, U.S. Dept. of Health and Human Services (Nov. 2008) | | |
| 607 | | "Recognizing Child Abuse and Neglect:  Signs and Symptoms" Child Welfare Information Gateway, U.S. Dept. of Health and Human Services (June 2007). | | |
| 608 | | Autopsy Report | | |
| 609 | 3-19-97 | PTS Report re: Allen | Misc 00001-00003 | |
| 610 | 7-00-97 | Sindel Submission to CCRC | | |
| 611 | 8-18-97 | Court Order re investigation, paralegal, miti-specialist | | |
| 612 | | (deleted) | | |
| 613 | 1-12-98 | Sindel Letter to Haney | BA 2510 | |
| 614 | | (deleted) | | |
| 615 | | (deleted) | | |
| 616 | | (deleted) | | |
| 617 | | Randall outline re "Total Bunk" | BA 375-377 | |
| 618 | 2-27-98 | Holtshouser letter to John Simon re Dr. Yutzy report and witness interviews | | |
| 619 | | Sindel Closing Argument Outlines | BA 801-810 Ba 693-800 | |
| 620 | 3-12-98 | Holtshouser letter to Sindel | | |
| 621 | | Notes of BA Interview | BA 2154-2155 | |
| 622 | | Notes re Allen and Incident / Background | BA 3730 | |
| 623 | | Cross-examination outline of Sumner teacher Arnold Sams (Randall) | BA 388-389 | |
| 624 | | Notes of interview with Arnold Sams and FBI 302 with notes | BA 392-393` | |
| 625 | 10-20-00 | Billie Allen Supplemental Report to BOP | | |

25

| EX # | DATE | DESCRIPTION | OTHER | |
|------|------|-------------|-------|--|
| 626 | 6-18-04 | Cathy Toliver 2004 Arrest Report | | |
| 627 | | "Death By Design", by Craig Haney (2005) | PHYSICAL | |
| 628 | | Mitigation Checklist | | |
| 629 | 1-16-98 | David Randall CV | BA 440-446 | |
| 630 A-C | | John Simon Tapes (1 regular and 2 micro cassettes) | PHYSICAL | |
| 630D | | Chain of custody documents on Simon tapes | | |
| 631 | | Simon Tapes Enhanced (CD) | PHYSICAL | |
| 632 | | Simon Tape Transcript – 12-12-97, Part 1A | | |
| 633 | | Simon Tape Transcript – 12-12-97, Part 1B | | |
| 634 | | Simon Tape Transcript – 12-12-97, Part 2A | | |
| 635 | | Simon Tape Transcript – 12-12-97, Part 2B | | |
| 636 | | Simon Tape Transcript – 1-7-98 | | |
| 637 | | (deleted) | | |
| 638 | | (deleted) | | |
| 639 | | Billie Allen Life Timeline | | |
| 640 | | Trial Preparation Timeline | | |
| 641 | | http://www.prisontalk.com/forums/showthread.php?t=588028 : "Billie Allen Message To The Supporters" | Pages | |
| 641A | | Video from Ex 641: "Justice for Billie Allen" | Video | |
| 642 | | http://www.youtube.com/watch?v=gCYJdrPrgP8&feature=player_embedded : "Free Billie Allen" | Pages | |
| 642A | | Video from Ex 642: "Free Billie Allen" | Video | |
| 643 | | http://reesescampaign.proboards.com/index.cgi?board=other&action=display&thread=236 : "My Story by Billie Allen" | Pages | |
| 644 | | (deleted) | | |
| 645 | | Pictures of Billie's Neighborhood | | |
| 646 | 4-10-12 | Memorandum for Commanders, Medcom Regional Medical Commands, Subject: Policy Guidance on the Assessment and Treatment of PTSD | | |

| EX # | DATE | DESCRIPTION | OTHER | |
|------|------|-------------|-------|--|
| 647 | | "PTSD and Suicide Attempts in a Community Sample of Urban American Young Adults", Archives of General Psychiatry, Vol 66 No.3, March 2009 | | |
| 648 | | "Fraud Case Seen as a Red Flag for Psychology Research",  New York Times, November 2, 2011 | | |
| 649 | | "Debunking Myths About Trauma and Memory", Can J Psychiatry, Vol. 50 No. 13, November 2005 | | |
| 650 | | "Attitudes Toward DSM-IV Dissociative Disorders Diagnoses Among Board-Certified American Psychiatrists", Am J Psychiatry 156:2, February, 1999 | | |
| 651 | | "Canadian and American Psychiatrists' Attitudes Toward Dissociative Disorders Diagnoses", Can J Psychiatry, Vol 46, June, 2001 | | |
| 651A | | PTSD: A problematic diagnostic category", McHugh and Treisman | | |
| 652 | | Letters from Allen to Claude McLemore | | |
| 653 | | Letters from Allen to Brady Tolliver | | |
| 654 | | Free Billie Allen Flyer | | |
| 655 | | Innocent on Federal Death Row Flyer | | |
| 656A | | Altered Brain Activation by a False Recognition Task in Young Abstinent Patients with Alcohol Dependence (Akine) | | |
| 656B | | Effects of Concurrent use of Alcohol and Cocaine (Pennings) | | |
| 656C | | Neurophychological Study of FASD in Sample American Indian Children Processing Simple v. Complex Information (Aragon) | | |
| 656D | | Neuropsychological Characteristics of Italian Children with FASD (Aragon) | | |
| 656E | | Corpus Callosum Shape and Neuropsychological Deficits in Adult Males with Heavy Fetal Alcohol Exposure (Bookstein) | | |
| 656F | | Brief Screening Questionnaires to Identify Problem Drinking During Pregnancy – A Systematic Review (Burns) | | |
| 656G | | Fetal Alcohol Syndrome: Diagnosis, epidemiology and developmental outcomes (O'Leary) | | |
| 656H | | Neuropsychological Deficits in Adolescents with FAS:  Clinical Findings (Olsen) | | |
| 656I | | Dose – response relationship between alcohol consumption before and during pregnancy and risks of low birthweight, preterm birth and small for gestational age (SGA)  - a systematic  review and meat-analyses (Patra) | | |
| 656J | | (deleted) | | |
| 656K | | Clinical teratology – identifying teratogenic risks in humans (Polifka) | | |
| 656L | | Executive Functioning and Working Memory in FASD (Rasmussen) | | |
| 656 M | | Adolescent Pregnancy & Substance Use (Richardson) | | |

27

| EX # | DATE | DESCRIPTION | OTHER | |
|---|---|---|---|---|
| 656N | | Effects of Prenatal Alcohol Exposure on Brain Activation During an Arithmetic Task: An fMRI study (Santhanam) | | |
| 656O | | Illicit Drug Use and Neonatal Outcomes:   A Critical Review (Schempf) | | |
| 656P | | Bold Response During Spatial Working Memory in Youth with Heavy Prenatal Alcohol Exposure (Spandoni) | | |
| 656Q | | MRI in Substance Abuse (Spampinato) | | |
| 656R | | FAS:   A Japanese perspective (Tanaka) | | |
| 656S | | It's all in your head: new insights into craniofacial development and deformation (Tapadia) | | |
| 657 | | "Empirical Limits of Forensic Mental Health Assessment", Grisso and Vincent, Law and Human Behavior, Vol. 29, No. 1, Feb. 2005 | | |
| 658 | | "Empirical Limits for the Forensic Assessment of PTSD Litigants", Koch, O'Neill and Douglas, Law and Human Behavior, Vol. 29, No. 1, Feb. 2005 | | |
| 659 | | Johnnie Grant Grand Jury Testimony | | |
| 660 | | Notes of Allen Interview | BA 4342 | |
| 661 | | http://www.causes.com/causes/649677-innocent-on-fed-death-row/actions/1593899?utm_campaign=share&utm_medium=wall&utm_source=fb : "Billie Allen's Message To The Supporters" | Pages | |
| 662 | | http://www.prisontalk.com/forums/showthread.php?t=537513 : "Billie Allen Innocent on Fed D/R" by Anna Allen | Pages | |
| 663 | | Billie Allen Facebook page | | |
| 664 | | http://www.justice-for.org : Billie Allen | | |
| 665 | | Short version of Trial Ex. 101, "HRB Norms Program" | | |
| 666 | | Employment Application, Juanita Allen, St. Louis Transitional Hope House | | |
| 667 | | Ethical Principles of Psychologists and Code of Conduct | Allen | |
| 668 | | Compendium of Neuropsychological Tests (3rd Edition) | Allen | |
| 669 | | Specialty Guidelines for Forensic Psychology, 8-3-11 | Allen | |
| 670 | | Race-Norming of Neuropsychological Tests, Beuropsychological Review, Vol 19, Number 2, 2009 | Allen | |
| 671 | | 2005 INS Presidential Address: Neuropsychological Crimes and Misdemeanors, The Clinical Neuropsychologist, Vol 21, Issue 4, 2007 | Allen | |