COURTROOM MINUTE SHEET

CAUSE NO.     4:07CV27 ERW                          DATE: 6/5/2012

JUDGE:     E. Richard Webber

COURT REPORTER: D. Kriegshauser

DEPUTY CLERK: M. Berg


Billy Jerome Allen
vs.
United States of America


ATTY(s)FOR PLTF E.Carlyle, J.Cleary, T.Kane, E. Montroy and J. Moreno

ATTY(S)FOR DEFT S. Holtshauser and C. Costantin


PARTIES PRESENT FOR: Evidentiary Hearing (Day Two). Testimony continues.

Hearing to continue on Wednesday, June 6, 2012, at 9:00 a.m.


COURTROOM TIME:    8:35 a.m. - 11:50 a.m.