COURTROOM MINUTE SHEET

CAUSE NO.    4:07CV27 ERW                    DATE: 6/6/2012

JUDGE:    E. Richard Webber

COURT REPORTER: D. Kriegshauser

DEPUTY CLERK: M. Berg


Billy Jerome Allen
vs.
United States of America


ATTY(s)FOR PLTF E.Carlyle, J.Cleary, T.Kane, E. Montroy and J. Moreno

ATTY(S)FOR DEFT S. Holtshauser and C. Costantin


PARTIES PRESENT FOR: Evidentiary Hearing (Day Three). Testimony continues.

Hearing to continue on Thursday, June 7, 2012, at 9:00 a.m.


COURTROOM TIME:   9:15 a.m. - 12:02 p.m.- 1:00 p.m.- 5:30 p.m.