## COURTROOM MINUTE SHEET

CAUSE NO.   4:07CV27 ERW                      DATE: 6/7/2012

JUDGE:   E. Richard Webber

COURT REPORTER: D. Kriegshauser

DEPUTY CLERK: M. Berg


Billy Jerome Allen
vs.
United States of America


ATTY(s)FOR PLTF E.Carlyle, J.Cleary, T.Kane, E. Montroy and J. Moreno

ATTY(S)FOR DEFT S. Holtshauser and C. Costantin


PARTIES PRESENT FOR: Evidentiary Hearing (Day Four). Testimony continues.

Hearing to continue on Friday, June 8, 2012, at 8:30 a.m.




COURTROOM TIME:   9:10 a.m. - 12:05 p.m.- 1:00 p.m.- 5:00 p.m.