# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

### COURTROOM MINUTE SHEET
### CIVIL PROCEEDINGS

**Date** 6/1/2012    **Judge** Honorable E. Richard Webber **Case No.** 4:07CV27 ERW

Billy Jerome Allen    v. United States of America

**Court Reporter** S. Moran    **Deputy Clerk** C. Long

**Attorneys for Plaintiff(s)** E. Carlyle, J. Cleary, T. Kane, E. Montroy and J. Moreno

**Attorneys for Defendant(s)** S. Holtshauser and C. Costantin

**Parties present for** Evidentiary Hearing (Day Six).  Testimony continues. Hearing to continue on Tuesday, June 12, 2012 at 8:30 a.m.

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that

Pltf. Witness_____    Deft. Witness_____

Pltf. Witness_____    Deft. Witness_____

Pltf. Exhibits:_____

Pltf. Exhibits:_____

Deft. Exhibits: _____

Deft. Exhibits: _____

☐ Exhibits returned to and retained by counsel

Proceedings commenced    8:35 a.m. - 12:05 p.m.
Proceedings concluded    1:02 p.m. - 5:00 p.m.