**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BILLIE JEROME ALLEN** | § | |
|    **Petitioner** | § | |
| | § | |
|    **vs.** | § | **Cause No.  4:07-CV-27-ERW** |
| | § | |
| **UNITED STATES OF AMERICA** | § | **CAPITAL CASE** |
|    **Respondent** | § | |

**STIPULATION OF THE PARTIES**
**CONCERNING TESTIMONY OF CONNIE SUPRANOWICH**

The parties agree and stipulate that if called as a witness for Mr. Allen in this proceeding, Ms. Supranowich would testify to the facts contained in her deposition, Joint Ex. 525, and her declaration, Joint Ex. 274.  These documents are attached to this stipulation for the convenience of the Court.  Also attached is a table correlating the documents used in Ms. Supranowich's deposition to the Joint Exhibit List.

The parties further agree and stipulate that, in 1997 and 1998, the driving time from the office of Richard Sindel to the Franklin County Jail where Mr. Allen was housed was approximately one hour each way.  During her deposition, Ms. Supranowich testified (Joint Ex. 525, p. 147) that her time entries for visits with Mr. Allen included drive time, but she did not recall how long the drive took.  This stipulation is offered to clarify that issue.

June 11, 2012

1

AGREED AND STIPULATED:

**FOR THE PETITIONER**

/s Elizabeth Unger Carlyle
Elizabeth Unger Carlyle #41930MO
P.O. Box 30418
Kansas City, MO  64112
(816)525-6540
elizcar@alumni.neu.edu

Joseph M. Cleary #534292
Collignon & Dietrick
310 N. Alabama, Ste. 250
Indianapolis, IN  46202
(317) 637-1000
jcleary498@aol.com

James Henry Moreno
Eric John Montroy
Timothy Kane
Assistant Federal Defenders
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West- The Curtis Center
Philadelphia, P A 191 06
215-928-05 20
Fax:215-928-0826
James_ Moreno@fd.org
Eric_Montroy@fd.org

ATTORNEYS FOR PETITIONER

**FOR THE GOVERNMENT**

RICHARD G. CALLAHAN
UNITED STATES ATTORNEY

/s Steven E. Holtshouser
STEVEN E. HOLTSHOUSER, #24277
CARRIE COSTANTIN, #54734
Assistant United States Attorneys
111 South 10th Street, 20th Floor
St. Louis, MO 63101
(314) 539-6894

2