| Depo. Pg | DESCRIPTION | OTHER | Joint Ex. # |
|---|---|---|---|
| 19 | Time Records | Doc. 270 | 14 |
| 26 | Submission from DOJ | CS1 | 610 |
| 38 | Caspari Letter to Dr. Cuneo | BA 2526 | 314 |
| 40 | Motion requesting Co-Counsel | Doc. 149 | 17 |
| 41 | Caspari Letter to Dr. Haney | BA 334 | 316 |
| 50, 53 | Time Records | BA 2737-2740 | 317 |
| 64 | Memo | BA 3723 | 318 |
| 69 | Letter from Dr. Haney | BA 2523 | 320 |
| 74 | Letter to Dr. Haney | BA 335 | 321 |
| 75 | Time Record | BA 2741 | 322 |
| 76 | Letter to Dr. Haney | BA 336 | 323 |
| 78 | Memo to Connie from Nancy | BA 1490 | 324 |
| 82 | Fax to John Simon | BA 76 | 328 |
| 83 | Memo to Chris Nixon | BA 2596 | 329 |
| 84 | Memo regarding frustrations | BA 2459 | 332 |
| 93 | Memo to Rick | BA 434 | 331 |
| 94 | Fax to John Simon | BA 329 | 334 |
| 98 | Letter to Dr. Haney | BA 332 | 334 |
| 99 | Fax from Dr. Randall | BA 439 | 336 |
| 102 | Fax to Dr. Randall | BA 415 | 335 |

| 103 | Ex Parte Order | BA 209 | 30 |
|---|---|---|---|
| 104 | Fax from Dr. Randall | BA 354 | 341 |
| 105 | Fax from Dr. Randall to John Simon | BA 2117 | 340 |
| 105 | Fax from John Simon to Rick Sindel | BA 533 | 343 |
| 108 | Fax to Dr. Randall | BA 2136 (360) | 347 |
| 111 | Letter to Dr. Randall | BA 532 | 350 |
| 113 | Letter from John Simon to Connie and Rick | BA 528 | 352 |
| 117 | Fax to John Simon | BA 263 | 354 |
| 121 | Fax from Dr. Randall | BA 1805 in our exhibits: BA 447 | 361 |
| 123 | Fax from Dr. Randall to Rick | BA 453 | 362 |
| 124 | Letter to Dr. Cuneo | BA 2484 | 363 |
| 125 | Fax from Dr. Randall to Connie | BA 562 | 365 |
| 127 | Fax from Dr. Randall re Dr. Gelbort | BA 496 | 367 |
| 128 | Fax from Dr. Randall re meeting | BA 508 | 369 |
| 129 | Notice of Experts | Docket 253 | 42 |
| 129 | Time Records | BA 439 | 336 |
| 138 | Time Records | BA 2575 | 397 |
| 139 | Letter to Luvreeta Taylor | BA 2476 | 393 |
| 143 | Note re PET scan | BA 143 | 371 |
| 144 | Interview Notes | BA 4145 | 508 |
| 144 | Typed Interview Notes | BA 4149 | 509 |
| 145 | Interview Notes | BA 3021 | 499 |
| 146 | Note re PET Scan | BA 143 | 371 |