**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BILLIE JEROME ALLEN** | § | |
| **Petitioner** | § | |
| | § | |
| **vs.** | § | **Cause No.  4:07-CV-27-ERW** |
| | § | |
| **UNITED STATES OF AMERICA** | § | **CAPITAL CASE** |
| **Respondent** | § | |

**MOTION TO PERMIT PETITIONER TO REMAIN**
**AT ST. CHARLES COUNTY JAIL PENDING**
**COMPLETION OF HEARING**

Petitioner Billie Jerome Allen prays the Court to permit him to remain at the St. Charles County Jail pending the continuation of the hearing on the petition for habeas corpus, and in support states:

1.  Mr. Allen has been housed at St. Charles County Jail since approximately May 1, 2012.

2.  On June 4, 2012, Mr. Allen's hearing began. The hearing continued until June 11, 2012, when it was adjourned.

3.  The hearing is now scheduled to continue on October 15, 2012.

4.  Continuing to house Mr. Allen at the St. Charles County Jail would facilitate his counsel's preparation for the hearing, Since counsel will be visiting the St. Louis area regularly and will also need to consult regularly with Mr. Allen, they will be able to perform both of these tasks in the same trip.

5.  This motion is filed with the consent of Mr. Allen.

For the foregoing reasons, Mr. Allen prays the Court to permit him to remain at the St.

Charles County Jail pending the completion of the evidentiary hearing in this matter.

Respectfully submitted,

/s Elizabeth Unger Carlyle
Elizabeth Unger Carlyle #41930MO
P.O. Box 30418
Kansas City, MO  64112
(816)525-6540
elizcar@lawalumni.neu.edu

Joseph M. Cleary #534292
Collignon & Dietrick
310 N. Alabama, Ste. 250
Indianapolis, IN  46202
(317) 637-1000
jcleary498@aol.com

James Henry Moreno
Eric John Montroy
Tim Kane
Assistant Federal Defenders
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West- The Curtis Center
Philadelphia, P A 191 06
215-928-05 20
Fax:215-928-0826
James_ Moreno@fd.org
Eric_Montroy@fd.org

ATTORNEYS FOR PETITIONER

2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been served upon counsel for respondent,

Mr. Steven Holtshouser, Asst, U.S. Attorney, and Ms. Carrie Costantin, 111 South 10th Street,

20th Floor, St. Louis, Missouri 63102, by filing with the Court's electronic filing system on June

12, 2012.


/s/ Elizabeth Unger Carlyle
Elizabeth Unger Carlyle