UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BILLIE JEROME ALLEN,                              )
                                                  )
        Movant,                                   )
                                                  )   NO.  4:07 CV 27 ERW
        v.                                        )
                                                  )   **THIS IS A CAPITAL CASE**
UNITED STATES OF AMERICA,                         )
                                                  )
        Respondent.                               )

## GOVERNMENT'S RESPONSE TO MOTION TO HOUSE ALLEN IN ST. LOUIS PENDING COMPLETION OF THE HEARING

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Missouri, Richard G. Callahan,  and Steven E. Holtshouser and Carrie Costantin, Assistant United States Attorneys for said district, and responds to Allen's motion to be housed in St. Louis pending completion of the hearing in this matter, as follows:

1.      The hearing in this matter will likely not be concluded until October, 2012.

2.      Allen requests to continue to be housed at the St. Charles County jail pending completion of the hearing.

3.      The Government's position, on behalf of the U.S. Marshal's Service, is that Allen should be returned to the BOP at Terre Haute, IN, pending the continuation of the hearing.  One of Allen's counsel, Joseph Cleary, resides in Indianapolis, IN and is close enough to confer with Allen when needed.  The convenience to other counsel to visit Allen at the same time as coming to St. Louis to speak with witnesses does not justify the additional cost and burden to the USMS or the St. Charles County Jail to house Allen.  Allen also has medical issues which have presented problems for other local institutions to adequately manage Allen's health needs in the past.  The BOP in Terre

Haute is best able to meet these needs as they arise.  Allen can be returned to St. Louis sufficiently in advance of the hearing to assist his counsel, none of whom reside in St. Louis anyway.

WHEREFORE, the Government respectfully requests that Allen's motion be denied.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*s/Steven E. Holtshouser*
STEVEN E. HOLTSHOUSER #24277
CARRIE COSTANTIN #54734
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200
(314) 539-2309 FAX

CERTIFICATE OF SERVICE

I hereby certify that on  June 13, 2012, the foregoing was filed electronically with the Clerk of the Court and was served by mail  on the following:

Elizabeth U. Carlyle
P.O.Box 30418
Kansas City, MO 64112

Joseph M. Cleary
COLLIGNON AND DIETRICK

310 N. Alabama
Suite 250
Indianapolis, IN 46204

James Moreno

Timothy Kane

Eric Montroy
FEDERAL COMMUNITY DEFENDER OFFICE
Eastern District of Pennsylvania- Capital Habeas Corpus Unit
The Curtis Center - Suite 545 West
Philadelphia, PA 19106

                                    s/*Steven E. Holtshouser*
                                    STEVEN E. HOLTSHOUSER #24277
                                    Assistant United States Attorney