# EXHIBIT LIST

## Style: *Allen v. USA*    Case No: **4:07CV27 ERW**

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 330 | | 6/14 | 1 | | | Haney Letter | ✔ |
| 320 | | 6/14 | 1 | | | Haney Letter to Caspari | ✔ |
| 321 | | 6/14 | 1 | | | Caspari Letter to Haney | ✔ |
| 306 | | 6/14 | 1 | | | Sindel letter to Juanita Allen | ✔ |
| 103 | | 6/14 | 1 | | | Dr Cuneo's Psych Report | ✔ |
| 309 | | 6/14 | 1 | | | Letter from Sindel to Mrs Allen | ✔ |
| 620 | | 6/14 | 1 | | | Letter from Holtshaver to Sindel | ✔ |
| 100 | | 6/14 | 1 | | | FBI Teletype | ✔ |
| 491 | | 6/14 | 1 | | | Handwritten letter #1 | ✔ |
| 492 | | 6/14 | 1 | | | Handwritten letter #2 | ✔ |
| 493 | | 6/14 | 1 | | | Handwritten letter #3 | ✔ |
| 494 | | 6/14 | 1 | | | Handwritten letter #4 | ✔ |
| 495 | | 6/14 | 1 | | | Handwritten letter #5 | ✔ |
| 115 | | 6/14 | 1 | | | Sullavan Allen quit job | ✔ |
| 106 | | 6/14 | 1 | | | St Louis Children's Records | ✔ |
| 107 | | 6/14 | 1 | | | StL City Hospital Records | ✔ |
| 108 | | 6/14 | 1 | | | StL School Records | ✔ |
| 109 | | 6/14 | 1 | | | Clayton School Records | ✔ |
| 110 | | 6/14 | 1 | | | Homicide of Noble | ✔ |
| 111 | | 6/14 | 1 | | | StPD - Arrest | ✔ |
| 112 | | 6/14 | 1 | | | StPD - Auto Theft | ✔ |
| 113 | | 6/14 | 1 | | | SLPD Taylor Homicide | ✔ |

□ EXHIBITS RETURNED TO COUNSEL      □ EXHIBITS RETAINED BY COURT

**π** = plaintiff    **Δ** = defendant    **ID** = first date exhibit is used    **W#** = first witness to ID exhibit

**OBJ** = Objection  write " Obj" in red    **ADMITTED** = use ✔ and date    Page___1___ of _10_

# EXHIBIT LIST

### Style: *Allen v. USA*   Case No: **4:07CV27 ERW**

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 114 | | 6/4 | 1 | | | SLPD – Tampering Guest | ✓ |
| 116 | | | | | | STPD re: Missing Person | ✓ |
| 117 | | | | | | SLPD – Shooting @ Cott Brilliante | ✓ |
| 118 | | | | | | SLPD missing person | ✓ |
| 119 | | | | | | Metro Psych Records | ✓ |
| 120 | | | | | | Franklin County Jail Visitor log | ✓ |
| 121 | | | | | | Franklin Co. Medical Records | ✓ |
| 122 | | | | | | Boy Scout Records | ✓ |
| 123 | | | | | | St City School Discipline Records | ✓ |
| 300 | | | | | | Sindel letter to Allen | ✓ |
| 301 | | | | | | Transcript of J. Allen | ✓ |
| 302 | | | | | | Sindel Letter | ✓ |
| 1-71 | | | | | | Criminal Court file. | ✓ |
| 75 | | | | | | Allen Mtn to appoint | ✓ |
| 72 | | | | ✓ | | 7-25-05 Allen letter | ✓ |
| 73 | | | | ✓ | | 10-30-05 Allen letter | ✓ |
| 74 | | | | ✓ | | 2-12-06 Allen letter | ✓ |
| 527 | | 6/5 | 2 | | | Depo of McLemore | ✓ |
| 269 | | 6/5 | 2 | | | Declaration of McLemore | ✓ |
| 672 | | 6/5 | 2 | ✓ | | Letter | ✓ |
| 673 | | 6/5 | 2 | ✓ | | Open letter w/documents | ✓ |
| 676 | | 6/5 | 2 | | | Typed interview of McLemore | ✓ |

☐ EXHIBITS RETURNED TO COUNSEL       ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff   **Δ** = defendant   **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

**OBJ** = Objection  write " Obj" in red   **ADMITTED** = use ✔ and date   Page___2___ of _10_

# EXHIBIT LIST

### Style: _Allen v. USA_  Case No: __4:07CV27 ERW__

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 183 | | 6/5 | 2 | | | McLemore - trial | ✓ |
| 302 | | 4/5 | 1 | | | Sindel letter to Allen | ✓ |
| 305 | | 4/5 | 1 | | | Sindel letter to J. Allen | ✓ |
| 305A | | 4/5 | 1 | | | Caldwell letter re: Allen | ✓ |
| 306 | | 4/5 | 1 | | | Sindel letter to J Allen | ✓ |
| 307 | | 4/5 | 1 | | | Sindel letter to J Allen | ✓ |
| 308 | | 4/5 | 1 | | | Sindel Witness List Memo. | ✓ |
| 309 | | 4/5 | 1 | | | Sindel Letter to J. Allen | ✓ |
| 310 | | 4/5 | 1 | | | Caspari memo to file | ✓ |
| 135 | | 4/5 | 1 | ✓ | | Chowning Interview | ✓ |
| 136 | | 4/5 | 1 | ✓ | | Bobby Harris interview | ✓ |
| 139 | | 4/5 | 1 | ✓ | | Bud Norman Interview | ✓ |
| 312 | | 4/5 | 1 | | | Sindel memo to file | ✓ |
| 11 | | 4/5 | 1 | | | Sindel App for investigator | ✓ |
| 411 | | 4/5 | 1 | | | Court Order | ✓ |
| 15 | | 4/5 | 1 | ✓ | | Sindel CJA | ✓ |
| 313 | | 4/5 | 1 | | | Resource Counsel fax | ✓ |
| 314 | | 4/5 | 1 | | | Caspari letter | ✓ |
| 17 | | 4/5 | 1 | | | Motion for 2nd Counsel | ✓ |
| 315 | | 6/5 | 1 | | | Letter from Sindel to Simon | ✓ |
| 175-176 | | | | | | | ✓ |
| 178-219 | | | | | | | ✓ |

not 177, 215, 217

☐ EXHIBITS RETURNED TO COUNSEL     ☐ EXHIBITS RETAINED BY COURT

π = plaintiff    Δ = defendant    ID = first date exhibit is used   W# = first witness to ID exhibit

OBJ = Objection  write " Obj" in red    ADMITTED = use ✔ and  date    Page___3___ of ___10___

# EXHIBIT LIST

### Style: *Allen v. USA*   Case No: **4:07CV27 ERW**

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 316 | | 4/16 | 1 | | | Caspari letter | |
| 320 | | 4/16 | 1 | | | Haney letter to Caspari | ✔ |
| 321 | | 4/16 | 1 | | | Caspari letter to Haney | ✔ |
| 304 | | 4/16 | 1 | | | Handwritten auto biography | ✔ |
| 19 | | 4/16 | 1 | | | Trial Schedule Order | ✔ |
| 20 | | 4/16 | 1 | | | Govt elects Allen 1st | ✔ |
| 21 | | 4/16 | 1 | | | Order 2-9-98 Trial | ✔ |
| 318 | | 4/16 | 1 | | | Caspari Memo to Sindel | ✔ |
| 319 | | 4/16 | 1 | | | Sinnion notes of Allen | ✔ |
| 324 | | 4/16 | 1 | | | "Nancy" Memo | ✔ |
| 26 | | 4/16 | 1 | | | Order for Curses | ✔ |
| 329 | | 4/16 | 1 | | | Caspari Memo to Chris | ✔ |
| 332 | | 4/16 | 1 | | | Caspari memo | ✔ |
| 331 | | 4/16 | 1 | | | Caspari Memo | ✔ |
| 333 | | 4/16 | 1 | | | Caspari letter "Set it off" | ✔ |
| 23 | | 4/16 | 1 | | | Sindel CJA | ✔ |
| 498 | | 4/16 | 1 | | | Sinnion worksheet | ✔ |
| 358 | | 4/16 | 1 | | | Declaration of Sindel | ✔ |
| 11 | | 4/16 | 1 | | | Sindel App for investigator | ✔ |
| 250 | | 4/16 | 1 | | | Declaration of Sindel | ✔ |
| 534 | | 4/16 | 1 | | | Depo of Sindel | ✔ |
| 325 | | 4/16 | 1 | | | Letter from Sinnion to Sindel | ✔ |

□ EXHIBITS RETURNED TO COUNSEL     □ EXHIBITS RETAINED BY COURT

**π** = plaintiff   **Δ** = defendant   **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

**OBJ** = Objection write " Obj" in red   **ADMITTED** = use ✔ and date   Page___4___ of _10_

# EXHIBIT LIST

Style: _Allen v. USA_  Case No: 4:07CV27 ERW

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 327 | | 6/4 | 1 | | | Letter from Sindel to Haney | ✓ |
| 328 | | 6/4 | 2 | | | fax | |
| 330 | | 6/4 | 1 | | | Haney letter | ✓ |
| 345 | | 6/4 | 1 | | | Draft of motion | ✓ |
| 352 | | 6/4 | 1 | | | Simon letter | ✓ |
| 353 | | 6/4 | 1 | | | Simon fax to Sindel | ✓ |
| 32 | | 6/4 | 1 | | | Motion for Continuance | ✓ |
| 35 | | 6/4 | 1 | | | Randall affidavit | ✓ |
| 36 | | 6/4 | 1 | | | Transcript of Motion Arg. | ✓ |
| 43A | | 6/4 | 1 | | | Transcript of Pre-trial | ✓ |
| 28 | | 6/4 | 1 | | | App. for Expert Services | ✓ |
| 335 | | 6/4 | 1 | | | Caspari fax | ✓ |
| 303 | | 6/4 | 1 | | | Life History of Billie Allen | ✓ |
| 336 | | 6/4 | 1 | | | Randell fax to Sindel | ✓ |
| 30 | | 6/4 | 2 | | | Order Randall Contact visit | ✓ |
| 337 | | 6/4 | 1 | | | Randall fax | ✓ |
| 338 | | 6/4 | 1 | | | Notes of Allen by Randall | ✓ |
| 340 | | 6/4 | 1 | | | Randall fax to Simon | ✓ |
| 341 | | 6/4 | 1 | | | 1-15-98 Randall fax | ✓ |
| 343 | | 6/4 | 1 | | | Simon letter | ✓ |
| 346 | | 6/4 | 1 | | | Randall fax | ✓ |
| 347 | | 6/6 | 2 | | | Sindel letter | ✓ |

□ EXHIBITS RETURNED TO COUNSEL     □ EXHIBITS RETAINED BY COURT

π = plaintiff    Δ = defendant    ID = first date exhibit is used   W# = first witness to ID exhibit

OBJ = Objection  write " Obj" in red    ADMITTED = use ✔ and  date     Page___5___ of ___10___

# EXHIBIT LIST

## Style: *Allen v. USA*   Case No: **4:07CV27 ERW**

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 358 | | 6/16 | 1 | | | Witness Contact list | ✓ |
| 367 | | | | | | Randall fax | ✓ |
| 368 | | | | | | Randall fax | ✓ |
| 369 | | | | | | Randall fax | ✓ |
| 370 | | | | | | Sinion fax | ✓ |
| 372 | | | | | | Gilbert notes | ✓ |
| 375 | | | | | | Randall fax | ✓ |
| 376 | | | | | | Randall fax | ✓ |
| 381 | | | | | | Randall. fax | ✓ |
| 382 | | | | | | Gelbert notes & raw data | ✓ |
| 383 | | | | | | Witness Interview | ✓ |
| 442 | | | | | | Memo from Andy Rackers | ✓ |
| 449 | | | | | | Memo from Andy Rackers | . ✓ |
| 48 | | | | | | Randall application for more $ | ✓ |
| 565 | | | | | | Dr. Daniel Cueno Report. | ✓ |
| 378 | | | | | | Notes of calls from Sindel to Cuneo | ✓ |
| 51 | | | | | | G'ment's Motion. to Compel | ✓ |
| 52 | | | | | | order to Produce Randall Memos | ✓ |
| 69 | | | | | | Sindel CJA application | ✓ |
| 416 | | | | | | Witness outline of Juanita Allen | ✓ |
| 394 | | | | | | Randall letter to Sindel re: bill | ✓ |
| 167 | | | | | | Allen letter to J. Grant | ✓ |

□ EXHIBITS RETURNED TO COUNSEL        □ EXHIBITS RETAINED BY COURT

π = plaintiff    Δ = defendant    **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

**OBJ** = Objection  write " Obj" in red    **ADMITTED** = use ✔ and  date      Page___6___ of __10__

# EXHIBIT LIST

## Style: *Allen v. USA*   Case No: **4:07CV27 ERW**

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 506 | | 6\|6 | 1 | ✓ | sustained | Direct exam outline of Raymond Petty | ✓ |
| 507 | | | 1 | | | Direct exam outline of Raymond Petty w/ notes. | ✓ |
| 500 | | | 1 | ✓ | overruled | Transcribed Simon Notes. | ✓ |
| 213 | | 6\|6 | 1 | | | Raymond Petty Transcript | ✓ |
| 384 | | | 1 | | | Notes of Billie Allen Interview | ✓ |
| 250 | | 6/7 | 1 | | | Second Declaration | ✓ |
| 154-163 | | | 1 | | | | ✓ |
| 165-170 | | | 1 | | | | ✓ |
| 457 | | | 1 | | | | ✓ |
| 202 | | 6/7 | 1 | | | Nancy Harris Trial Test. | ✓ |
| 178 | | | 1 | | | | ✓ |
| 190 | | | 1 | | | Valentine Trial test. | ✓ |
| 185 | | | 1 | | | Petty, Jr - Trial | ✓ |
| 505 | | | 1 | | | factors affecting Billie's life | ✓ |
| 565 | | | 1 | | | Cuneo report. | ✓ |
| 257 | | | 1 | | | Declaration of Cuneo | ✓ |
| 55 | | | 1 | | | Cuneo CJA | ✓ |
| 208 | | | 1 | | | Cuneo Trial test. | ✓ |
| 565 | | | 1 | | | Cuneo report | ✓ |
| 195 | | | 1 | | | Taylor testimony | ✓ |
| 610 | | | 1 | | | Sindel Submission CCE | ✓ |
| 643 | | | 1 | ✓ | | "My story by Billie Allen" | |

□ EXHIBITS RETURNED TO COUNSEL      □ EXHIBITS RETAINED BY COURT

**π** = plaintiff    **Δ** = defendant    **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

**OBJ** = Objection  write " Obj" in red    **ADMITTED** = use ✔ and  date      Page___7___ of __10__

# EXHIBIT LIST

### Style: *Allen v. USA*   Case No: **4:07CV27 ERW**

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 321 | | 4/7 | 1 | | | Caspari letter | ✔ |
| 323 | | | | | | re: BA Biography | ✔ |
| 308 | | | | | | Witness list memo | ✔ |
| 318 | | | | | | Caspari memo | ✔ |
| 324 | | | | | | Nancy memo | ✔ |
| 303 | | | | | | Life History | ✔ |
| 303A | | | | | | faxed copy of Life History | ✔ |
| 458 | | | | | | Simon Out of Court | ✔ |
| 119 | | | | | | STL Psych Center Records | ✔ |
| 534 | | | | | | Depo of Sindel | ✔ |
| 15 | | | | | | Sindel CJA Voucher | ✔ |
| 69 | | | | | | final CJA Voucher | ✔ |
| 400 | | | | | | Handwritten defense note | |
| 303 | | 4/7 | 2 | | | Life History | ✔ |
| 328 | | | 1 | | | fax Caspari to Simon | ✔ |
| 308 | | 4/8 | 3 | | | Witness list | ✔ |
| 458 | | 4/8 | 3 | | | Simon Out of Court | ✔ |
| 319 | | 4/8 | 3 | | | Simon interview | ✔ |
| 630A | | 4/8 | 3 | | | John Simon tapes | ✔ |
| 630B | | 4/8 | 3 | | | John Simon tape | ✔ |
| 630C | | 4/8 | 3 | | | John Simon tape | ✔ |
| 533 | | 4/8 | 3 | | | Depo of Simon | ✔ |

□ EXHIBITS RETURNED TO COUNSEL     □ EXHIBITS RETAINED BY COURT

**π** = plaintiff   **Δ** = defendant   **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

**OBJ** = Objection  write " Obj" in red   **ADMITTED** = use ✔ and  date     Page____8____ of __10__

# EXHIBIT LIST

Style: *Allen v. USA*   Case No: **4:07CV27 ERW**

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 631 | | 6/8 | 3 | | | Simon tapes enhanced | ✔ |
| 632 | | 6/8 | 3 | | | Simon tape transcript | ✔ |
| 633 | | 6/8 | 3 | | | Simon tape transcript | ✔ |
| 634 | | 6/8 | 3 | | | Simon tape transcript | ✔ |
| 635 | | 6/8 | 3 | | | Simon tape transcript | ✔ |
| 628 | | 6/8 | 3 | | | Mitigation checklist | ✔ |
| 183 | | 6/8 | 3 | | | McLemore trial | ✔ |
| 197 | | 6/8 | 3 | | | Oliver trial | ✔ |
| 499 | | 6/8 | 3 | | | Simons handwritten notes | ✔ |
| 303 | | 6/8 | 3 | | | Life History | ✔ |
| 498 | | 6/8 | 3 | | | Simon Worksheet | ✔ |
| 628 | | 6/8 | 3 | | | Mitigation checklist | ✔ |
| 500 | | 6/8 | 3 | | | Transcribed Simon notes | ✔ |
| 636 | | 6/8 | 3 | | | Simon Tape Tran. 1-793 | ✔ |
| 251 | | 6/8 | 3 | | | Declaration of Simon | ✔ |
| 301 | | 6/8 | 3 | | | Transcript of Sindel | ✔ |
| 325 | | 6/8 | 3 | | | Letter from Simon to Sindel | ✔ |
| 454 | | 6/8 | 3 | | | Handwritten Note | ✔ |
| 328 | | 6/8 | 3 | | | Jay Caspari to Simon | ✔ |
| 491 | | 6/8 | 3 | | | Handwritten letter | ✔ |
| 493 | | 6/8 | 3 | | | Handwritten letter | ✔ |
| 494 | | 6/8 | 3 | | | Hand written letter | ✔ |

□ EXHIBITS RETURNED TO COUNSEL    □ EXHIBITS RETAINED BY COURT

**π** = plaintiff   **Δ** = defendant   **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

**OBJ** = Objection  write " Obj" in red    **ADMITTED** = use ✔ and date    Page___9___ of __10__

# EXHIBIT LIST

### Style: *Allen v. USA*   Case No: **4:07CV27 ERW**

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 495 | | 4/8 | 3 | | | Handwritten letter | ✓ |
| 335 | | 4/8 | 3 | | | Caspari fax | ✓ |
| 340 | | 4/8 | 3 | | | Randall fax | ✓ |
| 343 | | 6/8 | 3 | | | Letter re Continuance | ✓ |
| 674 | | 6/11 | 3 | | | Resume of John Simon, Esq. | ✓ |
| 357 | | 6/11 | 3 | | | Simon/Randall meeting notes | |
| 379 | | 6/11 | 3 | | | Simon Letter to Gelbort | |
| 486 | | 6/11 | 3 | | | Handwritten interview of Deborah Ruffin 2nd session | |
| 451 | | 6/11 | 3 | | | Handwritten Interview notes Shomeka Taylor | |
| 354 | | 6/11 | 3 | | | Caspari fax to Simon re draft on motion to continue | |
| 350 | | 6/11 | 4 | | | Caspari ltr to Randall enclosing 4 items | |
| 362 | | 6/11 | 4 | | | Randall fax to Sindel re: Gelbort | |
| 366 | | 6/11 | 4 | | | Randall memo to Simon re neuropsych | |
| 388 | | 6/11 | 4 | | | Randall fax to Wuertz re eval. | |
| 390 | | 6/11 | 4 | | | Litigation Consultants, Inc. Invoice | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

□ EXHIBITS RETURNED TO COUNSEL      □ EXHIBITS RETAINED BY COURT

**π** = plaintiff   **Δ** = defendant   **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

**OBJ** = Objection write " Obj" in red   **ADMITTED** = use ✔ and date   **Page   10   of   10**