UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07-cv-00027 ERW |
| | ) | |
| BILLIE JEROME ALLEN, | ) | |
| | ) | |
| Defendant. | ) | |

**EXHIBIT RECEIPT**

I have this date returned the original of Document # 196 containing one compact disc to

be re-filed under seal in the above case file in the Clerk's Office and the Transcript of this disc to

be filed under seal pursuant to Order #240 issued by Honorable E. Richard Webber on June 1,

2012. *(Original and one copy of transcript received.)*

_June 20, 2012_
Date

_Susan Dalpeni_
Attorney/Representative For the Government

_June 20, 2012_
Date

_Carol B. Cox_
Deputy Clerk