| AO 435<br>(Rev. 03/08)<br><br>*Please Read Instructions:* | Administrative Office of the United States Courts<br><br>**TRANSCRIPT ORDER** | FOR COURT USE ONLY<br>**DUE DATE:** |
|---|---|---|

| 1. NAME<br>Timothy Kane, Esq | 2. PHONE NUMBER<br>(215) 928-0520 | 3. DATE<br>7/3/2012 | |
|---|---|---|---|
| 4. MAILING ADDRESS<br>Federal Defender Office, 601 Walnut St., Suite 545 W. | 5. CITY<br>Philadelphia | 6. STATE<br>PA | 7. ZIP CODE<br>19106 |

| 8. CASE NUMBER<br>4:07-cv-00027-ERW | 9. JUDGE<br>E. Richard Webber | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 6/4/2012 | 11. TO 6/11/2012 |

| 12. CASE NAME<br>Billie Jerome Allen v. United States of America | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 13. CITY St. Louis | 14. STATE Missouri |

**15. ORDER FOR**

| [ ] APPEAL | [ ] CRIMINAL | [ ] CRIMINAL JUSTICE ACT | [ ] BANKRUPTCY |
|---|---|---|---|
| [ ] NON-APPEAL | [X] CIVIL | [ ] IN FORMA PAUPERIS | [ ] OTHER |

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [X] TESTIMONY (Specify Witness) | |
| [X] OPENING STATEMENT (Plaintiff) | | All | |
| [X] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | 6/4/2012 - 6/11/2012 |
| [ ] SENTENCING | | Complete hearing transcripts | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [ ] | NO. OF COPIES<br>1 | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE | PROCESSED BY | |
| 19. DATE  7/11/2012 | PHONE NUMBER | |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY