**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| **BILLIE JEROME ALLEN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. 4:07CV0027 ERW** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **THIS IS A CAPITAL CASE** |
| | ) | |
| **Respondent.** | ) | |

**GOVERNMENT'S MOTION FOR DIRECTION AS TO BILLING
FOR TRANSCRIPTION OF DR. ASKENAZI EXAMINATION OF ALLEN**

**COMES NOW** the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, Steven E. Holtshouser and Carrie Costantin, Assistant United States Attorneys for said District, and requests direction from the Court as to the entity responsible for the cost of transcribing Dr. Askenazi's examination of Allen and states as follows:

At the time Allen was examined by Dr. Askenazi the defense requested that the examination be tape-recorded even though their own experts' examinations had not been recorded. This Court granted Allen's request. Thereafter, Allen moved to have the examination transcribed and the Government opposed the transcription. This Court granted the motion and ordered the Government to obtain the recording of the examination from the Clerk, cause the examination to be transcribed and to return the transcript and the recording to the Clerk under seal. The Government complied with the order. Now, the Government has received a bill in the amount of $1,694.20 from Gore Perry Reporting and Video for the transcription. The invoice is attached as Exhibit 1. Because the examination was both recorded and transcribed on the motions of Allen, the Government respectfully suggests that Allen should be responsible for the costs of transcription. Alternatively, it may be a cost that should be borne by the Court. Because the Court's prior orders did not

address the issue of financial responsibility for the costs of transcription, the Government seeks an order imposing said responsibility on Allen or, in the alternative, guidance from the Court as to which entity is financially responsible for payment of said costs.

WHEREFORE, the Government respectfully requests that Allen's motion be denied.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*/s/ Steven E. Holtshouser*
STEVEN E. HOLTSHOUSER, #24277
CARRIE COSTANTIN, #54734
Assistant United States Attorneys
111 South 10th Street, 20th Floor
St. Louis, MO 63101
(314) 539-6894

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2012, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:

Elizabeth Unger Carlyle
P.O. Box 30418
Kansas City, MO 64112

Eric John Montroy
Assistant Federal Defenders
Capital Habeas Corpus Unit
Federal Community Defender Office for
the Eastern District of Pennsylvania
Suite 545 West - The Curtis Center
Philadelphia, PA 19106

*/s/ Steven E. Holtshouser*
STEVEN E. HOLTSHOUSER, #24277