# INVOICE



**GorePerry**
REPORTING & VIDEO
(314) 241-6750  800-878-6750
Fax (314) 241-5070

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 50179 | 6/19/2012 | 42099 |
| **Job Date** | **Case No.** | |
| 6/6/2012 | 4:07CV27 ERW | |
| **Case Name** | | |
| Billie Allen vs. United States | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Holtshouser, Steve
United States Attorney's Office
111 S. Tenth Street
Floor 20
Saint Louis MO  63102

| ORIGINAL TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Transcription of Recorded Interview/Testing of Billie Allen | 248.00 | Pages | @ | 5.90 | 1,463.20 |
| Attendance of Reporter | 1.00 | Hours | @ | 210.00 | 210.00 |
| Notary Fee | 1.00 | Witness | @ | 2.00 | 2.00 |
| Courier | 1.00 | Package | @ | 10.00 | 10.00 |
| Transcript/exhibit archive | 1.00 | File(s) | @ | 0.00 | 9.00 |
| (TAXABLE  $1,694.20) | | | | | |

**TOTAL DUE  >>>**                **$1,694.20**

UNLESS SPECIFIED, TERMS NET 30 DAYS.  PLEASE NOTIFY US WITHIN 10 DAYS OF RECEIPT OF INVOICE OF ANY DISCREPANCIES 1-800-820-1927 OR 1-800-451-6152.

**Tax ID:** 43-1371211                                    Phone: 314-539-2200   Fax:

*Please detach bottom portion and return with payment.*

| | | |
|---|---|---|
| Job No. | : 42099 | BU ID  : GorePerry |
| Case No. | : 4:07CV27 ERW | |
| Case Name | : Billie Allen vs. United States | |
| Invoice No. | : 50179 | Invoice Date : 6/19/2012 |
| **Total Due** | **: $ 1,694.20** | |

Holtshouser, Steve
United States Attorney's Office
111 S. Tenth Street
Floor 20
Saint Louis MO  63102

**Remit To: Gore Perry Reporting & Video
Attn: Accounts Receivable
P.O. Box 28481
Saint Louis MO  63146**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Exhibit 1