# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| ———————————————— | : | |
| BILLIE JEROME ALLEN, | : | No. 4:07-CV-27ERW |
| | : | |
| Petitioner, | : | |
| | : | |
| -v- | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |
| ———————————————— | : | |

## MOTION FOR TRANSPORT

COMES NOW, Petitioner, Billie Jerome Allen, by counsel, and files this Motion for Transport, and in support states the following:

1. The evidentiary hearing in this matter is set to resume on October 17, 2012.

2. Mr. Allen is currently held at the United States Penitentiary in Terre Haute, Indiana. For the evidentiary hearing that was held in June of 2012, Mr. Allen was held at the St. Charles County Jail in St. Charles, Missouri.

3. Mr. Allen's counsel will soon be spending significant time in St. Louis in preparation for the remainder of the evidentiary hearing and would request that he be transported to the St. Louis area as soon as is reasonably practicable. Counsel and

1

Mr. Allen have no objections to the St. Charles county jail where Mr. Allen was previously held.

4. This motion is filed with the consent of Mr. Allen.

WHEREFORE, Petitioner files this Motion for Transport.  Petitioner asks for all just relief.

Respectfully Submitted,

/s/ Elizabeth Unger Carlyle                /s/Joseph M. Cleary
Elizabeth Unger Carlyle                    #534292
#41930MO                                   Joseph M. Cleary
P.O. Box 30418                             310 N. Alabama, Suite 250
Kansas City, MO., 64112                    Indianapolis, Indiana 46204
(816)525-6540                              (317)637-1000
elizcar@lawalumni.neu.edu                  Jcleary498@aol.com


James Henry Moreno
Eric John Montroy
Tim Kane
Assistant Federal Defenders
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Fax: 215-928-0826
James_Moreno@fd.org

Dated:        September 26, 2012

## CERTIFICATE OF SERVICE

I hereby certify that  a true and accurate copy of the foregoing was served filed electronically on this 26th day of September 2012.  Notice of filing will be sent to United States Attorney's Office for the Eastern District of Missouri by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/Joseph M. Cleary
Attorney for Petitioner


Joseph M. Cleary
310 N. Alabama, Suite 250
Indianapolis, IN., 46204
317-637-1000
317-637-1005