# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

|  |  |
|---|---|
| _____ | : |
| BILLIE JEROME ALLEN, | :No. 4:07-CV-27ERW |
|  | : |
| Petitioner, | : |
|  | : |
| -v- | : |
|  | : |
| UNITED STATES OF AMERICA, | : |
|  | : |
| Respondent. | : |
| _____ | : |

## ORDER ON MOTION FOR TRANSPORT

This matter is before the Court upon Petitioner's Motion for Transport, and the Court, being duly advised, now finds that the Motion should be granted.

**IT IS THEREFORE ORDERED** that the United States Marshal shall transport Mr. Allen to the St. Charles County Jail in St. Charles, Missouri.  So ordered this _____ day of _____, 2012.

_____
Judge, Eastern District of Missouri

Copies to:

Elizabeth Unger Carlyle
#41930MO
P.O. Box 30418
Kansas City, MO., 64112
(816)525-6540
elizcar@lawalumni.neu.edu

Joseph M. Cleary
310 N. Alabama, Suite 250
Indianapolis, Indiana 46204
(317)637-1000
Jcleary498@aol.com


James Henry Moreno
Eric John Montroy
Tim Kane
Assistant Federal Defenders
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Fax: 215-928-0826
James_Moreno@fd.org

Mr. Steven Holtshouser
Ms. Carrie Costantin
111 S. 10th St., 20th Floor
St. Louis, MO., 63102

United States Marshal