**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

BILLIE JEROME ALLEN,                    )
                                        )
        Petitioner,                     )
                                        )
vs.                                     )        No. 4:07CV00027 ERW
                                        )
UNITED STATES OF AMERICA,               )
                                        )
        Respondent.                     )

**ORDER OF TRANSPORTATION**

This matter comes before the Court on Motion for Transport [ECF No. 279].  By agreement of all parties and this Court, the remaining Evidentiary Hearing dates are set as follows: Testimony of Dr. David Randall shall resume on **October 17-19, 2012**, beginning at **8:30 a.m.** each day. Testimony of remaining witnesses will commence on **November 28, 2012**, at **8:30 a.m** and continue each work day thru **December 11, 2012**, if necessary, but not longer than said date.  This Hearing will be held in Courtroom 10 South of the United States District Court in St. Louis, Missouri and Petitioner Billie Jerome Allen's presence is required at this Hearing.  Motion for Transport shall be granted.

        **IT IS HEREBY ORDERED** that the United States Marshal Service shall transport Billie Jerome Allen, #26901-044, from the United States Penitentiary, 4700 Bureau Road South, Terre Haute, Indiana 47802, to the United States District Court in St. Louis, Missouri, **in advance of** and for the attendance at the Evidentiary Hearing scheduled on the dates set forth above.  Billie Jerome Allen shall be housed during this time at a facility to be determined by the U.S. Marshals Service.

        So Ordered this 27th Day of September, 2012

                                        _____
                                        E. RICHARD WEBBER
                                        SENIOR UNITED STATES DISTRICT JUDGE