# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

_____
                     :

**BILLIE JEROME ALLEN,**        :       No. 4:07-CV-27ERW

                     :

       Petitioner,         :

                     :

     -v-                :

                     :

**UNITED STATES OF AMERICA,**   :

                     :

       Respondent.      :
_____  :

## MOTION TO WITHDRAW

COMES NOW, Counsel for Petitioner, Billie Jerome Allen, and files this Motion to Withdraw, and in support states the following:

1. Undersigned counsel Cleary has recently accepted full time employment with the Indiana Federal Community Defender. That office represents indigent defendants in federal court at trial level matters in the Southern District of Indiana. The office does not represent petitioners in habeas corpus proceedings.

2. Due to counsel Cleary's change in employment status he cannot continue to represent Mr. Allen in this matter. Counsel has discussed this with the remaining counsel for Mr. Allen and due to the pre-existing division of labor there will be no

1

disruption of the current hearing schedule.  Further, a family medical emergency would have prevented counsel Cleary from attending Dr. Randall's testimony next week.  Counsel's father is in intensive care in Indianapolis and the prognosis is guarded at best.

3. Counsel Cleary has discussed this with Mr. Allen and he understands the basis for the motion and does not object to counsel's request to withdraw.

WHEREFORE, undersigned counsel Cleary respectfully requests that this Court permit him to withdraw in this matter.   Petitioner asks for all just relief.

Respectfully Submitted,

/s/ Elizabeth Unger Carlyle          /s/Joseph M. Cleary
Elizabeth Unger Carlyle              #534292
#41930MO                             Joseph M. Cleary
P.O. Box 30418                       310 N. Alabama, Suite 250
Kansas City, MO., 64112              Indianapolis, Indiana 46204
(816)525-6540                        (317)637-1000
elizcar@lawalumni.neu.edu            Jcleary498@aol.com


James Henry Moreno
Eric John Montroy
Tim Kane
Assistant Federal Defenders
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Fax: 215-928-0826

James_Moreno@fd.org

Dated:        October 12, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served filed electronically on this 12th day of October 2012. Notice of filing will be sent to United States Attorney's Office for the Eastern District of Missouri by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Joseph M. Cleary
Attorney for Petitioner


Joseph M. Cleary
310 N. Alabama, Suite 250
Indianapolis, IN., 46204
317-637-1000
317-637-1005

3