**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

|  |  |
|---|---|
| BILLIE JEROME ALLEN, | :<br>:No. 4:07-CV-27ERW<br>: |
| Petitioner, | :<br>: |
| -v- | :<br>: |
| UNITED STATES OF AMERICA, | :<br>: |
| Respondent. | :<br>: |

**ORDER ON MOTION TO WITHDRAW**

This matter is before the Court upon Counsel Joseph M. Cleary's request to withdraw from this matter, and the Court, being duly advised, now finds that the Motion should be granted.

**IT IS THEREFORE ORDERED** that Joseph M. Cleary is hereby permitted to withdraw as Mr. Allen's counsel in this matter. So ordered this _____ day of _____, 2012.

_____
Judge, Eastern District of Missouri

Copies to:

Elizabeth Unger Carlyle
#41930MO
P.O. Box 30418
Kansas City, MO., 64112
(816)525-6540
elizcar@lawalumni.neu.edu

Joseph M. Cleary
310 N. Alabama, Suite 250
Indianapolis, Indiana 46204
(317)637-1000
Jcleary498@aol.com


James Henry Moreno
Eric John Montroy
Tim Kane
Assistant Federal Defenders
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Fax: 215-928-0826
James_Moreno@fd.org

Mr. Steven Holtshouser
Ms. Carrie Costantin
111 S. 10th St., 20th Floor
St. Louis, MO., 63102