# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

### MINUTES OF CIVIL JURY/NON JURY TRIAL

Presiding Judicial Official _E. Webber_ Date _10-17-2012_ Day _7_ Case No. _4:07-CV27ERW_

_Allen_ Vs. _USA_

_Evidentiary Hearing_

Court Reporter _Susan Moran_ Deputy Clerk _Ryan A. Kildoff_

Attorney(s) for Plaintiff(s) _Elizabeth Carlyle, Timothy Kane, Eric Montroy_

Attorney(s) for Defendant(s) _Steven Holtshouser, Carrie Costantin_

☐ Jury impaneled and sworn.   ☐ Opening Statement(s) of ☐ Plaintiff(s) ☐ Defendant(s) made.

☒ Plaintiff(s) evidence ☐ commenced ☒ resumed ☐ and ☒ but not ☒ concluded.

☐ Defendant(s) evidence ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

☐ Plaintiff(s) evidence in rebuttal ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

☐ Defendant(s) evidence in surrebuttal ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

☐ Oral ☐ Written Motion for _____

☐ filed ☐ made/argued by ☐ pltf(s) ☐ deft(s) ☐ _____ and is

☐ Overruled/Denied ☐ Sustained ☐ Court's ruling reserved ☐ taken under submission ☐ taken with the case.

☐ Closing Arguments of counsel made.   ☐ Jury charged and retires to consider its verdict(s).

☐ Case taken under advisement.   ☐ **The Court declares a MISTRIAL. Trial is reset** _____

☐ Jury having been given a special verdict in the form of written interrogatories for finding of fact, together

with forms from general verdict ☐ retires to consider its verdict(s).   ☐ Jury unable to agree upon its verdict(s)

by _____ am/pm is excused to resume deliberations on _____ at _____ am/pm

☐ Verdict(s) returned (See verdict form.)   ☐ On motion of ☐ plaintiff ☐ defendant ☐ Court the jury is polled.

☒ Proceedings to continue _10-18-2012_ at _9:00_ am/pm

☐ Judgment is entered accordingly this date.   ☐ Depositions ☐ Exhibits retained by ☐ Court ☐ Counsel.

_____

_____

JURY DELIBERATIONS COMMENCED: _____ CONCLUDED: _____

PROCEEDINGS COMMENCED: _8:38_   CONCLUDED: _12:05 pm_

_1:05 pm_   _5:06 pm_