# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

### MINUTES OF CIVIL JURY/NON JURY TRIAL

Presiding Judicial Official _E P Webber_    Date _10/18/2012_ Trial Day ___ Case No. _4:07CV27 ERW_

_·Allen_ _____ Vs. ___ _·USA_ _____

Parties present for □ ____ _Evidentary Hearing._ _____

Court Reporter _Susan Moran_ _____ Deputy Clerk _Lynn Pildoff_

Attorney(s) for Plaintiff(s) _Elizabeth Carlyle, Eric John Montroy, James Henry Moreno_

Attorney(s) for Defendant(s) _Steven Holthouser, Carrie Costantin._

□ Jury impaneled and sworn.   □ Opening Statement(s) of □ Plaintiff(s) □ Defendant(s) made.

☒ Plaintiff(s) evidence □ commenced ☒ resumed □ and ☒ but not ☒ concluded.

□ Defendant(s) evidence □ commenced □ resumed □ and □ but not □ concluded.

□ Plaintiff(s) evidence in rebuttal □ commenced □ resumed □ and □ but not □ concluded.

□ Defendant(s) evidence in surrebuttal □ commenced □ resumed □ and □ but not □ concluded.

□ Oral  □ Written Motion for _____

□ filed  □ made/argued by □ pltf(s)  □ deft(s)  □ _____ and is

□ Overruled/Denied  □ Sustained  □ Court's ruling reserved  □ taken under submission  □ taken with the case.

□ Closing Arguments of counsel made.  □ Jury charged and retires to consider its verdict(s).

□ Case taken under advisement.  □ **The Court declares a MISTRIAL.  Trial is reset**_____

□ Jury having been given a special verdict in the form of written interrogatories for finding of fact, together

with forms from general verdict □ retires to consider its verdict(s).   □ Jury unable to agree upon its verdict(s)

by _____ am/pm is excused to resume deliberations on _____ at _____ am/pm

□ Verdict(s) returned (See verdict form.)   □ On motion of □ plaintiff □ defendant □ Court the jury is polled.

☒ Proceedings to continue _November 28, 2012_ _Please see order for time._ at _____ am/pm

□ Judgment is entered accordingly this date.  □ Depositions  □ Exhibits retained by □ Court  □ Counsel.

_____

_____

JURY DELIBERATIONS COMMENCED:_____ CONCLUDED:_____

PROCEEDINGS COMMENCED: _9:22_ _1:18 pm_     CONCLUDED: _11:46_ _to p_ _:05_