## EXHIBIT LIST

Date: __10/17/2012__    Case Number: __4:07 CV27ERW__

Style: __Allen v. USA__    Page No. __1__

Exhibits moved to be admitted on 10/17/2012

| NUMBER | ID DATE | BY (WITNESS #) | DESCRIPTION | OBJECTED TO | RECEIVED DATE |
|---|---|---|---|---|---|
| 350 | 6/11 | 4 | Cuspi Letter to Randall | No | 10/17 |
| 354 | 6/11 | 3 | Fax Caspari to Simon | | 10/17 |
| 357 | 6/11 | 3 | Notes meeting | | 10/17 |
| 362 | 6/11 | 4 | Fax Randall to Sridel | | 10/17 |
| 366 | 6/11 | 4 | Memorandium | | 10/17 |
| 379 | 6/11 | 3 | Letter Simon to Gebat | | 10/17 |
| 388 | 6/11 | 4 | Fax Randall to De Wuerta | | 10/17 |
| 390 | 6/11 | 4 | Invoice | | 10/17 |
| 451 | 6/11 | 3 | handwritten Note | | 10/17 |
| 486 | 6/11 | 3 | handwritten Note | | 10/17 |
| 674 | 6/11 | 3 | Mr. Simons CM | | 10/17 |
| 525 | 6/11 | | Transcript Connie Supranowich | | 10/17 |
| 874 | 6/11 | | Decarati Connive Supranowich | | 10/17 |
| 858 | 6/11 | | joint sipulation Juanita Allen | | 10/17 |
| 858-1 | 6/11 | | Decaratia Juanita Allen | | 10/17 |
| 317 | 6/11 | | Time record | | 10/17 |
| 322 | 6/11 | | Time Record | | 10/17 |
| 334 | 6/11 | | Fax Caspari to Randall | | 16/17 |
| 361 | 6/11 | | Fax Randall Sridel | | 10/17 |
| 363 | 6/11 | 3 | letter to Cuneo | | 10/17 |
| 365 | 6/11 | | Fax Casparie | | 10/17 |
| 397 | 6/11 | | Additional time record | | 10/17 |
| 393 | 6/11 | | letter to luvereeta | | 10/17 |
| 371 | 6/11 | | Note regarding Pet | | 10/17 |
| 508 | 6/11 | | Interview Notes | | 10/17 |
| 509 | 6/11 | | Typed Interview Notes | | 10/17 |
| | | | | | |

## EXHIBIT LIST

Date: __10/17/2012__    Case Number: __4:07 CV 27 ERW__

Style: __Allen v. USA__    Page No. __2__

A/A = Already Admitted

Admitted?

| NUMBER | ID DATE | BY (WITNESS #) | DESCRIPTION | OBJECTED TO | RECEIVED DATE | |
|---|---|---|---|---|---|---|
| 505 | 10/17 | 1 | Factors that affected Bills | No | A/A | |
| 458 | 10/17 | 1 | Typed interview Notes Raymond Petty | NO | 10/18 | |
| 506 | 10/7 | 1 | Direct Exam of Raymond Petty | NO | A/A | |
| 411 | 10/17 | 1 | Typed interview Notes Travis Allen | No | 10/18 | |
| 301 | 10/17 | 1 | Transcript Sindel interview | No | A/A | |
| 254 | 10/17 | 1 | Declaration David Randall | No | 10/18 | |
| 305 | 10/17 | 1 | Sindel Letter · | NO | A/A | |
| 335 | 10/17 | 1 | Caspari Fax to Randall | No | A/A | |
| 29 | 10/17 | 1 | Court Order Replacing Atty | NO | A/A | |
| 340 | 10/17 | 1 | Randall Fax to Simon | NO | A/A | |
| 341 | 10/17 | 1 | Randall Fax | No | A/A | |
| 680 | 10/17 | 1 | Randall Note to Deputies Burns | Yes | 10/17/2012 | overruled |
| 677 | 10/17 | 1 | Randall Notes Burns | Yes | 10/17/2012 | overruled |
| 678 | 10/17 | 1 | BA . 839 Deputy Prackett | No | 10/18/2012 | |
| 679 | 10/17 | 1 | BA 4144 Sinclair | NO | 10/18/2012 | |
| 344 | 10/17 | 1 | Randall Fax to Sindel | No | 10/18/2012 | |
| 35 | 10/17 | 1 | Randall Affidavit | NO | A/A | |
| 254 | 10/17 | 1 | Declaration of Dr. David Randall | NO | A/A | |
| 532 | 10/17 | 1 | Transcript Dr. Randall | No | 10/18/12 | |
| 357 | 10/17 | 1 | Simon/Randall Notes · | No | A/A | |
| 6381.3 | 10/17 | 1 | Interview Tape | Yes | 10/17/2012 | overruled |
| 338 | 10/17 | 1 | Notes of Billie Allen Interview | No | A/A | |
| 621 | 10/17 | 1 | Notes of BA Interview · | No | 10/18/12 | |
| 498 | 10/17 | 1 | Simon Out of Court Hearly | No | A/A | |
| 133 | 10/17 | 1 | Taylor, Eric | No | 10/18/12 | |
| 442 | 10/17 | 1 | Memorandum from Atty Parks Ats. | No | A/A | |
| | | | | | | |

## EXHIBIT LIST

Date: 10/17/2012          Case Number: 4:07CV27ERW

Style: Allen v. USA          Page No. 3

A/A = Already Admitted

Admitted =

| NUMBER | ID DATE | BY (WITNESS #) | DESCRIPTION | OBJECTED TO | RECEIVED DATE |
|---|---|---|---|---|---|
| 449 | 10/17 | 1 | Memorandum on Holy Rockers | No | 10/18/12 |
| 131 | 10/17 | 1 | Neals, Marvin | No | 10/18/2012 |
| 134 | 10/17 | 1 | Walls, Lawrence | No | 10/18/2012 |
| 335 | 10/17 | 1 | Caspari fax to Randall | No | A/A |
| 303 | 10/17 | 1 | Simon's life History Billie All | No | A/A |
| 304 | 10/17 | 1 | Handwritten Autobiography Billie Allen | No | A/A |
| 303.4 | 10/17 | 1 | Simo's life History of Bill Allen | No | A/A |
| 324 | 10/17 | 1 | Medical Records | No | A/A |
| 334 | 10/17 | 1 | Letter indication Records being sent | No | A/A |
| 676 | 10/17 | 1 | Transcript June 11, 2012 | No | 10/18/2012 |
| 388 | 10/17 | 1 | Fax to Dr. Wuertz | No | A/A |
| 119 | 10/17 | 1 | Psychiatric Center Records | No | A/A |
| 368 | 10/17 | 1 | Randall Fax Simon | No | A/A |
| 565 | 10/17 | 1 | Dr. Cuneo's handwritten Notes | No | A/A |
| 496 | 10/17 | 1 | Notes of Meeting of Cuneo | No | 10/18/2012 |
| 485 | 10/17 | 1 | Handwritten Notes Deborah | No | 10/18/12 |
| 488 | 10/17 | 1 | Typed notes Deborah Ruffin | No | 10/18/12 |
| 458 | 10/17 | 1 | Typed Interview Notes of Raymond Petty | No | A/A |
| 213 | 10/17 | 1 | Raymond Petty Testifying Team | No | A/A |
| 452 | 10/17 | 1 | Typed Interview Notes Slimeka Taylor | No | 10/18/2012 |
| 500.22 | 10/17 | 1 | Transcribed - Simon Notes | No | A/A |
| 254 | 10/17 | 1 | Declaration of David Randall | No | A/A |
| 506 | 10/17 | 1 | Direct Exam outline Raymond Petty | No | A/A |
| 382 | 10/17 | 1 | Weekend schedule | No | A/A |
| 500.11 | 10/17 | 1 | Transcribed Simon Note | No | A/A |
| 465 | 10/17 | 1 | Handwritten Interview Nancy Harris | No | 10/18/2012 |

**EXHIBIT LIST**

Date: 10-17-2012 & 10/18/2012   Case Number: 4:07CV27ERW

Style: Allen v. USA                                    Page No. 4

A/A = Already Admitted

Admitted?

| NUMBER | ID DATE | BY (WITNESS #) | DESCRIPTION | OBJECTED TO | RECEIVED DATE |
|--------|---------|----------------|-------------|-------------|---------------|
| 479 | 10/17 | 1 | Typed interview Notes of Monette Pell | NO | 10/18/2012 |
| 427 | 10/17 | 1 | Handwritten interview notes Claude McLemore | Yes | 10/18/2012 |
| 500.7 | 10/17 | 1 | Interview Lucy McLemore | NO | A/A |
| 503 | 10/17 | 1 | Typed Interview Notes of Carol Petty | NO | 10/18/2012 |
| 458 | 10/17 | 1 | Typed interview notes Raymond Petty | No | 10/18/2012 |
| 505 | 10/17 | 1 | Factor effect Bills life | NO | 10/18/2012 |
| 533 | 10/18 | 1 | Depo Transcript John Simon | No | A/A |
| 357 | 10/18 | 1 | Simon/Randall Notes | No | A/A |
| 254 | 10/18 | 1 | Affidavit De Randall | No | A/A |
| 458 | 10/18 | 1 | Typed interview Raymond Petty | No | 10/18/12 |
| 436 | 10/18 | 1 | Typed interview Samuel Moore | No | 10/18/12 |
| 502 | 10/18 | 1 | Closing Ideas | No | 10/18/12 |
| 405 | 10/18 | 1 | Typed Notes Randall with Angela Allen | No | 10/18/2012 |
| 420 | 10/18 | 1 | Interview Notes Yvette Allen | No | 10/18/2012 |
| 439 | 10/18 | 1 | Typed interview notes Tyeeme Jones | No | 10/18/2012 |
| 426 | 10/18 | 1 | Typed interview Notes Claude McLen | No | 10/18/2012 |
| 54 | 10/18 | 1 | Time sheets CJA | No | 10/18/2012 |
| 459 | 10/18 | 1 | Typed Interview Note Colett McLemore | No | 10/18/2012 |
| 54.3 | 10/18 | 1 | Time Sheets CJA | No | 10/18/2012 |
| 432 | 10/18 | 1 | Handwritten Notes of Ahmed Oliver | No | 10/18/12 |
| 468 | 10/18 | 1 | Handwritten Notes of Nancy Harris | No | 10/18/12 |
| 434 | 10/18 | 1 | Handwritten Notes Beverly Oliver/Ahmed | No | 10/18/12 |
| 383.2 | 10/18 | 1 | Witness interview Schedule | NO | 10/18/2012 |
| 472 | 10/18 | 1 | Notes Typed of Beverly Oliver | No | 10/18/12 |
| 473 | 10/18 | 1 | Notes Typed of Jerome Petty | N/O | 10/18/12 |
| 431 | 10/18 | 1 | Handwritten Notes Nichole Petty | N/O | 10/18/12 |

**EXHIBIT LIST**

Date: _10-18-2012_  Case Number: _4:07CV27ERW_

Style: _Allen v. USA_  Page No. _5_

| NUMBER | ID DATE | BY (WITNESS #) | DESCRIPTION | OBJECTED TO | RECEIVED DATE |
|--------|---------|----------------|-------------|-------------|---------------|
| 458 | 10/18 | 1 | Typed Notes Raymond Poty | No | A/A |
| 440 | 10/18 | 1 | Handwritten Notes of Eric Taylor | No | 10/18/12 |
| 443 | 10/18 | 1 | Typed interview Eric Taylor | No | 10/18/12 |
| 452 | 10/18 | 1 | Typed Notes Shimeka Taylor | No | A/A |
| 479 | 10/18 | 1 | Typed Notes Monete Petty | No | A/A |
| 411 | 10/18 | 1 | Typed Interview Notes Junita Allen | No | A/A |
| 410 | 10/18 | 1 | Handwritten Notes Juanita Allen | No | 10/18/12 |
| 681 | 10/18 | 1 | List Materials sent to Dr Randall | No | 10/18/12 |
| 254 | 10/18 | 1 | Declaration Dr. Randall | No | A/A |
| 529 | 10/18 | 1 | Deposition Juanita Allen | No | A/A |
| 621 | 10/18 | 1 | Notes of BA Interview | No | A/A |
| 368 | 10/18 | 1 | Randall Fax to Simon | No | A/A |
| 634 | 10/18 | 1 | Transcript John Simon by BA | No | A/A |
| 218 | 10/18 | 1 | Closing Argument | No | A/A |
| 366 | 10/18 | 1 | Fax Randall to Simon | No | A/A |
| 370 | 10/18 | 1 | Simon Fax to Kim Radiology | No | A/A |
| 371 | 10/18 | 1 | Note to Simon Pet scan | No | A/A |
| 379 | 10/18 | 1 | Simon letter Gelbert | No | A/A |
| 254 | 10/18 | 1 | Declaration Randall | No | A/A |
| 528 | 10/18 | 1 | Deposition Billy Wayne Allen | No | 10/18/12 |
| 261 | 10/18 | 1 | Declaration Billy Wayne Allen | No | 10/18/12 |
| 54 | 10/18 | 1 | CJA | No | A/A |
| 394 | 10/18 | 1 | Letter to Sindel | No | A/A |
| 394 | 10/18 | 1 | Sindel to Randall re bill | No | 10/18/12 |
| 383 | 10/18 | 1 | Handwritten Table | No | A/A |
| 343 | 10/18 | 1 | Letter to Rick Sindel | No | A/A |

## EXHIBIT LIST

Date: __10-18-2012__  Case Number: __4:07CV27ERW__

A/A=Already Admitted

Style: __Allen V. USA__  Page No. __6__

Admitted

| NUMBER | ID DATE | BY (WITNESS #) | DESCRIPTION | OBJECTED TO | RECEIVED DATE |
|---|---|---|---|---|---|
| 188.5 | 10/18 | 1 | Trial Lucy McLemore | No | A/A |
| 411 | 10/18 | 1 | Typed Interview Notes Juanita | No | A/A |
| 368 | 10/18 | 1 | Randall Fax to Simon | No | A/A |
| 528.60 | 10/18 | 1 | Deposition Sean Yutzy | No | 10/18 |
| 260 | 10/18 | 1 | Declaration of Angela Allen | No | 10/18 |
| 413 | 10/18 | 1 | Dr. Cuneo Juanita Allen | No | 10/18 |
| 414 | 10/18 | 1 | Hadwett-Simon Juanita Allen | No | 10/18 |
| 415 | 10/18 | 1 | Simon Juanita Allen | No | 10/18 |
| 38 | 10/18 | 1 | Hearing Transcript | No | A/A |
| 503 | 10/18 | 1 | Notes of Carol Petty | No | A/A |
| 505 | 10/18 | 1 | Factors that affected B. Thrasher | No | A/A |
| 452 | 10/18 | 1 | Notes Shimeka Taylor | No | A/A |
| 465 | 10/18 | 1 | Handwritten Note Nancy Harris | No | 10/18 |
| 675 | 10/18 | 1 | Billy Allen by Sinclair 4/14 | No | 10/18 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |