# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

_____

BILLIE JEROME ALLEN,

     Movant,

     -v-

UNITED STATES OF AMERICA,

     Respondent.

_____

No. 4:07-CV-27ERW

**Hon. E. Richard Webber,**
**U.S.D.J.**

### PETITIONER'S UNOPPOSED MOTION FOR ORDER
### AUTHORIZING PAYMENT FOR WITNESS TRAVEL

Petitioner, Billie Jerome Allen, through counsel, respectfully requests an order authorizing the United States Marshals to arrange and pay for the travel costs of a witness, and in support states as follows:

1.     The evidentiary hearing in this matter is scheduled to continue on Wednesday, November 28, 2012.  Petitioner is indigent and undersigned counsel has been appointed to represent him because of Petitioner's indigence.  Petitioner is financially unable to pay for service or for the fees of witnesses.

2.     Before the hearing began in June, the parties exchanged witness lists and agreed that a witness not called by the listing party could be called by the other party.  *See* Docs. 227 & 229.  The Government listed and subpoenaed Ms. Monette Petty, an out-of-town witness, and Petitioner has decided to call Ms. Petty on his behalf.

3.     On May 21, 2012, this Court issued an Order directing that the Marshals subpoena and incur the costs and expenses for a number of Petitioner's witnesses.  *See* Doc. 231.  Ms.

Monette Petty was not among those witness.

4.      In communications with the United States Marshal's Office this week, undersigned counsel's office has been informed that the Marshals require an Order specifically authorizing them to arrange and pay for Ms. Petty's travel.

5.      Undersigned counsel has consulted with counsel for the Government who have stated that the Government has no objection to this Motion.  Petitioner respectfully requests that the Court rule in an expedited manner so as to provide the Marshals with sufficient time to arrange the witness's travel.

WHEREFORE, Petitioner respectfully requests that the Court grant this motion.

Respectfully Submitted,

/s/ Eric John Montroy
James Henry Moreno
Eric John Montroy
Timothy Patrick Kane
Assistant Federal Defenders
Capital Habeas Unit
Federal Community Defender Office
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
 (215) 928-0520

/s/ Elizabeth Unger Carlyle
Elizabeth Unger Carlyle # MO41930
P.O. Box 30418
Kansas City, MO  64112
(816) 525-6540

Dated:  November 21, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2012, the foregoing *Petitioner's Unopposed Motion for Order Authorizing Payment for Witness Travel* was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Ms. Carrie Constantin
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102

Mr. Steven Holtshouser
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102.


/s/ Eric John Montroy
Eric John Montroy
Counsel for Petitioner