**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

_____

BILLIE JEROME ALLEN,

Movant,                                             No. 4:07-CV-27ERW

-v-

**Hon. E. Richard Webber,**
UNITED STATES OF AMERICA,                           **U.S.D.J.**

Respondent.

_____

**ORDER AUTHORIZING PAYMENT FOR WITNESS TRAVEL**

AND NOW, this _____ day of November, 2012, upon consideration of Petitioner's

unopposed motion for an order authorizing the United States Marshals to arrange and pay for a

witness's travel, the Court GRANTS the motion and hereby ORDERS:


The United States Marshals are authorized and directed to arrange and pay for the travel of

witness Monette Petty, and the costs and fees incurred shall be paid in the same manner in which

similar costs and fees are paid for government witnesses.




_____
Honorable R. Richard Webber
U.S.D.J.