**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **BILLIE JEROME ALLEN,** | ) |
| | ) |
| **Petitioner(s),** | ) |
| | ) |
| **vs.** | ) **No. 4:07CV00027 ERW** |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Respondent(s).** | ) |

**ORDER AUTHORIZING PAYMENT FOR WITNESS TRAVEL**

This matter comes before the Court on Motion for Issuance of Order Authorizing Payment for Witness Travel [ECF No. 289].   Monette Petty was previously not listed as a witness for Petitioner, and therefore, did not appear on this Court's Order directing the Marshals subpoena and incur the costs and expenses for Petitioner's witnesses.

Accordingly,

**IT IS HEREBY ORDERED** that the United States Marshals Service is authorized and directed to arrange and pay for the travel of witness Monette Petty to testify at the Evidentiary Hearing set before this Court.  The costs and fees incurred shall be paid in the same manner in which similar costs and fees are paid for Goverment witnesses.

So Ordered this 26th day of November, 2012.

_____
E. RICHARD WEBBER
SENIOR UNITED  STATES DISTRICT JUDGE