*Rec'd 11-28-12*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BILLIE J. ALLEN, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 4:07 CV 27 ERW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## STIPULATION CONCERNING EXHIBITS 630E, 637, 638A and 638B

Come now the parties and file this stipulation as to Exhibits 630E, 637, 638A and 638B.

The parties stipulate that after John Simon had completed his testimony in June 2012, he contacted Movant's attorney and informed her that he had a tape of his interview with Movant from January 7, 1998.  The parties stipulate that Exhibit 630E is a tape from Mr. Simon's interview of Movant on January 7, 1998.  The parties stipulate that Exhibit 637 is a CD that contains a digital copy of that tape and an enhanced digital copy of that tape.  The parties stipulate that Exhibits 638A and 638B are the accurate transcripts of Exhibit 630E.  The parties stipulate that Exhibits 630E, 637, 638A and 638B are admitted into evidence.

So Stipulated:

RICHARD G. CALLAHAN.
United States Attorney

STEVEN E. HOLTSHOUSER, #33531MO
CARRIE COSTANTIN #35925MO
Assistant United States Attorneys

ELIZABETH CARLYLE
Attorney for Movant Billie J. Allen

1

CERTIFICATE OF SERVICE

I hereby certify that on   , 2012, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*s/Carrie Costantin*
Carrie Costantin
Assistant United States Attorney

2