UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
Courtroom Minute Sheet – Civil Case
# UNITED STATES DISTRICT JUDGE E. RICHARD WEBBER
# COURTROOM 10S

Date  November 28, 2012          Case No.     4:07CV27 ERW

BILLIE ALLEN     vs.UNITED STATES OF AMERICA

Deputy Clerk  D. Braun                    Court Reporter:     Sue Moran

Assistant U.S. Attorney     Steve Holtshauser, Carrie Costantin

Attorneys for Petitioner  Elizabeth U. Carlyle,  Timothy P. Kane, Eric John Montroy,
            James Henry Moreno

☐ Court Appoints                            ☐ Sealed Proceeding

**Proceedings:**

☐ Rule 16 Conference          ☐ Pretrial Conference
☐ Status Conference           ☐ In Chambers Conference
✖ Evidentiary  Hearing        ☐ Informal Matter
☐ Oral Arguments              ☐ Settlement Conference

Parties present for Evidentiary Hearing on Motion to Vacate.  Testimony given.  Proceedings to continue tomorrow at 8:30 a.m.

Next hearing date/time                         Type of hearing

Before

Proceeding commenced   8:33 a.m.     Proceeding concluded   11:15 a.m.
Proceeding commenced   1:00 p.m.     Proceeding concluded   4:15 p.m.
Continued to

☐ **TERMINATE CASE REFERRAL**            ☐ **COPY TO DISTRICT JUDGE**