UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
Courtroom Minute Sheet – Civil Case
## UNITED STATES DISTRICT JUDGE E. RICHARD WEBBER
## COURTROOM 10S

Date   November 29, 2012            Case No.     4:07CV27 ERW

BILLIE ALLEN    vs. UNITED STATES OF AMERICA

Deputy Clerk  D. Braun                Court Reporter:     Sue Moran

Assistant U.S. Attorney      Steve Holtshauser, Carrie Costantin

Attorneys for Petitioner  Elizabeth U. Carlyle,  Timothy P. Kane, Eric John Montroy,
            James Henry Moreno

☐ Court Appoints                    ☐ Sealed Proceeding

**Proceedings:**

☐ Rule 16 Conference          ☐ Pretrial Conference
☐ Status Conference           ☐ In Chambers Conference
✖ Evidentiary  Hearing        ☐ Informal Matter
☐ Oral Arguments              ☐ Settlement Conference

Parties present for Evidentiary Hearing on Motion to Vacate.   Testimony given.  Proceedings to
continue tomorrow at 8:30 a.m.

Next hearing date/time                    Type of hearing

Before

Proceeding commenced    8:37 a.m.     Proceeding concluded    12:07 p.m.
Proceeding commenced    1:00 p.m.     Proceeding concluded    3:57 p.m.
Continued to

☐ **TERMINATE CASE REFERRAL**          ☐ **COPY TO DISTRICT JUDGE**