UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
Courtroom Minute Sheet – Civil Case
# UNITED STATES DISTRICT JUDGE E. RICHARD WEBBER
# COURTROOM 10S

Date  November 30, 2012          Case No.    4:07CV27 ERW

BILLIE ALLEN    vs. UNITED STATES OF AMERICA

Deputy Clerk  D. Braun          Court Reporter:    Sue Moran

Assistant U.S. Attorney    Steve Holtshauser, Carrie Costantin

Attorneys for Petitioner  Elizabeth U. Carlyle,  Timothy P. Kane, Eric John Montroy, James Henry Moreno

☐ Court Appoints                    ☐ Sealed Proceeding

**Proceedings:**

☐ Rule 16 Conference          ☐ Pretrial Conference
☐ Status Conference           ☐ In Chambers Conference
✖ Evidentiary  Hearing        ☐ Informal Matter
☐ Oral Arguments              ☐ Settlement Conference

Parties present for Evidentiary Hearing on Motion to Vacate.  Testimony given.  Proceedings to continue Monday at 8:30 a.m.

Next hearing date/time                    Type of hearing

Before
Proceeding commenced    8:33 a.m.    Proceeding concluded    11:58 a.m.
Proceeding commenced    12:56 p.m.    Proceeding concluded    5:04 p.m.
Continued to

☐ **TERMINATE CASE REFERRAL**          ☐ **COPY TO DISTRICT JUDGE**