## EXHIBIT LIST

Style: ___ **_Allen v. United States of America_** _____

Case Number: **4:07-cv-00027-ERW** _____

Date(s) **November 28-30, 2012**

| π EXH. | Δ EXH | NAME OF EXHIBIT | DATE IDENTIFIED | DATE REC'D |
|---|---|---|---|---|
| 407 | | Sindel letter to Juanita Allen | 11/28/12 | 11/30/12 |
| | 666 | Employment Application, Juanita Allen, St. Louis Transitional Hope House | 11/28/12 | 11/30/12 |
| | 258 | Declaration of Juanita Petty Allen | 11/28/12 | 11/30/12 |
| | 638A | Simon Tape Transcript – 1-7-98, Tape 1, Side A | 11/28/12 | By Stipulation |
| 266 | | Declaration of Johnnie Grant | 11/29/12 | 11/30/12 |
| | 659 | Johnnie Grant Grand Jury Testimony | 11/29/12 | 11/30/12 |
| | 128 | Grant, Johnny 302 | 11/29/12 | 11/30/12 |
| | 609 | PTS Report re: Allen | 11/29/12 | 11/30/12 |
| | 638B | Simon Tape Transcript – 1-7-98, Tape 1, Side B | 11/28/12 | By Stipulation |
| 682 | | Dr. Cuneo Updated CV | 11/30/12 | 12-3-12 |
| 683 | | Dr. Cuneo Handbook on Fitness Evaluations | 11/30/12 | 12-3-12 |
| 501 | | Cuneo Notes of Allen Interview | 11/30/12 | 12-3-12 |
| 563 | | Dr. Daniel Cuneo Unredacted Notes | 11/30/12 | 12-3-12 |
| 564 | | John Simon Notes - Unredacted Notes | 11/30/12 | 12-3-12 |
| 684 | | List of materials provided to Dr. Cuneo by Habeas Counsel | 11/30/12 | Not offering. |
| | 276 | 2d Petition – Issue J | 11/30/12 | Not offering |
| | 563 | Dr. Daniel Cuneo Unredacted Notes | 11/30/12 | Not offering |
| | 124A | Martha Burns (Memo from Sindel; Gov notes) | 11/30/12 | 12-3-2012 |
| | 124B | Printiss Church | 11/30/12 | 12-3-2012 |
| | 124C | Susan Duke | 11/30/12 | 12-3-2012 |
| | 124D | Joyce Eaton | 11/30/12 | 12-3-2012 |
| | 124E | Ann Edmunds | 11/30/12 | 12-3-12 |

## EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | 124F | John Lents | 11/30/12 | 12-3-12 |
| | 124G | Claude McLemore | 11/30/12 | 12-3-12 |
| | 124H | Collette McLemore | 11/30/12 | 12-3-12 |
| | 124I | Ahmed Oliver | 11/30/12 | 12-3-12 |
| | 124J | Beverly Oliver | 11/30/12 | 12-3-12 |
| | 124K | Melissa Petty | 11/30/12 | 12-3-12 |
| | 124L | Otha Petty, Jr. | 11/30/12 | 12-3-12 |
| | 124M | Stephanie Stock | 11/30/12 | 12-3-12 |
| | 124N | Luveetra Taylor | 11/30/12 | 12-3-12 |
| | 124O | Shimeka Taylor | 11/30/12 | 12-3-12 |
| | 124P | Tasha Valentine | 11/30/12 | 12-3-2012 |
| | 125 | Boykin WP 302 | 11/30/12 | Not offered |
| | 129 | Graue, Jeff Memo | 11/30/12 | 12-3-12 |
| | 138 | Moore, Sam Interview | 11/30/12 | 12-3-12 |
| | 141 | Petty, Raymond Interview | 11/30/12 | 12-3-12 |
| | 399 | Handwritten defense team note re Cuneo | 11/30/12 | 12-3-12 |
| | 144 | Interview LaTasha Valentine | 11/30/12 | 12-3-12 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |