## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| **BILLIE JEROME ALLEN** | § | |
| **Petitioner** | § | |
| | § | |
| **vs.** | § | **Cause No.  4:07-CV-27-ERW** |
| | § | |
| **UNITED STATES OF AMERICA** | § | **CAPITAL CASE** |
| **Respondent** | § | |

### STIPULATION REGARDING DARLETTA TABB

Billie Jerome Allen, petitioner, through counsel, and the United States of America, through counsel, agree and stipulate as follows:

If Darletta Tabb were called as a witness in this matter, she would testify to the statements contained in her sworn declaration, Ex. 272.  These statements may be considered by the Court as if she had testified in person in this proceeding.

December 3, 2012.

Respectfully submitted,

Elizabeth Unger Carlyle #41930MO
P.O. Box 30418
Kansas City, MO  64112
(816)525-6540
elizcar@alumni.neu.edu

ATTORNEY FOR PETITIONER

Steven Holtshouser, Asst. U.S. Attorney
Carrie Costantin, Asst. U.S. Attorney

ATTORNEYS FOR THE GOVERNMENT

1