IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BILLIE JEROME ALLEN            §
    Petitioner              §
                            §
                            §
vs.                            §     Cause No.  4:07-CV-27-ERW
                            §
UNITED STATES OF AMERICA        §     CAPITAL CASE
    Respondent              §

**STIPULATION REGARDING DR. COLIN GORDON**

Billie Jerome Allen, petitioner, through counsel, and the United States of America,

through counsel, agree and stipulate as follows:

If Dr. Colin Gordon were called as a witness in this matter, he would testify to the

statements contained in his sworn declaration, Ex. 253.  In support of this declaration, the parties

stipulate that Ex. 252, entitled "North St. Louis Neighborhood Analysis," and Ex. 552, Dr.

Gordon's curriculum vitae, may be admitted into evidence.  This evidence may be considered by

the Court as if Dr. Gordon had testified in person in this proceeding.

December 4, 2012.

Respectfully submitted,

Elizabeth Unger Carlyle #41930MO
P.O. Box 30418
Kansas City, MO  64112
(816)525-6540
elizcar@alumni.neu.edu
ATTORNEY FOR PETITIONER

Steven Holtshouser, Asst. U.S. Attorney
Carrie Costantin, Asst. U.S. Attorney
ATTORNEYS FOR THE GOVERNMENT

1