IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BILLIE JEROME ALLEN          §
    Petitioner               §
                             §
                             §
vs.                          §          Cause No.  4:07-CV-27-ERW
                             §
UNITED STATES OF AMERICA      §          CAPITAL CASE
    Respondent               §

STIPULATION REGARDING TYRONE JONES

Billie Jerome Allen, petitioner, through counsel, and the United States of America,

through counsel, agree and stipulate as follows:

If Tyrone Jones were called as a witness in this matter, he would testify to the statements

contained in his sworn declaration, Ex. 271.  These statements may be considered by the Court

as if he had testified in person in this proceeding.

December 3, 2012.

                                        Respectfully submitted,

                                        Elizabeth Unger Carlyle #41930MO
                                        P.O. Box 30418
                                        Kansas City, MO  64112
                                        (816)525-6540
                                        elizcar@alumni.neu.edu

                                        ATTORNEY FOR PETITIONER

                                        Steven Holtshouser, Asst. U.S. Attorney
                                        Carrie Costantin, Asst. U.S. Attorney

                                        ATTORNEYS FOR THE GOVERNMENT

1