IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BILLIE JEROME ALLEN | § | |
| **Petitioner** | § | |
| | § | |
| vs. | § | Cause No.  4:07-CV-27-ERW |
| | § | |
| UNITED STATES OF AMERICA | § | CAPITAL CASE |
| **Respondent** | § | |

## STIPULATION REGARDING JOYCE EATON

Billie Jerome Allen, petitioner, through counsel, and the United States of America,

through counsel, agree and stipulate as follows:

If Joyce Eaton were called as a witness in this matter, she would testify to the statements

contained in her sworn declaration, Ex. 273, with the exception of paragraph 5.  These

statements may be considered by the Court as if she had testified in person in this proceeding.

December 3, 2012.

Respectfully submitted,

Elizabeth Unger Carlyle #41930MO
P.O. Box 30418
Kansas City, MO  64112
(816)525-6540
elizcar@alumni.neu.edu

ATTORNEY FOR PETITIONER

Steven Holtshouser, Asst. U.S. Attorney
Carrie Costantin, Asst. U.S. Attorney

ATTORNEYS FOR THE GOVERNMENT

1