# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

BILLIE JEROME ALLEN      §
     Petitioner      §
     §

vs.      §      Cause No.  4:07-CV-27-ERW
     §

UNITED STATES OF AMERICA      §      CAPITAL CASE
     Respondent      §

## STIPULATION REGARDING RAYMOND PETTY

Billie Jerome Allen, petitioner, through counsel, and the United States of America, through counsel, agree and stipulate as follows:

If Raymond Petty were called as a witness in this matter, he would testify to the statements contained in his sworn declaration, Ex. 262, with the exception of sentences 4, 5 and 6 of paragraph 4. These statements may be considered by the Court as if he had testified in person in this proceeding.

December 3, 2012.

Respectfully submitted,

Elizabeth Unger Carlyle #41930MO
P.O. Box 30418
Kansas City, MO  64112
(816)525-6540
elizcar@alumni.neu.edu

ATTORNEY FOR PETITIONER

Steven Holtshouser, Asst. U.S. Attorney
Carrie Costantin, Asst. U.S. Attorney

ATTORNEYS FOR THE GOVERNMENT

1