IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

BILLIE JEROME ALLEN          §
   Petitioner          §
              §
              §
v.          §          Cause No.  4:07-CV-27-ERW
              §
UNITED STATES OF AMERICA          §          CAPITAL CASE
   Respondent.          §
              §

## STIPULATION REGARDING TESTIMONY OF BILLIE JEROME ALLEN

Petitioner, Billie Jerome Allen, through counsel, and the United States of America, through counsel, agree and stipulate as follows:

If Petitioner Billie Jerome Allen were called as a witness by the government in this matter, he would testify to the statements contained in his deposition of May 8, 2012 (Ex. 539). His deposition testimony may be considered by the Court as if Petitioner had testified in person in this proceeding.

In entering this stipulation, Petitioner asserts the same objections set forth in his Opposition to the deposition (Doc. 166) and the objections preserved by counsel in the deposition transcript itself.

Respectfully submitted,

James Henry Moreno
Eric John Montroy
Timothy Patrick Kane
Assistant Federal Defenders
Federal Community Defender Office
601 Walnut Street
Philadelphia, PA 19106

Elizabeth Unger Carlyle
P.O. Box 30418
Kansas City, MO  64112

COUNSEL FOR PETITIONER

Steve E. Holtshouser
Carrie Costantin
Asst. U.S. Attorneys
111 S. 10th  Street
St. Louis, Missouri  63102

COUNSEL FOR U.S. GOVERNMENT