# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

### MINUTES OF CIVIL JURY/NON JURY TRIAL

Presiding Judicial Official _ER Webber_ Date _12-5-2012_ Trial Day ___ Case No. _4:07CV27 ERW_

_Atler_ vs. _United States of America_

Parties present for ☐ **JURY TRIAL** ☐ **NON JURY TRIAL** _Evidentiary Hearing_

Court Reporter _Sue Moran_ Deputy Clerk _Ryan A. Blatz_

Attorney(s) for Plaintiff(s) _Elizabeth Carlyle, Tim Kane, Eric Montroy, James Moreno_

Attorney(s) for Defendant(s) _Kathern Henry Steve Holtshauser, Cairre Costantin_

☐ Jury impaneled and sworn.   ☐ Opening Statement(s) of ☐ Plaintiff(s) ☐ Defendant(s) made.

☒ Plaintiff(s) evidence commenced ☒ resumed ☐ and ☒ but not ☒ concluded.

☐ Defendant(s) evidence ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

☐ Plaintiff(s) evidence in rebuttal ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

☐ Defendant(s) evidence in surrebuttal ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

☐ Oral ☐ Written Motion for _____

☐ filed ☐ made/argued by ☐ pltf(s)   ☐ deft(s) ☐ _____ and is

☐ Overruled/Denied   ☐ Sustained   ☐ Court's ruling reserved   ☐ taken under submission   ☐ taken with the case.

☐ Closing Arguments of counsel made.   ☐ Jury charged and retires to consider its verdict(s).

☐ Case taken under advisement.   ☐ **The Court declares a MISTRIAL. Trial is reset** _____

☐ Jury having been given a special verdict in the form of written interrogatories for finding of fact, together

with forms from general verdict ☐ retires to consider its verdict(s).   ☐ Jury unable to agree upon its verdict(s)

by _____ am/pm is excused to resume deliberations on _____ at _____ am/pm

☐ Verdict(s) returned (See verdict form.)   ☐ On motion of ☐ plaintiff ☐ defendant ☐ Court the jury is polled.

☒ Proceedings to continue _December 6, 2012_ at _8:30_ ⓐam/pm

☐ Judgment is entered accordingly this date.   ☐ Depositions   ☐ Exhibits retained by ☐ Court   ☐ Counsel.

_Stipulations re: declarations/testimony entered by the Court._

_____

JURY DELIBERATIONS COMMENCED: _____ CONCLUDED: _____

PROCEEDINGS COMMENCED: _10:07_ CONCLUDED: _11:53_

_1:14 pm_   _3:45 pm_