# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

### MINUTES OF CIVIL JURY/NON JURY TRIAL

Presiding Judicial Official _ER Webber_ Date _12-6-12_ Trial Day____ Case No. _4:07CV27ERW_

_Allen_ vs. _United States of America_

Parties present for ☐ JURY TRIAL  ☐ NON JURY TRIAL _Evidentary Hearing_

Court Reporter _Debbie Kreghauser_ Deputy Clerk _Ryan Kilduff_

Attorney(s) for Plaintiff(s) _Elizabeth Carlyle, Timothy Kane, Eric Monteoy, James Moreno, Katherine Henning_

Attorney(s) for Defendant(s) _Steve Holtshauser, Carrie Costantin_

☐ Jury impaneled and sworn.  ☐ Opening Statement(s) of ☐ Plaintiff(s) ☐ Defendant(s) made.

☒ Plaintiff(s) evidence ☐ commenced ☒ resumed ☒ and ☐ but not ☒ concluded.

☐ Defendant(s) evidence ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

☐ Plaintiff(s) evidence in rebuttal ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

☐ Defendant(s) evidence in surrebuttal ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

☐ Oral  ☐ Written Motion for _____

☐ filed ☐ made/argued by ☐ pltf(s)  ☐ deft(s) ☐ _____ and is

☐ Overruled/Denied  ☐ Sustained  ☐ Court's ruling reserved  ☐ taken under submission  ☐ taken with the case.

☐ Closing Arguments of counsel made.  ☐ Jury charged and retires to consider its verdict(s).

☐ Case taken under advisement.  ☐ **The Court declares a MISTRIAL.  Trial is reset**_____

☐ Jury having been given a special verdict in the form of written interrogatories for finding of fact, together with forms from general verdict ☐ retires to consider its verdict(s).  ☐ Jury unable to agree upon its verdict(s) by _____ am/pm is excused to resume deliberations on _____ at _____ am/pm

☐ Verdict(s) returned (See verdict form.)  ☐ On motion of ☐ plaintiff ☐ defendant ☐ Court the jury is polled.

☒ Proceedings to continue _12-7-2012_ at _8:30_ (am/pm)

☐ Judgment is entered accordingly this date.  ☐ Depositions ☐ Exhibits retained by ☐ Court ☐ Counsel.

_____

_____

JURY DELIBERATIONS COMMENCED:_____ CONCLUDED:_____

PROCEEDINGS COMMENCED: _8:31_ CONCLUDED: _10:52_
_1:15 pm_ _2:13 pm_