# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

### MINUTES OF CIVIL JURY/NON JURY TRIAL

Presiding Judicial Official _ER Webber_ Date _12/7/12_ Trial Day___ Case No. _4:07CV27ERW_

_Allen_ vs. _United States of America_

Parties present for ☐ JURY TRIAL ☐ NON JURY TRIAL _Evidentiary Hearing_

Court Reporter _Debbie Krieghauser_ Deputy Clerk _Ryan Kilduff_

Attorney(s) for Plaintiff(s) _Elizabeth Carlyle, Timothy Kane, Eric Montroy, James Moreno, Katherine Henry_

Attorney(s) for Defendant(s) _Steve Holtshauser, Carrie Costantin_

☐ Jury impaneled and sworn. ☐ Opening Statement(s) of ☐ Plaintiff(s) ☐ Defendant(s) made.

☐ Plaintiff(s) evidence ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

☒ Defendant(s) evidence ☒ commenced ☐ resumed ☐ and ☒ but not ☒ concluded.

☐ Plaintiff(s) evidence in rebuttal ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

☐ Defendant(s) evidence in surrebuttal ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

☐ Oral ☐ Written Motion for _____

☐ filed ☐ made/argued by ☐ pltf(s) ☐ deft(s) ☐ _____ and is

☐ Overruled/Denied ☐ Sustained ☐ Court's ruling reserved ☐ taken under submission ☐ taken with the case.

☐ Closing Arguments of counsel made. ☐ Jury charged and retires to consider its verdict(s).

☐ Case taken under advisement. ☐ **The Court declares a MISTRIAL. Trial is reset**_____

☐ Jury having been given a special verdict in the form of written interrogatories for finding of fact, together

with forms from general verdict ☐ retires to consider its verdict(s). ☐ Jury unable to agree upon its verdict(s)

by _____am/pm is excused to resume deliberations on _____ at _____am/pm

☐ Verdict(s) returned (See verdict form.) ☐ On motion of ☐ plaintiff ☐ defendant ☐ Court the jury is polled.

☒ Proceedings to continue _12/10/2012_ at _8:30_ am/pm

☐ Judgment is entered accordingly this date. ☐ Depositions ☐ Exhibits retained by ☐ Court ☐ Counsel.

_____

_____

JURY DELIBERATIONS COMMENCED:_____ CONCLUDED:_____

PROCEEDINGS COMMENCED: _9:11 Am_      CONCLUDED: _12:01 p_
_12:51 pm_      _2:54 p_