**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **BILLIE JEROME ALLEN,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **vs.** | ) **No. 4:07CV00027 ERW** |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Respondent.** | ) |

**ORDER**

During the course of the Evidentiary Hearing, the parties submitted an "Amended Joint Exhibit List" and "Parties' Second Amended Joint Exhibit List."   On the Second Amended Joint Exhibit List, the parties have placed an "A" to designate exhibits that had been received in evidence prior to the reconvening of the Evidentiary Hearing on November 28, 2012.  The Court has made check marks "T" in addition to the parties' designations to designate additional exhibits received in evidence.  The parties agree that they shall examine these lists to assure the Court has received in evidence exhibits in accordance with the parties' expectations, and shall notify the Court by **January 2, 2013**, if the exhibit lists are accurate, if other exhibits should be admitted, or if some exhibits designated as received should be deleted from the list(s).

Accordingly,

**IT IS HEREBY ORDERED** that no later than **January 2, 2013**, the parties shall notify the Court of the accuracy of the Court's exhibit list(s) as set forth in this Order.

So Ordered this 11th day of December, 2012.

_____
E. RICHARD WEBBER
SENIOR UNITED  STATES DISTRICT JUDGE