# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

### MINUTES OF CIVIL JURY/NON JURY TRIAL

Presiding Judicial Official _ERW_ Date _12/10/12_ Trial Day _17_ Case No. _4:07CV27 ERW_

_Billie Allen_ vs. _USA_

Parties present for □ JURY TRIAL □ NON JURY TRIAL _Evidentiary Hearing_

Court Reporter _Debbie Kriegshauser_ Deputy Clerk _D. O'Leary (A.m.)_

Attorney(s) for Plaintiff(s) _Elizabeth Carlyle, Timothy Kane, Eric Montroy, James Moreno_

Attorney(s) for Defendant(s) _Steven Holtshauser, Carrie Costantin_

□ Jury impaneled and sworn.  □ Opening Statement(s) of □ Plaintiff(s) □ Defendant(s) made.

□ Plaintiff(s) evidence □ commenced □ resumed □ and □ but not □ concluded.

☒ Defendant(s) evidence ☒ commenced ☒ resumed ☒ and □ but not ☒ concluded.

□ Plaintiff(s) evidence in rebuttal □ commenced □ resumed □ and □ but not □ concluded.

□ Defendant(s) evidence in surrebuttal □ commenced □ resumed □ and □ but not □ concluded.

□ Oral □ Written Motion for _____

□ filed □ made/argued by □ pltf(s) □ deft(s) □ _____ and is

□ Overruled/Denied □ Sustained □ Court's ruling reserved □ taken under submission □ taken with the case.

□ Closing Arguments of counsel made. □ Jury charged and retires to consider its verdict(s).

□ Case taken under advisement. □ **The Court declares a MISTRIAL. Trial is reset** _____

□ Jury having been given a special verdict in the form of written interrogatories for finding of fact, together

with forms from general verdict □ retires to consider its verdict(s).  □ Jury unable to agree upon its verdict(s)

by _____ am/pm is excused to resume deliberations on _____ at _____ am/pm

□ Verdict(s) returned (See verdict form.)  □ On motion of □ plaintiff □ defendant □ Court the jury is polled.

□ Proceedings to continue _____ at _____ am/pm

□ Judgment is entered accordingly this date.  □ Depositions □ Exhibits retained by □ Court □ Counsel.

_Evidence is closed._

_The Court to issue an Order about post trial briefs._

JURY DELIBERATIONS COMMENCED: _____ CONCLUDED: _____

PROCEEDINGS COMMENCED: _8:35 AM_ CONCLUDED: _12:00 PM_

_12:50 pm_                    _5:30 pm_