## EXHIBIT LIST

Date: _12/3/2012_          Case Number: _4:07CV27 ELW_

Style: _Allen v. United States of America_          Page No. _1_    A A = Already Admitted

| NUMBER | ID DATE | BY (WITNESS #) | DESCRIPTION | OBJECTED TO | RECEIVED DATE |
|---|---|---|---|---|---|
| 119 | 12/3/12 | 2 | Metro St Louis Psychiatric | | AA |
| 388 | 12/3/12 | 2 | Fax from Randall to Werth | | AA |
| 257 | 12/3/12 | 3 | Declaration of Dr. Cuneo | | A A |
| 208 | 12/3/12 | 3 | Testimony by Dr. Cuneo @ Trial | | AA |
| 68 | 12/3/12 | 3 | CJA form (Simon) | | A A |
| 501 | 12/3/12 | 3 | Cuneo Notes | | AA |
| 638A | 12/3/12 | 3 | Simon Tape Transcript | | AA |
| 208 | 12/3/12 | 3 | Cuneo Trial | | AA |
| 2 | 12/3/12 | 3 | Letter to Judge Memment | | AA |
| 46 | 12/3/12 | 3 | Transcript Dr. Yutzy | | AA |
| 539 | 12/3/12 | 3 | Mr. Allens Deposition | | . |
| 116 | 12/3/12 | 3 | SLPD Missing Person | | AA |
| 500 | 12/3/12 | 3 | Transcribed Simon Notes | | AA |
| 219 | 12/3/12 | 3 | Byron Woodard | | AA |
| 642 | 12/3/12 | 3 | YouTube Internet site | 12/6/12 do π | 12/6/12 |
| 643 | 12/3/12 | 3 | My story by Billie Allen-Internet site | | AA |
| 664 | 12/3/12 | 3 | Internet Site · Billie Allen | | 12/6/12 |
| 258 | 12/3/12 | 3 | Declaration Junita Allen | | A A |
| 106 | 12/3/12 | 3 | St Louis Childrens Hospital Records | | AA |
| 124A | 12/3/12 | 3 | Martha Burns memo | | AA |
| 565 | 12/3/12 | 3 | Dr. Cuneo Report/test Data/Notes | | AA |
| 536 | 12/3/12 | 3 | Deposition transcript Brady Oliver | | 12-6-12 |
| 528 | 12/3/12 | 3 | Deposition transcript Billy Wayne Allen | | AA |
| 527 | 12/3/12 | 3 | Deposition transcript Claude McEntire | | A A |
| 499 | 12/3/12 | 3 | Simon's handwritten notes | | AA |
| 688 | 12/4/2012 | 4 | Publications form Dr Martell | | 12/6/12 |
| 256 | 12/4/12 | 4 | Report by Dr. Martell | | 12/6/12 |

## EXHIBIT LIST

Date: _12/4/2012_    Case Number: _4:07CV27 ERW_

Style: _Allen v. United States of America_    Page No. _2_

AA = Already Admitted

| NUMBER | ID DATE | BY (WITNESS #) | DESCRIPTION | OBJECTED TO | RECEIVED DATE |
|---|---|---|---|---|---|
| 436 | 12/4/12 | 4 | Typed interview Samuel Moore Randol | | AA |
| 500.15 | 12/4/12 | 4 | Transcript - Simon Notes | | AA |
| 103 | 12/4/12 | 4 | Report Daniel Lines PhD | | AA |
| 593 | 12/4/12 | 4 | Affidavit Dr. Martell USA Guy | | 12-6-12 |
| 558 | 12/4/12 | 4 | Dr. Askenazi Comprehension | | 12-6-12 |
| 686 | 12/4/12 | 4 | Fax Neurologist report | | 12/6/12 |
| 687 | 12/4/12 | 4 | Golden's Manual | | 12/6/12 |
| 568 | 12/4/12 | 4 | Dr. Daniel Martell test Data | | 12/6/12 |
| 531 | 12/4/12 | 4 | Deposition Daniel Martell | — | 12/6/12 |
| 559 | 12/4/12 | 4 | Dr. Askenazi Comprehension Notes | | 12/6/12 |
| 570 | 12/4/12 | 4 | Data set Dr. Martell 3 | | 12/6/12 |
| 569 | 12/4/12 | 4 | Dr. Daniel Martell 2 | | 12/6/12 |
| 550 | 12/4/12 | 4 | Background Material firsh | | 12/6/12 |
| 569 | 12/4/12 | 4 | Dr. Daniel Martell 3 | | 12/6/12 |
| 590 | 12/4/12 | 4 | A Compendium Neuro Tests | | 12/6/12 |
| 688 | 12/4/12 | 4 | PAI Index publication | | |
| 178 | 12/5/12 | 5 | Debra Ruffin Terra | | AA |
| 500 | 12/5/12 | 5 | Transcribed Notes Simon | | AA |
| 484 | 12/5/12 | 5 | Typed Interview Notes | | 12/6/12 |
| 488 | 12/5/12 | 5 | Typed Interview Notes Deborah | | AA |
| 489 | 12/5/12 | 5 | Hand Written Notes Deborah Ruffin | | 12-6-12 |
| 203 | 12/5/12 | 6 | Transcript Teral Morrett Petty | | AA |
| 479 | 12/6/12 | 6 | Typed Interview Notes Morett Petty | | AA |
| 197 | 12/5/12 | 6 | Testimony @Teral Angela Allen | | |
| 260 | 12/5/12 | 6 | Declaration of Angela Allen | | 12-6-12 |
| 539 | 12/5/12 | by STIP | Testimony of Billie Allen | | Received 12/5/12 after record made |

## EXHIBIT LIST

Date: ___12/5/12___          Case Number: __4:07 cv 00027 ERW__

Style: _Allen v. USA_____          Page No. _3_

| NUMBER | ID DATE | BY (WITNESS #) | DESCRIPTION | OBJECTED TO | RECEIVED DATE |
|---|---|---|---|---|---|
| 253 | | by stip | Declaration of Colin Gordon | | 12/5/12 |
| 252 | | by stip | North STL Neighborhood Analysis | | 12/5/12 |
| 552 | | bystip | CV of Collin Gordon | | 12/5/12 |
| 271 | | by stip | Tyrone Jones Declaration | | 12/5/12 |
| 267 | | by stip | Shirlene Grant Declaration | | 12/5/12 |
| 273 | | by stip | Joyce Eaton Declaration (except ¶ 5) will be redacted | | 12/5/12 |
| 262 | | by stip | Raymond Petty Declaration [except sentences 4,5 & 6 of paragraph ¶ 4 redacted] | | 12/5/12 |
| 272 | | by stip | Darletta Tabb Declaration | | 12/5/12 |
| 571 | 12/4/12 | 4 | Dr. Martell Test Data 4 | | 12/4/12 |
| 572 | 12/4/12 | 4 | Dr. Martell Test Data 5 | | 12/4/12 |
| 573 | 12/4/12 | 4 | Dr. Martell Test Data 6 | | 12/4/12 |
| 574 | 12/4/12 | 4 | Dr. Martell Test Data PAI Report | | 12/4/12 |
| 575 | 12/4/12 | 4 | Dr. Martell Test Data PAI Protocol | | 12/4/12 |
| 15 | 12/6/12 | 8 9 | Bill Attorney Sindell | | AA |
| 264 | 12/6/12 | 9 | Declaration Brady Toliver | | 12/6/12 |
| 536 | 12/6/12 | 9 | Transcript Toliver Deposition | | 12/6/12 |
| 579 | 12/7/12 | 10 | Dr. Richard Wetzel CV | | 12/10/12 |
| 101 | 12/7/12 | 10 | Neuropsychological Eval | | 12/10/12 |
| 102 | 12/7/12 | 10 | Dr. Gelbort Testing Data | ✓ | 12/10/12 |
| 565 | 12/7/12 | 10 | Dr. Cuneo Report | ✓ | AA |
| 116 | 12/7/12 | 10 | ERB Aptitude Scores | | AA |
| 101 | 12/7/12 | 10 | Neuropsychologist M. Gelbort | | 12/10/12 |
| 558 | 12/7/12 | 10 | Dr. Askenazi Comprehensive Norms | | |
| 162 | 12/7/12 | 10 | HRB Norms - Raw Score | | AA |

## EXHIBIT LIST

Date: _12-7-12_                    Case Number: _4:07CV27ERW_

Style: _Allen v. United States of America_                    Page No. _4_

| NUMBER | ID DATE | BY (WITNESS #) | DESCRIPTION | OBJECTED TO | RECEIVED DATE |
|---|---|---|---|---|---|
| 256 | 12/7/12 | 10 | Report by Dr. Martell | | AA. |
| 590 | 12/7/12 | 10 | A Compendium of Neuropsychological | | |
| 165 | 12/7/12 | 10 | ERB Aptitude Scores | | AA. |
| 580 | 12/7/12 | 10 | Declaration Dr. Wetzel | | 12/10/12 |
| 216 | 12/7/12 | 10 | Dr. Wetzel Trial testimony | | AA |
| 600 | 12/7/12 | 10 | Report from US Dept Human | | |
| 535 | 12/7/12 | 10 | Deposition Dr. Wetzel | | |
| 589 | 12/10/12 | 11 | DSM-IV TR | | |
| 588 | 12/10/12 | 11 | Goodwin & Guze's Diag | | 12/10/12 |
| 589 A | 12/10/12 | 11 | Excerpts from DSM | | 12/10/12 |
| 657 | 12/10/12 | 11 | Law + Human Behavior | | 12/10/12 |
| 658 | 12/10/12 | 11 | Law + Human Behavior PTSD | | 12/10/12 |
| 46 | 12/10/12 | 11 | Transcript - Dr. Yutzy | | |
| 638B | 12/10/12 | 11 | Semon Tape (Transcript) | | |
| 584 | 12/10/12 | 11 (Dr. Yutzy) | 3/2/98 Report RE Billie Allen | | 12/10/12 |
| 595 | 12/10/12 | 11 | List of Materials to Govt Exp. | | 12/10/12 |
| 538 | 12/10/12 | 11 | Depo Trans. Dr. Yutzy | | |
| 214 | 12/10/12 | 11 | Dr. Yutzy Trial Testimony | | |
| 587 | 12/10/12 | 11 | 11/23/11 Yutzy Report RE B. ALLEN | | 12/10/12 |
| 555 | 12/10/12 | 12 | Dr. Ashkenazi CV | | 12/10/12 |
| 561 | 12/10/12 | 12 | APA Ethical Principles of Psychologist and Code of Conduct, 2010 | | 12/10/12 |
| 553 | 12/10/12 | 12 | Letter to Dr. Ashkenazi re: Review Materials | | 12/10/12 |
| 595 | 12/10/12 | 12 | List of Materials sent to Government Experts | | 12/10/12 |
| 554 | 12/10/12 | 12 | Dr. Ashkenazi Report | | 12/10/12 |
| 100 | 12/10/12 | 12 | FBI Teletype re Statements by Allen | | |
| 562A | 12/10/12 | 12 | Dr. Ashkenazi "Relevant Percing of Dr. Martell Data" | | 12/10/12 |
| 556 | 12/10/12 | 12 | Dr. Ashkenazi Powerpoint analysis of Jury Data | | 12/10/12 |

## EXHIBIT LIST

Date: _____12/10/12_____    Case Number: __4:07CV 27 ERW__

Style: _Allen v. United States of America_    Page No. 5

| NUMBER | ID DATE | BY (WITNESS #) | DESCRIPTION | OBJECTED TO | RECEIVED DATE |
|---|---|---|---|---|---|
| 568 | 12/10/12 | 12 | Dr. Martell Test Data Part 1 | | |
| 569 | 12/10/12 | 12 | Dr. Martell Test Data Part 2 | | |
| 558 | 12/10/12 | 12 | Excerpt from Comprehensive Norm for an Expanded Halstead-Reitan Batry (Heaton 1990/1991) | | |
| 548 | 12/10/12 | 12 | Article about KBNA test | | |
| 554 B | 12/10/12 | 12 | Dr. Arhenage Test Data | | 12/10/12 |
| 537 | 12/10/12 | 12 | Deposition transcript for Shahid Arhenayi | | |
| 585 | | | Dr. Glen Getzy CV | | 12/10/12 |
| 689 | | | Challenges in the Neuropsychological Assessment of Ethnic Minorities: Summ'l Rev. | Legal File | 12/10/12 (Legal File) |
| 566 | | | Dr. Gelbort Report, Test Data and Notes | ✓ | 12/10/12 Test in Legal File |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |