IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BILLIE J. ALLEN, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 4:07 CV 27 ERW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

PARTIES' THIRD AMENDED JOINT EXHIBIT LIST

Come now the parties and file the attached Third Amended Joint Exhibit List.   The parties

stipulate and agree that the exhibits described herein, unless otherwise indicated, were admitted

into evidence for the purpose of the Section 2255 hearing. The descriptions of each exhibit as set

forth in this list are not intended by the parties to admit or adopt any inferences with regard to an

exhibit's meaning, import, or relevance. This amended list contains entries in the right column

with an "A" indicating that this is an exhibit which the parties agree has been admitted into

evidence. The parties do not waive any objections that were made on the record concerning the

admission of exhibits.

Respectfully submitted,

RICHARD G. CALLAHAN.
United States Attorney General

STEVEN E. HOLTSHOUSER, #24277
United States Attorney
111   South 10th Street, Room 20.333
St. Louis, Missouri   63102
Telephone:   (314) 539-2200

1

CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2012, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

s/*Steven E. Holtshouser*
STEVEN E. HOLTSHOUSER
Assistant United States Attorney

2

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BILLIE J. ALLEN, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 4:07 CV 27 ERW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## **AMENDED JOINT EXHIBIT LIST**

| EX # | DATE | DESCRIPTION | OTHER | |
|---|---|---|---|---|
| | | **1.  CRIMINAL TRIAL COURT FILE (1-99)** | | |
| 1 | 3-19-97 | Allen Financial Affidavit | (Doc. 6) | A |
| 2 | 4-15-97 | Allen letters to Magistrate Thomas C. Mummert with attachments | (Doc. 15) | A |
| 3 | 4-28-97 | Landolt Letter to Sindel | (Doc. 48) | A |
| 4 | 7-1-97 | Allen letter to Magistrate Thomas C. Mummert | (Doc. 95) | A |
| 5 | 7-2-97 | Allen letter to Magistrate Thomas C. Mummert | (Doc. 96) | A |
| 6 | 7-1-97 | Landolt Letter to Sindel re: Schedule CCRC Meeting | (Doc.99) | A |
| 7 | 7-2-97 | Denial of Motion For New Counsel | (Doc. 98) | A |
| 8 | 7-7-97 | Allen letter to Magistrate Thomas C. Mummert | (Doc. 100) | A |
| 9 | 7-3-97 | Sindel Letter to Landolt re:   CCRC Date | (Doc. 102) | A |
| 10 | 7-14-97 | Allen STA Waiver | (Doc. 108) | A |
| 11 | 7-15-97 | Sindel Application for Investigator | (Doc. 112) | A |
| 12 | 7-15-97 | Alibi Notice to Court | (Doc. 114) | A |
| 13 | 8-18-97 | Order – Sindel Compensation | (Doc. 134) | A |

| EX # | DATE | DESCRIPTION | OTHER | |
|---|---|---|---|---|
| 14 | 4-97 thru 8-97 | Caspari CJA | (Doc. 270) | A |
| 15 | 4-97 thru 8-97 | Sindel CJA submission with detail | (Doc. 437) | A |
| 16 | 9-16-97 | Sindel CJA 30 Payment Authorized | (Doc. 190) | A A |
| 17 | 9-17-97 | Motion for 2nd Counsel (Granted) | (Doc. 149) | A |
| 18 | 9-24-97 | Casperi Claim For Compensation | (Doc. 174) | A |
| 19 | 10-3-97 | Trial Schedule Order | (Doc. 157) | A |
| 20 | 10-9-97 | Gov. Elects Allen First For Trial | (Doc. 159) | A |
| 21 | 10-15-97 | Order For 2-9-98 Trial | (Doc. 162) | A |
| 22 | 10-20-97 | Allen Motion For Sent. Discovery | (Doc. 165) | A |
| 23 | 9-97 thru 11-97 | Sindel CJA | (Doc. 521) | A |
| 24 | 12-12-97 | CJA 30 For Sindel ((-1-97 to 11-30-97) | (Doc. 270) | A |
| 25 | 1-6-98 | Anonymous Letter to Court re: BA not guilty | (Doc. 199) | A |
| 26 | 1-9-98 | Order for Cuneo Contact Visit on 1-16-98 | (Doc. 200) | A |
| 27 | 1-13-98 | Government's . Motion for Notice of Mental Health Expert | (Doc. 207) | A |
| 28 | 1-16-98 | Application for Expert Services | (Doc. 210) | A |
| 29 | 1-16-98 | Court Order Replacing Haney with Randall | (Doc. 211) | A |
| 30 | 1-17-98 | Order Randall Contact Visit | (Doc. 209) | A |
| 31 | 1-23-98 | Sindel Request for 30 Subpeonas | (Doc. 216) | A |
| 32 | 1-29-98 | Motion for Continuance | (Doc. 227) | A |
| 33 | 1-30-98 | Landolt Letter to Sindel re contacts with West & Moore | (Doc. 222) | A |
| 34 | 1-30-98 | Subpoenas – Out-of-Town Witnesses | (Doc. 229) | A |
| 35 | 1-30-98 | Randall Affidavit | (Doc. 226) | A |
| 36 | 1-30-98 | Transcript of Hearing on Motion to Continue | (Doc. 465) | A |
| 37 | 2-4-98 | Government's Motion for Cuneo Report | (Doc. 244) | A |

2

| EX # | DATE | DESCRIPTION | OTHER | |
|---|---|---|---|---|
| 38 | 2-5-98 | Order re Simon Housing | (Doc. 245) | A |
| 39 | 2-6-98 | Government's Motion for Psych Exam of Allen | (Doc. 250) | A |
| 40 | 2-6-98 | Motion for Dr. Gelbort to Test Allen | (Doc. 258) | A |
| 41 | 2-6-98 | Order re MRI & Neuropsychologist | (Doc. 260) | A |
| 42 | 2-6-98 | Allen Notice of Experts | (Doc. 253) | A |
| 43 | 2-6-98 | Court Notes re Hearing on Psych Exam, MRI, reports | (Doc. 262) | A |
| 43A | 2-6-98 | Transcript of Pre-Trial Proceedings | | A |
| 44 | 2-12-98 | Order for Cuneo and Gelbort Reports/Tests | (Doc. 273) | A |
| 45 | 2-13-98 | Motion for Protective Order re Psych Test Results (Firewarll) | (Doc. 276) | A |
| 46 | 2-16-98 | Transcript of Dr. Yutzy Examination of Allen | (Doc. 321) | A |
| 46A | 2-16-98 | CD copy of Dr. Yutzy Examination of Allen | Under Seal | A |
| 47 | 2-18-98 | Sealing of Yutzy Tapes | (Doc. 279) | A |
| 48 | 2-18-98 | Randall Application for More Money | (Doc. 280) | A |
| 49 | 2-20-98 | Motion for Cuneo Contact Visit 2-22-98 | (Doc. 293) | A |
| 50 | 2-20-98 | Motion to Modify Psych Testing Order | (Doc. 294) | A |
| 51 | 2-24-98 | Government's Motion to Compel Randall info give to Cuneo | (Doc. 301) | A |
| 52 | 2-24-98 | Order: Produce Randall Memos given to Cuneo/Gelbort | (Doc. 302) | A |
| 53 | 12/97 – 2/98 | Caspari CJA | (Doc. 439) | A |
| 54 | 1/98 – 3/98 | Randall CJA | (Doc. 190) | A |
| 55 | 1/98 – 3/98 | Cuneo CJA | (Doc. 174) | A |
| 56 | 3-9-98 | Allen Jury Instructions | | A |
| 57 | 3-10-98 | Special Verdict Form (Count I) | (Doc. 344) | A |
| 58 | 3-10-98 | Special Verdict Form (Count II) | (Doc. 345) | A |
| 59 | 4-1-98 | CJA 31 For Cuneo | (Doc. 437) | A |
| 60 | 4-1-98 | CJA 31 Caspari 12-1-97 to 2-26-98 | (Doc. 439) | A |

| EX # | DATE | DESCRIPTION | OTHER | |
|------|------|-------------|-------|---|
| 61 | 4-15-98 | David Randall 11-1-98 to 3-10-98 signed payment authorization | (Doc. 470) | A |
| 62 | 4-15-98 | CJA 31 For Lit. Consultants, Inc. | (Doc. 441) | A |
| 63 | 4-30-98 | Juanita Letter to Judge Webber (7-6-98) | (Doc. 448) | A |
| 64 | 5-18-98 | Motion for New Trial | (Doc. 421) | A |
| 65 | 6-8-98 | Government's Motion to Correct Sentence | (Doc. 425) | A |
| 65A | 6-8-98 | Defense Response to Gov Motion to Correct Sentence | (Doc. 428) | A |
| 66 | 6-11-98 | J&C Order | (Doc. 431) | A |
| 67 | 6-15-98 | Special Order of Visitation | (Doc. 435) | A |
| 68 | 12/97 – 6/98 | Simon CJA Application with detail | (Doc. 549) | A |
| 69 | 12/97-6/98 | Sindel CJA Application with detail | (Doc. 470) | A |
| 70 | 7-14-98 | 8th Cir. Letter re Allen Motion for Appt. of Counsel | (Doc 452) | A |
| 71 | 8-6-98 | Simon CJA Payment Authorization | (Doc. 549) | A A |
| 72 | 7-25-05 | Allen Letter to Court re Records | (Doc. 652) | A |
| 73 | 10-30-05 | Allen Letter Motion for Discovery | (Doc. 654) | A A |
| 74 | 2-12-06 | Allen Letter Motion for Discovery | (Doc. 658) | A |
| 75 | 12-15-06 | Allen (by Simon) Motion to Appoint Counsel | (Doc. 661) | A |
| 2.  CRIMINAL TRIAL DISCOVERY (100-149) | | | | |
| 100 | 3-20-97 | FBI Teletype re Statements by Allen | CrimEv-00001-00005 | A |
| 101 | 2-8-98 | Neuropsychological Evaluation of Michael Gelbort, Ph.D. | | A |
| 102 | | Dr. Gelbort Testing Data | | A |
| 103 | 2-16-98 | Psychological Report of Daniel Cuneo, Ph.D. | | A |
| 106 | | St. Louis Children's Hospital Records | Gov Ex 102 | A |
| 107 | | St. Louis City Hospital Records and Sindel Cover Letter | | A |

| EX # | DATE | DESCRIPTION | OTHER | |
|---|---|---|---|---|
| 108 | | St. Louis City School Records | Def Ex 18 | A |
| 109 | | Clayton School Records | Def Ex 5 | A |
| 110 | 12-16-93 | SLPD Report re Homicide of Dennis Noble | | A |
| 111 | 10-20-94 | SLPD Report re Loitering Arrest | | A |
| 112 | 4/9/95 to 4/10/95 | SLPD Report re Auto Theft | | A |
| 113 | 5-3/95 | SLPD Report re Marquis Taylor Homicide | | A |
| 114 | 10-1-95 | SLPD Report re Tampering Arrest | | A |
| 115 | 2-2-96 | Sandy Sullivan – Allen quit Chemisco job 1996 | | A |
| 116 | 5-19-96 | SLPD Report re Missing Person | | A |
| 117 | 1-9-97 | SL PD Report re Shooting at 4535 Cote Brilliante | | A |
| 118 | 1-20-97 | SLPD Report re Missing Person | | A A |
| 119 | 2-11-97 | Metropolitan St. Louis Psychiatric Center Records | Gov Ex 105/Def Ex 4 | A |
| 120 | | Franklin County Jail Visitor Log | BA 5051 | A |
| 121 | | Franklin County Jail Medical Records 1997 | | A |
| 122 | | Boy Scouts of America Records | BA 3731 | A |
| 123 | | St. Louis City School Discipline Records | BA 4683-4684 BA 4688 BA 4690 BA 4692-4693 BA 4697-4698 BA 4700 | A |
| 124 A | | Martha Burns (Memo from Sindel; Gov notes) | | A |
| 124 B | 2-12-98 | Printiss Church | | A |
| 124 | | Susan Duke | | A |

5

| EX # | DATE | DESCRIPTION | OTHER | |
|------|------|-------------|-------|---|
| C | | | | |
| 124 D | | Joyce Eaton | | A |
| 124 E | | Ann Edmunds | | A |
| 124F | | John Lents | | A |
| 124 G | | Claude McLemore | | A |
| 124 H | | Collette McLemore | | A |
| 124I | | Ahmed Oliver | | A |
| 124J | | Beverly Oliver | | A |
| 124 K | | Melissa Petty | | A |
| 124 L | | Otha Petty, Jr. | | A |
| 124 M | | Stephanie Stock | | A |
| 124 N | | Luveetra Taylor | | A |
| 124 O | | Shimeka Taylor | | A |
| 124P | | Tasha Valentine | | A |
| 128 | | Grant, Johnny 302 | | A |
| 129 | | Graue, Jeff Memo | | A |
| 131 | | Neals, Marvin 302 | | A |
| 133 | | Taylor, Eric 302 | | A |
| 134 | | Walls, Lawrence 302 | | A |
| 135 | 6-2-97 | Chowning Interview | | A |
| 136 | 6-9-97 | Harris, Bobby Interview | | A |
| 138 | | Moore, Sam Interview | | A |
| 139 | 6-9-97 | Norman, Bruce Interview | | A |

6

| EX # | DATE | DESCRIPTION | OTHER | |
|---|---|---|---|---|
| 141 | | Petty, Raymond Interview | | A |
| 144 | 2-6-98 | Valentine, LaTasha Interview | | A |
| **3. CRIMINAL TRIAL EXHIBITS (150-174)** | | | | |
| 154 | | Letter re Special School District | Def 19 | A |
| 155 | | CV of Michael Gelbort, Ph.D. | Def 20 | A |
| 156 | | CV of Daniel Cuneo, Ph.D. | Def 21 | A |
| 157 | | Michael Gelbort: Halstead Category Test | Gov 94 | A |
| 158 | | Michael Gelbort: Trails A | Gov 95 | A |
| 159 | | Michael Gelbort: Trails B | Gov 96 | A |
| 160 | | CV of Sean Yutzy, M.D. | Gov 98 | A |
| 161 | | CV of Richard Wetzel, Ph.D. | Gov 99 (BA 2409-2426) | A |
| 162 | | HRB Norms – Raw Score Transformations | Gov 100 | A |
| 163 | | Unedited out of Heaton's Program | Gov 101 | A |
| 165 | | ERB Aptitude Scores 1987, 1988, 1989, 1991 | Gov 103 | A |
| 166 | | Category Test Booklet | Gov 104 | A |
| 167 | | Allen letter to J Grant 1 | Gov 82A | A |
| 168 | | Allen letter to J Grant 2 | Gov 82B | A |
| 169 | | Allen letter to J Grant 3 | Gov 82C | A |
| 170 | | Allen letter to J Grant 4 | Gov 82D | A |
| **4. CRIMINAL TRIAL TRANSCRIPT EXCERPTS (175-249)** | | | | |
| 175 | 2-25-98 | Grant, Johnnie – Trial – Guilt Phase | 10-254 – 10-308 | A |
| 176 | 3-2-98/3-3-98 | Grant, Johnnie - Trial | 214-307; 4-32 | A |
| 177 | | (deleted) | | A |
| 178 | 3-3-98 | Ruffin, Debrah   - Trial | 36-74 | A |

| EX # | DATE | DESCRIPTION | OTHER | |
|---|---|---|---|---|
| 179 | 3-3-98 | Lents, John - Trial | 74-116 | A |
| 180 | 3-3-98 | Edmonds, Ann - Trial | 116-127 | A |
| 181 | 3-3-98 | Jones, Tyrone - Trial | 128-136 | A |
| 182 | 3-3-98 | Petty, Melissa - Trial | 136-155 | A |
| 183 | 3-3-98 | McLemore, Claude - Trial | 155-179 | A |
| 184 | 3-3-98 | Duke, Susan - Trial | 179-197 | A |
| 185 | 3-3-98 | Petty, Jr., Otha - Trial | 179-211 | A |
| 186 | 3-3-98 | Oliver, Beverly - Trial | 211-232 | A |
| 187 | 3-3-98 | Oliver, Ahmed   - Trial | 232-262 | A |
| 188 | 3-3-98 | McLemore, Lucy - Trial | 263-285 | A |
| 189 | 3-3-98 | Eaton, Tracy Joyce - Trial | 285-309 | A |
| 190 | 3-4-98 | Valentine, Latasha - Trial | 3-59 | A |
| 191 | 3-4-98 | Burns, Martha - Trial | 59-87 | A |
| 192 | 3-4-98 | Walls, Lawrence - Trial | 88-95 | A |
| 193 | 3-4-98 | Neals, Marvin - Trial | 95-105 | A |
| 194 | 3-4-98 | Stock, Stephanie - Trial | 106-125 | A |
| 195 | 3-4-98 | Taylor, Shimeka - Trial | 126-150 | A |
| 196 | 3-4-98 | Allen, Yvette - Trial | 151-164 | A |
| 197 | 3-4-98 | Allen, Angela - Trial | 165-180 | A |
| 198 | 3-4-98 | Petty, Nicole - Trial | 180-199 | A |
| 199 | 3-4-98 | Taylor, Eric - Trial | 200-252 | A |
| 200 | 3-4-98 | McLemore, Colette - Trial | 252-263 | A |
| 201 | 3-4-98 | Ellis, Julie - Trial | 264-282 | A |
| 202 | 3-4-98 | Harris, Nancy - Trial | 282-294 | A |
| 203 | 3-4-98 | Petty, Monette - Trial | 294-302 | A |
| 204 | 3-4-98 | McLemore, Erica - Trial | 303-310 | A |

| EX # | DATE | DESCRIPTION | OTHER | |
|---|---|---|---|---|
| 205 | 3-5-98 | Ingle, George - Trial | 17-2 - 17-15 | A |
| 206 | 3-5-98 | Vanecek, Russell - Trial | 17-16 – 17-23 | A |
| 207 | 3-5-98 | Gelbort, Michael - Trial | 17-23 – 17-200 | A |
| 208 | 3-5-98 | Cuneo, Daniel - Trial | 17-200 - 17-349 | A |
| 209 | 3-5-98 | Moore, Samuel - Trial | 17-350 – 17-364 | A |
| 210 | 3-5-98 | Taylor, Luvetta - Trial | 17-364 - 17-385 | A |
| 211 | 3-5-98 | Murrell, Barbara - Trial | 17-386 – 17-406 | A |
| 212 | 3-6-98 AM | Petty, Raymond, Jr. - Trial | 18-2 – 18-12 | A |
| 213 | 3-6-98 AM | Petty, Raymond, Sr. - Trial | 18-12 - 18-46 | A |
| 214 | 3-6-98 | Yutzy, Sean - Trial | 18-58 - 18-89; 18a-1 – 18a-90 | A |
| 216 | 3-6-98 | Wetzel, Richard - Trial | 18a-91 – 18a-126; 18b-2 – 18b-17 | A |
| 218 | 3-9-98 | Closing Argument Transcript | | A |
| 219 | | Woodard, Byron | 14-165 – 14-213 | A |
| **5. HABEAS COURT FILE (250-299)** | | | | |
| 250 | | Declaration by Richard H. Sindel, Esq. | Ex. 11 to Traverse | A |
| 251 | | Declaration by John W. Simon, Esq. | Ex. 12 to Traverse | A |
| 252 | | North St. Louis Neighborhood Analysis by Dr. Colin Gordon, Ph.D. | Ex. 13 to Traverse | A |
| 253 | | Declaration of Colin Gordon, Ph.D. | Ex. 18 to Traverse | A |
| 254 | | Declaration of David Randall, Ph.D. | Ex. 19 to | A |

| EX # | DATE | DESCRIPTION | OTHER | |
|---|---|---|---|---|
| | | | Traverse | |
| 256 | | Report by Daniel Martell, Ph.D. | Ex. 21 to Traverse | A |
| 257 | | Declaration of Daniel Cuneo, Ph.D. | Ex. 22 to Traverse | A |
| 258 | | Declaration of Juanita Petty Allen | Ex. 23 to Traverse | A |
| 260 | | Declaration of Angela Allen | Ex. 25 to Traverse | A |
| 261 | | Declaration of Billy Wayne Allen | Ex. 26 to Traverse | A |
| 262 | | Declaration of Raymond Petty (edited) | Ex. 27 to Traverse | A |
| 264 | | Declaration of Brady Toliver | Ex. 29 to Traverse | A |
| 266 | | Declaration of Johnnie Grant | Ex. 31 to Traverse | A |
| 267 | | Declaration of Shirlene Grant | Ex. 32 to Traverse | A |
| 269 | | Declaration of Claude McLemore | Ex. 34 to Traverse | A |
| 271 | | Declaration of Tyrone Jones | Ex. 36 to Traverse | A |
| 272 | | Declaration of Darletta Tabb | Ex. 37 to Traverse | A |
| 273 | | Declaration of Tracy Joyce Eaton (edited) | Ex. 38 to Traverse | A |
| 274 | | Declaration of Connie Supranowich | Ex. 40 to Traverse | A |
| **6. HABEAS DISCOVERY (300-524)** | | | | |
| 300 | 4-10-97 | Sindel Letter to Billie Allen | BA 2567 | A |
| 301 | 4-16-97 | Transcript of Sindel interview with Juanita Allen | BA 3805-3815 | A |
| 302 | 4-17-97 | Sindel Letter to Billie Allen | BA 2563-2564 | A |
| 303 | | Simon's Life History of Billie Allen | BA 1377-1390 416-429 | A |

| EX # | DATE | DESCRIPTION | OTHER | |
|---|---|---|---|---|
| 303 A | | Fax copy of Life History of Billie Allen | | A |
| 304 | | Handwritten autobiography of Billie Allen | BA 3458-3461 | A |
| 305 | 4-17-97 | Sindel Letter to Juanita Allen | BA 2566 | A |
| 305 A | 4-22-97 | Royce Caldwell letter re Billie Allen | BA 3834 | A |
| 306 | 4-25-97 | Sindel Letter to Juanita Allen | BA 2559 | A |
| 307 | 4-30-97 | Sindel Letter to Juanita Allen | BA 2554 | A |
| 308 | 5-7-97 | Rick Sindel Witness List Memo | BA 2551 | A |
| 309 | 5-7-97 | Sindel Letter to Juanita Allen | BA 2550 | A |
| 310 | 5-28-97 | Caspari memo to file | BA 2544 | A |
| 311 | 6-19-97 | Letter from Sindel to DOJ | BA 2537 | A |
| 312 | 7-14-97 | Sindel memo to file | BA 2530 | A |
| 313 | 9-3-97 | Resource Counsel fax, Bruck and McNally to Sindel re: "Killer B's" | BA 374 | A |
| 314 | 9-11-97 | Caspari Letter to Cuneo re: Police Report | BA 2526 | A |
| 315 | 10-1-97 | Letter from Sindel to Simon | BA2525 | A |
| 316 | 10-1-97 | Caspari Letter to Haney re: SLPD Report | BA 334; 2424 | A |
| 317 | 9-97 thru 10-97 | Caspari Time Records | BA 2737-2740 | A |
| 318 | 11-4-97 | Caspari Memo To Sindel | BA 2311; 3723 | A |
| 319 | 11-5-97 | Simon Notes of Allen Interview | BA 3724-3727 | A |
| 320 | 11-25-97 | Haney Letter to Caspari | BA 2523 | A |
| 321 | 11-26-97 | Caspari Letter to Haney re: Docs and Waiting on 3 Things | BA 335; 2516 | A |
| 322 | 11-97 | Caspari Time Record | BA 2741 | A |
| 323 | 12-5-97 | Caspari Letter to Haney re: BA "Biography" | BA 336 | A |
| 324 | 1-4-98 | "Nancy" Memo to Caspari re: Review of Medical Records | BA 1490-1500 | A |

| EX # | DATE | DESCRIPTION | OTHER | |
|------|------|-------------|-------|---|
| 325 | 1-9-98 | Letter from Simon to Sindel | BA 73-75; 3802-3804 | A |
| 326 | 1-12-98 | Letter and records from Boy Scouts to Sindel | BA679-89 BA3731-41 | |
| 327 | 1-12-98 | Letter from Sindel to Haney | BA 2510 | A |
| 328 | 1-12-98 | Fax:  Caspari to Simon | BA 76 | A |
| 329 | 1-12-98 | Caspari Memo to "Chris" re: William Storer | BA 2596 | A |
| 330 | 1-13-98 | Haney Letter to Sindel, with cover sheet and attachments | BA 336 329-333; 2505-2508 | A |
| 331 | 1-13-98 | Caspari Memo to Sindel re: BA says named guards like him | BA 4341 BA 434 | A |
| 332 | 1-13-98 | Caspari Memo to Sindel re: BA "inability to tell truth" | BA 2459 | A |
| 333 | 1-14-98 | Caspari Letter to Wherenberg re: "Set It Off" | BA 2504 | A |
| 334 | 1-14-98 | Caspari Fax to Simon re: Haney Correspondence | BA 329-336 | A |
| 335 | 1-16-98 | Caspari fax to Randall re Phone Numbers of JA and Otha, Simon life history with notes | BA 415-429; 664-678 | A |
| 336 | 1-16-98 | Randall fax to Sindel re coming down tomorrow and meet | BA 439 | A |
| 337 | 1-16-98 | Randall fax toSindel re coming and successful outcome | BA 436 | A |
| 338 | 1-17-98 | Notes of Billie Allen Interview By Randall | BA 2106-2115 | A |
| 339 | 1-17-98 | Randall Letter to Sindel re covered by priv | BA 437 | A |
| 340 | 1-19-98 | Randall fax to Simon re plan | BA 2117 | A |
| 341 | 1-19-98 | Randall fax to Caspari/Sindel re interview family | BA 354; 2120 | A |
| 343 | 1-20-98 | Simon Letter to Sindel re entry of Randall | BA 533-535; 2496-2498 | A |
| 344 | 1-20-98 | Randall fax to Sindel re need court order for BA visits, family Cuneo | BA 357 | A |
| 345 | 1-20-98 | Draft continuance motion excerpt / fax and email from Simon to Sindel | BA268-274 | A |
| 346 | 1-23-98 | Randall fax to Simon re not coming until Tuesday?   Interview folks | BA 358 | A |

12

| EX # | DATE | DESCRIPTION | OTHER | |
|---|---|---|---|---|
| 347 | 1-23-98 | Sindel Letter to Randall re Social History Investigation | BA 360 | A |
| 350 | 1-26-98 | Caspari Letter to Randall enclosing 4 items for penalty phase | BA532 | A |
| 352 | 1-27-98 | Simon Letter to Sindel/Caspari | BA 528-530; 2491-2493 | A |
| 353 | 1-28-98 | Simon fax re draft of cont motion to Sindel | BA337-343 | A |
| 354 | 1-28-98 | Caspari fax to Simon re draft on cont. motion | BA 263-264 | A |
| 356 | 1-30-98 | Randall Letter to Teachers re goal is to avoid death | BA 373 | A |
| 357 | 1-30-98 | Simon/Randall Meeting Notes (Randall) | BA 2149-2150 | A |
| 358 | 1-30-98 | Witness Contact List | BA 3766-3772 | A |
| 361 | 2-2-98 | Randall fax to Sindel re Rackers, Cuneo | BA 447 | A |
| 362 | 2-2-98 | Randall fax to Sindel to recommend Gelbort | BA 453; 1811 | A |
| 363 | 2-3-98 | Caspari – Letter to Cuneo re MMPI test for BA | BA 2484 | A |
| 365 | 2-4-98 | Randall fax to Caspari re Simon fax | BA 562 | A |
| 366 | 2-4-98 | Randall memo to Simon re need neuropsych due to 5 events | BA 490; 563; 1945 | A |
| 367 | 2-6-98 | Randall fax to Caspari and Sindel | BA 496;1951 | A |
| 368 | 2-6-98 | Randall fax to Simon re Randall declaration for more experts and hearing re duties of mitigation specialist | BA 404-411 | A |
| 369 | 2-6-98 | Randall fax to Sindel re Mitigation Meeting with Counsel, Cuneo and Gelbort | BA 508; 1963 | A |
| 370 | 2-7-98 | Simon fax to Kim at Radiology re Billie Allen MRI | BA 2902 | A |
| 371 | | Note to Simon re cost of PET scan | BA 143 | A |
| 372 | 2-8-98 | Gelbort notes of examination of Allen | BA 2831-2834 | A |
| 375 | 2-13-98 | Randall fax to Gelbort re 8 pages of FBI info | BA 510 | A |
| 376 | 2-14-98 | Randall fax to Sindel re Gelbort and Cuneo meeting | BA 346 | A |
| 378 | 2-14-98 | Notes of phone call from Sindel and Sindel to Cuneo | BA 2890-2893 | A |

13

| EX # | DATE | DESCRIPTION | OTHER | |
|------|------|-------------|-------|---|
| 379 | 2-15-98 | Simon Letter to Gelbort | BA 2899; 2901 | A |
| 380 | 2-17-98 | SSD Letter to Randall re no evaluation | BA 347 | A |
| 381 | 2-20-98 | Randall fax to Sindel re witness prep times and Saylor closing | BA 348-352 | A |
| 382 | 2-20-98 | Gelbort notes and raw data faxed to Sindel 2-20-08 | BA 430-431 | A |
| 383 | 2-21-98 | Witness Interview Schedule | BA 2071-2072 | A |
| 384 | 2-22-98 | Notes of Billie Allen Interview (Cuneo) | BA 1798-1804 | A |
| 388 | 3-6-98 | Randall fax to Dr. Wuertz re 2-11-97 evaluation of BA and Yutzy report | BA 399-400 | A |
| 390 | 3-16-98 | Litigation Consultants, Inc. Invoice | BA 2695-2700 | A |
| 393 | 3-30-98 | Caspari Letter to Luvreeta Taylor re Marquis docs | BA 2476 | A |
| 394 | 4-13-98 | Randall letter to Sindel re final bill and final thoughts | BA 516 | A |
| 396 | 6-17-98 | Sindel Letter to Randall re bill and new case | BA 525 2472 | A |
| 397 | 8/98 – 10/98 | Caspari Time Records | BA 2575 | A |
| 398 | 8-27-07 | Declaration of Richard Sindel | BA 1-3 | A |
| 399 | | Handwritten defense team note re Cuneo | BA 2934 | A |
| 400 | | Handwritten defense team note | BA 2401 | A |
| 405 | | Typed Randall interview with Angela Allen | BA_3777-3778 | A |
| 407 | 4-30-97 | Sindel letter to Juanita Allen | BA 2554 | A |
| 410 | 1-28-98 | Handwritten interview notes of Juanita Allen (Randall) | BA 1003-1016 | A |
| 411 | | Typed interview notes of Juanita Allen (Randall) | BA 3821-3824 | A |
| 412 | | Handwritten interview notes of Juanita Allen (Sindel) | BA 3820 | A |
| 413 | 2-15-98 | Handwritten interview notes of Juanita Allen (Cuneo) | BA 1796-1797 | A |
| 414 | 2-23-98 | Handwritten interview notes of Juanita Allen (Simon) | BA 2931 | A |

14

| EX # | DATE | DESCRIPTION | OTHER | |
|------|------|-------------|-------|---|
| 415 | 2-28-98 | Handwritten interview notes of Juanita Allen (Simon) | BA 3068; 3087 | A |
| 416 | | Witness outline of Juanita Allen | BA 3816-3819 | A |
| 420 | | Randall typed notes of Yvette Allen | BA 3829 | A |
| 426 | | Typed interview notes of Claude McLemore (Randall) | BA 1741-1743 | A |
| 427 | | Handwritten interview notes of Claude McLemore (Sindel) | BA 4025-4026 | A |
| 431 | | Handwritten interview notes of Nicole Petty more (Randall) | BA 1033-1036 | A |
| 432 | 2-13-98 | Handwritten interview notes of Ahmed Oliver (Randall) | BA 1994-2003 | A |
| 434 | | Handwritten interview notes of Beverly Oliver/Ahmed Oliver (Sindel) | BA 4075-4078 | A |
| 436 | | Typed interview notes of Samuel Moore (Randall) | BA 4044-4046 | A |
| 439 | | Typed interview notes of Tyrone Jones (Randall) | BA 4013-4014 | A |
| 440 | | Handwritten interview notes of Eric Taylor (Sindel) | BA 4165-4166 | A |
| 442 | 2-14-98 | Memorandum from AndyRackers to Richard Sindel re interview of Eric Taylor | BA 4163-4164 | A |
| 443 | | Typed interview notes of Eric Taylor (Randall) | BA 4157-4159 | A |
| 449 | 2-14-98 | Memorandum from Andy Rackers to Richard Sindel re interview of Luveetra Taylor | BA 4183-4184 | A |
| 451 | | Handwritten interview notes of Shimeka Taylor addt. (Simon) | BA 2981-2988 | A |
| 452 | | Typed interview notes of Shimeka Taylor (Randall) | BA 4201-4204 | A |
| 454 | 1-11-98 | Handwritten interview notes of Raymond Petty | BA 3389-3392 | A |
| 457 | | Handwritten interview notes of Raymond Petty, Sr. addt (Randall) | BA 1039-1050 | A |
| 458 | | Typed interview notes of Raymond Petty (Randall) | BA 4121-4125 | A |
| 459 | | Typed interview notes of Colette McLemore (Randall) | BA 1733-1734 | A |
| 465 | | Handwritten interview notes of Nancy Harris (Sindel) | BA | A |

15

| EX # | DATE | DESCRIPTION | OTHER | |
|------|------|-------------|-------|---|
| | | | 4008-4012 | |
| 468 | 2-17-98 | Handwritten interview notes of Nancy Harris (Randall) | BA 2040-2045 | A |
| 472 | | Typed interview notes of Beverly Oliver (Randall) | BA 1737-1738 | A |
| 473 | | Typed interview notes of Jerome Petty   (Randall) | BA 4097-4098 | A |
| 479 | | Typed interview notes of Monette Petty (Randall) | BA 4101-4102 | A |
| 484 | | Typed interview notes of Otha Petty Sr | BA 4113 | A |
| 485 | | Handwritten interview notes of Deborah Ruffin (Sindel) | BA 4141-4142 | A |
| 486 | | Handwritten interview notes of Deborah Ruffin second session | BA 2971-2973 | A |
| 488 | | Typed interview notes of Deborah Ruffin (Randall) | BA 4137-4140 | A |
| 489 | 2-21-98 | Handwritten interview notes of Deborah Ruffin addt | BA 2066-2068 | A |
| 491 | | Handwritten letter from Billie Allen to Juanita Allen 1 | BA 624-626 | A |
| 492 | | Handwritten letter from Billie Allen to Juanita Allen 2 | BA 627-628 | A |
| 493 | | Handwritten letter from Billie Allen to Juanita Allen 3 | BA 629-631 | A |
| 494 | | Handwritten letter from Billie Allen to Juanita Allen 4 | BA 632-633 | A |
| 495 | | Handwritten letter from Billie Allen to Juanita Allen 5 | BA 634 | A |
| 496 | | Notes of Meeting of Cuneo, Simon and Sindel (Randall) | BA 2217-2219 | A |
| 498 | 10-5-97 to 6-14-98 | Simon Out of Court HourlyWorksheet (CJA 30) | BA 9-35 | A |
| 499 | | Simon handwritten notes | BA 2888-2889; 2910 - 2930; 2934-3029; 3032-3034; 3049-3062; | A |

16

| EX # | DATE | DESCRIPTION | OTHER | |
|------|------|-------------|-------|---|
| | | | 3068-3301; 5464-5555 | |
| 500 | | Transcribed Simon notes | 4-95 | A |
| 501 | 1-16-98 and 2-22-98 | Cuneo Notes of Allen Interview (redacted) | | A |
| 502 | | Closing Ideas (Randall) | BA 1824-1826 | A |
| 503 | | Typed Interview Notes of Carol Petty (Randall) | BA 4088-4089 | A |
| 505 | | Factors that affected Billie's Life | BA 1827 | A |
| 506 | | Direct Exam outline of Raymond Petty | BA 984-988 | A |
| 507 | | Direct Exam outline of Raymond Petty with notes | BA 979-983 | A |
| 508 | | Note of Interview (Supranovich) | | A |
| 509 | | Typed notes of interview (Supranovich) | | A |
| | | **7. HABEAS DEPOSITIONS (525-549)** | | |
| 525 | 11-16-11 | Deposition transcript for Connie Supranowich | | A |
| 527 | 11-17-11 | Deposition transcript for Claude McLemore | | A |
| 528 | 11-18-11 | Deposition transcript for Billy Wayne Allen | | A |
| 529 | 11-18-11 | Deposition transcript for Juanita Allen | | A |
| 531 | 12-2-11 | Deposition transcript for Daniel Martell, Ph.D. | | A |
| 532 | 1-5-12 | Deposition transcript for David Randall, Ph.D. | | A |
| 533 | 1-11-12 | Deposition transcript for John Simon, Esq. | | A |
| 534 | 1- 25-12 | Deposition transcript for Richard Sindel, Esq. | | A |
| 536 | 5-3-12 | Deposition transcript for Brady Toliver | | A |
| 539 | 5-8-12 | Deposition transcript for Billie Jerome Allen | | A |
| | | **8. HABEAS EXPERT MATERIALS (550-599)** | | |
| 550 | | Background materials provided to Drs. Cuneo, Stewart, and Martell | BA4724-54 | A |

17

| EX # | DATE | DESCRIPTION | OTHER | |
|---|---|---|---|---|
| 552 | | Colin Gordon, Ph.D. CV | | A |
| 553 | 9-2-11 | Letter to Dr. Askenazi re Review of Materials | | A |
| 554 | 10-24-11 | Dr. Askenazi Report | | A |
| 554 B | | Dr. Askenazi Testing Data | | A |
| 555 | | Dr. Askenazi CV | | A |
| 556 | | Dr. Askenazi Powerpoint Analysis of Testing Data | | A |
| 558 | | Dr. Askenazi – Excerpts from Comprehensive Norms For an Expanded Halstead-Reitan Battery (Heaton 1990/1991) | | A |
| 559 | | Dr. Askenazi – Excerpts from Revised Comprehensive Norms for an Expanded Halstead-Reitan Battery, Professional Manual (Heaton 2004) | | A |
| 561 | | Dr. Askenazi – APA Ethical Principles of Psychologists and Code of Conduct, 2010 | | A |
| 562 A | | Dr. Askenazi "Relevant Rescoring of Dr. Martell's Data" | | A |
| 563 | | Dr. Daniel Cuneo Unredacted Notes | BA 1648U-BA 1649U | A |
| 564 | | John Simon Unredacted Notes | BA 3724-27 and 3730 | A |
| 565 | | Dr. Daniel Cuneo Report, Test Data and Notes (Trial) | | A |
| 566 | | Dr. Michael Gelbort Report, Test Data and Notes (Trial) | | A |
| 568 | | Dr. Daniel Martell Test Data Part 1 | | A |
| 569 | | Dr. Daniel Martell Test Data Part 2 | | A |
| 570 | | Dr. Daniel Martell Test Data Part 3 | | A |
| 571 | | Dr. Daniel Martell Test Data Part 4 | | A |
| 572 | | Dr. Daniel Martell Test Data Part 5 | | A |
| 573 | | Dr. Daniel Martell Test Data Part 6 | | A |
| 574 | | Dr. Daniel Martell – PAI Test Report | | A |
| 575 | | Dr. Daniel Martell – PAI Test Protocol | | A |
| 579 | | Dr. Richard Wetzel CV | | A |

18

| EX # | DATE | DESCRIPTION | OTHER | |
|---|---|---|---|---|
| 580 | | Dr. Richard Wetzel 2011 Report re Billie Allen | | A |
| 584 | 3-2-98 | Dr. Sean Yutzy – 1998 Report re Billie Allen | | A |
| 585 | | Dr. Sean Yutzy CV | | A |
| 587 | 11-23-11 | Dr. Sean Yutzy – Report re Billie Allen | | A |
| 588 | | "Goodwin & Guze's Psychiatric Diagnosis" (6th Edition 2010), North and Yutzy | PHYSICAL | A |
| 589 A | | Excerpts from DSM IV TR | | A |
| 590 | | "A Compendium of Neuropsychological Tests" (Third Edition), Spreen and Strauss | PHYSICAL | A |
| 593 | | Affidavit of Dr. Daniel Martell in U.S. v Everett Spivey | | A |
| 595 | | List of Materials sent to Government Experts | | |
| **9. MISCELLANEOUS (600-end)** | | | | |
| 609 | 3-19-97 | PTS Report re: Allen | Misc 00001-00003 | A |
| 610 | 7-00-97 | Sindel Submission to CCRC | | A |
| 611 | 8-18-97 | Court Order re investigation, paralegal, miti-specialist | | A |
| 620 | 3-12-98 | Holtshouser letter to Sindel | | A |
| 621 | | Notes of BA Interview (Randall) | BA 2154-2155 | A |
| 628 | | Mitigation Checklist | | A |
| 630 A-C | | John Simon Tapes (1 regular and 2 micro cassettes) | PHYSICAL | A |
| 630 E | | John Simon Tape 1-7-98, Tape 1 (1 micro cassette) | PHYSICAL | A |
| 631 | | Simon Tapes Enhanced (CD) | PHYSICAL | A |
| 632 | | Simon Tape Transcript – 12-12-97, Part 1A | | A |
| 633 | | Simon Tape Transcript – 12-12-97, Part 1B | | A |
| 634 | | Simon Tape Transcript – 12-12-97, Part 2A | | A |
| 635 | | Simon Tape Transcript – 12-12-97, Part 2B | | A |

19

| EX # | DATE | DESCRIPTION | OTHER | |
|------|------|-------------|-------|---|
| 636 | | Simon Tape Transcript – 1-7-98, Tape 2 | | A |
| 637 | | Simon Tape 1, 1-7-98 Enhanced (DVD) | PHYSICAL | A |
| 638 A | | Simon Tape Transcript – 1-7-98, Tape 1, Side A | | A |
| 638 B | | Simon Tape Transcript – 1-7-98, Tape 1, Side B | | A |
| 642 | | http://www.youtube.com/watch?v=gCYJdrPrgP8&feature=player_embedded : "Free Billie Allen" | Pages | A |
| 643 | | http://reesescampaign.proboards.com/index.cgi?board=other&action=display&thread=236 : "My Story by Billie Allen" | Pages | A |
| 657 | | "Empirical Limits of Forensic Mental Health Assessment", Grisso and Vincent, Law and Human Behavior, Vol. 29, No. 1, Feb. 2005 | | A |
| 658 | | "Empirical Limits for the Forensic Assessment of PTSD Litigants", Koch, O'Neill and Douglas, Law and Human Behavior, Vol. 29, No. 1, Feb. 2005 | | A |
| 659 | | Johnnie Grant Grand Jury Testimony | | A |
| 664 | | http://www.justice-for.org : Billie Allen | | A |
| 666 | | Employment Application, Juanita Allen, St. Louis Transitional Hope House | | A |
| 672 | | Billie Allen Letter to Claude McLemore | | A |
| 673 | | Billie Allen Letter to Claude McLemore | | A |
| 674 | | John Simon CV | | A |
| 675 | | Handwritten Draft of David Randall fax to Dr. Wuertz | BA_1609 | A |
| 677 | | Typed interview notes of Lt. Dave Boehm | BA_837 | A |
| 678 | | Typed interview notes of Dep. Mark Prackt | BA_839 | A |
| 679 | | Typed interview notes of Dep. Todd Sinclair | BA_4144 | A |
| 680 | | Handwritten interview notes of Dep. Karen Burns | BA_838 | A |
| 681 | 4-8-09 | Fed Public Defender letter to David Randall with attached list of background materials | | A |
| 682 | | Dr. Cuneo Updated CV | | A |
| 683 | | Dr. Cuneo Handbook on Fitness Evaluations | | A |
| 686 | | Compendium of Neuropsych Tests, 2d Edition excerpts | | A |

| EX # | DATE | DESCRIPTION | OTHER | |
|------|------|-------------|-------|---|
| 687 | | Golden's Manual Excerpt re Stroop Test | | A |
| 688 | | Daniel Martell CV | | A |
| 689 | | "Challenges in the Neuropsychological Assessment of Ethnic Minorities: Summit Proceedings" | Not admitted but offered as part of offer of proof | |