IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BILLIE J. ALLEN,                          )
                                          )
                    Movant,               )
                                          )
        v.                                )    No. 4:07 CV 27 ERW
                                          )
UNITED STATES OF AMERICA,                 )
                                          )
                    Respondent.           )

## Delivery of Exhibits to Court

Come now the Government and transfers a hard copy of the exhibits admitted during the

hearing in this case and itemized in the Parties Third Amended Exhibit List (Doc. 315).

Received: _____

Witness: _____

Respectfully submitted,

RICHARD G. CALLAHAN.
United States Attorney General

STEVEN E. HOLTSHOUSER, #24277
United States Attorney
111  South 10th Street, Room 20.333
St. Louis, Missouri  63102
Telephone:  (314) 539-2200
Respectfully submitted,