RECEIVED

JAN 0 7 2013

BY MAIL

To: The Clerk Of the Court,

This is a Pro Se motion where I'd like to ask for a few moments of the courts time to address an issue that I feel only the court can resolve. I want the court to know that in no way, through filing this motion am I asking to represent myself.

The issue I'm asking the court to consider is that I'd like counsel Elizabeth Unger Carlyle removed from my case as soon as possible. I feel that this is very much needed at the earliest possible time.

There have always been issues between Mrs. Carlyle and I for some time. I filed a motion before now to put forth this issue to the court, but I retracted it because I wanted to give our working relationship a chance. I feel that I am the one who has suffered because of that choice. I should've made the court aware that I wasn't happy with the represention that I was getting when counsel neglected to raise issues earlier on in the appeal stage that she told me weren't issues. (Issues I now know to be valid). I know that these issues are now waived because of the advice I was given by counsel, but I wanted the court to know how long this conflict has been going on and how it can only stop if she is removed from my case.

As the court is aware, I have the attorneys from Philidelphia on my case and I feel that they can handle things without us having to stop things at this point.

I plea for the Court to grant this motion and have Mrs. Carlyle removed from my case.

Thanks for your time.
Take Care,
Billie Allen
26901-044
P.O.BOX 33
Terre Haute, IN. 47808

Case: 4:07-cv-00027-ERW   Doc. #: 317   Filed: 01/07/13   Page: 2 of 2 PageID #: 3445

Brian Allen
26901-044
P.O. Box 33
Terre Haute, IN.
47808

Legal Mail

TO: Judge Webber

C/O: The Clerk of The Court

Thomas F. Eagleton United States Courthouse
111 South Tenth Street
St. Louis, MO. 63102-1116

RECEIVED

JAN 0 7 2013

BY MAIL

Equality
FOREVER