**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BILLIE JEROME ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:07CV0027 ERW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | THIS IS A CAPITAL CASE |
| | ) | |
| Respondent. | ) | |

**GOVERNMENT'S RESPONSE TO ALLEN'S MOTION TO REMOVE ELIZABETH CARLYLE AS ONE OF HIS COUNSEL**

**COMES NOW** the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, Steven E. Holtshouser and Carrie Costantin, Assistant United States Attorneys for said District, and responds to Allen's motion to remove Elizabeth Carlyle as his counsel, as follows:

The Government, of course, is not privy to the private discussions between Allen and Ms. Carlyle or his other counsel. From the viewpoint of the Government, Ms. Carlyle is competent and has ably represented Allen's interests. However, he also has a number of attorneys representing him who are part of the Capital Habeas Unit in Philadelphia, PA. Should this Court choose to grant Allen's motion, the Government has no doubt that he will continue to be ably represented by his remaining counsel.

The Government takes no position with respect to whether Ms. Carlyle should be removed as Allen requests. This Court may wish to hear Mr. Allen, and Ms. Carlyle, *in camera* or *ex parte*. However, the evidence presented at the hearing, while not successful in the

1

Government's view, implicates Allen's legal reasoning and the wisdom of his legal choices. Accordingly, the Government requests that any ruling on Allen's motion be made only after making inquiry to Allen in person (or by telephone with his counsel present) and on the record.

WHEREFORE, the Government respectfully requests that any ruling on Allen's motion be made after an on-the-record colloquy between Allen and this Court, with or without the presence of the Government.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*/s/ Steven E. Holtshouser*
STEVEN E. HOLTSHOUSER, #24277
CARRIE COSTANTIN, #54734
Assistant United States Attorneys
111 South 10th Street, 20th Floor
St. Louis, MO 63101
(314) 539-6894

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2013, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:


Elizabeth Unger Carlyle
Attorney at Law
P.O. Box 962
Columbus, MS 39701


James Moreno
Timothy Kane
Eric Montroy
FEDERAL COMMUNITY DEFENDER OFFICE
Eastern District of Pennsylvania- Capital Habeas Corpus Unit
The Curtis Center - Suite 545 West
Philadelphia, PA 19106


/s/Steven E. Holtshouser