**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| **BILLIE JEROME ALLEN** | § | |
|     **Petitioner** | § | |
| | § | |
| **vs.** | § | **Cause No.  4:07-CV-27-ERW** |
| | § | |
| **UNITED STATES OF AMERICA** | § | **CAPITAL CASE** |
|     **Respondent** | § | |

**RESPONSE OF MR. ALLEN'S COUNSEL TO
PRO SE MOTION FOR WITHDRAWAL OF COUNSEL**

Counsel for Mr. Allen have no objection to the granting of this motion.  Should the court

desire that Mr. Allen address this motion personally, counsel request that this be done in the

absence of counsel for the government.

Respectfully submitted,

/s Elizabeth Unger Carlyle
Elizabeth Unger Carlyle #41930MO
P.O. Box 30418
Kansas City, MO  64112
(816)525-6540
elizcar@alumni.neu.edu

James Henry Moreno
Eric John Montroy
Tim Kane
Assistant Federal Defenders
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West- The Curtis Center
Philadelphia, P A 191 06
215-928-05 20
Fax:215-928-0826
James_ Moreno@fd.org
Eric_Montroy@fd.org

ATTORNEYS FOR PETITIONER

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served upon counsel for respondent, Asst. U. S. Attorney, Mr. Steven Holtshouser, Asst, U.S. Attorney, and Ms. Carrie Costantin, 111 South 10th Street, 20th Floor, St. Louis, Missouri 63102, by filing with the Court's electronic filing system on January 14, 2013.

/s/ Elizabeth Unger Carlyle
Elizabeth Unger Carlyle

2