**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| BILLIE JEROME ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:07CV00027 ERW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**ORDER SETTING TELEPHONE CONFERENCE**

This matter comes before the Court on Pro Se Motion for Withdrawal of Counsel [ECF No. 317].  A telephone conference on this pending motion will be held on **January 29, 2013**, at **1:30 p.m.** and the participation of Billie Jerome Allen, Inmate #26901-044, is necessary for this conference.  The Court will initiate this conference with Mr. Allen and Petitioner's counsel of record, only.

**IT IS HEREBY ORDERED** that the Warden of the United States Penitentiary, 4700 Bureau Road South, Terre Haute, Indiana 47802, shall make Billie Jerome Allen available by telephone to participate in this conference on **January 29, 2013**, at **1:30 p.m.**  A copy of this Order will be sent by Chambers directly to the United States Penitentiary, Terre Haute, to the Attention of Counselor John Edwards.

**IT IS FURTHER ORDERED** that Petitioner's counsel shall notify chambers prior to the Hearing date of the name(s) and contact number(s) of participating counsel for this Hearing. Participation of attorney Elizabeth Carlyle is required.

So Ordered this 16th Day of January, 2013.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE