**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **BILLIE JEROME ALLEN,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **vs.** | ) **No. 4:07CV00027 ERW** |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Respondent.** | ) |

**ORDER**

The Court being advised by the court reporters who reported this case, that a representative

of the Federal Community Defender Office, Eastern District of Pennsylvania, advised them that the

Federal Community Defender Office will not pay court reporter fees duly incurred in this action,

hereby orders the payment of such fees.

Accordingly,

**IT IS HEREBY ORDERED** that transcript fees incurred in this matter for the seventeen

(17) days of Evidentiary Hearing as billed by court reporters from the Eastern District of Missouri

shall be immediately paid.

So Ordered this 21st day of March, 2013.

_____
E. RICHARD WEBBER
SENIOR UNITED  STATES DISTRICT JUDGE