**COURTROOM MINUTE SHEET**

CAUSE NO. _____4:07CV27 ERW_____     DATE: _4-11-13_

JUDGE: _E. Richard Webber_

COURT REPORTER: _S. Moran_

DEPUTY CLERK: _M Berg_

Billie Jerome Allen

vs.

United States of America

ATTY(S) FOR PLTF(S) _Timothy Kane_

ATTY(S) FOR DEFT(S) _Steven Holtshuser_

PARTIES PRESENT FOR _telephone conference regarding payment of transcripts from the evidentiary hearing. Counsel informed the court of the status._

ATTY(S) PRESENT: _____

COURTROOM TIME: _9:50 - 9:51_