# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

_____

BILLIE JEROME ALLEN,

        Petitioner,

        -v-

UNITED STATES OF AMERICA,

        Respondent.

_____

:
:
:
:
:
:
:
:
:
:
:
:
:
:

No. 4:07-CV-27 ERW

**Capital 2255 Case**

Hon. E. Richard Webber, U.S.D.J.

**PETITIONER'S UNOPPOSED MOTION FOR THIRTY-DAY EXTENSION TO FILE POST-HEARING BRIEF**

Petitioner, Billie Jerome Allen, through counsel, respectfully moves for a thirty-day extension to file his post-hearing brief in this matter.  In support of this request, he states the following:

1.      Over the course of seventeen court days between June and December 2012, the Court held an evidentiary hearing in this matter.  After discussion with the parties, the Court ordered that Petitioner's post-hearing brief would be due sixty days after receipt of the hearing transcripts.  *See* Hr'g Tr. Vol. XVII at 287.  At the time, the Court and counsel for the parties believed that sixty days would provide enough time for counsel to complete the brief.

1

2.     On March 1, 2013, counsel for the parties received the hearing transcript. The transcript is approximately 4,000 pages long and references numerous exhibits, many of which are also many pages.

3.     Undersigned counsel has been working diligently to review the transcript and to begin preparing Petitioner's brief.  Briefing deadlines and court appearances in other federal and state capital cases, however, have prevented counsel from focusing solely on this matter.

4.     In light of the extreme length of the hearing transcript in this case, and given counsel's professional obligations in other capital cases, it has become apparent that counsel will need additional time to draft a professionally adequate brief that will assist the Court in resolving this important matter.

5.     Undersigned counsel has contacted counsel for the government, who indicated that they have no objection to this request.

WHEREFORE, Petitioner respectfully requests that the Court grant counsel a thirty-

day extension, until May 30, 2013, to file his post-hearing brief.


Respectfully Submitted,


/s/ Timothy Patrick Kane
Timothy Patrick Kane
James Henry Moreno
Eric John Montroy
Assistant Federal Defenders
Capital Habeas Unit
Federal Community Defender Office
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
 (215) 928-0520


Dated:        April 22, 2013

# CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2013, the foregoing *Petitioner's Unopposed Motion for Thirty-Day Extension to File Post-Hearing Brief* was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Ms. Carrie Constantin
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102

Mr. Steven Holtshouser
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102.

/s/ Timothy Patrick Kane
Timothy Patrick Kane
Counsel for Petitioner