UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BILLIE JEROME ALLEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) No. 4:07CV00027 ERW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## NOTICE TO PARTIES

The attached letter from Petitioner Billie Jerome Allen was received by the Court on May 2, 2013. The Court advises the parties that only the first line was read by the Court and the letter will be returned directly to Petitioner.

Petitioner is represented by counsel of record in this matter and pro se pleadings or correspondence will not be accepted.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall return the attached letter directly to Petitioner with a copy of this Notice.

So Ordered this 3rd day of May, 2013.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE