RECEIVED

MAY 0 2 2013

BY MAIL

4/24/13

Judge Webber,

⠀⠀⠀⠀⠀This is a pro se motion to this court where I'd like to address a few issues In filing this motion, I in no way am saying that I am representing myself. I am just filing this motion myself to make sure that the issues which I wish to address are addressed and put on the record.

⠀⠀⠀⠀⠀The first issue that I'd like to bring to the court's attention is to ask the court if I can have material that was presented at my hearing as evidence. The material which I speak of are a painting for a children's book cover and a design that was submitted into evidence when the government asked for a letter that I sent to my cousin Claude McLemore, and these things were with the letter. Only the letter was used as evidence and neither the book cover nor the design was used in any faction. I asked my lawyers to bring this to the court's attention at the hearing , but it seems that it was overlooked for some reason. Because these things have no real value in the mitigation part of my case and because it wasn't used by the government in any way in their case against me, I was wondering if these things could be returned to me. (In the letter to my cousin I was asking him to enhance the work and for him to send them back to me)....

⠀⠀⠀⠀⠀The second issue that I'd like to bring to the court's attention is that I'd like to put before the court some of the facts that I felt were left out of the hearing for whatever reason.

⠀⠀⠀⠀⠀I feel like while many facts that weren't investigated or presents at my trial came out at the hearing; I too feel that there were things that could have been presented to the court so that it would have facts to look at when making its decision. Many things came out in my case concerning the abuse that I suffered at the hands of my mother, which did take place. There were facts that came out about the activity in my neighborhood, which did take place. And there were other things presented at the hearing which gace a somewhat more clearer picture than the one presented at trial. But I too feel that the overall impact that these events had on my life all together was watered down and I feel that it's important for the court to know these things before it rules on my case. If possible, I'd like to submit to this court an outline of my life and how the things presented at the hearing effected me.

⠀⠀⠀⠀⠀This court has said that the representation that I received at trial was good, and while the hearing showed things that were ignored or not investigated; I feel that by allowing me to put before the court an outline of my life where I fill in some of the things that weren't addressed. It will allow the court to have all the facts for it to rule on. I know that we

had a chance at the hearing to put forth the things that i want to put before the court. But I too have been conflicted on what to do and not do. (That was seen at the hearing when I was trying to figure out how to address the court).

I just want a chance to present the facts that I feel the court needs to hear before it makes it ruling because I feel that the court would like to have all the facts to rule on instead of some of them....


Thanks for the court's attention.
Take Care,
Billie Allen
26901-044
P.O. BOX 33
Terre Haute, IN.
47808

Case: 4:07-cv-00027-ERW Doc. #: 348-1 Filed: 05/03/13 Page: 3 of 4 PageID #: 7203

Billie Allen
26901-044
P.O. Box 33
Terre Haute, IN.
47808

Legal Mail

INDIANAPOLIS IN 460

RECEIVED
MAY 0 2 2013
BY MAIL

TO: Judge Webber
c/o: The Clerk of The Court

Thomas F. Eagleton United States Courthouse
111 South 10th Street
St. Louis, MO. 63102-1116

INMATE
IDENTIFICATION
CONFIRMED

63102112599

Case: 4:07-cv-00027-ERW    Doc. #: 348-1    Filed: 05/03/13    Page: 4 of 4 PageID #: 7204

Legal Mail

**Federal Correctional Complex**
Terre Haute, IN 47802
Date:_____

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence to be forwarded to another individual, please return to the above listed address.