## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

_____

BILLIE JEROME ALLEN,

          Petitioner,

          -v-

UNITED STATES OF AMERICA,

          Respondent.
_____

:
:
:
:
:
:
:
:
:
:
:
:

No. 4:07-CV-27 ERW

**Capital 2255 Case**

Hon. E. Richard Webber, U.S.D.J.

### PETITIONER'S UNOPPOSED MOTION FOR SEVEN-DAY EXTENSION TO FILE POST-HEARING BRIEF

Petitioner, Billie Jerome Allen, through counsel, respectfully moves for an additional seven days to file his post-hearing brief in this matter. In support of this request, he states:

1.     The Court initially set the due date for Petitioner's post-hearing brief as sixty days after receipt of the hearing transcript. *See* Hr'g Tr. Vol. XVII at 287.

2.     On March 1, 2013, counsel for the parties received the hearing transcript. The transcript is approximately 4,000 pages long and references numerous exhibits, many of which are also many pages long.

3.     In light of the size of the record and counsel's other professional

obligations, undersigned counsel submitted an unopposed motion on April 22, 2013, for an additional 30 days to file Petitioner's brief.  Doc. 346.  The Court granted the motion on April 23, 2013.  Doc. 347.

4.      Undersigned counsel have continued to work diligently in preparing Petitioner's brief.  Counsel have made significant progress but believe that an additional week will be necessary to complete a professionally adequate brief that will assist the Court in resolving this important matter.

5.      Undersigned counsel contacted counsel for the government, who indicated that they have no objection to this request.

WHEREFORE, Petitioner respectfully requests that the Court grant counsel a seven-

day extension, until June 6, 2013, to file his post-hearing brief.


Respectfully Submitted,


/s/ Timothy Patrick Kane
Timothy Patrick Kane
James Henry Moreno
Eric John Montroy
Assistant Federal Defenders
Capital Habeas Unit
Federal Community Defender Office
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
 (215) 928-0520



Dated:        May 28, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2013, the foregoing *Petitioner's Unopposed Motion for Thirty-Day Extension to File Post-Hearing Brief* was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Ms. Carrie Constantin
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102

Mr. Steven Holtshouser
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102.


/s/ Timothy Patrick Kane
Timothy Patrick Kane
Counsel for Petitioner