IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BILLIE J. ALLEN, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 4:07 CV 27 ERW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

GOVERNMENT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE POST-HEARING BRIEF

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Missouri, Richard G. Callahan, and Steven E. Holtshouser and Carrie Costantin, Assistant United States Attorneys for said district, and files its Motion for Extension of Time to File Post-Hearing Brief.

1.  On June 6, 2013, Petitioner filed his Post-Hearing Brief.   The Court ordered the Government's Responsive Brief to be filed within sixty days.

2.  Because of Government counsels' other briefing obligations, counsel has been unable to fully review the 4,000 page transcript and prepare a response by August 5, 2013.   For example, AUSA Holtshouser, working with other AUSA's, prepared and filed a 216-page Sur-Reply in another capital habeas case, *Bolden v. United States*, No. 4:10CV2288 CEJ, on July 29, 2013. In addition, AUSA Holtshouser is in the midst of preparing Appellee's Brief in a direct appeal from a conviction in *United States v. Sigillito*, No. 13-1027 that is due on August 7, 2013. The Government therefore requests an additional thirty days, until September 4, 2013, to file a response.

1

3.   Counsel has consulted with Petitioner's counsel and they have no objection to a thirty day extension.

Respectfully submitted,

RICHARD G. CALLAHAN.
United States Attorney

_____

STEVEN E. HOLTSHOUSER, #33531MO
CARRIE COSTANTIN, #35925MO
Assistant United States Attorneys
111   South 10th Street, Room 20.333
St. Louis, Missouri   63102
Telephone:   (314) 539-2200

CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2013, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

s/*Steven E. Holtshouser*
STEVEN E. HOLTSHOUSER
Assistant United States Attorney

2