# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

_____

BILLIE JEROME ALLEN,

:    No. 4:07-CV-27 ERW

Petitioner,    :    **Capital 2255 Case**

-v-    :    Hon. E. Richard Webber, U.S.D.J.

UNITED STATES OF AMERICA,

Respondent.    :

_____

### PETITIONER'S UNOPPOSED MOTION FOR TEN-DAY EXTENSION TO FILE POST-HEARING REPLY BRIEF

Petitioner, Billie Jerome Allen, through counsel, respectfully moves for an additional ten days to file his post-hearing reply brief in this matter. In support of this request, he states:

1. The Court initially set the due date for Petitioner's post-hearing brief as twenty days after filing of the Government's post-hearing brief. *See* Hr'g Tr. Vol. XVII at 287.

2. On September 4, 2013, after receiving a 30-day extension from the Court, the Government filed its post-hearing brief. Petitioner's post-hearing reply brief is therefore currently due on September 24, 2013.

1

3.      Due to undersigned counsel's other professional and personal obligations, and in light of the lengthy record and pleadings in this case, an additional ten days is necessary for counsel to complete a professionally adequate brief that will assist the Court in resolving this important matter.

4.      Undersigned counsel contacted counsel for the government, who indicated that they have no objection to this request.

WHEREFORE, Petitioner respectfully requests that the Court grant counsel a ten-day

extension, until October 4, 2013, to file his post-hearing reply brief.


Respectfully Submitted,


/s/ Timothy Patrick Kane
Timothy Patrick Kane
James Henry Moreno
Eric John Montroy
Assistant Federal Defenders
Capital Habeas Unit
Federal Community Defender Office
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
 (215) 928-0520


Dated:        September 19, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2013, the foregoing *Petitioner's Unopposed Motion for Ten-Day Extension to File Post-Hearing Reply Brief* was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Ms. Carrie Constantin
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102

Mr. Steven Holtshouser
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102.


/s/ Timothy Patrick Kane
Timothy Patrick Kane
Counsel for Petitioner