RECEIVED

NOV 2 5 2013

BY MAIL

To: The Clerk Of The Court,

This is a pro se motion, seeking the court's permission to file a seperate motion where I will lay out issues that have merit, which were either not raised, raised incorrectly (because of no fault of my own), and which should be taken into consideration by this court in determining the facts of the case.

The reason I feel this motion is needed is because when any and all mistakes, neglect and/or facts are overlooked in a case, the court blames "the defendant" for those things; leaving the defendant to suffer for them. For that reason, I (the defendant) at least want to make certain things clear to the court so that at a later time, I (the defendant) won't be said to not have alerted the court.

The last motion that I filed, the court explained that it wouldn't entertain the motion, because I'm "represented by counsel", but as the past has shown me; just because one is represented by counsel, that doesn't mean that counsel always has your best interest at heart! Then, the court will simply blame the "defendant" for things not done and/or say that the things overlooked/ neglected were a part of counsel's "sound strategy!" (I realize that some things aren't worth the time and energy for counsel to dwell on and that they should focus on the most important of issues, but with the things that I'd like to bring to the courts attention; there's NO SOUND STRATEGY for not bringing them up, challenging them and/or putting forth the facts/evidence to support them).

I plea for a moments of the court's time to do so....

Billie Allen
26901-044
P.O. BOX 33
Terre Haute, IN.
47808