IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BILLIE J. ALLEN,                          )
                                          )
                Movant,                   )
                                          )
        v.                                )   No. 4:07 CV 27 ERW
                                          )
UNITED STATES OF AMERICA,                 )
                                          )
                Respondent.               )

<u>GOVERNMENT'S RESPONSE TO PETITIONER'S LETTER TO COURT</u>

COMES NOW the United States of America, by and through the United States Attorney

for the Eastern District of Missouri, Richard G. Callahan, and Carrie Costantin, First Assistant

United States Attorney for said district, and files its Response to Petitioner's Letter to Court filed

November 25, 2013.

On November 25, 2013, Petitioner filed a Letter to the Court requesting permission to file a

*pro se* motion raising additional grounds for relief.   The Court ordered any response to be filed by

December 9, 2013.

The Government opposes permitting the Petitioner to file such a *pro se* motion on two

grounds:   1) Petitioner is represented by counsel and 2) Petitioner is time-barred from filing

additional claims.

"There is no constitutional or statutory right to simultaneously proceed *pro se* and with

benefit of counsel."  *United States v. Agofsky*, 20 F.3d 866, 872 (8th Cir. 1994).   Courts routinely

refuse to consider *pro se* motions when a defendant is represented by counsel.   *United States v.*

*Taylor,* 652 F.3d 905, 907 (8th Cir. 2011); *United States v. Williams*, 605 F.3d 556, 573 (8th Cir.

1

2010); *United States v. El-Amin,* 574 F.3d 915, 923 (8th Cir. 2009).   "It is Eighth Circuit policy not to consider *pro se* filings when the appellant is represented by counsel."   *United States v. Montgomery,* 701 F.3d 1218, 1220 (8th Cir. 2013).   Petitioner is currently ably represented by three attorneys; at the hearing, he was represented by five attorneys.   Petitioner should not be permitted to file additional *pro se* motions.

Petitioner states in his letter that he wishes, in part, to raise new issues in his *pro se* motion. Under the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), motions pursuant to Section 2255 must be filed within a one-year period which begins to run, with certain exceptions, after the petitioner has exhausted direct appeals.   Petitioner's original complaint, filed in 2007, was timely filed.   However, any new issues he intends to raise are untimely. Claims made in an untimely filed motion under Section 2255 are deemed timely only if they relate back to the timely filed motion under Federal Rule of Civil Procedure 15(c).   New issues are time-barred.

For the foregoing reasons, the Government respectfully requests that the Court deny Petitioner's request to file a *pro se* motion setting forth his claims.

Respectfully submitted:

RICHARD G. CALLAHAN
United States Attorney

  *s/Carrie Costantin*
CARRIE COSTANTIN 35925MO
First Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200
(314) 539-2309 FAX
carrie.costantin@usdoj.gov

2

CERTIFICATE OF SERVICE

I hereby certify that on, November 27, 2013, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.


s/*Carrie Costantin*
CARRIE COSTANTIN   35925MO
First Assistant United States Attorney