Case: 4:07-cv-00027-ERW    Doc. #: 362-1    Filed: 12/11/13    Page: 1 of 2 PageID #: 7426

Billie Allen
26901-044
P.O. Box 33
Terre Haute, IN
47808

TO: Clerk of the Court

United States District Court
Eastern District of Missouri
111 S. Tenth Street
St. Louis, Missouri 63102

RECEIVED

DEC 11 2013

BY MAIL

63102118783

Case: 4:07-cv-00027-ERW    Doc. #: 362-1    Filed: 12/11/13    Page: 2 of 2 PageID #: 7427

*Legal Mail*

Taute, In.

DEC 0 2 2013

The [illegible] was proc[illegible] special
forwarding [illegible] you. [illegible]
If the writer raises a question [illegible]
jurisdiction, you may wish to ret[illegible] for
or clarification. If the writer enc[illegible] les corres[illegible] den[illegible]
to another individual, please return to the [illegible] list