RECEIVED

Billie Allen

JAN 10 2014

BY MAIL

United States

I've just been informed by counsel that the government responded to my motion. I have yet to receive the government's response, and it will take between 3-4 days before it arrives here. I'd like to plea with the Court and ask if I can have a chance to respond to the government's response. I only ask for (15) days from today to do so.

Thanks for the Court's time.

Billie Allen
26901-044
P.O. Box 33
Terre Haute, IN.
47808

Billie Allen
26901-044
P.O. Box 33
Terre Haute, IN.
47808

INDIANAPOLIS IN 460

08 JAN 2014 PM 1 L

TO: Clerk of the Court

111 S. Tenth Street

St. Louis, MO. 63102

**RECEIVED**

JAN 10 2014

**BY MAIL**

Legal Mail

IDENT'
COI

63102112599

Case: 4:07-cv-00027-ERW    Doc. #: 365    Filed: 01/10/14    Page: 2 of 2 PageID #: 7461