RECEIVED

JAN 2 1 2014

BY MAIL

1/15/14

To The Court,

This is to address the mixup in filing my reply.

I had asked the Court in a motion to allow me an opportunity to reply to the government's response when I was made aware that they had filed. I did so because I didn't know if the Court would allow me a chance to reply, or if the Court would just ruled, beased on what we had already filed.

I'd contact counsel to see if they would send the Court an electronic motion on my behalf, but they said that with this being a pro se filing, they couldn't assist me in that regard. Buty counsel would tell me that most of the time, Court's would allow between 7-10 days from the day one receives their order from the Court. I'd proceed forward as if i had ten days to file the motion. (I'd receive the order on the 7th, and I'd send my reply out on the 13th. Before I received the most recent order from the Court).

In the Court's order, I'd be told that i had to the end of the month and that I'd only be able to use 5 pages in my reply. But the reply I sent in is 15 pages. If i must shorten the reply to obey the Court's order, I will. But I'd like to plea with the Court to understand the need for the pages that I sent.

Some of the issues I filed are very complex in nature. Then, the criteria to make a showing for some of the claims are very demanding. On top of that, I'd have to satisfy the Court's Memorandom and order and show why the issues aren't time barred, or defaulted.

The Fraud On The Court and the Ineffective Assistance Of Counsel claims themself, call for one to layout the facts and prove why I deserve relief. I promise the Court that each page was needed.

Again, if I must, I will file the reply in the 5 pages that the Court has ordered me to file it in. But looking at the motion, the Court will see that the pages were needed and I didn't waste time rearguing facts in my prior motion, unless I absolutely had to.

I'm very sorry for the mixup. I'd like to ask for the Court's foregiveness and understanding, and plea with the Court to accept the apply as filed or prvide me with

additional guidance.

Thanks for your time on this matter and I'm sorry if i have in any way inconvienced the Court.



                Respectfully submitted,




                    Billie Allen
                     26901-044
                    P.O. BOX 33
                    Terre Haute, IN.
                     47808





RECEIVED

U.S. Penitentiary
Terre Haute, IN 47808
Date JAN 16 2014
By _____

nclosed letter was processed through special mailing
dures for forwarding to you. The letter has been
opened nor inspected. If the writer raises a
roblem over which this facility has jurisdiction,
y wish to return the material for further informa-
arification. If the writer encloses correspond-
nding to another addressee, please return
to the above address.