**RECEIVED**

Billie Allen,      **JAN 2 7 2014**

   -v-         **BY MAIL**

THE UNITED STATES


   This is a pro se motion, asking the Court to compel the government to turn over audio recordings of witnesses' interviews with officers, which should've been disclosed 16 years ago, along with the discovery that the government turned over to trial counsel.

   Before trial, trial counsel would file a motion, requesting any and all discovery from the government, which they agreed to do. The Court would grant the motion and compel the government to turn over all discovery that would help the defense prepare for trial. It's just become clear to me that the government hasn't fully disclosed/turned over all the discovery we requested and that these recordings fell under that request.

   If the Court grants this motion and the government does comply, or they state that they misplaced or destroyed the audio tapes which I seek, I ask the Court to find that the government:

   1. Intentionally disobeyed the Court's order 16 years ago when it instructed the government to turn over any and all discovery to the defense.

   2. Intentionally withheld these recordings when they agreed to do so.

   3. Violated my rights under Brady v. Maryland, 373 U.S. 83

   For this violation I ask the Court to deem the government in violation of their duty to disclose these recordings 16 years ago, and in doing so, they denied me Due Process and denied me a fair trial.

   It was not my intention to not include this with my most recent filings. If anything, it would've been better to include it with my most recent filings to further show how I

was denied a fair trial. I just recently discoved that the government hadn't turned over the recordings that I'm asking for, because I've been reviewing the files in my case myself and discovered where they state that they have the recordings that I'm asking for and that they would trun them over. But they haven't.

This won't be an ongoing thing where I find things and come to the Court about it. I just want the audio recordings and an explination as to why the government didn't turn them over to the defense 16 years ago when they said they would. All recordings of witnesses statements to police are exculpatory, being that in this case, every witness would change their stories from when they talked to police until they testified. Many would state that the statement's supplied to us in the F.B.I. 302's weren't their words. The recordings would challenge the witnesses' credibility. We were never really given the chance to challenge the witnesses' credibility, being the government didn't disclose all they had and agreed to disclose.

If it doesn't concern my previous motion and this motion, I will not bring forth another motion to this Court accerting another claim challenging my case.

I thank the Court for its time and I pray for its understanding.

Respectfully submitted,
Billie Allen
26901-044
P.O. BOX 33
Terre Haute, IN. 47808

1/22/14

Case: 4:07-cv-00027-ERW    Doc. #: 370    Filed: 01/27/14    Page: 3 of 4 PageID #: 7486

Billie Allen
26901-044
P.O. Box 33
Terre Haute, IN.
47808

INMATE
IDENTIFICATION
CONFIRMED

Legal Mail

INDIANAPOLIS IN 460

24 JAN 2014 PM 6 L

TO: Clerk of The Court

Eastern District of Missouri

111 S. Tenth Street

St. Louis, MO. 63102

RECEIVED

JAN 27 2014

BY MAIL

63102112599

