**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**Eastern District of Missouri**
**111 S. Tenth Street**
**St. Louis, Missouri 63102**

OFFICIAL BUSINESS

Hasler
01/21/2014
US POSTAGE  $00.46

ZIP 63102

RECEIVED

FEB 10 2014

BY MAIL

**Billie Jerome Allen**
#26901-044
USP-TERRE HAUTE
P.O. Box 12015
Terre Haute, IN 47801

NIXIE        462    72  1009        0002/04/14

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC:  63102112595    *2816-02741-21-43