**Billie Jerome Allen**
#26901-044
USP-TERRE HAUTE
P.O. Box 12015
Terre Haute, IN 47801

MOED - CM/ECF (LIVE)-Display Receipt

```
MIME-Version:1.0
From:Moed_AutoSend@moed.uscourts.gov
To:MOED_ECF_Notification@moed.uscourts.gov
Bcc:
--Case Participants: James Henry Moreno (james_moreno@fd.org), Steven E. Holtshouser
(usamoe.crimdock@usdoj.gov), Carrie Costantin (carrie.costantin@usdoj.gov,
julie.hurst@usdoj.gov, stephanie.hemm@usdoj.gov, usamoe.crimdock@usdoj.gov), Eric
John Montroy (carmencita_valdez@fd.org, eric_montroy@fd.org), Joseph M. Landolt
(joseph.landolt@usdoj.gov, usamoe.crimdock@usdoj.gov), Timothy P. Kane
(timothy_kane@fd.org), District Judge E. Richard Webber
(moed_erw_notifications@moed.uscourts.gov)
--Non Case Participants: William A. Fauks (bill_fauks@moed.uscourts.gov)
--No Notice Sent:

Message-Id:<5325463@moed.uscourts.gov>
Subject:Activity in Case 4:07-cv-00027-ERW Allen v. United States of America Docket
Text Order
```

Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Eastern District of Missouri

## Notice of Electronic Filing

The following transaction was entered on 1/17/2014 at 10:33 AM CST and filed on 1/17/2014
**Case Name:**      Allen v. United States of America
**Case Number:**      4:07-cv-00027-ERW
**Filer:**
**Document Number:** 368(No document attached)

**Docket Text:**
**Docket Text ORDER: On January 13, 2014, this Court issued an Order to Petitioner allowing a Reply consisting of no more than five (5) pages. On January 16, 2014, the Court received Petitioner's sixteen (16) page Reply [367]. The Court accepts Petitioner's Reply as filed. So Ordered by Judge E. Richard Webber on 01/17/2014. (BABS)**

**4:07-cv-00027-ERW Notice has been electronically mailed to:**

Joseph M. Landolt  joseph.landolt@usdoj.gov, usamoe.crimdock@usdoj.gov

Steven E. Holtshouser  usamoe.crimdock@usdoj.gov

Carrie Costantin carrie.costantin@usdoj.gov, julie.hurst@usdoj.gov, stephanie.hemm@usdoj.gov, usamoe.crimdock@usdoj.gov

Eric John Montroy eric_montroy@fd.org, carmencita_valdez@fd.org

James Henry Moreno james_moreno@fd.org

Timothy P. Kane timothy_kane@fd.org

**4:07-cv-00027-ERW Notice has been delivered by other means to:**

Matthew Lawry
FEDERAL COMMUNITY DEFENDER OFFICE
Eastern District of Pennsylvania- Capital Habeas Corpus Unit
The Curtis Center - Suite 545 West
Philadelphia, PA 19106