**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

BILLIE JEROME ALLEN,                      )
                                          )
                    Petitioner,           )
                                          )
        v.                                )          No. 4:07CV00027 ERW
                                          )
UNITED STATES OF AMERICA,                 )
                                          )
                    Respondent.           )

## JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Respondent United States of America shall have judgment against Petitioner Billie Jerome Allen on all claims of his Amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Under a Sentence of Death [ECF No. 60].  All claims of Petitioner's Amended Motion are **DISMISSED, with prejudice.**

**IT IS FURTHER ORDERED** that the Court shall not issue a certificate of appealability as to any claim raised in Petitioner's Amended Motion.

Dated this  25th  Day of June, 2014.


_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE