UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BILLIE JEROME ALLEN                    )
                                       )
        Petitioner,                    )
                                       )
    vs.                                )        Case No. 4:07CV00027 ERW
                                       )
UNITED STATES OF AMERICA               )
                                       )
        Respondent.                    )


## EXHIBIT RECEIPT

I have this date received the Joint Exhibits provided to the Court in relation to the

Evidentiary Hearing held in this matter and shall retain said exhibits until the time for filing a

Notice of Appeal has expired.


_____
Attorney for Respondent