Case: 4:07-cv-00027-ERW    Doc. #: 377-1    Filed: 07/07/14    Page: 1 of 2 PageID #: 7791

Dan Allen
26901-074
P.O. BOX 33
Terre Haute, IN.
47808



**RECEIVED**

JUL 0 7 2014

**BY MAIL**

To: Clerk OF The Court

United States District Court

111 S. 10th Street

St. Louis, MO. 63102-1123

Legal Mail

INMATE
IDENTIFICATION
CONFIRMED

Case: 4:07-cv-00027-ERW   Doc. #: 377-1   Filed: 07/07/14   Page: 2 of 2 PageID #: 7792

*Legal Mail*

RECEIVED
JUL 01 2014
By

U.S. Penitentiary
Terre Haute, IN 47801
Date

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information, or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.