# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| BILLIE JEROME ALLEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:07CV00027 ERW |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner=s pro se motion for recusal. Petitioner is represented by counsel. Parties who are represented by counsel may not communicate with the Court pro se. <u>Brasier v. Jeary</u>, 256 F.2d 474, 477 (8th Cir. 1958), <u>cert. denied</u>, 358 U.S. 867; 28 U.S.C. ' 1654. As a result, the Court will strike the motion.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's pro se motion for recusal [ECF No. 377] is **STRICKEN** from the record.

So Ordered this 8th day of July, 2014.

*E. Richard Webber* (signature)

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE