Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 1

RPIR1000                ST.LOUIS METROPOLITAN POLICE DEPARTMENT    CMPLT # 9506394:
05/09/95                POLICE INCIDENT REPORTING SYSTEM
                                   INCIDENT REPORT


                              I N C I D E N T

        Incident Type:        010000    HOMICIDE
        Complaint # Status: ACTIVE
        Orig./Supplement:    SUPPLEMENTAL
        Dist/Precinct/Beat: 08      812      8272
        Day of Week:         WED
        Date of Occurrence: 05/03/95 to 05/03/95
        Time of Occurrence: 20:55     to     20:55
        Location Name:                                Ngh: THE GREAT VILLE
             Street:            1815 N TAYLOR
             City/State:        ST. LOUIS          MO        63113
        Type of Premises:    PORCH
        Invst Followup(Y/N):Y
        Assignment:
             Date:            05/03/95
             Time:            21:04
             Asgmt. Code:     421              Car No:    4221
             DSN/Officer:     3444 JEFFREY       CRAWFORD
             Assisted by:     2721 BRIAN         MCGLYNN

    ANY WEAPONS DISCHARGED BY AN OFFICER(Y/N)? N

     Summary:          VICTIM: MARQUISE TAYLOR
    THIS REPORT REFLECTS THE SCENE INVESTIGATION, WITNESS
    INTERVIEWS AND PROPERTY SEGMENTS AS THEY RELATE TO THE
    HOMICIDE OF MARQUISE TAYLOR, WHICH IS REPORTED UNDER
    COMPLAINT NUMBER 95063457.


              Related Reports or Crimes Cleared


        Cmplt #   O/S    Date                    Inc. Type

        95063457   O    05/03/95      HOMICIDE


                            P R O P E R T Y

        Property Status:    EVIDENCE
        Held as Evidence:   Y
        Property Type:      CLOTHING/FURS
        Characteristics:    1 PR PANTS; 1 PR SOCKS; 1
                            TENNIS SHOE; 1 PR UNDERWEAR
        Estimated Value:    $       0
        Property Disp:      TAKEN TO LABORATORY
        Recovery:
             Loc. Recovered: BARNES HOSPITAL EMER ROOM
             Date:           05/04/95
             Address:

                                                              0002039

COMPLAINT # 9506394
PAGE    2

```
          Street:           4949 BARNES HOSP PLAZA
          City/State:       ST. LOUIS          MO
     DSN/Officer:           3896 PARGO
     Assignment Code: 308
Owner:
     Name:                  TAYLOR (VICTIM)
                            MARQUISE
```

P R O P E R T Y

```
Property Status:      EVIDENCE
Held as Evidence:     Y
Property Type:        CLOTHING/FURS
Characteristics:      BLU SWEATSHIRT; BLU/BLACK
                 —    SWEATSHIRT; 1 RT BLK/GRN TENN
                      SHOE;BLU/BLK ORLANDO MAGIC
                      BASEBALL CAP
Estimated Value:      $       0
Property Disp:        TAKEN TO LABORATORY
Recovery:
     Loc. Recovered:  ON GROUND
     Date:            05/03/95
     Address:
          Street:         1815 N TAYLOR
          City/State:     ST. LOUIS          MO        63107
     DSN/Officer:         2395 SCHULZE
     Assignment Code: 661
Owner:
     Name:               TAYLOR (VICTIM)
                         MARQUISE
```

P R O P E R T Y

```
Property Status:      EVIDENCE
Held as Evidence:     Y
Quantity:                   1
Property Type:        MISCELLANEOUS
Characteristics:      PROJECTILE
Estimated Value:      $       0
Property Disp:        TAKEN TO LABORATORY
Recovery:
     Loc. Recovered:  GROUND
     Date:            05/03/95
     Address:
          Street:         1823 N TAYLOR
          City/State:     ST. LOUIS          MO        63107
     DSN/Officer:         2395 SCHULZE
     Assignment Code: 661
Owner:
     Name:               UNKNOWN
```

0002040

COMPLAINT # 950639.
PAGE   3

# P R O P E R T Y

```
Property Status:      EVIDENCE
Held as Evidence:     Y
Quantity:                           1
Property Type:        MISCELLANEOUS
Characteristics:      PROJECTILE
Estimated Value:      $         0
Property Disp:        TAKEN TO LABORATORY
Recovery:
   Loc. Recovered:    INSIDE WALL
   Date:              05/03/95
   Address:
      Street: _          1823 N TAYLOR
      City/State:     ST. LOUIS          MO       63107
   DSN/Officer:       2395 SCHULZE
   Assignment Code:   661
Owner:
   Name:              UNKNOWN
```

0002041

1
95063947

At 9:04 P.M., Wednesday, May 3, 1995, Detective Sergeant Robert Davis, DSN 0441, Crime Scene Supervisor, Homicide Section, was contacted by the Bureau of Investigation Dispatcher and advised Homicide Detectives were being requested to 1815 North Taylor for the victim of a Shooting, with the victim en route to Barnes Hospital.

Accordingly, Sergeant Davis responded to Barnes Hospital and Sergeant Andre Hill, DSN 7245, along with Homicide Detectives Jeffrey Crawford, DSN 3444, Phillip Wasem, DSN 8402, Gerald Young, DSN 2215, Brian McGlynn, DSN 2721, and Thomas Wiber, DSN 7777, responded to the scene, arriving at 9:28 P.M.

At the scene, the Homicide Detectives were met by Captain David Dorn, DSN 7539, Commander District Eight, car 1800; Lieutenant Joseph Hoening, DSN 8435, Watch Commander District Eight, car 2801; Sergeant Cliff Sassenger, DSN 8028, car 2811; Sergeant Jerry Dodson, DSN 5320, car 2812; Police Officers Byron Pargo, DSN 3896, car 2827; Dana Isom, DSN 2789, car 2828; Donish Minor, DSN 3194, car 2826; and Steven Dodge, DSN 4278, car 2823; Area III Detectives Jerome Dyson, DSN 2196, car 6333; Nancy James, DSN 3884, car 6335; and Joan Williams, DSN 2709, car 6328; and Canine Officer Catherine Dennis, DSN 3404, along with canine "Cello", car 7215, who relinquished the scene to the Homicide Detectives at that time.

Officer Isom stated she and Officer Pargo received a radio assignment at 9:00 P.M. directing them to 1815 North Taylor for a report of a "Shooting". Upon their arrival they observed the victim lying on the front steps of the residence at 1815 North Taylor, unconscious and unable to make a statement. At that time they requested EMS and a supervisor, who requested Homicide.

Medic #11, manned by Emergency Medical Technicians Pam Delaney, DM4643, and Joslyn Thomas, DM1650, responded to the scene and conveyed the victim to Barnes Hospital where Dr. Steve Carter pronounced the victim lifeless at 9:35 P.M.

Sergeant Davis viewed the victim in the nude at the hospital and observed the victim evidenced two puncture wounds; one in the left arm pit and one in the right shoulder.

Medical Legal Investigator Francis Dawkins, of the Medical Examiner's Office was contacted and initiated his investigation. He later caused the victim's body to be conveyed to the City Morgue by Glenn Livery Service where it was assigned Morgue number 95-959.

Luberta Taylor, residing at 4541 Cote Brillante, home telephone 454-9631, the victim's mother, responded to the hospital where she identified the victim as her son, Marquise Taylor.

0002042

2
95063947

Initiating the investigation at the scene, with Detective Crawford taking the measurements, the Homicide Detectives observed the incident occurred in the 1800 block of North Taylor, a two way, north and south bound street of asphalt construction, having one lane of traffic in each direction and parking along the east and west curb lanes. North Taylor, at that location, is bordered on the north by Garfield and on the south by Cote Brillante. The area is residential, consisting of single and multiple family residences. The detectives observed the area was illuminated by mercury vapor street lamps which were situated along the west curb lane. The incident, as well as the scene investigation, occurred during the hours of darkness with a light rainfall.

The detectives directed their attention to the front porch of 1815 North Taylor which is where the victim collapsed. The front porch measured approximately five feet seven inches north to south, and approximately six feet three inches east to west and is of concrete construction. The porch is enclosed on the north and south sides by brick. The porch is accessible from the upper sidewalk by five concrete steps. The steps measured approximately six feet one inch north to south, and approximately ten inches east to west.

The residence located at 1815 North Taylor is a two-story, single family residence of brick construction. Prior to the arrival of the Homicide Detectives at the scene, the victim had been removed to the hospital by Emergency Medical Personnel. Responding district officers placed a paper silhouette on the porch to depict the position of the victim's body. Officers at the scene advised the victim was lying on his back.

The silhouette depicted the head of the victim to the west and the feet to the east, with a pool of apparent blood under the victim. The head of the silhouette measured approximately five feet five inches east of the east building line of 1815 North Taylor, and two feet north of the south wall of the front porch of 1815 North Taylor.

On the ground near the silhouette were the following items of clothing removed by Emergency Medical Personnel during life saving attempts:

A blue sweatshirt on the steps to the south of the victim, which measured approximately seven inches north of the southern portion of the steps; a right, black and green Reebok tennis shoe on the upper sidewalk against the bottom step, which measured approximately ten feet seven inches east of the east building line of 1815 North *Taylor*, and approximately four feet three inches south of the north property line of 1815 North *Taylor*; a blue and black

0002043

3
95063947

sweatshirt on the front yard, which measured approximately two feet east of the front porch of 1815 North Taylor, and against the north property line of 1815 North Taylor.

The detectives directed their attention to the sidewalk in front of 1823 North Taylor where a blue and black baseball style cap with an "Orlando Magic" logo was observed. The cap measured approximately six feet east of the east building line of 1823 North Taylor, and approximately one foot two inches north of the south building line of 1823 North Taylor. The cap measured approximately ninety two feet five inches north of where the victim collapsed.

The detectives directed their attention to the sidewalk in front of 1823 North Taylor where a projectile was observed. The projectile measured approximately four feet eight inches east of the east building line of 1823 North Taylor, and seven feet, three inches north of the south property line of 1823 North Taylor. The projectile measured approximately ninety five feet eleven inches north of where the victim collapsed.

The sidewalk in front of 1823 North Taylor measured approximately twelve feet one inch east to west.

The detectives directed their attention to the front of the building marked 1823 North Taylor where a projectile hole was located. The building is a two story, white stone and brick structure, with the first floor consisting of a closed beauty salon and the second floor consisting of a single family apartment. The projectile hole measured approximately five feet nine inches above the sidewalk, and approximately four feet eight inches north of the south property line of 1823 North Taylor.

The detectives directed their attention to the inside of the first floor of 1823 North Taylor where a projectile was located. The projectile was located approximately twenty seven feet from the east wall, inside a wood paneled wall. The projectile measured approximately four feet nine inches above the ground, and nine feet three inches north of the south wall.

Police Officer Thomas Schulze, DSN 2395, of the Evidence Technician Unit, in van 5953, responded to the scene, took the necessary photographs and seized the listed items of evidence.

Detective McGlynn conducted an area canvass and interviewed the following individuals.

ACRES, MICHAEL        1817 "B" North Taylor, B/M, 534-3761

SHAW, SARAH           black, female, 534-3761

0002044

4
95063947

Acres and Shaw stated they were lying in their bed, when they heard approximately seven to eight gunshots coming from outside their residence, apparently from the front. They stated the first shots did not sound as loud as the last two or three. Both subjects stated they looked outside their window but did not see anyone, they only heard people next door (1815 North Taylor) screaming.

ACRES, ANTHONY        1817 "A" North Taylor, B/M, no phone

Acres stated he heard approximately four or five loud gunshots coming from the front of his residence, but did not see anyone.

BANKS, JOHN        1819 "A" North Taylor, B/M, 535-6558

Banks stated he heard approximately four to five loud gunshots from the front of his residence, but did not see anyone. Banks stated he is the owner of 1823 North Taylor, the vacant beauty salon where the projectile was recovered from an inside wall. Banks was advised of the damage to his building.

1819 "B" North Taylor        No response

1813 North Taylor        Vacant

1809 North Taylor        Vacant

1803 North Taylor        Vacant

1801        North        Taylor
Vacant

Detective Robert Jordan, DSN 3167, interviewed the following subject at the Homicide Office.

ALLEN, BILLIE        (Identified in Pirs)

Allen stated Eric T., Marquise Taylor (victim) and he were visiting Prentiss C. at his residence at 1815 Taylor. They decided to leave Prentiss' house and go to the residence of a friend named Issac (no further).

Upon leaving the residence, Allen and Marquise Taylor (victim) proceeded to walk north on Taylor approaching Garfield. Prentiss was on the front porch and Eric was on the steps.

5
95063947

As Allen and the victim were walking they heard someone yell, "Four-Five-Field." Allen and the victim stopped walking for a few seconds and Allen told the victim they should go back to Printiss' house. Allen heard one gunshot and observed Marquise fall to the ground. Allen grabbed Marquise by the arm and helped him stand up. They both proceeded to run back to the house. Upon reaching the front porch steps, Allen heard three more gunshots. After those three gunshots, Marquise fell down on the porch steps. Allen ran into the house and he thought Marquise was behind him while entering the residence. Allen did not know Marquise was still lying on the front porch steps.

Detective Ronald Reeves, DSN 2901, of the Homicide Section, interviewed the following subject at the Homicide Office.

ERICK T.          Identified in PIRS

Erick stated he was leaving 1815 North Taylor, along with Prentiss C., Billie Allen, and Marquisee T., and they were beginning to walk north on North Taylor, when he heard several gunshots and then heard a male voice yell "Forty-five Field" and then heard several more shots.

Erick T. stated he believed the subject who yelled "Forty-five Field" is Kevin D. Erick stated he did not know Kevin's last name, but always heard people refer to him as Kevin D., and he is a member of the 45 Garfield Mob. Erick stated he and Kevin had previously been friends, but had recently had a falling out because of troubles with other members of the 45 Garfield Mob.

Erick stated he did not see where the shots came from, but stated he believed they came from a gangway on the east side of the street.

Detective Crawford interviewed the following subject at the Homicide Office.

PRENTISS C.          Identified in PIRS

Prentiss stated he was leaving his residence, 1815 North Taylor, along with Erick T., Marquise, and Billie and was locking the front door when he heard one gun shot. Prentiss stated he did not pay much attention to the gunshot because he hears them all the time in his neighborhood. Prentiss stated he then heard several more shots and he turned and saw Marquise running south towards the residence when he fell, got up and ran to the front porch where he fell on the steps.

Prentiss stated he did not know Marquise had been shot until he looked down and observed blood under him.

0002046

6
95063947

Prentiss stated he did not see anyone fire the shots but believed the people responsible for the shooting belong to the 45 Garfield Mob because there has been trouble recently between members of the 45 Garfield Mob and several of his friends.

The investigation is continuing.

Prepared by:

Detective Jeffrey Crawford, DSN 3444
Homicide Section

Detective Brian McGlynn, DSN 2721
Homicide Section

Captain Robert C. Oldani, DNS 8197
Commander
Crimes Against Persons Division
Bureau of Investigation

vm/8373
vm/8373

0002047

RPIR1000                ST.LOUIS METROPOLITAN POLICE DEPARTMENT    CMPLT # 9508420
07/11/95                POLICE INCIDENT REPORTING SYSTEM
                                 INCIDENT REPORT


                            I N C I D E N T

    Incident Type:        010000    HOMICIDE
    Complaint # Status:   CLEARED/ARREST
    Orig./Supplement:     SUPPLEMENTAL
    Dist/Precinct/Beat:   08      812      8272
    Origination Desc:     RADIO
    Day of Week:          WED
    Date of Occurrence:   05/03/95 to 05/03/95
    Time of Occurrence:   20:55    to    20:55
    Location Name:                              Ngh: THE GREAT VILLE
        Street:              1815 N TAYLOR
        City/State:       ST. LOUIS            MO      63113
    Type of Premises:     PORCH
    Invst Followup(Y/N):N
    Assignment:
        Date:             06/11/95
        Time:             11:00
        Asgmt. Code:      421             Car No:    4222
        DSN/Officer:      3167 ROBERT         JORDAN
        Assisted by:      3444 JEFFREY        CRAWFORD

ANY WEAPONS DISCHARGED BY AN OFFICER(Y/N)? N

    Summary:            THIS REPORT REFLECTS THE INTERVIEW AND
ARREST OF KEVIN D., RELATIVE TO THE HOMICIDE OF MARQUIS
TAYLOR. WARRANTS WERE TAKEN UNDER ADVISEMENT BY ASSISTANT
CIRCUIT ATTORNEY MICHAEL MULLEN.

              Related Reports or Crimes Cleared


       Cmplt #   O/S    Date                Inc. Type

       95063457   O   05/03/95    HOMICIDE



                                                        0002048

COMPLAINT # 9508420
PAGE    2


S U S P E C T

NAME: LAST          DOLL
      FIRST         KEVIN                    LAMONT

AGE                 018   TO   018
WEIGHT              125   TO   125
HEIGHT              502   TO   502
RACE                BLACK
SEX                 MALE

Birth:
   Date:            04/23/77
   Location:        MO
Rel. to Victim:     ACQ
Suspect Status:     ADULT ARREST
Injury:
   Description:     NOT APPARENT
RESIDENCE ADDRESS:
   Street:             3621 N TAYLOR
   City/State:      ST. LOUIS              MO       63115
   Telephone:(Res)  (314) 381-9797 Ext.
Arrest:
   Date:            06/11/95
   Time:            15:15
   Officer/Asgmt:   3167   JORDAN              ASGMT # 421
   Assisted by:     3444   CRAWFORD
   AR/JCHF No.:     8P-6985
Local ID Number:    257531
Miranda:
   Yes/No:          Y
   Officer:         3167   JORDAN
Charge:
   Charge Descr:    MURDER 1ST
      Crime Catgry: FEL           Date: 05/03/95
      Document No:  95-63457
   Charge Descr:    ARMED CRIMINAL ACTION
      Crime Catgry: FEL           Date: 05/03/95
      Document No:  95-63457
   Charge Descr:    BW: NO STATE OPER
                    LICENSE
      Crime Catgry: ORD           Date: 05/02/95
      Document No:  930442495
   Court:           001  CC
      Date:         09/01/95
      Time:         08:00

0002049

1
95-84204

Continuing the investigation into the homicide of Marquis
Taylor, which occurred May 3, 1995, at 1815 N. Taylor,
doucmented under complaint number 95-63457, will state:

Detective Joran contacted Eric Taylor (Identified in PIRS)
via telephone on June 10, 1995.  Eric Taylor stated he was
positive the voice he heard yell, "Four five field," prior to
the gunshots being fired, was the voice of Kevin D.  Eric
Taylor stated he has personally known Kevin D. for
approximately five to six years.  They were close friends up
until a few months prior to the shooting when their
friendship fell apart because Kevin D. did not like him and
his brother Marquis Taylor, hanging out with Billie Allen.

Eric Taylor stated Kevin D., Marquis and him would always
play basketball together in the rear of his (Eric Taylor)
residence.  Eric Taylor stated Kevin D. did not like Billie
Allen because he (Billie Allen) had shot him in the legs
during a drive by shooting.  Kevin D. vowed to kill Billie
Allen whenever he saw him.

Detective Jordan also spoke with the following subject via
telephone conversation on June 10, 1995.

        Taylor, Lubetra          B/F, residing at 4713 Page,
                                 Phone # 454-9637

Lubetra Taylor stated that two days after her son (Marquis
Taylor) was killed she was approached by a young black
female, early teens, who stated Marquis was killed by
accident.  The female told Ms. Taylor, Kevin D. told her
(teenage female) he shot Marquis Taylor by accident, he was
attempting to shoot Billie Allen.

Lubetra Taylor stated she could not remember the girls name,
although she has seen her in the neighborhood of Taylor and
Cote Brillianate on many different occasions.  Detective
Jordan informed Ms. Taylor that he would like to interview
the young female in person.

Lubetra Taylor contacted Detective Jordan at approximately
4:00 p.m. on June 10, 1995 and stated she contacted the young
female and spoke with the girl's mother.  The mother of the
young female informed Ms. Taylor she feared for her
daughter's life and refused to allow her to become involved.

Lubetra Taylor did not wish to reveal the young girls
identity stating one life has been taken and there is no need
to take another.

2
95-84204

On June 11, 1995, Detective Jordan and Crawford took Kevin D. (Identified in PIRS) into custody at 3621 N. Taylor at approximately 11:15 a.m. Detective Jordan advised Kevin D. of his rights, at which time he stated he understood his rights, waived same and agreed to be interviewed.

Detective Jordan and Crawford interviewed Kevin D. at the Homicide Office at approximately 11:30 a.m. on June 11, 1995. Kevin D. made the following statement relative to the incident.

Kevin D. stated he was at the residence of James Neely (no further), playing cards with Neely and Malik Williams, (no further), when Marquis Taylor was shot. He (Kevin D.) stated he has known Marquis and his brother Eric for approximately five years and they use to play basketball together.

Kevin D. stated he heard on the streets that two members of the "six deuce crips" shot Marquis by accident because they were aiming at Billie Allen. Kevin D. said the shooters were across the street in a gangway shooting at Billie Allen and yelling, "Four-five field."

Kevin D. stated he was playing cards when two unknown black males ran into the basement of Neely's residence attempting to hide from the police for an unknown reason. Neely's mother entered the basement and made the two males leave the residence. Kevin D. stated he has never seen the subjects before, but he believes they are responsible for shooting Marquis Taylor. Kevin D. refused to provide any information about where James Neely lives or where Malik Williams can be located, stating he does not remember the address.

Kevin D. stated everyone in the neighborhood is saying he killed Marquis because anytime something happens, people think he did it. Everyone in the neighborhood wants to see him go to jail.

Detective Jordan asked Kevin D. why does he (Kevin D.) know so much about the incident if he was inside a residence when the shooting took place.

Kevin D. stated he was shooting darts inside of Neely's residence when he decided to leave. Kevin D. stated he proceeded to walk to the liquor store when he heard several gunshots in the area of Taylor Avenue and Cote Brillianate, but he did not pay any attention to the shots. When he got to the liquor store, he was stopped by a police officer who asked him did he know anything about a shooting. Kevin D. informed the officer he had no knowledge of a shooting. Kevin D. further stated he did not know Marquis Taylor was the subject that was shot until a later date.

0002051

3
95-84204

Kevin D. stated he heard different people in the neighborhood saying Billie Allen was the person being shot at and Marquis Taylor was hit by accident.  Kevin D. further stated someone has been attempting to kill Billie Allen for a long time.

Kevin D. stated people are always hiding in the gangway across the street from the incident, waiting to shoot someone from another gang set and that is what happened to Marquis and Billie.

Detective Jordan asked Keivn D. why were there inconsistencies in his statements and what he was doing when the shooting occurred. Kevin D. stated the two unknown black males who entered the basement of James Neely, shot Marquis Taylor.

Kevin D. further stated Marquis Taylor was shot by accident and the person that shot him (Marquis Taylor) is sorry because Billie Allen was the subject being shot at by the other gang.

Kevin D. proceeded to cry, stating Marquis Taylor was killed by accident.

During the interview, Detective Jordan informed Kevin D. his voice was positively identified by witnesses that know him personally as the suspect yelling, "Four-five field," and firing gunshots.

Detective Jordan asked Kevin D. if he would consent to taking a polygraph test or placing his statement on audio or video tape.  Kevin D. stated he would not take the test nor make an audio or video taped statement because he has already told the truth about the incident.

Kevin D. refused to make any other statements, at which time the interview ceased.

A record check on Kevin D. revealed an extensive prior record and one active bench warrant from St. Louis City.  Kevin D. was placed under arrest and booked accordingly for the indicated charges.

Detective Jordan responded to the Circuit Attorney's warrant office at 8:00 a.m. on June 12, 1995, and presented the facts of the arrest of Kevin D. to Assistant Circuit Attorney Michael Mullen.  After reviewing the facts presented, Assistant Circuit Attorney Michael Mullen advised the warrants would be taken under advisement.

0002052

4
95-84204

Prepared by: _____ 3167/421

Detective Robert Jordan, DSN 3167/421

_____ 3444.

Detective Jeffrey Crawford, DSN 3444/421

_____

_____
Captain Robert Oldani, DSN 8197
Commander
Crimes Against Persons Division

cb/2115
revised

0002053

## METROPOLITAN POLICE DEPARTMENT — CITY OF ST. LOUIS
### INFORMATION DISPOSITION REPORT

ORIGINAL REPORT ☐   SUPPLEMENTARY REPORT ☒

(Indicate X in applicable box)

COMPLAINT NUMBER 95-34209

| 1 CONCERNING Homicide *Type of Original Report* | 2 ORIGINAL C.N. 95-63457 | 3 DISTRICT REPORTING 8 | 4 DATE OF THIS REPORT 6-12-95 |
|---|---|---|---|

| 5 DATE AND TIME OF OCCURENCE 5-3-95  21cc | 6 PLACE OF OCCURENCE 1815 N Taylor | 7 DISTRICT 8 | 8 CENSUS TRACT | 9 CITY BLOCK |
|---|---|---|---|---|

| 10 VICTIM (IF FIRM NAME AND TYPE OF BUSINESS) Marquis Taylor | 11 HOME ADDRESS 4541 Cote Brillante |
|---|---|
| | 12 BUSINESS ADDRESS |

**13 ADDITIONAL DETAILS**

| PRISONER # 1 Doll, Kevin | | | ARREST REGISTER NO. 8F-6985 |
|---|---|---|---|

| CHARGE(S) | CHECK IF RELEASED ON SUMM. | ISSUED/ REFUSED | CIRCUIT ATTORNEY OR CITY COUNSELOR |
|---|---|---|---|
| A Murder 1st Degree | | | |
| B Armed Criminal Action | | | |
| C | | | |
| D | | | |

IF INFORMATION IS REFUSED STATE REASON:

| PRISONER # 2 | | | ARREST REGISTER NO. |
|---|---|---|---|

| CHARGE(S) | CHECK IF RELEASED ON SUMM | ISSUED/ REFUSED | CIRCUIT ATTORNEY OR CITY COUNSELOR |
|---|---|---|---|
| A | | | |
| C | | | |
| D | | | |

IF INFORMATION IS REFUSED STATE REASON:

**14A COURT INFORMATION**

PRIMARY INVESTIGATING OFFICER: NAME Jordan   DSN 3167 ASGNMT. 421   DIST./PLTN. REC. BRK

**14B CIRCUIT/CITY COURT CASES**

OFFICER(S) INVOLVED: * (Insert only the NAME & DSN of those officers actually performing a function listed below)

A Flo   B Jordan 3444   C Keerer 2901
D Schulze 2395   E   F

* USE APPROPRIATE LETTER IN SPACE BELOW:

**14C CITY COURT CASES**

CITY COURT DATE USED (if Applicable)

CT #_____ TIME _____ DATE _____

* Primary Officer is to use only His Court Date.

| | | PRISONER 1 | PRISONER 2 |
|---|---|---|---|
| 1. FIRST OFFICER ON SCENE | 1 | B | |
| 2. ARRESTING OFFICER | 2 | AB | |
| 3. OFFICER WHO COLLECTED EVIDENCE | 3 | D | |
| 4. OFFICER ADMIN. MIRANDA WARNINGS | 4 | A | |
| 5. OFFICER RECEIVING STATEMENT FROM WITNESS OR VICTIM | 5 | ABC | |
| 6. OFFICER RECEIVING STATEMENT FROM THE DEFENDANT | 6 | AB | |
| 7. OFFICER WHO CONDUCTED LINE-UP | 7 | — | |
| 8. OFFICER RECEIVING POSITIVE I.D. Example (Displayed Photos) | 8 | — | |

**15 OFFICER MAKING INFORMATION APPLICATION**

DATE 6- -95   TIME 6:10A
OFFICER Det. R. Jordan
DSN 3167   DISTRICT 421

**16 PRISONER PROCESSING OFFICER**

NAME _____ DSN _____

DEPARTMENT DISTRIBUTION:
Following information application, applying officer will present ORIGINAL and TWO COPIES of this form to PRISONER PROCESSING DIVISION for proper distribution.

| 17 SGT SYNT. & DSN 0411 | 18 REVIEWING OFFICER SIGNATURE DSN Robert Davis 0441/421 | PAGE 1 OF 1 PAGES |
|---|---|---|

MPD FORM 45 (R-9) 7/87

0002054