# Sindel, Sindel & Noble, P.C.

### ATTORNEYS & COUNSELORS AT LAW

8000 MARYLAND AVE. - SUITE 350

CLAYTON, MISSOURI 63105

————

(314) 721-6040

FAX (314) 721-8545

www.sindellaw.com

RICHARD H. SINDEL
CHARLES D. SINDEL
TRAVIS L. NOBLE, JR.

STEPHANIE HOWLETT
KATHRYN B. PARISH
JOSHUA C. SINDEL
DANIEL J. NOLAN

WILLIAM F. SINDEL
1933-1991

TEBBS P. FORGEY, JR.
1936-1987

RICHARD H. SINDEL
cell (314) 799-7045
rsindel@sindellaw.com

July 21, 2014

Timothy Kane
Assistant Federal Defender
*sent via email: timothy_kane@fd.org*

    In Re:  Billie Allen

Dear Tim:

Attached is the letter Billie sent me.  I have not sent him answers to the questions, but if I had they would have been:

1.    Yes
2.    Yes
3.    Yes
4.    Yes
5.    I do not understand the question
6.    Yes.

Please call with any questions.

        Very truly yours,

        Richard H. Sindel

RHS:dd
Attachment



SINDEL, SINDEL & NOBLE

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 2

Mr. Sindel,                                                7/1/14

How are you? I'm sure that this letter must come as a surprise, but I'm reaching out to you personally because I need your help.

I'm not sure if you've been keeping up with my case, but just this week, the Court turned down my appeal; putting me one more step closer to death's door. (A fate that I believe you don't want me to share.)

I'm writing because some facts and evidence in my case have developed/come to my attention and I was wondering if you could tell me if any of the facts and/or evidence would've been used by you or investigated, before or at trial, had you known about them?

As you and I both know, getting a hearing on guilt issues or receiving a new trial is a hard, if

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 2

not almost impossible task because of the roadblocks put up by the Courts. But if I can show that you would've done something different, or investigated facts of the case, or evidence, had you known about them at trial; it would better my chances at saving my life with a new trial or hearing.

I'm in no way asking for you to lie for me or say things just to save my life. I only want your true answers to some of the questions I have. I'm also in no way trying to make you look bad, just to save my life. I just want your honest answers and/or opinions...

1) Before and/or during my trial, if you had known that the government discovered traces of DNA at the crime scene, and after testing, the results excluded me and the victim; would you have investigated this evidence further and/or presented the results to my jury to establish reasonable doubt?

2) Before and/or during my trial, if you had known that the government was in possession of recordings

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 2

of witnesses, who were at the crime scene; would you have wanted those recordings in determining what to present on my behalf and/or to use in cross examining the witnesses; being that witnesses stories would change at trial from what was in their police or F.B.I. 302 forms?

3) Before and/or during my trial, had you known that the government would test my clothes for traces of gasoline, (in hopes of linking me to the crime), but the results would later exclude my clothes for traces of gasoline; would you have investigated this further or presented this to my jury to establish reasonable doubt?

4) Before and/or during my trial, had you known that officers lied about Henderson and I knowing each other from the Marquise murder and evidence could prove the lie; would you have investigated this evidence and/or presented it to impeach the witnesses?

5) Before and/or during my trial, had you known

Billie Allen v. United States of America

(4)

the government planned to use charges in my indictment to establish motive (and other things) and the charges would later be ~~struck~~ revealed to be done by someone else; would you have investigated these facts, kept them from being heard by my jury, or had them removed from the record all together?

6) Before and/or during my trial, had you known that someone name Jerry Bostic or (☰JB) could be linked to the DNA found at the crime scenes and that he had possible links to the planning and possibly the crime; would you have investigated him and/or presented him as a witness, or ask for testing to link him to the crime?

I also plan to ask John the same questions and to hopefully use the answers in my C.O.A. filing. With the evidence that has come to my attention,

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 2

I believe that if I'm correct; you would've investigated and presented the things I've mentioned. One can't overlook how strong these things are and how they would've changed a lot!

Thanks for your time and I hope that you can help me by answering these questions.

Take Care,

Billie Allen

26901-044

P.O. BOX 33

Terre Haute, IN,

47808

P.S. Can you make a copy of this letter with your answers?





RECEIVED

JUN 30 2014

U.S. Penitentiary
Terre Haute, IN 47808

By

Date

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.