Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 3

91A-SL-181120
JRH:aep

1

     The following is a transcript of radio traffic between St. Louis Police Department officers and dispatch re investigation and arrest of subjects on March 17, 1997.

| | |
|---|---|
| U/M: | Yeah, I have an emergency call (?), I'll go over to Euclid by the Metrolink, the subject might be heading over there. They talked to him; they said his van caught on fire, and he was heading for the Metrolink on Euclid Avenue. And advise the Metrolink officers check the Metrolink trains uh (UI). |
| Dispatcher: any | That's clear. 9912 be advised I don't have cars in service in the 9th. |
| U/M: | Go on 26, he's up here, and he's heading down to Metrolink. I'm heading down there now. |
| U/F: | Clear 924. |
| Dispatcher: | Clear 924. |
| U/F: | Be advised that I'm 72 at the Metrolink right now, and uh I don't see any subject matching the description. |
| Dispatcher: | 6248 |
| U/M: | We've got information from workers that they caught the guy he's said his van caught on fire and he's heading towards the Metrolink supposedly on Euclid Avenue. He could've went anywhere though. |
| U/F: | Wearing gray sweatpants and possibly a multi-colored plaid shirt. |
| Dispatcher: | Clear. |
| U/M: | Dispatcher ask the woman.... |
| U/F: | Be advised the super....... |

174AEP08.OTH(W)

0000661

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 3

91A-SL-181120
JRH:aep

4

|  |  |
|---|---|
|  | District, 6900 Clayton. |
| U/M: | Yeah, workers at that compound there told Officer Zuick that so we're in the area and that's where the information came from. |
| Dispatcher: just | Right, that's clear, I'm aware of that. I'm getting ready to put it out so the Detectives and all the cars will know the last information. |
|  | Attention all cars. Relative to the bank robbery subject, from 1226 received information from a guard in the 5900 block of Clayton that the subject was last seen crawling under a fence, he asked where's the nearest Metrolink. He's a black male, having on a gray sweatsuit, a multi-colored, gray pants, sweatpants and having on a multi-colored jacket. This is from 912, time is 1107. |
| U/M: | 923 |
| Dispatcher: | 923 |
| #923: | You can make the last 95 and I'll be by... |
| Dispatcher: | Cars 95 at 1108 in the area of the Metrolink. |
| U/M: | Gonna be by the Metro.. |
| U/F: | Attention all cars. From 1500 this subject will also have a injured right hand and some hair that was singed. That black male wanted for the shooting at the bank, 1108. |
| U/M: | 223 - I'm here by the Metrolink on Scott. |
| U/F: | .....1500, he has information from a witness stating this black male in the gray sweatpants and multi-colored jacket will have an injured right hand and singed hair, at 1108. |
| Dispatcher: | 923 I'm clear that you'll be by the Metrolink |

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 3

91A-SL-181120
JRH:aep

5

| | |
|---|---|
| on | Scott, at 1109.  926 go ahead. |
| U/M: | 26 I'm gonna on be on foot in the planetarium. |
| U/M: | 6227 |
| Dispatcher: | 926 I show you on foot in the planetarium area at uh... |
| | Attention all cars.  Additional information on the suspect still at large relative to the bank robbery and also a sub first.  The black male subject wearing a multi-colored jacket, gray sweatpants, be advised from 6123 the subject was possibly wearing a full body armor suit.  That's a full body armor suit, possibly has an injury on the right hand from the vehicle fire.  1109's the time. |
| Dispatcher: last | 6227 you were cut out, could you repeat your please. |
| U/F: | .......gray sweatpants, multi-colored jacket.... |
| #6227: | We were advised by a jogger right by Steinberg lane that....... |
| U/F: | .......ra fence, uh witnesses say he was on fire at the time. |
| Dispatcher: advised | Go ahead, you were just cut out, you were by a jogger by Steinberg's Skating Rink. |
| U/M: | 724, what's his exact location? |
| U/F: | That's uh Euclid Metrolink Station. |
| Dispatcher: | 6227 |
| U/M: | 6348, there's plenty help. |
| Dispatcher: | 6227 |
| #6227: | 27 |

0000685

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 3

91A-SL-181120
JRH:aep

6

| | |
|---|---|
| Dispatcher: uh as | Be advised your transmission cut out as you, soon as started to speak about the jogger, by Steinberg informed you of what? |
| #6227: | Subject matching that description heading north and east like up towards Kingshighway from the bike path. |
| Dispatcher: informed by | Attention all cars. From 6227 he was a jogger inside of Forest Park by the Steinberg's Skating Rink that that subject fitting that description was last seen going north and east towards the bike path towards Kingshighway. Attention all cars from 6227 he was advised by a jogger by Steinberg's Skating Rink that that subject fitting the description was last seen going north and east towards Kingshighway towards the bikepath. Time is 1112 |

*(handwritten margin note: Who is this officer & witness?)*

And all cars and the clothing on that suspect is black male, blue correction gray sweatpants, a multi-colored jacket, he possibly has a right hand injury, singed hair.

(RECORDING - THIS CONCLUDES THE TAPE)

0000666