Case: 4:07-cv-00027-ERW   Doc. #: 379-4   Filed: 07/23/14   Page: 1 of 52 PageID #: 7864

# *Litigation Consultants, Inc.*

*Litigation Support & Investigative Services*

## MEMORANDUM

TO: Richard H. Sindel

FROM: Andrew Rackers

DATE: February 11, 1998

RE: U.S. v. Billie Allen

SUBJECT: Interview of Chris Shegog on February 11, 1998.

On Wednesday, February 11, 1998, I interviewed Chris Shegog at Nations Bank located at 800 Market Street in St. Louis, Missouri, regarding his contact with Billie Allen on March 17, 1997. Mr. Shegog provided the following information.

Mr. Shegog stated that on March 17, 1997, around 9:30 a.m., he left his residence located in Caseyville, Illinois, and drove to Northwest Plaza to pick up his paycheck from Allied Protective Service. Mr. Shegog arrived at Northwest Plaza between 10:15 and 10:30 a.m. Mr. Shegog walked into Northwest Plaza and saw Billie Allen standing next to the "pretzel shop" (Aunt Annie's Pretzels) talking with some individuals. Mr. Shegog stated that he stopped and talked with Billie for a few minutes. Mr. Shegog explained that he was acquainted with Billie through Billie's sister, Ann, who he had previously dated. Mr. Shegog stated that Billie asked him for a ride to a girl's house located near Bermuda Road. Mr. Shegog told Billie that he would give him a ride, but he first had to pick up his paycheck. Mr. Shegog then went to the Allied Protective Service office located in the Northwest Towers while Billie remained at the "pretzel shop". Mr. Shegog picked up his paycheck, and returned to the pretzel shop where Billie was waiting. Mr. Shegog stated that he and Billie then left Northwest Plaza. Mr. Shegog estimated that it was around 11:00 a.m., when they left Northwest Plaza.

Mr. Shegog stated that he drove Billie to a girl's house located near Bermuda Road. Billie got out and walked up to the residence while Mr. Shegog remained in his car. Mr. Shegog stated that Billie talked to an unknown black female on the front porch of the residence. Mr. Shegog believed that the reason for Billie wanting to go to this residence was so that Billie could drop off some item that he had purchased at Northwest Plaza to the unknown black female. Mr. Shegog stated that a short time later Billie returned to his vehicle and they drove to St. Clair Square, located in Fairview Heights, Illinois.

1

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

Mr. Shegog stated that he and Billie shopped at St. Clair Square for a couple of hours and then left. Mr. Shegog stated that he then drove Billie to another girl's house located on the "southside" (Oregon Avenue) of St. Louis. Mr. Shegog and Billie went into the residence and changed clothes. Mr. Shegog stated that he and Billie then left the residence and drove to a gym located around the corner. Mr. Shegog remained in his vehicle while Billie went into the gym. Billie returned a short time later and Mr. Shegog drove Billie back to the "southside" residence and dropped him off. Mr. Shegog stated that he has not seen Billie since that date.

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription _____2/12/98_____

     Christopher Eugene Shegog, date of birth June 27, 1970, Social Security Account Number 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, address 1862 Cass, St. Louis, Missouri, pager number 902-5648, telephone number (home) 314-436-4035, was contacted at his place of employment, NationsBank, 800 Market Street, St. Louis, Missouri. Shegog was already familiar with the identity of the interviewing Agent and provided the following information:

     The vehicle which Shegog transported Billie Allen in on the day of the bank robbery, March 17, 1997, was as follows:

| | |
|---|---|
| Year: | 1997 |
| Make: | Ford |
| Model: | Escort LX |
| Color: | Hunter green |
| Style: | 4 door |

     The owner of the vehicle is Sheila Warren, girlfriend of Shegog, 1862 Cass Street, townhouse apartment, St. Louis, Missouri. Warren is the lease holder of the apartment which she and Shegog live in. Warren has leased the apartment for the past year. Warren is a certified Nurses Aid at Garrison Health Center on Cass Street, St. Louis, Missouri.

     The cellular phone, which Shegog had at the time, was from Ameritech. A dealer from Ameritech contacted Shegog and brought the cellular phone to Shegog. Shegog never went to any Ameritech location to fill out paperwork or pick up the cellular phone. Shegog was working at Union Electric for American Protective Services at the time of the bank robbery.

     Shegog described the pretzel shop which he had made reference to in a previous interview. The pretzel shop is located near the Cinema and food court entrance of Northwest Plaza. The entrance is located on the south side of the Plaza.

     Shegog advised, Billie Allen had, on different occasions, lied to him about various things. Allen had at one time taken $20 from Shegog to purchase a car stereo for Shegog and kept the money without ever providing a stereo to Shegog.

---

Investigation on _____2/11/98_____ at St. Louis, Missouri

File # 91A-SL-181120          Date dictated _____2/12/98_____

by _____SA Dennis W. Rice:krb_____          00023**49**
   043krb18.302

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___Christopher Shegog___ , On _2/11/98_ , Page ___2___

    Billie Allen's sister, Ann, approximately 22 years old, told Shegog that her home had been shot up once by unknown individuals. Ann Allen told Shegog, Billie Allen was the intended target of the drive-by shooting.

    The individuals Billie Allen was talking to at the Northwest Plaza when Shegog first encountered him on the day of the bank robbery were employees of the pretzel shop. Shegog recalled the individuals being three black males, 17 to 18 years old, medium build, two of the individuals were approximately 5'8" tall and one was a little shorter than the other two.

    Ann Allen told Shegog, Billie Allen was attempting to contact him for approximately two weeks after his arrest for the bank robbery. Shegog never made contact with Allen and Allen did not contact Shegog.

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 495

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription ___2/3/98___

     Christopher Eugene Shegog, Shift Supervisor, Wackenhut Security, date of birth June 27, 1970, Social Security Account Number 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, 1862 Cass, St. Louis, Missouri, telephone number (home) 314-436-4035, was contacted at his place of employment, Nations Bank, 800 Market Street, St. Louis, Missouri. Shegog's immediate supervisor, Jerry Gallinoto, was present at Shegog's request. Shegog was interviewed in an interview room provided by Nations Bank. Shegog was told by Gallinoto to talk to the interviewing agents. After being advised the identity of the interviewing Agents, Shegog provided the following information about bank robbery defendant, Billie Allen:

     Shegog was living in the East St. Louis area at the time of the bank robbery. Shegog left his residence at 9:30 AM on March 17, 1997, and drove to the Northwest Plaza Mall, St. Ann, Missouri, to get his check with American Protective Services. Shegog made no other stops before reaching the mall.

     Sometime after 11:00 AM Shegog entered the Northwest Plaza Mall and saw Billie Allen standing in a group of people around The Pretzel Shop. Shegog had not seen Allen for a long time. Allen asked Shegog, to give him a ride to a girl's house.

     Allen told Shegog that he had gotten into a fight at the mall and that was why his ear was injured. Shegog felt like the injury was a burn and not a bite, which Allen had told him. Shegog found it strange, that Allen was still in the mall since the Northwest Plaza Mall did not allow fighting and always required all those participating in a fight to leave the mall and not to come back inside.

     Shegog described Allen's clothing as follows:

| | |
|---|---|
| Hat: | Dark blue or black ball cap. |
| Shirt: | Red and blue polo shirt, Nautica brand. |
| Pants: | Solid nylon sweatpants. |
| Jacket: | Puffy, color unknown. |

     Shegog noticed, marks on Allen's right hand knuckles,

Investigation on ___2/2/98___ at St. Louis, Missouri

File # 91A-SL-181120    Date dictated ___2/2/98___
    SA Paul A. Swenson
by SA Dennis W. Rice:krb
    034krb12.302

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

0002071

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___Christopher Shegog___ , On 2/2/98 , Page 2

which appeared to be scrapes. Allen's left ear had injuries toward the top, the area appeared to have quite a bit of puss around it.

Shegog left Allen at The Pretzel Shop, and went to get his check and came back approximately 20 minutes later. Shegog and Allen then left the mall together. Allen had two to three large shoe and clothing bags with him.

Allen used Shegog's cellular phone and called the residence (or so Shegog thought) and told the person on the other end of the line, he would be there in a few minutes to drop off some money.

Shegog took Allen to a girl's house near Interstate 70 off Bermuda. Shegog had never seen the girl before and assumed she was a girlfriend of Allen's. Upon arrival, at the residence, Allen took all of the bags with him. Shegog waited approximately five to ten minutes, then Allen returned to the Shegog's car, but didn't have the bags with him.

Allen did offer Shegog gas money, but Shegog had already fueled up his vehicle and declined the money.

After leaving the residence near Bermuda, Shegog drove Allen to St. Clair Square and spent approximately an hour to an hour and a half, shopping. Allen purchased clothing and shoes.

After leaving St. Clair Square, Shegog drove Allen to a residence somewhere around the streets of Miami or California, in south St. Louis, Missouri. Shegog described the residence as a duplex, positioned side by side. Allen told Shegog, this was his girlfriend's house. Shegog thought the residence, was the same one where, Allen was apprehended by the police later that evening

Shegog went in the residence with Allen. Shegog recalled seeing boxes of clothing and shoes lying on the bed at the girlfriend's house. Shegog had never seen the girlfriend before. An unknown male was also present at the residence.

Shegog and Allen were at the residence approximately 15 to 20 minutes and Allen changed his shirt while he was there.

0002972

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___Christopher Shegog___ , On _2/2/98_ , Page ___3___

Allen changed into a tee shirt from the Nautica polo shirt he was previously wearing.

Allen then requested Shegog take him to a gymnasium, which was not far from his girlfriend's house. Upon arrival at the gym, Allen requested Shegog to stay in the vehicle, while he went inside the gymnasium. The parking for the gymnasium was also connected to a church parking lot.

After leaving the gymnasium, Shegog took Allen back to Allen's girlfriend's house and dropped him off around 6:00 or 7:00 PM.

Shegog went home and was watching the news and learned of Allen's arrest for the bank robbery.

At the conclusion of the interview, Kenneth Mueller, Investigator, Nations Bank, advised SA Swenson and SA Rice, the interview with Shegog had been video recorded. Mueller advised, the videoing of the interview was performed at the request of Security Supervisor, Allen Pruett, Nations Bank, with Mr. Gallinoto's approval.

Shegog had already left the interview room and returned to his work station and was not told of the video at that time.

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

<u>MEMORANDUM</u>

TO:   RHS

FROM:  Connie

DATE:  January 29, 1998

RE:   Billie Allen

I finally spoke with the infamous "Chris" from Northwest Plaza:

Christopher Shegog
ssn: 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
1862 Cass
St. Louis, MO  63106

Employment:
Wackenhut Corporation
11865 Westline Industrial
St. Louis, MO
432-6311
(Chris works building security at Nations Bank, 800 Market Street, through the above company. His work number at the bank is 466-6623)

On March 17, 1997, Chris worked security at Union Electric through a company called American Protective Services whose business office is at Northwest Plaza.  On March 17th, Chris went to Northwest Plaza to pick up his paycheck and saw Billie Allen there around 10:00 a.m.  At approximately 12:00 noon, Chris drove Billie to a female's house on a street that starts with a "B" where they were for approximately 5 minutes.  They then drove to St. Clair Mall in Illinois and went shopping.  Chris then dropped Billie off at the house on Oregon.  That was the last time he talked to Billie.  Chris said he has not talked to Billie since Billie has been incarcerated.

I called American Protective Services and verified that Chris worked there.  His hire date was 1/13/97 and termination date was 4/14/97.  They do have a daily log the employees sign when they pick up their paychecks, but the ones from that far back have been destroyed.  At that time, the employees were paid every Monday.

Cashed his check in East St. Louis. after he dropped Billie off.

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription _____02/06/98_____

The following is an interview of Christopher Shegog conducted on February 2, 1998, by Special Agents (SAs) Paul A. Swenson and Dennis W. Rice regarding the investigation of the Lindell Bank & Trust robbery which occurred on March 17, 1997:

Investigation on __02/02/1998__ at __St. Louis, Missouri__

File # __91A-SL-181120__                    Date dictated __02/02/1998__

    SA Paul A. Swenson
by __SA Dennis W. Rice____ :lmf

*A: 237LMF01. OTH*

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; **0002174** it and its contents are not to be distributed outside your agency.

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P. Swenson/D. Rice/Christopher Shegog___, On __02/02/1998__, Page ___2___

| | |
|---|---|
| Paul A. Swenson: | Chris you're in no trouble or anything by us. |
| Christopher Shegog: | (UI) |
| Swenson: | We are not recording this.  Okay, well that's, that's fine, I'm not either so...we're all on even ground here in that regard...just let us uh here introduce ourselves here formally, both from the FBI, um we stopped down, do, do you know why we're here, do you have any idea?  Okay.  Pretty good idea we're down here to talk about the uh, the bank robbery down at the Lindell Bank and Trust. |
| Shegog: | Uh hmmm. |
| Swenson: | Okay.  Uh we understand that you and Mr. Allen are acquaintances or, or friends or something, is that correct? |
| Shegog: | We what'n, we just...not friends but I was dating his sister. |
| Swenson: | Okay. |
| Shegog: | But uh...before answer any questions is it the, the respect for ya all that these lawyers or stuff like that can I give Mr. Sindel a call like that? |

0002175

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___ , On _02/02/1998_ , Page ___3___

| | |
|---|---|
| Swenson: | Uh, Chris this is, this is not an interrogation hearing you're under no obligation to speak with us or anything, uh, your, your certainly welcome to do whatever, whatever you think necessary. |
| Shegog: | I know, I'm just saying to be fair to him too. |
| Swenson: | Well a...again don't, ya know, you, you do what you feel you need to do, okay, but we're not going to hold you in here. We have no legal...binding here to talk to you, uh basically the way, the reason we're here is we know that you've been listed on the uh list of defense witnesses in this case. |
| Shegog: | His mother contacted me yeah? |
| Swenson: | Well they, they are required by law to reveal to us who they're going to call as witnesses just as we are required by law to reveal to them, your name came up on that, so, ya know, we wanted to come out and talk with you, okay? Now again, I'm, I'm, I can't tell you th...whether you can or can't call someone or |

0002176

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___, On _02/02/1998_, Page ___4___

|  |  |
|---|---|
|  | whatever, that's, that's entirely your call, okay? |
| Shegog: | Okay, I'm just saying to be fair with them. |
| Swenson: | Uh again, if, if you feel that's what you need to do then... |
| Shegog: | 'Cause I don't know, ya know... |
| Swenson: | Let, let, let me tell ya, maybe, maybe this will help ya, ya know, decide what you need to do, the reason we're here, again, strictly, I, I wanna here, I understand that you have had some type of relationship with Billy Allen in the past, okay, whether it be working or, or as a friend or whatever, you, you say your his sister's ex-boyfriend? |
| Shegog: | Yeah. |
| Swenson: | Okay. Now see that's, that's new to me. I don't even know that. I don't know you from, from anything, but what I would like to do, what I, what I came down here to do is to question you a little bit regarding your knowledge of Bill Allen and the events that took place on March 17 of 1997, okay? Now, |

0002177

Case: 4:07-cv-00027-ERW   Doc. #: 379-4   Filed: 07/23/14   Page: 13 of 52 PageID #: 7876

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___ , On __02/02/1998__ , Page ___5___

| | |
|---|---|
| | based on that again I, I can't stop you from making a phone call, that's entirely your call. |
| Jerry: | Not a need for you to call anybody, I mean I would just uh... |
| Shegog | ...(UI)...call anybody, I mean, I was just saying some things accumulated is all it is. |
| Jerry: | This is basic Q&A that is all it is. |
| Dennis W. Rice: | Do you feel cornered because your sitting in the corner? |
| Shegog: | (Chuckles)...no, no, no, I'm just saying I'm...'cause I want him to come, why you talk to them you know. |
| Swenson: | Well, yeah, un...understand, understand this though Chris, you're, you're gonna get talked to.... |
| Shegog: | Bad ear already. |
| Swenson: | ..and it may be down there at 1120 Market Street in a court of law in front of the whole world, okay, so, so your gonna get talked to by us, ya know what I'm saying and, and we're here, ya know, not only to hear |

0002178

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___ , On _02/02/1998_ , Page ___6___

your side of the story but just out of professional courtesy from one law man to another, ya know, and you know and I know that that's gonna happen. Now, ya know, we, if we talk to ya now and, and you decide to tell us what you know, ya know we may know a little bit in advance about what you're gonna say. If you decide not talk to us now, then what we hear you say on the stand will all be new to us, but it's still is gonna, it's gonna come out. I mean, you know that...ya know and I, I think that as a guy who's on the, the right side of the law, I'm not making any statements about where I feel Billy's at or anything right now. But, as a guy who works for the law, I think you can appreciate where I'm coming from on that, ya know what I'm saying?

Shegog:    Uh hmmm. Ya know...well, it don't matter, he can't touch me, let's go.
(Laughing)

Swenson:    Okay you're, you're sure now?

0002179

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___ , On __02/02/1998__ , Page ___7___

| | |
|---|---|
| Shegog: | Yeah. |
| Swenson: | Okay.  Well, basically Chris, and, and I'm, this, Dennis and I are, are just down here we're...the trial starts next week.  Do you know that?  We're shagging down some last minute things. |
| Shegog: | That is new to me.  (Chuckles) |
| Swenson: | Well I, I, I don't know, well actually there are two different trials.  I'm not sure which trial starts next week.  I, I shouldn't speak because the uh, the two guys are getting tried separately.  What I'd like to know is, is a little bit about what happened on the day of the robbery?  Um, did you speak with Billy Allen on that day?  If so, where in what regard? |
| Shegog: | I first confronted uh, Billie was at Northwest Plaza.  It was in the morning time, I had to go pick up my check from America Protective Services, um...he seen me, I seen him.  He was over there at this, Ann, Ann some pretzel shop in Northwest Plaza.  He |

0002180

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___ , On _02/02/1998_ , Page ___8___

|  |  |
|---|---|
|  | asked me to give him a ride, and I said I can give him a ride when I come back from getting my check.  Come down, got into the car, we talked to a few guys or something like that, he got in the car, and he said, "Look man, uh my ear".  He said, "I was fighting in Northwest Plaza", ya know, and they, somebody bit me on the ear or something right there. |
| Swenson: | Uh hmmm. |
| Shegog: | Knowing I know what a bite mark is.  It's like a burn mark with a blister, when you get burned it blisters up. |
| Swenson: | Uh hmmm. |
| Shegog: | I ain't saying that's...(UI)...okay, I didn't look at the news that morning see...uh, then I took him over to his, his girlfriend house, off of Bermuda something like that. |
| Swenson: | Okay. |
| Shegog: | Um...dropped off something and he got back in the car and told me I had to go to Illinois, ya know, 'cause I planned to go to...(UI)... Illinois, well, ya know, Illinois, still |

0002181

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___ , On _02/02/1998_ , Page ___9___

nothing I ain't, ya know, sense nothing.

Swenson: So he, he rode with you to Illinois?   So you....

Shegog: Uh huh.

Swenson: ..went by his girlfriend's house, and then....

Shegog: First!

Swenson: ..he went in the house for a little bit.   Did you go in with him?

Shegog: No, I stayed in the car, waited in the car and everything.

Swenson: Okay.

Shegog: Then, he got back in, and I drove over in Illinois.

Swenson: Okay.

Shegog: Went to the mall there, and we stayed there for a little while and still I ain't sensing nothing, ya know, 'cause I knew what he was about.   I know he was in to uh, he was selling on some...ya know, selling _____ _____ but...I thought maybe he, ya know what I'm saying, he had a drug.

0002182

Case: 4:07-cv-00027-ERW  Doc. #: 379-4  Filed: 07/23/14  Page: 18 of 52 PageID #: 7881

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___ , On _02/02/1998_ , Page __10__

| | |
|---|---|
| Swenson: | Yeah. |
| Shegog: | So, the only involvement I had with him was with his, with his sister.  Um...left Illinois, I took him back home, was at, where he got busted at. |
| Swenson: | Down in south city? |
| Shegog: | South...(UI)...Olive, not it whatn't Olive, Angelica, something like, I don't know. |
| Swenson: | Yeah I don't recall the name of the street, it was down in south city somewhere, right? |
| Shegog: | Yeah.  I dropped him off there. |
| Swenson: | Okay. |
| Shegog: | That was the last time I heard from him. |
| Swenson: | Okay. |
| Shegog: | Later on, later on that night, I seen it on the news and I was like...I was carrying him around and all this time.... |
| Swenson: | Yeah. |
| Shegog: | ..not knowing what's going on. |
| Swenson: | Well see now, ya know, I appreciate that you're, you're trying to be fair to him and his attorneys, but that's not, that's not very |

0002183

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___ , On _02/02/1998_ , Page ___11___

|  |  |
|---|---|
|  | fair of him to you if you was in fact involved in this.  But let me go back and let's, let's try run a little more detail.  Do you recall what time you saw him at, at Northwest Plaza? |
| Shegog: | All I know it was uh morning time, I'd say about, uh Northwest Plaza ain't open till like ten, I'm gonna say about eleven or something like that. |
| Swenson: | You think it was eleven or so? |
| Shegog: | Yeah and I had, I had to work that evening, so I had to go pick up my check that morning. |
| Swenson: | Is there, is there anyway that you could pinpoint that further, like uh would they, a record of what time you picked your check up. |
| Shegog: | They destroyed them all, I tried already.... |
| Swenson: | Okay. |
| Shegog: | ..they destroyed it all.  They destroyed it all, the old files. |
| Swenson: | Okay. |
| Shegog: | Like, uh check rosters probably. |
| Swenson: | Okay. |

0002184

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___ , On _02/02/1998_ , Page ___12___

| | |
|---|---|
| Shegog: | They, I've checked on that too. |
| Swenson: | Now it's, it's uh...the way I'm understanding you, you did not arrive at Northwest Plaza with Billy? |
| Shegog: | No, no, no. |
| Swenson: | And, you didn't plan on meeting him there? It was just a chance meeting? |
| Shegog: | It was just his bang that was it. |
| Swenson: | Okay, and you saw him at the pretzel place? |
| Shegog: | Pretzel shop, he was talking to a guy at the pretzel shop. |
| Swenson: | Okay, were you at the pretzel shop to buy a pretzel or were you just happening to be walking by? |
| Shegog: | I was passing by, passed by and looked over there. |
| Swenson: | Okay. |
| Shegog: | Hey Chris, conversation, and like could you give me a ride to my girl's house, and that's it.  I said I, I come by and swing back and get you, ya know, _____ on my way out. |
| Swenson: | But you, you mentioned um...you mentioned |

0002185

Case: 4:07-cv-00027-ERW   Doc. #: 379-4   Filed: 07/23/14   Page: 21 of 52 PageID #: 7884

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog__, On _02/02/1998_, Page ___13___

|  |  |
|---|---|
|  | that while you talked to him, either at the Northwest Plaza or in the car, he mentioned he had been in a fight at Northwest Plaza. Did he go into any further details about that fight? |
| Shegog: | Nope. |
| Swenson: | Did he, didn't say who it was with or who was involved or what it was about? |
| Shegog: | He said some other, a group of guys and what made me kinda suspicious about that...when you have a fight at Northwest Plaza they gonna kick you out.  I mean you not allowed back in. |
| Swenson: | Right. |
| Shegog: | But he was still in there, so I played, ya know, um...ya know I was playing it like okay.... |
| Swenson: | Uh hmmm. |
| Shegog: | ..but his, a bite mark is a bite mark, not no blister. |
| Swenson: | Yeah.  And you, you would characterize the injury on his ear as a blister? |

0002186

Case: 4:07-cv-00027-ERW    Doc. #: 379-4    Filed: 07/23/14    Page: 22 of 52 PageID #: 7885

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___, On _02/02/1998_, Page ___14___

| | |
|---|---|
| Shegog: | Uh hmmm. |
| Swenson: | Yeah.  Did you notice any other injuries on him at all? |
| Shegog: | Nope, he had a hat on. |
| Swenson: | He had a hat on? |
| Shegog: | Uh hmmm. |
| Swenson: | What kind of hat was it? |
| Shegog: | It's a ball cap, I think.  Can't remember what kind it was.  I think it's a dark blue or black. |
| Swenson: | It was, it was a baseball cap, though not a stocking cap or... |
| Shegog: | No, a baseball hat. |
| Swenson: | A dark blue or black baseball cap?  Okay.  Uh how about his hands, did you notice anything on his hands or anything further on his face? |
| Shegog: | He had some marks on his knuckles. |
| Swenson: | Okay.  Look like uh one of those... |
| Shegog: | Like scrape marks, like...(UI)...like he acts like, he said been fighting...(UI)...I seen it on his knuckle.  What'nt nothing like...like scratch marks, like knuckle _____ |

0002187

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___ , On _02/02/1998_ , Page ___15___

_____ .

| | |
|---|---|
| Swenson: | You think he had been scraped on his knuckle? |
| Shegog: | Yeah. |
| Swenson: | Like maybe against pavement or something like that? |
| Shegog: | Um...(chuckles). |
| Swenson: | Yeah, just, okay, just some type of scratch or scrape. |
| Shegog: | Right. |
| Swenson: | But it was on his right hand? |
| Shegog: | Um...trying to think...(UI)...I think it was his right hand 'cause he reached over his shoulder and like uh I was driving. |
| Swenson: | Okay.  But you're not, you're not totally sure, but you think it was his right hand? |
| Shegog: | Uh hmmm. |
| Swenson: | Okay.  Do you happen to recall what, what clothing he was wearing, or what he had on that day? |
| Shegog: | Some sweats.  Nylon sweats...shirt, like a t-shirt, a white t-shirt, no... nautica, nautica, nautica, nautica...polo type of |

0002188

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___ , On _02/02/1998_ , Page ___16___

|  |  |
|---|---|
|  | shirt. |
| Swenson: | Okay. |
| Shegog: | Like a polo type shirt. |
| Swenson: | Do you remember what color? |
| Shegog: | Red or blue or blue and red, two tone. |
| Swenson: | Okay. Can you remember any stripes or anything like that on it? |
| Shegog: | Eh eh. |
| Swenson: | Okay. How about his, his pants? |
| Shegog: | Solid, black or blue, nylon sweat pants. |
| Swenson: | Okay. |
| Shegog: | And a jacket, one of them big, big puff jackets like. |
| Swenson: | Okay, like a down filled jacket or something? |
| Shegog: | Yeah. |
| Swenson: | You recall what color that was? |
| Shegog: | Nope. |
| Swenson: | Okay. Um...do you know uh does, does Billy, does he smoke cigarettes, do you know? |
| Shegog: | Um...I'm not sure, I haven't...(UI)...me and his sister we just stop talking for a while, and I hadn't seen Billy for a while until the |

0002189

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___ , On _02/02/1998_ , Page ___17___

| | |
|---|---|
| | end... |
| Swenson: | Okay. |
| Shegog: | I'm not sure if he started or... |
| Swenson: | Okay, uh did you notice his clothing that, that it smelled just like smoke any time, did you notice that? |
| Shegog: | Uh um. |
| Swenson: | Okay. Is there anything else about his appearance that caught your eye that day or the way he was acting or anything he said that you thought was unusual? |
| Shegog: | Nah he...act like everything was normal just...(UI). |
| Swenson: | Okay. Nothing, now when you left Northwest Plaza, so after you saw him at uh at the pretzel place, you left and went to get your check, and then where did you meet him back after that? |
| Shegog: | Back right, right exact place...(UI). |
| Swenson: | Okay. Then how long after that did you leave the, the plaza. |
| Shegog: | We left right when I seen him. |

0002190

Case: 4:07-cv-00027-ERW   Doc. #: 379-4   Filed: 07/23/14   Page: 26 of 52 PageID #: 7889

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___ , On _02/02/1998_ , Page ___18___

| | |
|---|---|
| Swenson: | Just headed out the door. |
| Shegog: | Headed out the door. |
| Swenson: | Okay. Do you recall what time that was or how long do you think you were in, How long you think expired from the time you saw him and the time you left? |
| Shegog: | Um...the first time I seen him? |
| Swenson: | Uh hmmm. |
| Shegog: | Until, I came back down. Shuuuuh...about fifteen, twenty minutes. |
| Swenson: | Okay. Now, just kinda retrace our steps here a little bit, as near as you can recall, as near as you think, it was...around eleven o'clock or so when you saw him first? |
| Shegog: | Yeah, right after like the mall had opened. |
| Swenson: | Is there any chance it was earlier then that? |
| Shegog: | Uh hmmm. |
| Swenson: | No chance? |
| Shegog: | Uh uh, I don't, I don't get up that early. |
| Swenson: | Yeah, okay. |
| Shegog: | (Laughs) |
| Swenson: | Where, where you living at the time? |

0002191

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___, On __02/02/1998__, Page ___19___

| | |
|---|---|
| Shegog: | Uh...east St. Louis. |
| Swenson: | East St. Louis? |
| Shegog: | Yeah. |
| Swenson: | You recall what time you left home that day? |
| Shegog: | I leave...say about...about nine-thirty, something like that... yeah about nine-thirty. |
| Swenson: | Did ya, did ya have any other stops before you went? |
| Shegog: | Uhhhhh.....no.  Nope. |
| Swenson: | Had, had you been at the mall awile before you saw him? |
| Shegog: | I walked in, when I walked in he was with a group there, right there. |
| Swenson: | Okay, but it doesn't take you that long if you left your, your house at nine-thirty, it doesn't take you that long to drive over to Northwest Plaza though does it? |
| Shegog: | It takes me about thirty, forty, thirty, forty minutes, depends on, ya know, where you staying in St. Louis. |
| Swenson: | Right.  So you think it takes about forty |

0002192

Case: 4:07-cv-00027-ERW   Doc. #: 379-4   Filed: 07/23/14   Page: 28 of 52 PageID #: 7891

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___ , On _02/02/1998_ , Page ___20___

|  |  |
|---|---|
|  | minutes or so from your house, thirty to forty minutes?  Okay.  But you don't think there's anyway you saw him before eleven? |
| Shegog: | Uh hmmm, uh hmmm. |
| Swenson: | When you left you went to, you drove him to his girlfriend's house somewhere off of Bermuda. |
| Shegog: | Uh hmmm. |
| Swenson: | How close to the highway was that? |
| Shegog: | Right off the highway. |
| Swenson: | Right off the highway.  You recall her name? |
| Shegog: | He didn't never tell me her name. |
| Swenson: | Never told ya?  Okay, so you... |
| Shegog: | He uh, I guess he had two girlfriends, I don't know, there was one at Bermuda ...(UI)...and the one...the house he was over with. |
| Swenson: | Oh, okay. |
| Shegog: | So, I know they weren't the same girl. |
| Swenson: | Had, had you met these girls before.  Did you know anything about them? |
| Shegog: | I hadn't seen Billy in a long time. |

0002193

Case: 4:07-cv-00027-ERW   Doc. #: 379-4   Filed: 07/23/14   Page: 29 of 52 PageID #: 7892

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___, On _02/02/1998_ , Page ___21___

| | |
|---|---|
| Swenson: | You weren't really close enough to Billy that you know, to know that kind of stuff about him. |
| Shegog: | The only dealings I had with him was with his sister that was it. |
| Swenson: | Okay.  When you uh, when you dropped him off at his sister's house or his girlfriend's house, you waited in the car.  How, earlier you said about fifteen minutes?  Is that? |
| Shegog: | He went in about five, five. |
| Swenson: | Five minutes, okay, I'm sorry you said about fifteen minutes about your, your check, okay. Uh, you say about five minutes, you think? |
| Shegog: | Five to ten, yeah. |
| Swenson: | Okay, did he take anything in?  Did he bring anything out? |
| Shegog: | He said he had to drop some money off to her. |
| Swenson: | Said he had to drop some money off? |
| Shegog: | Uh hmmm. |
| Swenson: | Okay.  Did he buy anything in Northwest Plaza that you saw.  Did he have any bags or...? |
| Shegog: | He had some bags, uh huh, not sure what kinda |

0002194

Case: 4:07-cv-00027-ERW   Doc. #: 379-4   Filed: 07/23/14   Page: 30 of 52 PageID #: 7893

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___ , On __02/02/1998__ , Page ___22___

|  | bags they was, uh, but he had like two or three.  It was large bags. |
|---|---|
| Swenson: | Okay. |
| Shegog: | Uh...that's, I remembered it then, when I went to St. Clair Square he bought uh...two, some more clothes out of there. |
| Swenson: | Okay. |
| Shegog: | Ya know, 'cause I thought maybe he just, ya know, dirty money...(laughing)...it was dirty money, ya know, I was saying... |
| Swenson: | Diff...different kind maybe? |
| Shegog: | Yeah. |
| Swenson: | So he had, he had two or three bags with him when he left, when you first saw him at the mall? |
| Shegog: | Uh hmmm. |
| Swenson: | At Northwest Plaza? |
| Shegog: | Shoes...shoe bags. |
| Swenson: | Shoe bags. |
| Shegog: | Yeah, shoe bags, some kind of clothes bag. |
| Swenson: | But he didn't really discuss with you what he bought? |

0002195

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___ , On _02/02/1998_ , Page ___23___

| | |
|---|---|
| Shegog: | No.  We didn't, we didn't really discuss, only what, I mean...not where the money came from or no how you get this, okay, and this...we just basically just talked about his sister and take him here, take him there. |
| Swenson: | Okay. |
| Shegog: | And he give me gas and that was it. |
| Swenson: | He, he gave you money for gas, or he offered to it? |
| Shegog: | He offered to give me gas money. |
| Swenson: | Did you take it? |
| Shegog: | I had a full tank already. |
| Swenson: | Okay.  So when uh, when you dropped him off at his girlfriends, he ran in for five minutes.  Did he take any of those bags in with him? |
| Shegog: | Yes, he took all his bags in. |
| Swenson: | Took all his bags in, and he told ya he had to give her some money? |
| Shegog: | Yeah. |
| Swenson: | Okay. |
| Shegog: | Then he uh, when he went to St. Clair Square, |

0002196

Case: 4:07-cv-00027-ERW   Doc. #: 379-4   Filed: 07/23/14   Page: 32 of 52 PageID #: 7895
Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___ , On __02/02/1998__ , Page ___24___

he bought more...then uh he went to the other girl where he got caught.  Drop the rest he bought, you know, whatever it was he bought, took it to her.

Swenson:    Okay.  Now did uh, when you left the place over near Bermuda, after this happened, after about five minutes or so, did you go directly to St. Clair Square or did you stop by your place in East St. Louis first or...?

Shegog:     Straight to St. Clair Square.

Swenson:    Straight, okay.

Shegog:     'Cause I had to be at work that evening so, whatever I had to do, I had to get it done right then.

Swenson:    Okay, where were you working that evening?

Shegog:     APS at uh...Union Electric on Chouteau.

Swenson:    Is that a security job, also?

Shegog:     Uh hmmm.

Swenson:    Okay.  APS on Chouteau.

Shegog:     Well, it's, our company is called APS, America Protective Service.

Swenson:    Okay.

0002197

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___ , On __02/02/1998__ , Page ___25___

| | |
|---|---|
| Shegog: | But, my job site was Union Electric. |
| Swenson: | Oh, okay, I, I gotcha, so you're at the corporate office down there at eighteenth and Chouteau? |
| Shegog: | Uh hmmm. |
| Swenson: | Okay.  Um...how long do you think uh, how long do you think you were at St. Clair Square? |
| Shegog: | We were there, I'd say, about an hour. |
| Swenson: | About an hour? |
| Shegog: | Hour and a half, yeah.  Now we spent some time in there looking around. |
| Swenson: | Okay, when you, when you left there did you take him directly to that address where he was arrested?  And you can't recall what that address is? |
| Shegog: | Uh, uh, I know it was on the south side, that's why I can't think of the street name. |
| Swenson: | Do ya know what, what general area, what, what major streets was it near, do you recall? |
| Shegog: | Miami, California.  Some of them city street, |

0002198

Case: 4:07-cv-00027-ERW    Doc. #: 379-4    Filed: 07/23/14    Page: 34 of 52 PageID #: 7897

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___ , On _02/02/1998_ , Page ___26___

I don't know.

Swenson:        Do you recall what the house looks like or do
                you know who lived there?

Shegog:         I know it is a dupe I don't know the girls'
                name, I, I never know the girls' name.

Swenson:        Okay.

Shegog:         I know its a duplex...kind of house.

Swenson:        Okay.

Shegog:         Apartment or whatever.

Swenson:        Was it like uh duplex with a side by side or
                like a...two family flat with one upstairs,
                one downstairs.

Shegog:         Side by side.

Swenson:        Side by side duplex, okay.  Now he told you
                that that was his girlfriend's house?
                Another girlfriend.

Shegog:         He didn't say it was another girlfriend, but
                he said it was his girlfriend's house and I
                figure the first girl he takin' money was
                double...(UI) ...girlfriend too, ya know.

Swenson:        Yeah.

Shegog:         Um...

0002199

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___ , On _02/02/1998_ , Page ___27___

| | |
|---|---|
| Swenson: | Did he ever tell you specifically that was his girlfriend in the first one? |
| Shegog: | I just assumed it. I don't know. |
| Swenson: | Okay. Did you see anybody at the second house? |
| Shegog: | Second house I went to? |
| Swenson: | The one down on the south side? |
| Shegog: | Yeah. |
| Swenson: | Who did you see there? |
| Shegog: | A girl and, and another guy. |
| Swenson: | Did you actually go in the house or did they... |
| Shegog: | Yeah. |
| Swenson: | Okay. |
| Shegog: | I seen stuff on a bed, seen stuff on a bed. |
| Swenson: | What kind of stuff? |
| Shegog: | Um...clothes shoe boxes and same thing. |
| Swenson: | Like, did they look like they were new? |
| Shegog: | Yes. |
| Swenson: | Or just about? |
| Shegog: | Yeah. Um...'cause I sit down on the couch by the door that was about it, this a guy, a guy |

0002200

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___ , On __02/02/1998__ , Page ___28___

|  |  |
|---|---|
|  | and a girl there. |
| Swenson: | Did ya...have you ever seen these, this guy and girl before? |
| Shegog: | I ain't never had no dealing with 'em but that day that's it. |
| Swenson: | Did they introduce themselves to you?  Did they say anything to ya, do you recall anything? |
| Shegog: | Billy, all Billy say this is my girlfriend, and this her brother, no names no, nothing. |
| Swenson: | Did they uh, did he explain to them what had happened to him, why he had injury or anything? |
| Shegog: | No.  He didn't say nothin'...and they probably already knew but no one say, they didn't say too much of nothin'. |
| Swenson: | That seem unusual to you? |
| Shegog: | What? |
| Swenson: | That they didn't say anything about his injuries.  If he had, if he had gotten in a fight at Northwest Plaza, he was with you the whole time after that, ya know.  They, they |

0002201

Case: 4:07-cv-00027-ERW   Doc. #: 379-4   Filed: 07/23/14   Page: 37 of 52 PageID #: 7900

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of    <u>P.Swenson/D.Rice/Christopher Shegog</u>, On <u>02/02/1998</u>, Page   <u>29</u>

|  |  |
|---|---|
|  | probably wouldn't have any way of knowing what happen to him. |
| Shegog: | He probably called. |
| Swenson: | Before you saw him. |
| Shegog: | Yeah, 'cause there's phones right out of pretzel place right there. |
| Swenson: | Okay, and you didn't, he didn't make any phone calls while he was in your presence? |
| Shegog: | Yeah, I have a cell phone. |
| Swenson: | Okay. |
| Shegog: | Because he used my cell phone uh...he didn't mention it at all, um...whatcha call it, that incident, he didn't mention nothing like that, he didn't say nothing about the fight. He just, I, be there in a minute we had the money. |
| Swenson: | Okay. |
| Shegog: | To drop some money off. |
| Swenson: | When, when did he make the call on the way to the place near Bermuda? |
| Shegog: | Yeah. |
| Swenson: | Okay. |

0002202

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___, On _02/02/1998_, Page ___30___

| | |
|---|---|
| Shegog: | Calling from Northwest Plaza. |
| Swenson: | Was that the only place that he called? |
| Shegog: | Yeah, 'cause basically he just use the phone that one time. |
| Swenson: | What's, what's your cell phone number? |
| Shegog: | I don't have a cell phone anymore. |
| Swenson: | You don't have it anymore? |
| Shegog: | Uh uh. |
| Swenson: | Was it under your name? |
| Shegog: | Yeah, um...um...from um...Ameritech, I don't, I can't remember the 4-3-0 number. |
| Swenson: | So...4-3-0 number? |
| Shegog: | Yeah. |
| Swenson: | It was definitely Ameritech? |
| Shegog: | Yeah. |
| Swenson: | It's under Christopher Shegog? |
| Shegog: | Shegog. Yeah. |
| Swenson: | Shegog? |
| Shegog: | Uh hmmm. |
| Swenson: | Okay. How long ago did you get rid of that phone? |
| Shegog: | (Sigh)...been about a year. |

0002203

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___, On _02/02/1998_, Page ___31___

| | |
|---|---|
| Jerry: | It's about when he started working for me. |
| Swenson: | Okay, now, now this happened in April of...or March of 97.... |
| Shegog: | March? |
| Swenson: | ..or March of 97. |
| Shegog: | Yeah. |
| Swenson: | So, shortly thereafter, you got rid of the phone? |
| Shegog: | Yeah. |
| Swenson: | Okay. |
| Shegog: | Happened about a year ago. |
| Swenson: | Okay. |
| Shegog: | I can't remember that whole number, it's 4-3-0, but I, that's all I remember. |
| Swenson: | I guess that is getting to be about a year ago.... |
| Shegog: | (Chuckles) |
| Swenson: | ..time flies by doesn't it. Okay. So, he made a phone call, and he didn't, didn't explain anything? |
| Shegog: | On the phone and nothing like that. |
| Swenson: | On the phone, just be here in a minute, drop |

0002204

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___ , On _02/02/1998_ , Page ___32___

| | |
|---|---|
| | some money off. |
| Shegog: | Uh huh. |
| Swenson: | How long were you in the residence down on the south side?  How long did you stay? |
| Shegog: | Fifteen minutes. |
| Swenson: | Just... |
| Shegog: | It was a short time, he then changed clothes. |
| Swenson: | You, you changed clothes? |
| Shegog: | Nah, he changed clothes. |
| Swenson: | He changed clothes that he left with you? |
| Shegog: | Yeah. |
| Swenson: | Okay. |
| Shegog: | He changed...he changed out of that...that nautica.... |
| Swenson: | Uh hmmm. |
| Shegog: | ..to a shirt there. |
| Swenson: | Okay.  Where did you go after that? |
| Shegog: | After we left... |
| Swenson: | After you left the second house? |
| Shegog: | He got in...he got back in the car and uh... around the corner, the gymnasium, he stopped over at the gymnasium.  He didn't ask me to |

0002205

Case: 4:07-cv-00027-ERW   Doc. #: 379-4   Filed: 07/23/14   Page: 41 of 52 PageID #: 7904

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of   P.Swenson/D.Rice/Christopher Shegog , On 02/02/1998 , Page   33

|  |  |
|---|---|
|  | come in, I started getting, he say you can stay in the car.  There were some guys around to the gym.  He went in and came back out.  I don't know what he said, what he did...that was it. |
| Swenson: | How, how long was he in the gymnasium?  Did he actually go in or did he just talk to the guys? |
| Shegog: | He went in, he went in...he went in 'cause he said I could stay in the car and act norm. He went in and came back out, he was hollering through to the door, ya know, beaten on the door to let him in, whatever...they let him in _____ finally came back out and got in the car and took him right back around, and that was it. |
| Swenson: | You took him back to the house? |
| Shegog: | Yeah.  Then, I went home...and later on that night I seen him...thing. |
| Swenson: | I, I wanna make sure that I'm not missing a step in the process here now.  So, you bump into him at Northwest Plaza? |

0002206

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___, On _02/02/1998_, Page ___34___

| | |
|---|---|
| Shegog: | Uh hmmm. |
| Swenson: | And, after seeing him by the pretzel place, you went to get your check.  You came back and saw him again at the pretzel place. Okay, you both immediately left; you drove him to a house right off Bermuda? |
| Shegog: | Uh hmmm. |
| Swenson: | In route he made one phone call? |
| Shegog: | Uh hmmm. |
| Swenson: | At Bermuda he went in the house for about five minutes, came back out....? |
| Shegog: | Uh hmmm. |
| Swenson: | ..and then the two of you drove directly to St. Clair Square? |
| Shegog: | Uh hmmm. |
| Swenson: | You were there about an hour and a half, you left there and drove to the house down the south side? |
| Shegog: | Uh hmmm. |
| Swenson: | You were there about fifteen minutes? |
| Shegog: | I went in. |
| Swenson: | You were in with him inside the house. |

0002207

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___ , On __02/02/1998__ , Page ___35___

| | |
|---|---|
| Shegog: | Uh hmmm. |
| Swenson: | Then, you both left, you drove him just around the corner to a gymnasium? |
| Shegog: | Gymnasium is um...a church parking lot across the street from it. |
| Swenson: | Was it like part of the church or a school or? |
| Shegog: | I think the gym was; it wasn't, it wasn't part of no church.  I think it was one of them like community type of gyms. |
| Swenson: | Okay. |
| Shegog: | But the parking lot, just part of a church. |
| Swenson: | Okay. |
| Shegog: | But you had to pay the attendant, something like that, get on, get on this lot, and that's when I, when he got back in to come back around.  He told 'em to come back later on in the day, ya know, go out or something like, but I ain't never come back over there. |
| Swenson: | Okay. |
| Shegog: | I'm not sure if I would have come back over their house...(chuckles). |

0002208

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___ , On _02/02/1998___ , Page ___36__

| | |
|---|---|
| Swenson: | Yeah. |
| Shegog: | So... |
| Swenson: | So then after, after you left the gymnasium, he, he ran in, you stayed in your car, he came back to the car, got back in the car and you just drove him back around the corner to the house and drop him off and that's the last you've seen of him? |
| Shegog: | Yeah. |
| Swenson: | What time do you think you dropped him off that night? |
| Shegog: | Um...I would say, because I had to be at work at, at the midnight shift, um...say about six or seven. |
| Swenson: | Six or seven? |
| Shegog: | Yeah. |
| Swenson: | So you guys spent quite a bit of time together that day. |
| Shegog: | Yeah.  Most of the time was at St. Clair Square. |
| Swenson: | Uh hmmm. |
| Shegog: | But he never mentioned nothing...about no, no |

0002209

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___, On _02/02/1998_ , Page ___37___

|  |  |
|---|---|
|  | bank or any calls, when his face came on the scene and I was like momma, momma, look.  It was shocking because he had, they said, the robbery he had vest and all that on him and he had nothing that on him. |
| Swenson: | Yeah. |
| Shegog: | Ya know, he was just plain, skinny, he had nothing. |
| Swenson: | When did you find out that...that you were going to be called to testify in this? |
| Shegog: | By his attorney's. |
| Swenson: | Uh hmmm. |
| Shegog: | Well I talked to his mother because I was, ya know, associated with his uh sister, ya know, conversate, umm his mother ask me, ya know, what was Billy at that morning he, he was with me...(UI)...could I call, she said could I have attorney call you?  I said yeah, sure.  Um, then he called me like two days ago..and asked me, ya know, questions and stuff like that. |
| Swenson: | Yeah.  Dennis, is there anything else? |

0002210

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___, On _02/02/1998_, Page ___38___

| | |
|---|---|
| Rice: | I just want to go back, uh when changing of clothes you said he changed his shirt. What, what is the description on that shirt again? |
| Shegog: | The, which shirt? The one he changed out of? |
| Rice: | At the house, you said he changed into a shirt, and then you all went over to the gym. |
| Shegog: | He changed into like a t-shirt. |
| Swenson: | Took his nautica shirt off? |
| Shegog: | Yeah, changed into a t-shirt. |
| Rice: | That's the only thing he changed? |
| Shegog: | That's it, he kept the sweats on. |
| Rice: | He kept the ball cap on. |
| Shegog: | Yeah. |
| Swenson: | How noticeable was his ear? |
| Shegog: | I wouldn't have noticed it unless he, he, he showed it to me. 'Cause that's, if he wouldn't have showed it to me I wouldn't have noticed. |
| Swenson: | Do you recall which ear it was? Could you see it when you were driving? |
| Shegog: | His left. His left. Yeah. |
| Swenson: | What part of his ear was the blister on? |

0002211

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___ , On _02/02/1998_ , Page ___39___

| | |
|---|---|
| Shegog: | Top.  Gristle like. |
| Swenson: | Okay. |
| Shegog: | It was like, uh puss like. |
| Swenson: | Okay, Chris I got, I can't think of any other questions.  Is there any thing else you can think of that is pertinent for us to know or...? |
| Shegog: | (UI) |
| Swenson: | Last thing, we need to get a little bit of personal information on you, if you wouldn't mind.  What's, what's your full name Chris? |
| Shegog: | Christopher Eugene...(UI)...don't tell nobody.<br>(Laughing) |
| Swenson: | Your secret safe with all of use right.  S-h-e-g-o-g? |
| Shegog: | Yeah. |
| Swenson: | Okay.  What's your date of birth, Chris? |
| Shegog: | 06-27-70. |
| Swenson: | And your soc? |
| Shegog: | 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. |
| Swenson: | And where you staying right now? |

0002212

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of _____P.Swenson/D.Rice/Christopher Shegog_____, On _02/02/1998_, Page ___40___

| | |
|---|---|
| Shegog: | 1862 Cass...C-A-S-S, St. Louis. |
| Swenson | What's your phone number there? |
| Shegog: | 314-436-4035. |
| Rice: | 314-436-4035? |
| Shegog: | Uh hmmm. |
| Swenson: | What's your title here at work? |
| Shegog: | Shift Supervisor. |
| Swenson: | Okay.  We will need a phone number, if we need to get a hold of ya Chris, can we...that same phone number we used before, is that okay?  I, I can't imagine that be necessary at this point and time. |
| Jerry: | Any time. |
| Rice: | Are you married? |
| Shegog: | No. |
| Rice: | You live with...by yourself, girlfriend? |
| Shegog: | (Chuckles)...girlfriend. |
| Rice: | Several girlfriends or just one? |
| Shegog: | One, no it is just one, for the time being. |
| Rice: | I'll put on here,  subject to change? |
| Shegog: | Change every year. |
| Swenson: | Yeah. |

0002213

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___ , On _02/02/1998_ , Page ___41___

| | |
|---|---|
| Rice: | Yeah a new year a new girlfriend. |
| Swenson: | Got uh keep revolving.  I think that's it. |
| Rice: | I don't have anything else. |
| Swenson: | Okay.  Chris appreciate your help.  Like I said I, ya know, I, I think uh...first of all you did the right thing here, ya know, I, I, you get up on stand and have to many surprises thrown at me, if it was me, ya know, appreciate ya talking to us.  Do you got any questions? |
| Jerry: | Now is the time to ask them, big guy. |
| Shegog: | Not at the time, but I...(UI). |
| Swenson: | Now's the time to ask. |
| Shegog: | Now, um, am I getting...what a suspect type of deal with this uh. |
| Swenson: | Not, not from our end that I'm aware of, um I understand this is an ongoing investigation. A lot of different things can happen, but uh, as, as far as I'm concerned, no.  I got no reason to bullshit ya on that.  We're here because, strictly because the defense attorneys are calling you as a witness. |

0002214

Case: 4:07-cv-00027-ERW   Doc. #: 379-4   Filed: 07/23/14   Page: 50 of 52 PageID #: 7913

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___, On _02/02/1998_ , Page ___42___

|  | That's... |
|---|---|
| Shegog: | I have to appear in court? |
| Swenson: | Yeah, they are, and thats no guarantee they'll call you.  But you are, you are on their list of potential witnesses. |
| Shegog: | They will.  By the way they was talking, they would um...that mean I, if they summons me I have to appear right? |
| Rice: | Oh yeah. |
| Swenson: | Yeah, if, if you're served a subpoena, or whatever, yeah you have to appear. |
| Rice: | It's a lawful order...(UI)...yeah you better be there.  You don't want to upset a federal judge. |
| Shegog: | (Chuckles) |
| Swenson: | Hey, if you're telling the truth, you've got nothing to fear. |
| Rice: | All we are asking you to do is tell the truth.  Shoot it straight. |
| Swenson: | Yeah.  Any more questions? |
| Shegog: | (UI). |
| Swenson: | Okay. |

0002215

Case: 4:07-cv-00027-ERW   Doc. #: 379-4   Filed: 07/23/14   Page: 51 of 52 PageID #: 7914

FD-302a (Rev . 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___ , On __02/02/1998__ , Page ___43___

| | |
|---|---|
| Jerry: | You guys have a card that you can give him in case he needs to contact you for anything if he starts getting harassed or something. |
| Swenson: | Sure.  Will even double team him. |
| Shegog: | Another question.  You know I got something else. |
| U/M: | Now, now's the time man, you need to be asking. |
| Shegog: | You hiring? |
| | (Laughing) |
| Swenson: | We are hiring...we're always hiring. |
| Rice: | We're always hiring. |
| U/M: | Ya need a recent associates now right? |
| Rice: | The smart people leave us, they know it's to hard of work. |
| Swenson: | (Chuckles) |
| U/M: | Isn't that the case you need at least an associates now...(UI). |
| Swenson: | Four year degree. |
| Jerry: | Four year degree. |
| Swenson: | It's always been that way, it's uh, gotta have that degree...like everything it's kinda |

0002216

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 4

FD-302a (Rev. 10-6-95)

91A-SL-181120

Continuation of FD-302 of ___P.Swenson/D.Rice/Christopher Shegog___ , On __02/02/1998__ , Page ___44___

starting point, I think.  Chris, I'll let you

lead the way.  I couldn't get out of here in

a million years.

(Tape continues - background voices)

(Pertinent interview ends)

0002217