Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 5

## Declaration of Christopher Shegog
## Pursuant to 28 U.S.C. § 1746

I, Christopher Shegog, hereby declare and certify that the following is true to the best of my knowledge, information and belief, subject to the penalty of perjury.

1.      I met Billie Allen in the mid to late 1990's through his sister Ann. Ann and I started dating at that time. I never really had a close relationship with Billie or his family during the time we dated, but I did see Billie on a fairly regular basis. Ann lived with her mother and other family members including Billie.

2.      I never knew Billie to carry a gun and he never talked about robbing people or robbing banks. I did suspect Billie sold drugs though I never saw him in the act. Billie was young and seemed slow to me.

3.      On the day of the bank robbery in March of 1997, I drove up to Northwest Plaza mall to pick up my employment check. It was about 10am. As soon as I walked in front doors to the mall I immediately saw Billie. He was standing and talking to a group of guys. I did not know or recognize anyone Billie was talking with. Billie was standing right in the entrance between the pretzel shop and the theatre. I remember that Billie had two long shopping bags in his hands as if he had been shopping that morning. It looked like he had two shoe bags. Billie asked me if I would drive him to his girlfriend's house. I told him to wait for me and I would take him.

Billie Allen v. United States of America
No. 4:07-CV-27-ERW
Exhibit 5

4. On the way to Billie's girlfriend's house, I noticed his left ear had a blister on it that looked pussed up. I don't remember exactly what he told me happened. I drove Billie to his girlfriend's house and waited for about five minutes or so. Billie came out of the house and then I drove him home. From the time I saw Billie at the mall to the time I dropped him off he was cool and calm. He was not nervous, antsy or jumpy. He acted and behaved as the same Billie I came to know over the years. I had no reason to suspect he had previously been up to anything bad or illegal.

5. I know FBI agents spoke to me at some point after Billie was arrested but I don't remember the details of the interview. I do remember a man calling me on the phone close to Billie's trial asking me questions about the day at the mall. He told me he was trying to help Billie. I assumed he was an investigator or lawyer. After that no one called me again about Billie before or during his trial. No one asked me to testify. Had someone asked me to testify for Billie at his trial I would have testified to the information in this statement.

6. I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information and belief, subject to the penalties of perjury pursuant to 28 U.S.C. § 1746.

_____
Christopher Shegog

Dated: 12 July 2014
Newnan, GA. 30263