Billie Allen v. United States of America
Case: 4:97-cv-00027-ERW   Doc. #: 279-6   Filed: 07/23/14   Page: 1 of 2 PageID #:
Case: 4:97-cv-00027-ERW   Doc. #: 377   Filed: 07/07/14   Page: 9 of 10 PageID #: 7789
7918
Exhibit 6

*9*

1

95063947

At 9:04 P.M., Wednesday, May 3, 1995, Detective Sergeant Robert Davis, DSN 0441, Crime Scene Supervisor, Homicide Section, was contacted by the Bureau of Investigation Dispatcher and advised Homicide Detectives were being requested to 1815 North Taylor for the victim of a Shooting, with the victim en route to Barnes Hospital.

Accordingly, Sergeant Davis responded to Barnes Hospital and Sergeant Andre Hill, DSN 7245, along with Homicide Detectives Jeffrey Crawford, DSN 3444, Phillip Wasem, DSN 8402, Gerald Young, DSN 2215, Brian McGlynn, DSN 2721, and Thomas Wiber, DSN 7777, responded to the scene, arriving at 9:28 P.M.

At the scene, the Homicide Detectives were met by Captain David Dorn, DSN 7539, Commander District Eight, car 1800; Lieutenant Joseph Hoening, DSN 8435, Watch Commander District Eight, car 2801; Sergeant Cliff Sassenger, DSN 8028, car 2811; Sergeant Jerry Dodson, DSN 5320, car 2812; Police Officers Byron Pargo, DSN 3896, car 2827; Dana Isom, DSN 2789, car 2828; Donish Minor, DSN 3194, car 2826; and Steven Dodge, DSN 4278, car 2823; Area III Detectives Jerome Dyson, DSN 2196, car 6333; Nancy James, DSN 3884, car 6335; and Joan Williams, DSN 2709, car 6328; and Canine Officer Catherine Dennis, DSN 3404, along with canine "Cello", car 7215, who relinquished the scene to the Homicide Detectives at that time.

Officer Isom stated she and Officer Pargo received a radio assignment at 9:00 P.M. directing them to 1815 North Taylor for a report of a "Shooting". Upon their arrival they observed the victim lying on the front steps of the residence at 1815 North Taylor, unconscious and unable to make a statement. At that time they requested EMS and a supervisor, who requested Homicide.

Medic #11, manned by Emergency Medical Technicians Pam Delaney, DM4643, and Joslyn Thomas, DM1650, responded to the scene and conveyed the victim to Barnes Hospital where Dr. Steve Carter pronounced the victim lifeless at 9:35 P.M.

Sergeant Davis viewed the victim in the nude at the hospital and observed the victim evidenced two puncture wounds; one in the left arm pit and one in the right shoulder.

Medical Legal Investigator Francis Dawkins, of the Medical Examiner's Office was contacted and initiated his investigation. He later caused the victim's body to be conveyed to the City Morgue by Glenn Livery Service where it was assigned Morgue number 95-959.

Luberta Taylor, residing at 4541 Cote Brillante, home telephone 454-9631, the victim's mother, responded to the hospital where she identified the victim as her son, Marquise Taylor.

0002042

4
95063947

Acres and Shaw stated they were lying in their bed, when they heard approximately seven to eight gunshots coming from outside their residence, apparently from the front. They stated the first shots did not sound as loud as the last two or three. Both subjects stated they looked outside their window but did not see anyone, they only heard people next door (1815 North Taylor) screaming.

ACRES, ANTHONY          1817 "A" North Taylor, B/M, no phone

Acres stated he heard approximately four or five loud gunshots coming from the front of his residence, but did not see anyone.

BANKS, JOHN          1819 "A" North Taylor, B/M, 535-6558

Banks stated he heard approximately four to five loud gunshots from the front of his residence, but did not see anyone. Banks stated he is the owner of 1823 North Taylor, the vacant beauty salon where the projectile was recovered from an inside wall. Banks was advised of the damage to his building.

1819 "B" North Taylor          No response

1813 North Taylor          Vacant

1809 North Taylor          Vacant

1803 North Taylor          Vacant

1801          North          Taylor
Vacant

Detective Robert Jordan, DSN 3167, interviewed the following subject at the Homicide Office.

ALLEN, BILLIE          (Identified in Pirs)

Allen stated Eric T., Marquise Taylor (victim) and he were visiting Prentiss C. at his residence at 1815 Taylor. They decided to leave Prentiss' house and go to the residence of a friend named Issac (no further).

Upon leaving the residence, Allen and Marquise Taylor (victim) proceeded to walk north on Taylor approaching Garfield. Prentiss was on the front porch and Eric was on the steps.

0002045