## METROPOLITAN POLICE DEPARTMENT - CITY OF ST. LOUIS
### EVIDENCE TECHNICIANS REPORT

FILE NO. FOR RECORDS DIVISION

COMPLAINT NO. 97-34395

| CONCERNING _Homicide_ | ORIGINAL C.N. | DIVISION REPORTING | DATE OF THIS REPORT |
|---|---|---|---|
| TYPE OF ORIGINAL REPORT | 97-34284 | 452 | 3-17-97 |

| DATE AND TIME OF OCCURRENCE | PLACE OF OCCURRENCE | DISTRICT | LOCATION CODE |
|---|---|---|---|
| 3-17-97 | 6900 Clayton | 2 | |

VICTIM  Richard Hefflin

HOME ADDRESS

BUSINESS ADDRESS

| REQUESTING OFFICER | DSN | ASSIGNMENT | REQUESTING CAR | TIME RECEIVED CALL | TIME OF ARRIVAL | TIME COMPLETED |
|---|---|---|---|---|---|---|
| Nickerson | 0944 | 421 | 4203 | 1330 | 1350 | 1800 |

| RESPONDING OFFICER(S) | DSN | | DSN | RESPONDING UNIT |
|---|---|---|---|---|
| A. Thomas A. Schulte | 2395 | B. John Vogan | 6032 | |

LATENT PRINT EXAMINATION  (X) YES ( ) NO    IF YES, CHECK RESULTS: (X) POS. ( ) NEG.

| NEGS. | LIFTS. | LOCATION OF RECOVERY | OFFICER'S DSN |
|---|---|---|---|
| | A1 | Driver Door | |
| | B | Driver Door | 6032 |
| | | | 6032 |
| | C | Inside Rearview Mirror | 6032 |
| | | Veh: Blue 1989 Dodge Station Wagon | |
| | | MO Lic: FTR-237 | |
| | | Ser # 1B4K5437KX623600 | |

PHYSICAL EVIDENCE SEARCH (X) YES ( ) NO    EVIDENCE SEIZED (X) YES ( ) NO

| DESCRIPTION OF EVIDENCE & LOCATION OF RECOVERY | OFFICER'S DSN |
|---|---|
| (1) Winchester Defender 12g Pump Action Shotgun - under Center Passenger Seat | 2395 |
| (8) Live Rounds 12g Shotgun - In Shotgun - Latent Fingerprint Processing | |
| (1) Damp rag - Found on Drivers Seat of Vehicle - DNA Testing | |
| (7) Cassette Tapes (1) Auto Light (1) Soda Can (1) Soda Cup (1) Auto Book | |
| Cup Holder (1) Piece of Steering Column (1) Piece of Plastic - Floor Board | |
| of Vehicle - Items To Be Processed For Latent Prints. | |

PHOTOGRAPHY (X) YES ( ) NO

| NEGS. | DESCRIPTION & LOCATION OF RECOVERY | OFFICER'S DSN |
|---|---|---|
| 18 | of Vehicle - Inside and out at Include garage | 2395 |
| | | 6032 |

| PHOTO EVIDENCE TO I.D. BY: | LATENT EVIDENCE TO I.D. BY: | PHYSICAL EVIDENCE TO LAB BY: |
|---|---|---|
| 6032 | 6032 | 2395 |

| TECHNICIAN REPORTING | DSN | SUPERVISOR APPROVING | DSN |
|---|---|---|---|
| Thomas A. Schulte | 2395 | Joseph Burgoon | 6078 |

0000324    PAGE _1_ OF _1_