## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

_____

|  |  |  |
|---|---|---|
| BILLIE JEROME ALLEN, | : | No. 4:07-CV-27 ERW |
|  | : |  |
| Petitioner, | : | **Capital 2255 Case** |
|  | : |  |
| -v- | : | Hon. E. Richard Webber, U.S.D.J. |
|  | : |  |
| UNITED STATES OF AMERICA, | : |  |
|  | : |  |
| Respondent. | : |  |

_____ :

### NOTICE OF APPEAL

PLEASE TAKE NOTICE that Petitioner-Appellant, Billie Jerome Allen, through counsel, hereby appeals to the United States Court of Appeals for the Eighth Circuit from this Court's June 25, 2014, *Orders* (Docket Nos. 373 & 374) and *Judgment* (Docket No. 375) denying *Petitioner's Motion for Relief Pursuant to 28 U.S.C. Section 2255* and denying his pro se submissions; and from this Court's August 22, 2014, *Order* (Docket No. 382) denying *Petitioner's Motion to Alter or Amend the Judgment Pursuant to F.R.Civ.P. 59*; and from each and every subsidiary adverse ruling and finding forming the bases for said orders and judgment.

Respectfully submitted,

 /s/ Timothy Kane
Timothy Kane
Eric Montroy
Capital Habeas Corpus Unit
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, Pennsylvania 19106
Phone:  215-928-0520
Fax:  215-928-0826

Dated:       October 20, 2014

# CERTIFICATE OF SERVICE

I, Timothy Kane, hereby certify that on this 20th day of October, 2014, I filed the foregoing *Notice of Appeal* with service via the Court's ECF system to be delivered electronically to:

Ms. Carrie Constantin
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102


/s/ Timothy Kane
Timothy Kane