US Court of Appeals - Eighth Circuit
NOA Supplement

Caption:

USCA#: _____

Allen v. United States of America

Case Number:

4:07cv27 ERW

Plaintiff:                                          Defendant:

**Billie Jerome Allen**                            **United States of America**

Attorney:                                          Attorney:

SEE DOCKET SHEET                                   SEE DOCKET SHEET

Court Reporter:                                    Please return files and documents to:

                                                   Clerk, Eastern District of Missouri

                                                   Person to contact about the appeal::

Debbie Kriegshauser
Susan Moran                                        Beth Kirkland   244-7925
Christine Simpson

| Length of trial: | Fee: | IFP: | Pending IFP Motion: |
|---|---|---|---|
| N/A - DEATH PENALTY | NO FEE PAID | N/A | N/A |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| TIMOTHY KANE | NONE | N/A | N/A |

Criminal Cases/Prisoner Pro Se Cases Only:

Is defendant incarcerated?    Yes        No          Where: [                    ]

Please list all other defendants in this case if there were multiple defendants: