# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

May 18, 2015

Mr. Timothy P Kane
FEDERAL COMMUNITY DEFENDER OFFICE
545W The Curtis Center
601 Walnut Street
Philadelphia, PA  19106-0000

          RE:  14-3495  Billie Allen v. United States

Dear Counsel:

          Enclosed is a copy of an order entered today in the above case at the direction of the court.

                              Michael E. Gans
                              Clerk of Court

EDG

Enclosure(s)

cc:     Mr. Billie Jerome Allen
          Ms. Carrie Costantin
          Mr. Joseph M. Landolt
          Mr. Gregory J. Linhares
          Mr. Eric John Montroy
          Honorable E. Richard Webber

          District Court/Agency Case Number(s):  4:07-cv-00027-ERW

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-3495

Billie Jerome Allen

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:07-cv-00027-ERW)
_____

## ORDER

Appellant Billie Jerome Allen's application for a certificate of appealability is granted as

to the issue raised in Point I of the application: Whether Mr. Allen was denied ineffective

assistance of counsel when trial counsel failed to object to the empanelling of an anonymous

jury.

The application is denied in all other respects. Allen's pro se application for a certificate

of appealability is also denied. Allen's pro se motion for a telephone conference is denied.

May 18, 2015

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Michael E. Gans