# U.S. District Court
## Eastern District of Missouri
### 111 South Tenth Street, Rm 3.300
### St. Louis, MO 63102

## RECORDS TRANSMITTAL SHEET

Date:  7/13/15

## Records forwarded to : Clerk, U.S. Court of Appeals

USDC Case:  **4:07cv27 ERW**                    USCA Case:  **14-3495**

Case Caption:  **Allen v. USA**

The following records are forwarded to your office as requested:

(  ) Original File:

(**X** ) Transcripts:  **All transcripts in case**

(  ) Exhibits:

(  ) Clerk's Record on Appeal

(**X** )  Other:  **All sealed documents**

## U.S.C.A. ACKNOWLEDGMENT

_____

Received                              Returned to U.S.D.C.

By:                                   By:

Date:                                 Date: