# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

### MEMORANDUM

**TO:**        Mr.  Gregory J. Linhares

**FROM:**    Michael E. Gans, Clerk of Court

**DATE:**    October 04, 2017

**RE:**        14-3495  Billie Allen v. United States

          District Court/Agency Case Number(s):   4:07-cv-00027-ERW

_____

        Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.


AMT

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 2, 2017

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

Re:  Billie Jerome Allen
v. United States
No. 16-8229
(Your No. 14-3495)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk